**ORIGINAL**

KENJI M. PRICE # 10523
United States Attorney
District of Hawaii

MARK A. INCIONG    CA BAR # 163443
MICHAEL NAMMAR
MICAH SMITH
Assistant U.S. Attorneys
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
mark.inciong@usdoj.gov
michael.nammar@usdoj.gov
micah.smith@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA



FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JUL 18 2019
at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

**SEALED**
BY ORDER OF THE COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR19-00099 DKW |
| | ) | |
| Plaintiff, | ) | INDICTMENT |
| | ) | |
| vs. | ) | [21 U.S.C. § 846] |
| | ) | |
| MICHAEL J. MISKE, JR.,      (1) | ) | |
| MICHAEL BUNTENBAH,     (2) | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

INDICTMENT

The Grand Jury charges:

Conspiracy to Distribute and
<u>Possess With Intent to Distribute Cocaine</u>
(21 U.S.C. § 846)

From a precise date unknown, but by at least July 2014, and continuing to on or about July 22, 2014, within the District of Hawaii and elsewhere, MICHAEL J. MISKE, JR., and MICHAEL BUNTENBAH, the defendants, did knowingly and intentionally combine, conspire, confederate, and agree with other persons known and unknown, to distribute and possess with intent to distribute 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

All in violation of Title 21, United States Code, Section 846.

FORFEITURE ALLEGATION

1. The allegations set forth in Count 1 of this Indictment are hereby re-alleged and incorporated by reference as though set forth in full herein for the purpose of noticing forfeiture pursuant to Title 28, United States Code, Section 2461(c), and Title 21, United States Code, Section 853.

2. The United States hereby gives notice that, pursuant to Title 21, United States Code, Section 853, upon conviction of an offense in violation of

Title 21, United States Code, Sections 841(a)(1), 841(b)(1), or 846, MICHAEL J. MISKE, JR., and MICHAEL BUNTENBAH, the defendants, shall forfeit to the United States of America any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses and any and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offenses.

3. If any of the property described in paragraph 2 above, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

//
//
//
//
//
//

the United States of America shall be entitled to forfeiture of substitute property up to the value of the property described above in paragraph 2, pursuant to 21, U.S.C. § 853(p).

DATED: July 18, 2019, at Honolulu, Hawaii.

A TRUE BILL

/s/   Foreperson

_____
FOREPERSON, GRAND JURY


_____
KENJI M. PRICE
United States Attorney
District of Hawaii


_____
MARK A. INCIONG
MICHAEL NAMMAR
MICAH SMITH
Assistant U.S. Attorneys


United States v. Michael J. Miske, Jr. et al.
Indictment
Cr. No.   CR 19-00099  DKW

4