KENJI M. PRICE #10523
United States Attorney
District of Hawaii

MICHAEL NAMMAR
MICAH SMITH
MARK A. INCIONG
Assistant U.S. Attorneys
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: Michael.Nammar@usdoj.gov
Micah.Smith@usdoj.gov
Mark.Inciong@usdoj.gov

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Jul 15, 2020, 8:48 am
Michelle Rynne, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. MISKE, JR., et al.,<br><br>Defendants. | CR. NO. 19-00099-DKW<br><br>EX PARTE MOTION TO UNSEAL INDICTMENT AND SUPERSEDING INDICTMENT<br><br>**<u>Filed Under Seal</u>** |

**EX PARTE MOTION TO UNSEAL
INDICTMENT AND SUPERSEDING INDICTMENT**

The United States of America, by Assistant United States Attorneys Michael Nammar, Micah Smith, and Mark Inciong, hereby files this Motion to Unseal Indictment and Superseding Indictment. The reasons provided for sealing are no

longer applicable and it is not necessary to maintain the Indictment or Superseding Indictment under seal.

Accordingly, the United States of America requests that the Court enter an Order unsealing the Indictment and Superseding Indictment and making them part of the public record.

DATED: July 15, 2020, at Honolulu, Hawaii.

Respectfully Submitted,

KENJI M. PRICE
United States Attorney
District of Hawaii

*/s/ Michael Nammar*
*/s/ Micah Smith*
*/s/ Mark A. Inciong*
By _____
  MICHAEL NAMMAR
  MICAH SMITH
  MARK A. INCIONG
  Assistant U.S. Attorneys

United States v. Michael J. Miske, Jr., et al.
Ex Parte Motion to Unseal Indictment and Superseding Indictment
Cr. No. 19-00099-DKW