KENJI M. PRICE #10523
United States Attorney
District of Hawaii

MICHAEL NAMMAR
MICAH SMITH
MARK A. INCIONG
Assistant U.S. Attorneys
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: Michael.Nammar@usdoj.gov
Micah.Smith@usdoj.gov
Mark.Inciong@usdoj.gov

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Jul 15, 2020, 8:49 am
Michelle Rynne, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. MISKE, JR., et al.,<br><br>Defendants. | CR. NO. 19-00099-DKW<br><br>ORDER UNSEALING INDICTMENT AND SUPERSEDING INDICTMENT<br><br>**Filed Under Seal** |

**ORDER UNSEALING INDICTMENT
AND SUPERSEDING INDICTMENT**

Upon consideration of the Government's Motion to Unseal Indictment and Superseding Indictment, it is HEREBY ORDERED that:

The Indictment and Superseding Indictment filed herein shall no longer be maintained under seal and will be made part of the public record.

DATED: July 15, 2020, at Honolulu, Hawaii.



Kenneth J. Mansfield
United States Magistrate Judge

United States v. Michael J. Miske, Jr., et al.
Order Unsealing Indictment and Superseding Indictment
Cr. No. 19-00099-DKW