IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

|  |  |
|---|---|
| Plaintiff, | Case. No. |
|  |  |
| vs. | ORDER GRANTING MOTION TO APPEAR PRO HAC VICE AS TO _____ |
|  |  |
| Defendant. |  |

## ORDER GRANTING MOTION TO APPEAR PRO HAC VICE

The Court GRANTS the Motion of _____ to Appear Pro Hac Vice.

| Name of Attorney: |  |
|---|---|
| Firm Name: |  |
| Firm Address: |  |
| Attorney CM/ECF Primary email address: |  |
| Firm Telephone: |  |
| Party Represented |  |

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, __August 7, 2020_____



Kenneth J. Mansfield
United States Magistrate Judge