THOMAS M. OTAKE          #7622
THOMAS M. OTAKE AAL, ALC
841 Bishop Street, Suite 2201
Honolulu, Hawai`i   96813
Telephone: (808) 523-3325
E-mail:   thomas@otakelaw.com

LYNN E. PANAGAKOS         #7696
841 Bishop Street, Suite 2201
Honolulu, Hawai`i   96813
Telephone: (808) 542-9943
E-mail:   lynnpanagakos@yahoo.com

MICHAEL N. BURT
LAW OFFICE OF MICHAEL BURT
1000 Brannan Street, Suite 400
San Francisco, California 94103-4888
Telephone: (415) 522-1508
Email: mb@michaelburtlaw.com

Attorneys for Defendant
MICHAEL J. MISKE, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| UNITED STATES OF AMERICA,  Plaintiff,  vs.  MICHAEL J. MISKE, JR.,        (01)  Defendant. | CR. NO. 19-00099-DKW-1  CERTIFICATE OF COMPLIANCE RE DEFENDANT MICHAEL J. MISKE, JR.'S MEMORANDUM IN OPPOSITION TO GOVERNMENT'S MOTION TO DETAIN MICHAEL J. MISKE, JR. FILED AUGUST 7, 2020 [DKT. NO. 141]; CERTIFICATE OF SERVICE |
|---|---|

# CERTIFICATE OF COMPLIANCE RE DEFENDANT MICHAEL J. MISKE, JR.'S MEMORANDUM IN OPPOSITION TO GOVERNMENT'S MOTION TO DETAIN MICHAEL J. MISKE, JR. FILED AUGUST 7, 2020 [DKT. NO. 141]

Pursuant to District of Hawaii Local Rule 7.4, undersigned counsel for Defendant MICHAEL J. MISKE, JR., hereby certifies that Docket No. 141, *"Defendant Michael J. Miske, Jr.'s Memorandum in Opposition to Government's Motion to Detain Michael J. Miske, Jr."*, filed August 7, 2020, complies with the applicable word limit of 6,250.  In reliance on the word count of the word processing system used to produce the document, undersigned counsel hereby certifies that the word count is 6,177 using Times New Roman font at the 14 font size.

DATED:   Honolulu, Hawai`i, August 7, 2020.

     /s/ *Lynn E. Panagakos*
     LYNN E. PANAGAKOS
      Attorney for Defendant
      MICHAEL J. MISKE, JR. (01)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. MISKE, JR.,<br>(01)<br><br>Defendant. | CR. NO. 19-00099-DKW-1<br><br>CERTIFICATE OF SERVICE |

### **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the attached was duly served upon the following parties as set forth below:

Served Electronically through CM/ECF:

MICHAEL NAMMAR          Michael.Nammar@usdoj.gov
MICAH SMITH             Micah.Smith@usdoj.gov
MARK A. INCIONG         Mark.Inciong@usdoj.gov
   Assistant U.S. Attorneys
Attorney for
UNITED STATES OF AMERICA

DATED:  Honolulu, Hawai`i, August 7, 2020.

       /s/ *Lynn E. Panagakos*
    LYNN E. PANAGAKOS
     Attorney for Defendant
     MICHAEL J. MISKE, JR.