# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:19-cr-00099-DKW-1 |
| CASE NAME: | USA v. (01) Michael J. Miske, Jr. |

| | | | |
|---|---|---|---|
| JUDGE: | Kenneth J. Mansfield | REPORTER: | |
| DATE: | 12/18/2020 | TIME: | |

COURT ACTION: EO: Regarding [186] DEFENDANT (01) MICHAEL J. MISKE, JR.'S MOTION FOR AN ORDER PROHIBITING THE BUREAU OF PRISONS FROM TAKING ACTIONS THAT INTERFERE WITH DEFENDANT'S RIGHT TO EFFECTIVE ASSISTANCE OF COUNSEL IN A CAPITAL CASE, AND FOR AFFIRMATIVE RELIEF.

The Court issues the following deadlines and hearing as follows:

1. Counsel for Defendant (01) Michael J. Miske, counsel for the Government, and independent counsel for FDC Honolulu, along with Warden Derr, to complete telephonic and/or video meet and confers in an effort to resolve or limits the issues raised in the motion (emails will not suffice) no later than December 28, 2020;

2. (i) Written response by the Government and (ii) separate written response by FDC Honolulu are due no later than December 31, 2020;

3. Reply from Defendant (01) Michael J. Miske is due no later than January 6, 2021; and

Hearing on motion is set for January 12, 2021 at 11:00 a.m. before Magistrate Judge Kenneth J. Mansfield at which FDC Honolulu and/or its attorney must appear via Video Tele-Conference (VTC). The Court will be sending out a separate email providing counsel detailed instructions regarding Motion hearing Video Tele-Conference (VTC) access, prior to the hearing date.

The Government is directed to provide this (i) Entering Order; and (ii) the separate email providing counsel detailed instructions regarding Motion hearing Video Tele-Conference (VTC) access to FDC Honolulu and its counsel.

*Submitted by: BA, Courtroom Manager*