JUDITH A. PHILIPS
Acting United States Attorney
District of Hawaii

MICHAEL NAMMAR
MICAH SMITH
MARK A. INCIONG      CA BAR #163443
Assistant U.S. Attorneys
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Email:  Michael.Nammar@usdoj.gov
          Micah.Smith@usdoj.gov
          Mark.Inciong@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 19-00099 DKW-KJM |
|---|---|---|
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | CONTINUING FILING |
| vs. | ) | DEADLINES AND HEARING |
| | ) | DATE |
| MICHAEL J. MISKE, JR., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

STIPULATION CONTINUING
FILING DEADLINES AND HEARING DATE

Plaintiff United States of America, the United States Bureau of Prisons, and Defendant Michael J. Miske, Jr., by and through their respective undersigned counsel, hereby agree and stipulate to continue all filing deadlines relating to Defendant Michael J. Miske, Jr.'s Motion for an Order to Show Cause Why Estella Derr, as Warden of FDC Honolulu, Should Not Be Held in Contempt of Court for Her Failure to Comply with this Court's January 15, 2021 Order (Dkt. #217) (the "Motion") and the hearing on the Motion, which is currently set for May 26, 2021, for an additional four (4) weeks.

The parties have met and conferred, and made significant progress toward resolving the Motion without need for further litigation.  The requested continuance of the briefing deadlines and hearing date will afford the parties additional time to memorialize and implement the terms of their agreement.

DATED:  May 10, 2021, at Honolulu, Hawaii.

JUDITH A. PHILIPS
Acting United States Attorney
District of Hawaii

/s/ Micah Smith
By _____
MICAH SMITH
Assistant U.S. Attorney
Attorney for Plaintiff
UNITED STATES OF AMERICA

2

/s/ Rachel S. Moriyama

By _____

RACHEL S. MORIYAMA
SYDNEY SPECTOR
Assistant U.S. Attorneys
Attorneys for UNITED STATES
BUREAU OF PRISONS


/s/ Lynn E. Panagakos

_____

MICHAEL N. BURT, ESQ.
LYNN E. PANAGAKOS, ESQ.
Attorneys for Defendant
MICHAEL J. MISKE, JR.


ORDER CONTINUING
FILING DEADLINES AND HEARING DATE

The above Stipulation Continuing Filing Deadlines and Hearing Date is

hereby approved and adopted as findings by the Court.  For the reasons stated

above, IT IS HEREBY ORDERED:

(1)      Any responses by the United States and the Bureau of Prisons are due

on June 9, 2021;

(2)      Defendant's reply is due on June 16, 2021; and

//

//

//

3

(3)     The hearing on Motion is set for June 23, 2021, at a time convenient

for the Court.

DATED:  May 10, 2021 at Honolulu, Hawaii.



Kenneth J. Mansfield
United States Magistrate Judge

UNITED STATES v. MICHAEL J. MISKE, JR.
Cr. No. 19-00099 DKW-KJM
"Stipulation and Order Continuing Filing
Deadlines and Hearing Date"

4