THOMAS M. OTAKE          7622
THOMAS M. OTAKE AAL, ALC
841 Bishop Street, Suite 2201
Honolulu, Hawai`i  96813
Telephone: (808) 523-3325
E-mail:  thomas@otakelaw.com

LYNN E. PANAGAKOS         7696
841 Bishop Street, Suite 2201
Honolulu, Hawai`i  96813
Telephone: (808) 542-9943
E-mail:  lynnpanagakos@yahoo.com

Attorneys for Defendant
MICHAEL J. MISKE, JR. (01)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>MICHAEL J. MISKE, JR.,　　　(01)<br><br>　　　　　　　　　Defendant. | CR. NO. 19-00099 DKW KJM<br><br>DEFENDANT MICHAEL J. MISKE, JR.'S MOTION TO CONTINUE TRIAL DATE; DECLARATION OF COUNSEL; CERTIFICATE OF SERVICE |

## DEFENDANT MICHAEL J.
## MISKE, JR.'S MOTION TO CONTINUE TRIAL DATE

COMES NOW Defendant MICHAEL MISKE, by and through his attorneys and moves this Court for an order continuing the trial week in this case.  This motion is made based on the attached Declaration of Counsel, the records and files

in this case, and any and all evidence and argument presented at the hearing on this Motion.

DATED: Honolulu, Hawai`i, October 18, 2021.

                                         /s/ *Thomas M. Otake*
                                         THOMAS M. OTAKE
                                         LYNN E. PANAGAKOS
                                          Attorneys for Defendant (01)
                                          MICHAEL J. MISKE, JR.