JUDITH A. PHILIPS
Acting United States Attorney
District of Hawaii

MICHAEL NAMMAR
MICAH SMITH
MARK A. INCIONG   CA BAR #163443
Assistant U.S. Attorneys
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Email:   Michael.Nammar@usdoj.gov
         Micah.Smith@usdoj.gov
         Mark.Inciong@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 19-00099-01 DKW |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S RESPONSE TO |
| | ) | DEFENDANT MISKE'S MOTION |
| vs. | ) | TO CONTINUE TRIAL; |
| MICHAEL J. MISKE, JR.    (01) | ) | CERTIFICATE OF SERVICE |
| | ) | |
| Defendant. | ) | |
| | ) | |

GOVERNMENT'S RESPONSE TO DEFENDANT MISKE'S
MOTION TO CONTINUE TRIAL

COMES NOW, the plaintiff, United States of America, by and through its counsel, Judith A. Philips, Acting United States Attorney, and Michael Nammar, Micah Smith and Mark A. Inciong, Assistant United States Attorneys and states it has no objection to Defendant Michael J. Miske, Jr.'s motion to continue trial in this matter from March 21, 2022 to a date in September 2022.

DATED: October 28, 2021, at Honolulu, Hawaii.

> JUDITH A. PHILIPS
> Acting United States Attorney
> District of Hawaii
>
> By  */s/ Mark A. Inciong*
> MICHAEL NAMMAR
> MICAH SMITH
> MARK A. INCIONG
> Assistant U.S. Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

    Lynn Panagakos, Esq.
    Thomas Otake, Esq.
    Michael Burt, Esq.
    Attorneys for Defendant
    MICHAEL J. MISKE, JR.

    DATED:   October 28, 2021, at Honolulu, Hawaii.

*/s/ Dawn Aihara*
_____