THOMAS M. OTAKE       #7622
THOMAS M. OTAKE AAL, ALC
841 Bishop Street, Suite 2201
Honolulu, Hawai`i 96813
Telephone: (808) 523-3325
E-mail: thomas@otakelaw.com

LYNN E. PANAGAKOS     #7696
841 Bishop Street, Suite 2201
Honolulu, Hawai`i 96813
Telephone: (808) 542-9943
E-mail: lynnpanagakos@yahoo.com

Attorneys for Defendant (01)
MICHAEL J. MISKE, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| UNITED STATES OF AMERICA, | CR. NO. 19-00099 DKW KJM |
|---|---|
| Plaintiff, | DEFENDANT MICHAEL J. MISKE, JR.'S MOTION FOR LEAVE TO FILE DOCUMENT IN EXCESS OF WORD LIMIT; DECLARATION OF COUNSEL; CERTIFICATE OF SERVICE |
| v. | |
| MICHAEL J. MISKE, JR., (01) | |
| Defendant. | |

# DEFENDANT MICHAEL J. MISKE, JR.'S MOTION FOR LEAVE TO FILE DOCUMENT IN EXCESS OF WORD LIMIT

Defendant Michael J. Miske, Jr. ("Defendant"), by and through undersigned counsel, respectfully moves for leave to file his Memorandum in Support of his First Motion to Compel Discovery. This memorandum contains 14,510 words and is therefore in excess of the 6,250-word limit set forth in District of Hawai`i Local Rule 7.4(b).

This motion is supported by the attached Declaration of Counsel. This motion is also supported by the proposed over-sized Memorandum itself, which, concurrently herewith, is being submitted to the Court for review.

Mr. Miske respectfully submits that the attached Declaration of Counsel and the proposed Memorandum itself demonstrate good cause to exceed the word limit. Therefore, Mr. Miske respectfully requests that the Court grant him leave to file his Memorandum.

DATED: Honolulu, Hawai`i, December 20, 2021.

                                                /s/ *Lynn E. Panagakos*
                                                THOMAS M. OTAKE
                                                LYNN E. PANAGAKOS
                                                 Attorneys for Defendant
                                                 MICHAEL J. MISKE, JR. (01)