THOMAS M. OTAKE          #7622
THOMAS M. OTAKE AAL, ALC
841 Bishop Street, Suite 2201
Honolulu, Hawai`i  96813
Telephone: (808) 523-3325
E-mail:  thomas@otakelaw.com

LYNN E. PANAGAKOS        #7696
841 Bishop Street, Suite 2201
Honolulu, Hawai`i  96813
Telephone: (808) 542-9943
E-mail:  lynnpanagakos@yahoo.com

Attorneys for Defendant
MICHAEL J. MISKE, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    vs.<br><br>MICHAEL J. MISKE, JR.,        (01)<br><br>                    Defendant. | CR. NO. 19-00099 DKW KJM<br><br>DEFENDANT MICHAEL J. MISKE, JR.'S FIRST MOTION TO COMPEL DISCOVERY; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF LYNN E. PANAGAKOS; EXHIBITS "1"-"45"; CERTIFICATE OF COMPLIANCE; CERTIFICATE OF SERVICE |

## DEFENDANT MICHAEL J. MISKE, JR.'S FIRST MOTION TO COMPEL DISCOVERY

Defendant Michael J. Miske, Jr., by and through undersigned counsel, respectfully moves to compel the Government to produce all as-yet un-produced Rule 16 and *Brady* material. This motion is based on the attached Memorandum in Support of Motion, Declaration of Counsel and Exhibits, and the records and files in this case.

DATED: Honolulu, Hawai`i, December 27, 2021.

/s/ *Lynn E. Panagakos*
THOMAS M. OTAKE
LYNN E. PANAGAKOS
 Attorneys for Defendant
 MICHAEL J. MISKE, JR. (01)