CLARE E. CONNORS #7936
United States Attorney
District of Hawaii

MICHAEL D. NAMMAR
MICAH SMITH
MARK A. INCIONG
Assistant U.S. Attorneys
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Email:  Michael.Nammar@usdoj.gov
           Mark.Inciong@usdoj.gov
           Micah.Smith@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>       vs.<br><br>MICHAEL J. MISKE, JR.,       (01)<br><br>            Defendant. | CR. NO. 19-00099-01 DKW-KJM<br><br>MOTION OF THE UNITED STATES FOR LEAVE TO FILE MEMORANDUM EXCEEDING PAGE LIMIT; CERTIFICATE OF SERVICE |

MOTION OF THE UNITED STATES FOR LEAVE
TO FILE MEMORANDUM EXCEEDING PAGE LIMIT

The United States respectfully moves for leave to file its Memorandum of the United States in Opposition to First Motion to Compel Discovery. The Memorandum is 39 pages long (and contains more than 6,250 words) and therefore exceeds the 25-page limit set forth in Local Rule 7.4(a) of the Local Rules of Practice for the District of Hawaii.

The defendant, Michael J. Miske, Jr., was authorized to file a memorandum in support of his Motion that is 57 pages long and contains 14,510 words. The United States requests permission to file its Memorandum of 39 pages in length to allow it sufficient space to respond to the various arguments raised in Miske's overlength submission.

DATED: April 22, 2022, at Honolulu, Hawaii.

        CLARE E. CONNORS
        United States Attorney
        District of Hawaii

        */s/ Micah Smith*
By _____
    MICHAEL D. NAMMAR
    MICAH SMITH
    MARK A. INCIONG
    Assistant U.S. Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

    Thomas Otake, Esq.
    Lynn Panagakos, Esq.

    Attorneys for Defendant
    MICHAEL MISKE

    DATED:  April 22, 2022, at Honolulu, Hawaii.

    */s/ Dawn Aihara*
    _____