# **LYNN E. PANAGAKOS, ATTORNEY AT LAW**

841 Bishop Street, Suite 2201
Honolulu, Hawai`i  96813
Tel:  (808) 521-3336
Fax:  (808) 566-0347

December 6, 2022

The Honorable Kenneth J. Mansfield
United States Magistrate Judge
District of Hawaii
300 Ala Moana Boulevard
Honolulu, HI. 96850

Re:  *United States v. Michael J. Miske, Jr.*, et al.
    CR No. 19-00099-DKW-KJM
    Additional Issue for December 7, 2022 Status Conference

Dear Judge Mansfield:

In addition to the specific discovery issues identified in the letter from Cynthia Kagiwada dated November 29, 2022, Defendant Michael J, Miske, Jr. would also like to address the status of the Government's production of digital devices seized from 1226 Kuuna St., Mr. Miske's personal residence at the time of his arrest.

Respectfully submitted,

 /s/  *Lynn E. Panagakos*
LYNN E. PANAGAKOS
Attorney for Defendant
MICHAEL J. MISKE, JR.