THOMAS M. OTAKE          7622
THOMAS M. OTAKE AAL, ALC
841 Bishop Street, Suite 2201
Honolulu, Hawai`i  96813
Telephone: (808) 523-3325
E-mail:  thomas@otakelaw.com

LYNN E. PANAGAKOS        7696
841 Bishop Street, Suite 2201
Honolulu, Hawai`i  96813
Telephone: (808) 542-9943
E-mail:  lynnpanagakos@yahoo.com

MICHAEL J. KENNEDY
LAW OFFICES OF MICHAEL JEROME KENNEDY, PLLC
333 Flint Street
Reno, NV 89501
Telephone: (775) 221-7100
Email: michael@mjkennedylaw.com

Attorneys for Defendant
MICHAEL J. MISKE, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>MICHAEL J. MISKE, JR., et al.,<br><br>　　　　　　Defendants. | CR. NO. 19-00099 DKW KJM<br><br>DEFENDANT MICHAEL J. MISKE, JR.'S MOTION FOR LEAVE TO FILE MOTION TO CONTINUE TRIAL DATE; CERTIFICATE OF SERVICE |

**DEFENDANT MICHAEL J. MISKE, JR.'S MOTION FOR LEAVE TO FILE MOTION TO CONTINUE TRIAL DATE**

Defendant MICHAEL J. MISKE, JR., by and through undersigned counsel, respectfully files this motion for leave to continue trial date.

Under the Court's Scheduling Order (ECF 741), any motion that may affect the start date of the trial is due on January 30, 2023. Currently, the following two government motions are pending, which may affect the start date of the trial: (1) Motion to Disqualify Defense Counsel (ECF 729); and (2) Motion to Reconsider (ECF 739). Mr. Miske respectfully requests leave to file a motion to continue the trial date if either or both of these motions are granted.

DATED: Honolulu, Hawai`i, January 30, 2023.

/ s / Lynn E. Panagakos
THOMAS M. OTAKE
LYNN E. PANAGAKOS
MICHAEL J. KENNEDY

Attorneys for Defendant
MICHAEL J. MISKE, JR. (01)

CERTIFICATE OF SERVICE

I, Lynn E. Panagakos, hereby certify that by this filing through the court's electronic filing system, all counsel of record have been served with this document.

DATED: Honolulu, Hawai`i, January 30, 2023.

/ s / Lynn E. Panagakos
LYNN E. PANAGAKOS