MICHAEL J. KENNEDY
Law Offices of Michael Jerome Kennedy, PLLC
Nevada State Bar #10103; California State Bar #193901
333 Flint Street
Reno, NV 89501
775-221-7100 (office); 775-233-0914 (mobile)
Email: michael@mjkennedylaw.com

LYNN E. PANAGAKOS        7696
841 Bishop Street, Suite 2201
Honolulu, Hawai`i  96813
Telephone: (808) 542-9943
E-mail:  lynnpanagakos@yahoo.com

Attorneys for Defendant
MICHAEL J. MISKE, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| UNITED STATES OF AMERICA, | CR. NO. 19-00099 DKW KJM |
|---|---|
| Plaintiff, | DEFENDANT MICHAEL J. MISKE, JR.'S MOTION TO FILE MOTION TO SUPPRESS EVIDENCE AND FRUITS DERIVED FROM SEARCH AND SEIZURE WARRANT 17-00909 UNDER SEAL; CERTIFICATE OF SERVICE |
| vs. | |
| MICHAEL J. MISKE, JR., et al., | |
| Defendants. | |

**DEFENDANT MICHAEL J. MISKE, JR.'S MOTION TO FILE MOTION TO SUPPRESS EVIDENCE AND FRUITS DERIVED FROM SEARCH AND SEIZURE WARRANT 17-00909 UNDER SEAL**

Mr. Miske moves this Court for an order allowing him to file his Motion to Suppress Evidence and Fruits Derived from Search and Seizure Warrant 17-00909 Under Seal.  Upon motion of the Government, the Application for Search Warrant 17-00909 still remains sealed.  An ex parte supplemental memorandum submitted

1

by the Government in CIV 18-00080 related to this warrant has also not been publicly filed. Mr. Miske's motion to suppress is based on challenges to both of these sealed documents. Accordingly, Mr. Miske respectfully requests leave to file his Motion to Suppress Evidence and Fruits Derived from Search and Seizure Warrant 17-00909 Under Seal.

DATED: Honolulu, Hawai`i, September 15, 2023.

/ s / Lynn E. Panagakos
MICHAEL J. KENNEDY
LYNN E. PANAGAKOS

CERTIFICATE OF SERVICE

I, Lynn E. Panagakos, hereby certify that by this filing through the court's electronic filing system, all counsel of record have been served with this document.

DATED: Honolulu, Hawai`i, September 15, 2023.

/ s / Lynn E. Panagakos
LYNN E. PANAGAKOS