CLARE E. CONNORS #7936
United States Attorney
District of Hawaii

MICHAEL NAMMAR
MARK A. INCIONG      CA BAR #163443
W. KEAUPUNI AKINA #11565
Assistant U.S. Attorneys
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541- 2958
Email: Michael.Nammar@usdoj.gov
        Mark.Inciong@usdoj.gov
        KeAupuni.Akina@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. MISKE, JR.,      (01)<br><br>Defendant. | ) CR. NO. 19-00099 DKW-KJM<br>)<br>) UNITED STATES' EXHIBIT LIST;<br>) CERTIFICATE OF SERVICE<br>)<br>) DATE:  October 13, 2023<br>) TIME:   10:00 a.m.<br>) JUDGE: Hon. Derrick K. Watson<br>)<br>) |

## UNITED STATES' EXHIBIT LIST

The Government hereby submits its exhibit list, attached hereto, in the above-captioned matter, for the evidentiary hearing presently set for October 13, 2023.  The Government reserves the right to add to, delete from, or otherwise modify this list during the course of the hearing.

DATED:  October 11, 2023, at Honolulu, Hawaii.

Respectfully submitted,

CLARE E. CONNORS
United States Attorney
District of Hawaii


By    _/s/ Mark A. Inciong_____
      MICHAEL NAMMAR
      MARK A. INCIONG
      W. KEAUPUNI AKINA
      Assistant U.S. Attorneys

Attorneys for Plaintiff
 UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

**UNITED STATES OF AMERICA**                           **EXHIBIT LIST**

     **v.**

**MICHAEL J. MISKE, JR., aka "Bro,"** *et al.*,          **CR. NO. 19-00099-DKW**

| Exhibit No. | Description | Date Offered | Date Adm. |
|---|---|---|---|
| 1 | Copy of U.S. Department of Justice/FBI Subpoena #302751 (Dkt. 976-2) | | |
| 2 | Copy of U.S. Department of Justice/FBI Subpoena #303570 (Dkt. 976-3) | | |
| 3 | Copy of U.S. Department of Justice/FBI Subpoena #30489 (Dkt. 976-4) | | |
| 4 | Copy of U.S. Department of Justice/FBI Subpoena #198875 (Dkt. 976-5) | | |
| 5 | Redacted copy of FBI personnel email dated April 28, 2016 (Dkt. 976-6) | | |
| 6 | Copy of excerpt from AT&T Subpoena return for phone number (808) 476-9223 (Dkt. 976-7) | | |
| 7 | Copy of FBI personnel email dated May 10, 2016 (Dkt. 976-8) | | |
| 8 | Copy of FBI personnel email dated May 18, 2016 (Dkt. 976-9) | | |
| 9 | Redacted copy of a Yacht Insurance Application to Atlass Special Risks, Inc. (Dkt. 976-10) | | |
| 10 | Redacted copy of excerpt of FBI reports dated February 20, 2018 (Dkt. 976-11) | | |
| 11 | Redacted copy of excerpt of FBI reports dated March 8, 2017 (Dkt. 976-12) | | |
| 12 | Redacted copy of an excerpt from a HPD report (Dkt. 976-13) | | |

| Exhibit No. | Description | Date Offered | Date Adm. |
|---|---|---|---|
| 13 | Redacted copy of an excerpt from a Cellular Analysis Survey Team Report dated December 26, 2019 (Dkt. 976-14) | | |
| 14 | Redacted copy of FBI Physical Surveillance Log dated July 8, 2016 (Dkt. 977-2) | | |
| 15 | Redacted copy of the FBI Opening Electronic Communication dated March 2, 2014 (Dkt.978-2) | | |
| 16 | Redacted copy of an FBI report of an October 10, 2014 interview of CW #1 (Dkt. 978-3) | | |
| 17 | Redacted copy of Information Regarding Department of Motor Vehicles dated March 7, 2011 (Dkt. 978-4) | | |
| 18 | Redacted copy of a letter from AATS, LLC, dated March 20, 2015, regarding a grand jury subpoena (978-5) | | |
| 19 | Redacted copy of an FBI Confidential Human Source ("CHS") Report dated July 19, 2015 (Dkt. 978-6) | | |
| 20 | Redacted copy of relevant portions of an FBI report of a September 22, 2015 interview of CI #6 (Dkt. 978-7) | | |
| 21 | Copy of an FBI report of a March 2, 2015 interview of Phillip Woo (Dkt. 978-8) | | |
| 22 | Redacted copy of an FBI CHS Report for CI #2 dated April 27, 2014 (Dkt. 978-9) | | |
| 23 | Redacted copy of relevant portions of an FBI External Intelligence Note dated March 27, 2015 (Dkt. 978-10) | | |
| 24 | Redacted copy of HPD report 15-453470 dated November 12, 2015 (Dkt. 979-2) | | |

| Exhibit No. | Description | Date Offered | Date Adm. |
|---|---|---|---|
| 25 | Redacted copy of HPD report 15-455318 dated November 14, 2015 (Dkt. 979-3) | | |
| 26 | Copy of FBI report regarding the December 4, 2015 execution of search warrant 15-01449 (Dkt. 979-4) | | |
| 27 | Copy of FBI Electronic communication dated June 6, 2016 | | |
| 28 | Copy of Subscriber information dated May 17, 2016 | | |
| 29 | Copy of Subscriber information dated May 6, 2016 | | |

3

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

<u>Served Electronically through CM/ECF:</u>

Lynn Panagakos, Esq.
Michael Kennedy, Esq.

Attorneys for Defendant
MICHAEL J. MISKE, JR.

DATED:  October 11, 2023, at Honolulu, Hawaii.


<u>/s/ Tiani Kaneakua</u>
U.S. Attorney's Office
District of Hawaii