MICHAEL J. KENNEDY
Law Offices of Michael Jerome Kennedy, PLLC
Nevada State Bar #10103; California State Bar #193901
333 Flint Street
Reno, NV 89501
775-221-7100 (office); 775-233-0914 (mobile)
Email: michael@mjkennedylaw.com

LYNN E. PANAGAKOS     7696
841 Bishop Street, Suite 2201
Honolulu, Hawai`i  96813
Telephone: (808) 542-9943
E-mail: lynnpanagakos@yahoo.com

Attorneys for Defendant
MICHAEL J. MISKE, JR.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OCT 16 2023
at 5 o'clock and 35 min. P M
Lucy H. Carrillo, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. MISKE, JR., et al.,<br><br>Defendants. | CR. NO. 19-00099 DKW KJM<br><br>**DEFENDANT MICHAEL J. MISKE, JR.'S EXHIBIT LIST; CERTIFICATE OF SERVICE**<br><br>Evidentiary Hearing:<br>Date: October 13, 2023<br>Time: 10:00 a.m.<br>Judge: Hon. Derrick K. Watson |
|---|---|

### DEFENDANT MICHAEL J. MISKE, JR.'S EXHIBIT LIST

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Hon. Derrick K. Watson | Michael Nammar, Esq.<br>Mark A. Inciong, Esq.<br>W. Keaupuni Akina, Esq. | Lynn E. Panagakos, Esq.<br>Michael J. Kennedy, Esq. |
| **TRIAL DATE(S)**<br><br>October 13, 2023 | **COURT REPORTER** | **COURTROOM DEPUTY** |

1

| USA v. Michael J. Miske, Jr., et al. | | | | | CASE NO. CR. No. 19-00099 |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| | M1 | | | 10/12 | 15-01345 Search and Seizure Warrant (Dkt. 963-4) |
| | M2 | | | | 15-01346 Search and Seizure Warrant (Dkt. 963-5) |
| | M3 | | | | 15-01347 Search and Seizure Warrant (Dkt. 963-6) |
| | M4 | | | 10/14 | 15-01449 Search and Seizure Warrant (Dkt. 964-2) |
| | M5 | | | | 16-0046 Search and Seizure Warrant (Dkt. 964-3) |
| | M6 | | | | 16-0047 Search and Seizure Warrant (Dkt. 964-4) |
| | M7 | | | | 16-0099 Search and Seizure Warrant (Dkt. 964-5) |
| | M8 | | | | 16-0692 Search and Seizure Warrant (00008277-00008339) |
| | M9 | 10/14 | | | 16-0693 Search and Seizure Warrant (Dkt. 961-1) |
| | M10 | | | | 17-00768 Search and Seizure Warrant (Dkt. 961-5) |
| | M11 | | | | Declaration of Alejandro Damaso Bueno (Dkt. 963-2) |
| | M12 | | | | Declaration of Michael J. Miske, Jr. (Dkt. 963-3) |
| | M13 | 10/13 | | 10/14 | 3/2/14 FBI Opening EC (00000001-00000012) |
| | M14 | 10/14 | | 10/16 | 3/11/14 FBI Import Form re 2/28/14 Intelligence Note (00000051-00000060) |
| | M15 | 10/13 | | 10/13 | 3/4/14 FBI 302 re SA Kim receipt of Summary Vessel Critical Profiles from CGIS SA Baldwin (00000014-00000015) |
| | M16 | 10/13 | | 10/13 | Vessel Critical Profile (Rachel) (00000016-00000020) |
| | M17 | | | | Vessel Critical Profile (Kraken) (00000021-0000024) |
| | M18 | 10/13 | | 10/14 | 3/4/14 FBI Import Form re information CI #1 provided to CGIS SA Baldwin on December 10, 2013 (00000027-00000028) |
| | M19 | 10/13 | | 10/13 | 3/4/14 FBI Import Form re information CI #1 provided to CGIS SA Baldwin on December 3, 2013 (00000030-00000031) |
| | M20 | 10/13 | | 10/13 | 3/4/14 FBI Import Form re information CI #1 provided to CGIS SA Baldwin on November 7, 2013 (00000033-00000034) |

2

| USA v. Michael J. Miske, Jr., et al. | | | | | CASE NO. CR. No. 19-00099 |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| | M21 | | | 10/13 | 3/6/2014 FBI Import Form re information CI #1 provided to CGIS SA Baldwin on February 25, 2014 (00000036-00000037) |
| | M22 | | | | 3/6/2014 FBI Import Form re information CI #1 provided to CGIS SA Baldwin on February 18, 2014 (00000039-00000040) |
| | M23 | | | 10/03 | 3/6/14 FBI Import Form re information CI #1 provided to CGIS SA Baldwin on December 10, 2013 (00000042-43) |
| | M24 | | | | 3/6/14 FBI Import Form re information CI#1 provided to CGIS SA Baldwin on November 13, 2013 (00000045-46) |
| | M25 | | | 10/13 | 3/6/14 FBI Import Form re information CI#1 provided to CGIS SA Baldwin on November 7, 2013 (00000048-00000049) |
| | M26 | 10/13 | | 10/13 | 3/12/14 FBI Import Form re CI#1 Consensual Monitoring Authorization (00166579-00166580) |
| | M27 | | | | 1/5/2015 FBI Import Form (00000378) |
| | M28 | 10/13 | | 10/14 | 11/25/14 CHS Reporting Document re CI#1 contact with FBI SA Pent and FBI SA Kim (00000379) |
| | M29 | 10/13 | | 10/20 | 4/28/14 FBI Import Form re CI#2 telephonic contact with FBI SA Pent on 4/27/14 (00000073-00000074) |
| | M30 | | | 10/16 | 8/12/14 FBI Import Form re FBA SA Nam's 8/6/14 introduction of CI#3 to co-case agents FBI SA Pent and TFO Fo (0000083-0000084) |
| | M31 | 10/13 | | | 12/4/14 FBI Import Form re CI#3 10/31/14 contact with FBI SA Pent and TFO Fo (00000101-00000103) |
| | M32 | 10/13 | | 10/16 | 3/17/15 FBI Import Form re CI#3 3/2/15 contact with FBI SA Pent (00000529-00000530) |
| | M33 | | | 10/16 | 10/17/14 FBI 302 re 10/10/14 Interview of CW #1 (00000089-0000092) |
| | M34 | | | 10/16 | 4/1/15 FBI 302 re 3/19/15 interview of CI#5 (00000548-00000552) |
| | M35 | 10/13 | | 10/13 | 7/20/15 FBI Collected Item Log re 7/19/15 CI#5 consensual recording of CI#6 (00001041) |
| | M 36-1 | 10/13 | | 10/13 | 7/19/15 Excerpt of CI#5 consensual recording CI#6 (1D005, 225094, 04:00-04:16) |

3

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | M36-2 | | | 10/13 | 7/19/15 Excerpt of CI#5 consensual recording CI#6 (1D005, 225094, 04:30-05:35) |
| | M37 | 10/13 | | 10/13 | 9/9/15 SA Pent's summary of 7/19/15 CI#5 consensual recording of CI#6 (00001272-00001273) |
| | M38 | 10/13 | | | 10/6/15 FBI Collected Item Log re 9/19/15 CI#5 consensual recording of CI#6 (00001302) |
| | M39-1 | | | | 9/19/15 Excerpt of CI#5 consensual recording of CI#6 (1D006, 00225097, 07:25-10:30) |
| | M39-2 | | | | 9/19/15 Excerpt of CI#5 consensual recording of CI#6 (1D006, 00225097, 11:17-13:16) |
| | M39-3 | | | | 9/19/15 Excerpt of CI#5 consensual recording of CI#6 (1D006, 00225097, 14:12-15:06) |
| | M40 | 10/13 | | 10/13 | 10/27/15 FBI 302 re 9/22/15 Interview of CI#6 (00001979-00001993, 00001996) |
| | M41 | | | 10/16 | 12/16/14 FBI 302 Summary re Title Guaranty Escrow Services, Inc. response to Subpoena (00159061-00159063) |
| | M42 | | | 10/16 | Title Guaranty Escrow Services, Inc. documents re Nordic payments totaling $3,274,084.75 (00150971, 00159099-00159101, 00159132-00159134, 159204, 00159212, 00159216) |
| | M43 | 10/13 | | 10/14 | 3/2/15 FBI 302 re 2/27/15 service of grand jury subpoena and interview of Philip Woo (00000501) |
| | M44 | | | 10/14 | 3/13/15 Subpoena response re Nordic PCL Construction (Dkt. 987-2, PageID 8970-8974) |
| | M45 | 10/14 | | 10/14 | 3/25/15 FBI 302 re Nordic subpoena (00059770) |
| | M46 | | | | Nordic Change Orders (00337157-00337158) |
| | M47 | 10/14 | | 10/16 | Nordic checks to KTPC totaling $1,324,635.25 (00338986) |
| | M48 | | | | 4/7/2015 FBI Electronic Communication re Analysis of Title Guaranty Escrow Account (00160122) |
| | M49 | 10/13 | | 10/14 | 10/8/15 FBI 302 re 10/2/15 interview of Richard Crago (00001853-00001854) (redacted copy at ECF No. 987-1) |

4

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | M50 | 10/13 | | 10/14 | 3/24/15 Letter from Frank Goto, Esq. re Grand Jury Subpoena to AATS, LLC (FINANCIALS 00000001- FINANCIALS 00000004, excerpt at Dkt. 987-5, PageID 8996-8997) |
| | M51 | 10/13 | | 10/14 | 4/23/15 Letter from Frank Goto, Esq. re Grand Jury Subpoena to AATS, LLC (FINANCIALS 00000005- FINANCIALS 00000010, excerpt at Dkt. 987-5, PageID 8998-9001) |
| | M52 | | | | 11/30/2010 AATS KTPC First Hawaiian Bank account 9376 Reconcile Report and Bank Statement (FINANCIALS 00026995-27012) |
| | M53 | | | | November 2010 First Hawaiian Bank Statement re Kamaaina Termite & Pest Control (FINANCIALS 00027192-FINANCIALS 00027202) |
| | M54 | | | | December 31, 2010 AATS KTPC First Hawaiian Bank account 9376 Reconcile Report and Bank Statement (FINANCIALS 00027027-00027046)) |
| | M55 | | | | December 2010 First Hawaiian Bank Statement re Kamaaina Holdings LLC (FINANCIALS 00001044- FINANCIALS 00001046) |
| | M56 | | | | 12/2/10 Buy-Sell Agreement (FINANCIALS 00004087-FINANCIALS 00004091) |
| | M57 | 10/13 | | | 8/26/13 United Fishing Agency Profit Sharing Statement Report (FINANCIALS 00003316) |
| | M58 | | | | August 2013 First Hawaiian Bank Statement re Kamaaina Holdings LLC (FINANCIALS 00003106- FINANCIALS 00003109) |
| | M59 | 10/13 | | 10/16 | 2009 KTPC Annual Get Return with copy of IRS Form 1120s US Income Tax Return for S Corp (FINANCIALS 00048437-00048441) |
| | M60 | 10/13 | | 10/16 | 2010 KTPC Annual Get Return with copy of IRS Form 1120s US Income Tax Return for S Corp (FINANCIALS 00048886-0004889) |
| | M61 | 10/13 | | 10/14 | 2011 KTPC IRS Form 1120s US Income Tax Return for S Corp (client copy with e-file signature authorization) (FINANCIALS 00049067-00049074) |

5

| USA v. Michael J. Miske, Jr., et al. | | | | | CASE NO. CR. No. 19-00099 |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| | M62 | 10/13 | | 10/14 | 2012 KTPC IRS Form 1120s US Income Tax Return for S Corp (FINANCIALS 00044859-00044863) |
| | M63 | 10/13 | | 10/14 | 2013 KTPC IRS Form 1120s US Income Tax Return for S Corp (client copy with e-file signature authorization) (FINANCIALS 00051840-00051849) |
| | M64 | | | | 2/26/15 FBI Electronic Communication re Wire Results from Federal Reserve Bank – New York (00000452- 000000450) |
| | M65 | 10/13 | | 10/14 | 3/27/15 External Intelligence Note (00000534-00000540) |
| | M66 | 10/13 | | 10/14 | FBI Spreadsheet summary re 245E-HN-4528089-GJOLD (00376012) |
| | M67 | | | 10/14 | 4/22/15 FBI 302 re 7/23/15 Receipt of approximately 25 banker boxes from IRS-CID from previous grand jury (HN-20275, GJOLD) (00046807) |
| | M68 | | | 10/16 | 4/27/15 FBI 302 re 7/23/15 Receipt of approximately 25 banker boxes from IRS-CID from previous grand jury (HN-20275, GJOLD) (00046923) |
| | M69 | | | 10/14 | 9/3/15 FBI 302 re 7/22/2014 Receipt of in excess of 20 banker boxes from IRS-CID from previous grand jury (GJOLD) (Dkt. 987-3) |
| | M70 | | | | 6/22/22 FBI Electronic Communication re GJOLD Serial 2 and Serial 3, IRS Documents from July 23, 2015 |
| | M71 | | | | 10/5/2023 Email from AUSA Nammar re GJOLD documents |
| | M72 | | | | 12/9/10 KTPC Memorandum Check $950,000 opening deposit for Kama'aina Holdings (FINANCIALS 00279344) |
| | M73 | 10/14 | | 10/16 | 10/11/13 Grand Jury Subpoena issued to First Hawaiian Bank for KTPC, Kama'aina Holdings, LLC and additional business bank records (Dkt 987-4) |
| | M74 | | | | 2015 Grand Jury Subpoenas issued to financial institutions and related correspondence (Dkt 987-2, PageID 8975-8990) |
| | M75 | 10/13 | | 10/13 | 8/2/99 FBI 302 of 7/30/99 Ryan Teramoto Interview (00289597-00289598) |

6

| USA v. Michael J. Miske, Jr., et al. | | | | | CASE NO. CR. No. 19-00099 |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|  | M76 |  |  | 10/13 | 5/30/00 FBI 302 of 5/11/20 Ryan Teramoto Interview (00289603_UR) |
|  | M77 |  |  | 10/14 | 7/28/00 FBI 302 re Information provide by Source (00354486-00354488) |
|  | M78 | 10/16 |  | 10/16 | 7/31/00 FD-759 Authorized Teramoto and Miske (00354480-00354481) |
|  | M79 |  |  |  | 1/17/01 FBI 302 re Information provide by Source (00354494-00354496) |
|  | M80 | 10/13 |  | 10/14 | 2/9/10 Filing and Security Details re Forfeiture (00355279-00355326) |
|  | M81 |  |  | 10/14 | 3/6/11 Filing and Security Details re Forfeiture (00355060-00355088) |
|  | M82 | 10/13 |  |  | 6/7/06 FBI Case Initiation Report re 183F-HN-19285 (Excerpt, 00354418-00354427, 00354437-00354438, 00354465-00354470) |
|  | M83 | 10/13 |  |  | 7/25/13 Dept. Homeland Security, Homeland Security Investigations (HSI) report (00214518-00214520, Dkt. 987-9, PageID 9020-9022) |
|  | M84 |  |  |  | 8/28/13 HSI Ventura Report (00421963-00421967, Dkt. 987-9, PageID 9023-9027) |
|  | M85 | 10/13 |  |  | 8/29/13 Dept. Homeland Security, HSI report (00353383-00353412, Dkt. 987-9, PageID 9028-9034) |
|  | M86 | 10/13 |  |  | 9/15/13 Dept. Homeland Security, HSI report (00214525-00214528) |
|  | M87 |  |  |  | 8/21/12 HSI Incident Report re Arrest of Felipe Torres-Corona (Dkt. 987-7) |
|  | M88 |  |  | 10/14 | 12/13/15 HSI Report re 12/4/15 arrest of Miske by HPD (Dkt. 987-8) |
|  | M89 | 10/14 |  | 10/14 | 12/17/15 FBI 302 re Execution of Search Warrant (00002373) |
|  | M90 |  |  |  | 11/12/15 HPD Report 15-453470 (00189245-00189256) |
|  | M91 |  |  |  | 11/14/15 HPD Report 15-455318 (00189257-00189260) |
|  | M92 |  |  | 10/14 | HPD Recording (00225101) |

7

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | M93 | | | | 1/11/17 Application of the U.S. for an Order Pursuant to 18 U.S.C. § 2703(d) re 17-00006 (Dkt. 962-1, 961-4) |
| | M94 | | | | 2/3/17 FBI 302 re service of court order on AT&T *9223 (Dkt. 962-2) |
| | M95 | | | | 6/15/16 Return re Search and Seizure Warrant 16-0693 (Dkt. 961-2) |
| | M96 | 10/13 | | | 7/21/16 Application 16-00209 (Dkt. 961-3) |
| | M97 | 10/14 | | | HSI Notes re Rachel Investigation (00374130-00374131) |
| | M98 | | | | 3/2/18 OCDETF Investigation Initiation Form (Dkt. 987-10) |
| | M99 | | | | Email correspondence between counsel re defense discovery requests (Dkt. 987-6) |
| | M100 | | | | December 2010 First Hawaiian Bank Statement re KTPC account 9376 (FINANCIALS 00027203- 00027214) |
| | M101 | | | 10/14 | 12/4/15 FBI Collected Item Log re HPD Erik Hokama consensual recording of Miske (00002349) |
| | M102 | 10/14 | | 10/14 | 12/4/15 FBI FD-472 Agreement to Consensually Monitor (HPD Hokama, FBI Special Agents Pent, Jackson (00002371-00002372) |

USA v. Michael J. Miske, Jr., et al.   CASE NO. CR. No. 19-00099

8

DATED: Honolulu, Hawai'i, October 11, 2023.

/s/ Michael J. Kennedy
MICHAEL J. KENNEDY
/ s / Lynn E. Panagakos
LYNN E. PANAGAKOS

Attorneys for Defendant
MICHAEL J. MISKE, JR.

## CERTIFICATE OF SERVICE

I, Lynn E. Panagakos, hereby certify that by this filing through the court's electronic filing system, all counsel of record have been served with this document.

DATED: Honolulu, Hawai'i, October 11, 2023.

/ s / Lynn E. Panagakos
LYNN E. PANAGAKOS

9