IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. MISKE, JR.,<br><br>Defendant. | Case No. 19-cr-00099-DKW-1<br><br>**ORDER DENYING AS MOOT DEFENDANT MICHAEL J. MISKE, JR.'S MOTION TO SUPPRESS EVIDENCE DERIVED FROM SEARCH AND SEIZURE WARRANT ISSUED IN CASE NO. 17-00909** |

Defendant Michael J. Miske, Jr. moves to suppress ("motion") evidence derived from a search and seizure warrant authorized in Case No. 17-00909. Dkt. No. 970. Specifically, Miske seeks to suppress evidence that was seized during the search of a boat called the "Painkiller." In its opposition, while the government does not concede any of the arguments in the motion, the government asserts that it will not "introduce at trial any evidence obtained as a result of the execution of Search Warrant #17-00909." Dkt. No. 980 at 2.

In light of the government's representation that it will not introduce at trial the evidence that Miske seeks to suppress through the instant motion, the motion, Dkt. No. 970, is MOOT and DENIED as such.

//

//

IT IS SO ORDERED.

DATED: November 3, 2023 at Honolulu, Hawai'i.



Derrick K. Watson
Chief United States District Judge

---

*United States v. Miske,* Case No. 19-cr-00099-DKW-1; **ORDER DENYING AS MOOT DEFENDANT MICHAEL J. MISKE, JR.'S MOTION TO SUPPRESS EVIDENCE DERIVED FROM SEARCH AND SEIZURE WARRANT ISSUED IN CASE NO. 17-00909**