# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR 19-00099 DKW-KJM |
| CASE NAME: | USA v. (01) Michael J. Miske, Jr. |
| ATTYS FOR PLA: | Mark A. Inciong<br>Michael David Nammar<br>William KeAupuni Akina |
| ATTYS FOR DEFT: | (01) Lynn E. Panagakos<br>(01) Michael Jerome Kennedy |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Derrick K. Watson | REPORTER: | Gloria Bediamol |
| DATE: | 1/23/2024 | TIME: | 8:30 am - 1:30 pm |

COURT ACTION:  EP: Jury Trial (Day 10) held.

Defendant (1) Michael J. Miske, Jr. present, in custody.

FBI agent Tom Palmer present.

Without the presence of the jurors, Court addressed the parties regarding the exclusionary rule and Stipulations re Foundation and Authenticity of Certain Evidence at Trial.

Discussion held regarding Government's witnesses who are expected to testify today. Parties are to provide the Court notice of witnesses they expect to testify two business days in advance of their testimony.

[8:50] 18 jurors present.

Government's Witnesses
Geralynn Benanua Pang, HPD - CST.  Direct Examination, Cross Examination.
Admitted Exhibits: 5-1, 5-2A, 5-4, 5-11.

Guy Yoshimoto, HPD - CST.  Direct Examination.
Admitted Exhibits: 5-5, 5-6, 5-7, 5-8, 5-9, 5-10, 5-12, 5-13, 5-14, 5-15, 5-16, 5-17.

Jasmina Eliza, HPD - CST.  Direct Examination, Cross Examination.
Admitted Exhibits: 5-18, 5-19, 5-20, 5-21.

Andrew Maddock, Digital Forensic Expert - CST.  Direct Examination, Cross Examination.
Admitted Exhibits: 5-29, 5-30, 5-62, 5-63, 5-64, 5-65, 9173-001 (pages 0056-0060, 0063).

Seung Ji Robert Lee - CST.  Direct Examination, Cross Examination.

[1:30] Jurors excused for the day.

Parties are to notify the courtroom manager if there are any issues to be addressed before the start of trial.

Further Jury Trial (Day 11) set for 1/24/2024 at 8:30 a.m. in Aha Kupono before Chief Judge Derrick K. Watson.

Defendant (1) Michael J. Miske, Jr. is remanded to the custody of the U.S. Marshals Services.

Submitted by: Tammy Kimura, Courtroom Manager