CLARE E. CONNORS #7936
United States Attorney
District of Hawaii

MICHAEL D. NAMMAR
MARK A. INCIONG     CA BAR #163443
W. KEAUPUNI AKINA #11565
Assistant U.S. Attorneys
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email:     Michael.Nammar@usdoj.gov
           Mark.Inciong@usdoj.gov
           Keaupuni.Akina@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> MICHAEL J. MISKE, JR.,   (01) <br> aka "Bro," <br><br> Defendant. | CR. NO. 19-00099 DKW <br><br> GOVERNMENT'S SECOND SUPPLEMENTAL EXHIBIT LIST; CERTIFICATE OF SERVICE |

GOVERNMENT'S SECOND SUPPLEMENTAL EXHIBIT LIST

The Government hereby submits its second supplemental exhibit list, attached hereto, in the above-captioned matter. The Government reserves the right to add to, delete from, or otherwise modify this list during the course of the trial.

DATED: February 1, 2024, at Honolulu, Hawaii.

                                                  CLARE E. CONNORS
                                                  United States Attorney
                                                  District of Hawaii

                                  By    */s/ Mark A. Inciong*
                                          MICHAEL D. NAMMAR
                                          MARK A. INCIONG
                                          W. KEAUPUNI AKINA
                                          Assistant U.S. Attorneys

===============================================================

# UNITED STATES DISTRICT COURT

# DISTRICT OF HAWAII

===============================================================

**UNITED STATES OF AMERICA**　　　　　**FIRST SUPP. EXHIBIT LIST**

　　　　v.　　　　　　　　　　　　　　　**CR. NO. 19-00099 DKW**

**MICHAEL J. MISKE JR. et al.,**

| Presiding Judge:<br>Derrick K. Watson | Plaintiff's Attorneys:<br>Mark A. Inciong<br>Michael D. Nammar<br>W. KeAupuni Akina | Defense Attorneys:<br>Lynn Panagakos<br>Michael Kennedy |
|---|---|---|
| Trial Date<br>January 8, 2024 | Court Reporter: | Courtroom Deputy:<br>Tammy Kimura |

| EXH. NO. | DESCRIPTION | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|
| 1-8A | Tommy Otake (1-808-386-2127) Chat from 1B415 | | |
| 1-8B | Images from 1B415 (1-808-386-2127) | | |
| 1-9A | Video #2 from extraction of 1B436 IMG_0013.MOV | | |
| 1-9B | Video #5 from extraction of 1B436 IMG_0136.MOV | | |
| 1-9C | Video #6 from extraction of 1B436 IMG_0137.MOV | | |
| 1-717 | Text Message from Deputy Prosecuting Attorney to Spiker, November 17, 2015 | | |
| 1-718 | Email from Deputy Prosecuting Attorney to Spiker, November 17, 2015; "Federal Task Force" | | |

| EXH. NO. | DESCRIPTION | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|
| 1-719 | Email from Deputy Prosecuting Attorney to Roger Lau, November 17, 2015, "Stand Down" | | |
| 1-985C | Contacts List for 1B307 (Wayne Miller cell phone 808- 394-7987) | | |

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served on the following counsel on the date and in the manner described below:

<u>Served Electronically through CM/ECF:</u>

| | |
|---|---|
| Lynn Panagakos, Esq. | Attorneys for Defendant |
| Michael Jerome Kennedy, Esq. | MICHAEL J. MISKE, JR. |

DATED:  February 2, 2024, at Honolulu, Hawaii.

<u>/s/Mark A. Inciong</u>
U.S. Attorney's Office
District of Hawaii