CLARE E. CONNORS #7936
United States Attorney
District of Hawaii

MICHAEL D. NAMMAR
MARK A. INCIONG     CA BAR #163443
W. KEAUPUNI AKINA #11565
Assistant U.S. Attorneys
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Email:      Michael.Nammar@usdoj.gov
            Mark.Inciong@usdoj.gov
            Keaupuni.Akina@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | CR. NO. 19-00099 DKW |
|---|---|
| Plaintiff, | |
| vs. | GOVERNMENT'S THIRD SUPPLEMENTAL EXHIBIT LIST; CERTIFICATE OF SERVICE |
| MICHAEL J. MISKE, JR.,     (01) aka "Bro," | |
| Defendant. | |

GOVERNMENT'S THIRD SUPPLEMENTAL EXHIBIT LIST

The Government hereby submits its third supplemental exhibit list, attached hereto, in the above-captioned matter. The Government reserves the right to add to, delete from, or otherwise modify this list during the course of the trial.

DATED: February 12, 2024, at Honolulu, Hawaii.

           CLARE E. CONNORS
           United States Attorney
           District of Hawaii


     By  */s/ Mark A. Inciong*
        MICHAEL D. NAMMAR
        MARK A. INCIONG
        W. KEAUPUNI AKINA
        Assistant U.S. Attorneys

========================================================================

# UNITED STATES DISTRICT COURT

# DISTRICT OF HAWAII

========================================================================

**UNITED STATES OF AMERICA**      **THIRD SUPP. EXHIBIT LIST**

         v.          **CR. NO. 19-00099 DKW**

**MICHAEL J. MISKE JR. et al.,**

| Presiding Judge:<br>Derrick K. Watson | Plaintiff's Attorneys:<br>Mark A. Inciong<br>Michael D. Nammar<br>W. KeAupuni Akina | Defense Attorneys:<br>Lynn Panagakos<br>Michael Kennedy |
|---|---|---|
| Trial Date<br>January 8, 2024 | Court Reporter: | Courtroom Deputy:<br>Tammy Kimura |

| EXH. NO. | DESCRIPTION | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|
| 1-607A | Photo of drawer with HPD police shirt in Miske bedroom at 1226 Kuuna Street | | |
| 1-643A | Videos Extraction from Freitas iphone 6 - Craigslist 2003 Honda Prelude | | |
| 1-643B | Video 1 from Freitas iphone 6 IMG_5823.mp4 | | |
| 1-716A | Transcript of Recording of Miske speaking with Jared Spiker on November 14, 2015 | | |
| 1-1083 | Photo of 972 Queen Street 1 | | |
| 1-1084 | Photo of 972 Queen Street 2 | | |
| 1-1085 | Photo of 972 Queen Street 3 | | |
| 1-1086 | Photo of 972 Queen Street 4 | | |

| EXH. NO. | DESCRIPTION | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|
| 1-1087 | Photo #1 of Miske bedroom at 1226 Kuuna Street | | |
| 1-1088 | Photo #2 of Miske bedroom at 1226 Kuuna Street | | |
| 1-1089 | Photo #3 of Miske bedroom at 1226 Kuuna Street | | |
| 1-1090 | Photo #4 of Miske bedroom at 1226 Kuuna Street | | |
| 1-1091 | Photo #5 of Miske bedroom at 1226 Kuuna Street | | |
| 1-1092 | Photo #6 of Miske bedroom at 1226 Kuuna Street | | |
| 1-1093 | Photo of Miske IDs and cash at 1226 Kuuna Street | | |
| 1-1094 | Photo #1 of spare bedroom "G" at 1226 Kuuna Street | | |
| 1-1095 | Photo #2 of spare bedroom "G" at 1226 Kuuna Street | | |
| 1-1096 | Photo #3 of spare bedroom "G" at 1226 Kuuna Street | | |
| 1-1097 | Photo of jet skis at 1226 Kuuna Street | | |
| 2-76 | Reserved | | |
| 2-77 | Reserved | | |
| 4-124 | Statement of Ahmed Ed Chergui dated September 21, 2015 | | |
| 4-125 | Statement of Ahmed Ed Chergui dated September 22, 2015 | | |
| 4-126 | Photo of opening of the Standard #1 | | |
| 4-127 | Photo of opening of the Standard #2 | | |
| 6-48A | Photo of Ginza Night Club | | |
| 6-57 | Reserved | | |
| 6-58 | Reserved | | |
| 6-59 | Reserved | | |
| 6-60 | Reserved | | |

2

| EXH. NO. | DESCRIPTION | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|
| 6-61 | Reserved | | |
| 6-62 | Reserved | | |
| 6-63 | Reserved | | |
| 6-81 | Statement of Alex Kim to HPD | | |
| 9-1188 | Pacific Rim Bank personal loan file no. XXXX0086 to Michael J. Miske, Jr. | | |
| 9-1189 | Nordic/PCL Keola La'i Subcontract no. 1060005 with Revisions #001 and 002 | | |
| 9-1190 | Photo #1 of white Ferrari Berlinetta at 6 Lumahai | | |
| 9-1191 | Photo #2 of white Ferrari Berlinetta at 6 Lumahai | | |
| 9-1192 | Photo #3 of white Ferrari Berlinetta at 6 Lumahai | | |
| 9-1193 | Photo #4 of white Ferrari Berlinetta at 6 Lumahai | | |
| 9-1194 | Photo #5 of white Ferrari Berlinetta at 6 Lumahai | | |
| 9-1195 | Photo of VIN of white Ferrari Berlinetta at 6 Lumahai | | |
| 9-1196 | Insurance ID Card for white Ferrari Berlinetta at 6 Lumahai | | |
| 9-1197 | May 30, 2020 sale documents of white Ferrari Berlinetta | | |
| 9-1198 | Certificate of Authenticity of Business Records for May 30, 2020 sale of Ferrari Berlinetta | | |
| 9-1199 | $217k Bank of Hawaii cashier's check from Hawaii Partners LLC to Ferrari Hawaii | | |
| 9-1200 | Mauna Kea Beach Hotel Invoice - Initial Deposit of $558,376.74 to KTPC, 4/3/2020 | | |
| 9-1201 | Mauna Kea Beach Hotel Invoice – 2nd Payment of $604,450.02 to KTPC, 4/21/2020 | | |

3

| EXH. NO. | DESCRIPTION | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|
| 9-1202 | Mauna Kea Beach Hotel Invoice – Half of Final Payment of $669,371.46 to KTPC, 5/1/2020 | | |
| 9-1203 | Mauna Kea Beach Hotel Invoice – Final Payment of $669,371.46 to KTPC, 5/4/2020 | | |
| 9-1204 | Photo #1 of red '57 VW Bug at 6 Lumahai | | |
| 9-1205 | Photo #2 of red '57 VW Bug at 6 Lumahai | | |
| 9-1206 | Photo #3 of red '57 VW Bug at 6 Lumahai | | |
| 9-1207 | Photo #4 of red '57 VW Bug at 6 Lumahai | | |
| 9-1208 | Photo #1 of green VW Bug at 6 Lumahai | | |
| 9-1209 | Photo #2 of green VW Bug at 6 Lumahai | | |
| 9-1210 | Photo #3 of green VW Bug at 6 Lumahai | | |
| 9-1211 | Photo #4 of green VW Bug at 6 Lumahai | | |
| 9-1212 | Photo #1 of BBYGRL VW Bug at 6 Lumahai | | |
| 9-1213 | Photo #2 of BBYGRL VW Bug at 6 Lumahai | | |
| 9-1214 | Photo #3 of BBYGRL VW Bug at 6 Lumahai | | |
| 9-1215 | Photo #4 of BBYGRL VW Bug at 6 Lumahai) | | |
| 9-1216 | Photo #1 of VW Bus at 6 Lumahai | | |
| 9-1217 | Photo #2 of VW Bus at 6 Lumahai | | |
| 9-1218 | Photo #3 of VW Bus at 6 Lumahai | | |
| 9-1219 | Photo #4 of VW Bus at 6 Lumahai | | |
| 9-1220 | Photo #5 of VW Bus at 6 Lumahai | | |

| EXH. NO. | DESCRIPTION | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|
| 9-1221 | Photo #1 of white BMW 530i (TXY 698) at 6 Lumahai | | |
| 9-1222 | Photo #2 of white BMW 530i (TXY 698) at 6 Lumahai | | |
| 9-1223 | Photo #3 of white BMW 530i (TXY 698) at 6 Lumahai | | |
| 9-1224 | Photo #1 of Ford Raptor Truck at 6 Lumahai | | |
| 9-1225 | Photo #2 of Ford Raptor Truck at 6 Lumahai | | |
| 9-1226 | Photo #3 of Ford Raptor Truck at 6 Lumahai | | |
| 9-1227 | Photo #1 of collector gray Ford Bronco at 6 Lumahai | | |
| 9-1228 | Photo #2 of collector gray Ford Bronco at 6 Lumahai | | |
| 9-1229 | Photo #3 of collector gray Ford Bronco at 6 Lumahai | | |
| 9-1230 | Photo #4 of collector gray Ford Bronco at 6 Lumahai | | |
| 9-1231 | Photo #1 of cars in garage at 6 Lumahai | | |
| 9-1232 | Photo #2 of cars in garage at 6 Lumahai | | |

CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served on the following counsel on the date and in the manner described below:

Served Electronically through CM/ECF:

| | |
|---|---|
| Lynn Panagakos, Esq. | Attorneys for Defendant |
| Michael Jerome Kennedy, Esq. | MICHAEL J. MISKE, JR. |

DATED: February 12, 2024, at Honolulu, Hawaii.

/s/ Kari Sherman
U.S. Attorney's Office
District of Hawaii