## MINUTES

| | |
|---|---|
| CASE NUMBER: | CR 19-00099 DKW-KJM |
| CASE NAME: | USA v. (01) Michael J. Miske, Jr. |
| ATTYS FOR PLA: | Mark A. Inciong<br>Michael David Nammar<br>William KeAupuni Akina |
| ATTYS FOR DEFT: | (01) Lynn E. Panagakos<br>(01) Michael Jerome Kennedy |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Derrick K. Watson | REPORTER: | Gloria Bediamol |
| DATE: | 2/15/2024 | TIME: | 8:30 am - 1:35 pm |

COURT ACTION: EP: Jury Trial (Day 21) held.

Defendant (1) Michael J. Miske, Jr. present, in custody.

FBI agent Tom Palmer present.

17 Jurors present.

Government's Witnesses
Ashlin Akau - CST. Direct Examination, Cross Examination, Redirect Examination, Recross Examination.
Admitted Exhibits: 1-38, 1-57, 1-58, 1-702, 1-706, 1-862, 1-863, 1-880, 6-26, 6-29, 6-44, 6-79, 8-1, 8-5, 8-7, 9000-043A (Defendant to file an Eleventh Supplemental Exhibit List listing said exhibit).

Kaulana Freitas - CST. Direct Examination.
Admitted Exhibits: 2-1, 2-11, 2-12, 2-13, 2-16, 4-19, 4-22. 4-27, 4-28, 4-29, 4-30, 6-32, 6-37.

Jurors excused for the day.

Further Jury Trial (Day 22) set for 2/16/2024 at 8:30 a.m. in Aha Kupono before Chief Judge Derrick K. Watson.

Defendant (1) Michael J. Miske, Jr. is remanded to the custody of the U.S. Marshals Services.

Submitted by: Tammy Kimura, Courtroom Manager