# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR 19-00099 DKW-KJM |
| CASE NAME: | USA v. (01) Michael J. Miske, Jr. |
| ATTYS FOR PLA: | Mark A. Inciong<br>Michael David Nammar<br>William KeAupuni Akina |
| ATTYS FOR DEFT: | (01) Lynn E. Panagakos<br>(01) Michael Jerome Kennedy |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Derrick K. Watson | REPORTER: | Gloria Bediamol |
| DATE: | 2/22/2024 | TIME: | 8:35 am - 1:35 pm |

COURT ACTION: EP: Jury Trial (Day 25) held.

Defendant (1) Michael J. Miske, Jr. present, in custody.

FBI agent Tom Palmer present.

17 Jurors present.

Government's Witnesses
Scott Kapfer - Further Cross Examination, Redirect Examination, Recross Examination.
Admitted Exhibit: 6-10.

Timothy Pickle - CST. Direct Examination, Cross Examination.

Rosie Kawamata - CST. Direct Examination, Cross Examination.
Admitted Exhibits: 1-295 through 1-333, 9-598, 9-1195, 9-1197, 9-1204 through 9-1207, 9-1208 through 9-1211, 9-1212 through 9-1215, 9-1216 through 9-1220, 9-1227 through 9-1230, 9-1231, 9-1232.

[11:00 - 11:10] Out of the presence of the jurors, Defendant objects to the Govt.'s witness Alex Kim pursuant to Rule 403. Arguments heard. Counsel may renew the objection once the witness takes the stand.

Adrian Jennison - CST.  Direct Examination, Cross Examination, Redirect Examination, Recross Examination.
Admitted Exhibits: 6-68, 6-70, 6-71.

Alexander Kim - CST.  Direct Examination, Cross Examination.

Daniel Wolf - CST.  Direct Examination.

Jurors excused for the day.

A status conference held regarding Defendant's objection to the testimony of Govt.'s witness Kurt Kendro regarding the Zippy's incident.  Arguments heard.  Court to address this matter tomorrow before Officer Kendro takes the stand.

Further Jury Trial (Day 26) set for 2/23/2024 at 8:30 a.m. in Aha Kupono before Chief Judge Derrick K. Watson.

Defendant (1) Michael J. Miske, Jr. is remanded to the custody of the U.S. Marshals Services.

Submitted by: Tammy Kimura, Courtroom Manager