MICHAEL J. KENNEDY
Law Offices of Michael Jerome Kennedy, PLLC
Nevada State Bar #10103; California State Bar #193901
333 Flint Street
Reno, NV 89501
775-221-7100 (office); 775-233-0914 (mobile)
Email: michael@mjkennedylaw.com

LYNN E. PANAGAKOS   7696
841 Bishop Street, Suite 2201
Honolulu, Hawai`i  96813
Telephone: (808) 542-9943
E-mail:  lynnpanagakos@yahoo.com

*Attorneys for Michael J. Miske, Jr. (01)*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. 19-00099-DKW-KJM |
| Plaintiff, | |
| | DEFENDANT MICHAEL J. MISKE, JR.'S OBJECTION TO ADMISSION OF GOVERNMENT EXHIBIT 6-85 AND TO EXPERT TESTIMONY ON THE LAW; EXHIBIT 1; CERTIFICATE OF SERVICE |
| vs. | |
| MICHAEL J. MISKE, JR. (01), | |
| Defendants. | |

DEFENDANT MICHAEL J. MISKE, JR.'S OBJECTION
TO ADMISSION OF GOVERNMENT EXHIBIT 6-85
AND TO EXPERT TESTIMONY ON THE LAW

Defendant Michael J. Miske, Jr. objects to the admission of government exhibit

6-85, discussed in the government's "Notice Regarding Trial Exhibit 6-85 – Chemical

Weapons Convention Annex on Chemicals" (Dkt. 1332).

Counts 12-14 charge Mr. Miske with violations of 18 U.S.C. § 229, arising from

1

the release of a substance charged to be chloropicrin in the District and Ginza Nightclubs on March 4 and 5, 2017. 18 U.S.C. § 229F(8)(B) defines "toxic chemicals" to include the chemicals "listed in schedules contained in the Annex on Chemicals of the Chemical Weapons Convention" (including chloropicrin, which is listed in Schedule 3). This Annex is a provision of *law*. It is not evidence. Just as the schedules of controlled substances are inadmissible provisions of law in drug cases, so too is the Annex on Chemicals of the Chemical Weapons Convention inadmissible in this case.

Likewise, "expert" testimony on the Chemical Weapons Convention and its Annex, including chloropicrin's inclusion in Schedule 3 thereof, is also inadmissible, because it would invade the exclusive province of the Court to instruct the jury on the law. *See* Mr. Miske's Proposed Jury Instructions on Counts 12-14 (Dkt. 1306, PageID.12394-12400, also attached hereto as Exhibit 1). *See also Nationwide Transp. Fin. v. Cass Info. Sys. Inc.,* 523 F.3d 1051, 1058 (9th Cir. 2008) ("instructing the jury as to the applicable law is the distinct and exclusive province of the court") (*quoting Hangarter v. Provident Life & Accident Ins. Co.,* 373 F.3d 998, 1016 (9th Cir. 2004) (internal citations and quotation marks omitted); *see also* Fed. R. Evid. 702 (expert testimony must assist trier of fact to understand *evidence* or determine a *fact* in issue).

The government's "Notice" also makes reference to "background" on the Chemical Weapons Convention and its "implementing body." These issues are entirely irrelevant under Fed.R.Evid. 401 and unfairly prejudicial, confusing and misleading under Fed.R.Evid. 403.

DATED:  February 26, 2024, Honolulu, Hawaii.

2

_/s/Michael J. Kennedy_
MICHAEL J. KENNEDY
_/s/ Lynn E. Panagakos_
LYNN E. PANAGAKOS
Counsel for Defendant
MICHAEL J. MISKE, JR (01)

CERTIFICATE OF
SERVICE

I, Lynn E. Panagakos, hereby certify that a true and correct copy of this document this filing has been duly served on all counsel of record through the court's electronic filing system.

DATED: Honolulu, Hawai`i, February 26, 2024.

/s/ Lynn E. Panagakos
LYNN E. PANAGAKOS