CLARE E. CONNORS #7936
United States Attorney
District of Hawaii

MICHAEL D. NAMMAR
MARK A. INCIONG     CA BAR #163443
W. KEAUPUNI AKINA #11565
Assistant U.S. Attorneys
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Email:      Michael.Nammar@usdoj.gov
            Mark.Inciong@usdoj.gov
            Keaupuni.Akina@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | CR. NO. 19-00099 DKW |
|---|---|
| Plaintiff, | |
| vs. | GOVERNMENT'S NINTH SUPPLEMENTAL EXHIBIT LIST; CERTIFICATE OF SERVICE |
| MICHAEL J. MISKE, JR.,     (01) aka "Bro," | |
| Defendant. | |

GOVERNMENT'S NINTH SUPPLEMENTAL EXHIBIT LIST

The Government hereby submits its ninth supplemental exhibit list, attached hereto, in the above-captioned matter. The Government reserves the right to add to, delete from, or otherwise modify this list during the course of the trial.

DATED: March 11, 2024, at Honolulu, Hawaii.

                                        CLARE E. CONNORS
                                      United States Attorney
                                      District of Hawaii

By   */s/ Mark A. Inciong*
      MICHAEL D. NAMMAR
      MARK A. INCIONG
      W. KEAUPUNI AKINA
      Assistant U.S. Attorneys

# UNITED STATES DISTRICT COURT
# DISTRICT OF HAWAII

| UNITED STATES OF AMERICA | NINTH SUPP. EXHIBIT LIST |
|---|---|
| v. | CR. NO. 19-00099 DKW |
| MICHAEL J. MISKE JR. et al., | |

| Presiding Judge:<br>Derrick K. Watson | Plaintiff's Attorneys:<br>Mark A. Inciong<br>Michael D. Nammar<br>W. KeAupuni Akina | Defense Attorneys:<br>Lynn Panagakos<br>Michael Kennedy |
|---|---|---|
| Trial Date<br>January 8, 2024 | Court Reporter: | Courtroom Deputy:<br>Tammy Kimura |

| EXH. NO. | DESCRIPTION | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|
| 1-0444A | HPD Report 06-408590 | | |
| 1-977A | Summary of Images and Video from 1B442 | | |
| 1-977B | Video 024.mp4 from 1B442 | | |
| 1-977C | Video 032.MP4 from 1B442 | | |
| 1-977D | Video 040.MP4 from 1B442 | | |
| 1-1102 | Photo of Double Tree Waikiki | | |
| 1-1103 | Photo of Double Tree facing Kalakaua | | |
| 1-1104 | Photo of Brooks Tanaka | | |

| EXH. NO. | DESCRIPTION | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|
| 9-1234A | Photo of check for $425,000 | | |
| 9-1236 | Notebook from Alfredo Cabael | | |
| 9-1237 | Photo of Keehi Marine Center off Sand Island Access Road | | |
| 9-1238 | Photo of Table Area in Parking Lot off Sand Island Parkway | | |

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served on the following counsel on the date and in the manner described below:

<u>Served Electronically through CM/ECF:</u>

| | |
|---|---|
| Lynn Panagakos, Esq. | Attorneys for Defendant |
| Michael Jerome Kennedy, Esq. | MICHAEL J. MISKE, JR. |

DATED:  March 11, 2024, at Honolulu, Hawaii.

<i>/s/ Kari Sherman</i><br>
U.S. Attorney's Office<br>
District of Hawaii