MICHAEL J. KENNEDY
Law Offices of Michael Jerome Kennedy, PLLC
Nevada State Bar #10103; California State Bar #193901
333 Flint Street, Reno NV 89501
775-221-7100 (office); 775-233-0914 (mobile)
Email: michael@mjkennedylaw.com
LYNN E. PANAGAKOS   7696
841 Bishop Street, Suite 2201
Honolulu, Hawai`i  96813
Telephone: (808) 542-9943
E-mail:  lynnpanagakos@yahoo.com

*Attorneys for Michael J. Miske, Jr. (01)*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| UNITED STATES OF AMERICA, | CR. NO. 19-00099-DKW-KJM |
|---|---|
| Plaintiff, | **DEFENDANT MICHAEL J. MISKE, JR.'S TWENTY-THIRD SUPPLEMENTAL EXHIBIT LIST; CERTIFICATE OF SERVICE** |
| vs. | |
| MICHAEL J. MISKE, JR. (01), | |
| Defendant. | |

**DEFENDANT'S TWENTY-THIRD SUPPLEMENTAL EXHIBIT LIST**

Mr. Miske respectfully submits his twenty-third supplemental exhibit list.[1]

DATED: March 11, 2024.

 */s/ Michael J. Kennedy*
 MICHAEL J. KENNEDY
 */s/ Lynn E. Panagakos*
 LYNN E. PANAGAKOS
 Counsel for Defendant
 MICHAEL J. MISKE, JR (01)

---

[1] Mr. Miske reserves the right to add to, delete from, or otherwise modify this list during the course of trial.  See ECF No. 1272, PageID.11971, n.1.

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

| UNITED STATES OF AMERICA | TWENTY-THIRD SUPPLEMENTAL |
|---|---|
| v. | EXHIBIT LIST |
| MICHAEL J. MISKE JR. et al. | CR. NO. 19-00099 DKW |

| **Presiding Judge:** Hon. Derrick K. Watson | **Plaintiff's Attorneys:** Mark A. Inciong<br>Michael D. Nammar<br>W. KeAupuni Akina | **Defense Attorneys:** Lynn Panagakos<br>Michael Kennedy |
|---|---|---|
| **Trial Date:** January 8, 2024 | **Court Reporter:** Gloria Bediamol | **Courtroom Deputy:** Tammy Kimura |

| Exhibit No. | Marked | ID Only | Admitted | Description |
|---|---|---|---|---|
| 9429-002 | | | | Univar Invoice, 1/05/11 |
| 9429-003 | | | | Univar Invoice, 1/12/11 |
| 9429-004 | | | | Univar Invoice, 1/24/11 |
| 9429-005 | | | | Univar Invoice, 2/03/11 |
| 9429-006 | | | | Univar Invoice, 2/08/11 |
| 9429-007 | | | | Univar Invoice, 2/16/11 |
| 9429-008 | | | | Univar Invoice, 2/22/11 |
| 9429-009 | | | | Univar Invoice, 3/02/11 |
| 9429-010 | | | | Univar Invoice, 3/07/11 |
| 9429-011 | | | | Univar Invoice, 3/14/11 |

| Exhibit No. | Marked | ID Only | Admitted | Description |
|---|---|---|---|---|
| 9429-012 | | | | Univar Invoice, 3/22/11 |
| 9429-013 | | | | Univar Invoice, 3/28/11 |
| 9429-014 | | | | Univar Invoice, 4/01/11 |
| 9429-015 | | | | Univar Invoice, 4/01/11 |
| 9429-016 | | | | Univar Invoice, 4/08/11 |
| 9429-017 | | | | Univar Invoice, 4/15/11 |
| 9429-018 | | | | Univar Invoice, 4/21/11 |
| 9429-019 | | | | Univar Invoice, 4/26/11 |
| 9429-020 | | | | Univar Invoice, 5/02/11 |
| 9429-021 | | | | Univar Invoice, 5/16/11 |
| 9429-022 | | | | Univar Invoice, 5/23/11 |
| 9429-023 | | | | Univar Invoice, 6/01/11 |
| 9429-024 | | | | Univar Invoice, 6/08/11 |
| 9429-025 | | | | Univar Invoice, 6/15/11 |
| 9429-026 | | | | Univar Invoice, 6/23/11 |
| 9429-027 | | | | Univar Invoice, 6/23/11 |
| 9429-028 | | | | Univar Invoice, 6/30/11 |
| 9429-029 | | | | Univar Invoice, 7/11/11 |
| 9429-030 | | | | Univar Invoice, 7/18/11 |
| 9429-031 | | | | Univar Invoice, 7/27/11 |

| Exhibit No. | Marked | ID Only | Admitted | Description |
|---|---|---|---|---|
| 9429-032 | | | | Univar Invoice, 8/05/11 |
| 9429-033 | | | | Univar Invoice, 8/15/11 |
| 9429-034 | | | | Univar Invoice, 8/19/11 |
| 9429-035 | | | | Univar Invoice, 8/29/11 |
| 9429-036 | | | | Univar Invoice, 9/07/11 |
| 9429-037 | | | | Univar Invoice, 9/15/11 |
| 9429-038 | | | | Univar Invoice, 9/22/11 |
| 9429-039 | | | | Univar Invoice, 9/29/11 |
| 9429-040 | | | | Univar Invoice, 10/07/11 |
| 9429-041 | | | | Univar Invoice, 10/18/11 |
| 9429-042 | | | | Univar Invoice, 10/26/11 |
| 9429-043 | | | | Univar Invoice, 11/10/11 |
| 9429-044 | | | | Univar Invoice, 11/17/11 |
| 9429-045 | | | | Univar Invoice, 12/02/11 |
| 9429-046 | | | | Univar Invoice, 12/12/11 |
| 9429-047 | | | | Univar Invoice, 12/21/11 |
| 9429-048 | | | | Univar Invoice, 2/02/12 |
| 9429-049 | | | | Reserved. |
| 9429-050 | | | | Univar Invoice, 1/04/13 |
| 9429-051 | | | | Univar Invoice, 1/17/13 |

| Exhibit No. | Marked | ID Only | Admitted | Description |
|---|---|---|---|---|
| 9429-052 | | | | Univar Invoice, 1/30/13 |
| 9429-053 | | | | Univar Invoice, 6/06/14 |
| 9429-054 | | | | Univar Invoice, 9/11/15 |
| 9429-055 | | | | Keola Lai Authorized Personnel List; 00143541 |
| 9429-056 | | | | Photograph of Chloropicrin pallet at Keola Lai |
| 9429-057 | | | | Photograph of Hugh Manalo, Jason Smith, Alfredo Cabael at Keola Lai |
| 9429-058 | | | | Photograph of Chloropicrin box and pan from Keola Lai |
| 9429-059 | | | | Photograph of Chloropicrin box from Keola Lai |
| 9429-060 | | | | Photograph of Alfredo Cabael at Keola Lai |
| 9429-061 | | | | Photograph of team meeting at Keola Lai, Glenn Sahara pictured |
| 9429-062 | | | | Department of Agriculture, Notice of Pesticide Use/Misuse Inspection; 00001732 |
| 9429-063 | | | | Nordic Subcontract Revision #002 re Keola Lai; 00337158 |
| 9429-064 | | | | Check to Dorvin D. Leis Co., Inc.; 00278446 |
| 9429-065 | | | | Vikane Gas Fumigant Caretakers Program Attendee & Clearance Device Form; 00020395 |
| 9429-066 | | | | List of Properties; 00215048 |
| 9429-067 | | | | Photograph of 1008 Koko Kai Place |
| 9429-068 | | | | Photograph of 1008 Koko Kai Place |

| Exhibit No. | Marked | ID Only | Admitted | Description |
|---|---|---|---|---|
| 9429-069 | | | | Photograph of 1008 Koko Kai Place |
| 9429-070 | | | | Photograph of 1008 Koko Kai Place |
| 9429-071 | | | | Fumigation warning sign and clamshell on door; 00348765 |
| 9429-072 | | | | Photograph of Chloropicrin Pan; 00348769 |
| 9429-073 | | | | Photograph of warning sign and clamshell on door; 00348773 |
| 9429-074 | | | | Photograph of warning signs, clamshells, Spectros device; 00348793 |
| 9429-075 | | | | Photograph of Spectros device; 00348799 |
| 9429-076 | | | | Photograph of Alfredo Cabael Drivers License and Applicators License; 00020396 |
| 9429-077 | | | | Photograph of Alfredo Cabael Certification for Commercial Applicators of Restricted Pesticides |
| 9429-078 | | | | Yelp photographs of Waikele Storage, 2017 |
| 9429-079 | | | | Video File – Lumahai Construction |
| 9429-080 | | | | Video File – Lumahai Construction |
| 9429-081 | | | | Video File – Lumahai Construction |
| 9429-082 | | | | Video File – Lumahai Construction |
| 9429-083 | | | | Video File – Lumahai Construction |
| 9429-084 | | | | Video File – Lumahai Construction |
| 9429-085 | | | | Video File – Lumahai Construction |

| Exhibit No. | Marked | ID Only | Admitted | Description |
|---|---|---|---|---|
| 9429-086 | | | | Video File – The Rachel dry dock |
| 9429-087 | | | | Video File – The Rachel |
| 9429-088 | | | | Video File – Construction of The Standard |
| 9429-089 | | | | Video File – Construction of The Standard |
| 9429-090 | | | | Photograph of Lumahai construction |
| 9429-091 | | | | Photograph of The Standard construction |
| 9429-092 | | | | Photograph of The Standard construction |
| 9429-093 | | | | Waikele Self Storage, map of grounds |
| 9429-094 | | | | 8/11/12 Email from Andi Kaneakua to Tricia Castro re Counterfeit Checks; 00238225 |
| 9429-095 | | | | Respirator Fit Test and Training Certificate re Alfredo Cabael; 00001785 |
| 9429-096 | | | | FD-302 re 3/02/24 Interview with Alfredo Cabael |
| 9429-097 | | | | IRS Memorandum of Interview re 3/11/24 Interview with Alfredo Cabael |
| 9429-098 | | | | Fumigation of Keola Lai, Report by Roman Dycus; 00143534 |
| 9429-099 | | | | Photographs of Chloropicrin and Air Filters at Keola Lai |

CERTIFICATE OF SERVICE

I, Lynn E. Panagakos, hereby certify that a true and correct copy of this document this filing has been duly served on all counsel of record through the court's electronic filing system.

DATED: Honolulu, Hawai`i, March 11, 2024.

/s/ Lynn E. Panagakos
LYNN E. PANAGAKOS