MICHAEL J. KENNEDY
Law Offices of Michael Jerome Kennedy, PLLC
Nevada State Bar #10103; California State Bar #193901
333 Flint Street, Reno NV 89501
775-221-7100 (office); 775-233-0914 (mobile)
Email: michael@mjkennedylaw.com
LYNN E. PANAGAKOS   7696
841 Bishop Street, Suite 2201
Honolulu, Hawai`i  96813
Telephone: (808) 542-9943
E-mail:  lynnpanagakos@yahoo.com

*Attorneys for Michael J. Miske, Jr. (01)*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>MICHAEL J. MISKE, JR. (01),<br><br>　　　　　　　　Defendant. | CR. NO. 19-00099-DKW-KJM<br><br>**DEFENDANT MICHAEL J. MISKE, JR.'S TWENTY-FOURTH SUPPLEMENTAL EXHIBIT LIST; CERTIFICATE OF SERVICE** |

**DEFENDANT'S TWENTY-FOURTH SUPPLEMENTAL EXHIBIT LIST**

Mr. Miske respectfully submits his twenty-fourth supplemental exhibit list.[1]

DATED: March 12, 2024.

 */s/Michael J. Kennedy*
 MICHAEL J. KENNEDY
 */s/ Lynn E. Panagakos*
 LYNN E. PANAGAKOS
 Counsel for Defendant
 MICHAEL J. MISKE, JR (01)

---

[1] Mr. Miske reserves the right to add to, delete from, or otherwise modify this list during the course of trial.  See ECF No. 1272, PageID.11971, n.1.

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

| UNITED STATES OF AMERICA v. MICHAEL J. MISKE JR. et al. | TWENTY-FOURTH SUPPLEMENTAL EXHIBIT LIST CR. NO. 19-00099 DKW |
|---|---|

| Presiding Judge: Hon. Derrick K. Watson | Plaintiff's Attorneys: Mark A. Inciong, Michael D. Nammar, W. KeAupuni Akina | Defense Attorneys: Lynn Panagakos, Michael Kennedy |
|---|---|---|
| Trial Date: January 8, 2024 | Court Reporter: Gloria Bediamol | Courtroom Deputy: Tammy Kimura |

| Exhibit No. | Marked | ID Only | Admitted | Description |
|---|---|---|---|---|
| 9429-100 | | | | Healthcare Enrollment Form re Alfredo Cabael |
| 9429-101 | | | | Healthcare Change of Status re Vaimasina Ishiyama |
| 9429-102 | | | | Photograph of Keaola Lai Team safety meeting |
| 9429-103 | | | | Photograph of Keaola Lai gas lines in stairwell |
| 9429-104 | | | | Photograph of Keaola Lai window rappel to aerate building |
| 9429-105 | | | | Photograph of Keaola Lai SCBAs |
| 9429-106 | | | | Photograph of Keaola Lai Vikane Scientist, Roman Dycus, Rick Crago |
| 9429-107 | | | | Photograph of Keaola Lai RDA Unit |
| 9429-108 | | | | Photograph of Keaola Lai Team |

| Exhibit No. | Marked | ID Only | Admitted | Description |
|---|---|---|---|---|
| 9429-109 | | | | Photograph at Keaola Lai |
| 9429-110 | | | | IRS Memorandum of Interview re 9/07/23 Stephen Kishida |
| 9429-111 | | | | IRS Memorandum of Activity re 9/15/23 & 9/18/23 re Shaun Morita and Stephen Kishida; 00438053 |
| 9429-112 | | | | 3/04/10 Email re Firecracker Permits to Stephen Kishida; 00434100 |
| 9429-113 | | | | 9/15/23 Email re Fireworks License Logs from Stephen Kishida; 00438032 |
| 9429-114 | | | | IRS Memorandum of Activity re Herbert Lee and 2009 Department of Labor case file; 00434111 |
| 9429-115 | | | | KTPC Checks to Alfredo Cabael, 2010 |
| 9429-116 | | | | KTPC Checks to Alfredo Cabael, 2011 |
| 9429-117 | | | | KTPC Checks to Alfredo Cabael, 2012 |
| 9429-118 | | | | KTPC Checks to Alfredo Cabael, 2013 |
| 9429-119 | | | | KTPC Checks to Alfredo Cabael, 2015 |
| 9430-001 | | | | IRS Memorandum of Interview re 9/08/23 Interview with Mark Bolian; 00456397 |
| 9431-001 | | | | FD-302 re 1/10/24 Interview of Stanley Ma; 00479959 |
| 9431-002 | | | | FD-302 re 1/12/24 Interview of Stanley Ma |
| 9431-003 | | | | NCIC re Stanley Ma |

CERTIFICATE OF SERVICE

    I, Lynn E. Panagakos, hereby certify that a true and correct copy of this document this filing has been duly served on all counsel of record through the court's electronic filing system.

    DATED: Honolulu, Hawai`i, March 12, 2024.

                                             /s/ Lynn E. Panagakos
                                             LYNN E. PANAGAKOS