CLARE E. CONNORS #7936
United States Attorney
District of Hawaii

MICHAEL D. NAMMAR
MARK A. INCIONG     CA BAR #163443
W. KEAUPUNI AKINA #11565
Assistant U.S. Attorneys
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Email:      Michael.Nammar@usdoj.gov
            Mark.Inciong@usdoj.gov
            Keaupuni.Akina@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL J. MISKE, JR.,　(01)<br>　　aka "Bro,"<br><br>　　　　　Defendant. | CR. NO. 19-00099 DKW<br><br>GOVERNMENT'S TENTH SUPPLEMENTAL EXHIBIT LIST; CERTIFICATE OF SERVICE |

GOVERNMENT'S TENTH SUPPLEMENTAL EXHIBIT LIST

The Government hereby submits its tenth supplemental exhibit list, attached hereto, in the above-captioned matter. The Government reserves the right to add to, delete from, or otherwise modify this list during the course of the trial.

DATED: March 14, 2024, at Honolulu, Hawaii.

                                    CLARE E. CONNORS
                                    United States Attorney
                                    District of Hawaii

                     By    */s/ Mark A. Inciong*
                                    MICHAEL D. NAMMAR
                                    MARK A. INCIONG
                                    W. KEAUPUNI AKINA
                                    Assistant U.S. Attorneys

# UNITED STATES DISTRICT COURT
# DISTRICT OF HAWAII

| **UNITED STATES OF AMERICA** | **TENTH SUPP. EXHIBIT LIST** |
|---|---|
| v. | CR. NO. 19-00099 DKW |
| **MICHAEL J. MISKE JR. et al.,** | |

| **Presiding Judge:**<br>Derrick K. Watson | **Plaintiff's Attorneys:**<br>Mark A. Inciong<br>Michael D. Nammar<br>W. KeAupuni Akina | **Defense Attorneys:**<br>Lynn Panagakos<br>Michael Kennedy |
|---|---|---|
| **Trial Date**<br>January 8, 2024 | **Court Reporter:** | **Courtroom Deputy:**<br>Tammy Kimura |

| EXH. NO. | DESCRIPTION | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|
| 4-132 | Written statement by Afshan Modaresi dated January 25, 2016 | | |
| 4-133 | Written statement by Afshan Modaresi dated February 16, 2016 | | |
| 4-134 | Written statement by Nader Awanda dated January 25, 2016 | | |
| 4-135 | Photo of Pohukaina Street looking toward Diamond Head between Restaurant Row and Circuit Court | | |
| 4-136 | Photo of sidewalk on Pohukaina Street running along Restaurant Row parking garage | | |
| 4-137 | December 15, 2012 written statement of Michael Galmiche | | |
| 4-138 | Transcript of January 3, 2013 HPD interview of Michael Galmiche | | |

| | | | |
|---|---|---|---|
| 4-139 | December 15, 2012 written statement of Theresa Schubert | | |
| 4-140 | Transcript of January 3, 2013 HPD interview of Theresa Schubert | | |
| 4-141 | Transcript of February 6, 2013 interview of Theresa Schubert | | |
| 4-142 | Transcript of May 1, 2013 HPD interview of Theresa Schubert | | |
| 6-56A | Michael Miske Call Detail Record 1 | | |
| 6-56B | Michael Miske Call Detail Record 2 | | |
| 6-56C | Michael Miske Call Detail Record 3 | | |
| 6-56D | Michael Miske Call Detail Record 4 | | |
| 6-56E | Michael Miske Call Detail Record 5 | | |
| 6-56F | Michael Miske Call Detail Record 6 | | |
| 6-56G | Michael Miske Call Detail Record 7 | | |
| 6-56H | Michael Miske Call Detail Record 8 | | |
| 6-56I | Michael Miske Call Detail Record 9 | | |
| 6-56J | Michael Miske Call Detail Record 10 | | |
| 6-56K | Michael Miske Call Detail Record 11 | | |
| 6-58A | Jacob Smith Call Detail Record 1 | | |
| 6-58B | Jacob Smith Call Detail Record 2 | | |
| 6-58C | Jacob Smith Call Detail Record 3 | | |
| 6-58D | Jacob Smith Call Detail Record 4 | | |
| 6-58E | Jacob Smith Call Detail Record 5 | | |
| 6-58F | Jacob Smith Call Detail Record 6 | | |

| | | | |
|---|---|---|---|
| 6-58G | Jacob Smith Call Detail Record 7 | | |
| 6-58H | Jacob Smith Call Detail Record 8 | | |
| 6-59A | John Stancil Call Detail Record 1 | | |
| 6-59B | John Stancil Call Detail Record 2 | | |
| 6-59C | John Stancil Call Detail Record 3 | | |
| 6-59D | John Stancil Call Detail Record 4 | | |
| 6-59E | John Stancil Call Detail Record 5 | | |
| 6-59F | John Stancil Call Detail Record 6 | | |
| 6-59G | John Stancil Call Detail Record 7 | | |
| 6-59H | John Stancil Call Detail Record 8 | | |
| 6-60A | Kaulana Freitas Call Detail Record 1 | | |
| 6-60B | Kaulana Freitas Call Detail Record 2 | | |
| 6-60C | Kaulana Freitas Call Detail Record 3 | | |
| 6-60D | Kaulana Freitas Call Detail Record 4 | | |
| 6-60E | Kaulana Freitas Call Detail Record 5 | | |
| 6-60F | Kaulana Freitas Call Detail Record 6 | | |
| 6-60G | Kaulana Freitas Call Detail Record 7 | | |
| 6-60H | Kaulana Freitas Call Detail Record 8 | | |
| 6-60I | Kaulana Freitas Call Detail Record 9 | | |
| 6-60J | Kaulana Freitas Call Detail Record 10 | | |
| 6-60K | Kaulana Freitas Call Detail Record 11 | | |
| 6-60L | Kaulana Freitas Call Detail Record 12 | | |

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing document was served on the following counsel on the date and in the manner described below:

<u>Served Electronically through CM/ECF:</u>

| | |
|---|---|
| Lynn Panagakos, Esq.<br>Michael Jerome Kennedy, Esq. | Attorneys for Defendant<br>MICHAEL J. MISKE, JR. |

DATED: March 14, 2024, at Honolulu, Hawaii.

<u>/s/ Kari Sherman</u>
U.S. Attorney's Office
District of Hawaii