```
 1                IN THE UNITED STATES DISTRICT COURT

 2                   FOR THE DISTRICT OF HAWAII

 3
      UNITED STATES OF AMERICA,    )    CRIMINAL NO. 19-00099-DKW
 4                                 )
                 Plaintiff,        )    Honolulu, Hawaii
 5                                 )
            vs.                    )    January 22, 2024
 6                                 )
      MICHAEL J. MISKE, JR.,       )
 7                                 )
                 Defendant.        )
 8    _____)

 9
                   TRANSCRIPT OF JURY TRIAL (DAY 9)
10            BEFORE THE HONORABLE DERRICK K. WATSON,
              CHIEF UNITED STATES DISTRICT COURT JUDGE
11

12   APPEARANCES:

13   For the Plaintiff:          MARK INCIONG, ESQ.
                                 MICHAEL DAVID NAMMAR, ESQ
14                               WILLIAM KE AUPUNI AKINA, ESQ.
                                 Office of the United States Attorney
15                               PJKK Federal Building
                                 300 Ala Moana Boulevard, Suite 6100
16                               Honolulu, Hawaii  96850

17   For the Defendant:          LYNN E. PANAGAKOS, ESQ.
                                 841 Bishop St., Ste 2201
18                               Honolulu, HI 96813

19                               MICHAEL JEROME KENNEDY, ESQ.
                                 Law Offices of Michael Jerome
20                               Kennedy, PLLC
                                 333 Flint Street
21                               Reno, NV 89501

22
     Official Court Reporter:    Gloria T. Bediamol, RPR RMR CRR FCRR
23                               United States District Court
                                 300 Ala Moana Boulevard
24                               Honolulu, Hawaii 96850

25    Proceedings recorded by machine shorthand, transcript produced
      with computer-aided transcription (CAT).
```

|        |    |                                                                    |
|--------|----|--------------------------------------------------------------------|
|        | 1  | January 22, 2024                                    8:32 a.m.       |
| 08:32AM | 2  | THE CLERK:  Criminal Number 19-00099-DKW-KJM, United              |
| 08:32AM | 3  | States of America versus Michael J. Miske, Jr.                    |
| 08:32AM | 4  | Counsel, please make your appearances for the record.            |
| 08:33AM | 5  | MR. INCIONG:  Good morning, Your Honor.  Mark Inciong,           |
| 08:33AM | 6  | Michael Nammar, KeAupuni Akina and Aislinn Affinito for the      |
| 08:33AM | 7  | United States.  Also present is our case agent, FBI Special      |
| 08:33AM | 8  | Agent Thomas Palmer.                                              |
| 08:33AM | 9  | THE COURT:  Good morning to all of you.                          |
| 08:33AM | 10 | MR. KENNEDY:  Good morning, Your Honor.  Michael                 |
| 08:33AM | 11 | Kennedy here with Lynn Panagakos, and Michael Miske is between   |
| 08:33AM | 12 | us.  Also with us is Ashley King helping us today.  Good         |
| 08:33AM | 13 | morning, Your Honor.                                             |
| 08:33AM | 14 | THE COURT:  All right.  Good morning to all of you as            |
| 08:33AM | 15 | well.  You may be seated.                                        |
| 08:33AM | 16 | Before we bring our jury in, and they are just in the            |
| 08:33AM | 17 | ante room down the hall from us, there was a motion filed last   |
| 08:33AM | 18 | night on the heels of the information that the government filed  |
| 08:33AM | 19 | with respect to Mr. Stancil.  So the motion is docketed at       |
| 08:33AM | 20 | 1264.  It is Defendant Miske's motion for dismissal of the jury  |
| 08:33AM | 21 | and to begin jury selection anew.                                |
| 08:33AM | 22 | Given the timing of that motion, I gather there -- and           |
| 08:34AM | 23 | when we last checked the docket, there was no written response   |
| 08:34AM | 24 | from the government, but I want to give the government a chance   |
| 08:34AM | 25 | to respond to this motion verbally if you wish.                  |

08:34AM   1          MR. INCIONG:  Thank you, Your Honor.  Yes, we do have

08:34AM   2   at least a draft -- written draft that we can file later, but I

08:34AM   3   can advise the Court what our position is.

08:34AM   4          First, Your Honor, we object to any dismissal or

08:34AM   5   otherwise altering of the course we're on to begin opening

08:34AM   6   statements today.  The plea of Mr. Stancil is no different than

08:34AM   7   the plea of Ms. Fabro-Miske or, quite frankly, any of the other

08:34AM   8   members of the Miske Enterprise who have entered guilty pleas

08:34AM   9   in this case previously.  It can be cured by a simple curative

08:34AM   10  instruction, just as Your Honor did with Ms. Miske.

08:34AM   11         I mean I -- I had a case, it's been some years now,

08:34AM   12  with Judge Seabright, a very -- very similar situation.  It was

08:35AM   13  a brother, a half brother who actually went to trial.  The half

08:35AM   14  brother pled guilty two days into the trial.  That issue was

08:35AM   15  raised on appeal, the conviction was affirmed.

08:35AM   16         So there's no basis for any -- any action based on any

08:35AM   17  alleged prejudice that would cause us not to be able to go

08:35AM   18  forward with this jury.

08:35AM   19         THE COURT:  One question, and I -- this is actually a

08:35AM   20  question for both sides, but since you're up, Mr. Inciong,

08:35AM   21  first I'll ask you.

08:35AM   22         You said that Mr. Stancil's plea is no different than

08:35AM   23  that of many others, including Ms. Fabro-Miske's plea about ten

08:35AM   24  days ago.  One thing that does seem to be different to me is

08:35AM   25  the fact that Mr. Stancil's plea agreement does not have a

08:35AM  1    cooperation provision.  And that seems to, in the words of

08:35AM  2    some, blunt, the force of many of the arguments presented in

08:35AM  3    the motion.

08:35AM  4        Do you see it the same way?  Do you see that that's a

08:36AM  5    material difference or not?

08:36AM  6        MR. INCIONG:  I do, Your Honor, but however I have to

08:36AM  7    apprise the Court that --

08:36AM  8        THE COURT:  It doesn't mean he's not going to testify.

08:36AM  9    I understand that.

08:36AM  10        MR. INCIONG:  That may change, but as of this moment,

08:36AM  11    yes, I believe it does lessen the argument by the defense for

08:36AM  12    the reasons that they've stated.

08:36AM  13        THE COURT:  All right.  Mr. Kennedy, Ms. Panagakos.

08:36AM  14        MS. PANAGAKOS:  Thank you, Your Honor.  I disagree

08:36AM  15    that it blunts the force of our argument.  You know, when it

08:36AM  16    was just Ms. Fabro-Miske, and the jury is instructed don't

08:36AM  17    consider the case against her, don't speculate what happened,

08:36AM  18    you know, a variety of things could have happened with

08:36AM  19    Ms. Fabro-Miske.  It could have been dismissed.

08:36AM  20        But now you have Ms. Miske, who has pled guilty and is

08:36AM  21    going to cooperate, and tell the jury that she's pled guilty,

08:36AM  22    which means there's no inference that you can draw with regard

08:36AM  23    to Mr. Stancil.  There's no way anything other than a guilty

08:36AM  24    plea could be a conclusion from the disposition of Ms. Miske's

08:37AM  25    case.  There's no way the government -- I mean a jury sitting

08:37AM  1    there saw them, and they're going to know he obviously pled

08:37AM  2    guilty.  There's no other conclusion they could draw.  And now,

08:37AM  3    you know, they said that that could change and he could

08:37AM  4    testify.  So either way, I think the jury is going to know that

08:37AM  5    he's pled guilty.

08:37AM  6          And what's unique about -- I mean, first of all, Your

08:37AM  7    Honor, you have the discretion to do this.  I mean that's

08:37AM  8    clear.  And, you know, the case that Mr. Inciong refers to, I

08:37AM  9    don't think that there was individual voir dire of every juror

08:37AM  10   where two-thirds of the lawyers who are now adversaries to us

08:37AM  11   questioned those jurors.  There was a joint defense strategy.

08:37AM  12   That's what -- I mean we made a joint defense decision to do

08:37AM  13   the jury selection the way we did.  Had we anticipated this,

08:37AM  14   obviously we would have either divided the jurors and

08:37AM  15   questioned each one of them ourselves or we would -- would have

08:37AM  16   been assertive about taking more jurors or we would have asked

08:37AM  17   for more time.  I mean other cases where there was individual

08:38AM  18   voir dire, the time periods were longer.

08:38AM  19         So that's what's so unique about this case is the way

08:38AM  20   the jury selection was done.  We have a jury that has been

08:38AM  21   two-thirds selected by the two people who are now -- have now

08:38AM  22   pled guilty.  The jury is going to hear one of them testify

08:38AM  23   against Miske, likely the other one, will know that both of

08:38AM  24   them pled guilty.

08:38AM  25         The nature of the charge, there's no -- there's no way

08:38AM  1    to not draw an inference of guilt from those guilty pleas.

08:38AM  2    Given the nature of the charge that Ms. Miske pled guilty to,

08:38AM  3    we have no idea -- I mean --

08:38AM  4          THE COURT:  Isn't that the risk, though?  I mean isn't

08:38AM  5    that a concern that the circuit has addressed in coming up with

08:38AM  6    its curative instruction?

08:38AM  7          I mean that's one of the -- I understand there may be

08:38AM  8    other reasons why people disappear from a case that aren't

08:38AM  9    related to having pled guilty, but certainly among the reasons

08:38AM  10   why that occurs, those circumstances are taken into account by

08:38AM  11   the circuit in coming up with its curative instruction.

08:38AM  12   Wouldn't you agree?

08:39AM  13         MS. PANAGAKOS:  I would agree with that, yes.  That's

08:39AM  14   what the curative instruction is for.  And that's why with

08:39AM  15   Ms. Fabro-Miske, that's what we proposed.  But there's also

08:39AM  16   times when there's unique circumstances, and that's why Your

08:39AM  17   Honor has the discretion to do what we're asking.

08:39AM  18         I mean, we have not one defendant leaving and two left

08:39AM  19   or in a lot of these cases there's ten defendants and three

08:39AM  20   leave.  We have two defendants leaving who's saying, Yeah, now

08:39AM  21   I'm guilty with him, and he's -- and the nature of the charge

08:39AM  22   with Mr. Miske being the crime boss.  With us saying the Miske

08:39AM  23   Enterprise doesn't exist, all three of us saying that to this

08:39AM  24   jury, and now two of them telling -- two of the same lawyers

08:39AM  25   who questioned the jurors personally.  I mean that's what's so

08:39AM   1   unique about this is these attorneys questioned each juror

08:39AM   2   individually.

08:39AM   3        So that's what's so unique is the individual voir

08:39AM   4   dire, and the nature of the charge that Ms. Fabro-Miske pled

08:39AM   5   guilty to.  I mean we had a right -- I mean it's a public

08:39AM   6   proceeding, we had a right to be at Mr. Stancil's change of

08:39AM   7   plea, but we couldn't get in the building.  So I don't know

08:39AM   8   right now what he even pled to.  I'm completely in the dark.

08:39AM   9        And we shouldn't be starting opening statements in

08:40AM  10   that way either.  I mean it wasn't a sealed proceeding, and yet

08:40AM  11   we couldn't be there.

08:40AM  12        And then also the procedural posture of the case.  I

08:40AM  13   mean what are we going to lose, six days of jury selection?

08:40AM  14   Why not pick a new jury?  It's going to be the fair thing to

08:40AM  15   do.  Are you going to get rid of a potential issue of a

08:40AM  16   reversal on appeal?  I mean, you know, it's not fair.  It's

08:40AM  17   just not fair.  And you can do it, and it's only been six days

08:40AM  18   of jury selection.  I mean we're going to save six days from

08:40AM  19   these two people being missing.

08:40AM  20        And now we're standing here without the resources of

08:40AM  21   the other two defense teams.  I mean if we had another six --

08:40AM  22   you know, it would be another six days of jury selection, we

08:40AM  23   could, you know, be more efficient and more ready to proceed

08:40AM  24   when we do.  I mean from a judicial administration standpoint

08:40AM  25   and from the sense of fairness, and because you have the power

| | | |
|---|---|---|
| 08:40AM | 1 | to do it, I think you should. |
| 08:40AM | 2 | THE COURT:  All right.  So let me address this motion |
| 08:40AM | 3 | Docket 1264.  The motion to dismiss the jury and to begin jury |
| 08:41AM | 4 | selection anew is denied. |
| 08:41AM | 5 | If -- I don't have any doubt that I have the power and |
| 08:41AM | 6 | authority to do what the defense is asking.  That's not the |
| 08:41AM | 7 | issue at all.  One of the primary issues that we always have to |
| 08:41AM | 8 | start with I think in these circumstances is whether the |
| 08:41AM | 9 | Court -- in the Court's estimation there's anything unfair |
| 08:41AM | 10 | about this jury serving -- sitting in judgment of the |
| 08:41AM | 11 | defendant.  And I just don't have any qualms that they are, |
| 08:41AM | 12 | that they would be fair. |
| 08:41AM | 13 | The curative instruction that is proposed by the |
| 08:41AM | 14 | circuit, which the parties offered up as the instruction to |
| 08:41AM | 15 | give to the jury when Ms. Fabro-Miske left this case roughly |
| 08:41AM | 16 | ten days ago, seems to address the concerns of the defense. |
| 08:42AM | 17 | There are a few specific things that I wanted to |
| 08:42AM | 18 | comment on.  The defense in their written motion makes much of |
| 08:42AM | 19 | the fact that Mr. Stancil had -- I think it was speculation in |
| 08:42AM | 20 | the motion because the defense did not know what the contents |
| 08:42AM | 21 | of his plea agreement was at the time they filed this motion |
| 08:42AM | 22 | last night.  It was speculation that he would testify at trial, |
| 08:42AM | 23 | and while that remains a possibility, there is no cooperation |
| 08:42AM | 24 | provision, as I alluded to a few minutes ago, in his -- in his |
| 08:42AM | 25 | particular plea agreement.  So there's not the obligation for |

08:42AM  1  him to testify in the way that I think the vast majority of
08:42AM  2  those defendants who have pled guilty have.
08:42AM  3      In addition, there's the notion that somehow through
08:42AM  4  the voir dire process that we embarked on several months ago
08:43AM  5  culminating in the six days of in-person questioning that we
08:43AM  6  just went through a week before last into the start of last
08:43AM  7  week, that that would somehow be tainted in part because the
08:43AM  8  questioning -- the individual questioning permitted by the
08:43AM  9  Court was somehow directed, at least in large part, by the
08:43AM  10  counsel for defendants who are no longer with us.
08:43AM  11      And that there is this notion -- I think the
08:43AM  12  suggestion in the motion that Mr. Miske's counsel didn't have
08:43AM  13  the opportunity because the question -- the extent the
08:43AM  14  questions were being led by counsel for the other defendants, I
08:43AM  15  don't find that to be borne out by any of the facts.  It's not
08:43AM  16  what I said.  It's not in practice.
08:44AM  17      More importantly, how I conducted the hearings and the
08:44AM  18  record, if the parties or defense disagree with that, I think
08:44AM  19  the record will support exactly that, that whenever there were
08:44AM  20  questions, regardless of who led the questioning, who got up
08:44AM  21  first and started questioning an individual prospective juror,
08:44AM  22  I never cut anyone off.  I gave you guys time limits, but even
08:44AM  23  then, even then when I reminded you that you've been there for
08:44AM  24  ten minutes, whether it's the government or the defense, I
08:44AM  25  never said you need to sit down.  I never cut you off.

08:44AM    1          And to the contrary, even when the defense, especially

08:44AM    2    the defense, had reached its ten-minute mark or beyond in many

08:44AM    3    instances, I always asked other defense counsel who were not

08:44AM    4    taking the lead if you have any follow-up questions that you

08:44AM    5    would like to ask.  And I never, even one time to my memory,

08:44AM    6    cut anyone off and said, You need to sit down because you've

08:44AM    7    gone on too long.

08:45AM    8          So the notion that Mr. Miske's counsel didn't have the

08:45AM    9    opportunity to ask questions that it wanted to ask because

08:45AM   10    other lawyers were leading the questioning of that particular

08:45AM   11    juror, I just don't think is borne out by the record.  Frankly,

08:45AM   12    I just don't think it's true.  The motion is denied.

08:45AM   13          We're proceeding.  Let's get the jury in, please.

08:45AM   14          Mr. Akina, if you approach 90 minutes, I'll give you a

08:47AM   15    ten-minute warning.

08:47AM   16          MR. AKINA:  Thank you, Your Honor.

08:47AM   17          THE COURT:  And I'll do the same for the defense.

08:49AM   18           (Open court in the presence of the jury.)

08:49AM   19          THE CLERK:  Criminal Number 19-00099-DKW-KJM, United

08:49AM   20    States of America versus Michael J. Miske, Jr.

08:49AM   21          This case has been called for jury trial day one.

08:49AM   22          Counsel, please make your appearances for the record.

08:49AM   23          MR. INCIONG:  Good morning, Your Honor.  Mark Inciong,

08:49AM   24    Michael Nammar, KeAupuni Akina and Aislinn Affinito for the

08:49AM   25    United States.  Also present is our case agent, FBI Special

08:49AM   1    Agent Thomas Palmer.

08:49AM   2           THE COURT:  Good morning to all of you.

08:49AM   3           MR. KENNEDY:  Good morning, Your Honor.  Michael

08:50AM   4    Kennedy, Lynn Panagakos, Michael Miske, and Ashley King will be

08:50AM   5    assisting us.  Good morning to all of you.

08:50AM   6           THE COURT:  All right.  Good morning to you as well.

08:50AM   7    You may be seated.

08:50AM   8           Good morning to the 18 persons on our jury.  As I

08:50AM   9    promised you when we were together last week, the prosecution

08:50AM  10    and the defense will each have an opportunity this morning to

08:50AM  11    give you what's called an opening statement.  An opening

08:50AM  12    statement is an outline of what that party intends to prove and

08:50AM  13    is offered to help you follow the evidence that will come in

08:50AM  14    the following weeks.

08:50AM  15           What counsel say to you, as I've also mentioned more

08:50AM  16    than once, in an opening statement is not evidence.  However,

08:50AM  17    you should pay careful attention to what each lawyer says in an

08:50AM  18    opening statement because it may help you better understand the

08:50AM  19    evidence that will follow.

08:50AM  20           Before we begin, I want to start with this instruction

08:50AM  21    to you which is the following:  For reasons that do not concern

08:51AM  22    you, the case against co-defendant John Stancil is no longer

08:51AM  23    before you.  This fact should not influence your verdict with

08:51AM  24    reference to the remaining defendant Michael J. Miske, and you

08:51AM  25    must base your verdict solely on the evidence relating to

| 08:51AM | 1  | Mr. Miske. |
| 08:51AM | 2  | With that, Mr. Akina, is the government prepared with |
| 08:51AM | 3  | its opening? |
| 08:51AM | 4  | MR. AKINA:  Yes, Your Honor. |
| 08:51AM | 5  | THE COURT:  All right.  You may begin when ready. |
| 08:51AM | 6  | MR. AKINA:  The defendant used fear, violence, and |
| 08:51AM | 7  | intimidation to get what he wanted.  And what he wanted was |
| 08:51AM | 8  | money, control, and revenge.  For nearly two decades the |
| 08:52AM | 9  | defendant Michael Miske and his associates committed numerous |
| 08:52AM | 10 | crimes:  Racketeering, obstruction of justice, kidnapping, |
| 08:52AM | 11 | robberies, assaults, chemical attacks, murder for hire, and the |
| 08:52AM | 12 | murder of the defendant's son's best friend Jonathan Fraser. |
| 08:52AM | 13 | The defendant's criminal enterprise extended into the |
| 08:52AM | 14 | business world and the underworld.  He was at the top of it. |
| 08:52AM | 15 | Now, I'm not going to go into every single crime that |
| 08:52AM | 16 | the defendant and his associates committed over the years. |
| 08:52AM | 17 | Instead, I'll give you an overview and outline, as the judge |
| 08:52AM | 18 | just said, some of the crimes that you can expect to learn |
| 08:52AM | 19 | about over the course of this trial. |
| 08:52AM | 20 | Let's start with the business world.  In addition or |
| 08:52AM | 21 | as part of being the head of a criminal enterprise, the |
| 08:53AM | 22 | defendant was also the head of several companies, many of them |
| 08:53AM | 23 | under the Kama'aina brand name:  Kama'aina Termite and Pest |
| 08:53AM | 24 | Control, Kama'aina Holdings, Kama'aina Solar, Kama'aina |
| 08:53AM | 25 | Plumbing, there are Hawaii Partners, Leverage Incorporated. |

08:53AM  1    The defendant had some nightclubs:  M Nightclub, Encore, The
08:53AM  2    Standard.
08:53AM  3         And in many of his business dealings, the defendant
08:53AM  4    and his associates used violence, intimidation, and fraud.
08:53AM  5    They also placed profits over customer safety.  The defendant's
08:53AM  6    nightclubs, those were marked by violence and tax evasion.  The
08:53AM  7    defendant and his thugs would assault, they would threaten
08:53AM  8    customers.  You will learn that a simple dispute over a bar tab
08:53AM  9    coupled with some colorful language from a customer was met
08:54AM  10   with brutal violence.
08:54AM  11        On one occasion you'll learn that the defendant's own
08:54AM  12   brother, John Stancil, one of his enforcers, repeatedly kicked
08:54AM  13   a woman who was on the ground.  A woman who was protecting her
08:54AM  14   friend from John Stancil and the defendant's thugs.
08:54AM  15        The evidence will also show that the defendant's
08:54AM  16   nightclubs were marked by tax evasion.  The defendant skimmed
08:54AM  17   millions of dollars in profit, all to avoid paying taxes on
08:54AM  18   that.
08:54AM  19        The defendant didn't just victimize his own customers,
08:54AM  20   though.  He also ordered chemical attacks on rival nightclubs
08:54AM  21   to drive business to his.  Also to exact revenge.  Leading up
08:54AM  22   to some of these chemical attacks you'll learn about a social
08:54AM  23   media post online.  There was a post that was associated with
08:55AM  24   two rival nightclubs.  At the time the defendant had an
08:55AM  25   interest in Encore, the Encore Nightclub.  And this post from

08:55AM  1   the two -- associated with the two rival nightclubs had a

08:55AM  2   picture, a picture of a packed club.  The words, "Can I get an

08:55AM  3   Encore?  Do you want more?"

08:55AM  4       The defendant took that as a slight against the Encore

08:55AM  5   Nightclub.  He took that as a personal affront.  It was an

08:55AM  6   insult.  It was public and something had to be done.

08:55AM  7       A few weeks later, the owner of one of those rival

08:55AM  8   nightclubs showed up at the Encore.  He was wearing a Rolex

08:55AM  9   watch, a Rolex watch that looked similar to a watch that one of

08:55AM  10  the defendant's associates had lost years ago.  That

08:55AM  11  associate's name was Jason Yokoyama.  You'll hear about him

08:55AM  12  during the trial.

08:55AM  13      And so the defendant took that opportunity to get some

08:55AM  14  payback.  He reached out to the owner of that rival nightclub.

08:56AM  15  His name was Brian Yoshida.  He lured Mr. Yoshida into a

08:56AM  16  meeting under the guise of a business meeting.  And this

08:56AM  17  meeting, it wasn't at the nightclub office.  It was at the

08:56AM  18  defendant's office at Kama'aina Termite and Pest Control, one

08:56AM  19  of his businesses.  And you're going to hear a lot about

08:56AM  20  Kama'aina Termite and Pest Control during this trial.

08:56AM  21      So Mr. Yoshida goes to meet with the defendant at his

08:56AM  22  office at night, after hours.  And after Mr. Yoshida goes to

08:56AM  23  the office, one of the defendant's enforcers follows.  So in

08:56AM  24  that room with the defendant, his enforcer, and Mr. Yoshida,

08:56AM  25  what happens next was a violent assault.  Repeatedly struck on

08:56AM   1    the head.  By the end of it, Mr. Yoshida's face looked like

08:56AM   2    hamburger meat according to one witness.  Not surprisingly, a

08:56AM   3    few days later, Mr. Yoshida gave a watch to that associate of

08:57AM   4    the defendant's, to Jason Yokoyama.

08:57AM   5         The revenge didn't stop there.  Shortly after that

08:57AM   6    assault on Mr. Yoshida, the defendant then ordered a chemical

08:57AM   7    attack to be carried out at Mr. Yoshida's nightclub.  The

08:57AM   8    defendant used his cousin, one of his associates, to release a

08:57AM   9    chemical called chloropicrin into that rival nightclub at peak

08:57AM  10    hours.  And chloropicrin is a chemical that's similar to tear

08:57AM  11    gas.  You'll hear from witnesses that they felt the effects, a

08:57AM  12    burning sensation.  People went for the exits.  There was

08:57AM  13    panic.  There was mayhem.

08:57AM  14         The next night the defendant ordered a second chemical

08:57AM  15    attack on that other rival nightclub that he associated with

08:57AM  16    that social media post.  This time he used his brother, John

08:57AM  17    Stancil.  John Stancil provided chloropicrin to another Miske

08:58AM  18    associate.  That person went into the second nightclub,

08:58AM  19    released the chloropicrin.  The same results, panic, mayhem.

08:58AM  20         The only difference is this second night the defendant

08:58AM  21    even drove by.  He wanted to see his handiwork at play.  You'll

08:58AM  22    learn that chloropicrin was so potent that one of the

08:58AM  23    associates who handled it, one of Miske's associates who handle

08:58AM  24    it, she sustained burns to her arms just from handling the

08:58AM  25    bottle that contained this chemical.

08:58AM    1          And where did the defendant get a chemical like this?
08:58AM    2    From Kama'aina Termite and Pest Control.  It was a fumigation
08:58AM    3    and pest control business that used poison, they used
08:58AM    4    chemicals.  You'll learn that's where he obtained access to it.
08:58AM    5          Some other things you'll learn about Kama'aina Termite
08:58AM    6    and Pest Control.  They failed to comply with rules and
08:58AM    7    regulations.  Rules and regulations that were designed to
08:58AM    8    protect consumers because of the chemicals that were being
08:59AM    9    handled.  You'll learn that they lied about the use of that to
08:59AM   10    consumers, to customers, and to regulators, and they did that
08:59AM   11    to increase profits.
08:59AM   12          Another way you'll learn that the defendant made his
08:59AM   13    money was on the black market, the sale of illegal fireworks.
08:59AM   14    These weren't just fire crackers.  They're not just sparklers.
08:59AM   15    These were commercial grade fireworks, aerials.  The defendant
08:59AM   16    imported them from China, turned around and sold them on the
08:59AM   17    black market.  He made millions of dollars doing that.
08:59AM   18          And you'll learn that these types of fireworks, the
08:59AM   19    sale of them, it's regulated.  You need a permit typically.
08:59AM   20    And so to cover this up, the defendant and the associates stole
08:59AM   21    the identities of nearly 600 people right out of the phonebook,
08:59AM   22    right out of the Yellow Pages.
08:59AM   23          They fabricated sales documents to cover up their
08:59AM   24    sales on the black market.  And then when regulators took a
09:00AM   25    closer look, the defendant faked a theft of some of his

09:00AM    1    inventory, all to justify the missing product that had been

09:00AM    2    sold on the black market.

09:00AM    3          Another one of his businesses, Hawaii Partners, that

09:00AM    4    was a business that the defendant used to buy used cars at

09:00AM    5    auction, flip them, sell them, usually on Craigslist.  The

09:00AM    6    defendant you'll learn had a reputation at these auctions.  He

09:00AM    7    would show up with some of his enforcers, his muscle.  The

09:00AM    8    defendant would bid on cars.  And because of his reputation,

09:00AM    9    people who knew that he was bidding, they wouldn't bid against

09:00AM   10    him.  And that's because on occasion the people who bid against

09:00AM   11    the defendant, people who outbid the defendant, he would have

09:00AM   12    those people beaten sometimes.  Revenge.

09:00AM   13          Now, where did the defendant learn how to use strong

09:01AM   14    arm tactics?  Where did he learn how to impose his will on

09:01AM   15    others?  Where did he get these enforcers, this muscle?

09:01AM   16    Earlier I mentioned the underworld.  That's where.

09:01AM   17          You'll learn that the things that the defendant did in

09:01AM   18    the business world, those are things that he picked up from

09:01AM   19    years of terrorizing others in the underworld.  He and his

09:01AM   20    associates, they committed other violent crimes:  Assault,

09:01AM   21    kidnapping, robberies, drug dealing.

09:01AM   22          That's another way that the defendant made money, drug

09:01AM   23    dealing.  You'll hear about a particular drug deal.  This one

09:01AM   24    didn't work out so well for the defendant.  He bankrolled a

09:01AM   25    10-kilogram cocaine deal.  He sent an associate, Wayne Miller,

09:01AM  1  with a suitcase full of cash, almost $300,000.  He sent that
09:01AM  2  associate to California to buy 10 kilograms of cocaine.  That's
09:01AM  3  over 20 pounds of cocaine.  Law enforcement caught that
09:02AM  4  associate, took the money, took the drugs.  Wayne Miller came
09:02AM  5  back to Hawaii empty-handed.  No money, no drugs.
09:02AM  6       The defendant was suspicious.  He suspected Wayne
09:02AM  7  Miller was cooperating against him, was an informant.  And so
09:02AM  8  what the defendant did was he had his attorney at the time
09:02AM  9  question Wayne Miller, figure out if this is a person that
09:02AM  10  could be trusted.  The evidence is going to show that the
09:02AM  11  defendant used everything at his disposal, even legal counsel
09:02AM  12  at the time, to further his criminal interests.
09:02AM  13       Robberies were also commonplace among the defendant's
09:02AM  14  associates.  The evidence will show that the defendant started
09:02AM  15  out in the late '90s robbing people.  He would recruit young
09:03AM  16  boys, usually from his neighborhood, Waimanalo.  He would take
09:03AM  17  them in, he would groom them, he would provide for them, and
09:03AM  18  then he would lead them to a life of crime.
09:03AM  19       Typically they would target drug dealers.  That's
09:03AM  20  because drug dealers have drugs.  They have drug money.  And
09:03AM  21  when drug dealers get robbed of their drugs, they're not going
09:03AM  22  to go to the police usually to report that their drugs were
09:03AM  23  stolen.  The defendant taught those that he took under his wing
09:03AM  24  how to commit crimes and do them smarter.
09:03AM  25       Eventually the defendant, his brother John Stancil,

09:03AM  1    came in and took over coordinating robberies.  The target pool

09:03AM  2    expanded.  Now they used the internet.  They stalked people

09:03AM  3    online.  They identified targets, people who put up pictures of

09:03AM  4    themselves wearing chains, gold chains, or money, stacks of

09:03AM  5    money.  They would find those people.  They would follow them.

09:04AM  6    They would rob them.

09:04AM  7          With drug dealers they would reach out, they would set

09:04AM  8    up a fake deal, rob those drug dealers of their cash, of their

09:04AM  9    drugs.  And some of the robberies that you're going to hear

09:04AM  10   about during this trial, they were violent.  Extremely violent.

09:04AM  11   Multiple men, masked, guns.  Some of them were home invasions.

09:04AM  12   And this was violent because the defendant chose violent

09:04AM  13   people.

09:04AM  14         The defendant's violent network was also for hire.  On

09:04AM  15   one occasion the defendant was hired to collect a debt.  And so

09:04AM  16   the defendant ordered the kidnapping of 72-year-old Robert Lee,

09:04AM  17   an accountant.  The defendant's associates tracked Mr. Lee,

09:05AM  18   surveilled him, and they lured him out.  They set up a meeting

09:05AM  19   under the guise of a business meeting, potential clients.

09:05AM  20         They met with Mr. Lee, posed as police, tried to

09:05AM  21   arrest him.  He resisted.  They forced him into a car, put a

09:05AM  22   bag over his head, restrained him, drove him around, and

09:05AM  23   assaulted him.  They demanded money from him.  Where is the

09:05AM  24   money?  Give us the money.  Give us the money or we'll kill

09:05AM  25   you.  They threatened his life.  For this, the defendant was

09:05AM   1   paid nearly $100,000.

09:05AM   2          Some of the violence wasn't motivated by money.  The

09:05AM   3   nightclub attacks, the assault on Mr. Yoshida, some of the

09:05AM   4   violence, that was retaliation.  You'll learn that the

09:05AM   5   defendant regularly retaliated against those who disrespected

09:06AM   6   him or disrespected someone that he knew.

09:06AM   7          One example is Tim Goodrich.  Tim Goodrich was the

09:06AM   8   owner of a tattoo shop, and Tim Goodrich had a rivalry with

09:06AM   9   another owner of another tattoo shop.  And that rival owner was

09:06AM  10   friends with the defendant.  And so the defendant ordered an

09:06AM  11   assault, a hit on Mr. Goodrich, his place of work in the middle

09:06AM  12   of the day.

09:06AM  13          And one of the boys who were sent -- the only boy who

09:06AM  14   was sent to actually carry out this assault, his name was

09:06AM  15   Dayson Kaae.  He was one of those who were being groomed.  He

09:06AM  16   went into that shop with John Stancil, the brother, and Dayson

09:06AM  17   Kaae attacked Tim Goodrich.  As it turned out, Tim Goodrich was

09:06AM  18   a former Marine, he defended himself.  He stabbed Dayson Kaae

09:06AM  19   in the process in self-defense.  Dayson Kaae fled.  John

09:07AM  20   Stancil fled.  They got into a waiting getaway car.  Other

09:07AM  21   Miske associates were in there.  Miske's associates abandoned

09:07AM  22   Dayson Kaae, still bleeding, on the side of the road.  He died

09:07AM  23   a few hours later.

09:07AM  24          The defendant also ordered shootings and put out

09:07AM  25   contracts.  Murder contracts.  One shooting that he ordered,

09:07AM  1    that was an attempted shooting of an individual who insulted

09:07AM  2    him on social media.  Social media posts.  He ordered an

09:07AM  3    attempted shooting.

09:07AM  4         On another occasion the defendant issued a murder

09:07AM  5    contract for an individual who he thought was cooperating

09:07AM  6    against him.  Someone who he thought was working with the

09:07AM  7    government.  This particular murder contract was accepted by an

09:08AM  8    individual named Lance Bermudez.  And you'll learn that Lance

09:08AM  9    Bermudez, he had a specialty.  He specialized in shootings, he

09:08AM  10   specialized in car thefts.  And car thefts are important

09:08AM  11   because you steal cars to commit shootings.  That's why he was

09:08AM  12   picked.

09:08AM  13        Now, how much is a life worth?  You'll learn that for

09:08AM  14   this individual, the defendant decided that his life was worth

09:08AM  15   $60,000.  Another example, the defendant put out another

09:08AM  16   contract on one of his girlfriends.  Why?  Because she knew too

09:08AM  17   much.

09:08AM  18        You'll learn that the defendant often spoke in code

09:08AM  19   with his associates.  He would use analogies, baseball, first

09:08AM  20   base, second base, home run.  He would use percentages,

09:08AM  21   20 percent, all the way.  He used code to describe the level of

09:09AM  22   violence that he wanted to see done.  You'll learn that first

09:09AM  23   base, that's an assault.  Second base, put them in the

09:09AM  24   hospital.  Third base could be a coma.  A home run, that's

09:09AM  25   murder.  And you'll hear about the home runs that the defendant

09:09AM   1    ordered associates to carry out.  And not all of them were

09:09AM   2    carried out.  In fact, most of them, thankfully, were not.  But

09:09AM   3    that's what he did.  That's how he responded.

09:09AM   4         Some of the crimes you'll hear about may at first seem

09:09AM   5    a little disconnected, but at the core of it all, the one

09:09AM   6    constant was one man, the defendant.  He was the head of his

09:09AM   7    enterprise.  He was the head of his enterprise in the business

09:09AM   8    world and the underworld.  And because of that, we've called

09:09AM   9    that enterprise the Miske Enterprise.

09:09AM   10        Now, during jury selection we talked to some of you

09:10AM   11   about what an enterprise is, about racketeering, about

09:10AM   12   conspiracy.  And "enterprise," that's a term that comes from

09:10AM   13   the RICO statute:  Racketeer Influenced and Corrupt

09:10AM   14   Organizations Act.  Racketeering.  This is a RICO case.  And

09:10AM   15   Count 1 charges a racketeering conspiracy.  Some of you may

09:10AM   16   recall a conspiracy is just an agreement, a criminal agreement

09:10AM   17   between two or more people to commit a crime and do something

09:10AM   18   in furtherance of that.  The crime is the agreement.

09:10AM   19        In this case the agreement is to engage in the affairs

09:10AM   20   of Miske's criminal enterprise.  At the end of the trial the

09:10AM   21   judge is going to give you a full definition of these terms.

09:10AM   22   But for an enterprise, generally it's just a group of people.

09:10AM   23   It's a group of people who have associated together for some

09:10AM   24   common purpose, like Miske Enterprise, to engage in a course of

09:11AM   25   conduct over a period of time, furthering the purposes, the

09:11AM  1    interests of that enterprise.

09:11AM  2           You'll learn that an enterprise, it doesn't need to be

09:11AM  3    formal.  It doesn't need to be registered.  It doesn't have to

09:11AM  4    even have a name or a title.  It doesn't have to have a

09:11AM  5    hierarchy.  It doesn't have to look like a gang.  It doesn't

09:11AM  6    have to look like a corporate entity.  It could be a loose

09:11AM  7    association of individuals, as long as they have that common

09:11AM  8    purpose.

09:11AM  9           You'll learn that there were many purposes for Miske's

09:11AM  10   enterprise.  They wanted to profit, make money, increase their

09:11AM  11   reputation, the reputation to be feared, to not be messed with.

09:11AM  12          Another purpose was to look out for other associates,

09:11AM  13   protect them from retaliation, protect them from law

09:11AM  14   enforcement.  In short, the purpose was to enrich the members

09:11AM  15   of the enterprise.  That's the defendant, that's his

09:12AM  16   associates.

09:12AM  17          Now, most of the members, they carried out robberies

09:12AM  18   and assaults for money or favors, gifts that the defendant

09:12AM  19   might give them.  Others did it to increase their own standing

09:12AM  20   within the enterprise.  How they looked to the defendant and

09:12AM  21   others.  Tough guy.

09:12AM  22          You'll learn that nobody profited more, no one

09:12AM  23   benefitted more than the defendant.  He had multiple streams of

09:12AM  24   illegal income:  Kidnapping, fireworks on the black market,

09:12AM  25   drugs, tax evasion, fraud.  In all, the defendant accumulated

09:12AM   1   millions of dollars.  Luxury cars, artwork, a $13 million home

09:12AM   2   in Portlock.  And he had a reputation that caused him to be

09:12AM   3   feared.

09:12AM   4        The defendant and those he involved, those he

09:13AM   5   associated with were also organized.  They didn't have an

09:13AM   6   organizational chart, there were no official titles, but

09:13AM   7   everybody had a role to play.  The defendant, he was at the

09:13AM   8   top.  He was the leader.  There were enforcers.  There was

09:13AM   9   muscle, muscle like John Stancil.  There were other enforcers.

09:13AM   10   Some of these enforcers had specialties.  Some of them he

09:13AM   11   knew -- the defendant knew that they were good for assaults.

09:13AM   12   Others he could rely on to go all the way.  A home run.

09:13AM   13        And you'll learn that it was important to the

09:13AM   14   defendant to have in his words a full bench, a full bench of

09:13AM   15   people that he could call on when needed.

09:13AM   16        There were also people in the business world, people

09:13AM   17   who helped him facilitate financial crimes, tax fraud, tax

09:13AM   18   evasion.

09:13AM   19        You'll also learn that the defendant and his

09:13AM   20   associates, they associated with each other long enough to

09:13AM   21   commit certain racketeering acts.  And those are just

09:13AM   22   categories of crimes, crimes like kidnapping, like fraud, like

09:14AM   23   murder for hire, and like murder.

09:14AM   24        I'm going to talk about murder for a bit.  It's clear

09:14AM   25   I think by now that this case is not about any just -- any one

09:14AM  1  crime.  It extends beyond that.  But several of the charges in

09:14AM  2  this case revolve around the kidnapping and murder of Jonathan

09:14AM  3  Fraser in July 30th, 2016.

09:14AM  4       Now, who is Jonathan Fraser?  He was Caleb Miske's

09:14AM  5  son -- I mean Caleb Miske's friend.  And they were best

09:14AM  6  friends.  Caleb Miske was the defendant's only son.  Caleb

09:14AM  7  Miske was married to a woman named Delia Fabro-Miske.  Delia

09:14AM  8  Fabro-Miske is the defendant's daughter-in-law.

09:14AM  9       You'll learn that Caleb and Jonathan, they were very

09:15AM  10  close, and that the defendant didn't like Jonathan Fraser.  The

09:15AM  11  defendant thought Jonathan Fraser was a bad influence on his

09:15AM  12  son.  The defendant wanted to kill Jonathan Fraser.  And it's

09:15AM  13  true, Jonathan Fraser, he wasn't a perfect person.  You'll

09:15AM  14  learn that two years before he disappeared, in 2014 Jonathan

09:15AM  15  Fraser stole a watch, a Rolex watch that happened to belong to

09:15AM  16  the defendant.

09:15AM  17       And in response, the defendant assembled a team of

09:15AM  18  people, a team to find the watch, find Jonathan Fraser, and

09:15AM  19  assault him.  The defendant ordered them to go 20 percent.  Not

09:15AM  20  all the way.  Not a home run.  Eventually the defendant's

09:15AM  21  associates caught up to Jonathan Fraser, they found him, they

09:15AM  22  assaulted him, they robbed him of a chain that he was wearing.

09:15AM  23  That was 2014.

09:15AM  24       The next year, 2015, at the end of it, Jonathan Fraser

09:16AM  25  and Caleb Miske were driving together, and they got into a very

09:16AM   1   serious car accident.  Caleb was the driver, and Jonathan was

09:16AM   2   the passenger.  The fire department had to pull Caleb Miske out

09:16AM   3   of the driver's seat of the wreckage.  Both boys went to the

09:16AM   4   hospital.  Jonathan Fraser made it out.  Caleb Miske did not.

09:16AM   5           In March of 2016, Caleb Miske passed away.  The

09:16AM   6   defendant blamed Jonathan Fraser for the death of his son

09:16AM   7   Caleb.  So if the price of stealing a watch was an assault,

09:16AM   8   then there could be only one price to pay for the death of the

09:16AM   9   defendant's son.  A life for a life.

09:16AM   10          And it wasn't just about revenge for the defendant.

09:17AM   11  This was about reputation.  The defendant's reputation.  That's

09:17AM   12  because Jonathan Fraser, he denied being the driver.  And when

09:17AM   13  Jonathan Fraser denied being the driver, and Jonathan Fraser

09:17AM   14  didn't come to visit Caleb in the hospital, the defendant took

09:17AM   15  that as a personal insult, an affront to his reputation.

09:17AM   16  Something had to be done.  And so the defendant planned,

09:17AM   17  schemed, conspired with others to murder Jonathan Fraser.  In

09:17AM   18  his words, "The kid's got to go."

09:17AM   19          You're going to hear from Wayne Miller, one of the

09:17AM   20  defendant's associates.  He was one of the defendant's

09:17AM   21  enforcers.  He was one of the defendant's confidants.  Wayne

09:17AM   22  Miller is going to tell you about the defendant's many

09:17AM   23  different plans to kill Jonathan Fraser.  And Wayne Miller knew

09:18AM   24  about these multiple plans because the defendant asked Wayne

09:18AM   25  Miller multiple times to kill Jonathan Fraser.  He will tell

09:18AM   1   you that the defendant said things to him to the effect of, I

09:18AM   2   would do the same for you.  Do what you need to do.  The kid's

09:18AM   3   got to go.

09:18AM   4         And as part of these multiple plans that the defendant

09:18AM   5   had, he had people acquire things.  Things like chicken wire,

09:18AM   6   rope, cars, guns.  Usually from sources that couldn't be

09:18AM   7   traced.  The defendant even went out and bought a boat, notably

09:18AM   8   it was called the Painkiller.  That was part of one of his

09:18AM   9   plans, possible plans to kill Jonathan Fraser.

09:18AM  10         The defendant was careful.  He was concerned about

09:18AM  11   getting caught.  He wrongly believed, as he told one associate,

09:19AM  12   "No body, no case."  That's what the defendant thought.

09:19AM  13         So first, the plan ultimately was to lure Jonathan

09:19AM  14   Fraser in and set him up.  Just like the robberies, just like

09:19AM  15   Mr. Yoshida, just like the kidnapping.  He wanted to lure him

09:19AM  16   in.  And he lured him in to create that false sense of

09:19AM  17   security.  And so the defendant apologized to Jonathan Fraser.

09:19AM  18   Publicly he forgave Jonathan Fraser, all to create that false

09:19AM  19   sense of security.

09:19AM  20         In addition to that, the defendant had Delia

09:19AM  21   Fabro-Miske, Caleb's widow, his daughter-in-law, he had Delia

09:19AM  22   Fabro-Miske reopen lines of communication with Jonathan Fraser

09:19AM  23   and his girlfriend Ashley Wong.  And you'll learn that Jonathan

09:19AM  24   Fraser and Ashley Wong and Caleb Miske and Delia Fabro-Miske,

09:19AM  25   the four of them, those two couples, they had been friends, but

09:20AM   1   they had stopped talking after the accident, after Caleb was in

09:20AM   2   the hospital.

09:20AM   3          So the defendant had Delia Fabro-Miske reach out to

09:20AM   4   Jonathan Fraser and Ashley Wong.  The defendant paid for

09:20AM   5   dinners with Jonathan and Ashley, concerts, manicures.  The

09:20AM   6   defendant even bought a tribute car in memory of Caleb, and let

09:20AM   7   Jonathan Fraser use that car.

09:20AM   8          Eventually the defendant arranged for Jonathan Fraser

09:20AM   9   and his girlfriend to move in with Delia Fabro-Miske at a

09:20AM   10  property in Hawaii Kai.  Delia's name was on the lease.  The

09:20AM   11  defendant was paying the rent.

09:20AM   12         And so they moved in.  Jonathan and Ashley moved in

09:20AM   13  with the defendant's daughter-in-law.  Two weeks after they

09:20AM   14  moved in, the defendant and Delia Fabro-Miske separated

09:21AM   15  Jonathan and Ashley.  And that's important.  It's important

09:21AM   16  because Jonathan and Ashley, you'll learn they were

09:21AM   17  inseparable.  The defendant complained that he could never get

09:21AM   18  Jonathan Fraser alone because Ashley was always there.

09:21AM   19         Delia Fabro-Miske invited Ashley Wong to a spa day.

09:21AM   20  This was July 30th, 2016, the day Jonathan Fraser disappeared.

09:21AM   21  It was the first time and last time she invited Ashley Wong to

09:21AM   22  a spa day.  And the spa day was on the other side of the island

09:21AM   23  at Aulani.

09:21AM   24         So with Jonathan and Ashley physically separated, and

09:21AM   25  in addition to that, Jonathan's phone service was effectively

09:21AM  1   cut off.  Not the phone itself, but you'll learn that Jonathan,

09:21AM  2   he didn't have a lot of money, so his phone needed Wi-Fi to

09:21AM  3   work.  On July 30th, 2016, guess what wasn't working at the

09:21AM  4   Hawaii Kai residence?  The internet.

09:22AM  5        And so with the two, Jonathan and Ashley, physically

09:22AM  6   separated, his phone not working, Jonathan Fraser was

09:22AM  7   effectively isolated from the rest of the world.  He was never

09:22AM  8   seen or heard from again.

09:22AM  9        You'll learn that that night, that same night, the

09:22AM  10  defendant had someone pay Lance Bermudez to get rid of a white

09:22AM  11  Sienna van that was parked near that Hawaii Kai residence where

09:22AM  12  Jonathan and Ashley had been staying.  This is that same Lance

09:22AM  13  Bermudez who had that murder contract to kill someone that the

09:22AM  14  defendant thought was an informant.  In other words, this was

09:22AM  15  the same Lance Bermudez that the defendant trusted to do

09:22AM  16  important things.

09:22AM  17       And so the defendant had Lance Bermudez steal that

09:22AM  18  car, drive it to the other side of the island, and get rid of

09:22AM  19  it.  Burn it, torch it.  It was engulfed in flames, along with

09:23AM  20  anything inside of it.  And you'll learn that that's important

09:23AM  21  for a couple of reasons.  One, that's how you get rid of

09:23AM  22  evidence, burn things.  You'll learn that that's how Lance

09:23AM  23  Bermudez got rid of things, he would burn cars.

09:23AM  24       You'll also learn that this wasn't any van randomly

09:23AM  25  parked on the side of the road.  This was one of those vans

09:23AM  1  that were purchased as part of the defendant's plans to murder

09:23AM  2  Jonathan Fraser.  And as part of that plan, this van was

09:23AM  3  purchased and registered in a fake name.  Conceal the identity

09:23AM  4  of the buyer.

09:23AM  5        After the spa day, Ashley Wong was distraught.  She

09:23AM  6  quickly reported Jonathan Fraser's disappearance to the police.

09:23AM  7  There were missing persons posters.  It made the news.

09:23AM  8        And in the following days, the defendant made some

09:23AM  9  admissions to close associates.  To Wayne Miller, he told him

09:24AM  10  that he had killed Jonathan Fraser.  He admitted that to him.

09:24AM  11  He told him, You would be proud of me.  This was the same Wayne

09:24AM  12  Miller that he had planned with to kill Jonathan Fraser.

09:24AM  13        To another associate, Preston Kimoto, he told him, You

09:24AM  14  didn't think anything would not happen?

09:24AM  15        And then about a week after Jonathan Fraser

09:24AM  16  disappeared, the defendant had Jonathan's girlfriend Ashley

09:24AM  17  Wong removed from that Hawaii Kai residence.  No more spa days,

09:24AM  18  no more dinners, no more Jonathan Fraser.

09:24AM  19        In this trial you're not going to learn what happened

09:24AM  20  to the body, because the body was never recovered.  Jonathan

09:24AM  21  Fraser was never found.  Nearly eight years later, to this day

09:25AM  22  his family hasn't heard from him.

09:25AM  23        And at the end of this trial, after the judge gives

09:25AM  24  you instructions, you're not going to be asked to decide what

09:25AM  25  happened to Jonathan Fraser's body.  You're going to be asked

09:25AM    1    to decide several things, including was he kidnapped, was he

09:25AM    2    murdered, did the defendant do it.  That's what you have to

09:25AM    3    decide.  Not what happened to the body.

09:25AM    4         And at the end of this trial, you'll know beyond a

09:25AM    5    reasonable doubt that the defendant conspired with others and

09:25AM    6    did kidnap and kill Jonathan Fraser.

09:25AM    7         I'm going to talk about control over this enterprise.

09:25AM    8    The defendant was in control of his enterprise.  He had his

09:25AM    9    associates do things.  They were careful.  They didn't want to

09:25AM    10   leave behind evidence.  So he had his associates use multiple

09:26AM    11   phones, burner phones.  He would swap them out frequently.

09:26AM    12   They used burner cars.  Cars that you get to commit a crime,

09:26AM    13   and then after you commit the crime, you get rid of it.  You

09:26AM    14   burn it.

09:26AM    15        He and his associates used GPS trackers to track

09:26AM    16   people that they didn't trust, maybe a girlfriend, or track

09:26AM    17   potential targets, robbery targets.  He would put those

09:26AM    18   trackers on their cars, follow them.

09:26AM    19        He had associates communicate using encrypted

09:26AM    20   messaging apps, because the defendant thought that if he used

09:26AM    21   those apps, law enforcement can't read those messages.  What he

09:26AM    22   didn't realize was that if law enforcement sees that actual

09:26AM    23   phone, sometimes they could read and access those encrypted

09:26AM    24   messages.  And you'll see some of those messages, the

09:26AM    25   defendant's own words, during this trial.

| | | |
|---|---|---|
| 09:26AM | 1 | The defendant had his associates, he told them not to |
| 09:26AM | 2 | put important things in writing. That would be discussed in |
| 09:27AM | 3 | person. And on occasion in person, he would write messages on |
| 09:27AM | 4 | an erasable board, no trace. |
| 09:27AM | 5 | Bank transactions would be structured to avoid the |
| 09:27AM | 6 | scrutiny of the IRS. And when some of the associates of the |
| 09:27AM | 7 | defendants got arrested, the defendant would send a lawyer. He |
| 09:27AM | 8 | would hire someone, send them out, fight the charges for them. |
| 09:27AM | 9 | The defendant referred to this lawyer as a doctor, that person |
| 09:27AM | 10 | was sent to fix things. That benefitted the associates, to |
| 09:27AM | 11 | help them out, but it also helped the defendant and made it |
| 09:27AM | 12 | less likely that his associates, his people would talk to the |
| 09:27AM | 13 | police. |
| 09:27AM | 14 | The defendant also frequently tried to gain leverage |
| 09:27AM | 15 | over other people. Leverage was important to him. One of the |
| 09:27AM | 16 | his companies was named Leverage Incorporated. And leverage |
| 09:27AM | 17 | could be gained through favors, through money, through gifts. |
| 09:27AM | 18 | Some of those favors, favors like free fumigation services for |
| 09:28AM | 19 | the city and county. |
| 09:28AM | 20 | The point of leverage was that when the defendant |
| 09:28AM | 21 | needed something, he had someone who owed him, someone he could |
| 09:28AM | 22 | lean on. Sometimes the defendant gained leverage through job |
| 09:28AM | 23 | offers. You'll learn that he employed those loyal to him at |
| 09:28AM | 24 | his businesses. Other times through his connections he would |
| 09:28AM | 25 | place people in other industries. Industries like the movies, |

09:28AM  1    industries like at the docks.  You'll learn that at the docks,

09:28AM  2    that was pretty coveted.  That's because you could make a

09:28AM  3    pretty good amount of money with just a high school education.

09:28AM  4        You'll learn that one day someone got in the way of

09:28AM  5    the defendant's ability to place his people at the docks, his

09:28AM  6    ability to get leverage.  And you'll learn about the

09:28AM  7    defendant's plans to intimidate and kill that person, a leader

09:28AM  8    in the longshoremen's union.

09:29AM  9        The evidence will show that the defendant was a master

09:29AM  10   manipulator.  He would kill.  He was willing to do that in

09:29AM  11   order to maintain his power.

09:29AM  12       Now, to get his way, the defendant would frequently

09:29AM  13   revert to threats.  That was in the business world, that was in

09:29AM  14   the underworld.  And you'll hear testimony from some of the

09:29AM  15   people that he threatened over the years.  He told them things

09:29AM  16   like, It's not like the mainland.  People disappear here.  I'll

09:29AM  17   put you in the ground.  I know people.  You don't know who

09:29AM  18   you're dealing with.  Do you know who I am?

09:29AM  19       It didn't matter if it was a customer, if it was a

09:29AM  20   stranger, if it was a police officer, the defendant embraced

09:29AM  21   his reputation for violence and retribution.  He wielded that

09:30AM  22   reputation like a baseball bat.

09:30AM  23       Now, in 2020 the defendant was arrested in this case.

09:30AM  24   But before his arrest he started planning.  One of those plans

09:30AM  25   was to shift, on paper at least, the ownership of his various

09:30AM  1  companies into the name of his daughter-in-law Delia

09:30AM  2  Fabro-Miske.  And that makes sense because Delia Fabro-Miske

09:30AM  3  had a child.  The defendant's grandchild.  Caleb's child.

09:30AM  4          Another part of his plan -- another plan that he had

09:30AM  5  was to gather reference letters.  Letters that he could use in

09:30AM  6  the event that he was arrested to convince a judge to let him

09:30AM  7  stay out of jail while waiting for this trial to start.  And

09:30AM  8  that's what he did, he collected reference letters, character

09:30AM  9  letters.

09:30AM  10         But then he altered one of those letters.  He

09:30AM  11  fabricated another letter.  And then after he was arrested, he

09:31AM  12  had those two false letters submitted to a judge.  The evidence

09:31AM  13  is going to show that the defendant planned to and tried to

09:31AM  14  defraud others, even within the judicial system, all in order

09:31AM  15  to benefit himself.  And he did that even after he had gotten

09:31AM  16  caught.

09:31AM  17         Now, these crimes, they didn't happen in a vacuum.

09:31AM  18  This wasn't a one-man Miske Enterprise show.  There were other

09:31AM  19  people involved.  There were people who committed crimes with

09:31AM  20  the defendant.  There were people who committed crimes on the

09:31AM  21  defendant's behalf.  These were people who conspired with the

09:31AM  22  defendant.

09:31AM  23         And you're going to hear from a number of those

09:31AM  24  people.  They're going to testify at this trial.  You'll learn

09:31AM  25  that they took responsibility for their actions, they admitted

09:32AM   1   to crimes that they committed, and they'll tell you what they

09:32AM   2   did.  They'll also tell you what the defendant did.

09:32AM   3       You've heard some of their names already.  I'm going

09:32AM   4   to talk about just a few of them.

09:32AM   5       First is Wayne Miller.  That confidant, that enforcer,

09:32AM   6   the one that the defendant asked to kill Jonathan Fraser.

09:32AM   7   Wayne Miller got his start early on.  He joined Miske early on.

09:32AM   8   Miske took him in.  He was one of the people who were groomed.

09:32AM   9   It started off with assaults and robberies.  Then it graduated

09:32AM   10  to kidnapping and murder contracts.

09:32AM   11      Another person, Jake Smith, he was another enforcer.

09:32AM   12  Jake Smith was a martial artist.  He would travel the country

09:32AM   13  nationally to compete.  He was brought on to assault people.

09:32AM   14  You'll learn that Jake Smith had a list.  Not a physical list,

09:33AM   15  but there was a list over the years of names of people that the

09:33AM   16  defendant gave Jake Smith that he wanted to see assaulted.

09:33AM   17      Jake Smith was involved in some of the chemical

09:33AM   18  attacks you'll hear about.  He was present, he was in that

09:33AM   19  getaway car of that assault at that tattoo shop where Dayson

09:33AM   20  Kaae died.  Jake Smith was that enforcer who followed

09:33AM   21  Mr. Yoshida into the room at Kama'aina Termite and Pest

09:33AM   22  Control.

09:33AM   23      And you'll learn that Wayne Miller and Jake Smith and

09:33AM   24  others will testify.  Some of them, they have criminal pasts.

09:33AM   25  They have committed crimes in the past.  Some of them were even

09:33AM  1    gang members.  And that also makes sense because the defendant

09:33AM  2    used these violent people to do violent things.

09:33AM  3         Another person you'll hear from, Preston Kimoto.  He

09:34AM  4    was involved with the kidnapping of that accountant, Mr. Lee.

09:34AM  5    Preston Kimoto worked on the business side of things.  He

09:34AM  6    worked primarily in the fumigation businesses for the

09:34AM  7    defendant, and he'll tell you about misuse of chloropicrin,

09:34AM  8    he'll tell you about fraud, violence, intimidation that was

09:34AM  9    used all to further the defendant's business, his criminal

09:34AM  10   interests.

09:34AM  11        A word on logistics.  You've all seen the witness

09:34AM  12   list.  Hundreds of potential witnesses.  Just keep in mind that

09:34AM  13   some witnesses, they might know something about different

09:34AM  14   crimes that happened at different points in time.  So one

09:34AM  15   witness may testify about something that happened in 2017.

09:34AM  16   That same person may testify then again about something that

09:34AM  17   happened in 2005.

09:35AM  18        The point is that the evidence in this case, it's not

09:35AM  19   going to come out in perfect chronological order.  That's not

09:35AM  20   how it works.  But by the end of this case, you'll be able to

09:35AM  21   put all those pieces of evidence together and you'll be left

09:35AM  22   with a picture of Miske's enterprise.

09:35AM  23        The defendant used fear, violence, and intimidation to

09:35AM  24   get what he wanted.  And at the end of this trial, after you've

09:35AM  25   seen and heard the evidence, one of my colleagues are going to

09:35AM   1   come before you and they're going to ask you to hold the

09:35AM   2   defendant responsible for the crimes that he committed in

09:35AM   3   trying to get what he wanted.  At the end of this trial we are

09:35AM   4   going to ask you to return a verdict of guilty on all counts.

09:35AM   5   Thank you.

09:36AM   6          THE COURT:  All right, Mr. Akina, thank you.

09:36AM   7          So ladies and gentlemen, I promised the defense that

09:36AM   8   we would take a short break.  Even though Mr. Akina did not use

09:36AM   9   all of the time allotted, we will go ahead and take that break

09:36AM  10   now, and we will then resume when either Mr. Kennedy or

09:36AM  11   Ms. Panagakos is ready.  So I anticipate that will be 15 or

09:36AM  12   20 minutes.

09:36AM  13          As we go to break, and this is something that I

09:36AM  14   apologize, but you're going to hear all too often during the

09:36AM  15   course of the time that we're together, you're going to hear

09:36AM  16   the same admonitions.  And the reason is it's not because I

09:36AM  17   don't think you understand it.  It's to emphasize the

09:36AM  18   importance of these rules that I know you already know.  We've

09:36AM  19   given them to you in writing, and I gave them to you when we

09:36AM  20   were last together a week ago during preliminary jury

09:36AM  21   instructions.  That's how important they are.

09:36AM  22          So please adhere to these.  They are the following:

09:37AM  23          Please do not discuss the substance of this case with

09:37AM  24   anyone, including one another.  Especially when you're back in

09:37AM  25   rooms waiting for court to begin, please do not discuss the

| | | |
|---|---|---|
| 09:37AM | 1 | substance of this case with anyone, your loved ones, close |
| 09:37AM | 2 | friends or relatives, or one another until I advise otherwise. |
| 09:37AM | 3 | Do not conduct any independent investigation into the |
| 09:37AM | 4 | facts, circumstances or persons involved in this case. |
| 09:37AM | 5 | And finally, do not access any media or other accounts |
| 09:37AM | 6 | of this case that maybe out there, particularly via social |
| 09:37AM | 7 | media or the internet, since that is, as you know, how most of |
| 09:37AM | 8 | us get our news today.  But it extends beyond that, radio |
| 09:37AM | 9 | reports, print media, TV segments, please do not access any |
| 09:37AM | 10 | media or other accounts of this case out there. |
| 09:37AM | 11 | Why?  Because I emphasized to you all last week, |
| 09:37AM | 12 | right, the only place that you can learn about this case from |
| 09:38AM | 13 | this point forward is where?  The four corners of this |
| 09:38AM | 14 | courtroom and nowhere else. |
| 09:38AM | 15 | So let's take about a 15- or 20-minute break. |
| 10:00AM | 16 | (A recess was taken from 9:38 a.m. to 10:00 a.m.) |
| 10:00AM | 17 | THE COURT:  All right.  Back from our first morning |
| 10:00AM | 18 | break.  The record should reflect the return of all 18 jurors, |
| 10:00AM | 19 | the parties, as well as their lawyers. |
| 10:00AM | 20 | Mr. Kennedy, opening statement, I assume you're ready |
| 10:00AM | 21 | for.  And you're already walking up to the stand, so you may |
| 10:00AM | 22 | begin when you're ready. |
| 10:00AM | 23 | MR. KENNEDY:  I am, Your Honor. |
| 10:00AM | 24 | Good morning, Your Honors.  Each and every one of you |
| 10:00AM | 25 | sit now as a judge.  You don't wear the black robe that Judge |

| | | |
|---|---|---|
| 10:00AM | 1 | Watson has, but each of you now sit as the judges of the facts |
| 10:00AM | 2 | in this case.  And each of you have the honor to decide this |
| 10:01AM | 3 | case not on the words of us but on the words of evidence. |
| 10:01AM | 4 | And the only folk who are equal to you in this |
| 10:01AM | 5 | courtroom, which I have the honor of representing, is Michael |
| 10:01AM | 6 | Miske.  And I'm going to show you what his life has been about. |
| 10:01AM | 7 | I'm going to tell you what his life is about.  I'm going to |
| 10:01AM | 8 | talk to you -- as the judge said, you don't live in this world. |
| 10:01AM | 9 | So I'm going to talk to you about the world that comes inside |
| 10:01AM | 10 | this courtroom when people take the stand and have something to |
| 10:01AM | 11 | gain, and also when they have something that the government |
| 10:01AM | 12 | doesn't want you to know. |
| 10:01AM | 13 | I'm going to go through the counts with you, and at |
| 10:01AM | 14 | the end of my talk today, I'm going to ask you at the end of |
| 10:02AM | 15 | this case to return a not guilty verdict on every count, |
| 10:02AM | 16 | because I have the honor of representing this man.  So let's |
| 10:02AM | 17 | get started. |
| 10:02AM | 18 | There are big questions that need to be asked here. |
| 10:02AM | 19 | First big question, Kama'aina Termite and Pest Control, front |
| 10:02AM | 20 | company or legitimate company?  Don't take my word.  I'm going |
| 10:02AM | 21 | to show you.  There are 18 of you, and I'm going to show you |
| 10:02AM | 22 | 18, each one, I will give to you a project.  The people of |
| 10:02AM | 23 | Hawaii have entrusted Michael Miske and Kama'aina Termite and |
| 10:02AM | 24 | Pest Control, even if the federal government has not. |
| 10:02AM | 25 | Let's start.  Iconic places, innovative projects, |

| | | |
|---|---|---|
| 10:02AM | 1 | cultural treasures.  That's what Kama'aina Termite and Pest |
| 10:03AM | 2 | Control is known for. |
| 10:03AM | 3 | Let's get started.  Mike Miske took on the riskiest |
| 10:03AM | 4 | projects, the projects that no one else would try.  Waikiki |
| 10:03AM | 5 | Shell, 2007. |
| 10:03AM | 6 | (News segment was played for the jury.) |
| 10:03AM | 7 | Innovative projects.  Iconic places.  Cultural |
| 10:03AM | 8 | treasures. |
| 10:03AM | 9 | (News segment was played for the jury.) |
| 10:08AM | 10 | Kawaiaha'o Church, 2002.  That's what Michael Miske |
| 10:08AM | 11 | was doing with his time. |
| 10:08AM | 12 | Polynesian Cultural Center, 2002, 2012, 2020.  Some of |
| 10:08AM | 13 | you may have been there to see it.  It's numerous buildings. |
| 10:08AM | 14 | The fumigation of all the buildings would start on Sunday -- on |
| 10:08AM | 15 | Saturday at nighttime, and they would do it over the night so |
| 10:08AM | 16 | that they would be ready to go on Monday through so that people |
| 10:08AM | 17 | could come. |
| 10:08AM | 18 | So these are the sites. |
| 10:09AM | 19 | Can you flip it, Ashley?  Thank you. |
| 10:09AM | 20 | We lost connection again.  Thank you. |
| 10:10AM | 21 | These are some of the buildings that are inside. |
| 10:10AM | 22 | We lost it again.  Are we good?  Okay. |
| 10:10AM | 23 | Different shapes, innovative projects, cultural |
| 10:10AM | 24 | treasures.  Working at night to get the job done.  Family |
| 10:11AM | 25 | business.  Built from the ground up.  Ninety to a hundred |

| | | |
|---|---|---|
| 10:11AM | 1 | workers.  Big jobs, the hardest jobs on the island.  The |
| 10:11AM | 2 | Polynesian Cultural Center trusted Michael Miske. |
| 10:11AM | 3 | Family business.  Mike and his daughter-in-law Delia. |
| 10:11AM | 4 | King Kamehameha IV Hotel on the Big Island. |
| 10:11AM | 5 | Did we lose sound now? |
| 10:12AM | 6 | (News segment was played for the jury.) |
| 10:12AM | 7 | Innovative projects, cultural treasures, iconic |
| 10:12AM | 8 | places. |
| 10:12AM | 9 | Poinciana Manor, Kailua. |
| 10:12AM | 10 | (News segment was played for the jury.) |
| 10:14AM | 11 | Kaumakapili Church.  Queen Emma's Summer Palace. |
| 10:14AM | 12 | (News segment was played for the jury.) |
| 10:14AM | 13 | Iolani Palace. |
| 10:15AM | 14 | The Blaisdell here in Honolulu. |
| 10:15AM | 15 | (News segment was played for the jury.) |
| 10:17AM | 16 | Donating $200,000 to the City of Honolulu doesn't |
| 10:17AM | 17 | sound to me like someone engaged in the kind of activity that |
| 10:17AM | 18 | the government has accused Mr. Miske of. |
| 10:17AM | 19 | Hokulea. |
| 10:17AM | 20 | (News segment was played for the jury.) |
| 10:17AM | 21 | The Doris Duke Estate, Shangri La, 2018, October. |
| 10:19AM | 22 | (News segment was played for the jury.) |
| 10:20AM | 23 | Mike and his crew, his workers, the ones who worked |
| 10:20AM | 24 | with him. |
| 10:20AM | 25 | Waikiki Yacht Club. |

10:20AM    1          We're now in 2020.  And as you watch this video, we
10:20AM    2    started in 2002, and for 18 years not one of those places
10:20AM    3    stopped using Michael Miske.  Not one of those folks stopped
10:20AM    4    using him.
10:20AM    5          And you're going to learn that during this time, this
10:21AM    6    same time while he's doing all this work for the citizens of
10:21AM    7    Hawaii, what's happening behind the scenes is the FBI is doing
10:21AM    8    one investigation, and a second investigation, and a third
10:21AM    9    investigation, and each one of those investigations not a
10:21AM   10    single charge was brought against Michael Miske.
10:21AM   11          And so when you kind of have to take a round -- a
10:21AM   12    square peg and punch it into a round hole, sometimes it just
10:21AM   13    doesn't fit.  And what you're seeing here is the life work of
10:21AM   14    Michael Miske and Kama'aina Termite and Pest Control.
10:22AM   15          Front company or legitimate company?
10:22AM   16          High schools, St. Louis.  Shave ice, Matsumoto.  All
10:22AM   17    sorts of businesses.  Elementary schools all over the state.
10:22AM   18    The Outrigger Waikiki.  Mauna Kea Hotel.  These aren't the
10:22AM   19    normal types of jobs.  Nobody else would take on this project.
10:22AM   20    No one would take the risk.  But Michael Miske, he's one of
10:23AM   21    those self-made men who takes on the risk, and built this
10:23AM   22    company and built this on this island.  And I'm going to tell
10:23AM   23    you in a little bit he didn't start out going to these kind of
10:23AM   24    schools and doing this.
10:23AM   25          While you're watching this, the others that will take

10:23AM  1   the stand for the government who were committing all these

10:23AM  2   crimes, they weren't doing this kind of stuff.  But when the

10:24AM  3   gig is up, they know who to blame.  Even if it's an untruth.

10:24AM  4          Hard work, 50-mile-an-hour winds right now when this

10:24AM  5   is happening.

10:24AM  6              (News segment was played for the jury.)

10:29AM  7          Keola La'i.  In 2010, there were about 392 homes

10:29AM  8   within -- over on Queen Street, just a couple of blocks from

10:29AM  9   here.  The building went up in 2008, and the cabinets that were

10:29AM  10  put in all these homes had termites.  They tried, they tried to

10:29AM  11  take individual units and do it that way.  Every other company

10:29AM  12  that looked at it wanted to do it that way.

10:29AM  13         The folks who were behind that building had termites

10:29AM  14  flying from home to home inside those 42 stories.  The board,

10:30AM  15  the owners, everyone looked for a solution.  None was going to

10:30AM  16  be had.  The insurance -- and you will hear from the folks who

10:30AM  17  built that building that they were looking at like 24,

10:30AM  18  $20 million on the line.

10:30AM  19         And then who stepped in?  This man.  Michael Miske.

10:30AM  20  They had an $8 million fund to see if they could figure out a

10:30AM  21  way to get rid of those termites.  And instead of tenting the

10:30AM  22  outside, Mr. Miske and his team came up with the solution that

10:30AM  23  you would seal it from the inside.

10:30AM  24         Dow Chemical engineers flew in from the mainland

10:30AM  25  during that time.  The representatives were there.  And for

10:31AM  1   four and a half million dollars he saved a $20 million lost.

10:31AM  2   Those termites were eradicated, and those homeowners got their

10:31AM  3   homes back.  And everyone in that situation, other than the

10:31AM  4   federal government, was happy.

10:31AM  5        The federal government, though, with regulators

10:31AM  6   decided that because there were some irregularities in terms of

10:31AM  7   food that was left or in the garbage down below, it ended up in

10:31AM  8   a $15,000 consent for a four-and-a-half-million-dollar job that

10:31AM  9   saved 20 to $24 million.  And 30 people working side by side in

10:31AM  10  a room with structured support from the mainland achieved this.

10:32AM  11       Every one of these a success.  That's what Michael

10:32AM  12  Miske has been doing.

10:32AM  13       There's the building.  There's the team.  There's the

10:32AM  14  folks working.  How do we solve this problem?  How do we put

10:32AM  15  our heads together and do what no one else can do?  The Dow

10:32AM  16  Chemical folks there, sealing on the inside, figuring out a way

10:32AM  17  when nobody else could.

10:32AM  18       Running the gas, how do you get the gas up 42 stories?

10:32AM  19  How do you solve this problem?  How do you make it all work?

10:33AM  20  How do you get the job done?  How do you work with the

10:33AM  21  professionals?  And in the end, what you have is a complete and

10:33AM  22  utter success.

10:33AM  23       I showed you this because I try most of my cases in

10:33AM  24  Las Vegas, and I ski on snow.  And when you're coming down on a

10:33AM  25  steep incline, you're taking that risk, you're putting it on

10:33AM  1    your boards, and you're taking the risk to go.  Similar, if

10:33AM  2    you're here and you go out to the North Shore and you get on

10:33AM  3    one of those big waves.  There are those who will accept risk

10:34AM  4    and those -- or those who will not.  Michael Miske has been

10:34AM  5    accepting risks all of his life.  Why?

10:34AM  6         Well, let me tell you a little bit about Mike.  On the

10:34AM  7    mainland you would say he grew up on the wrong side of the

10:34AM  8    tracks.  His start was good.  His father, Mr. Miske, was with

10:34AM  9    him until the age of six.  At the age of six, he died.  Mike

10:34AM  10   was extremely close to his father.  His father was in the

10:34AM  11   hospital, but Mike didn't learn until he was in his teens how

10:34AM  12   his father died.  And his father died by taking his own life by

10:34AM  13   suicide with cyanide.  And Mike has carried that sense of

10:34AM  14   abandonment and loss all of his life.

10:34AM  15        Mike then, the Miske family with his mom Dina and

10:35AM  16   Mike, they walked away from them.  And so Mike grew up hard,

10:35AM  17   real hard.  Mike grew up on the streets trying to figure out

10:35AM  18   how to make it, how to work, how to get somewhere.

10:35AM  19        And at the age of 20, since he was born in 1974, at

10:35AM  20   the age of 20 his son Caleb came into his life.  And as Mike

10:35AM  21   held that boy, it was the most beautiful thing he ever had in

10:35AM  22   his arms.  And he became his only son.

10:35AM  23        Mike then, as you have seen -- a few years later Caleb

10:35AM  24   was born in 1994 -- a few years later he started Kama'aina

10:35AM  25   Termite and Pest Control in 1999 and 2000, and you've seen his

10:36AM   1   life's work.

10:36AM   2        Let me tell you a little bit Caleb.  Caleb did have a

10:36AM   3   friend by the name of Mr. Fraser, Jonathan Fraser.  Caleb and

10:36AM   4   Jonathan liked to race cars.  They liked to hang out together.

10:36AM   5   And Jonathan oftentimes would stay at Mike's house when things

10:36AM   6   were not good at his own home and stay with Caleb.

10:36AM   7        And Ashley Wong and Jonathan would stay with Mike.

10:36AM   8   And in fact, Caleb, his wife Delia Fabro-Miske, Jonathan and

10:36AM   9   Ashley Wong were staying in Mike's office sleeping there.  When

10:36AM   10  the government told you that Mr. Fraser stole a watch, but they

10:36AM   11  didn't tell you that that was a graduation gift to Caleb, and

10:36AM   12  that the watch was stolen and pawned, and Mike eventually got

10:37AM   13  it back.  And after that, after that, Mike forgave Jonathan,

10:37AM   14  and was still in his life.

10:37AM   15       And at times they would stay at Mike's house.  We'll

10:37AM   16  talk a little bit about the Lumahai house that the government

10:37AM   17  said that -- Mike lives in a small house on Kuuna Street in

10:37AM   18  Kailua and has lived there his whole life.  The house they're

10:37AM   19  talking about he built as an investment.  Because he's always

10:37AM   20  been a self-made man.

10:37AM   21       So now, I want to fast-forward a bit to November 17,

10:37AM   22  2015.  It was a terrible, terrible accident.  And if anyone

10:37AM   23  here knows what it's like to have to go and see an accident

10:38AM   24  scene when your son or daughter or granddaughter is involved is

10:38AM   25  a horrific thing.

10:38AM    1                    Now, what happened in that accident?  Jared Ishiki was

10:38AM    2      working for CSI, a business.  He was approaching an

10:38AM    3      intersection, there was a yellow light, and you'll hear

10:38AM    4      testimony that he was traveling 35 miles an hour when he turned

10:38AM    5      left.  35 miles an hour on a turn?

10:38AM    6                    Coming towards him -- and I apologize for putting my

10:38AM    7      back -- is Caleb and Jonathan were going through the yellow

10:38AM    8      light.  Traveling too fast, yes.  Estimated at about 60 miles

10:38AM    9      an hour, but they had the light.  Mr. Ishiki had a truck.  They

10:38AM   10      had a smaller vehicle.  And it was a horrific accident.

10:38AM   11                    Jonathan and Caleb were taken to Queens Hospital.  In

10:39AM   12      the early part of that day, it looked like Caleb might pass.

10:39AM   13      He developed an infection in one of his legs.  And Mike had to

10:39AM   14      make the decision, Do we amputate or do we not?  The specialist

10:39AM   15      recommended that you do not.  His primary doctor said, You

10:39AM   16      should.  And he had to make the call.  And he chose to keep the

10:39AM   17      leg.

10:39AM   18                    Caleb is recovering from his injuries.  The accident

10:39AM   19      is on November 17, 2015.  At a certain point the infection in

10:39AM   20      his leg goes to his heart.  They are making his heart work.

10:39AM   21      They are trying everything they can in the Queens Hospital.

10:40AM   22      Mike and his family is there, there watching their boy almost

10:40AM   23      leave this earth.

10:40AM   24                    Josiah Akau will tell you when the hospital wanted to

10:40AM   25      stop, because he's a fire person, he went up there and he

10:40AM    1    started pushing and pushing and pushing to give him more life.

10:40AM    2    And it worked.  And Caleb lived.

10:40AM    3         And what happened was Delia and Caleb had a child

10:40AM    4    Nila, because Delia was pregnant when the accident happened.

10:40AM    5    And so eventually Caleb got to the point where he could hold

10:40AM    6    Nila, and it looked like he was going to recover.  And now

10:40AM    7    we're into February and March of 2016.

10:40AM    8         And Mike is making -- working on getting up one story

10:40AM    9    so Caleb can recuperate, and he's -- Caleb is trying to get

10:41AM   10    back, and it looks like he's healthy.  So no, the accident

10:41AM   11    didn't take Caleb.  Because what happened was the infection

10:41AM   12    that was in his heart which started in his leg moved to his

10:41AM   13    brain, and they saw him go downhill.  And then on the 16th of

10:41AM   14    March, he died.  Mike has now lost his father and his son.

10:41AM   15    They have a celebration of life shortly thereafter.

10:41AM   16         And contrary to what the government tells you, Mike

10:41AM   17    reached out to Ashley and Jonathan.  And Mike established with

10:41AM   18    Delia the connection, and Delia threw a big race party for all

10:42AM   19    of their friends.  And Mike supported that.  And when Ashley

10:42AM   20    and Jonathan didn't have anywhere else to go, he allowed and

10:42AM   21    said it's fine with living with Delia at the place in Hawaii

10:42AM   22    Kai.

10:42AM   23         Mike blamed himself for Caleb's death.  Not Jonathan

10:42AM   24    Fraser.  Mike blamed the accident on Jared Ishiki, and that's

10:42AM   25    why he sued him and his company for the fact that they were in

10:42AM  1  the wrong for turning left at 35 miles an hour on a yellow, and

10:42AM  2  received a settlement.  Because criminal charges were looked at

10:42AM  3  for Mr. Ishiki and never brought, even though he was found to

10:42AM  4  be the cause of the accident.

10:43AM  5       Mike didn't care who the driver was.  But if you want

10:43AM  6  to look at the evidence, what happened?  Well, as Caleb was

10:43AM  7  lying in the hospital, we all know that when we get into our

10:43AM  8  cars, the seatbelt goes this way if you're the driver from left

10:43AM  9  to right.  And if you're the passenger, it goes this way from

10:43AM  10  right to left.  And so as the bruising started happening, there

10:43AM  11  was bruising on Caleb going from the right to the left.

10:43AM  12       He had the photograph, he sent it to someone he knows

10:43AM  13  well, and says, Looks like they were a passenger.  That Caleb

10:43AM  14  was the passenger and not the driver.  And doctors told him the

10:43AM  15  same thing.  And you'll hear from an expert who looked at it

10:44AM  16  and had said that there's no other reason that that bruising

10:44AM  17  could happen.

10:44AM  18       So no, he didn't blame him.  He looked at what was

10:44AM  19  just the evidence.  And he didn't care because it was the loss

10:44AM  20  of his son.  It was loss, not revenge that was motivating Mike.

10:44AM  21  And so when you hear from folks, just remember what do they

10:44AM  22  have to gain, what are they looking at, what are their

10:44AM  23  motivations here.

10:44AM  24       And let me segue to that.

10:44AM  25       The government waited about 25 minutes to talk to you

10:44AM  1  about Counts 2 through 6, which are the murder counts.  And

10:44AM  2  they talk about not finding a body.

10:45AM  3        Well, let me ask you this.  We've got to break things

10:45AM  4  down simply.  So in a murder case, who killed Jonathan Fraser?

10:45AM  5  Will they give you an answer?  No.  After seven years this

10:45AM  6  remains -- Jonathan Fraser's disappearance remains a missing

10:45AM  7  person case.

10:45AM  8        Second, how did it happen?  Will they give you an

10:45AM  9  answer?  No.  After all this investigation, after all the close

10:45AM  10  to a thousand witnesses, no.  Where did it happen?  Will they

10:45AM  11  give you an answer?  I'm kind of simple, I ask simple

10:45AM  12  questions.  Where?  They won't give you an answer.

10:45AM  13        And when did it happen?  They won't give you an

10:46AM  14  answer.  They've said on the 30th of July, 2016, but there are

10:46AM  15  folks who saw Jonathan Fraser after the government thinks he

10:46AM  16  was killed, because they don't know who, how, when or where.

10:46AM  17        What they've given you is a reason why.  That's it.

10:46AM  18  Not backed up by anything other than folks who have something

10:46AM  19  to gain by giving them that answer.  After all these years

10:46AM  20  they're going to ask you to convict Mike of kidnapping, murder,

10:46AM  21  without answering how, who, where, when, and why.

10:47AM  22        Now, the judge told you when we were selecting you

10:47AM  23  that this is our world, and this isn't yours.  So let me tell

10:47AM  24  you how things work in this world.  You got a little flavor of

10:47AM  25  it in terms of who the folks are going to be testifying.  So

10:47AM   1   let's just start with individuals.

10:47AM   2              Wayne Miller, 2001, for his on benefit committed a

10:47AM   3   bank robbery with a gun, got ten years.  Nothing to do with

10:47AM   4   Mike Miske.  He brought along the juveniles, he was 18 years

10:47AM   5   old.  That's his first charge of using a gun during and in

10:47AM   6   relation to a violent crime, bank robbery.  Not complex, got

10:47AM   7   seven years consec.

10:47AM   8              In this case Wayne Miller went to the FBI to gain

10:48AM   9   money in 2017 and said essentially, and I'm not going to use

10:48AM  10   the word, but you'll get it, "Mike F'd me.  I want money."  The

10:48AM  11   ATF said 100,000.  I said 100,000 jokingly, and they said

10:48AM  12   200,000.  I want to get a fishing boat, an aluminum boat for

10:48AM  13   $270,000."

10:48AM  14              I don't know that much about doing shark tours, but

10:48AM  15   270,000 sounds like a lot of money for just an aluminum boat.

10:48AM  16              "I want my supervised release for my bank robbery

10:48AM  17   taken down."  And then he gives them information.  He

10:48AM  18   interviews, he interviews, he interviews, he interviews, he

10:48AM  19   interviews about six or seven times.

10:49AM  20              So what does he do?  He says, I'll tell you how it

10:49AM  21   happened.  And he tells them somebody -- tells them who killed

10:49AM  22   Jonathan Fraser.  Tells them straight up.  He'll testify for

10:49AM  23   the government, the person he identified.  Is the government

10:49AM  24   going to say he killed him, Lance Bermudez?  No.

10:49AM  25              He says, Let's find a van.  I think I've seen the van

10:49AM  1  that they used.  So the FBI goes and grabs the van from a

10:49AM  2  junkyard that is placed down at the bay where Mike likes to go.

10:49AM  3  They take the van, they scour the van, they look for any

10:49AM  4  evidence that Jonathan Fraser or Michael Miske or anyone

10:49AM  5  associated has been in that van.  Nothing.  No DNA, no trace

10:49AM  6  evidence, no nothing.

10:49AM  7        He says, Oh, Mike bought the Painkiller boat

10:50AM  8  specifically for this job.  Spent $450,000 for it.  You'll see

10:50AM  9  text messages where Mike had been looking for a boat long

10:50AM  10  before the accident.

10:50AM  11        So in 2017, the FBI swoops down, takes the Painkiller,

10:50AM  12  takes it completely apart, looks for anything that would ever

10:50AM  13  suggest that Mr. Fraser had ever been on that boat.  Nothing.

10:50AM  14        In the plan Mr. Miller says, Oh, Mr. Fraser is

10:50AM  15  kidnapped in the morning, taken to Kewalo Basin in Honolulu.

10:50AM  16  Then they go out on a boat, and then someone is hiding on the

10:50AM  17  boat and shoots and kills Jonathan.

10:50AM  18        There's one problem.  The boat wasn't at Kewalo Basin

10:51AM  19  in Honolulu.  The boat was on the other side of the island, and

10:51AM  20  aerial footage shows that it was docked on the 30th of July,

10:51AM  21  not in the ocean.  Oh.

10:51AM  22        Now, Mr. Miller continues to cooperate with the FBI,

10:51AM  23  but Mr. Miller has a serious drug issue because the minute he

10:51AM  24  gets out of prison, he starts dealing drugs again in huge

10:51AM  25  quantities for people that have nothing to do with Michael

| | | |
|---|---|---|
| 10:51AM | 1 | Miske. |
| 10:51AM | 2 | And so on count -- excuse me -- Count 11, the |
| 10:51AM | 3 | kidnapping, what the government didn't tell you about |
| 10:51AM | 4 | Mr. Miller is while he was working as an FBI informant after a |
| 10:51AM | 5 | year and a half, he kidnapped a man, he pistol-whipped him, he |
| 10:51AM | 6 | put a .22 with a silencer to his head, threatened to kill him, |
| 10:52AM | 7 | while working for the FBI, and they ask you to believe him from |
| 10:52AM | 8 | the stand. And for that crime, if he was prosecuted, the |
| 10:52AM | 9 | sentence would be life in prison, no ifs, no buts, no maybes, |
| 10:52AM | 10 | because it would be the second 924(c), using a firearm, during |
| 10:52AM | 11 | and in relation to a kidnapping with a silencer. |
| 10:52AM | 12 | Also, to think about it, if Michael Miske was involved |
| 10:52AM | 13 | in that, if Michael Miske was involved a year and a half after |
| 10:52AM | 14 | he's working with the FBI, don't you think Mr. Miller would |
| 10:52AM | 15 | have gone to the FBI and said, I've got it. I've got the plan. |
| 10:52AM | 16 | We can set it up. We can grab him. We'll catch him in the |
| 10:52AM | 17 | action. You'll finally get something. |
| 10:53AM | 18 | No, he hid it from the FBI. He hid it from them. And |
| 10:53AM | 19 | then throughout 2017, 2018, he continued to deal drugs. He |
| 10:53AM | 20 | continued to do these things. Hey, he's the FBI's guy. Until, |
| 10:53AM | 21 | oh, the DEA gets involved. The DEA has an undercover, and he |
| 10:53AM | 22 | sells to an undercover. Oops. And he's arrested on August 1st |
| 10:53AM | 23 | of 2018. |
| 10:53AM | 24 | At that point he has now committed a life offense. |
| 10:53AM | 25 | He's taken the FBI and made them into fools. He's done a |

10:53AM   1   kidnapping.  Which he doesn't tell them about until it's

10:53AM   2   protected under a proffer because the guy he did it with tells

10:53AM   3   them first.  And do they prosecute him for that?  No.  No.

10:54AM   4          There's a saying that comes from the country of India:

10:54AM   5   "To hide one lie, a thousand lies are needed."  And I'm going

10:54AM   6   to tell you in this courtroom what happens in here is like we

10:54AM   7   see the clouds coming here, and all of a sudden we get

10:54AM   8   sprinkles, and then the showers come.  And lies are going to

10:54AM   9   rain down in this courtroom from that stand.

10:54AM   10          And Mr. Miller will begin.  Mr. Miller is going to try

10:54AM   11  to convince you that Michael Miske confessed to him, and he's

10:54AM   12  going to tell you he said it twice.  The first time he's at a

10:54AM   13  restaurant.  Now closer to trial he's now at his home.  He

10:55AM   14  can't tell the difference when he's lying between his home and

10:55AM   15  a restaurant.  Because when you're lying little things give you

10:55AM   16  away.  And I don't know about you, but the last time someone

10:55AM   17  might be confessing something to you that is of that gravity,

10:55AM   18  you might remember where you were when it happened.  He can't

10:55AM   19  because there's no truth to it.

10:55AM   20          Jake Smith also is looking at life, his natural life

10:55AM   21  due to those crimes.  That's where his bias comes.

10:55AM   22          Lance Bermudez, another one that they mention, once

10:55AM   23  again he is also looking at the rest of his natural days in

10:55AM   24  prison if he was prosecuted to the full extent of the law.

10:55AM   25          Why?  Because these individuals are gang members.  The

10:56AM  1    enterprises in this case, there is no Miske Enterprise.  The

10:56AM  2    enterprises in this case are La Familia, Shooter Gang, Jake

10:56AM  3    Smith, Lance Bermudez, USO, United Samoan Organization, Nakipi

10:56AM  4    Motorcycle Club, which you will hear testimony is an offshoot

10:56AM  5    of the prison gang USO and the drug dealers, these are the

10:56AM  6    enterprises doing acts.

10:56AM  7             So when Lance Bermudez on August 3rd of 2016 says, Oh,

10:56AM  8    my buddy Anthony Tran just got robbed of a couple of kilos of

10:56AM  9    drug, I'm going to run over, grab Anthony, go out and shoot a

10:56AM  10   couple people.  Then later he's going to go to a club that same

10:56AM  11   month and shoot some people.  So he's got another attempt

10:56AM  12   murder.  Then he's going to steal another car after his car is

10:57AM  13   found, which he stole.  And then he's going to go shoot

10:57AM  14   somebody else on September 20th.

10:57AM  15            All these robberies, all these events, all of these

10:57AM  16   things, not one cent will be shown to be given to Michael

10:57AM  17   Miske.  They're doing it for their own.  But as Jake Smith did

10:57AM  18   when he was coaching other witnesses, we're going to blame it

10:57AM  19   all on Mike and we're going to coach it up.  And that's where

10:57AM  20   the collusion starts.

10:57AM  21            In this world, in this world payment is in years.  And

10:57AM  22   I ask you this question:  If someone is looking at the rest of

10:57AM  23   their life without breathing fresh air on the outside, if they

10:57AM  24   have no hope of doing that, without currying favor to someone

10:57AM  25   who wants to hear what they want to hear, would they lie?

| | | |
|---|---|---|
| 10:58AM | 1 | Would they lie to have a moment with the people they love, to |
| 10:58AM | 2 | spend time with their children, to have another shot?  That's |
| 10:58AM | 3 | what this case is about. |
| 10:58AM | 4 | Michael Miske had absolutely nothing to do with |
| 10:58AM | 5 | Jonathan Fraser's disappearance.  The Fraser family has loss |
| 10:58AM | 6 | just like Mike was loss.  That's what this case is about.  If |
| 10:58AM | 7 | we move to the other counts, those are Counts 2, 3, 4, 5 and 6, |
| 10:58AM | 8 | during that time period Mike's sole focus was on Caleb and his |
| 10:58AM | 9 | life. |
| 10:58AM | 10 | Now, those are Counts 2, 3, 4, 5 and 6.  Counts 7 and |
| 10:59AM | 11 | 8 and 9, I want to talk about next. |
| 10:59AM | 12 | Lindsey Kinney is the focus of Counts 8 and 9. |
| 10:59AM | 13 | I'm going to return to the podium and read you |
| 10:59AM | 14 | something. |
| 10:59AM | 15 | A threat to decapitate a mother of a young child, her |
| 10:59AM | 16 | husband and a harbor master of Waianae, and their friend, a |
| 10:59AM | 17 | community and cultural leader in Waianae.  Two months later |
| 10:59AM | 18 | another threat, a threat to hang and decapitate the lieutenant |
| 10:59AM | 19 | governor, the mayor of Honolulu, and to bash in the skulls of |
| 10:59AM | 20 | the officers of Samoan descent on the lieutenant governor's |
| 10:59AM | 21 | security detail. |
| 10:59AM | 22 | Those aren't my words.  Those are the words of a |
| 10:59AM | 23 | federal prosecutor regarding Lindsey Kinney, who is supposedly |
| 11:00AM | 24 | the victim of an attempt murder and assault on Counts 8 and 9. |
| 11:00AM | 25 | So let me tell you what happened.  Lindsey Kinney |

11:00AM  1  started bombing Michael Miske with social media posts about the

11:00AM  2  death of his son.  Lindsey Kinney was the sergeant at arms of

11:00AM  3  the Nakipi Motorcyle Club, who their president has now called a

11:00AM  4  gang.  Lindsey Kinney was a drug dealer.

11:00AM  5       And Jacob Smith, who the government told you about,

11:00AM  6  had been fronted drugs, about 15,000 worth, from Lindsey

11:00AM  7  Kinney, and he wouldn't pay.  Harry Kauhi had been fronted

11:00AM  8  drugs, he wouldn't pay Lindsey.  Norm Akau was letting this

11:00AM  9  happen.  All these people had about $35,000 worth of drugs that

11:01AM  10  were owed.

11:01AM  11       Kinney then begins to bomb Michael Miske.  "How are

11:01AM  12  you enjoying your loss?"  On social media.  Mike asked for a

11:01AM  13  meeting with -- through Norm Akau to say, Hey, this guy, he

11:01AM  14  won't leave me alone.  He's doing this about my son.

11:01AM  15       The same guy who, of course, wanted to behead our

11:01AM  16  mayor and the lieutenant governor.  And the guy wouldn't meet

11:01AM  17  with him, and continued and continued until on that day Mike

11:01AM  18  said, Enough is enough, I'm going to go out there and I'm going

11:01AM  19  to fight him man to man.  We're going to scrap.  That was it.

11:01AM  20       So we're at the ranch where the movies are shot.

11:01AM  21  Kinney is down here, Mike is running towards him, and you will

11:01AM  22  hear Jacob Smith's own words, "Mike was running at Kinney."

11:02AM  23  They were going to scrap.  Mike is going to be 50 in February.

11:02AM  24  Jacob said, I don't know if he could take him, so I shot in the

11:02AM  25  air, and that was it.  No assault, no attempt murder, no scrap.

| | | |
|---|---|---|
| 11:02AM | 1 | That's all it is. |
| 11:02AM | 2 | Count 7 involves an individual by the name of Joe Boy |
| 11:02AM | 3 | Tavares.  Joe Boy is someone who is known in derbies, rooster |
| 11:02AM | 4 | fighting, and is someone who due to that oftentimes goes to and |
| 11:02AM | 5 | comes away with large amounts of money and cash.  So the |
| 11:02AM | 6 | individuals that you will be hearing who are testifying to you |
| 11:02AM | 7 | want to rob Joe Boy of that cash, because they often are at |
| 11:03AM | 8 | derbies where they're looking to rob people. |
| 11:03AM | 9 | So now after they're all arrested and after the fact, |
| 11:03AM | 10 | they come up with a story, which is, Oh, Michael Miske wanted |
| 11:03AM | 11 | to kill Joe Boy, and the offer was $60,000.  I went up there -- |
| 11:03AM | 12 | Lance Bermudez, I went up there at 3:00 in the morning, I sat |
| 11:03AM | 13 | there several times, and my plan was when Joe Boy comes down to |
| 11:03AM | 14 | feed the chickens, I'll kill him. |
| 11:03AM | 15 | Okay.  He sits up there, Joe Boy never comes out, and |
| 11:03AM | 16 | so it never happens.  He walks away from -- supposedly the |
| 11:03AM | 17 | story $60,000, which never happens. |
| 11:03AM | 18 | Now, we've got a competing story that Wayne Miller |
| 11:03AM | 19 | will tell you that, Oh, I paid Harry Kauhi a down payment of |
| 11:03AM | 20 | $8,000 to kill Joe Boy Tavares, with $7,000 afterwards.  What |
| 11:04AM | 21 | happened? Harry took the money.  Never did anything.  Never |
| 11:04AM | 22 | happened. |
| 11:04AM | 23 | The roosters are never fed at 5:00 a.m.  They fight at |
| 11:04AM | 24 | night.  It's at 5:00 p.m.  And if you look at Joe Boy's house, |
| 11:04AM | 25 | you can't sit where Lance Bermudez is and even see where the |

11:04AM   1   pens are.  It's all just a lie.  They're behind the house.

11:04AM   2   There's no place to even see them.  And Joe Boy never feeds the

11:04AM   3   chickens.  Others do.  It doesn't make sense.  Why?  Because to

11:04AM   4   hide one lie, a thousand lies are needed, and they just keep

11:04AM   5   rolling and rolling.  That's Counts 7, 8, and 9.

11:04AM   6          When we move to Count 11, I've already told you Wayne

11:04AM   7   Miller is working for the FBI when he and Jonah Ortiz kidnaps

11:04AM   8   somebody.

11:05AM   9          So how does that come about?  There's an individual by

11:05AM   10  the name of Mr. Kim.  And the person you'll hear testify is

11:05AM   11  Mr. Lee.  Mr. Lee started a business called Atlas in 2006, and

11:05AM   12  it was going to have sort of alternative to wood homes and

11:05AM   13  other things here because, as you know, there's a lot of

11:05AM   14  termite problems here.

11:05AM   15         So he got a lot of investors, he started the business,

11:05AM   16  and then it crashed, and they're owed money.  Lots of money.

11:05AM   17  So he sues him.  But by this point Mr. Lee doesn't have any

11:05AM   18  money.  Mr. Kim wants money.  Mr. Kim is threatening Mr. Lee

11:05AM   19  all this time.  And eventually Mr. Lee is starting to pay him

11:05AM   20  on a payment plan.

11:05AM   21         So how does Preston Kimoto become involved in this,

11:06AM   22  who you've heard about?  Well, he's known Mr. Kim's daughter,

11:06AM   23  Annie Edwards or Sunnie, since their days in college.  And she

11:06AM   24  goes to Preston and says, Will you help me get the money?  And

11:06AM   25  Preston goes to Wayne Miller, and Wayne Miller recruits Jonah

11:06AM  1  Ortiz, and they with Preston for Sunnie, who he's been intimate

11:06AM  2  with for a long time but doesn't want anybody to know, they

11:06AM  3  track him.

11:06AM  4       Miller and Ortiz, their witnesses kidnap him, they

11:06AM  5  threaten him, they punch him, they break his nose.  Miller puts

11:06AM  6  the silencer to his head.  He doesn't have any money.  And who

11:06AM  7  does Miller call?  Who are the texts going to?  The texts are

11:07AM  8  going to Kimoto.

11:07AM  9       Now, Mr. Miller at a time period walks into Kama'aina

11:07AM  10  Termite, and then leaves.  Mr. Kimoto walks in and leaves too.

11:07AM  11  You'll see Michael Miske leave at around 4:30, he comes back at

11:07AM  12  about 5:30.  Preston Kimoto will tell you a whole story about

11:07AM  13  how they went to the gym and did all this stuff.  Not a truth

11:07AM  14  in it.

11:07AM  15       The folks who were looking for the money to be

11:07AM  16  returned, they're not prosecuted.  Jonah Ortiz and Miller --

11:07AM  17  Jonah Ortiz is prosecuted, and Jonah Ortiz, the only reason the

11:07AM  18  FBI ever finds out about Miller's involvement is the minute

11:07AM  19  Miller gets arrested, Ortiz is his supplier.  So he calls up

11:07AM  20  Ortiz, sets him up that day.  And then Ortiz comes in and says,

11:08AM  21  You know what, Miller did this kidnapping.

11:08AM  22       Now, at this point the FBI has interviewed Mr. Miller

11:08AM  23  about seven times.  He's committed a kidnapping.  He's sold

11:08AM  24  drugs to a DEA agent.

11:08AM  25       There's a Russian proverb that says it's better to

11:08AM   1   turn back than to get lost.  And if a guy has been working for

11:08AM   2   you for seven interviews, has been doing all this stuff,

11:08AM   3   telling you, Oh, no, I'm not committing any crimes, I'm not

11:08AM   4   doing any of this.  Lying to the court because he's on

11:08AM   5   supervised release doing all this, fooling everybody around.

11:08AM   6   You might think when somebody else finally gives up that Miller

11:08AM   7   is the guy who kidnapped him, they might say, Enough is enough?

11:08AM   8   But they double down on him.  Why?

11:08AM   9          There's an old story that comes from Germany, Hamelin.

11:08AM  10   It's a story of the pied piper.  And we have it in -- you know,

11:09AM  11   we talk about it.  But the story is the pied piper came to this

11:09AM  12   little town and he could play his instrument, and the rats

11:09AM  13   would follow him out to the water and drown.  But when he

11:09AM  14   didn't get paid, what he did in the story is he then had all

11:09AM  15   the children follow him, and they were never seen again.

11:09AM  16          The pied piper in this case is Wayne Miller.  It's

11:09AM  17   supposed to be the FBI.  They're supposed to be the ones in

11:09AM  18   charge.  But Wayne Miller has orchestrated this entire story to

11:09AM  19   his benefit because he will not do life without.  Mr. Miske had

11:09AM  20   nothing to do and didn't even know about the kidnapping until

11:10AM  21   after his arrest and saw the charges.

11:10AM  22          Now, Count 15, we talk about -- government mentioned a

11:10AM  23   drug deal in California.  Mr. Miske, as I'll show you in a bit,

11:10AM  24   he makes his money from the business that you saw.  From that

11:10AM  25   business money, between 2009 and 2018, over $60 million in

11:10AM  1    gross revenue for Mr. Miske.  What did he do with the

11:10AM  2    4.5 million that he got from the Keola La'i job?  Commercial

11:10AM  3    fishing, the Rachel fishing vessel, between 2010 and 2020,

11:11AM  4    Michael Miske bought it.  There it is.

11:11AM  5         He -- as I said, he is a self-made businessman.  He

11:11AM  6    talked to the captain, had the crew.  This is one of the best

11:11AM  7    fishing boats out there, and he fished, and he made a lot of

11:11AM  8    money doing it.

11:11AM  9         Now, the government, they couldn't believe -- the feds

11:11AM  10   couldn't believe during their investigations, he must be doing

11:11AM  11   something different.

11:11AM  12        So one time he said the words "white dog," because

11:11AM  13   Caleb's dog was coming back from Alaska to San Diego and was on

11:11AM  14   the boat.  And they followed this boat.  They followed it to

11:11AM  15   San Diego.  They followed it back to see that they were

11:11AM  16   fishing.  It came into the harbor here in Honolulu.  And just

11:11AM  17   like the Painkiller and just like the van and just like this,

11:12AM  18   they tore apart the boat looking for drugs.  And what did they

11:12AM  19   find?  Fish.  The fish that you and I eat.  That was it.

11:12AM  20        He also made his money flipping properties from 1999

11:12AM  21   to 2020.  He bought houses, he renovated them, he flipped them,

11:12AM  22   because no one ever thought that a kid who didn't even make it

11:12AM  23   out of high school, who grew up on the wrong side of the

11:12AM  24   tracks, who didn't go to the fancy schools, could make it.  But

11:12AM  25   he did because of his head.  Because of his head.

11:12AM   1            And so when Wayne Miller talks about this 2014 deal,

11:12AM   2    one that he, once again, hid from the authorities, he says, Oh,

11:13AM   3    Michael Buntenbah and I took $200,000 apiece in two bags and

11:13AM   4    walked through TSA on our carryons, Hi there, there's $200,000

11:13AM   5    in here.  Nobody noticed.

11:13AM   6            I can't even get a five-ounce thing through my bag

11:13AM   7    these days.  If you've got a water in there, it's an emergency.

11:13AM   8    You gotta be kidding me.  You gotta be kidding me.  It goes

11:13AM   9    through x-ray every time.  And you'll know if it looks like

11:13AM   10   there's that kind of money, it's not just going to walk

11:13AM   11   through.

11:13AM   12           But what else do we know?  We heard, Oh, he goes

11:13AM   13   there, and they're doing a drug deal.

11:13AM   14           So let me set it for you.  California authorities have

11:13AM   15   wiretaps.  They're looking at these people.  So when Miller and

11:13AM   16   Buntenbah come there, they're surveilling the place, they're

11:13AM   17   surveilling the deal, they know exactly what's happening.

11:14AM   18   Buntenbah and Miller go in there, they're in there, and Miller

11:14AM   19   is claiming he did a drug deal.  They get a three-car caravan

11:14AM   20   leaving, and they stop all three cars, and the drugs are in the

11:14AM   21   first car, not in the car that Miller and Buntenbah is in.  And

11:14AM   22   they seize the drugs.

11:14AM   23           Miller is arrested while on supervised release.  And

11:14AM   24   he hides that from the court and he hides that from his

11:14AM   25   probation officer because he's damn good at fooling people.

11:14AM    1        What's missing?  Money.  Money.  Where is the money?

11:14AM    2    They seize like $16,000, but they don't seize 300,000 or

11:14AM    3    400,000.  What really was happening is someone else who would

11:14AM    4    be identified by the government as Individual A, Sam Kuaana, is

11:14AM    5    a drug dealer as well, like Miller is.  Guys fly from the

11:15AM    6    mainland to Hawaii, and they do a dog and pony show that has

11:15AM    7    nothing to do with Michael Miske.  And they say, Hey, we got

11:15AM    8    the money, here it is.  Here it is.  A little trip here, we can

11:15AM    9    do business.  So these guys are flying back to do that

11:15AM   10    business.  To do that business.

11:15AM   11        And so what he's saying that Michael Miske gave him

11:15AM   12    the money is a lie.  One more time.

11:15AM   13        When we get to Count 16, which goes from 2016 to 2008

11:15AM   14    (verbatim), Preston Kimoto is doing his own drug dealing.  Many

11:15AM   15    of the people that will come in here are dealing drugs.  The

11:15AM   16    one person who's not is Michael Miske.  He doesn't deal drugs.

11:15AM   17    He's doing what I showed you he does.  And I'm not just telling

11:15AM   18    you I showed you.  He is running his businesses.

11:15AM   19        They have wiretaps up.  They have wiretaps up during

11:16AM   20    this time.  You'll hear Jake Smith, you'll hear Tim Tabuada,

11:16AM   21    you'll hear Hunter Wilson, you'll hear all these other guys.

11:16AM   22    Who will you not hear from?  Michael Miske.

11:16AM   23        During this entire time period, from the first

11:16AM   24    investigation in 1998 began as a drug OCDETF investigation.

11:16AM   25    Michael Miske was a target.  Not one drug deal, not one

11:16AM  1    consensual monitor, conversation, nothing.  The same time

11:16AM  2    period they're telling you he's a crime boss of a RICO

11:16AM  3    organization.

11:16AM  4         Next one, we're now into 2006, an enterprise

11:16AM  5    investigation.  He's a target.  He's supposed to be dealing

11:16AM  6    drugs.  They have the plan.  Do they make a buy for Michael

11:17AM  7    Miske?  Do they get any evidence against Michael Miske?  No.

11:17AM  8         And let me tell you a little bit about bias.  Let me

11:17AM  9    tell you a little bit about bias.  When you believe

11:17AM  10   something -- you all saw the video -- when you believe

11:17AM  11   somebody, you're supposed to follow the evidence.  Not find it

11:17AM  12   and create it yourself.

11:17AM  13        And so then in 2008, not to be deterred, a third

11:17AM  14   investigation, Waimanalo Blues, Mr. Miske is at the top of the

11:17AM  15   food chain.  They do wiretaps there.  Any time he's on the

11:17AM  16   phone talking, no.  Any evidence against him, none.  Any

11:17AM  17   conversation, no.  Did anyone say anything other than just talk

11:17AM  18   that wasn't backed up by hard evidence?  No.

11:17AM  19        So what happens?  Mike is doing the business that you

11:17AM  20   saw, goes to the bank.  You know, we just got another subpoena

11:18AM  21   from the FBI.  And, you know, oh, shit, now I got to change

11:18AM  22   banks.  Got to change banks.  Go over to this bank.

11:18AM  23        Fear is a huge thing for business, and there's no

11:18AM  24   greater fear than when the FBI decides that they are going to

11:18AM  25   bring a case.  When they seize your boat and tear it apart, you

| | | |
|---|---|---|
| 11:18AM | 1 | kind of have an idea where we're going to be here today, even |
| 11:18AM | 2 | though three times before nothing is there.  But they're going |
| 11:18AM | 3 | to make it fit.  They're going to take that square peg and try |
| 11:18AM | 4 | to throw it into a round hole. |
| 11:18AM | 5 | THE COURT:  Mr. Kennedy, you're at 83 minutes. |
| 11:18AM | 6 | MR. KENNEDY:  So moving from Count 16, Count 20 is a |
| 11:18AM | 7 | bank fraud case.  Supposedly.  There are managing member LLCs. |
| 11:19AM | 8 | There are managing -- someone who is a manager driven, not a |
| 11:19AM | 9 | member.  And if the member doesn't want to list, they have a |
| 11:19AM | 10 | manager who runs it.  That was disclosed on the paperwork.  The |
| 11:19AM | 11 | loan was made for two Tacoma trucks.  They added another |
| 11:19AM | 12 | manager, Delia and another individual.  That's it. |
| 11:19AM | 13 | And then they interview, and the bank says, Well, we |
| 11:19AM | 14 | would really -- our policy is really to have the owner of the |
| 11:19AM | 15 | company guarantee it.  Well, you didn't do that here.  And the |
| 11:19AM | 16 | paperwork shows that it's not a member managed, it's a manager |
| 11:19AM | 17 | member.  Just exactly like the state regulations say.  No crime |
| 11:19AM | 18 | there. |
| 11:19AM | 19 | When we move to the type of charge in Counts 21 and |
| 11:19AM | 20 | 22, along the way an individual Larry Kapu writes a letter in |
| 11:20AM | 21 | 2018.  Not because Mike lit a tree at the bay in honor of his |
| 11:20AM | 22 | son who had died and everyone else who had lost a child, and |
| 11:20AM | 23 | had one of the most famous musicians on the island play there. |
| 11:20AM | 24 | He wrote that letter afterwards, and all that was done to the |
| 11:20AM | 25 | letter was to change the letter to the Honorable Court and |

11:20AM  1    attach a business electronic signature to Larry Kapu.  That's

11:20AM  2    it.  There was no -- no obstruction there at all.

11:20AM  3         When Mike was arrested we were in COVID.  He was in

11:20AM  4    lockdown, had no communication.  A letter was prepared by

11:20AM  5    someone else to show Kurt Nosal.  It was written, someone else

11:20AM  6    affixed a signature to it.  Mike was in complete lockdown, had

11:20AM  7    no ability to communicate with his lawyers.  That letter then

11:21AM  8    was filed, and he did not act corruptly in doing so.

11:21AM  9         As I sum up here, you're going to hear that the FBI

11:21AM  10   used an informant, who was shot in March of 2017, and year and

11:21AM  11   a half later commits a double homicide where he fires the first

11:21AM  12   shot, and has told the FBI that he's carrying a gun the whole

11:21AM  13   time.  And he kills those two people, and they continue to use

11:21AM  14   him.

11:21AM  15        You're going to hear that the individual who said, The

11:21AM  16   Kalihi house is somewhere you should go because Smith and

11:21AM  17   Bermudez may have killed Jonathan Fraser.  And when that

11:21AM  18   individual said, La Familia is going to put two in my chest.

11:21AM  19   I'm a dead man if I go into OCCC.  And the FBI agent puts his

11:22AM  20   arm around him and says, It's okay, we're here.  And two years

11:22AM  21   later La Familia has him killed.

11:22AM  22        This case has the resources that have been spent.

11:22AM  23   Aerial surveillance for years against Mike.

11:22AM  24        I'll give you a little flavor here.  Two days -- this

11:22AM  25   has been going on for months, tracking by air.  Hours of it.

| | | |
|---|---|---|
| 11:23AM | 1 | Pole cameras, so many terabytes you couldn't imagine.  Close to |
| 11:23AM | 2 | 50 for the folks who know how much a terabyte is.  And numerous |
| 11:23AM | 3 | locations at Mike's business for all of these times.  This is |
| 11:23AM | 4 | just one.  Aerial surveillance, pole camera surveillance. |
| 11:23AM | 5 | And let me tell you why you're watching this. |
| 11:23AM | 6 | Physical surveillance beginning in December of 2014 on Mike at |
| 11:23AM | 7 | his home, at his business and anywhere he goes.  December.  Go |
| 11:23AM | 8 | to January, January 15th, yeah, that month.  February, March, |
| 11:23AM | 9 | April, May, June, July, August, September, October, November, |
| 11:23AM | 10 | December, into the next year, into the next year, into the next |
| 11:23AM | 11 | year.  Physical surveillance.  Wiretaps.  Eight of them.  Not a |
| 11:24AM | 12 | single phone call from Michael Miske. |
| 11:24AM | 13 | Recorded conversations by anyone working for the FBI, |
| 11:24AM | 14 | is there even one where you would actually hear Michael Miske's |
| 11:24AM | 15 | words?  No.  No.  Surveillance at his home, as I said, in |
| 11:24AM | 16 | Kailua. |
| 11:24AM | 17 | At the end of this case when you've heard the |
| 11:24AM | 18 | evidence, not from the lawyers but from the witnesses from the |
| 11:24AM | 19 | stand, and you've seen the exhibits that you get in the absence |
| 11:24AM | 20 | of evidence, Michael Miske sits over there as we talked about |
| 11:24AM | 21 | innocent.  He's innocent until and unless the government proves |
| 11:25AM | 22 | each and every element of any charge beyond a reasonable doubt. |
| 11:25AM | 23 | And a doubt can arise on reason and common sense, and not just |
| 11:25AM | 24 | speculation. |
| 11:25AM | 25 | We're sitting in a murder case where they can't tell |

11:25AM  1  you who, they can't tell you how, they can't tell you where,

11:25AM  2  they can't tell you when, and they can't even tell you why.

11:25AM  3  And it's still to this day a missing person case, and there are

11:25AM  4  individuals who saw or believed they saw Mr. Fraser.  And

11:25AM  5  there's someone who did.

11:25AM  6      At the end of this case, the Miske Enterprise, it

11:25AM  7  doesn't exist.  What does exist is Michael Miske's life work

11:25AM  8  with Kama'aina Termite and Pest Control, his other businesses,

11:26AM  9  and the fact that a kid from the wrong side of the tracks made

11:26AM  10  it.  And the people of Hawaii have trusted him for this entire

11:26AM  11  time for all their innovative projects that no one else is

11:26AM  12  doing, the iconic places, and the cultural treasures that are

11:26AM  13  here and near and dear to its people.

11:26AM  14      The federal government sometimes gets it right, and

11:26AM  15  sometimes they get it dead wrong.  I'm honored to represent

11:26AM  16  him, and we spent six days talking with you and I'm honored to

11:26AM  17  have you be Mike's judges.  At the end of the case I'll ask

11:26AM  18  that you return a not guilty verdict on each and every count.

11:26AM  19  Thank you.

11:26AM  20      THE COURT:  All right.  So members of the jury, that

11:27AM  21  concludes the proceedings for today.  We are going to start, as

11:27AM  22  we will every day from this point forward, at 8:30 in the

11:27AM  23  morning.  Thank you for being timely this morning.  We will

11:27AM  24  start tomorrow morning at 8:30 with the government's case in

11:27AM  25  chief.  At that time the evidence will begin, and the

11:27AM   1   government will call as its first witness.

11:27AM   2        As we go to break for the day, I will remind you once

11:27AM   3   again to refrain from accessing any media or other accounts of

11:27AM   4   this case that may be out there; to refrain from discussing the

11:27AM   5   substance of this case with anyone, including one another,

11:27AM   6   until I advise otherwise; and finally, to refrain from

11:27AM   7   conducting any independent investigation into the facts,

11:27AM   8   circumstances or persons involved.

11:27AM   9        So we will see you at 8:30 tomorrow morning to begin

11:27AM  10   the evidence.

11:27AM  11        (At 11:27 a.m., the jury was excused, and the

11:27AM  12   following proceedings were held:)

11:27AM  13        (Open court out of the presence of the jury.)

11:28AM  14        THE COURT:  All right.  You may be seated.

11:28AM  15        Counsel, anything that you need to take up with me

11:28AM  16   before we adjourn for the day?

11:28AM  17        MR. INCIONG:  Not from the government.

11:28AM  18        THE COURT:  All right.  Mr. Kennedy?

11:28AM  19        MR. KENNEDY:  No, Your Honor.

11:28AM  20        THE COURT:  All right.  We'll see you tomorrow morning

11:28AM  21   when I expect the government will be calling its first witness.

11:28AM  22        MR. INCIONG:  Yes, Your Honor.

11:28AM  23        THE COURT:  We are in recess.

11:29AM  24        (Proceedings were concluded at 11:29 a.m.)

         25

```
 1                  COURT REPORTER'S CERTIFICATE

 2          I, Gloria T. Bediamol, Official Court Reporter, United

 3   States District Court, District of Hawaii, do hereby certify

 4   that pursuant to 28 U.S.C. §753 the foregoing is a complete,

 5   true, and correct transcript from the stenographically reported

 6   proceedings held in the above-entitled matter and that the

 7   transcript page format is in conformance with the regulations

 8   of the Judicial Conference of the United States.

 9

10          DATED at Honolulu, Hawaii, March 25, 2024.

11

12

13                              /s/ Gloria T. Bediamol

14                              GLORIA T. BEDIAMOL.

15                              RMR, CRR, FCRR

16

17

18

19

20

21

22

23

24

25
```