MICHAEL J. KENNEDY
Law Offices of Michael Jerome Kennedy, PLLC
Nevada State Bar #10103; California State Bar #193901
333 Flint Street, Reno NV 89501
775-221-7100 (office); 775-233-0914 (mobile)
Email: michael@mjkennedylaw.com
LYNN E. PANAGAKOS   7696
841 Bishop Street, Suite 2201
Honolulu, Hawai`i  96813
Telephone: (808) 542-9943
E-mail:  lynnpanagakos@yahoo.com

*Attorneys for Michael J. Miske, Jr. (01)*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>     vs.<br><br>MICHAEL J. MISKE, JR. (01),<br><br>                        Defendant. | CR. NO. 19-00099-DKW-KJM<br><br>**DEFENDANT MICHAEL J. MISKE, JR.'S THIRTIETH SUPPLEMENTAL EXHIBIT LIST; CERTIFICATE OF SERVICE** |

### DEFENDANT'S THIRTIETH SUPPLEMENTAL EXHIBIT LIST

Mr. Miske respectfully submits his thirtieth supplemental exhibit list.[1]

DATED: April 3, 2024.

 */s/ Michael J. Kennedy*                              */s/ Lynn E. Panagakos*
 MICHAEL J. KENNEDY                            LYNN E. PANAGAKOS
 Counsel for Defendant
 MICHAEL J. MISKE, JR (01)

---

[1] Mr. Miske reserves the right to add to, delete from, or otherwise modify this list during the course of trial.  See ECF No. 1272, PageID.11971, n.1.

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

| UNITED STATES OF AMERICA | THIRTIETH SUPPLEMENTAL |
| v. | EXHIBIT LIST |
| MICHAEL J. MISKE JR. et al. | CR. NO. 19-00099 DKW |

| **Presiding Judge:** Hon. Derrick K. Watson | **Plaintiff's Attorneys:** Mark A. Inciong / Michael D. Nammar / W. KeAupuni Akina | **Defense Attorneys:** Lynn Panagakos / Michael Kennedy |
|---|---|---|
| **Trial Date:** January 8, 2024 | **Court Reporter:** Gloria Bediamol | **Courtroom Deputy:** Tammy Kimura |

| Exhibit No. | Marked | ID Only | Admitted | Description |
|---|---|---|---|---|
| 5000-269a | | | | Applicator License re Michael Miske |
| 5000-269b | | | | Applicator License re Michael Miske 7a, 2006 – 2011 |
| 5000-269c | | | | Applicator License re Michael Miske 7a, 2006 – 2011, 7b 2007 - 2011 |
| 5000-269d | | | | Applicator License re Michael Miske 7a & 7b, 2011 – 2016 |
| 5000-274a | | | | Applicator License re William Joshua 7a 2015-2020 |
| 5000-276a | | | | Applicator License re Hughford Manalo 7a 2010 - 2014 |
| 5000-278a | | | | Applicator License re Jason Smith 7a 2011 - 2015 |
| 5000-279 | | | | Applicator License re Aalatasu Papalagi 7a 2011 - 2014 |
| 5000-280 | | | | Applicator License re Matthew Fabry 7a 7b 7c |
| 5000-280a | | | | Applicator License re Matthew Fabry 7a 7b 7c 2015 - 2017 |

| Exhibit No. | Marked | ID Only | Admitted | Description |
|---|---|---|---|---|
| 5000-281 | | | | Applicator License re Oliver Tofilau 7a 2011 - 2015 |
| 5000-282 | | | | Applicator License re Raymond Keaulana 7a 2005 - 2010 |
| 5000-283 | | | | Applicator License re Robert Villanueva 7a 2012 – 2016 |
| 5600-001 | | | | 4/03/24 Certificate of Authenticity of Business Records re Hawaii News Now, KBMB-9, KHNL-8 |
| 5600-002 | | | | 3/18/24 Certificate of Authenticity of Business Records re KITV News |
| 9113-059 | | | | Photograph of David Melton at Keola Lai |
| 9113-060 | | | | 20120130 Fax from David Melton to HDOT - Joston Militante |
| 9113-061 | | | | 20120130 Fax from David Melton to HDOT - Jason Smith; 00020163 |
| 9113-062 | | | | TheWaybackMachine - TIRRequest.com |
| 9135-002 | | | | EPA Investigative Activity Report re 3/28/24 meeting with Glenn Sahara |
| 9135-003 | | | | Email Glenn Sahara and Julie Jordan re Chamber Fume; 00364741 |
| 9135-004 | | | | DOA Notices of Use Inspection - Keola Lai; 00001729 |
| 9135-005 | | | | Keola Lai Authorized Personnel List – Master; 00143575 |
| 9450-003 | | | | EPA Investigative Activity Report re 3/22/24 Meeting with Steve Russo |
| 9450-004 | | | | Honolulu Property Record for 6659 Hawaii Kai Drive |

CERTIFICATE OF SERVICE

I, Lynn E. Panagakos, hereby certify that a true and correct copy of this document this filing has been duly served on all counsel of record through the court's electronic filing system.

DATED: Honolulu, Hawai`i, April 3, 2024.

/s/ Lynn E. Panagakos
LYNN E. PANAGAKOS