MICHAEL J. KENNEDY
Law Offices of Michael Jerome Kennedy, PLLC
Nevada State Bar #10103; California State Bar #193901
333 Flint Street, Reno NV 89501
775-221-7100 (office); 775-233-0914 (mobile)
Email: michael@mjkennedylaw.com
LYNN E. PANAGAKOS   7696
841 Bishop Street, Suite 2201
Honolulu, Hawai`i  96813
Telephone: (808) 542-9943
E-mail:  lynnpanagakos@yahoo.com

*Attorneys for Michael J. Miske, Jr. (01)*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. MISKE, JR. (01),<br><br>Defendant. | CR. NO. 19-00099-DKW-KJM<br><br>**DEFENDANT MICHAEL J. MISKE, JR.'S THIRTY-FIRST SUPPLEMENTAL EXHIBIT LIST; CERTIFICATE OF SERVICE** |

## DEFENDANT'S THIRTY-FIRST SUPPLEMENTAL EXHIBIT LIST

Mr. Miske respectfully submits his thirty-first supplemental exhibit list.[1]

DATED: April 4, 2024.

 */s/ Michael J. Kennedy*       */s/ Lynn E. Panagakos*
MICHAEL J. KENNEDY           LYNN E. PANAGAKOS
Counsel for Defendant
MICHAEL J. MISKE, JR (01)

---

[1] Mr. Miske reserves the right to add to, delete from, or otherwise modify this list during the course of trial.  See ECF No. 1272, PageID.11971, n.1.

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

| UNITED STATES OF AMERICA v. MICHAEL J. MISKE JR. et al. | | THIRTY-FIRST SUPPLEMENTAL EXHIBIT LIST CR. NO. 19-00099 DKW |

| Presiding Judge: Hon. Derrick K. Watson | Plaintiff's Attorneys: Mark A. Inciong Michael D. Nammar W. KeAupuni Akina | Defense Attorneys: Lynn Panagakos Michael Kennedy |
|---|---|---|
| Trial Date: January 8, 2024 | Court Reporter: Gloria Bediamol | Courtroom Deputy: Tammy Kimura |

| Exhibit No. | Marked | ID Only | Admitted | Description |
|---|---|---|---|---|
| 9113-063 | | | | 1/20/15 Email from Tricia Castro to Mike Miske re David Melton's Employee Advance; 00243721 |
| 9135-006 | | | | 20100818 HNN Article Luxury Condo Residents |
| 9135-007 | | | | 20100818 HNN Article Re Keola Lai |
| 9135-008 | | | | 20100819 Star Advertiser Article 44-story condo |
| 9135-009 | | | | Photograph of Keola Lai |
| 9135-010 | | | | Photograph of Keola Lai |
| 9135-011 | | | | Photograph of Keola Lai |
| 9135-012 | | | | Photograph of Keola Lai |
| 9135-013 | | | | Photograph of Keola Lai |
| 9135-014 | | | | Photograph of Keola Lai |
| 9135-015 | | | | Photograph of Keola Lai |

| Exhibit No. | Marked | ID Only | Admitted | Description |
|---|---|---|---|---|
| 9135-016 | | | | Photograph of Keola Lai |
| 9135-017 | | | | Photograph of Keola Lai |
| 9135-018 | | | | Photograph of Keola Lai |
| 9135-019 | | | | Photograph of Keola Lai |
| 9314-003 | | | | DHS Report of Investigation re 4/04/24 Follow-Up Interview with Donna Goo |
| 9315-002 | | | | DHS Report of Investigation re 4/04/24 Follow-Up Interview with Rodney Goo |
| 9315-003 | | | | DHS Report of Investigation re 4/02/24 Follow-Up Interview with Jacob Cook |
| 9315-004 | | | | DHS Report of Investigation re 4/03/24 Follow-Up Interview with Jacob Cook |
| 9315-005 | | | | HPD Report 07-387911; 00187954 |
| 9315-006 | | | | DHS Report of Investigation re 4/03/24 Information Received from HPD Lieutenant Rommel Baysa |
| 9315-007 | | | | DHS Report of Investigation re 4/04/24 Clarification to ROI Number HL05HB17HL0001-189 |
| 9456-001 | | | | IRS Memorandum of Interview re 4/02/24 Adrian Lono |
| 9456-002 | | | | Dept. of Labor Compliance Action Report; 00434121 |
| 9456-003 | | | | Dept. of Labor FLSA Final Disposition; 00434226 |

CERTIFICATE OF SERVICE

I, Lynn E. Panagakos, hereby certify that a true and correct copy of this document this filing has been duly served on all counsel of record through the court's electronic filing system.

DATED: Honolulu, Hawai`i, April 4, 2024.

/s/ Lynn E. Panagakos
LYNN E. PANAGAKOS