MICHAEL J. KENNEDY
Law Offices of Michael Jerome Kennedy, PLLC
Nevada State Bar #10103; California State Bar #193901
333 Flint Street, Reno NV 89501
775-221-7100 (office); 775-233-0914 (mobile)
Email: michael@mjkennedylaw.com
LYNN E. PANAGAKOS   7696
841 Bishop Street, Suite 2201
Honolulu, Hawai`i  96813
Telephone: (808) 542-9943
E-mail:  lynnpanagakos@yahoo.com

*Attorneys for Michael J. Miske, Jr. (01)*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. MISKE, JR. (01),<br><br>Defendant. | CR. NO. 19-00099-DKW-KJM<br><br>**DEFENDANT MICHAEL J. MISKE, JR.'S THIRTY-SECOND SUPPLEMENTAL EXHIBIT LIST; CERTIFICATE OF SERVICE** |

**DEFENDANT'S THIRTY-SECOND SUPPLEMENTAL EXHIBIT LIST**

    Mr. Miske respectfully submits his thirty-second supplemental exhibit list.[1]

DATED: April 7, 2024.

 */s/ Michael J. Kennedy*           */s/ Lynn E. Panagakos*
MICHAEL J. KENNEDY          LYNN E. PANAGAKOS
Counsel for Defendant
MICHAEL J. MISKE, JR (01)

---

[1] Mr. Miske reserves the right to add to, delete from, or otherwise modify this list during the course of trial.  See ECF No. 1272, PageID.11971, n.1.

# UNITED STATES DISTRICT COURT
# DISTRICT OF HAWAII

| UNITED STATES OF AMERICA | THIRTY-SECOND SUPPLEMENTAL |
| v. | EXHIBIT LIST |
| MICHAEL J. MISKE JR. et al. | CR. NO. 19-00099 DKW |

| Presiding Judge:<br>Hon. Derrick K. Watson | Plaintiff's Attorneys:<br>Mark A. Inciong<br>Michael D. Nammar<br>W. KeAupuni Akina | Defense Attorneys:<br>Lynn Panagakos<br>Michael Kennedy |
|---|---|---|
| Trial Date:<br>January 8, 2024 | Court Reporter:<br>Gloria Bediamol | Courtroom Deputy:<br>Tammy Kimura |

| Exhibit No. | Marked | ID Only | Admitted | Description |
|---|---|---|---|---|
| 9001-016 | | | | FD-302 re 04/01/24 Interview with Norman Akau |
| 9001-017 | | | | Photograph of Norman Akau and Nakipi |
| 9001-018 | | | | Photograph of Nakipi members |
| 9001-019 | | | | Text Message Extraction from 1B8 between Jaccob Smith and Norman Akau |
| 9001-020 | | | | Text Message Extraction from 1B9 between Jaccob Smith and Norman Akau |
| 9001-021 | | | | Text Message Extraction from 1B9 between Jaccob Smith and Norman Akau |
| 9223-001a | | | | Dow Calculated for Keola Lai; 00224338 |
| 9379-003 | | | | FD-302 re 3/21/24 Interview with Chris Viloria |
| 9456-004 | | | | IRS Memorandum of Interview re 8/23/23 Herbert Lee; 00456538 |

CERTIFICATE OF SERVICE

 I, Lynn E. Panagakos, hereby certify that a true and correct copy of this document this filing has been duly served on all counsel of record through the court's electronic filing system.

 DATED: Honolulu, Hawai`i, April 7, 2024.

         /s/ Lynn E. Panagakos
         LYNN E. PANAGAKOS