MICHAEL J. KENNEDY
Law Offices of Michael Jerome Kennedy, PLLC
Nevada State Bar #10103; California State Bar #193901
333 Flint Street, Reno NV 89501
775-221-7100 (office); 775-233-0914 (mobile)
Email: michael@mjkennedylaw.com
LYNN E. PANAGAKOS   7696
841 Bishop Street, Suite 2201
Honolulu, Hawai`i  96813
Telephone: (808) 542-9943
E-mail:  lynnpanagakos@yahoo.com

*Attorneys for Michael J. Miske, Jr. (01)*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>      vs.<br><br>MICHAEL J. MISKE, JR. (01),<br><br>               Defendant. | CR. NO. 19-00099-DKW-KJM<br><br>**DEFENDANT MICHAEL J. MISKE, JR.'S THIRTY-THIRD SUPPLEMENTAL EXHIBIT LIST; CERTIFICATE OF SERVICE** |

**DEFENDANT'S THIRTY-THIRD SUPPLEMENTAL EXHIBIT LIST**

Mr. Miske respectfully submits his thirty-third supplemental exhibit list.[1]

DATED: April 8, 2024.

 */s/ Michael J. Kennedy*            */s/ Lynn E. Panagakos*
MICHAEL J. KENNEDY              LYNN E. PANAGAKOS
Counsel for Defendant
MICHAEL J. MISKE, JR (01)

---

[1] Mr. Miske reserves the right to add to, delete from, or otherwise modify this list during the course of trial.  See ECF No. 1272, PageID.11971, n.1.

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

| UNITED STATES OF AMERICA v. MICHAEL J. MISKE JR. et al. | | THIRTY-THIRD SUPPLEMENTAL EXHIBIT LIST CR. NO. 19-00099 DKW |
|---|---|---|

| Presiding Judge: Hon. Derrick K. Watson | Plaintiff's Attorneys: Mark A. Inciong Michael D. Nammar W. KeAupuni Akina | Defense Attorneys: Lynn Panagakos Michael Kennedy |
|---|---|---|
| Trial Date: January 8, 2024 | Court Reporter: Gloria Bediamol | Courtroom Deputy: Tammy Kimura |

| Exhibit No. | Marked | ID Only | Admitted | Description |
|---|---|---|---|---|
| 9120-005 | | | | FD-302 re 4/08/24 Interview of Phi The Nguyen |
| 9379-004 | | | | HPD Report 15-429176; 00032739 |
| 9457-001 | | | | HPD Report 15-428204; 00032674 |
| 9458-001 | | | | 11/15/23 Letter re Expert Testimony of IRS Special Agent Bennett Strickland |
| 9458-002 | | | | Resume of Bennett Strickland |
| 9458-003 | | | | Expert Opinion of Special Agent Bennett Strickland |
| 9458-004 | | | | Amended Expert Opinion of Special Agent Bennett Strickland; 4/08/24 |
| 9458-005 | | | | Chart of Checks re Kamaaina Holdings, LLC |
| 9458-006 | | | | Chart of Deposits re Kamaaina Holdings, LLC |

2

CERTIFICATE OF SERVICE

I, Lynn E. Panagakos, hereby certify that a true and correct copy of this document this filing has been duly served on all counsel of record through the court's electronic filing system.

DATED: Honolulu, Hawai`i, April 8, 2024.

        /s/ Lynn E. Panagakos
        LYNN E. PANAGAKOS