CLARE E. CONNORS #7936
United States Attorney
District of Hawaii

MICHAEL D. NAMMAR
MARK A. INCIONG       CA BAR #163443
W. KEAUPUNI AKINA #11565
Assistant U.S. Attorneys
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Email:       Michael.Nammar@usdoj.gov
             Mark.Inciong@usdoj.gov
             KeAupuni.Akina@usdoj.gov
Attorneys for Plaintiff
UNITED STATES OF AMERICA

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     vs.<br><br>MICHAEL J. MISKE, JR.,       (01)<br>       aka "Bro,"<br><br>              Defendant. | CR. NO. 19-00099 DKW-KJM<br><br>UNITED STATES' FOURTH<br>SUPPLEMENTAL WITNESS LIST;<br>CERTIFICATE OF SERVICE<br><br><br>DATE:       January 8, 2024<br>TIME:       8:30 a.m.<br>JUDGE:     Hon. Derrick K. Watson |

## UNITED STATES' FOURTH SUPPLEMENTAL WITNESS LIST

COMES NOW the United States of America, by and through the undersigned attorneys, and hereby submits the following fourth supplemental list of witnesses that the United States may call in the above-captioned case.

The United States reserves the right to add or substitute witnesses and call any witnesses disclosed by the defense or who may become necessary by way of rebuttal or impeachment.

DATED:  April 12, 2024, at Honolulu, Hawaii.

CLARE E. CONNORS
United States Attorney
District of Hawaii

By     */s/ Mark A. Inciong*
MICHAEL D. NAMMAR
MARK A. INCIONG
W. KEAUPUNI AKINA
Assistant U.S. Attorneys

# UNITED STATES DISTRICT COURT
# DISTRICT OF HAWAII

**UNITED STATES OF AMERICA**                    **FOURTH SUPPLEMENTAL WITNESS LIST**

v.

**MICHAEL J. MISKE, JR.**                    **CR. NO. 19-00099 DKW**

| No. | Name of Witness | Agency/Title | Location |
|-----|-----------------|--------------|----------|
| 1. | Trevor Bayly | FBI/ Special Agent | Virginia |
| 2. | Maile Corpman | HPD/Sergeant | Oahu |
| 3. | Jason Levitt | FBI/Special Agent | Oahu |
| 4. | Chris Matsumoto | HPD/Detective | Oahu |
| 5. | Dr. Scott J. Miscovich | | Oahu |

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on the date and by the method of service noted below, the true and correct copy of the foregoing was served on the following at their last known address:

<u>Served Electronically through CM/ECF:</u>

Lynn Panagakos, Esq.                    Attorneys for Defendant
Michael J. Kennedy, Esq.                MICHAEL J. MISKE, JR.

DATED:  April 12, 2024, at Honolulu, Hawaii.

<u>*/s/ Kari Sherman*</u>
U.S. Attorney's Office
District of Hawaii