MICHAEL J. KENNEDY
Law Offices of Michael Jerome Kennedy, PLLC
Nevada State Bar #10103; California State Bar #193901
333 Flint Street, Reno NV 89501
775-221-7100 (office); 775-233-0914 (mobile)
Email: michael@mjkennedylaw.com
LYNN E. PANAGAKOS   7696
841 Bishop Street, Suite 2201
Honolulu, Hawai`i  96813
Telephone: (808) 542-9943
E-mail:  lynnpanagakos@yahoo.com

*Attorneys for Michael J. Miske, Jr. (01)*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| UNITED STATES OF AMERICA, | CR. NO. 19-00099-DKW-KJM |
|---|---|
| Plaintiff, | **DEFENDANT MICHAEL J. MISKE, JR.'S THIRTY-FIFTH SUPPLEMENTAL EXHIBIT LIST; CERTIFICATE OF SERVICE** |
| vs. | |
| MICHAEL J. MISKE, JR. (01), | |
| Defendant. | |

**DEFENDANT'S THIRTY-FIFTH SUPPLEMENTAL EXHIBIT LIST**

Mr. Miske respectfully submits his thirty-fifth supplemental exhibit list.[1]

DATED: April 14, 2024.

 */s/ Michael J. Kennedy*                 */s/ Lynn E. Panagakos*
MICHAEL J. KENNEDY            LYNN E. PANAGAKOS
Counsel for Defendant
MICHAEL J. MISKE, JR (01)

---

[1] Mr. Miske reserves the right to add to, delete from, or otherwise modify this list during the course of trial.  See ECF No. 1272, PageID.11971, n.1.

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

| UNITED STATES OF AMERICA<br>v.<br>MICHAEL J. MISKE JR. et al. | | THIRTY-FIFTH SUPPLEMENTAL<br>EXHIBIT LIST<br>CR. NO. 19-00099 DKW |
|---|---|---|

| **Presiding Judge:**<br>Hon. Derrick K. Watson | **Plaintiff's Attorneys:**<br>Mark A. Inciong<br>Michael D. Nammar<br>W. KeAupuni Akina | **Defense Attorneys:**<br>Lynn Panagakos<br>Michael Kennedy |
|---|---|---|
| **Trial Date:**<br>January 8, 2024 | **Court Reporter:**<br>Gloria Bediamol | **Courtroom Deputy:**<br>Tammy Kimura |

| Exhibit No. | Marked | ID Only | Admitted | Description |
|---|---|---|---|---|
| 8012-026 | | | | 1B8 – Timeline Extraction Report re Text Messages |
| 8012-027 | | | | 1B8 – Timeline Extraction Report re Text Messages |
| 8013-001 | | | | 1B9 – Complete Contacts Report |
| 8013-002 | | | | 1B9 – Complete Call Log |
| 8013-003 | | | | 1B9 – Texts with Dae Han Moon, 808-284-3085 |
| 8013-004 | | | | 1B9 – Texts with Dumbfuck, 808-670-8863 |
| 8013-005 | | | | 1B9 – Texts with Ham 808-202-8799 |
| 8013-006 | | | | 1B9 – Texts with Jai, 808-421-9429 |
| 8013-007 | | | | 1B9 – Texts with JB, 808-724-4878 |
| 8013-008 | | | | 1B9 – Texts with Johnny Blane, 808-724-4878 |
| 8013-009 | | | | 1B9 – Texts with Josh Kaina, 808-798-3301 |

| Exhibit No. | Marked | ID Only | Admitted | Description |
|---|---|---|---|---|
| 8013-010 | | | | 1B9 – Texts with Kelii Young, 808-398-9042 |
| 8013-011 | | | | 1B9 – Texts with Jarrin Young, 808-670-8863 |
| 8013-012 | | | | 1B9 – Texts with Norm, 808-255-4188 |
| 8013-013 | | | | 1B9 – Texts with Oni Boy, 808-781-0703 |
| 8013-014 | | | | 1B9 – Texts with Timmy Boy, 808-561-6101 |
| 8013-015 | | | | 1B9 – Summary of Images from 1B9 |
| 8013-016 | | | | 1B9 – Timeline Extraction from 1B9 |
| 8013-017 | | | | 1B9 – Texts with (808) 670-0974 |
| 8013-018 | | | | 1B9 – Texts with Kaiks 808-330-6418 |
| 8013-019 | | | | 1B9 – Texts with Lil D 480-455-9177 |
| 8013-020 | | | | 1B9 – Texts with Dev mon 808-518-1468 |
| 8013-021 | | | | 1B9 – Texts with Harry Boy 808-358-2854 |
| 8013-022 | | | | 1B9 – Texts with Jai 808-384-1136 |
| 8013-023 | | | | 1B9 – Texts with Jov 808-216-2055 |
| 8013-024 | | | | 1B9 – Texts with Babe 808-304-5895 |
| 8013-025 | | | | 1B9 – Texts with Luds 808-636-0776 |
| 8013-026 | | | | 1B9 – Texts with Lustik 808-372-3870 |
| 8013-027 | | | | 1B9 – Texts with Os 808-255-4188 |
| 8013-028 | | | | 1B9 – Texts with 808-497-5274 |
| 8013-029 | | | | 1B9 – Texts with 808-726-8696 |

| Exhibit No. | Marked | ID Only | Admitted | Description |
|---|---|---|---|---|
| 8013-030 | | | | 1B9 – Texts with 808-670-0974 |
| 8013-031 | | | | 1B9 – Text with Jonah Towing 808-439-5605 |
| 8013-032 | | | | 1B9 – Excerpt of Call Log |
| 8013-033 | | | | 1B9 – Searched Items |
| 8013-034 | | | | 1B9 – Installed Applications |
| 8013-035 | | | | 1B9 – Text Messages between Tatiana Koki and Jacob Smith |
| 8013-036 | | | | QHN3 - Image Extraction Report 11/8/16 |
| 8013-037 | | | | QHN3 – Photograph of James Salis and Jacob Smith |
| 8013-038 | | | | QHN3 - Image Extraction Report 11/8/16 |
| 8013-039 | | | | QHN3 - Image Extraction Report 11/8/16 |
| 8013-040 | | | | QHN3 - Images Extraction Report 12/10/16 |
| 8040-001 | | | | [N-17] Timeline Extraction re 808-927-9033, 10/05/17 |
| 8040-002 | | | | [N-17] Timeline Extraction re 808-927-9033, 10/06/17 |
| 8040-003 | | | | [N-17] Timeline Extraction re 808-927-9033, 10/07/17 |
| 8040-004 | | | | [N-17] Timeline Extraction re 808-927-9033, 10/07/17 |
| 8040-005 | | | | [N-17] Timeline Extraction re 808-927-9033, 10/09/17 |
| 8040-006 | | | | [N-17] Timeline Extraction re 808-927-9033, 10/09/17 |
| 8040-007 | | | | [N-17] Timeline Extraction re 808-927-9033, 10/09/17 |
| 8040-008 | | | | [N-17] Timeline Extraction re 808-927-9033, 10/10/17 |

| Exhibit No. | Marked | ID Only | Admitted | Description |
|---|---|---|---|---|
| 8040-009 | | | | [N-17] Timeline Extraction re 808-927-9033, 10/10/17 |
| 8040-010 | | | | [N-17] Timeline Extraction re 808-927-9033, 10/10/17 |
| 8040-011 | | | | [N-17] Timeline Extraction re 808-927-9033, 10/11/17 |
| 8040-012 | | | | [N-17] Timeline Extraction re 808-927-9033, 10/11/17 |
| 8040-013 | | | | [N-17] Timeline Extraction re 808-927-9033, 10/11/17 |
| 8040-014 | | | | [N-17] Timeline Extraction re 808-927-9033, 10/12/17 |
| 8040-015 | | | | [N-17] Timeline Extraction re 808-927-9033, 10/12/17 |
| 8040-016 | | | | [N-17] Timeline Extraction re 808-927-9033, 10/12/17 |
| 8040-017 | | | | [N-17] Timeline Extraction re 808-927-9033, 10/13/17 |
| 8040-018 | | | | [N-17] Timeline Extraction re 808-927-9033, 10/14/17 |
| 8040-019 | | | | [N-17] Image Extraction Report |
| 8040-019a | | | | [N-17] Carfax Report |
| 8040-020 | | | | [N-17] Timeline Extraction re 808-927-9033, 10/14/17 |
| 9013-144 | | | | FD-302 re 10/25/22 Interview of Jake Smith |
| 9013-145 | | | | FD-302 re 11/22/23 Interview of Jake Smith |
| 9013-146 | | | | FD-302 re 3/29/24 Interview of Jake Smith |
| 9013-147 | | | | [1B350] Text messages between 808-376-9856 and 808-465-6312 |
| 9013-148 | | | | 2017 GMC Sierra 1500 |
| 9013-149 | | | | 2005 Toyota Tacoma |

| Exhibit No. | Marked | ID Only | Admitted | Description |
|---|---|---|---|---|
| 9116-003 | | | | [1B533] Text Messages between 808-228-7500 and 808-722-7223 |
| 9116-004 | | | | [1B533] Text Messages between 808-228-7500 and 808-722-7223 |

CERTIFICATE OF SERVICE

I, Lynn E. Panagakos, hereby certify that a true and correct copy of this document this filing has been duly served on all counsel of record through the court's electronic filing system.

DATED: Honolulu, Hawai`i, April 14, 2024.

/s/ Lynn E. Panagakos
LYNN E. PANAGAKOS