MICHAEL J. KENNEDY
Law Offices of Michael Jerome Kennedy, PLLC
Nevada State Bar #10103; California State Bar #193901
333 Flint Street, Reno NV 89501
775-221-7100 (office); 775-233-0914 (mobile)
Email: michael@mjkennedylaw.com
LYNN E. PANAGAKOS   7696
841 Bishop Street, Suite 2201
Honolulu, Hawai`i  96813
Telephone: (808) 542-9943
E-mail: lynnpanagakos@yahoo.com

*Attorneys for Michael J. Miske, Jr. (01)*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br> vs.<br><br>MICHAEL J. MISKE, JR. (01),<br><br>       Defendant. | CR. NO. 19-00099-DKW-KJM<br><br>**DEFENDANT MICHAEL J. MISKE, JR.'S THIRTY-SIXTH SUPPLEMENTAL EXHIBIT LIST; CERTIFICATE OF SERVICE** |

## DEFENDANT'S THIRTY-SIXTH SUPPLEMENTAL EXHIBIT LIST

   Mr. Miske respectfully submits his thirty-sixth supplemental exhibit list.[1]

DATED: April 15, 2024.

*/s/Michael J. Kennedy*        */s/ Lynn E. Panagakos*
MICHAEL J. KENNEDY      LYNN E. PANAGAKOS
Counsel for Defendant
MICHAEL J. MISKE, JR (01)

---

[1] Mr. Miske reserves the right to add to, delete from, or otherwise modify this list during the course of trial.  See ECF No. 1272, PageID.11971, n.1.

# UNITED STATES DISTRICT COURT
# DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA | THIRTY-SIXTH SUPPLEMENTAL |
| v. | EXHIBIT LIST |
| MICHAEL J. MISKE JR. et al. | CR. NO. 19-00099 DKW |

| Presiding Judge:<br>Hon. Derrick K. Watson | Plaintiff's Attorneys:<br>Mark A. Inciong<br>Michael D. Nammar<br>W. KeAupuni Akina | Defense Attorneys:<br>Lynn Panagakos<br>Michael Kennedy |
|---|---|---|
| Trial Date:<br>January 8, 2024 | Court Reporter:<br>Gloria Bediamol | Courtroom Deputy:<br>Tammy Kimura |

| Exhibit No. | Marked | ID Only | Admitted | Description |
|---|---|---|---|---|
| 6023b | | | | 6023 pages 55, 56, 58, 59, 60, 67, 81, 95, 102, 149 |
| 9013-008a | | | | Audio Clip 5:7-18 |
| 9013-008b | | | | Audio Clip 16:6-18 |
| 9013-008c | | | | Audio Clip 24:5-8 |
| 9013-150 | | | | Facebook Photograph with James Salis |
| 9013-151 | | | | [1B31] Conversation extraction re Kea Gentzler |
| 9038-009 | | | | HPD Report 14-416007; 00019780 |
| 9038-010 | | | | HPD Report 14-415736; 00009329 |
| 9038-011 | | | | HPD Report 14-415763; 00019778 |
| 9039-003 | | | | DHS Report of Investigation re 4/13/24 Follow-up Interview with Norman Carlbom |
| 9040-008 | | | | HPD Report 14-413195; 00188838 |

| Exhibit No. | Marked | ID Only | Admitted | Description |
|---|---|---|---|---|
| 9116-005 | | | | FD-302 re 4/06/24 interview with Chris Bourne |

CERTIFICATE OF SERVICE

I, Lynn E. Panagakos, hereby certify that a true and correct copy of this document this filing has been duly served on all counsel of record through the court's electronic filing system.

DATED: Honolulu, Hawai`i, April 15, 2024.

/s/ Lynn E. Panagakos
LYNN E. PANAGAKOS

3