MICHAEL J. KENNEDY
Law Offices of Michael Jerome Kennedy, PLLC
Nevada State Bar #10103; California State Bar #193901
333 Flint Street, Reno NV 89501
775-221-7100 (office); 775-233-0914 (mobile)
Email: michael@mjkennedylaw.com
LYNN E. PANAGAKOS   7696
841 Bishop Street, Suite 2201
Honolulu, Hawai`i  96813
Telephone: (808) 542-9943
E-mail:  lynnpanagakos@yahoo.com

*Attorneys for Michael J. Miske, Jr. (01)*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>vs.<br><br>MICHAEL J. MISKE, JR. (01),<br><br>                 Defendant. | CR. NO. 19-00099-DKW-KJM<br><br>**DEFENDANT MICHAEL J. MISKE, JR.'S THIRTY-SEVENTH SUPPLEMENTAL EXHIBIT LIST; CERTIFICATE OF SERVICE** |

**DEFENDANT'S THIRTY-SEVENTH SUPPLEMENTAL EXHIBIT LIST**

      Mr. Miske respectfully submits his thirty-seventh supplemental exhibit list.[1]

DATED: April 16, 2024.

| | |
|---|---|
| */s/Michael J. Kennedy*<br>MICHAEL J. KENNEDY<br>Counsel for Defendant<br>MICHAEL J. MISKE, JR (01) | */s/ Lynn E. Panagakos*<br>LYNN E. PANAGAKOS |

---

[1] Mr. Miske reserves the right to add to, delete from, or otherwise modify this list during the course of trial.  See ECF No. 1272, PageID.11971, n.1.

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

| UNITED STATES OF AMERICA v. MICHAEL J. MISKE JR. et al. | | THIRTY-SEVENTH SUPPLEMENTAL EXHIBIT LIST CR. NO. 19-00099 DKW |

| **Presiding Judge:** Hon. Derrick K. Watson | **Plaintiff's Attorneys:** Mark A. Inciong  Michael D. Nammar  W. KeAupuni Akina | **Defense Attorneys:** Lynn Panagakos  Michael Kennedy |
|---|---|---|
| **Trial Date:** January 8, 2024 | **Court Reporter:** Gloria Bediamol | **Courtroom Deputy:** Tammy Kimura |

| Exhibit No. | Marked | ID Only | Admitted | Description |
|---|---|---|---|---|
| 9013-147a | | | | Photograph of Shooter Gang Tattoo |
| 9168-050 | | | | [QHN7] Timeline extraction re 8/03/16 |
| 9168-051 | | | | [QHN7] Text messages with 808-202-8310 |
| 9168-052 | | | | [QHN7] Image extraction re 8/07/16 |
| 9168-053 | | | | [QHN7] Image extraction re 8/08/16 |
| 9168-054 | | | | [QHN7] Timeline extraction re 8/07/16-8/14/16 |
| 9168-055 | | | | [QHN7] Data extraction re 8/08/16 |
| 9168-056 | | | | [QHN7] Video extraction re 8/09/16 |
| 9168-057 | | | | [QHN7] Video from 8/09/16 |
| 9168-058 | | | | [QHN7] Video from 8/09/16 |
| 9168-059 | | | | [QHN7] Timeline extraction re 808-284-6400 |

| Exhibit No. | Marked | ID Only | Admitted | Description |
|---|---|---|---|---|
| 9168-060 | | | | [QHN7] Timeline extraction re 8/17/16 |
| 9168-061 | | | | [QHN7] Timeline extraction re 8/26/16 |
| 9168-062 | | | | [QHN7] Video file re 8/26/16 |
| 9168-063 | | | | [QHN7] Conversation extraction re 808-829-2126 |
| 9168-064 | | | | [QHN7] Conversation SMS Messages extraction re 8/24/16 |
| 9168-065 | | | | [QHN7] Conversation extraction re 808-464-8820 |
| 9168-066 | | | | [QHN7] Timeline extraction re 808-284-6400 |
| 9168-067 | | | | [QHN7] Timeline extraction re 9/14/16 |
| 9168-068 | | | | [QHN7] Conversation extraction re 8/23/16 |
| 9168-069 | | | | [QHN7] Conversation extraction re 9/20/16-10/17/16 |
| 9168-070 | | | | [QHN7] Notes extraction report |
| 9168-071 | | | | [QHN7] Timeline extraction re 3/13/16 |
| 9168-072 | | | | [QHN7] Conversation extraction re 4/02/16 |
| 9168-073 | | | | [QHN7] Timeline extraction re 4/11/16 |
| 9168-074 | | | | [QHN7] Conversation extraction re 11/01/16 |
| 9168-075 | | | | [QHN7] Timeline extraction re 4/20/16 |
| 9168-076 | | | | [QHN7] Conversation extraction re 5/01/16 |
| 9168-077 | | | | [QHN7] Timeline extraction re 808-476-9223 |
| 9168-078 | | | | [QHN7] Call Log re 808-476-9223 |

| Exhibit No. | Marked | ID Only | Admitted | Description |
|---|---|---|---|---|
| 9168-079 | | | | [QHN7] Timeline SMS Messages 4/19/16 |
| 9168-080 | | | | [QHN7] Timeline SMS Messages 5/03/16 |
| 9168-081 | | | | Photograph of medication |
| 9168-082 | | | | [QHN7] Timeline SMS Messages 6/06/16 |
| 9168-083 | | | | [QHN7] Timeline SMS Messages 6/24/16 |
| 9168-084 | | | | [QHN7] Timeline extraction re 808-479-5508 and 808-723-3647 |
| 9168-085 | | | | [QHN7] Timeline extraction re 808-375-2940 |
| 9168-086 | | | | [QHN7] Timeline extraction re 808-859-3069 |
| 9168-087 | | | | [QHN7] Conversation extraction re 808-726-0018 |
| 9168-088 | | | | [QHN7] Timeline extraction re 3/25/16 |
| 9168-089 | | | | [QHN7] Images extraction re 4/5/16 |
| 9168-090 | | | | [QHN7] Images extraction re 4/5/16 |
| 9168-091 | | | | [QHN7] Images extraction re 4/5/16 |
| 9168-092 | | | | [QHN7] Images extraction re 3/13/16 |
| 9168-093 | | | | [QHN7] Contacts extraction report |
| 9168-094 | | | | [QHN7] Extraction report re 8/01/16 |
| 9168-095 | | | | [QHN7] Timeline extraction re 808-726-0018 |
| 9168-096 | | | | [QHN7] Timeline extraction re 6/20/16 |
| 9168-097 | | | | [QHN7] Timeline extraction re 4/15/16 |

4

| Exhibit No. | Marked | ID Only | Admitted | Description |
|---|---|---|---|---|
| 9168-098 | | | | [QHN7] Timeline extraction re 4/16/16 |
| 9168-099 | | | | [QHN7] Timeline extraction re 4/02/16 |
| 9168-100 | | | | [QHN7] Timeline extraction re 6/30/16 |
| 9168-101 | | | | [QHN7] Timeline extraction re 4/19/16 |
| 9168-102 | | | | [QHN7] Timeline extraction re 7/20/16 |
| 9168-103 | | | | Map of Kuliouou Rd and Summer St |

CERTIFICATE OF SERVICE

I, Lynn E. Panagakos, hereby certify that a true and correct copy of this document this filing has been duly served on all counsel of record through the court's electronic filing system.

DATED: Honolulu, Hawai`i, April 16, 2024.

/s/ Lynn E. Panagakos
LYNN E. PANAGAKOS