MICHAEL J. KENNEDY
Law Offices of Michael Jerome Kennedy, PLLC
Nevada State Bar #10103; California State Bar #193901
333 Flint Street, Reno NV 89501
775-221-7100 (office); 775-233-0914 (mobile)
Email: michael@mjkennedylaw.com
LYNN E. PANAGAKOS   7696
841 Bishop Street, Suite 2201
Honolulu, Hawai`i  96813
Telephone: (808) 542-9943
E-mail:  lynnpanagakos@yahoo.com

*Attorneys for Michael J. Miske, Jr. (01)*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| UNITED STATES OF AMERICA, | CR. NO. 19-00099-DKW-KJM |
|---|---|
| Plaintiff, | |
| vs. | **DEFENDANT MICHAEL J. MISKE, JR.'S THIRTY-EIGHTH SUPPLEMENTAL EXHIBIT LIST; CERTIFICATE OF SERVICE** |
| MICHAEL J. MISKE, JR. (01), | |
| Defendant. | |

**DEFENDANT'S THIRTY-EIGHTH SUPPLEMENTAL EXHIBIT LIST**

Mr. Miske respectfully submits his thirty-eighth supplemental exhibit list.[1]

DATED: April 17, 2024.

| */s/ Michael J. Kennedy* | */s/ Lynn E. Panagakos* |
|---|---|
| MICHAEL J. KENNEDY | LYNN E. PANAGAKOS |
| Counsel for Defendant | |
| MICHAEL J. MISKE, JR (01) | |

---

[1] Mr. Miske reserves the right to add to, delete from, or otherwise modify this list during the course of trial.  See ECF No. 1272, PageID.11971, n.1.

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

| UNITED STATES OF AMERICA | THIRTY-EIGHTH SUPPLEMENTAL |
|---|---|
| v. | EXHIBIT LIST |
| MICHAEL J. MISKE JR. et al. | CR. NO. 19-00099 DKW |

| Presiding Judge: Hon. Derrick K. Watson | Plaintiff's Attorneys: Mark A. Inciong, Michael D. Nammar, W. KeAupuni Akina | Defense Attorneys: Lynn Panagakos, Michael Kennedy |
|---|---|---|
| Trial Date: January 8, 2024 | Court Reporter: Gloria Bediamol | Courtroom Deputy: Tammy Kimura |

| Exhibit No. | Marked | ID Only | Admitted | Description |
|---|---|---|---|---|
| 9168-104 | | | | 8/02/16 Audio Interview of Ashley Wong |
| 9168-104a | | | | Clip from 8/02/16 Audio Interview of Ashley Wong 00:07:05 – 00:07:40 |
| 9168-104b | | | | Clip from 8/02/16 Audio Interview of Ashley Wong 00:17:29 – 00:17:35 |
| 9168-104c | | | | Clip from 8/02/16 Audio Interview of Ashley Wong 00:20:47 – 00:21:03 |
| 9168-104d | | | | Clip from 8/02/16 Audio Interview of Ashley Wong 00:22:56 - 00:23:30 |
| 9168-104e | | | | Clip from 8/02/16 Audio Interview of Ashley Wong 00:24:16 - 00:24:42 |
| 9168-104f | | | | Clip from 8/02/16 Audio Interview of Ashley Wong 00:24:43 - 00:25:06 |
| 9168-104g | | | | Clip from 8/02/16 Audio Interview of Ashley Wong 00:28:14 - 00:28:36 |

| Exhibit No. | Marked | ID Only | Admitted | Description |
|---|---|---|---|---|
| 9168-104h | | | | Clip from 8/02/16 Audio Interview of Ashley Wong 00:29:19 - 00:29:47 |
| 9168-104i | | | | Clip from 8/02/16 Audio Interview of Ashley Wong 00:29:48 - 00:30:24 |
| 9168-104j | | | | Clip from 8/02/16 Audio Interview of Ashley Wong 00:33:39 - 00:33:50 |
| 9168-104k | | | | Clip from 8/02/16 Audio Interview of Ashley Wong 00:30:40 - 00:31:02 |
| 9168-104l | | | | Clip from 8/02/16 Audio Interview of Ashley Wong 00:35:12 - 00:35:22 |
| 9168-104m | | | | Clip from 8/02/16 Audio Interview of Ashley Wong 00:35:53 - 00:36:29 |
| 9168-104n | | | | Clip from 8/02/16 Audio Interview of Ashley Wong 00:37:42 - 00:38:18 |
| 9168-104o | | | | Clip from 8/02/16 Audio Interview of Ashley Wong 00:38:54 - 00:39:41 |
| 9168-104p | | | | Clip from 8/02/16 Audio Interview of Ashley Wong 00:39:50 - 00:39:53 |
| 9168-104q | | | | Clip from 8/02/16 Audio Interview of Ashley Wong 00:40:06 - 00:40:40 |
| 9168-104r | | | | Clip from 8/02/16 Audio Interview of Ashley Wong 00:41:08 - 00:41:18 |
| 9168-104s | | | | Clip from 8/02/16 Audio Interview of Ashley Wong 00:43:32 - 00:44:36 |
| 9168-104t | | | | Clip from 8/02/16 Audio Interview of Ashley Wong 00:47:48 - 00:47:59 |

| Exhibit No. | Marked | ID Only | Admitted | Description |
|---|---|---|---|---|
| 9168-104u | | | | Clip from 8/02/16 Audio Interview of Ashley Wong 00:48:13 - 00:48:32 |
| 9168-104v | | | | Clip from 8/02/16 Audio Interview of Ashley Wong 00:51:09 - 00:51:20 |
| 9168-104w | | | | Clip from 8/02/16 Audio Interview of Ashley Wong 00:51:20 - 00:51:30 |
| 9168-104x | | | | Clip from 8/02/16 Audio Interview of Ashley Wong 00:52:22 - 00:52:51 |
| 9168-105 | | | | [QHN7] Timeline extraction re 6/01/16 |
| 9168-106 | | | | [QHN7] Timeline extraction re 808-476-9223 |
| 9168-107 | | | | [QHN7] Timeline extraction re 7/10/16 |
| 9168-108 | | | | [QHN7] Timeline extraction re 808-476-9223 |
| 9168-109 | | | | [QHN7] Timeline extraction re 10/14/15 – 10/16/15 |
| 9168-110 | | | | [QHN7] Timeline extraction re 10/19/15 – 10/20/15 |
| 9168-111 | | | | Google Map photo of Windward City Shopping Center |
| 9168-112 | | | | [QHN7] Timeline extraction re 808-258-4311 |

CERTIFICATE OF SERVICE

I, Lynn E. Panagakos, hereby certify that a true and correct copy of this document this filing has been duly served on all counsel of record through the court's electronic filing system.

DATED: Honolulu, Hawai`i, April 17, 2024.

/s/ Lynn E. Panagakos
LYNN E. PANAGAKOS