CLARE E. CONNORS #7936
United States Attorney
District of Hawaii

MICHAEL D. NAMMAR
MARK A. INCIONG     CA BAR #163443
W. KEAUPUNI AKINA #11565
Assistant U.S. Attorneys
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Email:      Michael.Nammar@usdoj.gov
            Mark.Inciong@usdoj.gov
            Keaupuni.Akina@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | CR. NO. 19-00099 DKW |
|---|---|
| Plaintiff, | |
| vs. | GOVERNMENT'S SIXTEENTH SUPPLEMENTAL EXHIBIT LIST; CERTIFICATE OF SERVICE |
| MICHAEL J. MISKE, JR.,     (01) aka "Bro," | |
| Defendant. | |

GOVERNMENT'S SIXTEENTH SUPPLEMENTAL EXHIBIT LIST

The Government hereby submits its sixteenth supplemental exhibit list, attached hereto, in the above-captioned matter. The Government reserves the right to add to, delete from, or otherwise modify this list during the course of the trial.

DATED:  April 18, 2024, at Honolulu, Hawaii.

>	CLARE E. CONNORS
>	United States Attorney
>	District of Hawaii
>
>	By     */s/ Mark A. Inciong*
>	MICHAEL D. NAMMAR
>	MARK A. INCIONG
>	W. KEAUPUNI AKINA
>	Assistant U.S. Attorneys

# UNITED STATES DISTRICT COURT
# DISTRICT OF HAWAII

| **UNITED STATES OF AMERICA** | **SIXTEENTH SUPPLEMENTAL EXHIBIT LIST** |
|---|---|
| v. | CR. NO. 19-00099 DKW |
| **MICHAEL J. MISKE JR. et al.,** | |

| **Presiding Judge:**<br>Derrick K. Watson | **Plaintiff's Attorneys:**<br>Mark A. Inciong<br>Michael D. Nammar<br>W. KeAupuni Akina | **Defense Attorneys:**<br>Lynn Panagakos<br>Michael Kennedy |
|---|---|---|
| **Trial Date**<br>January 8, 2024 | **Court Reporter:** | **Courtroom Deputy:**<br>Tammy Kimura |

| EXH. NO. | DESCRIPTION | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|
| 2-165 | Caleb Miske EMS Report 161301 | | |
| 2-166 | Photograph from Exit 3, H1 Freeway #1 | | |
| 2-167 | Photograph from Exit 3, H1 Freeway #2 | | |
| 2-168 | Photograph from Exit 3, H1 Freeway #3 | | |
| 2-169 | Photograph from Exit 3, H1 Freeway #4 | | |
| 2-170 | Photograph from Exit 3, H1 Freeway #5 | | |
| 2-171 | Notice of Transfer of Toyota 4-Door Sedan GYY122 dated 6/14/2017 | | |

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served on the following counsel on the date and in the manner described below:

<u>Served Electronically through CM/ECF:</u>

| | |
|---|---|
| Lynn Panagakos, Esq. | Attorneys for Defendant |
| Michael Jerome Kennedy, Esq. | MICHAEL J. MISKE, JR. |

DATED:  April 18, 2024, at Honolulu, Hawaii.

<u>/s/ Kari Sherman</u>
U.S. Attorney's Office
District of Hawaii