MICHAEL J. KENNEDY
Law Offices of Michael Jerome Kennedy, PLLC
Nevada State Bar #10103; California State Bar #193901
333 Flint Street, Reno NV 89501
775-221-7100 (office); 775-233-0914 (mobile)
Email: michael@mjkennedylaw.com
LYNN E. PANAGAKOS   7696
841 Bishop Street, Suite 2201
Honolulu, Hawai`i  96813
Telephone: (808) 542-9943
E-mail:  lynnpanagakos@yahoo.com

*Attorneys for Michael J. Miske, Jr. (01)*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>MICHAEL J. MISKE, JR. (01),<br><br>　　　　　　　Defendant. | CR. NO. 19-00099-DKW-KJM<br><br>**DEFENDANT MICHAEL J. MISKE, JR.'S THIRTY-NINTH SUPPLEMENTAL EXHIBIT LIST; CERTIFICATE OF SERVICE** |

**DEFENDANT'S THIRTY-NINTH SUPPLEMENTAL EXHIBIT LIST**

　　　Mr. Miske respectfully submits his thirty-ninth supplemental exhibit list.[1]

DATED: April 18, 2024.

 */s/ Michael J. Kennedy*　　　　　　　　 */s/ Lynn E. Panagakos*
MICHAEL J. KENNEDY　　　　　　　LYNN E. PANAGAKOS
Counsel for Defendant
MICHAEL J. MISKE, JR (01)

---

[1] Mr. Miske reserves the right to add to, delete from, or otherwise modify this list during the course of trial.  See ECF No. 1272, PageID.11971, n.1.

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

| UNITED STATES OF AMERICA v. MICHAEL J. MISKE JR. et al. | THIRTY-NINTH SUPPLEMENTAL EXHIBIT LIST CR. NO. 19-00099 DKW |
|---|---|

| **Presiding Judge:** Hon. Derrick K. Watson | **Plaintiff's Attorneys:** Mark A. Inciong  Michael D. Nammar  W. KeAupuni Akina | **Defense Attorneys:** Lynn Panagakos  Michael Kennedy |
|---|---|---|
| **Trial Date:** January 8, 2024 | **Court Reporter:** Gloria Bediamol | **Courtroom Deputy:** Tammy Kimura |

| Exhibit No. | Marked | ID Only | Admitted | Description |
|---|---|---|---|---|
| 9168-104y | | | | Clip from 8/02/16 Audio Interview of Ashley Wong 34:22 - 35:11 |
| 9168-104z | | | | Clip from 8/02/16 Audio Interview of Ashley Wong 05:54 - 06:46 |
| 9168-104aa | | | | Clip from 8/02/16 Audio Interview of Ashley Wong 50:59 - 51:20 |
| 9168-104bb | | | | Clip from 8/02/16 Audio Interview of Ashley Wong 00:12 - 00:41 |
| 9168-104cc | | | | Clip from 8/02/16 Audio Interview of Ashley Wong 00:48 - 01:03 |
| 9168-113 | | | | Photograph of '89 Tacoma |
| 9168-114 | | | | [QHN7] Timeline extraction re 808-721-6944 |
| 9168-115 | | | | [QHN 7] Timeline extraction re 808-258-4311 |

| Exhibit No. | Marked | ID Only | Admitted | Description |
|---|---|---|---|---|
| 9268-002 | | | | ATF Report #11, 6/21/17 Interview with Fredrick Kaluna; 00216724 |

CERTIFICATE OF SERVICE

I, Lynn E. Panagakos, hereby certify that a true and correct copy of this document this filing has been duly served on all counsel of record through the court's electronic filing system.

DATED: Honolulu, Hawai`i, April 18, 2024.

/s/ Lynn E. Panagakos
LYNN E. PANAGAKOS