MICHAEL J. KENNEDY
Law Offices of Michael Jerome Kennedy, PLLC
Nevada State Bar #10103; California State Bar #193901
333 Flint Street, Reno NV 89501
775-221-7100 (office); 775-233-0914 (mobile)
Email: michael@mjkennedylaw.com
LYNN E. PANAGAKOS   7696
841 Bishop Street, Suite 2201
Honolulu, Hawai`i  96813
Telephone: (808) 542-9943
E-mail:  lynnpanagakos@yahoo.com

*Attorneys for Michael J. Miske, Jr. (01)*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| UNITED STATES OF AMERICA, | CR. NO. 19-00099-DKW-KJM |
|---|---|
| Plaintiff, | **DEFENDANT MICHAEL J. MISKE, JR.'S FORTIETH SUPPLEMENTAL EXHIBIT LIST; CERTIFICATE OF SERVICE** |
| vs. | |
| MICHAEL J. MISKE, JR. (01), | |
| Defendant. | |

**DEFENDANT'S FORTIETH SUPPLEMENTAL EXHIBIT LIST**

Mr. Miske respectfully submits his fortieth supplemental exhibit list.[1]

DATED: April 22, 2024.

| */s/ Michael J. Kennedy* | */s/ Lynn E. Panagakos* |
|---|---|
| MICHAEL J. KENNEDY | LYNN E. PANAGAKOS |
| Counsel for Defendant | |
| MICHAEL J. MISKE, JR (01) | |

---

[1] Mr. Miske reserves the right to add to, delete from, or otherwise modify this list during the course of trial.  See ECF No. 1272, PageID.11971, n.1.

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

| UNITED STATES OF AMERICA<br>v.<br>MICHAEL J. MISKE JR. et al. | | FORTIETH SUPPLEMENTAL<br>EXHIBIT LIST<br>CR. NO. 19-00099 DKW |

| **Presiding Judge:**<br>Hon. Derrick K. Watson | **Plaintiff's Attorneys:**<br>Mark A. Inciong<br>Michael D. Nammar<br>W. KeAupuni Akina | **Defense Attorneys:**<br>Lynn Panagakos<br>Michael Kennedy |
|---|---|---|
| **Trial Date:**<br>January 8, 2024 | **Court Reporter:**<br>Gloria Bediamol | **Courtroom Deputy:**<br>Tammy Kimura |

| Exhibit No. | Marked | ID Only | Admitted | Description |
|---|---|---|---|---|
| 9022-006 | | | | FD-302 re 11/27/19 meeting with Mark Agnir |
| 9022-007 | | | | FD-302 re 4/18/24 meeting with Mark Agnir |
| 9132-004 | | | | FD-302 re 4/18/24 meeting with Willy Rarangol |
| 9168-116 | | | | [QHN7] Timeline extraction re 4/02/16 |
| 9168-117 | | | | [QHN7] Timeline extraction re 4/06/16 |
| 9168-118 | | | | [QHN7] Timeline extraction re 6/23/16 |
| 9168-119 | | | | [QHN7] Timeline extraction re 4/04/16 |
| 9168-120 | | | | [QHN7] Timeline extraction re 4/10/16 |
| 9168-121 | | | | [QHN7] Timeline extraction re 4/10/16 |
| 9168-122 | | | | [QHN7] Timeline extraction re 4/13/16 |
| 9168-123 | | | | [QHN7] Timeline extraction re 4/21/16 – 4/22/16 re 808-726-0018 |

| Exhibit No. | Marked | ID Only | Admitted | Description |
|---|---|---|---|---|
| 9168-124 | | | | [QHN7] Timeline extraction re 4/21/16 – 4/22/16 re 808-284-6400 |
| 9168-125 | | | | [QHN7] Timeline extraction re 4/22/16 |
| 9168-126 | | | | [QHN7] Timeline extraction re 4/23/16 |
| 9168-126a | | | | [QHN7] Video file extraction |
| 9168-127 | | | | [QHN7] Timeline extraction re 4/25/16 |
| 9168-127a | | | | [QHN7] Video file extraction |
| 9168-128 | | | | [QHN7] Timeline extraction re 6/11/16 – 6/12/16 |
| 9168-128a | | | | [QHN7] Video file extraction |
| 9168-129 | | | | [QHN7] Timeline extraction re 6/24/16 |
| 9168-130 | | | | [QHN7] Timeline extraction re 6/27/16 |
| 9168-130a | | | | [QHN7] Image extraction |
| 9168-131 | | | | [QHN7] Timeline extraction re 6/29/16 |
| 9168-132 | | | | [QHN7] Video file extraction 6/28/16 |
| 9168-132a | | | | [QHN7] Video file extraction |
| 9168-133 | | | | [QHN7] Timeline extraction 7/02/16 – 7/03/16 |
| 9168-133a | | | | [QHN7] Video file extraction |
| 9168-133b | | | | [QHN7] Video file extraction |
| 9168-133c | | | | [QHN7] Video file extraction |
| 9168-134 | | | | [QHN7] Timeline extraction 7/03/16 |

| Exhibit No. | Marked | ID Only | Admitted | Description |
|---|---|---|---|---|
| 9168-135 | | | | [QHN7] Timeline extraction 7/05/16 |
| 9168-136 | | | | [QHN7] Timeline extraction 7/14/16 |
| 9168-137 | | | | [QHN7] Timeline extraction 7/14/16 |
| 9168-138 | | | | [QHN7] Timeline extraction 7/16/16 – 7/17/16 |
| 9168-139 | | | | [QHN7] Timeline extraction 7/18/16 |
| 9168-140 | | | | [QHN7] Timeline extraction 7/18/16 – 7/22/16 |
| 9168-141 | | | | [QHN7] Timeline extraction 7/21/16 |
| 9168-142 | | | | [QHN7] Timeline extraction 7/22/16 – 7/23/16 |
| 9168-143 | | | | [QHN7] Timeline extraction 7/24/16 |
| 9168-144 | | | | [QHN7] Timeline extraction 7/25/16 |
| 9168-145 | | | | [QHN7] Timeline extraction 7/27/16 |
| 9168-146 | | | | [QHN7] Timeline extraction 6/23/16 |
| 9168-147 | | | | Photograph of Caleb Miske |
| 9168-148 | | | | Photograph of Caleb Miske |
| 9168-149 | | | | Google Map of Keokoa Pl, Summer St and Kuliouou Rd |
| 9168-150 | | | | Google Map of Keokoa Pl, 6122 Summer St and 128 Kuliouou Rd, Driving distance |
| 9168-151 | | | | Google Map of 6122 Summer St and 128 Kuliouou Rd, Walking distance |
| 9168-152 | | | | [QHN7] Timeline extraction 7/30/16 |

| Exhibit No. | Marked | ID Only | Admitted | Description |
|---|---|---|---|---|
| 9168-153 | | | | [QHN7] Images extraction 8/24/16 |
| 9373-010 | | | | FD-302 re 4/05/24 interview with Jason Yokoyama |
| 9461-001 | | | | FD-302 re 4/19/24 Interview of Belinda Lee |

CERTIFICATE OF SERVICE

I, Lynn E. Panagakos, hereby certify that a true and correct copy of this document this filing has been duly served on all counsel of record through the court's electronic filing system.

DATED: Honolulu, Hawai`i, April 22, 2024.

/s/ Lynn E. Panagakos
LYNN E. PANAGAKOS