CLARE E. CONNORS #7936
United States Attorney
District of Hawaii

MICHAEL D. NAMMAR
MARK A. INCIONG     CA BAR #163443
W. KEAUPUNI AKINA #11565
Assistant U.S. Attorneys
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Email:      Michael.Nammar@usdoj.gov
            Mark.Inciong@usdoj.gov
            Keaupuni.Akina@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MICHAEL J. MISKE, JR.,　　(01)<br>　　aka "Bro,"<br><br>　　　　Defendant. | CR. NO. 19-00099 DKW<br><br>GOVERNMENT'S SEVENTEENTH SUPPLEMENTAL EXHIBIT LIST; CERTIFICATE OF SERVICE |

GOVERNMENT'S SEVENTEENTH SUPPLEMENTAL EXHIBIT LIST

The Government hereby submits its seventeenth supplemental exhibit list, attached hereto, in the above-captioned matter. The Government reserves the right to add to, delete from, or otherwise modify this list during the course of the trial.

DATED: April 23, 2024, at Honolulu, Hawaii.

>                    CLARE E. CONNORS
>                    United States Attorney
>                    District of Hawaii
>
>
> By   */s/ Mark A. Inciong*
>      MICHAEL D. NAMMAR
>      MARK A. INCIONG
>      W. KEAUPUNI AKINA
>      Assistant U.S. Attorneys

# UNITED STATES DISTRICT COURT
# DISTRICT OF HAWAII

**UNITED STATES OF AMERICA**

**SEVENTEENTH SUPPLEMENTAL EXHIBIT LIST**

v.

**CR. NO. 19-00099 DKW**

**MICHAEL J. MISKE JR. et al.,**

| **Presiding Judge:** Derrick K. Watson | **Plaintiff's Attorneys:** Mark A. Inciong<br>Michael D. Nammar<br>W. KeAupuni Akina | **Defense Attorneys:** Lynn Panagakos<br>Michael Kennedy |
|---|---|---|
| **Trial Date** January 8, 2024 | **Court Reporter:** | **Courtroom Deputy:** Tammy Kimura |

| EXH. NO. | DESCRIPTION | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|
| 1-515A | mjmiske@yahoo - Stolen Watch Email recipients | | |
| 1-538A | Chloe Message for 1B599 | | |
| 1-538B | Denver Message for 1B599 | | |
| 2-107A | T-Mobile records for 808-745-9064 (Yokoyama) 1 | | |
| 2-107B | T-Mobile records for 808-745-9064 (Yokoyama) 2 | | |
| 2-107C | T-Mobile records for 808-745-9064 (Yokoyama) 3 | | |
| 2-107D | T-Mobile records for 808-745-9064 (Yokoyama) 4 | | |

| | | | |
|---|---|---|---|
| 2-107E | T-Mobile records for 808-745-9064 (Yokoyama) 5 | | |
| 2-107F | Certificate of Authenticity for T-Mobile records for 808-745-9064 | | |
| 2-116A | AT&T records for (808) 476-9223 (Miske) 1 | | |
| 2-116B | AT&T records for (808) 476-9223 (Miske) 2 | | |
| 2-116C | AT&T records for (808) 476-9223 (Miske) 3 | | |
| 2-116D | AT&T records for (808) 476-9223 (Miske) 4 | | |
| 2-116E | AT&T records for (808) 476-9223 (Miske) 5 | | |
| 2-116F | AT&T records for (808) 476-9223 (Miske) 6 | | |
| 2-116G | AT&T records for (808) 476-9223 (Miske) 7 | | |
| 2-116H | AT&T records for (808) 476-9223 (Miske) 8 | | |
| 2-116I | AT&T records for (808) 476-9223 (Miske) 9 | | |
| 2-116J | AT&T records for (808) 476-9223 (Miske) 10 | | |
| 2-116K | AT&T records for (808) 476-9223 (Miske) 11 | | |
| 2-116L | AT&T records for (808) 476-9223 (Miske) 12 | | |
| 2-116M | AT&T records for (808) 476-9223 (Miske) 13 | | |
| 2-116N | AT&T Records Key | | |
| 2-116O | AT&T Declaration for (808) 476-9223 (Miske) 1 | | |
| 2-116P | AT&T Declaration for (808) 476-9223 (Miske) 2 | | |
| 2-117A | T-Mobile records for (808) 465-6074 (Delia) 1 | | |
| 2-117B | T-Mobile records for (808) 465-6074 (Delia) 2 | | |

| | | | |
|---|---|---|---|
| 2-118A | T-Mobile records for (808) 202-8799 (Bermudez) 1 | | |
| 2-118B | T-Mobile records for (808) 202-8799 (Bermudez) 2 | | |
| 2-118C | T-Mobile records for (808) 202-8799 (Bermudez) 3 | | |
| 2-118D | T-Mobile records for (808) 202-8799 (Bermudez) 4 | | |
| 2-118E | T-Mobile records for (808) 202-8799 (Bermudez) 5 | | |
| 2-123A | Call Logs 7/30/16 – 7/31/16 for QHN7 | | |
| 2-124A | Calls Text QHN7 to Uncle Mike 7/30/2016 – 7/31/2016 | | |
| 2-133D | Fraser missing post on Instagram by Ashley Wong, 11/6/2016 | | |
| 2-144A | QHN6 Data Usage Log | | |
| 2-172 | Photo of Caleb car crash | | |
| 2-173 | Recording of August 2, 2016 HPD interview of Ashley Wong | | |
| 2-173A | Transcript of August 2, 2016 HPD interview of Ashley Wong | | |
| 2-174 | Certified Business Records of Aloha Alarm re:  Tama and Susan Halvorsen, 475 Kawaihae Street, Honolulu, Hawaii | | |

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served on the following counsel on the date and in the manner described below:

Served Electronically through CM/ECF:

| | |
|---|---|
| Lynn Panagakos, Esq.<br>Michael Jerome Kennedy, Esq. | Attorneys for Defendant<br>MICHAEL J. MISKE, JR. |

DATED: April 23, 2024, at Honolulu, Hawaii.

*/s/ Kari Sherman*
U.S. Attorney's Office
District of Hawaii