CLARE E. CONNORS #7936
United States Attorney
District of Hawaii

MICHAEL D. NAMMAR
MARK A. INCIONG       CA BAR #163443
W. KEAUPUNI AKINA #11565
AISLINN AFFINITO
Assistant U.S. Attorneys
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Email:      Michael.Nammar@usdoj.gov
            Mark.Inciong@usdoj.gov
            Keaupuni.Akina@usdoj.gov
            Aislinn.Affinito@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>MICHAEL J. MISKE, JR.,　　(01)<br>　　aka "Bro,"<br><br>　　　　　Defendant. | CR. NO. 19-00099 DKW<br><br>GOVERNMENT'S TWENTY-SECOND SUPPLEMENTAL EXHIBIT LIST; CERTIFICATE OF SERVICE |

GOVERNMENT'S TWENTY-SECOND SUPPLEMENTAL EXHIBIT LIST

The Government hereby submits its twenty-second supplemental exhibit list, attached hereto, in the above-captioned matter. The Government reserves the right to add to, delete from, or otherwise modify this list during the course of the trial.

DATED: May 6, 2024, at Honolulu, Hawaii.

                                      CLARE E. CONNORS
                                      United States Attorney
                                      District of Hawaii

                      By     */s/ Mark A. Inciong*
                             MICHAEL D. NAMMAR
                             MARK A. INCIONG
                             W. KEAUPUNI AKINA
                             AISLINN AFFINITO
                             Assistant U.S. Attorneys

# UNITED STATES DISTRICT COURT
# DISTRICT OF HAWAII

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **TWENTY-SECOND SUPPLEMENTAL EXHIBIT LIST** |
| v. | **CR. NO. 19-00099 DKW** |
| **MICHAEL J. MISKE JR. et al.,** | |

| **Presiding Judge:** Derrick K. Watson | **Plaintiff's Attorneys:** Mark A. Inciong<br>Michael D. Nammar<br>W. KeAupuni Akina<br>Aislinn Affinito | **Defense Attorneys:** Lynn Panagakos<br>Michael Kennedy |
|---|---|---|
| **Trial Date** January 8, 2024 | **Court Reporter:** | **Courtroom Deputy:** Tammy Kimura |

| EXH. NO. | DESCRIPTION | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|
| 9-1258 | Cashier's Check made payable to Michael Miske in the amount of $243,912.36 | | |
| 9-1259 | City and County of Honolulu, Contractor's Statement Form for 6 Lumahai | | |

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing document was served on the following counsel on the date and in the manner described below:

<u>Served Electronically through CM/ECF:</u>

| | |
|---|---|
| Lynn Panagakos, Esq. | Attorneys for Defendant |
| Michael Jerome Kennedy, Esq. | MICHAEL J. MISKE, JR. |

DATED:  May 6, 2024, at Honolulu, Hawaii.

<u>/s/ Kari Sherman</u>
U.S. Attorney's Office
District of Hawaii
