MICHAEL J. KENNEDY
Law Offices of Michael Jerome Kennedy, PLLC
Nevada State Bar #10103; California State Bar #193901
333 Flint Street, Reno NV 89501
775-221-7100 (office); 775-233-0914 (mobile)
Email: michael@mjkennedylaw.com
LYNN E. PANAGAKOS   7696
841 Bishop Street, Suite 2201
Honolulu, Hawai`i  96813
Telephone: (808) 542-9943
E-mail:  lynnpanagakos@yahoo.com

*Attorneys for Michael J. Miske, Jr. (01)*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>MICHAEL J. MISKE, JR. (01),<br><br>　　　　　　　Defendant. | CR. NO. 19-00099-DKW-KJM<br><br>**DEFENDANT MICHAEL J. MISKE, JR.'S FIFTIETH SUPPLEMENTAL EXHIBIT LIST; CERTIFICATE OF SERVICE** |

**DEFENDANT'S FIFTIETH SUPPLEMENTAL EXHIBIT LIST**

　　　Mr. Miske respectfully submits his fiftieth supplemental exhibit list.[1]

DATED: May 7, 2024.

| | |
|---|---|
| */s/ Michael J. Kennedy*<br>MICHAEL J. KENNEDY<br>Counsel for Defendant<br>MICHAEL J. MISKE, JR (01) | */s/ Lynn E. Panagakos*<br>LYNN E. PANAGAKOS |

---

[1] Mr. Miske reserves the right to add to, delete from, or otherwise modify this list during the course of trial.  See ECF No. 1272, PageID.11971, n.1.

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

| UNITED STATES OF AMERICA v. MICHAEL J. MISKE JR. et al. | | FIFTIETH SUPPLEMENTAL EXHIBIT LIST CR. NO. 19-00099 DKW |

| **Presiding Judge:** Hon. Derrick K. Watson | **Plaintiff's Attorneys:** Mark A. Inciong, Michael D. Nammar, W. KeAupuni Akina | **Defense Attorneys:** Lynn Panagakos, Michael Kennedy |
|---|---|---|
| **Trial Date:** January 8, 2024 | **Court Reporter:** Gloria Bediamol | **Courtroom Deputy:** Tammy Kimura |

| Exhibit No. | Marked | ID Only | Admitted | Description |
|---|---|---|---|---|
| 6000-001a | | | | Photos of Toyota Sienna Van, photographer coversheet |
| 6000-001b | | | | Photo of Toyota Sienna Van, front |
| 6000-001c | | | | Photos of Toyota Sienna Van, driver side |
| 6000-001d | | | | Photos of Toyota Sienna Van, driver side |
| 6000-001e | | | | Photos of Toyota Sienna Van, driver side |
| 6000-001f | | | | Photos of Toyota Sienna Van, driver side |
| 6000-001g | | | | Photos of Toyota Sienna Van, back |
| 6000-001h | | | | Photos of Toyota Sienna Van, passenger side |
| 6000-001i | | | | Photos of Toyota Sienna Van, passenger side |
| 6000-001j | | | | Photos of Toyota Sienna Van, passenger side |
| 6000-001k | | | | Photos of Toyota Sienna Van, passenger side |
| 9095-005 | | | | Photograph of Kamaaina Solar Van |

| Exhibit No. | Marked | ID Only | Admitted | Description |
|---|---|---|---|---|
| 9104-002 | | | | DCCA Articles of Organization re PHP Construction LLC |
| 9185-004 | | | | IRS Memorandum of Interview 11/14/23 Josiah Akau; 00456404 |
| 9474-004 | | | | Search Warrant and Digital Device Inventory |
| 9492-003 | | | | IRS Memorandum of Interview 5/7/24 Timothy Nichols |
| 9493-001 | | | | IRS Memorandum of Interview 12/18/23 Karl Will |
| 9494-001 | | | | IRS Memorandum of Interview 8/04/23 Lei Ana Green |

CERTIFICATE OF SERVICE

I, Lynn E. Panagakos, hereby certify that a true and correct copy of this document this filing has been duly served on all counsel of record through the court's electronic filing system.

DATED: Honolulu, Hawai`i, May 7, 2024.

/s/ Lynn E. Panagakos
LYNN E. PANAGAKOS