MICHAEL J. KENNEDY
Law Offices of Michael Jerome Kennedy, PLLC
Nevada State Bar #10103; California State Bar #193901
333 Flint Street, Reno NV 89501
775-221-7100 (office); 775-233-0914 (mobile)
Email: michael@mjkennedylaw.com
LYNN E. PANAGAKOS   7696
841 Bishop Street, Suite 2201
Honolulu, Hawai`i  96813
Telephone: (808) 542-9943
E-mail:  lynnpanagakos@yahoo.com

*Attorneys for Michael J. Miske, Jr. (01)*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>        vs.<br><br>MICHAEL J. MISKE, JR. (01),<br><br>                Defendant. | CR. NO. 19-00099-DKW-KJM<br><br>**DEFENDANT MICHAEL J. MISKE, JR.'S FIFTY-SECOND SUPPLEMENTAL EXHIBIT LIST; CERTIFICATE OF SERVICE** |

**DEFENDANT'S FIFTY-SECOND SUPPLEMENTAL EXHIBIT LIST**

Mr. Miske respectfully submits his fifty-second supplemental exhibit list.[1]

DATED: May 9, 2024.

 */s/ Michael J. Kennedy*                          */s/ Lynn E. Panagakos*
MICHAEL J. KENNEDY                          LYNN E. PANAGAKOS
Counsel for Defendant
MICHAEL J. MISKE, JR (01)

---

[1] Mr. Miske reserves the right to add to, delete from, or otherwise modify this list during the course of trial.  See ECF No. 1272, PageID.11971, n.1.

# UNITED STATES DISTRICT COURT
# DISTRICT OF HAWAII

| UNITED STATES OF AMERICA v. MICHAEL J. MISKE JR. et al. | FIFTY-SECOND SUPPLEMENTAL EXHIBIT LIST CR. NO. 19-00099 DKW |

| **Presiding Judge:** Hon. Derrick K. Watson | **Plaintiff's Attorneys:** Mark A. Inciong, Michael D. Nammar, W. KeAupuni Akina | **Defense Attorneys:** Lynn Panagakos, Michael Kennedy |
|---|---|---|
| **Trial Date:** January 8, 2024 | **Court Reporter:** Gloria Bediamol | **Courtroom Deputy:** Tammy Kimura |

| Exhibit No. | Marked | ID Only | Admitted | Description |
|---|---|---|---|---|
| 9145-011 | | | | June 1, 2022 Memorandum from Honolulu Police Department (HPD) Professional Standards Office (PSO) to Interim Chief of Police re PSO No. 21-0649, Administrative Investigation Involving Sergeant Jared J. Spiker (as redacted by HPD PSO) |
| 9145-012 | | | | October 8, 2021 Report re PSO Complaint No. 21-0649, Administrative Investigation Involving Sergeant Jared Spiker (as redacted by HPD PSO) |
| 9145-013 | | | | February 4, 2022 HPD Sergeant Jared Spiker Response to PSO 21-0649 (as redacted by HPD PSO) |
| 9172-003 | | | | IRS Memorandum of Interview 11/17/23 Ross Yoshioka; 00456466 |
| 9498-001 | | | | Inventory Listing of All Items Seized by Investigators at Search Warrant Site; 00391488 |
| 9499-001 | | | | FD-302 re Paul Kim and Jeannie Kim 7/16/20; 00273271 |

| Exhibit No. | Marked | ID Only | Admitted | Description |
|---|---|---|---|---|
| 9499-002 | | | | FBI Collected Item Log re Property collected from Paul Kim's Vehicle 7/16/20; 00272996 |
| 9500-001 | | | | FD-302 re 11/08/17 Matthew Cosbie; 00022442 |
| 9500-002 | | | | IRS Memorandum of Interview 9/13/18 Matthew Cosbie; 00223521 |
| 9500-003 | | | | FD-302 re 9/26/19 Matthew Cosbie; 00186414 |
| 9500-004 | | | | IRS Memorandum of Interview 5/07/24 Matt Cosbie |
| 9500-005 | | | | Photograph of Kamaaina Solar Project – University of the Nations |
| 9500-006 | | | | Photograph of Kamaaina Solar Project – Rainbow Drive-In |
| 9500-007 | | | | Photograph of Kamaaina Solar Project – Holiday Manor |
| 9500-008 | | | | Photograph of Kamaaina Solar Project – Holiday Manor, top view |
| 9500-009 | | | | Photograph of Kamaaina Solar Project – Hawaii Federal Credit Union |
| 9500-010 | | | | Photograph of Kamaaina Solar Project – 6 Lumahai St. |
| 9500-011 | | | | Photograph of Kamaaina Solar Crew |

CERTIFICATE OF SERVICE

I, Lynn E. Panagakos, hereby certify that a true and correct copy of this document this filing has been duly served on all counsel of record through the court's electronic filing system.

DATED: Honolulu, Hawai`i, May 9, 2024.

/s/ Lynn E. Panagakos
LYNN E. PANAGAKOS