MICHAEL J. KENNEDY
Law Offices of Michael Jerome Kennedy, PLLC
Nevada State Bar #10103; California State Bar #193901
333 Flint Street, Reno NV 89501
775-221-7100 (office); 775-233-0914 (mobile)
Email: michael@mjkennedylaw.com
LYNN E. PANAGAKOS   7696
841 Bishop Street, Suite 2201
Honolulu, Hawai`i  96813
Telephone: (808) 542-9943
E-mail:  lynnpanagakos@yahoo.com

*Attorneys for Michael J. Miske, Jr. (01)*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| UNITED STATES OF AMERICA, | CR. NO. 19-00099-DKW-KJM |
|---|---|
| Plaintiff, | **DEFENDANT MICHAEL J. MISKE, JR.'S FIFTY-THIRD SUPPLEMENTAL EXHIBIT LIST; CERTIFICATE OF SERVICE** |
| vs. | |
| MICHAEL J. MISKE, JR. (01), | |
| Defendant. | |

**DEFENDANT'S FIFTY-THIRD SUPPLEMENTAL EXHIBIT LIST**

Mr. Miske respectfully submits his fifty-third supplemental exhibit list.[1]

DATED: May 12, 2024.

 */s/Michael J. Kennedy*              */s/ Lynn E. Panagakos*
MICHAEL J. KENNEDY              LYNN E. PANAGAKOS
Counsel for Defendant
MICHAEL J. MISKE, JR (01)

---

[1] Mr. Miske reserves the right to add to, delete from, or otherwise modify this list during the course of trial.  See ECF No. 1272, PageID.11971, n.1.

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

| UNITED STATES OF AMERICA v. MICHAEL J. MISKE JR. et al. | | FIFTY-THIRD SUPPLEMENTAL EXHIBIT LIST CR. NO. 19-00099 DKW |
|---|---|---|
| **Presiding Judge:** Hon. Derrick K. Watson | **Plaintiff's Attorneys:** Mark A. Inciong  Michael D. Nammar  W. KeAupuni Akina | **Defense Attorneys:** Lynn Panagakos  Michael Kennedy |
| **Trial Date:** January 8, 2024 | **Court Reporter:** Gloria Bediamol | **Courtroom Deputy:** Tammy Kimura |

| Exhibit No. | Marked | ID Only | Admitted | Description |
|---|---|---|---|---|
| 9501-001 | | | | IRS Memorandum of Interview 12/15/23 Bruce Kim and Reyna Kim; 00456416 |
| 9501-002 | | | | IRS Memorandum of Interview 5/11/24 Reyna Kim |
| 9502-001 | | | | IRS Memorandum of Interview 12/18/23 Brian Bowers; 00456425 |
| 9503-001 | | | | IRS Memorandum of Interview 8/31/23 Trevor Silva |
| 9504-001 | | | | IRS Memorandum of Interview 2/08/24 Bertie Johnson |
| 9505-001 | | | | IRS Memorandum of Interview 5/05/24 Kristel Fuentes |
| 9506-001 | | | | IRS Memorandum of Interview 5/11/24 Deven Kimoto |
| 9507-001 | | | | IRS Memorandum of Interview 2/07/24 Bryn James |
| 9508-001 | | | | IRS Memorandum of Interview 5/03/24 Les Steward |

| Exhibit No. | Marked | ID Only | Admitted | Description |
|---|---|---|---|---|
| 9509-001 | | | | Montebellow Police Department Report 14-4688 |
| 9509-002 | | | | Transcript re Preliminary Hearing 1/12/15, Theodore Russel; BA429666 |
| 9509-003 | | | | Transcript re Preliminary Hearing 3/25/15, 3/26/15, Theodore Russel; BA434220 |
| 9509-004 | | | | Transcript re Preliminary Hearing 3/25/15, 3/26/15, Juan Camuy; BA434220 |
| 9510-001 | | | | IRS Memorandum of Interview 8/17/23 Nalani Epstein; 00456486 |

CERTIFICATE OF SERVICE

I, Lynn E. Panagakos, hereby certify that a true and correct copy of this document this filing has been duly served on all counsel of record through the court's electronic filing system.

DATED: Honolulu, Hawai`i, May 12, 2024.

/s/ Lynn E. Panagakos
LYNN E. PANAGAKOS