CLARE E. CONNORS #7936
United States Attorney
District of Hawaii

MICHAEL D. NAMMAR
MARK A. INCIONG      CA BAR #163443
W. KEAUPUNI AKINA #11565
AISLINN AFFINITO
Assistant U.S. Attorneys
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Email:      Michael.Nammar@usdoj.gov
            Mark.Inciong@usdoj.gov
            Keaupuni.Akina@usdoj.gov
            Aislinn.Affinito@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | CR. NO. 19-00099 DKW |
|---|---|
| Plaintiff, | |
| vs. | GOVERNMENT'S TWENTY-FIFTH SUPPLEMENTAL EXHIBIT LIST; CERTIFICATE OF SERVICE |
| MICHAEL J. MISKE, JR.,       (01) aka "Bro," | |
| Defendant. | |

GOVERNMENT'S TWENTY-FIFTH SUPPLEMENTAL EXHIBIT LIST

The Government hereby submits its twenty-fifth supplemental exhibit list, attached hereto, in the above-captioned matter. The Government reserves the right to add to, delete from, or otherwise modify this list during the course of the trial.

DATED: May 12, 2024, at Honolulu, Hawaii.

                                                  CLARE E. CONNORS
                                                  United States Attorney
                                                  District of Hawaii

By    */s/ Mark A. Inciong*
        MICHAEL D. NAMMAR
        MARK A. INCIONG
        W. KEAUPUNI AKINA
        AISLINN AFFINITO
        Assistant U.S. Attorneys

# UNITED STATES DISTRICT COURT
# DISTRICT OF HAWAII

**UNITED STATES OF AMERICA**　　　　　　　　　　**TWENTY-FIFTH SUPPLEMENTAL EXHIBIT LIST**

**v.**　　　　　　　　　　**CR. NO. 19-00099 DKW**

**MICHAEL J. MISKE JR. et al.,**

| Presiding Judge:<br>Derrick K. Watson | Plaintiff's Attorneys:<br>Mark A. Inciong<br>Michael D. Nammar<br>W. KeAupuni Akina<br>Aislinn Affinito | Defense Attorneys:<br>Lynn Panagakos<br>Michael Kennedy |
|---|---|---|
| Trial Date<br>January 8, 2024 | Court Reporter: | Courtroom Deputy:<br>Tammy Kimura |

| EXH. NO. | DESCRIPTION | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|
| 7-30A | Excerpts of line sheets from Target Telephone #2 (818-524-0519); July 17, 2014 – July 23, 2014 | | |
| 7-31A | Excerpts of line sheets from Target Telephone #3 (818-277-4911); July 18, 2014 – July 21, 2014 | | |
| 7-34 | Map of 405 North | | |
| 7-35 | Map of Balcom, Sepulveda, Victory | | |
| 7-36 | Map of LA Overview | | |
| 7-37 | July 2014 calendar | | |

| | | | |
|---|---|---|---|
| 7-38 | July 2014 Cocaine Value Chart | | |
| 9-122A | Hawaii USA Loan Documents VIN WDCGG5GB9CF718771 | | |
| 9-1268 | Momohara/Ito subcontract agreement between Kamaaina Plumbing and Atlas Construction | | |
| 9-1269 | 2014 Kamaaina Plumbing Invoice to Atlas Construction for Agbayani Residence | | |
| 9-1270 | Atlas QuickBooks summary of Kamaaina Plumbing Work | | |
| 9-1271 | Kamaaina Plumbing Invoices | | |
| 9-1272 | AOAO Pacific Gardens Expenses by Vendor Detail | | |
| 9-1273 | AOAO Pacific Gardens Vendor QuickReport | | |
| 9-1274 | AOAO Pauahi Gardens All Transactions | | |
| 9-1275 | AOAO Pauahi Gardens Expenses by Vendor Detail | | |
| 9-1276 | AOAO Pauahi Gardens Vendor QuickReport | | |

CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served on the following counsel on the date and in the manner described below:

Served Electronically through CM/ECF:

| | |
|---|---|
| Lynn Panagakos, Esq. | Attorneys for Defendant |
| Michael Jerome Kennedy, Esq. | MICHAEL J. MISKE, JR. |

DATED: May 12, 2024, at Honolulu, Hawaii.

*/s/ Kari Sherman*
U.S. Attorney's Office
District of Hawaii