MICHAEL J. KENNEDY
Law Offices of Michael Jerome Kennedy, PLLC
Nevada State Bar #10103; California State Bar #193901
333 Flint Street, Reno NV 89501
775-221-7100 (office); 775-233-0914 (mobile)
Email: michael@mjkennedylaw.com
LYNN E. PANAGAKOS   7696
841 Bishop Street, Suite 2201
Honolulu, Hawai`i  96813
Telephone: (808) 542-9943
E-mail:  lynnpanagakos@yahoo.com

*Attorneys for Michael J. Miske, Jr. (01)*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. MISKE, JR. (01),<br><br>Defendant. | CR. NO. 19-00099-DKW-KJM<br><br>**DEFENDANT MICHAEL J. MISKE, JR.'S FIFTY-FIFTH SUPPLEMENTAL EXHIBIT LIST; CERTIFICATE OF SERVICE** |

**DEFENDANT'S FIFTY-FIFTH SUPPLEMENTAL EXHIBIT LIST**

Mr. Miske respectfully submits his fifty-fifth supplemental exhibit list.[1]

DATED: May 14, 2024.

*/s/Michael J. Kennedy*          */s/ Lynn E. Panagakos*
MICHAEL J. KENNEDY          LYNN E. PANAGAKOS
Counsel for Defendant
MICHAEL J. MISKE, JR (01)

---

[1] Mr. Miske reserves the right to add to, delete from, or otherwise modify this list during the course of trial.  See ECF No. 1272, PageID.11971, n.1.

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

| UNITED STATES OF AMERICA | FIFTY-FIFTH SUPPLEMENTAL |
|---|---|
| v. | EXHIBIT LIST |
| MICHAEL J. MISKE JR. et al. | CR. NO. 19-00099 DKW |

| Presiding Judge:<br>Hon. Derrick K. Watson | Plaintiff's Attorneys:<br>Mark A. Inciong<br>Michael D. Nammar<br>W. KeAupuni Akina | Defense Attorneys:<br>Lynn Panagakos<br>Michael Kennedy |
|---|---|---|
| Trial Date:<br>January 8, 2024 | Court Reporter:<br>Gloria Bediamol | Courtroom Deputy:<br>Tammy Kimura |

| Exhibit No. | Marked | ID Only | Admitted | Description |
|---|---|---|---|---|
| 7209-006 | | | | 2008 Article re Systemic Fluoride Poisoning and Death from Inhalational Exposure to Sulfuryl Fluoride |
| 9514-001 | | | | IRS Memorandum of Interview re 5/13/24 Hector West |
| 9515-001 | | | | EPA Investigative Activity Report re Conversation with Yijie EJ Guan 5/21/19; 00224374 |
| 9515-002 | | | | EPA Investigative Activity Report re Service of Grand Jury Subpoena on 6/1/19 to Yijie Guan; 00224393 |
| 9515-003 | | | | EPA Investigative Activity Report re Interview with Yijie "EJ" Guan on 6/4/19; 00224394 |
| 9516-001 | | | | IRS Memorandum of Interview 5/14/24 Douglas Palmer |

CERTIFICATE OF SERVICE

I, Lynn E. Panagakos, hereby certify that a true and correct copy of this document this filing has been duly served on all counsel of record through the court's electronic filing system.

DATED: Honolulu, Hawai`i, May 14, 2024.

/s/ Lynn E. Panagakos
LYNN E. PANAGAKOS