CLARE E. CONNORS #7936
United States Attorney
District of Hawaii

MICHAEL D. NAMMAR
MARK A. INCIONG        CA BAR #163443
W. KEAUPUNI AKINA #11565
AISLINN AFFINITO
Assistant U.S. Attorneys
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Email:        Michael.Nammar@usdoj.gov
                Mark.Inciong@usdoj.gov
                Keaupuni.Akina@usdoj.gov
                Aislinn.Affinito@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | CR. NO. 19-00099 DKW |
|---|---|
| Plaintiff, | |
| vs. | GOVERNMENT'S THIRTY-FIRST SUPPLEMENTAL EXHIBIT LIST; CERTIFICATE OF SERVICE |
| MICHAEL J. MISKE, JR.,        (01)<br>        aka "Bro," | |
| Defendant. | |

GOVERNMENT'S THIRTY-FIRST SUPPLEMENTAL EXHIBIT LIST

The Government hereby submits its thirty-first supplemental exhibit list, attached hereto, in the above-captioned matter. The Government reserves the right to add to, delete from, or otherwise modify this list during the course of the trial.

DATED:  May 21, 2024, at Honolulu, Hawaii.

CLARE E. CONNORS
United States Attorney
District of Hawaii


By     */s/ Mark A. Inciong*
MICHAEL D. NAMMAR
MARK A. INCIONG
W. KEAUPUNI AKINA
AISLINN AFFINITO
Assistant U.S. Attorneys

## UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

UNITED STATES OF AMERICA

    v.

MICHAEL J. MISKE JR.,

**THIRTY-FIRST**
**SUPPLEMENTAL EXHIBIT LIST**

**CR. NO. 19-00099 DKW**

| Presiding Judge:<br>Derrick K. Watson | Plaintiff's Attorneys:<br>Mark A. Inciong<br>Michael D. Nammar<br>W. KeAupuni Akina<br>Aislinn Affinito | Defense Attorneys:<br>Lynn Panagakos<br>Michael Kennedy |
|---|---|---|
| Trial Date<br>January 8, 2024 | Court Reporter: | Courtroom Deputy:<br>Tammy Kimura |

| EXH. NO. | DESCRIPTION | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|
| 9-1038A | Kamaaina Termite Banking Activity 2008-2020 | | |
| 9-1328 | Payroll Summary for Termite (KPTC) Aug. 2013 | | |
| 9-1329 | 2013 Termite (KPTC) 941 accountant workpaper | | |
| 9-1330 | Michael Miske Flow of Funds Per Tax Records | | |
| 9-1331 | Schedule of Michael Miske's Cash Withdrawals 2010-2017 | | |

| 9-1332 | Schedule of Cash Deposits for Kamaaina Termite, Kamaaina Plumbing, Kamaaina Rolloffs, and Michael Miske 2009-2011 | | |
|--------|--------------------------------------------------------------------------------------------------------------------|---|---|
| 10-41 | Signatures Word Document | | |

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing document was served on the following

counsel on the date and in the manner described below:

<u>Served Electronically through CM/ECF:</u>

Lynn Panagakos, Esq.                    Attorneys for Defendant
Michael Jerome Kennedy, Esq.            MICHAEL J. MISKE, JR.


DATED:  May 21, 2024, at Honolulu, Hawaii.


                                        */s/ Kari Sherman*
                                        U.S. Attorney's Office
                                        District of Hawaii