CLARE E. CONNORS #7936
United States Attorney
District of Hawaii

MICHAEL D. NAMMAR
MARK A. INCIONG     CA BAR #163443
W. KEAUPUNI AKINA #11565
AISLINN AFFINITO
Assistant U.S. Attorneys
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Email:      Michael.Nammar@usdoj.gov
            Mark.Inciong@usdoj.gov
            Keaupuni.Akina@usdoj.gov
            Aislinn.Affinito@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     vs.<br><br>MICHAEL J. MISKE, JR.,       (01)<br>     aka "Bro,"<br><br>           Defendant. | CR. NO. 19-00099 DKW<br><br>GOVERNMENT'S THIRTY-SECOND SUPPLEMENTAL EXHIBIT LIST; CERTIFICATE OF SERVICE |

GOVERNMENT'S THIRTY-SECOND SUPPLEMENTAL EXHIBIT LIST

The Government hereby submits its thirty-second supplemental exhibit list, attached hereto, in the above-captioned matter. The Government reserves the right to add to, delete from, or otherwise modify this list during the course of the trial.

DATED:  May 22, 2024, at Honolulu, Hawaii.

                                      CLARE E. CONNORS
                                      United States Attorney
                                      District of Hawaii

By   */s/ Mark A. Inciong*
        MICHAEL D. NAMMAR
        MARK A. INCIONG
        W. KEAUPUNI AKINA
        AISLINN AFFINITO
        Assistant U.S. Attorneys

## UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

**UNITED STATES OF AMERICA**

v.

**MICHAEL J. MISKE JR.,**

THIRTY-SECOND
SUPPLEMENTAL EXHIBIT LIST

CR. NO. 19-00099 DKW

| **Presiding Judge:**<br>Derrick K. Watson | **Plaintiff's Attorneys:**<br>Mark A. Inciong<br>Michael D. Nammar<br>W. KeAupuni Akina<br>Aislinn Affinito | **Defense Attorneys:**<br>Lynn Panagakos<br>Michael Kennedy |
|---|---|---|
| **Trial Date**<br>January 8, 2024 | **Court Reporter:** | **Courtroom Deputy:**<br>Tammy Kimura |

| EXH. NO. | DESCRIPTION | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|
| 9-1333 | First Hawaiian Bank Business Certification | | |
| 9-1334 | Bank of Hawaii Business Certification | | |

CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served on the following counsel on the date and in the manner described below:

Served Electronically through CM/ECF:

| | |
|---|---|
| Lynn Panagakos, Esq. | Attorneys for Defendant |
| Michael Jerome Kennedy, Esq. | MICHAEL J. MISKE, JR. |

DATED: May 22, 2024, at Honolulu, Hawaii.

/s/ Kari Sherman
U.S. Attorney's Office
District of Hawaii