MICHAEL J. KENNEDY
Law Offices of Michael Jerome Kennedy, PLLC
Nevada State Bar #10103; California State Bar #193901
333 Flint Street, Reno NV 89501
775-221-7100 (office); 775-233-0914 (mobile)
Email: michael@mjkennedylaw.com
LYNN E. PANAGAKOS   7696
841 Bishop Street, Suite 2201
Honolulu, Hawai`i  96813
Telephone: (808) 542-9943
E-mail:  lynnpanagakos@yahoo.com

*Attorneys for Michael J. Miske, Jr. (01)*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                Plaintiff,<br><br>        vs.<br><br>MICHAEL J. MISKE, JR. (01),<br><br>                                Defendant. | CR. NO. 19-00099-DKW-KJM<br><br>**DEFENDANT MICHAEL J. MISKE, JR.'S SIXTY-FIFTH SUPPLEMENTAL EXHIBIT LIST; CERTIFICATE OF SERVICE** |

### DEFENDANT'S SIXTY-FIFTH SUPPLEMENTAL EXHIBIT LIST

Mr. Miske respectfully submits his sixty-fifth supplemental exhibit list.[1]

DATED: May 30, 2024.

*/s/ Michael J. Kennedy*                          */s/ Lynn E. Panagakos*
MICHAEL J. KENNEDY                          LYNN E. PANAGAKOS
Counsel for Defendant
MICHAEL J. MISKE, JR (01)

---

[1] Mr. Miske reserves the right to add to, delete from, or otherwise modify this list during the course of trial.  See ECF No. 1272, PageID.11971, n.1.

# UNITED STATES DISTRICT COURT
# DISTRICT OF HAWAII

**UNITED STATES OF AMERICA**
**v.**
**MICHAEL J. MISKE JR. et al.**

**SIXTY-FIFTH SUPPLEMENTAL**
**EXHIBIT LIST**
**CR. NO. 19-00099 DKW**

| | | |
|---|---|---|
| **Presiding Judge:**<br>Hon. Derrick K. Watson | **Plaintiff's Attorneys:**<br>Mark A. Inciong<br>Michael D. Nammar<br>W. KeAupuni Akina | **Defense Attorneys:**<br>Lynn Panagakos<br>Michael Kennedy |
| **Trial Date:**<br>January 8, 2024 | **Court Reporter:**<br>Gloria Bediamol | **Courtroom Deputy:**<br>Tammy Kimura |

| Exhibit No. | Marked | ID Only | Admitted | Description |
|---|---|---|---|---|
| 9008-090 | | | | CAST Analysis of cell phones on March 5, 2017 |
| 9534-001 | | | | 2/19/14 Email chain re Mike Miske's 2013 - Out of Pocket Expense; 00223681 |
| 9534-002 | | | | 20030314 41-623 Mekia St |
| 9534-003 | | | | 20030314 47-631 Hui Ulili St |
| 9534-004 | | | | 20051102 41-537 Inoaole St |
| 9534-005 | | | | 20051209 1008 Koko Kai Pl |
| 9534-006 | | | | 20060526 45-537A Paleka St |
| 9534-007 | | | | 20070313 45-537B Paleka St |
| 9534-008 | | | | 20070803 2866 Numana Rd |
| 9534-009 | | | | 20070816 217 Kellog St Apt 5 |
| 9534-010 | | | | 20071219 215 Kellog St Apt 4 |

2

CERTIFICATE OF SERVICE

I, Lynn E. Panagakos, hereby certify that a true and correct copy of this document this filing has been duly served on all counsel of record through the court's electronic filing system.

DATED: Honolulu, Hawai`i, May 30, 2024.

/s/ Lynn E. Panagakos
LYNN E. PANAGAKOS

3