CLARE E. CONNORS #7936
United States Attorney
District of Hawaii

MICHAEL D. NAMMAR
MARK A. INCIONG     CA BAR #163443
W. KEAUPUNI AKINA #11565
AISLINN AFFINITO
Assistant U.S. Attorneys
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Email:       Michael.Nammar@usdoj.gov
             Mark.Inciong@usdoj.gov
             Keaupuni.Akina@usdoj.gov
             Aislinn.Affinito@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | CR. NO. 19-00099 DKW |
|---|---|
| Plaintiff, | |
| vs. | GOVERNMENT'S THIRTY-FIFTH SUPPLEMENTAL EXHIBIT LIST; CERTIFICATE OF SERVICE |
| MICHAEL J. MISKE, JR.,    (01) aka "Bro," | |
| Defendant. | |

GOVERNMENT'S THIRTY-FIFTH SUPPLEMENTAL EXHIBIT LIST

The Government hereby submits its thirty-fifth supplemental exhibit list, attached hereto, in the above-captioned matter. The Government reserves the right to add to, delete from, or otherwise modify this list during the course of the trial.

DATED: May 30, 2024, at Honolulu, Hawaii.

                                        CLARE E. CONNORS
                                      United States Attorney
                                      District of Hawaii

By   */s/ Mark A. Inciong*
       MICHAEL D. NAMMAR
       MARK A. INCIONG
       W. KEAUPUNI AKINA
       AISLINN AFFINITO
       Assistant U.S. Attorneys

## UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| **UNITED STATES OF AMERICA** | | **THIRTY-FIFTH SUPPLEMENTAL EXHIBIT LIST** |
|---|---|---|
| v. | | |
| **MICHAEL J. MISKE JR.,** | | CR. NO. 19-00099 DKW |

| **Presiding Judge:**<br>Derrick K. Watson | **Plaintiff's Attorneys:**<br>Mark A. Inciong<br>Michael D. Nammar<br>W. KeAupuni Akina<br>Aislinn Affinito | **Defense Attorneys:**<br>Lynn Panagakos<br>Michael Kennedy |
|---|---|---|
| **Trial Date**<br>January 8, 2024 | **Court Reporter:** | **Courtroom Deputy:**<br>Tammy Kimura |

| EXH. NO. | DESCRIPTION | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|
| 9-1342 | Check to Andrea Kaneakua for $20,000.00 | | |
| 9-1343 | Check from Kamaaina Solar to the Yahata Corporation dated September 1, 2015 | | |
| 9-1344 | Check from Brian Bowers to Kamaaina Solar dated February 12, 2015 | | |
| 9-1345 | Check from PCC to KTPC dated January 8, 2013 | | |

| 9-1346 | Check from Brashears to Makana dated March 22, 2018 | | |
|---|---|---|---|
| 9-1347 | Signature Cards | | |

CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served on the following counsel on the date and in the manner described below:

Served Electronically through CM/ECF:

| | |
|---|---|
| Lynn Panagakos, Esq.<br>Michael Jerome Kennedy, Esq. | Attorneys for Defendant<br>MICHAEL J. MISKE, JR. |

DATED: May 30, 2024, at Honolulu, Hawaii.

/s/ Kari Sherman
U.S. Attorney's Office
District of Hawaii