CLARE E. CONNORS #7936
United States Attorney
District of Hawaii

MICHAEL D. NAMMAR
MARK A. INCIONG     CA BAR #163443
W. KEAUPUNI AKINA #11565
AISLINN AFFINITO
Assistant U.S. Attorneys
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Email:    Michael.Nammar@usdoj.gov
          Mark.Inciong@usdoj.gov
          Keaupuni.Akina@usdoj.gov
          Aislinn.Affinito@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | CR. NO. 19-00099 DKW |
|---|---|
| Plaintiff, | |
| vs. | GOVERNMENT'S THIRTY-SEVENTH SUPPLEMENTAL EXHIBIT LIST; CERTIFICATE OF SERVICE |
| MICHAEL J. MISKE, JR.,     (01) aka "Bro," | |
| Defendant. | |

GOVERNMENT'S THIRTY-SEVENTH SUPPLEMENTAL EXHIBIT LIST

The Government hereby submits its thirty-seventh supplemental exhibit list, attached hereto, in the above-captioned matter. The Government reserves the right to add to, delete from, or otherwise modify this list during the course of the trial.

DATED:  June 11, 2024, at Honolulu, Hawaii.

                                                  CLARE E. CONNORS
                                                  United States Attorney
                                                  District of Hawaii

By   */s/ Mark A. Inciong*
       MICHAEL D. NAMMAR
       MARK A. INCIONG
       W. KEAUPUNI AKINA
       AISLINN AFFINITO
       Assistant U.S. Attorneys

# UNITED STATES DISTRICT COURT
# DISTRICT OF HAWAII

**UNITED STATES OF AMERICA**

v.

**MICHAEL J. MISKE JR.,**

**THIRTY-SEVENTH SUPPLEMENTAL EXHIBIT LIST**

**CR. NO. 19-00099 DKW**

| **Presiding Judge:** Derrick K. Watson | **Plaintiff's Attorneys:** Mark A. Inciong<br>Michael D. Nammar<br>W. KeAupuni Akina<br>Aislinn Affinito | **Defense Attorneys:** Lynn Panagakos<br>Michael Kennedy |
|---|---|---|
| **Trial Date** January 8, 2024 | **Court Reporter:** | **Courtroom Deputy:** Tammy Kimura |

| EXH. NO. | DESCRIPTION | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|
| 3-4 | Criminal history/rap sheet for Joseph P. Tavares, Jr., aka "Joe Boy" | | |
| 3-5 | FBI report of interview #1 of Joe Boy Tavares; October 6, 1997 | | |
| 3-6 | FBI report of interview #2 of Joe Boy Tavares; March 8, 1999 | | |
| 3-7 | FBI report of interview #3 of Joe Boy Tavares; December 19, 1999 | | |
| 3-8 | FBI report of interview #4 of Joe Boy Tavares; May 3, 2001 | | |
| 3-9 | September 29, 1995 deposition of Joe Boy Tavares | | |

CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served on the following counsel on the date and in the manner described below:

Served Electronically through CM/ECF:

| | |
|---|---|
| Lynn Panagakos, Esq.<br>Michael Jerome Kennedy, Esq. | Attorneys for Defendant<br>MICHAEL J. MISKE, JR. |

DATED:  June 11, 2024, at Honolulu, Hawaii.

*/s/ Kari Sherman*
U.S. Attorney's Office
District of Hawaii