CLARE E. CONNORS #7936
United States Attorney
District of Hawaii

MICHAEL D. NAMMAR
MARK A. INCIONG     CA BAR #163443
W. KEAUPUNI AKINA #11565
AISLINN AFFINITO
Assistant U.S. Attorneys
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Email:      Michael.Nammar@usdoj.gov
            Mark.Inciong@usdoj.gov
            Keaupuni.Akina@usdoj.gov
            Aislinn.Affinito@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> MICHAEL J. MISKE, JR.,     (01) <br> aka "Bro," <br><br> Defendant. | CR. NO. 19-00099 DKW <br><br> GOVERNMENT'S THIRTY-EIGHTH SUPPLEMENTAL EXHIBIT LIST; CERTIFICATE OF SERVICE |

GOVERNMENT'S THIRTY-EIGHTH SUPPLEMENTAL EXHIBIT LIST

The Government hereby submits its thirty-eighth supplemental exhibit list, attached hereto, in the above-captioned matter. The Government reserves the right to add to, delete from, or otherwise modify this list during the course of the trial.

DATED:  June 12, 2024, at Honolulu, Hawaii.

>	CLARE E. CONNORS
> United States Attorney
> District of Hawaii
>
> By  */s/ Mark A. Inciong*
> MICHAEL D. NAMMAR
> MARK A. INCIONG
> W. KEAUPUNI AKINA
> AISLINN AFFINITO
> Assistant U.S. Attorneys

# UNITED STATES DISTRICT COURT
# DISTRICT OF HAWAII

**UNITED STATES OF AMERICA**

**v.**

**MICHAEL J. MISKE JR.,**

**THIRTY-EIGHTH SUPPLEMENTAL EXHIBIT LIST**

**CR. NO. 19-00099 DKW**

| Presiding Judge:<br>Derrick K. Watson | Plaintiff's Attorneys:<br>Mark A. Inciong<br>Michael D. Nammar<br>W. KeAupuni Akina<br>Aislinn Affinito | Defense Attorneys:<br>Lynn Panagakos<br>Michael Kennedy |
|---|---|---|
| Trial Date<br>January 8, 2024 | Court Reporter: | Courtroom Deputy:<br>Tammy Kimura |

| EXH. NO. | DESCRIPTION | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|
| 3-10 | Joseph Tavares Judgment in Cr. No. 99-00078 HG (certified copy) | | |
| 3-11 | Joseph Tavares Presentence Report in Cr. No. 99-00078 HG | | |
| 9-1350 | Structural Fume Log 11/14/2019 1254 Nanawale Way | | |
| 9-1351 | Structural Fume Log 11/14/2019 980 Kahena Street | | |
| 9-1352 | Structural Fume Log 11-14-2019 3554 Kumukoa Street | | |
| 9-1353 | Structural Fume Log 11-14-2019 95-259 Waimakua Drive | | |

CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served on the following counsel on the date and in the manner described below:

Served Electronically through CM/ECF:

| | |
|---|---|
| Lynn Panagakos, Esq.<br>Michael Jerome Kennedy, Esq. | Attorneys for Defendant<br>MICHAEL J. MISKE, JR. |

DATED:  June 12, 2024, at Honolulu, Hawaii.

/s/ Kari Sherman
U.S. Attorney's Office
District of Hawaii