MICHAEL J. KENNEDY
Law Offices of Michael Jerome Kennedy, PLLC
Nevada State Bar #10103; California State Bar #193901
333 Flint Street, Reno NV 89501
775-221-7100 (office); 775-233-0914 (mobile)
Email: michael@mjkennedylaw.com
LYNN E. PANAGAKOS   7696
841 Bishop Street, Suite 2201
Honolulu, Hawai`i  96813
Telephone: (808) 542-9943
E-mail:  lynnpanagakos@yahoo.com

*Attorneys for Michael J. Miske, Jr. (01)*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| UNITED STATES OF AMERICA, | CR. NO. 19-00099-DKW-KJM |
|---|---|
| Plaintiff, | **DEFENDANT MICHAEL J. MISKE, JR.'S SIXTY-EIGHTH SUPPLEMENTAL EXHIBIT LIST; CERTIFICATE OF SERVICE** |
| vs. | |
| MICHAEL J. MISKE, JR. (01), | |
| Defendant. | |

**DEFENDANT'S SIXTY-EIGHTH SUPPLEMENTAL EXHIBIT LIST**

Mr. Miske respectfully submits his sixty-eighth supplemental exhibit list.[1]

DATED: June 12, 2024.

 */s/ Michael J. Kennedy*              */s/ Lynn E. Panagakos*
MICHAEL J. KENNEDY               LYNN E. PANAGAKOS
Counsel for Defendant
MICHAEL J. MISKE, JR (01)

---

[1] Mr. Miske reserves the right to add to, delete from, or otherwise modify this list during the course of trial.  See ECF No. 1272, PageID.11971, n.1.

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

| UNITED STATES OF AMERICA v. MICHAEL J. MISKE JR. et al. | SIXTY-EIGHTH SUPPLEMENTAL EXHIBIT LIST CR. NO. 19-00099 DKW |
|---|---|

| Presiding Judge: Hon. Derrick K. Watson | Plaintiff's Attorneys: Mark A. Inciong, Michael D. Nammar, W. KeAupuni Akina | Defense Attorneys: Lynn Panagakos, Michael Kennedy |
|---|---|---|
| Trial Date: January 8, 2024 | Court Reporter: Gloria Bediamol | Courtroom Deputy: Tammy Kimura |

| Exhibit No. | Marked | ID Only | Admitted | Description |
|---|---|---|---|---|
| 9534-002a | | | | Certified City & Co of Honolulu Parcel History TMK 4-1-023-046-0000 |
| 9534-003a | | | | Certified City & Co of Honolulu Parcel History TMK 4-7-054-011-0000 |
| 9534-004a | | | | Certified City & Co of Honolulu Parcel History TMK 4-1-033-073-0000 |
| 9534-005a | | | | Certified City & Co of Honolulu Parcel History TMK 3-9-109-051-0000 |
| 9534-006a | | | | Certified City & Co of Honolulu Parcel History TMK 4-5-020-065-0000 |
| 9534-007a | | | | Certified City & Co of Honolulu Parcel History TMK 4-5-020-066-0001 |
| 9534-008a | | | | Certified City & Co of Honolulu Parcel History TMK 1-4-017-028-0001 |

| Exhibit No. | Marked | ID Only | Admitted | Description |
|---|---|---|---|---|
| 9534-008b | | | | Certified City & Co of Honolulu Parcel History TMK 1-4-017-028-0002 |
| 9534-009a | | | | Certified City & Co of Honolulu Parcel History TMK 7-4-009-040-0005 |
| 9534-010a | | | | Certified City & Co of Honolulu Parcel History TMK 7-4-009-040-0004 |
| 9537-001 | | | | 1B599 Image Extraction - Photograph of Bank Teller |
| 9537-002 | | | | Metadata Report of IMG_2904 from 1B599 |
| 9537-003 | | | | Bank of Hawaii Statement *7729, 7/31/18 |
| 9537-004 | | | | Deposit into 94-029376 (1,324,635.25) with deposit items |
| 9537-005 | | | | First Hawaiian Bank Statement *9376 November 2010 Kamaaina Termite and Pest Control |
| 9537-006 | | | | First Hawaiian Bank Statement *9376 December 2010 Kamaaina Termite and Pest Control |
| 9537-007 | | | | $230,000 Check Image 11/08/10 |
| 9537-008 | | | | Kamaaina Termite & Pest Control, Inc. Reconcile Report, 11/30/10 |
| 9537-009 | | | | Kamaaina Termite & Pest Control, Inc. Reconcile Report, 12/31/10 |
| 9538-001 | | | | Photo of George Perry measuring Vikane on Scale from shoot truck |
| 9538-002 | | | | Photo of George Perry with folder of daily schedule and fume logs |
| 9538-003 | | | | Photo of George Perry at Polynesian Cultural Center with RDA |

CERTIFICATE OF SERVICE

    I, Lynn E. Panagakos, hereby certify that a true and correct copy of this document this filing has been duly served on all counsel of record through the court's electronic filing system.

    DATED: Honolulu, Hawai`i, June 12, 2024.

                                    /s/ Lynn E. Panagakos
                                    LYNN E. PANAGAKOS