CLARE E. CONNORS #7936
United States Attorney
District of Hawaii

MICHAEL D. NAMMAR
MARK A. INCIONG      CA BAR #163443
W. KEAUPUNI AKINA #11565
AISLINN AFFINITO
Assistant U.S. Attorneys
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email:      Michael.Nammar@usdoj.gov
            Mark.Inciong@usdoj.gov
            Keaupuni.Akina@usdoj.gov
            Aislinn.Affinito@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> MICHAEL J. MISKE, JR.,      (01) <br> aka "Bro," <br><br> Defendant. | CR. NO. 19-00099 DKW <br><br> GOVERNMENT'S FORTIETH SUPPLEMENTAL EXHIBIT LIST; CERTIFICATE OF SERVICE |

GOVERNMENT'S FORTIETH SUPPLEMENTAL EXHIBIT LIST

The Government hereby submits its fortieth supplemental exhibit list, attached hereto, in the above-captioned matter. The Government reserves the right to add to, delete from, or otherwise modify this list during the course of the trial.

DATED:  June 16, 2024, at Honolulu, Hawaii.

        CLARE E. CONNORS
        United States Attorney
        District of Hawaii


By   */s/ Mark A. Inciong*
     MICHAEL D. NAMMAR
     MARK A. INCIONG
     W. KEAUPUNI AKINA
     AISLINN AFFINITO
     Assistant U.S. Attorneys

## UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| **UNITED STATES OF AMERICA** | **FORTIETH SUPPLEMENTAL EXHIBIT LIST** |
|---|---|
| v. | |
| **MICHAEL J. MISKE JR.,** | CR. NO. 19-00099 DKW |

| **Presiding Judge:** Derrick K. Watson | **Plaintiff's Attorneys:** Mark A. Inciong<br>Michael D. Nammar<br>W. KeAupuni Akina<br>Aislinn Affinito | **Defense Attorneys:** Lynn Panagakos<br>Michael Kennedy |
|---|---|---|
| **Trial Date** January 8, 2024 | **Court Reporter:** | **Courtroom Deputy:** Tammy Kimura |

| EXH. NO. | DESCRIPTION | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|
| 1-1132 | Phil Carson CV | | |
| 1-1133 | Defense updated Rule16(b)(1)(C) disclosure letter; December 7, 2023 | | |
| 9-1371 | Text between Miske and Otani dated September 27, 2016 | | |
| 9-1372 | April 7, 2010 Michael Miske Letter to Pacific Rim Bank | | |
| 9-1373 | Makana Pacific General Ledger January 2017 - September 2018 | | |
| 9-1374 | Pacific Rim Consumer Loan Application | | |

```
```

CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served on the following counsel on the date and in the manner described below:

Served Electronically through CM/ECF:

| Lynn Panagakos, Esq. | Attorneys for Defendant |
| Michael Jerome Kennedy, Esq. | MICHAEL J. MISKE, JR. |

DATED: June 16, 2024, at Honolulu, Hawaii.

/s/ Kari Sherman
U.S. Attorney's Office
District of Hawaii