MICHAEL J. KENNEDY
Law Offices of Michael Jerome Kennedy, PLLC
Nevada State Bar #10103; California State Bar #193901
333 Flint Street, Reno NV 89501
775-221-7100 (office); 775-233-0914 (mobile)
Email: michael@mjkennedylaw.com
LYNN E. PANAGAKOS   7696
841 Bishop Street, Suite 2201
Honolulu, Hawai`i  96813
Telephone: (808) 542-9943
E-mail:  lynnpanagakos@yahoo.com

*Attorneys for Michael J. Miske, Jr. (01)*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. MISKE, JR. (01),<br><br>Defendant. | CR. NO. 19-00099-DKW-KJM<br><br>**DEFENDANT MICHAEL J. MISKE, JR.'S SEVENTY-FIRST SUPPLEMENTAL EXHIBIT LIST; CERTIFICATE OF SERVICE** |

**DEFENDANT'S SEVENTY-FIRST SUPPLEMENTAL EXHIBIT LIST**

Mr. Miske respectfully submits his seventy-first supplemental exhibit list.[1]

DATED: June 19, 2024.

 */s/ Michael J. Kennedy*          */s/ Lynn E. Panagakos*
MICHAEL J. KENNEDY             LYNN E. PANAGAKOS
Counsel for Defendant
MICHAEL J. MISKE, JR (01)

---

[1] Mr. Miske reserves the right to add to, delete from, or otherwise modify this list during the course of trial.  See ECF No. 1272, PageID.11971, n.1.

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

| UNITED STATES OF AMERICA v. MICHAEL J. MISKE JR. et al. | SEVENTY-FIRST SUPPLEMENTAL EXHIBIT LIST CR. NO. 19-00099 DKW |
|---|---|

| Presiding Judge: Hon. Derrick K. Watson | Plaintiff's Attorneys: Mark A. Inciong, Michael D. Nammar, W. KeAupuni Akina | Defense Attorneys: Lynn Panagakos, Michael Kennedy |
|---|---|---|
| Trial Date: January 8, 2024 | Court Reporter: Gloria Bediamol | Courtroom Deputy: Tammy Kimura |

| Exhibit No. | Marked | ID Only | Admitted | Description |
|---|---|---|---|---|
| 9541-001 | | | | Marc Taylor Report 6/19/2024 |
| 9541-002 | | | | Diagram Drawing of Boston Whaler Evidence; 00025036 |
| 9541-003 | | | | Latent Prints Log re Boston Whaler; 00025060 |
| 9541-004 | | | | HPD Evidence Report 16-303138 re Samples; 00191795 |
| 9541-005 | | | | HPD Incident Report 16-303138; 00191796 |
| 9542-001 | | | | Photograph of interior The Standard |
| 9542-002 | | | | Photograph of interior and art at The Standard |
| 9542-003 | | | | Photograph of The Standard Logo |
| 9542-004 | | | | Photograph of interior The M |
| 9542-005 | | | | Photograph of interior and statue at The M |

CERTIFICATE OF SERVICE

I, Lynn E. Panagakos, hereby certify that a true and correct copy of this document this filing has been duly served on all counsel of record through the court's electronic filing system.

DATED: Honolulu, Hawai`i, June 19, 2024.

/s/ Lynn E. Panagakos
LYNN E. PANAGAKOS