MICHAEL J. KENNEDY
Law Offices of Michael Jerome Kennedy, PLLC
Nevada State Bar #10103; California State Bar #193901
333 Flint Street, Reno NV 89501
775-221-7100 (office); 775-233-0914 (mobile)
Email: michael@mjkennedylaw.com
LYNN E. PANAGAKOS   7696
841 Bishop Street, Suite 2201
Honolulu, Hawai`i  96813
Telephone: (808) 542-9943
E-mail:  lynnpanagakos@yahoo.com

*Attorneys for Michael J. Miske, Jr. (01)*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. 19-00099-DKW-KJM |
| Plaintiff, | |
| | **DEFENDANT MICHAEL J. MISKE, JR.'S SEVENTY-SECOND SUPPLEMENTAL EXHIBIT LIST; CERTIFICATE OF SERVICE** |
| vs. | |
| MICHAEL J. MISKE, JR. (01), | |
| Defendant. | |

**DEFENDANT'S SEVENTY-SECOND SUPPLEMENTAL EXHIBIT LIST**

Mr. Miske respectfully submits his seventy-second supplemental exhibit list.[1]

DATED: June 20, 2024.

*/s/ Michael J. Kennedy*          */s/ Lynn E. Panagakos*
MICHAEL J. KENNEDY              LYNN E. PANAGAKOS
Counsel for Defendant
MICHAEL J. MISKE, JR (01)

---

[1] Mr. Miske reserves the right to add to, delete from, or otherwise modify this list during the course of trial.  See ECF No. 1272, PageID.11971, n.1.

# UNITED STATES DISTRICT COURT
# DISTRICT OF HAWAII

| UNITED STATES OF AMERICA | SEVENTY-SECOND SUPPLEMENTAL |
|---|---|
| v. | EXHIBIT LIST |
| MICHAEL J. MISKE JR. et al. | CR. NO. 19-00099 DKW |

| Presiding Judge:<br>Hon. Derrick K. Watson | Plaintiff's Attorneys:<br>Mark A. Inciong<br>Michael D. Nammar<br>W. KeAupuni Akina | Defense Attorneys:<br>Lynn Panagakos<br>Michael Kennedy |
|---|---|---|
| Trial Date:<br>January 8, 2024 | Court Reporter:<br>Gloria Bediamol | Courtroom Deputy:<br>Tammy Kimura |

| Exhibit No. | Marked | ID Only | Admitted | Description |
|---|---|---|---|---|
| 9543-001 | | | | 7/27/10 Keola Lai Proposal, Signed |
| 9543-002 | | | | Keola Lai Proposal for Fumigation Response #10; 00315267 |
| 9543-003 | | | | May 18 2010 Proposal for Fumigation; 00145797 |
| 9544-001 | | | | HPD Incident Report 16-303138; 00191677 |
| 9544-002 | | | | HPD Evidence Report 16-303138 re Samples; 00191722 |
| 9544-003 | | | | HPD Scientific Investigation Section Report 1/25/17; 00191747 |
| 9545-001 | | | | Photograph of Caleb and Red VW Bug |
| 9545-002 | | | | Photograph of Mike and Andi with Red VW Bug |
| 9545-003 | | | | Photographs of Red VW Bug restoration |
| 9545-004 | | | | Photographs of Green VW Bug restoration |

2

| Exhibit No. | Marked | ID Only | Admitted | Description |
|---|---|---|---|---|
| 9546-001 | | | | Text messages between Kalei Santos, Mike Miske and Chris Bourne |

CERTIFICATE OF SERVICE

I, Lynn E. Panagakos, hereby certify that a true and correct copy of this document this filing has been duly served on all counsel of record through the court's electronic filing system.

DATED: Honolulu, Hawai`i, June 20, 2024.

/s/ Lynn E. Panagakos
LYNN E. PANAGAKOS

3