1                IN THE UNITED STATES DISTRICT COURT

2                   FOR THE DISTRICT OF HAWAII

3
      UNITED STATES OF AMERICA,    )      CRIMINAL NO. 19-00099-DKW
4                                  )
                 Plaintiff,        )      Honolulu, Hawaii
5                                  )
            vs.                    )      February 12, 2024
6                                  )
      MICHAEL J. MISKE, JR.,       )      TESTIMONY OF SARA TUFELE
7                                  )
                 Defendant.        )
8     _____)

9
                  PARTIAL TRANSCRIPT OF JURY TRIAL (DAY 18)
10                BEFORE THE HONORABLE DERRICK K. WATSON,
                  CHIEF UNITED STATES DISTRICT COURT JUDGE
11
      APPEARANCES:
12
      For the Plaintiff:            MARK INCIONG, ESQ.
13                                  MICHAEL DAVID NAMMAR, ESQ
                                    WILLIAM KE AUPUNI AKINA, ESQ.
14                                  AISLINN AFFINITO, ESQ.
                                    Office of the United States Attorney
15                                  PJKK Federal Building
                                    300 Ala Moana Boulevard, Suite 6100
16                                  Honolulu, Hawaii  96850

17    For the Defendant:            LYNN E. PANAGAKOS, ESQ.
                                    841 Bishop St., Ste 2201
18                                  Honolulu, HI 96813

19                                  MICHAEL JEROME KENNEDY, ESQ.
                                    Law Offices of Michael Jerome
20                                  Kennedy, PLLC
                                    333 Flint Street
21                                  Reno, NV 89501

22    Official Court Reporter:      Gloria T. Bediamol, RPR RMR CRR FCRR
                                    United States District Court
23                                  300 Ala Moana Boulevard
                                    Honolulu, Hawaii 96850
24
       Proceedings recorded by machine shorthand, transcript produced
25     with computer-aided transcription (CAT).

```
 1                        I N D E X

 2   GOVERNMENT WITNESS:                              PAGE NO.

 3
      SARA TUFELE
 4
          DIRECT EXAMINATION BY MR. NAMMAR                4
 5        CROSS-EXAMINATION BY MS. PANAGAKOS             60

 6
     EXHIBITS:                                        PAGE NO.
 7
 8    Exhibit 9-580 was received in evidence            19
      Exhibit 9-194 was received in evidence            21
 9    Exhibit 9-831 was received in evidence            23
      Exhibit 1-852 was received in evidence            29
10    Exhibit 1-858 was received in evidence            54
      Exhibits 1-859 and 1-860 were received in evidence 55
11    Exhibit 1-546 was received in evidence            57
      Exhibits 9015-003 and 9015-004 were received in   61
12    evidence
      Exhibit 9051-047 was received in evidence         65
13    Exhibit 9051-048 was received in evidence         67
      Exhibit 9051-49 was received in evidence          67
14    Exhibit 9051-036 was received in evidence         75

15

16

17

18

19

20

21

22

23

24

25
```

| | | |
|---|---|---|
| | 1 | February 12, 2024                                    11:48 a.m. |
| | 2 | --oo0oo-- |
| 11:48AM | 3 | THE CLERK:  Criminal Number 19-00099-DKW-KJM, United |
| 11:48AM | 4 | States of America versus Michael J. Miske, Jr. |
| 11:48AM | 5 | This case has been called for jury trial, day 18. |
| 11:48AM | 6 | Counsel, please make your appearances for the record. |
| 11:48AM | 7 | MR. INCIONG:  Good morning, Your Honor.  Mark Inciong, |
| 11:48AM | 8 | Michael Nammar, and KeAupuni Akina for the United States.  Also |
| 11:48AM | 9 | present with us is FBI Special Agent Thomas Palmer and Kari |
| 11:48AM | 10 | Sherman. |
| 11:48AM | 11 | THE COURT:  All right.  Good morning to you.  We can |
| 11:48AM | 12 | only barely still say that. |
| 11:48AM | 13 | MR. KENNEDY:  I'll speak fast.  Good morning, Your |
| 11:48AM | 14 | Honor.  Michael Kennedy with Lynn Panagakos, Michael Miske, |
| 11:48AM | 15 | Ashley King, and Josh Barry is joining us.  Good morning, |
| 11:48AM | 16 | everyone. |
| 11:48AM | 17 | THE COURT:  Good morning.  You may all be seated. |
| 11:48AM | 18 | Good morning to the 17 persons on our jury.  We are getting a |
| 11:48AM | 19 | little bit later start, I think, than we had all anticipated |
| 11:48AM | 20 | this morning.  But as they say, what's the cliche?  Better late |
| 11:48AM | 21 | than never. |
| 11:48AM | 22 | So we are continuing with the government's case in |
| 11:49AM | 23 | chief.  When we were last together, seems like an eternity ago |
| 11:49AM | 24 | a little bit, which is about ten days or so ago, we had heard |
| 11:49AM | 25 | from a couple of IRS employees very, very briefly.  And so |

4

| | | |
|---|---|---|
| 11:49AM | 1 | Mr. Inciong and the government may call its next witness. |
| 11:49AM | 2 | MR. NAMMAR:  United States calls Sara Tufele. |
| 11:49AM | 3 | THE CLERK:  Please raise your right hand. |
| 11:49AM | 4 | SARA TUFELE, |
| 11:49AM | 5 | called as a witness, having been first duly sworn, was examined |
| 11:49AM | 6 | and testified as follows: |
| 11:49AM | 7 | THE CLERK:  Please state your full name, spelling your |
| 11:49AM | 8 | last name for the record. |
| 11:49AM | 9 | THE WITNESS:  Sara Maile Tufele, T-U-F-E-L-E. |
| 11:49AM | 10 | DIRECT EXAMINATION |
| 11:49AM | 11 | BY MR. NAMMAR: |
| 11:49AM | 12 | Q    Good morning, Ms. Tufele. |
| 11:50AM | 13 | A    Good morning. |
| 11:50AM | 14 | Q    Do you know a person named Wayne Miller? |
| 11:50AM | 15 | A    Yes. |
| 11:50AM | 16 | Q    How do you know Mr. Miller? |
| 11:50AM | 17 | A    He is my son's father. |
| 11:50AM | 18 | Q    You have a son with him? |
| 11:50AM | 19 | A    Yes. |
| 11:50AM | 20 | Q    How old is your son now? |
| 11:50AM | 21 | A    Nine. |
| 11:50AM | 22 | Q    How did you meet Mr. Miller? |
| 11:50AM | 23 | A    At the M Nightclub. |
| 11:50AM | 24 | Q    Okay.  When did you meet him, if you recall? |
| 11:50AM | 25 | A    2013. |

| | | | |
|---|---|---|---|
| 11:50AM | 1 | Q | And do you remember who was present when you met him at |
| 11:50AM | 2 | | the M Nightclub? |
| 11:50AM | 3 | A | Mike Miske. |
| 11:50AM | 4 | Q | Did a relationship start after that? |
| 11:50AM | 5 | A | Yes. |
| 11:50AM | 6 | Q | How long did your relationship with Mr. Miller last? |
| 11:50AM | 7 | A | About five years. |
| 11:50AM | 8 | Q | And how many children did you have together? |
| 11:50AM | 9 | A | One. |
| 11:50AM | 10 | Q | When you were in a relationship with Mr. Miller, did you |
| 11:50AM | 11 | | get to know his closest friends? |
| 11:50AM | 12 | A | Yes. |
| 11:51AM | 13 | Q | Who were Mr. Miller's closest friends? |
| 11:51AM | 14 | A | Mike, John, some others. |
| 11:51AM | 15 | Q | Okay.  When you say Mike, who is that? |
| 11:51AM | 16 | A | Mike Miske. |
| 11:51AM | 17 | Q | Do you see Mr. Miske in the courtroom today? |
| 11:51AM | 18 | A | Yes. |
| 11:51AM | 19 | Q | Can you point him out and describe an article of clothing |
| 11:51AM | 20 | | he is wearing? |
| 11:51AM | 21 | A | He's wearing, like, a brown or beige suit. |
| 11:51AM | 22 | | MR. NAMMAR:  May the record reflect that the witness |
| 11:51AM | 23 | | has identified the defendant? |
| 11:51AM | 24 | | THE COURT:  Yes.  The record should reflect |
| 11:51AM | 25 | | Ms. Tufele's identification of the defendant, Mr. Miske. |

| | | |
|---|---|---|
| 11:51AM | 1 | BY MR. NAMMAR: |
| 11:51AM | 2 | Q    You also mentioned a person named John was one of his |
| 11:51AM | 3 | closest friends. |
| 11:51AM | 4 | Who is John? |
| 11:51AM | 5 | A    Mike's half brother. |
| 11:51AM | 6 | Q    Did you know John's last name? |
| 11:51AM | 7 | A    Stancil. |
| 11:51AM | 8 | Q    Would you socialize with Mr. Miller and his closest |
| 11:51AM | 9 | friends John and Mike Miske? |
| 11:51AM | 10 | A    Yes. |
| 11:51AM | 11 | Q    What would you guys do when you socialized? |
| 11:51AM | 12 | A    Dinners, go to each other's homes. |
| 11:52AM | 13 | Q    Would you ever go to the beach? |
| 11:52AM | 14 | A    Yes.  We would go ride jet skis at Maunalua Bay. |
| 11:52AM | 15 | Q    Where would you go, if you recall, at Maunalua Bay? |
| 11:52AM | 16 | A    Near the tree. |
| 11:52AM | 17 | Q    And is there any businesses that you could tell us that |
| 11:52AM | 18 | are near by the tree?  Is that what you said? |
| 11:52AM | 19 | A    Yes.  Across is Outback Steakhouse and Roy's. |
| 11:52AM | 20 | Q    And what part of an island is that? |
| 11:52AM | 21 | A    Hawaii Kai. |
| 11:52AM | 22 | Q    Do you know whether Mr. Miske had any girlfriends? |
| 11:52AM | 23 | A    Yes. |
| 11:52AM | 24 | Q    Who did you know to be his girlfriends? |
| 11:52AM | 25 | A    Andi, Heather, and Angela. |

| | | | |
|---|---|---|---|
| 11:52AM | 1 | Q | Did you know Andi's last name? |
| 11:52AM | 2 | A | Kaneakua. |
| 11:52AM | 3 | Q | Did you become friends with any of Mr. Miske's |
| 11:52AM | 4 | | girlfriends? |
| 11:52AM | 5 | A | Yes. |
| 11:52AM | 6 | Q | Andi Kaneakua, did you know what she did for work? |
| 11:52AM | 7 | A | She worked at Kama'aina. |
| 11:52AM | 8 | Q | Did you know what Ms. Kaneakua did at Kama'aina? |
| 11:53AM | 9 | A | I think she was, like, the general manager or something |
| 11:53AM | 10 | | similar to that. |
| 11:53AM | 11 | Q | You mentioned an Angela? |
| 11:53AM | 12 | A | Yes. |
| 11:53AM | 13 | Q | Did you know her last name? |
| 11:53AM | 14 | A | Varnadore. |
| 11:53AM | 15 | Q | Did you know what Ms. Varnadore did for work? |
| 11:53AM | 16 | A | She did all Mike's, like, marketing proposals. |
| 11:53AM | 17 | Q | Okay.  Did you know for what companies she did marketing? |
| 11:53AM | 18 | A | I believe his umbrella businesses. |
| 11:53AM | 19 | Q | Did you know a Heather Freeman? |
| 11:53AM | 20 | A | Yes. |
| 11:53AM | 21 | Q | Who is that? |
| 11:53AM | 22 | A | His other partner. |
| 11:53AM | 23 | Q | And did you know what she did for work? |
| 11:53AM | 24 | A | Aesthetician. |
| 11:53AM | 25 | Q | Do you know if she ever worked in any nightclubs? |

| | | | |
|---|---|---|---|
| 11:53AM | 1 | A | Yes.  She worked at Mike's nightclub. |
| 11:53AM | 2 | Q | Have you heard of the nightclub Addiction? |
| 11:53AM | 3 | A | Yes. |
| 11:53AM | 4 | Q | Do you know whether Ms. Freeman ever worked there? |
| 11:53AM | 5 | A | I believe she did. |
| 11:53AM | 6 | Q | Do you know a person named -- where is Addiction located, |
| 11:54AM | 7 | | excuse me. |
| 11:54AM | 8 | A | It is in -- it's across from the -- it's in by the Prince |
| 11:54AM | 9 | | Hotel. |
| 11:54AM | 10 | Q | In Waikiki? |
| 11:54AM | 11 | A | Yeah, across from Chart House. |
| 11:54AM | 12 | Q | Sort of on the entrance of Waikiki town side? |
| 11:54AM | 13 | A | Yes. |
| 11:54AM | 14 | Q | Do you know a person by the name of Tori Clegg? |
| 11:54AM | 15 | A | Yes. |
| 11:54AM | 16 | Q | Who is that, if you know? |
| 11:54AM | 17 | A | She was another of his partners. |
| 11:54AM | 18 | Q | And did you know what Ms. Clegg did for work? |
| 11:54AM | 19 | A | Dental hygienist. |
| 11:54AM | 20 | Q | Did you know a person by the name of Anna Ueda (phonetic)? |
| 11:54AM | 21 | A | Yes. |
| 11:54AM | 22 | Q | How did you know Ms. Ueda? |
| 11:54AM | 23 | A | Heather Freeman's, I believe, husband that passed away's |
| 11:54AM | 24 | | cousin. |
| 11:54AM | 25 | Q | Okay.  Would you ever hang out with Heather, Michael |

| | | |
|---|---|---|
| 11:54AM | 1 | Miske, and Anna Ueda? |
| 11:54AM | 2 | A    Yes. |
| 11:54AM | 3 | Q    Was Anna Ueda -- was she in a relationship with anyone, if |
| 11:55AM | 4 | you know? |
| 11:55AM | 5 | A    Yes. |
| 11:55AM | 6 | Q    Who was that? |
| 11:55AM | 7 | A    Daniel Ueda. |
| 11:55AM | 8 | Q    What would you all do when you would socialize? |
| 11:55AM | 9 | A    Like, celebrate someone's birthday, like Heather's. |
| 11:55AM | 10 | Q    Would Michael Miske be present? |
| 11:55AM | 11 | A    Yes. |
| 11:55AM | 12 | Q    And would Wayne Miller be present? |
| 11:55AM | 13 | A    Yes. |
| 11:55AM | 14 | Q    Do you know whether the Uedas had any contacts or |
| 11:55AM | 15 | connections with law enforcement? |
| 11:55AM | 16 | A    I believe so, yes. |
| 11:55AM | 17 | Q    What do you believe was their contact or connection with |
| 11:55AM | 18 | law enforcement? |
| 11:55AM | 19 | A    I don't know exactly, but I think they had a friend or a |
| 11:55AM | 20 | relative. |
| 11:55AM | 21 | Q    When you were in a relationship with Mr. Miller, what |
| 11:55AM | 22 | you've told us was about five years long, was he healthy? |
| 11:55AM | 23 | A    Up until 2017, yes. |
| 11:55AM | 24 | Q    Okay.  And what do you recall happening in 2017? |
| 11:55AM | 25 | A    So in 2016, Wayne had to have a life-threatening surgery |

| | | |
|---|---|---|
| 11:55AM | 1 | to replace his entire aorta except the arch.  And we flew to |
| 11:56AM | 2 | Houston Medical Center where he had that -- placed that |
| 11:56AM | 3 | surgery.  And shortly after, he had a few additional surgeries |
| 11:56AM | 4 | to fix tissue that separated.  And after that, I think he |
| 11:56AM | 5 | developed the pain medication addiction. |
| 11:56AM | 6 | Q    Were you present for his surgeries? |
| 11:56AM | 7 | A    Yes. |
| 11:56AM | 8 | Q    How many were there, if you recall? |
| 11:56AM | 9 | A    Three. |
| 11:56AM | 10 | Q    You mentioned the first one was in Texas? |
| 11:56AM | 11 | A    Correct. |
| 11:56AM | 12 | Q    Do you recall where? |
| 11:56AM | 13 | A    Houston Medical Center. |
| 11:56AM | 14 | Q    Were you present for that? |
| 11:56AM | 15 | A    Yes. |
| 11:56AM | 16 | Q    Where were the other surgeries? |
| 11:56AM | 17 | A    One, I believe -- if I recall correctly -- was also in |
| 11:56AM | 18 | Houston.  And the second one -- the third one was here in |
| 11:56AM | 19 | Honolulu; Straub or Queens, one of them. |
| 11:56AM | 20 | Q    You mentioned that Mr. Miller developed a problem with |
| 11:56AM | 21 | pain medication. |
| 11:56AM | 22 |         Did he, if you know, receive any pain medication |
| 11:57AM | 23 | associated with those surgeries? |
| 11:57AM | 24 | A    Yes, oxycodone. |
| 11:57AM | 25 | Q    How did you learn that Mr. Miller had a problem with |

11:57AM  1   oxycodone?

11:57AM  2   A    When he couldn't pay his bills or anything, I started

11:57AM  3   getting delinquent loan statements.

11:57AM  4   Q    Did you try to help Mr. Miller with his problem with

11:57AM  5   oxycodone?

11:57AM  6   A    Yes.

11:57AM  7   Q    How did you try to help him?

11:57AM  8   A    Through encouragement at first, and then anger after, and

11:57AM  9   then recommended him to go get treatment, which he did.

11:57AM  10  Q    And where did he go seek treatment?

11:57AM  11  A    I think one for sure was in Las Vegas.  I know he tried a

11:57AM  12  couple here in Honolulu, and maybe in California.

11:57AM  13  Q    Did it work, the treatment?

11:57AM  14  A    I would say for the full extent of 2017, I would say maybe

11:58AM  15  right up until he got arrested.  Like, maybe, like, a month

11:58AM  16  before he got arrested, I thought maybe he got clean and sober

11:58AM  17  but I can't be certain.

11:58AM  18  Q    When Mr. Miller was using oxys and he was around you, did

11:58AM  19  he act differently at all?

11:58AM  20  A    No, he was just tired.

11:58AM  21  Q    Did Mr. Miller's use of oxycodone appear to affect his

11:58AM  22  memory?

11:58AM  23  A    Not that I can recall.

11:58AM  24  Q    Why do you believe that?

11:58AM  25  A    I mean, I would have normal conversations with him.  He

| | | |
|---|---|---|
| 11:58AM | 1 | knew he was delinquent on his bills.  Things that I would tell |
| 11:58AM | 2 | him he would still remember. |
| 11:58AM | 3 | Q    So it seemed like he had the ability to recall? |
| 11:58AM | 4 | A    Yes. |
| 11:58AM | 5 | Q    Were you served a subpoena to testify here today? |
| 11:58AM | 6 | A    Yes. |
| 11:58AM | 7 | Q    Do you understand that subpoena requires you to show up? |
| 11:58AM | 8 | A    Yes. |
| 11:58AM | 9 | Q    Do you want to be here today? |
| 11:58AM | 10 | A    Absolutely not. |
| 11:59AM | 11 | Q    Caleb Miske, do you know who that was? |
| 11:59AM | 12 | A    Mike's son. |
| 11:59AM | 13 | Q    And did you learn at some point that he was in a car |
| 11:59AM | 14 | accident? |
| 11:59AM | 15 | A    Yes. |
| 11:59AM | 16 | Q    Do you remember how you heard about that? |
| 11:59AM | 17 | A    We got a phone call in November of 2015 that we needed to |
| 11:59AM | 18 | go to the hospital because he was in a serious car accident. |
| 11:59AM | 19 | Q    When you say "we"? |
| 11:59AM | 20 | A    Wayne and myself. |
| 11:59AM | 21 | Q    Did you go to the hospital? |
| 11:59AM | 22 | A    Um-hm. |
| 11:59AM | 23 | Q    Multiple times? |
| 11:59AM | 24 | A    Yes. |
| 11:59AM | 25 | Q    And when you were at the hospital, were you with |

11:59AM   1   Mr. Miller?

11:59AM   2   A   Yes.

11:59AM   3   Q   And did you speak with Mr. Miske during those visits?

11:59AM   4   A   Here and there.

11:59AM   5   Q   Okay.  Did the subject of who was the driver in the car

11:59AM   6   crash ever come up when you were with Mr. Miske?

11:59AM   7   A   Yes.  I recall someone making a statement that Caleb was

12:00PM   8   the driver, and I asked Mike about it at the hospital.  And he

12:00PM   9   said no, that's not accurate.

12:00PM   10   Q   Was he upset when he told you it was not accurate?

12:00PM   11   A   No.

12:00PM   12   Q   The Poke Shack, I want to ask you some questions about

12:00PM   13   that.

12:00PM   14   Have you heard of the Poke Shack?

12:00PM   15   A   Yes.

12:00PM   16   Q   What is the Poke Shack?

12:00PM   17   A   It was a business that Wayne wanted to start here in

12:00PM   18   Honolulu.  He tasted poke in Kona, and he loved the food and

12:00PM   19   the recipes and thought it would be a great business

12:00PM   20   opportunity here in Honolulu.  And so he and Mike discussed it.

12:00PM   21   And at the time, he hadn't had his surgery yet.  And so he

12:00PM   22   wanted to have a legacy for his son, so he asked me to be the

12:01PM   23   owner of the wagon if he invested in it.

12:01PM   24   Q   Okay.  You said he asked you to be the owner, but who did

12:01PM   25   you understand -- eventually, did it get off the ground, the

12:01PM    1    wagon?

12:01PM    2    A    Yes.  It wasn't something that I wanted to do.  It was

12:01PM    3    Wayne's idea, and so he asked Mike to help him get his plan off

12:01PM    4    the ground.

12:01PM    5    Q    And did Mike assist with that?

12:01PM    6    A    Yes.

12:01PM    7    Q    How so?

12:01PM    8    A    He and Wayne came up with an idea to start a store front,

12:01PM    9    but before we started a store front, they decided to invest in

12:01PM   10    a wagon.  And they had put myself and Jason Yokoyama as the

12:01PM   11    owners for the business.

12:01PM   12    Q    In reality, who did you believe to be the owners?

12:01PM   13    A    Mike and Wayne.

12:01PM   14    Q    And why did you think that Mike and Wayne were the owners?

12:01PM   15    A    They were the ones that invested in the business.

12:01PM   16    Q    When it first started?

12:02PM   17    A    Correct.

12:02PM   18    Q    You mentioned the term wagon.

12:02PM   19         Can you tell the jury what that means?

12:02PM   20    A    It was a lunch truck, mobile lunch truck.  It was an old

12:02PM   21    Frito Lay truck that had some modifications done to it to serve

12:02PM   22    food out of it.

12:02PM   23    Q    Do you know where it was initially acquired, the Frito Lay

12:02PM   24    truck?

12:02PM   25    A    No.

| 12:02PM | 1  | Q   Do you know who put up the money for the Frito Lay truck |
| 12:02PM | 2  | initially? |
| 12:02PM | 3  | A   Mike and Wayne. |
| 12:02PM | 4  | Q   You mentioned modifications to the Frito Lay truck. |
| 12:02PM | 5  | Can you tell us what those were? |
| 12:02PM | 6  | A   I believe they gutted the interior, did a wrap, installed |
| 12:02PM | 7  | kitchen equipment. |
| 12:02PM | 8  | Q   Do you know who handled that work? |
| 12:02PM | 9  | A   Mike and Wayne. |
| 12:02PM | 10 | Q   Do you know who a person by the name of Alfredo Cabael is? |
| 12:02PM | 11 | A   Yes. |
| 12:02PM | 12 | Q   Tell us about him. |
| 12:02PM | 13 | A   Al was Mike's right-hand man.  Whatever he needed to be |
| 12:03PM | 14 | done for any of the businesses, he would do what needed to be |
| 12:03PM | 15 | done.  And if I recall correctly, he was the one that brought |
| 12:03PM | 16 | the Frito truck to the shop. |
| 12:03PM | 17 | Q   Do you know whether he worked on some of the modifications |
| 12:03PM | 18 | to the Frito Lay truck? |
| 12:03PM | 19 | A   I think so. |
| 12:03PM | 20 | Q   Okay.  Did the truck eventually become operational? |
| 12:03PM | 21 | A   Yes. |
| 12:03PM | 22 | Q   Did you then assist in the operation of the food truck? |
| 12:03PM | 23 | A   Yes. |
| 12:03PM | 24 | Q   How did you assist? |
| 12:03PM | 25 | A   First I started learning from Jason.  He had the business |

12:03PM    1    aspect to teach me of getting all the pertinent documentation;

12:03PM    2    the licensing, things like that.  And then I learned how to

12:03PM    3    make the pokes and, like, work with different vendors to

12:03PM    4    purchase food and serve the food.

12:03PM    5    Q    You mentioned Jason.

12:03PM    6         Who is that?

12:03PM    7    A    Jason Yokoyama was -- was Mike's other business partner,

12:04PM    8    very knowledgeable in business.  I don't know exactly all the

12:04PM    9    businesses.  I think he had, like, a clothing line and helped

12:04PM   10    with the M Nightclub.

12:04PM   11    Q    Would you ever see Jason at the M Nightclub?

12:04PM   12    A    Yes.

12:04PM   13    Q    And what did you understand that he did for the M

12:04PM   14    Nightclub?

12:04PM   15    A    Maybe he was a silent investor, but he was always in the

12:04PM   16    front running the operation.

12:04PM   17    Q    Did you know Jason's last name?

12:04PM   18    A    Yokoyama.

12:04PM   19    Q    How did the day-to-day operations of the food truck work?

12:04PM   20    A    So it was parked in a warehouse near Mike's Kama'aina

12:04PM   21    Termite shop on Queen.  When it would open, it would be driven

12:04PM   22    in front of the Kama'aina shop in two parking stalls.  And then

12:04PM   23    we would open for a few hours for lunch.  And the M Nightclub

12:04PM   24    was the certified kitchen, and food would be prepared and then

12:04PM   25    served out of the wagon.

| | | | |
|---|---|---|---|
| 12:04PM | 1 | Q | And where would the wagon be parked? |
| 12:05PM | 2 | A | Right outside of Kama'aina Termite in the beginning. |
| 12:05PM | 3 | Q | And did it move eventually to different spots? |
| 12:05PM | 4 | A | Yes, Home Depot in Honolulu. |
| 12:05PM | 5 | Q | If you had questions about the operation of the truck, who |
| 12:05PM | 6 | | would you contact? |
| 12:05PM | 7 | A | Initially I would contact Jason.  And then there was a |
| 12:05PM | 8 | | major shift.  I was attending school so it was not like my |
| 12:05PM | 9 | | first priority.  And in 2016 -- the beginning of 2016, Wayne |
| 12:05PM | 10 | | had his surgery and Caleb passed away.  And from there, nobody |
| 12:05PM | 11 | | had the time to worry about the wagon, and so essentially, it |
| 12:05PM | 12 | | kind of closed shop. |
| 12:05PM | 13 | Q | So the business stopped operating? |
| 12:05PM | 14 | A | Yes. |
| 12:05PM | 15 | Q | Did anyone, if you recall, direct you on where to park the |
| 12:05PM | 16 | | food truck? |
| 12:05PM | 17 | A | Yes.  It was always Wayne and Mike. |
| 12:05PM | 18 | Q | You mentioned that the M Nightclub was the certified |
| 12:06PM | 19 | | kitchen. |
| 12:06PM | 20 | | What did you mean by that? |
| 12:06PM | 21 | A | For food preparation. |
| 12:06PM | 22 | Q | Okay.  Why couldn't you just use the food trucks for food |
| 12:06PM | 23 | | preparation? |
| 12:06PM | 24 | A | From what I understand, you needed a certified kitchen to |
| 12:06PM | 25 | | prepare food. |

12:06PM  1   Q   And the M Nightclub had such a kitchen?

12:06PM  2   A   Uh-huh.

12:06PM  3   Q   You said that the truck stopped operating, right?

12:06PM  4   A   Uh-huh.

12:06PM  5   Q   Do you recall what happened with the food truck when it

12:06PM  6   stopped operating?

12:06PM  7   A   On one occasion, I asked Mike and I believe he had a buyer

12:06PM  8   and that was it.  I don't know what happened to it after.

12:06PM  9   Q   Were you involved in the sale at all of the --

12:06PM  10  A   No.

12:06PM  11  Q   -- food truck.  Do you know if Mr. Miller was?

12:06PM  12  A   No.

12:06PM  13  Q   What was done about the taxes?

12:06PM  14  A   So I had reached out to Jason in regards to what to do

12:06PM  15  with the taxes.  I didn't get feedback from him.  He gave me

12:07PM  16  Trisha Castro's phone number.  She didn't really get back to

12:07PM  17  me.  Again, this is the time during when Caleb passed away and

12:07PM  18  I think the M was closing down.  There was just a lot of, like,

12:07PM  19  other larger priorities, so I took it upon myself to file the

12:07PM  20  income from the business under my own individual taxes.

12:07PM  21  Q   Even though you didn't believe you were the owner?

12:07PM  22  A   Correct.  But because my name was on it I wanted to make

12:07PM  23  sure that the right thing was done.

12:07PM  24  Q   You mentioned somebody by the name of Trisha Castro.

12:07PM  25      Who is that?

| | | |
|---|---|---|
| 12:07PM | 1 | A    She was Mike and Jason's accountant. |
| 12:07PM | 2 | Q    Did you file those tax returns yourself for the food |
| 12:07PM | 3 | truck, or did you have help? |
| 12:07PM | 4 | A    I had a tax preparer help me who I've been going to for |
| 12:07PM | 5 | 14 years. |
| 12:07PM | 6 | Q    Can we show the witness only Exhibit 9-580, which is a two |
| 12:08PM | 7 | paged document. |
| 12:08PM | 8 |       Do you recognize the two photos that are up on the |
| 12:08PM | 9 | screen in front of you? |
| 12:08PM | 10 | A    Yes. |
| 12:08PM | 11 | Q    And how are you able to recognize them? |
| 12:08PM | 12 | A    It's the Poke Shack food truck. |
| 12:08PM | 13 | Q    Did they fairly and accurately depict the Poke Shack food |
| 12:08PM | 14 | truck as you remember it? |
| 12:08PM | 15 | A    Yes. |
| 12:08PM | 16 |       MR. NAMMAR:  Your Honor, at this time, I move to admit |
| 12:08PM | 17 | Exhibit 9-580. |
| 12:08PM | 18 |       THE COURT:  Any objection? |
| 12:08PM | 19 |       MS. PANAGAKOS:  No objection, Your Honor. |
| 12:08PM | 20 |       THE COURT:  Without objection, Exhibit 9-580 is |
| 12:08PM | 21 | admitted.  You may publish. |
| 12:08PM | 22 |       (Exhibit 9-580 was received in evidence.) |
| 12:09PM | 23 | BY MR. NAMMAR: |
| 12:09PM | 24 | Q    Thank you.  Okay, Ms. Tufele, 9-580 is on the screen. |
| 12:09PM | 25 |       What are we looking at here? |

| | | | |
|---|---|---|---|
| 12:09PM | 1 | A | The lunch wagon for the Poke Shack. |
| 12:09PM | 2 | Q | And earlier you mentioned a wrap. |
| 12:09PM | 3 | | Can you tell the jury what you meant by the term wrap? |
| 12:09PM | 4 | A | That image of the beach is, I believe, like a sticker or a |
| 12:09PM | 5 | | wrap that you can put on cars. |
| 12:09PM | 6 | Q | Was that one of the modifications that was made to the |
| 12:09PM | 7 | | Frito Lay truck? |
| 12:09PM | 8 | A | Yes. |
| 12:09PM | 9 | Q | Can you show now the second page. |
| 12:09PM | 10 | | What is shown here? |
| 12:09PM | 11 | A | More of the -- another side of the wagon and more of the |
| 12:09PM | 12 | | wrap. |
| 12:09PM | 13 | Q | Okay.  Do you notice anything on top of the truck? |
| 12:09PM | 14 | A | Oh, yes.  Solar panels and FCUs. |
| 12:09PM | 15 | Q | Do you know who put in the items on the top of the truck, |
| 12:10PM | 16 | | including the solar panel? |
| 12:10PM | 17 | A | No. |
| 12:10PM | 18 | Q | Did you have any involvement with that? |
| 12:10PM | 19 | A | No. |
| 12:10PM | 20 | | MR. NAMMAR:  Your Honor, at this time, I move for the |
| 12:10PM | 21 | | admission of Exhibit 9-194.  It's a public document |
| 12:10PM | 22 | | specifically -- it's a DCCA certified document that obtains a |
| 12:10PM | 23 | | certification, and it is the articles of organization for the |
| 12:10PM | 24 | | Poke Shack.  I believe it's admissible under Rule 9021.  It's |
| 12:10PM | 25 | | accompanied by a certification as well as a seal. |

| | | |
|---|---|---|
| 12:10PM | 1 | THE COURT:  One second. |
| 12:10PM | 2 | MS. PANAGAKOS:  Counsel, could we see the copy on the |
| 12:10PM | 3 | screen? |
| 12:11PM | 4 | THE COURT:  Ms. Panagakos, any objection? |
| 12:11PM | 5 | MS. PANAGAKOS:  Could I see the second page again? |
| 12:11PM | 6 | The third page.  I'm sorry, the fourth page.  No objection. |
| 12:11PM | 7 | THE COURT:  Without objection, Exhibit 9-194 is |
| 12:11PM | 8 | admitted. |
| 12:11PM | 9 | (Exhibit 9-194 was received in evidence.) |
| 12:11PM | 10 | MR. NAMMAR:  May we publish? |
| 12:11PM | 11 | THE COURT:  Yes. |
| 12:11PM | 12 | BY MR. NAMMAR: |
| 12:11PM | 13 | Q    Can you go to page five. |
| 12:11PM | 14 | Ms. Tufele, the jury can see this document. |
| 12:12PM | 15 | Can you tell the jury what we are looking at here on |
| 12:12PM | 16 | page five? |
| 12:12PM | 17 | A    The articles of organization for LLC, the Poke Shack |
| 12:12PM | 18 | Honolulu. |
| 12:12PM | 19 | Q    Is this for the food truck that we have been talking |
| 12:12PM | 20 | about? |
| 12:12PM | 21 | A    Yes. |
| 12:12PM | 22 | Q    And do you recognize the handwriting on this page five? |
| 12:12PM | 23 | A    I don't recognize it, but I know it's not my handwriting. |
| 12:12PM | 24 | Q    Do you know who filled out this form? |
| 12:12PM | 25 | A    I believe Jason. |

| 12:12PM | 1 | Q | That's Jason Yokoyama? |
| 12:12PM | 2 | A | Yes. |
| 12:12PM | 3 | Q | Okay.  The address that's listed in B, 940-B Queen Street? |
| 12:12PM | 4 | A | Yes. |
| 12:12PM | 5 | Q | Do you recognize that address? |
| 12:12PM | 6 | A | Yes. |
| 12:12PM | 7 | Q | What is that address? |
| 12:12PM | 8 | A | It's Kama'aina Termite and Pest Control shop address. |
| 12:12PM | 9 | Q | Okay.  Can we now bring up the next page.  If you go to |
| 12:13PM | 10 | | the date, can you zoom in on the date at the bottom.  It's |
| 12:13PM | 11 | | dated here on the bottom July 30, 2015. |
| 12:13PM | 12 | | Do you see that? |
| 12:13PM | 13 | A | Yes. |
| 12:13PM | 14 | Q | Is that around the time that you recall the food truck was |
| 12:13PM | 15 | | being set up? |
| 12:13PM | 16 | A | Yes. |
| 12:13PM | 17 | Q | At this time, was the food truck operational yet? |
| 12:13PM | 18 | A | No. |
| 12:13PM | 19 | Q | If you could zoom out now.  And then zoom in on see the |
| 12:13PM | 20 | | list of initial managers. |
| 12:13PM | 21 | | Do you say your name anywhere listed here? |
| 12:13PM | 22 | A | Yes. |
| 12:13PM | 23 | Q | And is this consistent with what you've talked about being |
| 12:13PM | 24 | | the owner on paper? |
| 12:13PM | 25 | A | Yes. |

| | | | |
|---|---|---|---|
| 12:13PM | 1 | Q | Can we now show the witness only Exhibit 9-831. |
| 12:14PM | 2 | | Ms. Tufele, do you recognize 9-831? |
| 12:14PM | 3 | A | Yes. |
| 12:14PM | 4 | Q | And how are you able to recognize it? |
| 12:14PM | 5 | A | It's my individual tax income -- or return. |
| 12:14PM | 6 | Q | Did you get to review this before you testified? |
| 12:14PM | 7 | A | Yes. |
| 12:14PM | 8 | Q | And is this an accurate copy of the tax return for the tax |
| 12:14PM | 9 | | year 2016? |
| 12:14PM | 10 | A | Yes. |
| 12:14PM | 11 | Q | On this tax return, did you report income for the Poke |
| 12:14PM | 12 | | Shack? |
| 12:14PM | 13 | A | Yes. |
| 12:14PM | 14 | | MR. NAMMAR:  Your Honor, at this time I would move to |
| 12:14PM | 15 | | admit 9-831. |
| 12:14PM | 16 | | THE COURT:  Any objection? |
| 12:14PM | 17 | | MS. PANAGAKOS:  How many pages is it? |
| 12:14PM | 18 | | MR. NAMMAR:  28. |
| 12:14PM | 19 | | MS. PANAGAKOS:  No objection. |
| 12:14PM | 20 | | THE COURT:  Without objection, Exhibit 9-831 is |
| 12:14PM | 21 | | admitted.  You may publish. |
| 12:14PM | 22 | | (Exhibit 9-831 was received in evidence.) |
| 12:15PM | 23 | | BY MR. NAMMAR: |
| 12:15PM | 24 | Q | If you could zoom in on the first top half of this.  So |
| 12:15PM | 25 | | this is the tax return you said that you filed. |

| | | | |
|---|---|---|---|
| 12:15PM | 1 | | And it's for tax year 2016 as indicated at the top, |
| 12:15PM | 2 | | right? |
| 12:15PM | 3 | A | Yes. |
| 12:15PM | 4 | Q | And do you see your name up there at the top? |
| 12:15PM | 5 | A | Yes. |
| 12:15PM | 6 | Q | If you could zoom out and now zoom in on line 12. |
| 12:15PM | 7 | | The figure $11,143, what did this reflect on your tax |
| 12:15PM | 8 | | return? |
| 12:15PM | 9 | A | The income generated from the wagon. |
| 12:15PM | 10 | Q | If we could go now to page 15 of this document. |
| 12:15PM | 11 | | What are we looking at here, Ms. Tufele? |
| 12:15PM | 12 | A | Profit and loss for the business. |
| 12:16PM | 13 | Q | And was the business that's listed in A lunch wagon hot |
| 12:16PM | 14 | | meals?  Do you see that? |
| 12:16PM | 15 | A | Yes. |
| 12:16PM | 16 | Q | And then below that, it has the Poke Shack, right? |
| 12:16PM | 17 | A | Yes. |
| 12:16PM | 18 | Q | That's the food truck that we have been talking about, |
| 12:16PM | 19 | | right? |
| 12:16PM | 20 | A | Yes. |
| 12:16PM | 21 | Q | If you can zoom out.  On line one it asks for gross |
| 12:16PM | 22 | | receipts and sales. |
| 12:16PM | 23 | | Do you see that? |
| 12:16PM | 24 | A | Yes. |
| 12:16PM | 25 | Q | And the amount there is $121,914; is that right? |

12:16PM   1   A   Yes.

12:16PM   2   Q   So those are the gross receipts that the food truck took

12:16PM   3   in for the tax year 2016?

12:16PM   4   A   Correct.

12:16PM   5   Q   And then if we zoom out again, we go to line 31.

12:16PM   6       Is this the net profit or loss for the food truck?

12:16PM   7   A   Yes.

12:16PM   8   Q   And was the net profit for tax year 2016 $11,143?

12:16PM   9   A   Yes, um-hm.

12:16PM   10  Q   If we can now go to page four and zoom in on the top.

12:17PM   11      So it has a preparer listed here on the bottom, Ramos

12:17PM   12  Tax Service.

12:17PM   13      Do you recognize Ramos Tax Service?

12:17PM   14  A   Yes.

12:17PM   15  Q   What was Ramos Tax Service?

12:17PM   16  A   A company that I've gone to, to prepare my taxes for

12:17PM   17  14 years.

12:17PM   18  Q   Okay.  And it would also help you with your personal

12:17PM   19  taxes?

12:17PM   20  A   Correct.

12:17PM   21  Q   And the date -- there is a signature that starts out with

12:17PM   22  the date listed there as May 21, 2018.

12:17PM   23      Do you see that?

12:17PM   24  A   Yes.

12:17PM   25  Q   So this was for tax year 2016.

| | | |
|---|---|---|
| 12:17PM | 1 | Why were you filing this a couple of years later in |
| 12:18PM | 2 | May of 2018? |
| 12:18PM | 3 | A    Because I was trying to reach out to our team and everyone |
| 12:18PM | 4 | was preoccupied.  And I wanted to make sure the right thing was |
| 12:18PM | 5 | done to file the taxes for the wagon. |
| 12:18PM | 6 | Q    And so you ended up filing the taxes? |
| 12:18PM | 7 | A    Yes. |
| 12:18PM | 8 | Q    So I'm going to switch gears now, and ask you if at some |
| 12:18PM | 9 | point, you learned that Mr. Miller was arrested. |
| 12:18PM | 10 | A    Yes. |
| 12:18PM | 11 | Q    And what did you learn that he was arrested for? |
| 12:18PM | 12 | A    I think he tried to sell drugs to someone. |
| 12:18PM | 13 | Q    Okay.  And when he was arrested, was he taken into custody |
| 12:18PM | 14 | and not given bail? |
| 12:18PM | 15 | A    Yes. |
| 12:18PM | 16 | Q    So after he was arrested, did you continue to have |
| 12:18PM | 17 | communications with Michael Miske? |
| 12:18PM | 18 | A    Yes. |
| 12:18PM | 19 | Q    And how did those communications occur? |
| 12:18PM | 20 | A    In person, phone calls, text messages. |
| 12:19PM | 21 | Q    And generally, can you tell us what the subject of those |
| 12:19PM | 22 | conversations was? |
| 12:19PM | 23 | A    How each other's family is doing, how is Wayne doing, if I |
| 12:19PM | 24 | need anything. |
| 12:19PM | 25 | Q    Did the subject of cooperation ever come up? |

| | | | |
|---|---|---|---|
| 12:19PM | 1 | A | Yes. |
| 12:19PM | 2 | Q | Tell us about that. |
| 12:19PM | 3 | A | So when Wayne got arrested, Mike was one of the first |
| 12:19PM | 4 | | people I contacted because he was our family friend.  And I |
| 12:19PM | 5 | | told him what I knew:  He got arrested, and he was going to be |
| 12:19PM | 6 | | in court and I would find out more info.  And he said okay, |
| 12:19PM | 7 | | just keep me posted.  And then we started text messaging over |
| 12:19PM | 8 | | the year.  And he -- I think at one point, he started |
| 12:19PM | 9 | | questioning if Wayne was going to cooperate against him. |
| 12:20PM | 10 | | And at the time, I didn't understand what that |
| 12:20PM | 11 | | question meant because Wayne didn't tell me exactly what was |
| 12:20PM | 12 | | going on.  He never really did. |
| 12:20PM | 13 | Q | Okay.  You mentioned you have some in-person meetings with |
| 12:20PM | 14 | | him. |
| 12:20PM | 15 | | Were there multiple in-person meetings? |
| 12:20PM | 16 | A | Yes. |
| 12:20PM | 17 | Q | Where do you recall that those meetings took place? |
| 12:20PM | 18 | A | Like at the Row Bar across the street from here, at |
| 12:20PM | 19 | | Kamehameha Shopping Center, Five Guys, at the bay, at his shop. |
| 12:20PM | 20 | Q | And you said you would communicate with him over text |
| 12:20PM | 21 | | message. |
| 12:20PM | 22 | | How would those communications occur? |
| 12:20PM | 23 | A | Through an app called WhatsApp. |
| 12:20PM | 24 | Q | And whose idea was it, if you recall, to use WhatsApp? |
| 12:20PM | 25 | A | I think it was Mike's. |

| | | | |
|---|---|---|---|
| 12:20PM | 1 | Q | Can we show the witness only Exhibit 1-852. |
| 12:21PM | 2 | | Ms. Tufele, do you recognize what's on the screen as |
| 12:21PM | 3 | | 1-852? |
| 12:21PM | 4 | A | Yes. |
| 12:21PM | 5 | Q | Did you review 1-852 before you came to here court here to |
| 12:21PM | 6 | | testify? |
| 12:21PM | 7 | A | Yes. |
| 12:21PM | 8 | Q | Is this a multiple page exhibit? |
| 12:21PM | 9 | A | Yes. |
| 12:21PM | 10 | Q | And what is it of? |
| 12:21PM | 11 | A | It's all of mine and Mike's conversations after Wayne was |
| 12:21PM | 12 | | arrested. |
| 12:21PM | 13 | Q | And how were you able to recognize this is your and |
| 12:21PM | 14 | | Michael Miske's conversations? |
| 12:21PM | 15 | A | I remember these conversations. |
| 12:21PM | 16 | Q | Did you provide a copy of these conversations to the FBI? |
| 12:21PM | 17 | A | Yes. |
| 12:21PM | 18 | Q | Are all these communications in 1-852, are they between |
| 12:21PM | 19 | | you and the defendant Michael Miske? |
| 12:21PM | 20 | A | Yes. |
| 12:21PM | 21 | Q | And did they all occur after Mr. Miske was arrested? |
| 12:21PM | 22 | A | Yes. |
| 12:22PM | 23 | | MR. NAMMAR:  Your Honor, I move to admit at this time |
| 12:22PM | 24 | | 1-852. |
| 12:22PM | 25 | | THE COURT:  Ms. Panagakos? |

| | | |
|---|---|---|
| 12:22PM | 1 | MS. PANAGAKOS:  Objection, lack of foundation as to |
| 12:22PM | 2 | this document.  It does not appear to be a forensic extraction |
| 12:22PM | 3 | from the phone.  So I don't know how these conversations came |
| 12:22PM | 4 | to be typewritten. |
| 12:22PM | 5 | THE COURT:  Anything else? |
| 12:22PM | 6 | MS. PANAGAKOS:  No, Your Honor. |
| 12:22PM | 7 | THE COURT:  Objection is overruled.  Document is |
| 12:22PM | 8 | admitted, 1-852.  You may proceed and publish if you wish. |
| 12:22PM | 9 | (Exhibit 1-852 was received in evidence.) |
| 12:22PM | 10 | BY MR. NAMMAR: |
| 12:22PM | 11 | Q    Thank you, Your Honor. |
| 12:22PM | 12 | I believe I misspoke when I was asking about these |
| 12:22PM | 13 | text messages. |
| 12:22PM | 14 | Did they all occur after Mr. Miller was arrested? |
| 12:22PM | 15 | A    Yes. |
| 12:22PM | 16 | Q    Okay, and when was Mr. Miller arrested, if you recall? |
| 12:22PM | 17 | A    Somewhere around August 1, 2018. |
| 12:22PM | 18 | Q    Can we start with page one.  There is a couple different |
| 12:23PM | 19 | initials on this page.  There is MM and MT. |
| 12:23PM | 20 | Who do those represent? |
| 12:23PM | 21 | A    Michael Miske, Maile Tufele. |
| 12:23PM | 22 | Q    And Maile Tufele is you? |
| 12:23PM | 23 | A    Um-hm. |
| 12:23PM | 24 | Q    Is that your middle name, Maile? |
| 12:23PM | 25 | A    Yes. |

| 12:23PM | 1 | Q | If you could zoom in on "I'm at the bay" message.  So this |
| 12:23PM | 2 | | is MM writing to you, "I'm at the bay if you want to hang out |
| 12:23PM | 3 | | or talk"? |
| 12:23PM | 4 | A | Yes. |
| 12:23PM | 5 | Q | That's one of the places that you said you would meet? |
| 12:23PM | 6 | A | Yes. |
| 12:23PM | 7 | Q | And that's the bay in Hawaii Kai that you said was across |
| 12:23PM | 8 | | from Outback? |
| 12:23PM | 9 | A | Yes. |
| 12:23PM | 10 | Q | If we could zoom in on the message at 311, it starts with |
| 12:24PM | 11 | | attorney and a couple below. |
| 12:24PM | 12 | | Do you see this message? |
| 12:24PM | 13 | A | Yes. |
| 12:24PM | 14 | Q | "Attorney say who set him up," do you see that? |
| 12:24PM | 15 | A | Yes. |
| 12:24PM | 16 | Q | Michael Miske was sending that to you? |
| 12:24PM | 17 | A | Yes. |
| 12:24PM | 18 | Q | Did you know what that referred to? |
| 12:24PM | 19 | A | Probably like who turned Wayne in. |
| 12:24PM | 20 | Q | Okay.  Did you know about anything about his case that |
| 12:24PM | 21 | | this could have been in reference to? |
| 12:24PM | 22 | A | No. |
| 12:24PM | 23 | Q | If you zoom out and if we can look at all the messages |
| 12:24PM | 24 | | starting at 3:25 and 12 seconds and below. |
| 12:24PM | 25 | | So these messages are from Mr. Miske, right? |

12:24PM   1   A    Yes.

12:24PM   2   Q    Okay.  "He asked you who was the prosecutor.  What did he

12:24PM   3   look like?"  And you respond "talk Asian."

12:24PM   4        Was that a typo?

12:24PM   5   A    Yes.

12:24PM   6   Q    Did you mean "tall"?

12:25PM   7   A    Yes.

12:25PM   8   Q    Okay.  How would you have known -- what is this referring

12:25PM   9   to, if you know?

12:25PM   10  A    I guess Mike just wanted to get information on who was in

12:25PM   11  the room when Wayne appeared in court for the first time.

12:25PM   12  Q    Okay.  And how would you have known what the prosecutor

12:25PM   13  looks like?

12:25PM   14  A    They are typically on the opposite side of the side that

12:25PM   15  Wayne is on.

12:25PM   16  Q    Okay.  And did you know why Mr. Miske was asking you about

12:25PM   17  the prosecutor?

12:25PM   18  A    No.

12:25PM   19  Q    Okay.  We can go to page two.  And zoom in on the message

12:25PM   20  that appears at 3:32 and 12 seconds.

12:25PM   21       Did his attorney give you his number?

12:25PM   22  A    Yes.

12:25PM   23  Q    Do you see this message?

12:25PM   24  A    Yes.

12:25PM   25  Q    Do you know what that is referring to?

12:25PM   1   A   Did Wayne's attorney give me his phone number?

12:26PM   2   Q   Did Wayne's attorney -- yes.  And who was Wayne's

12:26PM   3   attorney?

12:26PM   4   A   Max Mizono.

12:26PM   5   Q   Did you know why Mr. Miske wanted --

12:26PM   6   A   No.

12:26PM   7   Q   If now we can zoom in on the message at 5:53 and

12:26PM   8   19 seconds.  And go all the way down to the message, Kalei

12:26PM   9   movies.  Right there, yes.  So Mr. Miske tells you "three

12:26PM   10   people already reached out to me to tell me."

12:26PM   11       Do you see that?

12:26PM   12   A   Yes.

12:26PM   13   Q   And then he lists the name Preston's brother.

12:26PM   14       Do you see that?

12:26PM   15   A   Yes.

12:26PM   16   Q   Alen, and then Kalei movies; do you see that?

12:26PM   17   A   Yes.

12:26PM   18   Q   Did you know who these individuals were?

12:26PM   19   A   Yes.

12:26PM   20   Q   Who was Preston's brother?

12:26PM   21   A   Well, I don't really know Preston's brother.  I don't know

12:27PM   22   what his name is, but I know he worked for Mike.  Alen could

12:27PM   23   either be Mike's cousin, the plumber, or Alen Kaneshiro, his

12:27PM   24   attorney.  And Kalei worked at the movies with Wayne.

12:27PM   25   Q   Can we now go to page three and zoom in on the top five

| | | |
|---|---|---|
| 12:27PM | 1 | messages.  So now we are on August 3, 2018. |
| 12:27PM | 2 | Is this a couple of days after Mr. Miller was |
| 12:27PM | 3 | arrested? |
| 12:27PM | 4 | A    Yes. |
| 12:27PM | 5 | Q    And Mr. Miske is telling you he emailed Migo.  And then |
| 12:27PM | 6 | you ask, "anything important related?"  And Mr. Miske says, |
| 12:27PM | 7 | "just to set up the account for now." |
| 12:27PM | 8 | A    Um-hm. |
| 12:27PM | 9 | Q    What is this in relation to, if you know? |
| 12:28PM | 10 | A    I believe what this is saying is Wayne emailed Migo, |
| 12:28PM | 11 | meaning John Stancil, from prison. |
| 12:28PM | 12 | Q    Is that a nickname for Mr. Stancil? |
| 12:28PM | 13 | A    Yes. |
| 12:28PM | 14 | Q    Migo? |
| 12:28PM | 15 | A    Yes. |
| 12:28PM | 16 | Q    And if you know, could Mr. Miller email when he was in |
| 12:28PM | 17 | custody? |
| 12:28PM | 18 | A    Yes. |
| 12:28PM | 19 | Q    And how did you know that? |
| 12:28PM | 20 | A    Because he told me and he also emailed me. |
| 12:28PM | 21 | Q    Okay.  If you can zoom out now.  And zoom in on that |
| 12:28PM | 22 | message right there, 3:03:29.  This message, Mr. Miske says, |
| 12:28PM | 23 | "Let me know if he needs anything, when we can put money on his |
| 12:28PM | 24 | books, etcetera." |
| 12:28PM | 25 | Do you see that? |

| | | | |
|---|---|---|---|
| 12:28PM | 1 | A | Yes. |
| 12:28PM | 2 | Q | Do you know what the term money on the books meant? |
| 12:28PM | 3 | A | Yes, to send Wayne money while he's in prison. |
| 12:28PM | 4 | Q | Did you know what individuals that are in prison could do |
| 12:28PM | 5 | | with money on the books? |
| 12:29PM | 6 | A | Buy food. |
| 12:29PM | 7 | Q | If we could go to page four.  Zoom in on the message at |
| 12:29PM | 8 | | 3:08, that one right there.  And below.  That's good.  Okay, |
| 12:29PM | 9 | | and this message, Mr. Miske is saying that "when I got all this |
| 12:29PM | 10 | | heat, Mike B stayed far away from me.  Thank you." |
| 12:29PM | 11 | | Do you see that? |
| 12:29PM | 12 | A | Yes. |
| 12:29PM | 13 | Q | "Glad to see your true colors, one less scrub in my life." |
| 12:29PM | 14 | A | Um-hm. |
| 12:29PM | 15 | Q | Do you know who Mr. Miske was referring to when he brought |
| 12:29PM | 16 | | up Mike B? |
| 12:29PM | 17 | A | Yes Michael Buntenbah. |
| 12:29PM | 18 | Q | Who is Mike B? |
| 12:29PM | 19 | A | That was another one of Mike and Wayne's friends. |
| 12:29PM | 20 | Q | Okay.  If we can go now to page six.  And if you could |
| 12:30PM | 21 | | zoom in on the message that starts at 4:14 and 36 seconds and |
| 12:30PM | 22 | | go down about 12 messages ending with Alen right there.  Alen. |
| 12:30PM | 23 | | Okay.  Mr. Miske asked you, "Did you tell him about |
| 12:30PM | 24 | | Smithers?"  And your response is, "Yeah, he called, and no, I |
| 12:30PM | 25 | | didn't."  And then you say, "You're gonna wait until I see |

| | | |
|---|---|---|
| 12:30PM | 1 | him."  And then you ask, "Is he same place?"  Question mark. |
| 12:30PM | 2 | And Miske responds, "yup."  And then you say, "Oh, okay, yeah, |
| 12:30PM | 3 | I just saw on BOP.  Maybe he knows then." |
| 12:30PM | 4 | So for this particular conversation, do you know |
| 12:31PM | 5 | what's being discussed? |
| 12:31PM | 6 | A    Yes.  Sometime from August 1st until this text message, |
| 12:31PM | 7 | Mike had let me know that Jake Smith, who is Smithers, was also |
| 12:31PM | 8 | arrested, so they were arrested within two weeks of each other. |
| 12:31PM | 9 | And Mike is asking me if Wayne knows that Jake has been |
| 12:31PM | 10 | arrested. |
| 12:31PM | 11 | Q    Okay.  When you say I just saw on BOP? |
| 12:31PM | 12 | A    Yes. |
| 12:31PM | 13 | Q    What does that refer to? |
| 12:31PM | 14 | A    Bureau of Prisons is a website you can go on to check if |
| 12:31PM | 15 | someone is incarcerated in the federal system. |
| 12:31PM | 16 | Q    Was Smithers a nickname? |
| 12:31PM | 17 | A    Yes. |
| 12:31PM | 18 | Q    For who? |
| 12:31PM | 19 | A    Jake Smith. |
| 12:31PM | 20 | Q    And is Jake Smith someone that you knew? |
| 12:31PM | 21 | A    Yes. |
| 12:31PM | 22 | Q    Where did you meet him? |
| 12:31PM | 23 | A    I think it was, like, John Stancil's friend, was the first |
| 12:31PM | 24 | encounter. |
| 12:31PM | 25 | Q    Would you see him -- you mentioned the bay. |

12:32PM   1            Would you ever see Mr. Smith at the bay?

12:32PM   2   A    Yes.

12:32PM   3   Q    If you could zoom out.  Zoom out now.  And then zoom in on

12:32PM   4   starting with the message at 4:32:13 and go down three.  Okay,

12:32PM   5   that's good.

12:32PM   6            On the first message you say, "Hey, did you talk to

12:32PM   7   Alen K. today?  He was in court same time as him, but not sure

12:32PM   8   if he was physically in court.  Haven't heard from him since

12:32PM   9   Saturday.  Still no word yet for me to visit."  And then the

12:32PM   10   response from Mr. Miske is, "Alen was on another case but he

12:32PM   11   got conflicted off."

12:32PM   12            Do you see that?

12:32PM   13   A    Yes.

12:32PM   14   Q    What is being discussed here?

12:32PM   15   A    I think I haven't heard from Wayne while he was at federal

12:33PM   16   detention center here in Hawaii, and I went to his court

12:33PM   17   hearing and I recognized Alen Kaneshiro.  So I reached out to

12:33PM   18   Mike to find out if Alen notified him of any updates on Wayne's

12:33PM   19   case.

12:33PM   20   Q    Who is Alen Kaneshiro?

12:33PM   21   A    He was Mike's attorney.  They sometimes contacted him for

12:33PM   22   any of their legal questions.

12:33PM   23   Q    When Mr. Miske says Alen was on another case but got

12:33PM   24   conflicted off, did you know what that was referring to?

12:33PM   25   A    At the time, no.  But I'm assuming he was removed from the

12:33PM   1   case.

12:33PM   2   Q    Okay.  Can we go to page ten now.  Can you zoom in on the

12:33PM   3   message that's at 604 and 14 seconds and the one right below

12:34PM   4   it, too.  And this message, you mention that "He told me to get

12:34PM   5   help set up at Chloe's shower and get over it because I need to

12:34PM   6   stop holding grudges."  And the response was, "he's right."

12:34PM   7            Do you see that?

12:34PM   8   A    Yes.

12:34PM   9   Q    Chloe?

12:34PM   10  A    Um-hm.

12:34PM   11  Q    Who is that?

12:34PM   12  A    That's John Stancil's son's mom.

12:34PM   13  Q    And what is the reference here to Chloe's shower?

12:34PM   14  A    Around the time that Wayne and Jake got arrested, Chloe

12:34PM   15  had a baby shower and I believe their other friend Dusky Toledo

12:35PM   16  just passed away as well.

12:35PM   17  Q    Okay.  Did you know Chloe's last name?

12:35PM   18  A    Chang.

12:35PM   19  Q    Did you know whether Chloe Chang was in a relationship

12:35PM   20  with anybody else associated with Mr. Miller and Mr. Miske?

12:35PM   21  A    I think so, yes.

12:35PM   22  Q    Who?

12:35PM   23  A    I can't remember his name.

12:35PM   24  Q    Do you remember this person, what they did?

12:35PM   25  A    I think he worked on the docks.

| | | |
|---|---|---|
| 12:35PM | 1 | Q    Okay.  If you could zoom out and zoom in on the message |
| 12:35PM | 2 | that says -- that's at 6:09 and 28 seconds and the two below |
| 12:35PM | 3 | it.  Okay.  In this message you say, "He saw Smithers.  He's |
| 12:35PM | 4 | Ali'i's celly."  And then the response from Mr. Miske is, "And |
| 12:36PM | 5 | what did he have to say about that?  Heard Smithers for |
| 12:36PM | 6 | himself, 100." |
| 12:36PM | 7 |          So in the first message that you sent, "he," who is |
| 12:36PM | 8 | he? |
| 12:36PM | 9 | A    Wayne. |
| 12:36PM | 10 | Q    Okay.  And when you say he saw Smithers? |
| 12:36PM | 11 | A    I saw Jake Smith.  He is their other friend, Ali'i.  I |
| 12:36PM | 12 | guess they share a cell together in prison. |
| 12:36PM | 13 | Q    Who is Ali'i? |
| 12:36PM | 14 | A    One of Wayne's other friends. |
| 12:36PM | 15 | Q    Did you know his full name? |
| 12:36PM | 16 | A    Ali'i Kaanoi. |
| 12:36PM | 17 | Q    And when Mr. Miske says, "And what did he have to say |
| 12:36PM | 18 | about that.  Heard Smithers is for himself 100." |
| 12:36PM | 19 |          Did you know what that is referring to? |
| 12:36PM | 20 | A    I believe what Mike is saying is he wanted to know what |
| 12:36PM | 21 | Wayne's opinion was about Jake Smith being incarcerated and |
| 12:36PM | 22 | Mike thinks that Jake is for himself only. |
| 12:37PM | 23 | Q    Do you know whether "for himself" was referring to |
| 12:37PM | 24 | cooperation? |
| 12:37PM | 25 | A    Maybe at the time, no, I didn't understand.  But now I can |

12:37PM   1    discern from this statement that he is cooperating.

12:37PM   2    Q    Can we go to page 11 and zoom in on the message that

12:37PM   3    starts at 9:59 and 56 seconds all the way to the bottom.  So

12:37PM   4    the first message, Mr. Miske is asking you how the visit was

12:37PM   5    and then you say, "Nothing major.  His court got pushed back

12:37PM   6    until February 2019 from October 2018."

12:38PM   7              Do you see that?

12:38PM   8    A    Yes.

12:38PM   9    Q    Okay.  Can we go to next page now.  Can you zoom in on the

12:38PM   10   top four messages.  Keep going down.  Perfect.

12:38PM   11             Mr. Miske asks, "Why is it getting pushed back."

12:38PM   12             Do you see that?

12:38PM   13   A    Yes.

12:38PM   14   Q    "Can his attorney keep it on track?"  And then he says, "I

12:38PM   15   thought pretrial you stay here."  And you respond, "Yes, all

12:38PM   16   his dates got pushed back.  His trial is for February next

12:38PM   17   year."

12:38PM   18   A    Um-hm.

12:38PM   19   Q    And then you say, "I think it's Jonah that's pushing it

12:38PM   20   back.  He is the first on the case.  Wayne is the second."

12:38PM   21             What is this referring to?

12:38PM   22   A    For the reason why Wayne initially got arrested for, I

12:38PM   23   think at the time, we were all under the assumption that his

12:39PM   24   trial was supposed to be sometime in 2018.  But it got pushed

12:39PM   25   back until 2019.  And I think when I asked, Wayne said that

12:39PM    1    Jonah was the one pushing it back.

12:39PM    2    Q    So Mr. Miske is asking for updates on Mr. Miller's trial

12:39PM    3    day.  And in response you bring a person name Jonah.

12:39PM    4         You said Jonah is pushing it back; who is Jonah?

12:39PM    5    A    Ortiz.  The person that got arrested with Wayne.

12:39PM    6    Q    If you could zoom out.  And start at the message of 5:55

12:39PM    7    and 42 seconds.  If you go to the pound sign.  Okay.  The first

12:39PM    8    message you say "What pound sign do you want him to call?"  He

12:40PM    9    also asks how things are with you guys, too.  And then you go

12:40PM   10    on to say, "He hasn't talked to his parents.  Tomorrow will be

12:40PM   11    the first time Uncle Sterling visits."  And then Mr. Miske

12:40PM   12    says, "Can I meet with Sterling before he goes?"  And then the

12:40PM   13    next message is, "He can call this pound sign."

12:40PM   14    A    Um-hm.

12:40PM   15    Q    What is being discussed here?

12:40PM   16    A    So I'm notifying Mike that Wayne's parents are going to

12:40PM   17    visit him, and Mike asked for Wayne to give him a call on this

12:40PM   18    phone number.

12:40PM   19    Q    When you asked what pound sign do you want him to call,

12:40PM   20    what were you referring to?

12:40PM   21    A    What phone number.

12:40PM   22    Q    Okay.  And then Mr. Miske says he can call this number?

12:40PM   23    A    Yes.

12:40PM   24    Q    Did you relay after receiving this message to Mr. Miller

12:40PM   25    what number he can contact Mr. Miske on?

| | | | |
|---|---|---|---|
| 12:40PM | 1 | A | Yes. |
| 12:41PM | 2 | Q | There is a reference to Uncle Sterling. |
| 12:41PM | 3 | A | Um-hm. |
| 12:41PM | 4 | Q | Who is that? |
| 12:41PM | 5 | A | That's Wayne's dad. |
| 12:41PM | 6 | Q | If you can zoom out and then zoom in as "I'm going to call |
| 12:41PM | 7 | | uncle and rap." |
| 12:41PM | 8 | | Do you see that? |
| 12:41PM | 9 | A | Yes. |
| 12:41PM | 10 | Q | And all the messages below it.  So Mr. Miske, when you |
| 12:41PM | 11 | | tell him Mr. Sterling is going to visit, we just seen the |
| 12:41PM | 12 | | message that Mr. Miske asked you if he could meet with |
| 12:41PM | 13 | | Mr. Sterling.  And then Mr. Miske is telling you here I'm going |
| 12:41PM | 14 | | to call uncle and rap with him before his visit. |
| 12:41PM | 15 | | Do you see that? |
| 12:41PM | 16 | A | Yes. |
| 12:41PM | 17 | Q | Later on, Mr. Miske says, "I'll call uncs tomorrow.  I |
| 12:41PM | 18 | | want to talk to him."  And then Mr. Miske says, "please let |
| 12:41PM | 19 | | uncs know." |
| 12:41PM | 20 | | Do you see that? |
| 12:41PM | 21 | A | Yes. |
| 12:41PM | 22 | Q | Who did you understand uncs to refer to? |
| 12:41PM | 23 | A | Uncle Sterling. |
| 12:41PM | 24 | Q | Did you let Mr. Sterling know that Mr. Miske wanted to |
| 12:42PM | 25 | | contact him? |

| | | |
|---|---|---|
| 12:42PM | 1 | A   Yes. |
| 12:42PM | 2 | Q   Can we go to page 13. |
| 12:42PM | 3 | Do you see the two photos in the middle there that are |
| 12:42PM | 4 | sent? |
| 12:42PM | 5 | A   Yes. |
| 12:42PM | 6 | Q   Okay.  We don't have them up, but does this represent -- |
| 12:42PM | 7 | does this show that Miske was sending you photos? |
| 12:42PM | 8 | A   Yes. |
| 12:42PM | 9 | Q   If you could zoom out.  Zoom in on the message that starts |
| 12:42PM | 10 | at 6:47 and 33 seconds and all the messages below.  So |
| 12:42PM | 11 | Mr. Miske says, "LOL.  Maybe you can print and send to him so |
| 12:42PM | 12 | he's got some floral."  And you say, "Yes, I will."  And then |
| 12:43PM | 13 | Mr. Miske says, "Let him read his son's name each day." |
| 12:43PM | 14 | Do you see that? |
| 12:43PM | 15 | A   Yes. |
| 12:43PM | 16 | Q   What was this referring to? |
| 12:43PM | 17 | A   So for Caleb's funeral, Wayne and I made a wreath and we |
| 12:43PM | 18 | put "love, John Duke" on it.  And I think what this message |
| 12:43PM | 19 | was, Mike was letting me know that he hasn't reviewed pictures |
| 12:43PM | 20 | from his son's celebration of life until this time, and he came |
| 12:43PM | 21 | across that wreath and sent it to me and asked me to print it |
| 12:43PM | 22 | and send it to Wayne so he could read our son's name on it |
| 12:43PM | 23 | every day.  At the time, I didn't think anything of it.  Only |
| 12:43PM | 24 | until, like, later, it kind of felt like it was a threat. |
| 12:43PM | 25 | Q   Okay.  So the message "you can print and send to him so |

| | | |
|---|---|---|
| 12:44PM | 1 | he's got some floral."  What was that referring to? |
| 12:44PM | 2 | A      The picture that he texted me of the wreath. |
| 12:44PM | 3 | Q      Did you discuss this message with Mr. Miller? |
| 12:44PM | 4 | A      Yes. |
| 12:44PM | 5 | Q      And without telling us what you two talked about, did your |
| 12:44PM | 6 | reaction change? |
| 12:44PM | 7 | A      Yes.  My reaction changed after I talked to Wayne about |
| 12:44PM | 8 | this photo. |
| 12:44PM | 9 | Q      Okay.  Were you scared at that point? |
| 12:44PM | 10 | A      Yes. |
| 12:44PM | 11 | Q      Did you think about leaving Hawaii? |
| 12:44PM | 12 | A      Yes. |
| 12:44PM | 13 | Q      Did you leave Hawaii? |
| 12:44PM | 14 | A      No. |
| 12:44PM | 15 | Q      Why not? |
| 12:44PM | 16 | A      I didn't want to be alone with just my son, and I had all |
| 12:44PM | 17 | my family and friends here. |
| 12:44PM | 18 | Q      Could we go to page 16.  Can you zoom in on the message on |
| 12:45PM | 19 | October 1, 2018, at 7:55 a.m. |
| 12:45PM | 20 |         So in this message, this is about two months after |
| 12:45PM | 21 | Mr. Miller was arrested? |
| 12:45PM | 22 | A      Um-hm. |
| 12:45PM | 23 | Q      Mr. Miske is saying, "How were your visits?  And did he |
| 12:45PM | 24 | say he was going to call?  I'm gonna dump this phone if not." |
| 12:45PM | 25 | A      Yes. |

12:45PM   1   Q   He, did you know who that was referring to?

12:45PM   2   A   Wayne.

12:45PM   3   Q   And I'm going to dump this phone.

12:45PM   4       Did you know what that was referring to?

12:45PM   5   A   He's going to not use this phone number again, and phone.

12:45PM   6   Q   If you know, did Mr. Miske change phones often?

12:45PM   7   A   Yes.

12:46PM   8   Q   At this point, October 1st, had you given Wayne any

12:46PM   9   numbers for Mike Miske?

12:46PM  10   A   I think I did, yes.

12:46PM  11   Q   Can we go to page 18.  Can you zoom in on the last

12:46PM  12   message.  This is a couple weeks later, October 23, 2018.

12:46PM  13   Mr. Miske is saying "ran into his cousin, too."

12:46PM  14       Do you see that?

12:46PM  15   A   Um-hm.

12:46PM  16   Q   Could you zoom out and go to the next page.  Can you zoom

12:46PM  17   in on the first -- 13.  Perfect.

12:46PM  18       And then you asked which one, right?

12:46PM  19   A   Yes.

12:46PM  20   Q   And then Mr. Miske later on says "fat one," and you say

12:46PM  21   "oh, I see"?

12:46PM  22   A   Um-hm.

12:46PM  23   Q   And then you say "Yeah, he wants him to call him too," and

12:47PM  24   then Mr. Miske says "he should."

12:47PM  25       Who is the fat one you're referring to here in these

12:47PM   1   messages?

12:47PM   2   A     That is Wayne's cousin, Norman Akau.

12:47PM   3   Q     If you know, how was Mr. Norman Akau related to

12:47PM   4   Mr. Miller?

12:47PM   5   A     On his maternal side.

12:47PM   6   Q     And then later on in the messages, Mr. Miske says "He

12:47PM   7   hired Brook Hart to rep him."  And then you say, "I'm not

12:47PM   8   filled in on his situation.  Is he in trouble?"  And Mr. Miske

12:47PM   9   says, "Tell you when I see you."

12:47PM   10          Do you see that?

12:47PM   11  A     Um-hm.

12:47PM   12  Q     Did you know what this was referring to?

12:47PM   13  A     No, but I'm assuming he is in trouble since he hired an

12:48PM   14  attorney to represent him.

12:48PM   15  Q     Did you know who Brook Hart was?

12:48PM   16  A     No.

12:48PM   17  Q     Did you understand from this message that Brook Hart was

12:48PM   18  an attorney?

12:48PM   19  A     I think I inferred from this message, yes.

12:48PM   20  Q     And then Mr. Miske says, "Tell you when I see you."

12:48PM   21          What did you understand that to mean?

12:48PM   22  A     He would probably want to talk to me about it in person on

12:48PM   23  why Norman was hiring an attorney.

12:48PM   24  Q     Do you recall if that subject came up in some of your

12:48PM   25  in-person meetings with Mr. Miske that you've talked about?

12:48PM     1     A     I can't remember.

12:48PM     2     Q     Okay.  We can go now to the next page.  If we could zoom

12:48PM     3     in on the message starting at 8:06 and 26 seconds and go all

12:48PM     4     the way down to remember when we were at Five Guys.  Okay, so

12:49PM     5     now we are a couple weeks later.  And Mr. Miske tells you,

12:49PM     6     "Just keep hearing disturbing news and wanted your take on it."

12:49PM     7     And you say, "Oh, okay, disturbing about who?"  And then

12:49PM     8     Mr. Miske says, "we" and you say "Oh, okay, when do you want to

12:49PM     9     meet?"

12:49PM     10          And Mr. Miske goes on to say, "I want to say no

12:49PM     11    fucking way.  People keep calling and saying the same shit.

12:49PM     12    Did you hear that from him?"  And your response is, "about

12:49PM     13    what?"  And then you say, "yeah, he called today."  And then

12:49PM     14    Mr. Miske says, "what he was considering but towards me,"

12:49PM     15    question mark, exclamation mark.  And Mr. Miske says, "I

12:49PM     16    wouldn't think that, or do I?  But I wanted to hear from you."

12:50PM     17    And then you say, "Okay.  I'm a little lost on what you're

12:50PM     18    referring to."  And he says, LOL.  And then he says, "Remember

12:50PM     19    when we were at Five Guys?"

12:50PM     20          Do you see that?

12:50PM     21    A     Um-hm, yes.

12:50PM     22    Q     What was that message referring to?

12:50PM     23    A     So I don't know at what point I was made aware of Wayne

12:50PM     24    cooperating.  So at one point, I just thought Wayne was in his

12:50PM     25    own case.  And when I would ask Wayne about it, when I would

12:50PM 1    meet with him, he would just say he is in trouble and he's

12:50PM 2    cooperating against Jonah and others.  And I think at one point

12:50PM 3    in mine and Mike's conversations, Mike started to let me know

12:50PM 4    that he thinks Wayne is cooperating against him.

12:50PM 5    Q    And the reference to Five Guys at the very bottom.

12:50PM 6    A    Um-hm.

12:50PM 7    Q    Did you know what that is a reference to?

12:51PM 8    A    Mike and I met at Five Guys and we talked.  And I think I

12:51PM 9    was telling him that Wayne is going to cooperate, but on his

12:51PM 10   own case is what Wayne had notified me about.

12:51PM 11   Q    And during this in-person meeting, did you get the feeling

12:51PM 12   that Miske wanted to judge your reaction in person?

12:51PM 13   A    Probably.  I mean, Mike and I were good friends.  He was

12:51PM 14   good to our family, so I didn't feel uncomfortable at any time

12:51PM 15   meeting up with him until these text messages started changing.

12:51PM 16   Q    Are you the type of person that gives/tells when you're

12:51PM 17   meeting with people in person?

12:51PM 18   A    I mean, if they are asking me a question, I would tell

12:52PM 19   them what -- my honest opinion.

12:52PM 20   Q    Sometimes, is it hard for you to lie to people?

12:52PM 21   A    Yes.

12:52PM 22   Q    Can you go to page 21.  Can you zoom in on the first ten

12:52PM 23   messages ending with "Craig just called me and said that."

12:52PM 24        Is this just a continuation of the same conversation

12:52PM 25   we were looking at?

12:52PM    1    A    Yes.

12:52PM    2    Q    Mr. Miske says in the middle there, "Let's say they give

12:52PM    3    him ten for handing me over.  You think he would?"  Question

12:52PM    4    mark, and you say no.  Right?

12:52PM    5    A    Yes.

12:52PM    6    Q    And then Mr. Miske says, "Okay, I just wanted to hear it

12:53PM    7    from you.  I don't think so either.  I've been a good friend to

12:53PM    8    him and I hope they don't turn him against me.  It would break

12:53PM    9    my heart."

12:53PM   10         Do you see that?

12:53PM   11    A    Yes.

12:53PM   12    Q    Did you understand what the reference to give him ten

12:53PM   13    meant?

12:53PM   14    A    Yes, to give him, like, a lesser sentence than what he was

12:53PM   15    looking at.

12:53PM   16    Q    And you tell him no, he wouldn't cooperate?

12:53PM   17    A    I told him no, I don't think he would cooperate.

12:53PM   18    Q    At this point, did you know that Mr. Miller was

12:53PM   19    cooperating against Mr. Miske?

12:53PM   20    A    I don't remember.  I don't remember if this was the time

12:53PM   21    so I can't answer that.

12:53PM   22    Q    At some point down the line, did you later know?

12:53PM   23    A    Yes.

12:53PM   24    Q    And after you knew, were you trying to give Mr. Miske

12:53PM   25    assurances that Mr. Miller was not cooperating against him?

12:53PM   1   A    Correct.

12:53PM   2   Q    Why were you doing that?

12:53PM   3   A    We were family/friends and we would see each other all the

12:54PM   4   time, and it would be odd for us to not talk or see each other

12:54PM   5   anymore.  And it was at the time when I was thinking of moving

12:54PM   6   or staying here.

12:54PM   7   Q    Why were you thinking of moving?

12:54PM   8   A    Because when -- the point when I did find out Wayne was

12:54PM   9   cooperating, Wayne said I should be afraid for my life and my

12:54PM  10   son's life and that I should move.

12:54PM  11   Q    So this reference here at the bottom, "Craig just called

12:54PM  12   me and said that."

12:54PM  13        Do you see that?

12:54PM  14   A    Yes.

12:54PM  15   Q    Who is Craig?

12:54PM  16   A    Mike's cousin.

12:54PM  17   Q    Did you know where Craig lived?

12:54PM  18   A    Las Vegas.

12:54PM  19   Q    If you could zoom in now at the message at 8:18 and

12:54PM  20   42 seconds and the one right below it.

12:54PM  21        Is this later the same day, still on November 2, 2018?

12:55PM  22   A    Yes.

12:55PM  23   Q    Mr. Miske asks "Can you meet -- make time to meet me

12:55PM  24   before you meet him this weekend?  Let me know, even if just

12:55PM  25   for five minutes."

12:55PM    1          Do you see that?

12:55PM    2    A    Yes.

12:55PM    3    Q    What is this referring to?

12:55PM    4    A    To meet up with Mike to talk story for a little bit.

12:55PM    5    Q    If you could go zoom out, and you scroll down near

12:55PM    6    Starbucks.

12:55PM    7          And this is the next day?

12:55PM    8    A    Yes.

12:55PM    9    Q    And you are discussing a meeting at Starbucks?

12:55PM   10    A    Correct.

12:55PM   11    Q    Do you recall meeting with him at Starbucks?

12:55PM   12    A    Yes.

12:55PM   13    Q    Was that one of those in-person meetings that you've

12:55PM   14    talked about?

12:55PM   15    A    Yes.

12:55PM   16    Q    Now, you told us about these in-person meetings.

12:55PM   17          When you had them with Mr. Miske, did the name Lance

12:55PM   18    Bermudez ever come up?

12:55PM   19    A    Not that I can recall.

12:55PM   20    Q    Do you recall looking into where Mr. Bermudez was housed?

12:55PM   21    Which prison?

12:56PM   22    A    Yes.  Now, I didn't know who that guy was.  But Mike or

12:56PM   23    Wayne mentioned him a couple of times.  And so I think Mike may

12:56PM   24    have asked me a question about him or something.

12:56PM   25    Q    Okay.  And after you were asked that question, did you

| | | |
|---|---|---|
| 12:56PM | 1 | look into the BOP locater that you talked about before, where |
| 12:56PM | 2 | you could figure out where someone is housed? |
| 12:56PM | 3 | A    Yes. |
| 12:56PM | 4 | Q    What did you find out? |
| 12:56PM | 5 | A    That Lance was in FDC where Wayne was. |
| 12:56PM | 6 | Q    Do you recall whether you reported that information back |
| 12:56PM | 7 | to Mr. Miske? |
| 12:56PM | 8 | A    Yes. |
| 12:56PM | 9 | Q    In your in-person meetings with Mr. Miske, did the subject |
| 12:56PM | 10 | of the FBI ever come up? |
| 12:56PM | 11 | A    Yes. |
| 12:56PM | 12 | Q    What do you recall being talked about with respect to the |
| 12:56PM | 13 | FBI? |
| 12:56PM | 14 | A    Somehow, our conversation led to where Wayne's car was |
| 12:57PM | 15 | being held.  And Wayne got picked up for drug charges but his |
| 12:57PM | 16 | car was being held at the FBI building. |
| 12:57PM | 17 | Q    And did Mr. Miske ask you about the fact that Mr. Miller's |
| 12:57PM | 18 | car was at the FBI? |
| 12:57PM | 19 | A    He did. |
| 12:57PM | 20 | Q    What did he ask you about that? |
| 12:57PM | 21 | A    I don't really remember the conversation, but something to |
| 12:57PM | 22 | like, why would his car be at the FBI if he got picked up on |
| 12:57PM | 23 | drug charges. |
| 12:57PM | 24 | Q    Did you understand at that time that another agency, the |
| 12:57PM | 25 | DEA was investigating Mr. Miller for the drug charges? |

12:57PM   1   A   I'm sorry.  Could you repeat that again?

12:57PM   2   Q   Did you understand at that time that another agency,

12:57PM   3   federal agency, the DEA was investigating Mr. Miske for drug

12:57PM   4   charges?

12:57PM   5   A   Oh, not -- I didn't know about Mike.  I knew that the DEA

12:57PM   6   was investigating Wayne because they were the ones that

12:58PM   7   notified me he got arrested.

12:58PM   8   Q   If we can flip to page 22 and zoom in on the message

12:58PM   9   November 6, 2018, at 11:25 and 55 seconds.  And then go four

12:58PM   10   down.  Okay.  In the first message Mr. Miske says, "He told me

12:58PM   11   that he was going to call Migo.  So tell him I'm going to give

12:58PM   12   Migo my phone that's already approved and he can call when he's

12:58PM   13   ready, but Migo will have that same number.  Please let him

12:58PM   14   know."  And Mr. Miske says, "Migo was very happy to hear we

12:58PM   15   talked."

12:59PM   16           Did you know what this is in reference to?

12:59PM   17   A   I'm assuming that Wayne called -- I think Wayne called

12:59PM   18   Migo or Mike, one of them, and that John, who was Migo, was

12:59PM   19   happy that they talked.

12:59PM   20   Q   Okay.  And the reference to "I'm going to give my phone

12:59PM   21   that's already approved," did you know what that was referring

12:59PM   22   to?

12:59PM   23   A   So, Wayne would have to get phone numbers pre-approved

01:00PM   24   before he made outgoing calls.  So I believe one of the numbers

01:00PM   25   Mike had was pre-approved.

01:00PM   1   Q    And when Mr. Miske says, Migo was very happy to hear we
01:00PM   2   talked, did you know who he was referring to had talked?
01:00PM   3   A    Wayne and Mike spoke and John was happy that they talked.
01:00PM   4        MR. NAMMAR:  We can show -- Your Honor, may we publish
01:00PM   5   1-855, which I believe is already in evidence.
01:00PM   6        THE COURT:  Yes, you may.  It has been admitted.
01:00PM   7   BY MR. AKINA:
01:00PM   8   Q    Ms. Tufele, do you recognize this photo?
01:00PM   9   A    Yes.
01:00PM  10   Q    What is it?
01:00PM  11   A    This is the wreath we were talking about that Wayne and I
01:01PM  12   had made for Caleb's funeral with our son's name on it that
01:01PM  13   Mike asked me to print and give to Wayne so he could look at
01:01PM  14   it.
01:01PM  15   Q    And this is the photo that you guys had texted about that
01:01PM  16   we had previously gone over?
01:01PM  17   A    Yes, correct.
01:01PM  18   Q    Can we show the witness only now 1-858.
01:01PM  19        Do you recognize this photo?
01:01PM  20   A    Yes.
01:01PM  21   Q    What is it?
01:01PM  22   A    It's a photo of Mike and I at our mutual friend's funeral.
01:01PM  23   Q    Is this an accurate photo of you and Mike at that funeral?
01:01PM  24   A    I'm sorry.  Could you repeat that again?
01:01PM  25   Q    Is this an accurate picture of you from that funeral?

| | | |
|---|---|---|
| 01:01PM | 1 | A    Yes. |
| 01:01PM | 2 | MR. NAMMAR:  I move to admit 1-858. |
| 01:02PM | 3 | THE COURT:  Any objection? |
| 01:02PM | 4 | MS. PANAGAKOS:  No objection. |
| 01:02PM | 5 | THE COURT:  Without objection, 1-858 is admitted.  You |
| 01:02PM | 6 | may publish. |
| 01:02PM | 7 | (Exhibit 1-858 was received in evidence.) |
| 01:02PM | 8 | BY MR. NAMMAR: |
| 01:02PM | 9 | Q    Ms. Tufele, the jury can see 1-858. |
| 01:02PM | 10 | Whose funeral was this? |
| 01:02PM | 11 | A    Hansen Apo. |
| 01:02PM | 12 | Q    And who was Hansen Apo? |
| 01:02PM | 13 | A    One of our mutual friends. |
| 01:02PM | 14 | Q    Can we show the witness only 1-860.  And 1-859. |
| 01:02PM | 15 | Ms. Tufele, did you recognize these two photos? |
| 01:02PM | 16 | A    Yes. |
| 01:02PM | 17 | Q    What are they of? |
| 01:02PM | 18 | A    GPS trackers. |
| 01:02PM | 19 | Q    And did you come in contact with these trackers and |
| 01:02PM | 20 | provide them to the FBI? |
| 01:02PM | 21 | A    Yes. |
| 01:02PM | 22 | Q    Do they accurately depict the tracker that you came in |
| 01:03PM | 23 | contact with and provided to the FBI? |
| 01:03PM | 24 | A    Yes. |
| 01:03PM | 25 | MR. NAMMAR:  Your Honor, I would move to admit 1-860 |

| | | |
|---|---|---|
| 01:03PM | 1 | and 1-859. |
| 01:03PM | 2 | THE COURT:  Any objection, counsel? |
| 01:03PM | 3 | MS. PANAGAKOS:  No objection. |
| 01:03PM | 4 | THE COURT:  Without objection, those two exhibits, |
| 01:03PM | 5 | 1-859 and 1-860 are each admitted.  You may publish. |
| 01:03PM | 6 | (Exhibits 1-859 and 1-860 were received in evidence.) |
| 01:03PM | 7 | BY MR. NAMMAR: |
| 01:03PM | 8 | Q   If we could start with 1-859 which is on the screen. |
| 01:03PM | 9 | Ms. Tufele, what is this? |
| 01:03PM | 10 | A   GPS tracker. |
| 01:03PM | 11 | Q   Where did you come across this? |
| 01:03PM | 12 | A   In my car. |
| 01:03PM | 13 | Q   When did you come across this in your car? |
| 01:03PM | 14 | A   Sometime after Wayne was arrested. |
| 01:03PM | 15 | Q   Where was it in your car? |
| 01:03PM | 16 | A   My trunk. |
| 01:03PM | 17 | Q   Did you give this to the FBI after you found it? |
| 01:03PM | 18 | A   Yes. |
| 01:03PM | 19 | Q   Can you put up 1-860 now. |
| 01:03PM | 20 | What's shown here, Ms. Tufele? |
| 01:03PM | 21 | A   The back of the tracker. |
| 01:04PM | 22 | Q   Do you see the writing on there, number one? |
| 01:04PM | 23 | A   Um-hm. |
| 01:04PM | 24 | Q   Did you put that on there? |
| 01:04PM | 25 | A   No. |

| | | | |
|---|---|---|---|
| 01:04PM | 1 | Q | Do you know who did? |
| 01:04PM | 2 | A | No. |
| 01:04PM | 3 | Q | Is this another photo of the tracker that you gave to the |
| 01:04PM | 4 | | FBI? |
| 01:04PM | 5 | A | Yes. |
| 01:04PM | 6 | Q | Can we show the witness 1-546. |
| 01:05PM | 7 | | Do you recognize this photo? |
| 01:05PM | 8 | A | Yes. |
| 01:05PM | 9 | Q | What is this of? |
| 01:05PM | 10 | A | Of Caleb's graduation from high school. |
| 01:05PM | 11 | Q | Is this an accurate picture of Caleb's graduation from |
| 01:05PM | 12 | | high school? |
| 01:05PM | 13 | A | Yes. |
| 01:05PM | 14 | Q | Do you recognize the number of the individuals in this |
| 01:05PM | 15 | | photo? |
| 01:05PM | 16 | A | Yes. |
| 01:05PM | 17 | Q | Were you present at that event? |
| 01:05PM | 18 | A | No. |
| 01:05PM | 19 | Q | Do you recognize the person that's in the bottom kneeling |
| 01:05PM | 20 | | down? |
| 01:05PM | 21 | A | Yes. |
| 01:05PM | 22 | Q | With the blue shirt on, who is that? |
| 01:05PM | 23 | A | Hansen. |
| 01:05PM | 24 | Q | Is that the person you talked about before? |
| 01:05PM | 25 | A | Yes. |

01:05PM  1  Q    And then the person just to the right-hand, do you

01:05PM  2  recognize that person?

01:05PM  3  A    Yes.

01:05PM  4  Q    Who is that?

01:05PM  5  A    Jason Yokoyama.

01:05PM  6  Q    The person with all the leis around him, do you recognize

01:06PM  7  that person?

01:06PM  8  A    Yes.  Caleb.

01:06PM  9  Q    And the person to the right, do you recognize that person?

01:06PM  10  A    Mike.

01:06PM  11  Q    The person on the far right that's wearing the black, do

01:06PM  12  you recognize that person?

01:06PM  13  A    Fredo.

01:06PM  14       MR. NAMMAR:  Your Honor, I'd move to admit 1-546.

01:06PM  15       THE COURT:  Any objection, counsel?

01:06PM  16       MS. PANAGAKOS:  No objection, Your Honor.

01:06PM  17       THE COURT:  Without objection 1-546 is admitted.  You

01:06PM  18  may publish.

01:06PM  19       (Exhibit 1-546 was received in evidence.)

01:06PM  20  BY MR. NAMMAR:

01:06PM  21  Q    1-546 is on the screen.  I'll just walk through these

01:06PM  22  individuals if you know them.  The person on the far left is

01:06PM  23  standing up giving the shaka.

01:06PM  24       Who do you recognize that to be?

01:06PM  25  A    John Stancil.

01:06PM  1   Q   And the person directly to his right in the white T-shirt,
01:06PM  2   who do you recognize that to be?
01:06PM  3   A   Andrew Kim.
01:06PM  4   Q   And the person right next to Mr. Kim with the leis?
01:06PM  5   A   Caleb Miske.
01:06PM  6   Q   And the person just to the right with the white shirt?
01:06PM  7   A   Mike Miske.
01:07PM  8   Q   And then the person to the right of that in the aloha
01:07PM  9   shirt giving the shaka?
01:07PM  10  A   His cousin, Josiah Akau.
01:07PM  11  Q   Did you know what Mr. Akau did for a living, Josiah Akau?
01:07PM  12  A   Yes, he is a firefighter.
01:07PM  13  Q   The person just to the right of Mr. Akau?
01:07PM  14  A   Russell Moscato.
01:07PM  15  Q   Do you know what Mr. Moscato did for work?
01:07PM  16  A   Longshoreman.
01:07PM  17  Q   And the person just to the right in the black shirt?
01:07PM  18  A   Alfredo Cabael.
01:07PM  19  Q   Is that the same Alfredo that you talked about earlier
01:07PM  20  that was Mr. Miske's right hand man?
01:07PM  21  A   Yes.
01:07PM  22  Q   And the person in the plaid shirt, blue shirt on the
01:07PM  23  bottom throwing the shaka; who is that?
01:07PM  24  A   Hansen Apo.
01:07PM  25  Q   That's the funeral that you went to with Mr. Miske?

| | | | |
|---|---|---|---|
| 01:07PM | 1 | A | Yes. |
| 01:07PM | 2 | Q | The person just to the right of that in the white Polo |
| 01:08PM | 3 | | shirt kneeling down, who is that? |
| 01:08PM | 4 | A | Jason Yokoyama. |
| 01:08PM | 5 | Q | Mr. Kim, Drew Kim, if you know, what did he do for work? |
| 01:08PM | 6 | A | He worked as a longshoreman as well. |
| 01:08PM | 7 | Q | Do you recall attending a birthday dinner for Heather |
| 01:08PM | 8 | | Freeman at a Waikiki steakhouse? |
| 01:08PM | 9 | A | Yes. |
| 01:08PM | 10 | Q | At that birthday dinner, did the subject of cooperation |
| 01:08PM | 11 | | come up? |
| 01:08PM | 12 | A | I don't think so.  I don't recall. |
| 01:08PM | 13 | Q | Do you recall whether at that dinner you were given a |
| 01:08PM | 14 | | phone number from Mr. Miske to pass to Mr. Miller? |
| 01:08PM | 15 | A | I can't exactly recall, but it sounds like it could have |
| 01:09PM | 16 | | happened. |
| 01:09PM | 17 | Q | Okay.  And you've testified previously before that you |
| 01:09PM | 18 | | gave a particular phone number to Mr. Miske -- or excuse me, |
| 01:09PM | 19 | | that Mr. Miske asked you to relay a particular phone number to |
| 01:09PM | 20 | | Mr. Miller; is that right? |
| 01:09PM | 21 | A | Yes. |
| 01:09PM | 22 | Q | And that you passed that number along to Mr. Miller; is |
| 01:09PM | 23 | | that right? |
| 01:09PM | 24 | A | Yes. |
| 01:09PM | 25 | Q | Okay.  What phone number, if you recall, did you give to |

01:09PM   1   Mr. Miller for Mr. Miske?

01:09PM   2   A   I don't remember.

01:09PM   3   Q   You think it was the same one that you were communicating

01:09PM   4   on with him in these WhatsApp messages?

01:09PM   5   A   I don't remember.

01:09PM   6           MR. NAMMAR:  Pass the witness, Your Honor.

01:09PM   7           THE COURT:  All right.  Ms. Panagakos, cross when you

01:09PM   8   are ready.

01:09PM   9                       CROSS-EXAMINATION

01:09PM   10  BY MS. PANAGAKOS:

01:09PM   11  Q   Good afternoon, Ms. Tufele.  The WhatsApp message that

01:10PM   12  you've been testifying about, they are printed out in sort of

01:10PM   13  typewritten form now, but when you got them, you got them in

01:10PM   14  your phone, right?

01:10PM   15  A   Um-hm.

01:10PM   16  Q   And so it looked like a screenshot, like what we can see

01:10PM   17  on our cell phones?

01:10PM   18  A   Um-hm.

01:11PM   19          MS. PANAGAKOS:  And can we show the witness 1-855?

01:11PM   20          THE COURT:  Go ahead.

01:11PM   21  BY MS. PANAGAKOS:

01:11PM   22  Q   And this is a photo of the flowers you and Wayne and your

01:11PM   23  son gave at Caleb's celebration of life, right.

01:11PM   24          And Mr. Miske texted those to you in this WhatsApp

01:11PM   25  chat, right?

| | | | |
|---|---|---|---|
| 01:11PM | 1 | A | Yes. |
| 01:11PM | 2 | Q | And can we show the witness only Exhibit 9051-003. |
| 01:11PM | 3 | | Do you recognize that? |
| 01:11PM | 4 | A | Um-hm. |
| 01:11PM | 5 | Q | And then can we show the witness 9051-004. |
| 01:12PM | 6 | | So this is what had it actually looked like when you |
| 01:12PM | 7 | | received it -- this text message in your phone, right? |
| 01:12PM | 8 | A | Yes. |
| 01:12PM | 9 | | MS. PANAGAKOS:  Your Honor, I would move to admit and |
| 01:12PM | 10 | | publish exhibits 9051-003 and 9051-004. |
| 01:12PM | 11 | | MR. NAMMAR:  No objection. |
| 01:12PM | 12 | | THE COURT:  No objection, is that what you said? |
| 01:12PM | 13 | | MR. NAMMAR:  Yes, Your Honor. |
| 01:12PM | 14 | | THE COURT:  Without objection, those two exhibits are |
| 01:12PM | 15 | | admitted, 9015-003 and 004.  You may publish. |
| 01:12PM | 16 | | (Exhibits 9015-003 and 9015-004 were received in evidence.) |
| 01:12PM | 17 | | BY MS. PANAGAKOS: |
| 01:12PM | 18 | Q | Can we start with 9051-003. |
| 01:12PM | 19 | | And Ms. Tufele, you see at the top, the date |
| 01:12PM | 20 | | September 19th. |
| 01:12PM | 21 | | That's the date you received the text, right? |
| 01:12PM | 22 | A | Yes. |
| 01:12PM | 23 | Q | And then can we look at 9051-004.  And this is the message |
| 01:12PM | 24 | | that Mr. Miske sent to you with this photo, "I never had the |
| 01:13PM | 25 | | courage to look through the pics until today.  Just wanted to |

01:13PM   1   say thank you."

01:13PM   2   A    Yes.

01:13PM   3   Q    And you said you're welcome.

01:13PM   4   A    Um-hm.

01:13PM   5   Q    And this was a message from a friend?

01:13PM   6   A    Yes.

01:13PM   7   Q    And you shared grief because you both lost Caleb.

01:13PM   8        You were close with Caleb, right?

01:13PM   9   A    Yes.

01:13PM   10  Q    And so you didn't consider this to be threatening when you

01:13PM   11  received it?

01:13PM   12  A    No.

01:13PM   13  Q    Can we turn to Exhibit 1-852, which has been admitted.

01:13PM   14  And go to page 13.  And then can we zoom in on the portion --

01:14PM   15  the portion that I've -- can we zoom in on that and then I'll

01:14PM   16  clear this?

01:14PM   17        So that indicates the photos and the message that's in

01:14PM   18  the photo, right?

01:14PM   19  A    Um-hm.

01:14PM   20  Q    And can we go down from there, Ms. King.  Are we able

01:14PM   21  to -- let's go back to the whole page.  Are we able to do --

01:14PM   22        MR. KENNEDY:  Counsel can you publish that?

01:14PM   23        MS. PANAGAKOS:  Is it published?  I believe it is.

01:14PM   24        THE COURT:  Do you wish to publish?

01:14PM   25        MS. PANAGAKOS:  Yes, please.

01:14PM    1              THE COURT:  All right.

01:14PM    2    BY MS. PANAGAKOS:

01:14PM    3    Q    So this is a conversation with a friend?

01:14PM    4    A    Yes.

01:14PM    5    Q    Mr. Miske is asking you "How's braddah?" That's a

01:14PM    6    reference to Wayne, right?

01:14PM    7    A    Um-hm.

01:15PM    8    Q    He has been carrying it on him, correct?

01:15PM    9    A    Um-hm.

01:15PM   10    Q    You shared that you didn't have good visits with him.  He

01:15PM   11    is pushing you away.

01:15PM   12              Mike's expressing concern, asking how so, right?

01:15PM   13    A    Correct.

01:15PM   14    Q    And you're actually saying you're hoping that when

01:15PM   15    Mr. Miller calls Mike, that they can talk and that Mike can let

01:15PM   16    him know he doesn't have to go through this alone?

01:15PM   17    A    Right.

01:15PM   18    Q    And then you talk about the wreath.

01:15PM   19              And you say that Wayne designed the wreath?

01:15PM   20    A    Yes.

01:15PM   21    Q    Do you see that?

01:15PM   22    A    Yes.

01:15PM   23    Q    And then can we scroll down a little bit further.  And

01:15PM   24    then you see you say -- he says "Maybe you can print them and

01:15PM   25    send him so he's got some floral."

| | | | |
|---|---|---|---|
| 01:15PM | 1 | A | Correct, yes. |
| 01:16PM | 2 | Q | So you never thought this message was threatening until |
| 01:16PM | 3 | | Wayne said things to you to change your mind? |
| 01:16PM | 4 | A | At the time when I received this message, I did not think |
| 01:16PM | 5 | | it was threatening. |
| 01:16PM | 6 | Q | And then, in fact, you've continued to have a friendship |
| 01:16PM | 7 | | with Mr. Miske, correct? |
| 01:16PM | 8 | A | Yes. |
| 01:16PM | 9 | Q | And if we could turn to page 17 and highlight the bottom |
| 01:16PM | 10 | | portion from where October 16th starts.  And -- I'm sorry, |
| 01:16PM | 11 | | Ms. King, just go a little bit above. |
| 01:16PM | 12 | | So you can see here on October 16th, you initiate |
| 01:16PM | 13 | | contact with Mr. Miske, right? |
| 01:16PM | 14 | A | Um-hm. |
| 01:16PM | 15 | Q | And you tell him about a trip to Disneyland. |
| 01:17PM | 16 | A | Sorry.  I don't see the Disneyland. |
| 01:17PM | 17 | Q | "How was Disneyland," he asks you. |
| 01:17PM | 18 | A | Yes. |
| 01:17PM | 19 | Q | And then you send him a photo now, right? |
| 01:17PM | 20 | A | Um-hm, yes. |
| 01:17PM | 21 | Q | Can we show the witness Exhibit 9051-047. |
| 01:17PM | 22 | | And this is the photo you texted your friend Mr. Miske |
| 01:17PM | 23 | | at this time in October of 2018, right? |
| 01:17PM | 24 | A | Um-hm. |
| 01:17PM | 25 | Q | And that's a photo of you and your son at Disneyland? |

| | | |
|---|---|---|
| 01:17PM | 1 | A    Yes. |
| 01:17PM | 2 | Q    And then you continued during this time to go spend time |
| 01:17PM | 3 | with Mr. Miske and his family at the bay, right? |
| 01:18PM | 4 | A    Yes. |
| 01:18PM | 5 | MS. PANAGAKOS:  And could we go -- did I move to admit |
| 01:18PM | 6 | 9051? |
| 01:18PM | 7 | THE COURT:  9051 dash -- |
| 01:18PM | 8 | MS. PANAGAKOS:  047, sorry, Your Honor. |
| 01:18PM | 9 | THE COURT:  No, you have not. |
| 01:18PM | 10 | MS. PANAGAKOS:  I would like to move to admit |
| 01:18PM | 11 | 9051-047. |
| 01:18PM | 12 | THE COURT:  Any objection, Mr. Nammar? |
| 01:18PM | 13 | MR. NAMMAR:  No objection. |
| 01:18PM | 14 | THE COURT:  Without objection 9051-47 is admitted. |
| 01:18PM | 15 | (Exhibit 9051-047 was received in evidence.) |
| 01:18PM | 16 | MS. PANAGAKOS:  May we publish? |
| 01:18PM | 17 | THE COURT:  Yes, you may. |
| 01:18PM | 18 | BY MS. PANAGAKOS: |
| 01:18PM | 19 | Q    So again, that's the photo of you guys at Disneyland? |
| 01:18PM | 20 | A    Um-hm. |
| 01:18PM | 21 | Q    And then you initiated -- if we can go back to 1-852. |
| 01:19PM | 22 | Page 19.  And then at this part where there is one entry on |
| 01:19PM | 23 | October 23rd and the next one is on October 31st. |
| 01:19PM | 24 | So again, Ms. Tufele, this is you reaching out to your |
| 01:19PM | 25 | friend? |

| | | | |
|---|---|---|---|
| 01:19PM | 1 | A | Yes. |
| 01:19PM | 2 | Q | Mr. Miske? |
| 01:19PM | 3 | A | Um-hm. |
| 01:19PM | 4 | Q | And this is now Halloween? |
| 01:19PM | 5 | A | Yes. |
| 01:19PM | 6 | Q | Mr. Miller has been in custody for almost three months? |
| 01:19PM | 7 | A | Um-hm. |
| 01:19PM | 8 | Q | You know he is cooperating? |
| 01:19PM | 9 | A | I don't know at what time I found out he was cooperating. |
| 01:20PM | 10 | Q | You were not aware that he was a confidential informant |
| 01:20PM | 11 | | for the FBI since June of 2017? |
| 01:20PM | 12 | A | No. |
| 01:20PM | 13 | Q | Can we turn to page 20, please, of 1-852.  Up at the |
| 01:20PM | 14 | | second line, you see you're texting another photo. |
| 01:20PM | 15 | | Do you see that? |
| 01:20PM | 16 | A | Yes. |
| 01:20PM | 17 | Q | Can we show the witness 9051-048. |
| 01:20PM | 18 | | Is this the photo -- the Halloween photo that you |
| 01:20PM | 19 | | texted to Mr. Miske? |
| 01:20PM | 20 | A | Yes. |
| 01:20PM | 21 | | MS. PANAGAKOS:  I would move to admit this photo, Your |
| 01:20PM | 22 | | Honor, 9051-048. |
| 01:20PM | 23 | | THE COURT:  Any objection? |
| 01:20PM | 24 | | MR. NAMMAR:  No objection. |
| 01:21PM | 25 | | THE COURT:  Without objection 9051-48 is admitted. |

01:21PM   1    You may publish.

01:21PM   2              (Exhibit 9051-048 was received in evidence.)

01:21PM   3    BY MS. PANAGAKOS:

01:21PM   4    Q    So you texted this to share your Halloween time with your

01:21PM   5    son to share a photo of that with your friend, Mr. Miske?

01:21PM   6    A    Yes.

01:21PM   7    Q    And your friendship continued through Christmas, right?

01:21PM   8    A    Like I said, I don't know at what point I found out he was

01:21PM   9    cooperating, and yes.

01:21PM   10   Q    Can we go back to Exhibit 1-852 and go to page 25.  And

01:21PM   11   you see a text on Christmas day.

01:22PM   12             You text a photo to your friend, Mr. Miske, right?

01:22PM   13   A    Yes.

01:22PM   14   Q    Can we show Ms. Tufele Exhibit 9051-049.

01:22PM   15             Is that the photo you texted your friend Mr. Miske on

01:22PM   16   Christmas day?

01:22PM   17   A    Yes.

01:22PM   18             MS. PANAGAKOS:  Move to admit 9051-049.

01:22PM   19             THE COURT:  Mr. Nammar?

01:22PM   20             MR. NAMMAR:  No objection.

01:22PM   21             THE COURT:  Without objection 9051-49 is admitted.

01:22PM   22   You may publish.

01:22PM   23             (Exhibit 9051-49 was received in evidence.)

01:22PM   24   BY MS. PANAGAKOS:

01:22PM   25   Q    And so this is your son JD and his Christmas attire,

01:22PM    1    right?

01:22PM    2    A    Yes.

01:22PM    3    Q    And may we turn back to 1-852 page 25.  And you see after

01:23PM    4    Mr. Miske receives the photo, he says, "Merry Christmas.  Hope

01:23PM    5    you're doing okay.  Love you guys."

01:23PM    6    A    Yes.

01:23PM    7    Q    And throughout this time, he kept telling you he loved you

01:23PM    8    guys, right?

01:23PM    9    A    Yes.

01:23PM    10   Q    And asked if there was anything he could do for you?

01:23PM    11   A    Yes.

01:23PM    12   Q    Told you he was there if you needed anything?

01:23PM    13   A    Yes.

01:23PM    14   Q    For you, for your son?

01:23PM    15   A    Yes.

01:23PM    16   Q    And you felt the same way, "kiss the princess for us."

01:23PM    17   That's Nila, right?

01:23PM    18   A    Yes.

01:23PM    19   Q    And again, New Years, day before New Years, you tell

01:23PM    20   Mr. Miske you love him?

01:23PM    21   A    Yes.

01:23PM    22   Q    Ali'i, Justin Wilcox, that was Wayne's friend, right?

01:24PM    23   A    Yes.

01:24PM    24   Q    Not Mike's friend?

01:24PM    25   A    Correct.

01:24PM   1   Q    And Gursh, Wayne Kahale Gursh.  That was Wayne's friend?

01:24PM   2   A    Yes.

01:24PM   3   Q    And Ali'i girlfriend Sharise, (phonetic) you were friends

01:24PM   4   with her?

01:24PM   5   A    Yes.

01:24PM   6   Q    So that was a separate circle of friends, right?

01:24PM   7   A    Yes.

01:24PM   8   Q    And you are aware that Ali'i is a drug dealer, right?

01:24PM   9   A    Now I am, yes.

01:24PM   10  Q    You knew in about August, September 2017 he got arrested?

01:24PM   11  A    Yes.

01:24PM   12  Q    And are you aware that Wayne was dealing drugs for Ali'i?

01:24PM   13  A    No.

01:24PM   14  Q    You weren't aware that he was dealing pounds and pounds,

01:24PM   15  six figures worth he was making?

01:24PM   16  A    No, he lived a separate life.

01:24PM   17  Q    What about when he got out of the halfway house in January

01:24PM   18  of 2014.

01:24PM   19        He moved in with you, right?

01:25PM   20  A    We shared an apartment, yes.

01:25PM   21  Q    And you fell in love?

01:25PM   22  A    Yes.

01:25PM   23  Q    And you got pregnant?

01:25PM   24  A    Yes.

01:25PM   25  Q    You lived together?

01:25PM   1   A   Yes.

01:25PM   2   Q   Until the surgery and the oxycodone, you were a family?

01:25PM   3   A   Correct.

01:25PM   4   Q   And you socialized with one group of friends, Mike and

01:25PM   5   Heather, Delia, and Nila?

01:25PM   6   A   Yes.

01:25PM   7   Q   And another group of friends, which was Gursh and Ali'i?

01:25PM   8   A   Yes.

01:25PM   9   Q   And up until the surgery, you were living together as a

01:25PM   10   family?

01:25PM   11   A   Yes.

01:25PM   12   Q   And you would help him -- you worked I think for the

01:25PM   13   Marriott?

01:25PM   14   A   Yes.

01:25PM   15   Q   And you would assist Wayne when he wanted to take trips to

01:25PM   16   Las Vegas and California?

01:25PM   17   A   Yes.

01:25PM   18   Q   And he would go to Las Vegas to see Gursh?

01:25PM   19   A   Sometimes, yes.

01:25PM   20   Q   And all the while --

01:25PM   21   A   He went there for rehab as well.

01:25PM   22   Q   Do you remember when that was?

01:25PM   23   A   2017.

01:25PM   24   Q   Towards the end, right?

01:25PM   25   A   I don't recall.

| | | | |
|---|---|---|---|
| 01:25PM | 1 | Q | And so before the relapse, you had no idea that he was |
| 01:26PM | 2 | | making six figures selling many, many pounds of methamphetamine |
| 01:26PM | 3 | | and cocaine? |
| 01:26PM | 4 | A | No. |
| 01:26PM | 5 | Q | That he was getting from Ali'i? |
| 01:26PM | 6 | A | No. |
| 01:26PM | 7 | Q | And Gursh? |
| 01:26PM | 8 | A | No. |
| 01:26PM | 9 | Q | And Sam Kuana; do you know him? |
| 01:26PM | 10 | A | I think he is Wayne's cousin. |
| 01:26PM | 11 | Q | And the Poke Shack, that was Wayne's idea? |
| 01:26PM | 12 | A | Yes. |
| 01:26PM | 13 | Q | Wayne wanted that business? |
| 01:26PM | 14 | A | Yes. |
| 01:26PM | 15 | Q | And Mike supported him? |
| 01:26PM | 16 | A | Correct. |
| 01:26PM | 17 | Q | Mike wanted to help his friend? |
| 01:26PM | 18 | A | Yes. |
| 01:26PM | 19 | Q | And Mike was in a position to do that? |
| 01:26PM | 20 | A | Yes. |
| 01:26PM | 21 | Q | Because he'd worked hard for many, many years and he was |
| 01:26PM | 22 | | successful? |
| 01:26PM | 23 | A | Yes. |
| 01:26PM | 24 | Q | And so he invested in this business? |
| 01:26PM | 25 | A | Yes. |

01:26PM  1   Q    There is no agreement to say he was an owner; he was going
01:26PM  2   to take profits or anything like that?
01:26PM  3   A    Correct.
01:26PM  4   Q    And so Wayne asked you to be the owner?
01:26PM  5   A    Yes.
01:26PM  6   Q    And you agreed to put your name on the documents as a
01:26PM  7   member/manager?
01:26PM  8   A    Yes.
01:26PM  9   Q    Which is an owner?
01:26PM  10  A    Yes.
01:26PM  11  Q    And that was you and Jason and the paperwork?
01:27PM  12  A    Yes.
01:27PM  13  Q    Mike didn't ask you to do that?
01:27PM  14  A    No.
01:27PM  15  Q    Wayne did?
01:27PM  16  A    Yes.
01:27PM  17  Q    And then Wayne got sick and couldn't help?
01:27PM  18  A    Yes.
01:27PM  19  Q    Mike never said he wanted to operate the food truck; he
01:27PM  20  was just helping his friend?
01:27PM  21  A    Yes.
01:27PM  22  Q    And so you took it upon yourself to report the income and
01:27PM  23  expenses?
01:27PM  24  A    Yes.
01:27PM  25  Q    And it was an accurate tax return?

01:27PM   1   A   Yes.

01:27PM   2   Q   And you took deductions for the depreciation of the

01:27PM   3   equipment and everything?

01:27PM   4   A   Yes.

01:27PM   5   Q   And Mike -- I think there was a profit of $11,000 on your

01:27PM   6   tax return?

01:27PM   7   A   Based on the receipts and everything that I had, that was

01:27PM   8   my best judgment.

01:27PM   9   Q   Correct, I mean, yeah.  It was accurate to the best of

01:27PM   10   your ability?

01:27PM   11   A   Yes.

01:27PM   12   Q   And you paid self-employment tax on that?

01:27PM   13   A   I think so, yes.

01:27PM   14   Q   And you got a tax refund that year?

01:27PM   15   A   Yes.

01:27PM   16   Q   And Mike didn't get any of those profits?

01:27PM   17   A   Okay, yes.

01:27PM   18   Q   And so when the business failed, or when you decided to

01:27PM   19   close, he sold the truck that he bought?

01:28PM   20   A   Yes.

01:28PM   21   Q   That's it?

01:28PM   22   A   Correct.

01:28PM   23   Q   The GPS tracker that you turned into the FBI?

01:28PM   24   A   Yes.

01:28PM   25   Q   Are you aware that Wayne said he had left that in your car

01:28PM    1    on accident?

01:28PM    2    A    He didn't let me know that.

01:28PM    3    Q    And you are aware that he purchased GPS trackers sometimes

01:28PM    4    from his cousin Sheena, right?

01:28PM    5    A    I know that now.

01:29PM    6              MS. PANAGAKOS:  May we show the witness

01:29PM    7    Exhibit 9051-036.

01:29PM    8              THE COURT:  All right.

01:29PM    9    BY MS. PANAGAKOS:

01:29PM    10   Q    Ms. Tufele, this is an extraction of messages from one of

01:29PM    11   Wayne Miller's cell phones that was seized when he was

01:29PM    12   arrested.  And you recognize your phone number as

01:30PM    13   (808) 589-6244?

01:30PM    14   A    Yes.

01:30PM    15   Q    And you are the contact?

01:30PM    16   A    Yes.

01:30PM    17   Q    You recognize this conversation is about Sheena needing to

01:30PM    18   get a hold of him -- Wayne?

01:30PM    19   A    Yes.

01:30PM    20             MS. PANAGAKOS:  I would move to admit 9051-036, Your

01:30PM    21   Honor.

01:30PM    22             THE COURT:  Any objection?

01:30PM    23             MR. NAMMAR:  Object to relevance 403.  These are also

01:30PM    24   hearsay.  They are not state of mind messages and they contain

01:30PM    25   beliefs and they should not be admitted under 803(3) either.

01:30PM   1          THE COURT:  All right.  Objection is overruled.

01:30PM   2   Exhibit 9051 -- what's the hyphen number?

01:30PM   3          MS. PANAGAKOS:  036.

01:30PM   4          THE COURT:  Dash 036 is admitted.

01:30PM   5          (Exhibit 9051-036 was received in evidence.)

01:30PM   6          MS. PANAGAKOS:  And may we publish?

01:30PM   7          THE COURT:  You may.  We're at the 1:30 hour.  So if

01:30PM   8   you want to continue this line, as long as it's brief, you may

01:30PM   9   continue.  Otherwise, we are going to have to resume tomorrow.

01:30PM   10          MS. PANAGAKOS:  Okay, Your Honor.  I would like to

01:31PM   11   resume tomorrow.  Thank you.

01:31PM   12          THE COURT:  Great.  We will go to break then for this

01:31PM   13   trial day, as truncated as it was.  Hopefully, we can start on

01:31PM   14   time tomorrow morning at 8:30.

01:31PM   15          As we go to break, I'll remind our jurors once again

16   to please refrain from discussing the substance of this case

17   with anyone, including one another, until I advise you

18   otherwise; to refrain from accessing any media or other

19   accounts of this case that may be out there; and then finally,

20   please do not conduct any independent investigation into the

01:31PM   21   facts, circumstances, or persons involved.

01:31PM   22          So we will see you tomorrow morning at 8:30 where we

01:31PM   23   will resume with the cross-examination of Ms. Tufele.

24                          --oo0oo--

25

```
 1                  COURT REPORTER'S CERTIFICATE

 2          I, Gloria T. Bediamol, Official Court Reporter, United

 3   States District Court, District of Hawaii, do hereby certify

 4   that pursuant to 28 U.S.C. §753 the foregoing is a complete,

 5   true, and correct transcript from the stenographically reported

 6   proceedings held in the above-entitled matter and that the

 7   transcript page format is in conformance with the regulations

 8   of the Judicial Conference of the United States.

 9

10          DATED at Honolulu, Hawaii, May 29, 2024.

11

12

13                              /s/ Gloria T. Bediamol

14                              GLORIA T. BEDIAMOL.

15                              RMR, CRR, FCRR

16

17

18

19

20

21

22

23

24

25
```