08:29AM 1                    IN THE UNITED STATES DISTRICT COURT

2                          FOR THE DISTRICT OF HAWAII

3
         UNITED STATES OF AMERICA,    )     CRIMINAL NO. 19-00099-DKW
4                                     )
                      Plaintiff,      )     Honolulu, Hawaii
5                                     )
                 vs.                  )     April 3, 2024
6                                     )
         MICHAEL J. MISKE, JR.,       )     TESTIMONY OF MARK LAPENA
7                                     )
                      Defendant.      )
8        _____)

9
                    PARTIAL TRANSCRIPT OF JURY TRIAL (DAY 42)
10                  BEFORE THE HONORABLE DERRICK K. WATSON,
                    CHIEF UNITED STATES DISTRICT COURT JUDGE
11
         APPEARANCES:
12
         For the Plaintiff:           MARK INCIONG, ESQ.
13                                    MICHAEL DAVID NAMMAR, ESQ
                                      WILLIAM KE AUPUNI AKINA, ESQ.
14                                    AISLINN AFFINITO, ESQ.
                                      Office of the United States Attorney
15                                    PJKK Federal Building
                                      300 Ala Moana Boulevard, Suite 6100
16                                    Honolulu, Hawaii  96850

17       For the Defendant:          LYNN E. PANAGAKOS, ESQ.
                                      841 Bishop St., Ste 2201
18                                    Honolulu, HI 96813

19                                    MICHAEL JEROME KENNEDY, ESQ.
                                      Law Offices of Michael Jerome
20                                    Kennedy, PLLC
                                      333 Flint Street
21                                    Reno, NV 89501

22       Official Court Reporter:     Gloria T. Bediamol, RPR RMR CRR FCRR
                                      United States District Court
23                                    300 Ala Moana Boulevard
                                      Honolulu, Hawaii 96850
24
          Proceedings recorded by machine shorthand, transcript produced
25        with computer-aided transcription (CAT).

1                         I N D E X

2    GOVERNMENT WITNESS:                              PAGE NO.

3     MARK LAPENA

4         DIRECT EXAMINATION BY MR. AKINA                4
          CROSS-EXAMINATION BY MR. KENNEDY              23
5         REDIRECT EXAMINATION BY MR. AKINA             32

6

7    EXHIBITS:                                         PAGE NO.

8     Exhibit 9-585 was received in evidence           16

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

| | | |
|---|---|---|
| | 1 | April 3, 2024                                                    10:59 a.m. |
| 08:39AM | 2 | THE CLERK:  Criminal Number 19-00099-DKW-KJM, United |
| 08:39AM | 3 | States of America versus Michael J. Miske, Jr. |
| 08:39AM | 4 | This case has been called for jury trial, day 42. |
| 08:39AM | 5 | Counsel please make your appearances for the record. |
| 08:39AM | 6 | MR. INCIONG:  Good morning, Your Honor.  Mark Inciong, |
| 08:39AM | 7 | Michael Nammar and KeAupuni Akina for the United States along |
| 08:39AM | 8 | with Special Agent Thomas Palmer and Kari Sherman.  Good |
| 08:39AM | 9 | morning. |
| 08:39AM | 10 | THE COURT:  Good morning. |
| 08:39AM | 11 | MR. KENNEDY:  Good morning, Your Honor.  Michael |
| 08:39AM | 12 | Kennedy, here with Lynn Panagakos, Michael Miske, Ashley King |
| 08:39AM | 13 | and Josh Barry good morning to you all.  Good morning to you. |
| 10:58AM | 14 | --oo0oo-- |
| 10:58AM | 15 | THE COURT:  Back from our first break of the trial |
| 10:58AM | 16 | day.  The government may call its next witness. |
| 10:59AM | 17 | MR. AKINA:  Government calls Mark Lapena. |
| 10:59AM | 18 | THE CLERK:  Please raise your right hand. |
| 10:59AM | 19 | MARK LAPENA, |
| 10:59AM | 20 | called as a witness, having been first duly sworn, was examined |
| 10:59AM | 21 | and testified as follows: |
| 10:59AM | 22 | THE CLERK:  Please state your full name spelling your |
| 10:59AM | 23 | last name for the record. |
| 10:59AM | 24 | THE WITNESS:  Hi.  My name is Mark Lapena.  Last name |
| 10:59AM | 25 | is, L-A-P-E-N-A. |

| | | | |
|---|---|---|---|
| 10:59AM | 1 | | DIRECT EXAMINATION |
| 10:59AM | 2 | BY MR. AKINA: | |
| 10:59AM | 3 | Q | Good morning. |
| 10:59AM | 4 | A | Good morning. |
| 10:59AM | 5 | Q | Where were you born? |
| 10:59AM | 6 | A | Philippines. |
| 10:59AM | 7 | Q | And when did you come to the United States? |
| 10:59AM | 8 | A | 1992. |
| 10:59AM | 9 | Q | Would you mind pulling the microphone down to your -- |
| 10:59AM | 10 | A | 1992. |
| 10:59AM | 11 | Q | And what type of work do you do currently? |
| 11:00AM | 12 | A | Detailing, auto detailing. |
| 11:00AM | 13 | Q | How -- about how long have you been doing auto detailing? |
| 11:00AM | 14 | A | Pretty long time. |
| 11:00AM | 15 | Q | Do you own your own business? |
| 11:00AM | 16 | A | Yes, I do. |
| 11:00AM | 17 | Q | Previously have you ever worked at Kama'aina Termite and |
| 11:00AM | 18 | Pest Control? | |
| 11:00AM | 19 | A | Yes, sir. |
| 11:00AM | 20 | Q | And who hired you? |
| 11:00AM | 21 | A | Mike and Dave Melton. |
| 11:00AM | 22 | Q | Mike, what is Mike's last name? |
| 11:00AM | 23 | A | Mike Miske. |
| 11:00AM | 24 | Q | And you said Dave Melton also? |
| 11:00AM | 25 | A | Yes. |

11:00AM   1   Q   Who was in charge at that time?

11:00AM   2   A   Mike Miske.

11:00AM   3   Q   What years did you work for Michael Miske at Kama'aina

11:00AM   4   Termite and Pest Control?

11:00AM   5   A   2011 to 2014.

11:00AM   6   Q   And what did you do while you worked there?

11:01AM   7   A   Just detailing cars, clean.

11:01AM   8        MR. AKINA:  I want to publish Exhibit 5-22 already in

11:01AM   9   evidence.

11:01AM   10        THE COURT:  Go ahead.

11:01AM   11        THE WITNESS:  Yes, yeah.

11:01AM   12   BY MR. AKINA:

11:01AM   13   Q   Do you recognize this location?

11:01AM   14   A   Yes, sir.

11:01AM   15   Q   What is this?

11:01AM   16   A   Kama'aina Pest Control.

11:01AM   17   Q   Did you work here at this location?

11:01AM   18   A   Yes, sir.

11:01AM   19   Q   So you would detail cars at this location for Kama'aina

11:01AM   20   Termite and Pest Control?

11:01AM   21   A   Yes, sir.

11:01AM   22   Q   Initially when you first started working for Mr. Miske,

11:01AM   23   how were you paid?

11:01AM   24   A   Was cash.

11:01AM   25   Q   Did that ever change?

| | | | |
|---|---|---|---|
| 11:01AM | 1 | A | Yes, sir. |
| 11:01AM | 2 | Q | Explain that.  How did it change? |
| 11:01AM | 3 | A | From cash and then to payroll. |
| 11:02AM | 4 | Q | And who's -- did you have to ask for that? |
| 11:02AM | 5 | A | Yes, I had -- I had to be paid in payroll. |
| 11:02AM | 6 | Q | All right.  So who did you ask to -- who did you talk to |
| 11:02AM | 7 | | about getting paid on -- getting on payroll? |
| 11:02AM | 8 | A | Mike. |
| 11:02AM | 9 | Q | You asked him to put you on payroll? |
| 11:02AM | 10 | A | Yes. |
| 11:02AM | 11 | Q | Why was that important to you? |
| 11:02AM | 12 | A | Because there was -- because I'm a single dad, so I need |
| 11:02AM | 13 | | some kind of like -- you know, show approval for ... |
| 11:02AM | 14 | Q | You needed to -- you needed proof of something? |
| 11:02AM | 15 | A | Yes.  For welfare. |
| 11:02AM | 16 | Q | For welfare? |
| 11:02AM | 17 | A | Yeah. |
| 11:02AM | 18 | Q | So you had to prove that you were being paid and employed? |
| 11:02AM | 19 | A | Yes. |
| 11:02AM | 20 | Q | Okay.  So while you were being paid cash, you weren't |
| 11:02AM | 21 | | receiving anything like a pay stub? |
| 11:02AM | 22 | A | I can't -- I can't apply for welfare. |
| 11:02AM | 23 | Q | And when you were being paid cash, were you -- you didn't |
| 11:02AM | 24 | | have pay stubs it sounds like? |
| 11:02AM | 25 | A | Yes. |

| | | | |
|---|---|---|---|
| 11:03AM | 1 | Q | So when you were paid cash, were things like taxes taken |
| 11:03AM | 2 | | out of your paycheck or out of the cash that you were paid? |
| 11:03AM | 3 | A | What is that, sir? |
| 11:03AM | 4 | Q | When you were being paid cash, were taxes taken out of |
| 11:03AM | 5 | | that by your employer? |
| 11:03AM | 6 | A | No, sir. |
| 11:03AM | 7 | Q | When you were paid cash, who would actually give you the |
| 11:03AM | 8 | | cash?  When you were paid cash, who would give you the cash? |
| 11:03AM | 9 | A | What was -- what is that, sir? |
| 11:03AM | 10 | Q | When you were paid in cash, who would give you the cash? |
| 11:03AM | 11 | A | Mike, Mike Miske. |
| 11:03AM | 12 | Q | Where would -- where at Kama'aina Termite and Pest Control |
| 11:03AM | 13 | | would you be when Mike typically gave you cash? |
| 11:03AM | 14 | A | At his office. |
| 11:03AM | 15 | Q | When you went to payroll, was that completely -- were you |
| 11:03AM | 16 | | completely on payroll initially? |
| 11:03AM | 17 | A | For a little bit. |
| 11:04AM | 18 | Q | Okay.  Was there ever a time where you were also a mix of |
| 11:04AM | 19 | | partially on payroll and partially paid in cash? |
| 11:04AM | 20 | A | Yes, sir. |
| 11:04AM | 21 | Q | And so how did that progress?  You went from being paid in |
| 11:04AM | 22 | | cash and then what happened after that? |
| 11:04AM | 23 | A | And then going to half and half. |
| 11:04AM | 24 | Q | Half and half.  Half cash, half payroll? |
| 11:04AM | 25 | A | Yes, sir. |

| | | | |
|---|---|---|---|
| 11:04AM | 1 | Q | Okay.  And no taxes taken out of the cash portion, right? |
| 11:04AM | 2 | A | Yes, sir. |
| 11:04AM | 3 | Q | And then after that, what happened?  Were you ever full |
| 11:04AM | 4 | | payroll after that? |
| 11:04AM | 5 | A | Yes. |
| 11:04AM | 6 | Q | Okay.  And was that for about a year, a year and a half |
| 11:04AM | 7 | | that you were on full payroll? |
| 11:04AM | 8 | A | Yes, sir, around that, sir. |
| 11:04AM | 9 | Q | And then did that change after a period of time? |
| 11:04AM | 10 | A | Yes. |
| 11:04AM | 11 | Q | You went back to some other form of payment? |
| 11:04AM | 12 | A | Yes, sir. |
| 11:04AM | 13 | Q | Which? |
| 11:04AM | 14 | A | It was half and half. |
| 11:04AM | 15 | Q | So you worked there from 2011 to 2014, so that's about |
| 11:05AM | 16 | | three or four years, right? |
| 11:05AM | 17 | A | Yes, sir. |
| 11:05AM | 18 | Q | About a year, year and a half of that, you were on full |
| 11:05AM | 19 | | payroll, correct? |
| 11:05AM | 20 | A | Around that area, sir. |
| 11:05AM | 21 | Q | At the time that you were working for the defendant, for |
| 11:05AM | 22 | | Mr. Miske, sorry, did -- were you working full time? |
| 11:05AM | 23 | A | Yes, sir. |
| 11:05AM | 24 | Q | Did you receive health benefits? |
| 11:05AM | 25 | A | No, sir. |

| | | | |
|---|---|---|---|
| 11:05AM | 1 | Q | Were you ever offered health insurance? |
| 11:05AM | 2 | A | No, sir. |
| 11:05AM | 3 | Q | Would you ever do other things besides auto detailing? |
| 11:05AM | 4 | A | Yes, sir. |
| 11:05AM | 5 | Q | Are you familiar with the Row Bar? |
| 11:05AM | 6 | A | Yes, sir. |
| 11:05AM | 7 | Q | And that's -- is that near? |
| 11:05AM | 8 | A | Restaurant Row. |
| 11:05AM | 9 | Q | Restaurant Row? |
| 11:05AM | 10 | A | Yeah. |
| 11:05AM | 11 | Q | Who would -- who had you do work over there? |
| 11:05AM | 12 | A | Just -- just to help around. |
| 11:05AM | 13 | Q | And who told you to go work over there? |
| 11:06AM | 14 | A | Mike. |
| 11:06AM | 15 | Q | And while you were working at the Row Bar, did you ever |
| 11:06AM | 16 | | get injured? |
| 11:06AM | 17 | A | Yes, sir. |
| 11:06AM | 18 | Q | Describe that for the jury how you got hurt. |
| 11:06AM | 19 | A | I was working on -- on the -- the ceiling area and then I |
| 11:06AM | 20 | | fell off. |
| 11:06AM | 21 | Q | And were you able to go back to work after that? |
| 11:06AM | 22 | A | No.  I couldn't work for like a couple weeks. |
| 11:06AM | 23 | Q | You were out for a couple of weeks? |
| 11:06AM | 24 | A | Yes. |
| 11:06AM | 25 | Q | Did you get any workers' comp for that? |

| | | | |
|---|---|---|---|
| 11:06AM | 1 | A | No, sir. |
| 11:06AM | 2 | Q | Did you talk to Michael Miske about that? |
| 11:06AM | 3 | A | Yes, sir. |
| 11:06AM | 4 | Q | And what did he tell you? |
| 11:06AM | 5 | A | It's like it's my fault. |
| 11:06AM | 6 | Q | So he didn't give you any money? |
| 11:06AM | 7 | A | No. |
| 11:06AM | 8 | Q | Were you paid for the time that you were out because of |
| 11:06AM | 9 | | your injury? |
| 11:06AM | 10 | A | No, I wasn't. |
| 11:06AM | 11 | Q | So focusing on detailing cars, what types of cars did you |
| 11:07AM | 12 | | detail at Kama'aina Termite? |
| 11:07AM | 13 | A | The company trucks and his personal cars. |
| 11:07AM | 14 | Q | What kind of cars did you detail that were his personal |
| 11:07AM | 15 | | cars? |
| 11:07AM | 16 | A | His Porsche and his Bronco and some of his bikes and |
| 11:07AM | 17 | | stuff. |
| 11:07AM | 18 | Q | Did you ever detail any Volkswagons? |
| 11:07AM | 19 | A | Yes, sir. |
| 11:07AM | 20 | Q | And were those like modern Volkswagons? |
| 11:07AM | 21 | A | It's restored, sir. |
| 11:07AM | 22 | Q | Restored.  The Porsche, do you remember what color it was? |
| 11:07AM | 23 | A | It was black. |
| 11:07AM | 24 | Q | Would you do detailing for other people, friends of |
| 11:07AM | 25 | | Michael Miske? |

| | | | |
|---|---|---|---|
| 11:07AM | 1 | A | Yes, some of his friends. |
| 11:07AM | 2 | Q | Would that be done at Kama'aina Termite and Pest Control |
| 11:07AM | 3 | | as well? |
| 11:07AM | 4 | A | Yes, sir. |
| 11:07AM | 5 | Q | Do you know whether or not Michael Miske was also involved |
| 11:08AM | 6 | | in purchasing vehicles at auction? |
| 11:08AM | 7 | A | Yes, sir. |
| 11:08AM | 8 | Q | And would you detail any of those cars that were purchased |
| 11:08AM | 9 | | at auction? |
| 11:08AM | 10 | A | Yes, sir. |
| 11:08AM | 11 | Q | While you were working at Kama'aina Termite and Pest |
| 11:08AM | 12 | | Control, were there other auto detailers doing the same jobs |
| 11:08AM | 13 | | that you were? |
| 11:08AM | 14 | A | No.  It was just me. |
| 11:08AM | 15 | Q | While working at Kama'aina Termite and Pest Control, did |
| 11:08AM | 16 | | you ever observe someone swapping license plates on vehicles? |
| 11:08AM | 17 | A | It's just that one occasion. |
| 11:08AM | 18 | Q | Tell us about that one occasion that you saw. |
| 11:08AM | 19 | A | It was just I was working late and then I just -- just |
| 11:08AM | 20 | | witnessed that -- that -- that occasion. |
| 11:08AM | 21 | Q | Let's talk about who.  Who did you witness doing that? |
| 11:08AM | 22 | A | Mike and Miller and -- and the manager for -- yeah. |
| 11:09AM | 23 | Q | I heard Mike and Miller and then was there a third person? |
| 11:09AM | 24 | A | Yes, the -- the manager.  I forgot his name. |
| 11:09AM | 25 | Q | Let me show you some pictures. |

| | | |
|---|---|---|
| 11:09AM | 1 | MR. AKINA:  Could we show the witness Exhibit 1-43 |
| 11:09AM | 2 | which is in evidence? |
| 11:09AM | 3 | THE COURT:  Go ahead. |
| 11:09AM | 4 | MR. AKINA:  And if we could publish that also. |
| 11:09AM | 5 | BY MR. AKINA: |
| 11:09AM | 6 | Q    Do you recognize this individual? |
| 11:09AM | 7 | A    Yes, sir. |
| 11:09AM | 8 | Q    Who is this? |
| 11:09AM | 9 | A    Miller. |
| 11:09AM | 10 | Q    Do you know his first name? |
| 11:09AM | 11 | A    Miller. |
| 11:09AM | 12 | Q    You know him as Miller. |
| 11:09AM | 13 | A    What was that, sir? |
| 11:09AM | 14 | Q    Do you know him as Miller? |
| 11:09AM | 15 | A    Yes. |
| 11:10AM | 16 | MR. AKINA:  Could we show the witness Exhibit 1-49 |
| 11:10AM | 17 | already in evidence? |
| 11:10AM | 18 | BY MR. AKINA: |
| 11:10AM | 19 | Q    Do you recognize this person? |
| 11:10AM | 20 | A    Yes. |
| 11:10AM | 21 | Q    Who is that? |
| 11:10AM | 22 | A    Let's see.  I kind of forgot his name but this is -- I |
| 11:10AM | 23 | know who's this person. |
| 11:10AM | 24 | Q    Okay.  And where did you see this person? |
| 11:10AM | 25 | A    At the shop. |

| 11:10AM | 1 | Q | At the shop.  Okay.  So when you're telling us about |
| 11:10AM | 2 | | people swapping license plates, you mentioned Miller.  That was |
| 11:10AM | 3 | | the previous picture we looked at? |
| 11:10AM | 4 | A | Yes. |
| 11:10AM | 5 | Q | Was this person also involved? |
| 11:10AM | 6 | A | Yes. |
| 11:10AM | 7 | Q | What was he doing? |
| 11:10AM | 8 | A | Changing the license plate. |
| 11:10AM | 9 | Q | So this person actually changed the license plate? |
| 11:10AM | 10 | A | Yes, sir. |
| 11:10AM | 11 | Q | And what type of car was that being -- was the license |
| 11:10AM | 12 | | plate being changed on? |
| 11:10AM | 13 | A | It's the white BMW convertible. |
| 11:10AM | 14 | Q | Who's the -- |
| 11:10AM | 15 | | THE COURT REPORTER:  A white what? |
| 11:10AM | 16 | | THE WITNESS:  BMW. |
| 11:10AM | 17 | BY MR. AKINA: |
| 11:10AM | 18 | Q | Was that a convertible? |
| 11:10AM | 19 | A | Yes, sir. |
| 11:10AM | 20 | Q | And whose car was that? |
| 11:10AM | 21 | A | Our manager Andi. |
| 11:11AM | 22 | Q | Andi? |
| 11:11AM | 23 | A | Yes. |
| 11:11AM | 24 | Q | Is that a male or a female? |
| 11:11AM | 25 | A | Female. |

| | | | |
|---|---|---|---|
| 11:11AM | 1 | Q | Do you know her last name? |
| 11:11AM | 2 | A | No. |
| 11:11AM | 3 | Q | When you saw this happening did -- with Michael Miske, the |
| 11:11AM | 4 | | person that we looked at the picture of and Miller, did they |
| 11:11AM | 5 | | tell you what they were going to do? |
| 11:11AM | 6 | A | I guess -- I guess her -- that they're going to collect. |
| 11:11AM | 7 | | That's all. |
| 11:11AM | 8 | Q | They're going to collect? |
| 11:11AM | 9 | A | They're going to collect. |
| 11:11AM | 10 | Q | They were going to go collect something? |
| 11:11AM | 11 | A | Yeah. |
| 11:11AM | 12 | Q | And then did you see them get into the vehicle? |
| 11:11AM | 13 | A | Yes. |
| 11:11AM | 14 | Q | Do you know someone named Alfredo Cabael? |
| 11:11AM | 15 | A | Yes, sir.  That's his name. |
| 11:11AM | 16 | Q | What do you mean by "that's his name"? |
| 11:11AM | 17 | A | The manager. |
| 11:11AM | 18 | Q | The manager.  That was one of the managers at Kama'aina -- |
| 11:11AM | 19 | A | Alfredo, yes. |
| 11:11AM | 20 | Q | All right.  And how would you communicate with him? |
| 11:12AM | 21 | A | Cell phone. |
| 11:12AM | 22 | Q | And what about with Michael Miske, how would you |
| 11:12AM | 23 | | communicate with him? |
| 11:12AM | 24 | A | Cell phone. |
| 11:12AM | 25 | Q | Did Michael Miske and Alfredo Cabael have one dedicated |

| | | |
|---|---|---|
| 11:12AM | 1 | phone number? |
| 11:12AM | 2 | A    No.  They -- they changed numbers. |
| 11:12AM | 3 | Q    About how many numbers did they have? |
| 11:12AM | 4 | A    At that moment maybe like four or five times like that. |
| 11:12AM | 5 | Q    I want to show you Exhibit 9-585 which is not in evidence. |
| 11:12AM | 6 | Do you recognize this? |
| 11:12AM | 7 | A    Yes, sir. |
| 11:12AM | 8 | Q    What is this? |
| 11:12AM | 9 | A    That's the number that they call me from. |
| 11:12AM | 10 | Q    Okay.  Did you put all those numbers into a text message |
| 11:12AM | 11 | at some point in time? |
| 11:13AM | 12 | A    Yes, sir. |
| 11:13AM | 13 | Q    And there's a boss and an Al.  Who is boss? |
| 11:13AM | 14 | A    Mike, Mike Miske. |
| 11:13AM | 15 | Q    Are those all numbers that you had communicated with |
| 11:13AM | 16 | Michael Miske on? |
| 11:13AM | 17 | A    Yes, sir. |
| 11:13AM | 18 | Q    And then there's another one Al, who's that? |
| 11:13AM | 19 | A    That's Alfredo. |
| 11:13AM | 20 | Q    And those are the number that you communicated with him? |
| 11:13AM | 21 | A    Yes, sir. |
| 11:13AM | 22 | Q    And there's no area code, but do you know the area code |
| 11:13AM | 23 | for all these numbers? |
| 11:13AM | 24 | A    Yes.  808. |
| 11:13AM | 25 |          MR. AKINA:  At this time, I'd offer 9-585 into |

| | | |
|---|---|---|
| 11:13AM | 1 | evidence. |
| 11:13AM | 2 | THE COURT:  Any objection? |
| 11:13AM | 3 | MR. KENNEDY:  No objection. |
| 11:13AM | 4 | THE COURT:  Five, excuse me.  9-585 is admitted |
| 11:13AM | 5 | without objection.  You may publish. |
| 11:13AM | 6 | (Exhibit 9-585 was received in evidence.) |
| 11:13AM | 7 | BY MR. AKINA: |
| 11:13AM | 8 | Q   And if we could focus on the top part "boss."  So these |
| 11:13AM | 9 | are numbers that you had used to communicate with Michael Miske |
| 11:13AM | 10 | at different points in time? |
| 11:13AM | 11 | A   Yeah, that's the one was on my phone. |
| 11:13AM | 12 | Q   Okay.  If we could focus next on Al.  Are these numbers |
| 11:14AM | 13 | that you used to communicate with Alfredo Cabael at -- at some |
| 11:14AM | 14 | point in time? |
| 11:14AM | 15 | A   Yes.  This is all on my phone. |
| 11:14AM | 16 | MR. AKINA:  We can take this down. |
| 11:14AM | 17 | BY MR. AKINA: |
| 11:14AM | 18 | Q   At Kama'aina Termite and Pest Control, did you ever meet |
| 11:14AM | 19 | someone named John Stancil? |
| 11:14AM | 20 | A   Yes, sir. |
| 11:14AM | 21 | Q   And what did you see him doing, if anything? |
| 11:14AM | 22 | A   Just hanging out. |
| 11:14AM | 23 | Q   Did you ever see him working? |
| 11:14AM | 24 | A   No.  Just hanging out. |
| 11:14AM | 25 | Q   Do you know his relation to Michael Miske? |

| 11:14AM | 1 | A | He was the brother. |
| 11:14AM | 2 | Q | Did you ever speak to him on occasion, John Stancil? |
| 11:14AM | 3 | A | Here and there, yeah, we talk stories and say what's up. |
| 11:14AM | 4 | | MR. AKINA:  Let me show 1-58 already in evidence. |
| 11:14AM | 5 | | THE COURT:  Go ahead. |
| 11:14AM | 6 | BY MR. AKINA: | |
| 11:14AM | 7 | Q | Do you recognize that person? |
| 11:14AM | 8 | A | Yes, sir. |
| 11:14AM | 9 | Q | Who is that? |
| 11:14AM | 10 | A | That was -- that was the brother. |
| 11:14AM | 11 | Q | John Stancil? |
| 11:14AM | 12 | A | Yes, sir. |
| 11:15AM | 13 | Q | So would you recognize Mr. Miske if you saw him again |
| 11:15AM | 14 | | today? |
| 11:15AM | 15 | A | Yes, sir. |
| 11:15AM | 16 | Q | Could you take a look around this courtroom and let me |
| 11:15AM | 17 | | know if you see him here today?  Let me know if I'm blocking |
| 11:15AM | 18 | | your view. |
| 11:15AM | 19 | A | Yes, sir. |
| 11:15AM | 20 | Q | Okay.  Can you indicate something that he's wearing? |
| 11:15AM | 21 | A | Black suit. |
| 11:15AM | 22 | Q | Does he have a tie on? |
| 11:15AM | 23 | A | Yes -- uhm, no, sir. |
| 11:15AM | 24 | | MR. AKINA:  Let the record reflect the witness has |
| 11:15AM | 25 | | identified the defendant. |

| | | |
|---|---|---|
| 11:15AM | 1 | THE COURT:  Yes, the record should reflect the |
| 11:15AM | 2 | witness, Mr. Lapena's, identification of the defendant, |
| 11:15AM | 3 | Mr. Miske. |
| 11:15AM | 4 | BY MR. AKINA: |
| 11:15AM | 5 | Q    You said you left Kama'aina Termite and Pest Control in |
| 11:16AM | 6 | 2014.  Why did you leave? |
| 11:16AM | 7 | A    It's just financial, like, I just -- because I just got my |
| 11:16AM | 8 | boy at that time and the money I making wasn't enough for pay |
| 11:16AM | 9 | the babysitters and -- and work and pay the rent and all that. |
| 11:16AM | 10 | Q    Did you -- |
| 11:16AM | 11 | A    So I had to try start a business or something, so I can |
| 11:16AM | 12 | earn a little bit more. |
| 11:16AM | 13 | Q    Did you tell the defendant, Mr. Miske, about your decision |
| 11:16AM | 14 | to stop working there? |
| 11:16AM | 15 | A    Yes, sir. |
| 11:16AM | 16 | Q    How did he react? |
| 11:16AM | 17 | A    He got mad at me, sir. |
| 11:16AM | 18 | Q    What types of things did he say to you when he got mad? |
| 11:16AM | 19 | A    Something about my immigration status and stuff. |
| 11:16AM | 20 | Q    What about your immigration status? |
| 11:16AM | 21 | A    That he's going to report me. |
| 11:16AM | 22 | Q    He's going to report you? |
| 11:16AM | 23 | A    Yeah. |
| 11:16AM | 24 | Q    And what's your understanding -- |
| 11:17AM | 25 | A    About my stays. |

| | | | |
|---|---|---|---|
| 11:17AM | 1 | Q | Sorry.  Say that again. |
| 11:17AM | 2 | A | About my stays here like. |
| 11:17AM | 3 | Q | At the time did you have legal status in the U.S.? |
| 11:17AM | 4 | A | Yes, sir. |
| 11:17AM | 5 | Q | You were authorized to work? |
| 11:17AM | 6 | A | Yeah, I had a green card, sir. |
| 11:17AM | 7 | Q | Okay.  And what's your understanding of what happens to |
| 11:17AM | 8 | | people who don't have legal status who get reported? |
| 11:17AM | 9 | A | They get deported. |
| 11:17AM | 10 | Q | So Michael Miske threatened to get you deported? |
| 11:17AM | 11 | A | Yeah, something like that, sir. |
| 11:17AM | 12 | Q | Did Michael Miske bring up any things that he had done for |
| 11:17AM | 13 | | you in the past? |
| 11:17AM | 14 | A | Yes, sir. |
| 11:17AM | 15 | Q | Tell us about that. |
| 11:17AM | 16 | A | Like -- like I borrow money and he let me work when I ask |
| 11:17AM | 17 | | for work and stuff like that. |
| 11:17AM | 18 | Q | And did he bring that up to sort of get you to keep |
| 11:17AM | 19 | | working for him? |
| 11:17AM | 20 | A | Yes, sir. |
| 11:17AM | 21 | Q | Did any of that change your mind? |
| 11:17AM | 22 | A | No, sir, because I was -- I was straight up the way I |
| 11:18AM | 23 | | wanted to do. |
| 11:18AM | 24 | Q | How did you did you feel after this conversation? |
| 11:18AM | 25 | A | Scared. |

| | | | |
|---|---|---|---|
| 11:18AM | 1 | Q | Was -- and so did you end up going and opening up your own |
| 11:18AM | 2 | | shop? |
| 11:18AM | 3 | A | Yes, sir. |
| 11:18AM | 4 | Q | After you quit and after you opened up your own place, did |
| 11:18AM | 5 | | you hear from anyone about your work at Kama'aina Termite and |
| 11:18AM | 6 | | Pest Control? |
| 11:18AM | 7 | A | Yes, sir. |
| 11:18AM | 8 | Q | Who reached out to you? |
| 11:18AM | 9 | A | His brother. |
| 11:18AM | 10 | Q | Who was that? |
| 11:18AM | 11 | A | John. |
| 11:18AM | 12 | Q | John reached out to you.  Was that in person? |
| 11:18AM | 13 | A | No.  Phone call. |
| 11:18AM | 14 | Q | And on this phone call, was it one or multiple phone |
| 11:18AM | 15 | | calls? |
| 11:18AM | 16 | A | Just that one time. |
| 11:18AM | 17 | Q | And were you able to recognize his voice? |
| 11:18AM | 18 | A | Yes, sir. |
| 11:18AM | 19 | Q | What did he tell you? |
| 11:18AM | 20 | A | He -- he was mad. |
| 11:19AM | 21 | Q | He was mad.  What types of things did he say? |
| 11:19AM | 22 | A | That I should go back to work. |
| 11:19AM | 23 | Q | Did he threaten you with anything if you didn't? |
| 11:19AM | 24 | A | Yes, sir. |
| 11:19AM | 25 | Q | What did he threaten you? |

| | | | |
|---|---|---|---|
| 11:19AM | 1 | A | If I don't go back, then he's going to break my arm and my |
| 11:19AM | 2 | | leg. |
| 11:19AM | 3 | Q | And after that did you get additional phone calls from |
| 11:19AM | 4 | | him? |
| 11:19AM | 5 | A | What was that, sir? |
| 11:19AM | 6 | Q | Did you get additional phone calls from John Stancil? |
| 11:19AM | 7 | A | No, sir. |
| 11:19AM | 8 | Q | Did you believe him when he threatened you that he would |
| 11:19AM | 9 | | break your arms and legs if you didn't go back to Kama'aina? |
| 11:19AM | 10 | A | Yes, sir. |
| 11:19AM | 11 | Q | Why did you believe him? |
| 11:19AM | 12 | A | He was so mad in the phone with me. |
| 11:19AM | 13 | Q | Say that again. |
| 11:19AM | 14 | A | He was all pissed off and mad in the phone with me. |
| 11:19AM | 15 | Q | Did you -- did anyone come to your place of business after |
| 11:20AM | 16 | | that? |
| 11:20AM | 17 | A | When I came to work, my -- my neighbor was telling me that |
| 11:20AM | 18 | | couple guys was looking for me. |
| 11:20AM | 19 | Q | And as a result of the phone call you got from John |
| 11:20AM | 20 | | Stancil and hearing that from your neighbors, what did you do? |
| 11:20AM | 21 | A | I never come to work for like a month. |
| 11:20AM | 22 | Q | Why? |
| 11:20AM | 23 | A | I was just scared. |
| 11:20AM | 24 | Q | To this day, do you experience any fear? |
| 11:20AM | 25 | A | Yes, sir. |

| | | | |
|---|---|---|---|
| 11:20AM | 1 | Q | Describe that. |
| 11:20AM | 2 | A | Just -- I'm just -- just scared. |
| 11:20AM | 3 | Q | Was it difficult for you to come and testify today? |
| 11:20AM | 4 | A | Yes, sir. |
| 11:20AM | 5 | Q | Were you nervous -- are you nervous about it? |
| 11:20AM | 6 | A | Yes, sir, I'm nervous right now. |
| 11:20AM | 7 | Q | Is that why you're looking down? |
| 11:21AM | 8 | A | Yes, sir. |
| 11:21AM | 9 | Q | Did anyone help you with getting Michael Miske or his |
| 11:21AM | 10 | | brother to leave you alone? |
| 11:21AM | 11 | A | No, sir. |
| 11:21AM | 12 | Q | Did anyone make any phone calls on your behalf? |
| 11:21AM | 13 | A | No, sir. |
| 11:21AM | 14 | Q | Do you remember a -- do you remember a different person |
| 11:21AM | 15 | | named Mike? |
| 11:21AM | 16 | A | What is that, sir? |
| 11:21AM | 17 | Q | Do you remember a person named Mike not Mike Miske but a |
| 11:21AM | 18 | | different person? |
| 11:21AM | 19 | A | Yeah, that is his friend. |
| 11:21AM | 20 | Q | And did that Mike make any calls on your behalf? |
| 11:21AM | 21 | A | Initially he was going to help me. |
| 11:21AM | 22 | Q | Okay.  And what -- what happened? |
| 11:21AM | 23 | A | And then everything stops. |
| 11:21AM | 24 | Q | Okay.  So this other Mike made a call for you and then |
| 11:21AM | 25 | | everything stopped? |

| | | | |
|---|---|---|---|
| 11:21AM | 1 | A | Yeah. |
| 11:21AM | 2 | Q | Okay.  And when you say everything stopped, what do you |
| 11:21AM | 3 | | mean? |
| 11:21AM | 4 | A | All the stuff is just stopped like all the threats and |
| 11:21AM | 5 | | stuff. |
| 11:21AM | 6 | Q | All the what? |
| 11:22AM | 7 | A | All the threats and stuff. |
| 11:22AM | 8 | Q | All the threats? |
| 11:22AM | 9 | A | Yes. |
| 11:22AM | 10 | Q | Okay.  So after this other Mike made a call for you, no |
| 11:22AM | 11 | | one came to visit you?  No one called you anymore? |
| 11:22AM | 12 | A | No one, sir. |
| 11:22AM | 13 | | MR. AKINA:  All right.  Thank you.  No other |
| 11:22AM | 14 | | questions. |
| 11:22AM | 15 | | THE COURT:  Cross? |
| 11:22AM | 16 | | CROSS-EXAMINATION |
| 11:22AM | 17 | | BY MR. KENNEDY: |
| 11:22AM | 18 | Q | Sir, I heard you say that John Stancil made a phone call |
| 11:22AM | 19 | | to you, correct? |
| 11:22AM | 20 | A | Yes, sir. |
| 11:22AM | 21 | Q | And that during that phone call you said, "He was pissed"? |
| 11:23AM | 22 | A | Yes, sir. |
| 11:23AM | 23 | Q | Angry? |
| 11:23AM | 24 | A | Yes, sir. |
| 11:23AM | 25 | Q | And Mr. Stancil made a threat? |

11:23AM   1   A   Yes, sir.

11:23AM   2   Q   And that was the one phone call you received from him?

11:23AM   3   A   Yes, sir.

11:23AM   4   Q   Okay.  And then at some time after that, you went to your

11:23AM   5   business and your neighbor said some folks were looking for

11:23AM   6   you?

11:23AM   7   A   Yes, sir.

11:23AM   8   Q   Okay.  And at that point, you made a decision to stop work

11:23AM   9   for a little while?

11:23AM   10   A   Yes, sir.  Until I figured out what I got to do.

11:23AM   11   Q   Okay.  And then in -- this was in 2014, right?

11:23AM   12   A   Around that -- that year.

11:23AM   13   Q   Okay.  And then after that you -- I take it you had

11:23AM   14   already established your place of business?

11:23AM   15   A   Yes, sir.

11:23AM   16   Q   And I think it was Aloha Shine, is --

11:23AM   17   A   Yes, sir.

11:23AM   18   Q   Okay.  And that was your own business that you had

11:24AM   19   started, right?

11:24AM   20   A   Yes, sir.

11:24AM   21   Q   Detailing?

11:24AM   22   A   Yes, sir.

11:24AM   23   Q   And is that the business that you're still operating

11:24AM   24   today?

11:24AM   25   A   Yes, sir.

11:24AM   1   Q   Okay.  So Aloha Shine started sometime around 2014 and
11:24AM   2   we're up to 2024, right?
11:24AM   3   A   Yes, sir.
11:24AM   4   Q   So you've had your own business since that time, right?
11:24AM   5   A   Yes, sir.
11:24AM   6   Q   Okay.  Now, I believe you said your reason for leaving was
11:24AM   7   you wanted to make more money, correct?
11:24AM   8   A   Yeah, because the babysitting costs was like a thousand
11:24AM   9   dollars.
11:24AM  10   Q   Right.
11:24AM  11   A   And --
11:24AM  12   Q   Go ahead, sir.
11:24AM  13   A   Yeah.  I couldn't afford that -- to pay rent at the same
11:24AM  14   time.
11:24AM  15   Q   Okay.  So I understood it at that time in 2014 when you
11:24AM  16   started your own business you had an -- an older son, correct?
11:24AM  17   A   Yes, sir.  He was in high school.
11:24AM  18   Q   In high school, right?
11:25AM  19   A   Yes, sir.
11:25AM  20   Q   And he then started working with you at Aloha Shine,
11:25AM  21   right?
11:25AM  22   A   Yes, sir.
11:25AM  23   Q   And so now the two of you could have a business together,
11:25AM  24   right?
11:25AM  25   A   Yes, sir, we help each other.

| | | | |
|---|---|---|---|
| 11:25AM | 1 | Q | Okay.  So it wasn't just you alone, you had your son to -- |
| 11:25AM | 2 | A | Yeah, that's like maybe a year after. |
| 11:25AM | 3 | Q | Okay.  Is he still working with you today? |
| 11:25AM | 4 | A | No, he went to Air Force now. |
| 11:25AM | 5 | Q | Okay.  So then he worked with you and then he went into |
| 11:25AM | 6 | | the Air Force, right? |
| 11:25AM | 7 | A | Yes, sir. |
| 11:25AM | 8 | Q | Okay.  Now, the additional monies that you had to pay for |
| 11:25AM | 9 | | babysitting as you had another child, right? |
| 11:25AM | 10 | A | What is that, sir? |
| 11:25AM | 11 | Q | Yes.  You had a -- a second child? |
| 11:25AM | 12 | A | Yeah, yes, sir, yes, sir. |
| 11:25AM | 13 | Q | And so that -- |
| 11:25AM | 14 | A | Yeah, that's my ten-year-old son. |
| 11:25AM | 15 | Q | Okay.  And so then that younger son, you gained custody of |
| 11:25AM | 16 | | right around 2014, right? |
| 11:25AM | 17 | A | Yes, sir. |
| 11:25AM | 18 | | MR. AKINA:  Your Honor, I'm going to object to this |
| 11:25AM | 19 | | line of questioning.  It's been going on for a while on |
| 11:26AM | 20 | | relevance on grounds. |
| 11:26AM | 21 | | THE COURT:  Overruled.  Go ahead. |
| 11:26AM | 22 | | BY MR. KENNEDY: |
| 11:26AM | 23 | Q | And so that's when the thousand dollars and the |
| 11:26AM | 24 | | baby-sitting came up, right? |
| 11:26AM | 25 | A | Yes, sir.  I was struggle that no one can watch my son |

| 11:26AM | 1 | while I'm working. |
| 11:26AM | 2 | Q    Okay.  So you then were able to watch your son and also do |
| 11:26AM | 3 | your business at times which were more convenient for you? |
| 11:26AM | 4 | A    Yes, sir. |
| 11:26AM | 5 | Q    Is that correct? |
| 11:26AM | 6 | A    Yes, sir. |
| 11:26AM | 7 | Q    Okay.  Now, in the -- you were asked some questions the -- |
| 11:26AM | 8 | you had a telephone conversation with Mr. Miske and I want to |
| 11:26AM | 9 | ask you some questions about that, okay? |
| 11:26AM | 10 | A    Yes, sir. |
| 11:26AM | 11 | Q    Now, one of the things that he didn't want to see you |
| 11:26AM | 12 | leave because you were very good at what you did, correct? |
| 11:26AM | 13 | A    Yes, sir. |
| 11:26AM | 14 | Q    And so during that conversation, one of the things he said |
| 11:26AM | 15 | to you was, "Hey, I -- I've advanced you pay on many times," |
| 11:27AM | 16 | right? |
| 11:27AM | 17 | A    Yes, sir. |
| 11:27AM | 18 | Q    And he said, "Whenever you needed time off, I've been -- I |
| 11:27AM | 19 | gave it to you"? |
| 11:27AM | 20 | A    Yes, sir. |
| 11:27AM | 21 | Q    And then when you needed more work, he gave you extra days |
| 11:27AM | 22 | of work, right? |
| 11:27AM | 23 | A    Yes, sir. |
| 11:27AM | 24 | Q    And so he was pointing out things like, hey, I've tried to |
| 11:27AM | 25 | be flexible with you because he just wanted to keep you, right? |

| | | | |
|---|---|---|---|
| 11:27AM | 1 | A | Yes, sir. |
| 11:27AM | 2 | Q | All right.  But you were determined to start your own |
| 11:27AM | 3 | | business for your own reasons, right? |
| 11:27AM | 4 | A | Yes, sir. |
| 11:27AM | 5 | Q | Okay.  And then back to that conversation, you had a green |
| 11:27AM | 6 | | card at that time, right? |
| 11:27AM | 7 | A | Yes, sir. |
| 11:27AM | 8 | Q | And we'll get to this in a second, but I believe you said |
| 11:27AM | 9 | | for maybe a year or a year and a half you were on payroll |
| 11:27AM | 10 | | receiving checks, no cash during that time between 2011 and |
| 11:27AM | 11 | | 2014, right? |
| 11:27AM | 12 | A | Yes, sir. |
| 11:27AM | 13 | Q | So your immigration status was known to Mr. Miske in terms |
| 11:28AM | 14 | | of your green card, Social Security number, and all those |
| 11:28AM | 15 | | things? |
| 11:28AM | 16 | A | I got all that, sir. |
| 11:28AM | 17 | Q | I'm sorry? |
| 11:28AM | 18 | A | I have all that. |
| 11:28AM | 19 | Q | Right.  And he did as well when he had payroll, right? |
| 11:28AM | 20 | | MR. AKINA:  Objection, speculation. |
| 11:28AM | 21 | | THE COURT:  Overruled.  Go ahead. |
| 11:28AM | 22 | | BY MR. KENNEDY: |
| 11:28AM | 23 | Q | But you gave that to him, right? |
| 11:28AM | 24 | A | The what, sir? |
| 11:28AM | 25 | Q | Social Security number, right? |

| | | | |
|---|---|---|---|
| 11:28AM | 1 | A | Yeah, I gave all my paperwork when I started in the |
| 11:28AM | 2 | | beginning.  All my -- all my identification. |
| 11:28AM | 3 | Q | Okay.  Now, you mentioned that there was kind of various |
| 11:28AM | 4 | | things that you did for work.  Some of them were personal for |
| 11:28AM | 5 | | Mr. Miske and others and some of them were for the business, |
| 11:28AM | 6 | | right? |
| 11:28AM | 7 | A | What do you mean by "personal," sir? |
| 11:28AM | 8 | Q | Bad question.  My mistake.  His personal cars you |
| 11:28AM | 9 | | detailed, right? |
| 11:28AM | 10 | A | Personal call? |
| 11:28AM | 11 | Q | Yes.  I think you mentioned a Porsche? |
| 11:28AM | 12 | A | Oh, the personal car, yeah, yes. |
| 11:28AM | 13 | Q | Volkswagons? |
| 11:28AM | 14 | A | Yes, sir. |
| 11:28AM | 15 | Q | And other vehicles, right? |
| 11:28AM | 16 | A | Yes, sir. |
| 11:29AM | 17 | Q | That were owned personally by him? |
| 11:29AM | 18 | A | Yeah, that's his car. |
| 11:29AM | 19 | Q | And that's what I meant by personal business. |
| 11:29AM | 20 | A | Oh, okay. |
| 11:29AM | 21 | Q | Okay.  And then I believe you said that there were friends |
| 11:29AM | 22 | | of his that also had you do personal work for them as well for |
| 11:29AM | 23 | | their personal cars? |
| 11:29AM | 24 | A | Yes, sir. |
| 11:29AM | 25 | Q | Okay.  Then on the business side, you mentioned you |

| | | |
|---|---|---|
| 11:29AM | 1 | detailed the commercial trucks and other vehicles, right? |
| 11:29AM | 2 | A    Yes, sir. |
| 11:29AM | 3 | Q    And the Kama'aina Termite and Pest Control had a number of |
| 11:29AM | 4 | trucks and vehicles, correct? |
| 11:29AM | 5 | A    Yes, sir.  I keep them maintained, cleaned and looking |
| 11:29AM | 6 | good, sir. |
| 11:29AM | 7 | Q    All right.  And so you detailed those as well? |
| 11:29AM | 8 | A    Yes, sir. |
| 11:29AM | 9 | Q    And many of those were pick-up trucks that various |
| 11:29AM | 10 | employees would have? |
| 11:29AM | 11 | A    Yes, sir. |
| 11:29AM | 12 | Q    Is that correct? |
| 11:29AM | 13 | A    Yes, sir. |
| 11:29AM | 14 | Q    All right.  So your business with Mr. Miske was both the |
| 11:29AM | 15 | commercial trucks and vehicles and personal vehicles for |
| 11:29AM | 16 | others, right? |
| 11:30AM | 17 | A    Yes, sir. |
| 11:30AM | 18 | Q    Now, if I understand the payment system, you -- I think |
| 11:30AM | 19 | you said in the past that for the first couple months you were |
| 11:30AM | 20 | paid in cash to see how you would do, right? |
| 11:30AM | 21 |      MR. AKINA:  Objection.  That's not what he testified |
| 11:30AM | 22 | to. |
| 11:30AM | 23 |      THE WITNESS:  Yes, sir. |
| 11:30AM | 24 |      MR. KENNEDY:  Well, he just answered yes. |
| 11:30AM | 25 | BY MR. KENNEDY: |

| | | |
|---|---|---|
| 11:30AM | 1 | Q    And so after that preliminary period, then you were put on |
| 11:30AM | 2 | payroll entirely, correct, for a period of time a year to a |
| 11:30AM | 3 | year and a half? |
| 11:30AM | 4 | A    Around that area, sir. |
| 11:30AM | 5 | Q    Okay.  And then sometime after that, it went to payroll |
| 11:30AM | 6 | and cash, right? |
| 11:30AM | 7 | A    Yes, sir. |
| 11:30AM | 8 | Q    Okay.  And did you have an understanding that some of that |
| 11:30AM | 9 | cash payment was for personal business for Mr. Miske and |
| 11:30AM | 10 | others? |
| 11:30AM | 11 | A    No. |
| 11:30AM | 12 | Q    Okay.  All right.  Now, you were shown some phone numbers |
| 11:31AM | 13 | in the exhibit and you recognized the ones for Mr. Miske that |
| 11:31AM | 14 | he used over that time period, right? |
| 11:31AM | 15 | A    Yes, sir. |
| 11:31AM | 16 | Q    And the ones that the manager who you later remembered his |
| 11:31AM | 17 | name as Alfredo Cabael, correct? |
| 11:31AM | 18 | A    Yes, sir. |
| 11:31AM | 19 | Q    All right.  When they looked in your phone, you -- you |
| 11:31AM | 20 | didn't identify any phone number for Mr. Stancil, correct? |
| 11:31AM | 21 | A    Yes, sir. |
| 11:31AM | 22 | Q    Okay.  Now, and I believe you said that the one time |
| 11:31AM | 23 | that -- you said one instance, one instance only, you saw |
| 11:31AM | 24 | someone put a paper on a license plate, right? |
| 11:31AM | 25 | A    Yes, sir. |

| | | | |
|---|---|---|---|
| 11:31AM | 1 | Q | That was Mr. Cabael, correct? |
| 11:31AM | 2 | A | Yes, sir. |
| 11:31AM | 3 | Q | All right.  And other than that, you witnessed zero |
| 11:32AM | 4 | | criminal activity during your time between 2011 and 2014, |
| 11:32AM | 5 | | correct? |
| 11:32AM | 6 | A | No, sir. |
| 11:32AM | 7 | Q | And when you said, no, sir, you didn't see -- |
| 11:32AM | 8 | A | I mean, I didn't see nothing, yeah. |
| 11:32AM | 9 | | MR. KENNEDY:  Thank you.  I have no further questions. |
| 11:32AM | 10 | | THE COURT:  Redirect? |
| 11:32AM | 11 | | REDIRECT EXAMINATION |
| 11:32AM | 12 | | BY MR. AKINA: |
| 11:32AM | 13 | Q | When you said that you saw someone swapping the license |
| 11:32AM | 14 | | plate on that BMW, what did you mean by that? |
| 11:32AM | 15 | A | Just changing it, changing the -- the license plate. |
| 11:32AM | 16 | Q | So taking off one license plate and putting a new license |
| 11:32AM | 17 | | plate on it? |
| 11:32AM | 18 | A | Yes, sir. |
| 11:32AM | 19 | Q | So you were asked some questions about the conversation |
| 11:33AM | 20 | | you had with the defendant about how you mentioned things about |
| 11:33AM | 21 | | how he advanced pay for you.  Do you remember that? |
| 11:33AM | 22 | A | Yes, sir. |
| 11:33AM | 23 | Q | And he mentioned that he gave you time off when you asked |
| 11:33AM | 24 | | it.  Do you remember that? |
| 11:33AM | 25 | A | Yes, sir. |

11:33AM  1   Q    And so he was using these favors to try to hold it over

11:33AM  2   you to get you to do what he wanted, right?

11:33AM  3   A    Yeah, to keep me stay.

11:33AM  4   Q    To keep you staying.  And in that same conversation, he

11:33AM  5   also threatened to have you deported, right?

11:33AM  6   A    Yes, sir, something like that, sir.

11:33AM  7            MR. AKINA:  No other questions.

11:33AM  8            THE COURT:  Mr. Kennedy, anything else?

11:33AM  9            MR. KENNEDY:  No, Your Honor.

11:33AM  10           THE COURT:  Mr. Lapena, you may step down.  Thank you.

11:33AM  11           THE WITNESS:  Thank you.

         12                    --oo0oo--

         13

         14

         15

         16

         17

         18

         19

         20

         21

         22

         23

         24

         25

```
 1                COURT REPORTER'S CERTIFICATE

 2           I, Gloria T. Bediamol, Official Court Reporter, United

 3   States District Court, District of Hawaii, do hereby certify

 4   that pursuant to 28 U.S.C. §753 the foregoing is a complete,

 5   true, and correct transcript from the stenographically reported

 6   proceedings held in the above-entitled matter and that the

 7   transcript page format is in conformance with the regulations

 8   of the Judicial Conference of the United States.

 9

10           DATED at Honolulu, Hawaii, June 4, 2024.

11

12

13                              /s/ Gloria T. Bediamol

14                              GLORIA T. BEDIAMOL.

15                              RMR, CRR, FCRR

16

17

18

19

20

21

22

23

24

25
```