1            IN THE UNITED STATES DISTRICT COURT

2               FOR THE DISTRICT OF HAWAII

3

    UNITED STATES OF AMERICA,    )      CRIMINAL NO. 19-00099-DKW
4                                )
              Plaintiff,         )      Honolulu, Hawaii
5                                )
         vs.                     )      April 11, 2024
6                                )
    MICHAEL J. MISKE, JR.,       )
7                                )
              Defendant.         )
8    _____ )

9
                  TRANSCRIPT OF JURY TRIAL (DAY 48)
10          BEFORE THE HONORABLE DERRICK K. WATSON,
            CHIEF UNITED STATES DISTRICT COURT JUDGE
11
    APPEARANCES:
12
    For the Plaintiff:          MARK INCIONG, ESQ.
13                              MICHAEL DAVID NAMMAR, ESQ
                                WILLIAM KE AUPUNI AKINA, ESQ.
14                              AISLINN AFFINITO, ESQ.
                                Office of the United States Attorney
15                              PJKK Federal Building
                                300 Ala Moana Boulevard, Suite 6100
16                              Honolulu, Hawaii  96850

17  For the Defendant:          LYNN E. PANAGAKOS, ESQ.
                                841 Bishop St., Ste 2201
18                              Honolulu, HI 96813

19                              MICHAEL JEROME KENNEDY, ESQ.
                                Law Offices of Michael Jerome
20                              Kennedy, PLLC
                                333 Flint Street
21                              Reno, NV 89501

22  Official Court Reporter:    Gloria T. Bediamol, RPR RMR CRR FCRR
                                United States District Court
23                              300 Ala Moana Boulevard
                                Honolulu, Hawaii 96850
24
     Proceedings recorded by machine shorthand, transcript produced
25   with computer-aided transcription (CAT).

1                          I N D E X

2     GOVERNMENT WITNESS:                              PAGE NO.

3     JACOB SMITH

4          DIRECT EXAMINATION BY MR. NAMMAR                4

5
      EXHIBITS:                                         PAGE NO.
6

7     Exhibit 1-898 was received in evidence              21
      Exhibit 1-905B was received in evidence            47
8     Exhibit 1-905 was received in evidence             49
      Exhibit 1-905C was received in evidence            50
9     Exhibit 1-905D was received in evidence            51
      Exhibit 8-3 was received in evidence               72
10    Exhibit 1-55 was received in evidence              76
      Exhibit 1-530 was received in evidence             78
11    Exhibit 1-905A, 1-905E, 1-905J, and 1-905K were    83
      received in evidence
12    Exhibit 3-1 was received in evidence               92
      Exhibit 1-764 was received in evidence            104
13    Exhibit 1-498 was received in evidence            120
      Exhibit 1-494 was received in evidence            122
14    Exhibit 1-503 was received in evidence            123
      Exhibit 1-510 was received in evidence            127
15    Exhibit 1-922 was received in evidence            130
      Exhibit 1-709 was received in evidence            132
16    Exhibit 1-919 was received in evidence            135
      Exhibit 1-944 was received in evidence            142
17    Exhibit 1-908 was received in evidence            152
      Exhibit 1-909 was received in evidence            154
18    Exhibit 1-910 was received in evidence            156
      Exhibit 1-912 was received in evidence            159
19    Exhibit 1-914 was received in evidence            165
      Exhibit 1-915 was received in evidence            178
20    Exhibit 1-918 was received in evidence            181
      Exhibit 1-927 was received in evidence            184
21    Exhibit 1-928 was received in evidence            185
      Exhibit 1-929 was received in evidence            186
22    Exhibit 1-933 was received in evidence            191
      Exhibit 1-934 was received in evidence            194
23    Exhibit 1-936 was received in evidence            196
      Exhibit 1-942 was received in evidence            197

24

25

|  |  |  |  |
|---|---|---|---|
|  | 1 | April 11, 2024 | 8:35 a.m. |
| 08:35AM | 2 | THE CLERK:  Criminal Number 19-00099-DKW-KJM, United |
| 08:35AM | 3 | States of America versus Michael J. Miske, Jr. |
| 08:35AM | 4 | This case has been called for jury trial, day 48. |
| 08:35AM | 5 | Counsel, please state your appearances for the record. |
| 08:35AM | 6 | MR. INCIONG:  Good morning, Your Honor.  Mark Inciong, |
| 08:35AM | 7 | Michael Nammar, and KeAupuni Akina for the United States. |
| 08:35AM | 8 | Aislinn Affinito is also present today, along with special |
| 08:35AM | 9 | agent Thomas Palmer and Kari Sherman.  Good morning. |
| 08:35AM | 10 | THE COURT:  Good morning. |
| 08:35AM | 11 | MR. KENNEDY:  Good morning, Your Honor.  Michael |
| 08:35AM | 12 | Kennedy with Lynn Panagakos, Michael Miske, Ashley King, and |
| 08:35AM | 13 | Josh Barry.  Good morning to you.  Good morning to all of you. |
| 08:35AM | 14 | THE COURT:  Good morning.  Good morning to the 16 |
| 08:35AM | 15 | persons on our jury.  Counsel, you may be seated.  Thank you. |
| 08:35AM | 16 | We are ready to go.  And thank you for being on time as always. |
| 08:35AM | 17 | The government may call its next witness. |
| 08:35AM | 18 | MR. NAMMAR:  United States calls Jacob Smith. |
| 08:36AM | 19 | THE CLERK:  Please raise your right hand. |
| 08:36AM | 20 | JACOB SMITH, |
| 08:36AM | 21 | called as a witness, having been first duly sworn, was examined |
| 08:36AM | 22 | and testified as follows: |
| 08:36AM | 23 | THE CLERK:  Please state your full name, spelling your |
| 08:36AM | 24 | last name for the record. |
| 08:36AM | 25 | THE WITNESS:  Jacob Smith, S-M-I-T-H. |

| | | |
|---|---|---|
| 08:36AM | 1 | DIRECT EXAMINATION |
| 08:36AM | 2 | BY MR. NAMMAR: |
| 08:36AM | 3 | Q    Good morning, Mr. Smith. |
| 08:36AM | 4 | A    Good morning, Mr. Nammar. |
| 08:36AM | 5 | Q    Can you make sure that the microphone is close to you when |
| 08:36AM | 6 | you talk so we can hear what you are saying. |
| 08:36AM | 7 | How old are you? |
| 08:36AM | 8 | A    I'm 30 right now. |
| 08:36AM | 9 | Q    And are you currently incarcerated? |
| 08:36AM | 10 | A    Yes. |
| 08:36AM | 11 | Q    Where? |
| 08:36AM | 12 | A    At FDC Honolulu. |
| 08:36AM | 13 | Q    And how long have you been there? |
| 08:36AM | 14 | A    Since 2018. |
| 08:36AM | 15 | Q    About how old were you when you went in? |
| 08:36AM | 16 | A    24, 25. |
| 08:36AM | 17 | Q    Have you pled guilty to racketeering conspiracy? |
| 08:36AM | 18 | A    Yes. |
| 08:36AM | 19 | Q    Were you represented by an attorney when you pled guilty? |
| 08:36AM | 20 | A    Yes. |
| 08:36AM | 21 | Q    Did you sign a plea agreement as part of that case? |
| 08:36AM | 22 | A    Yes. |
| 08:36AM | 23 | Q    In your plea agreement, did you agree to conspiring with |
| 08:37AM | 24 | others to break the racketeering laws? |
| 08:37AM | 25 | A    Yes. |

| | | | |
|---|---|---|---|
| 08:37AM | 1 | Q | Who did you agree to conspire with, among other people? |
| 08:37AM | 2 | A | Me, Mike, Lance, Johnnie, Frankie. |
| 08:37AM | 3 | Q | Okay.  You say Lance -- well, you say Mike. |
| 08:37AM | 4 | | Who is that? |
| 08:37AM | 5 | A | Mike Miske. |
| 08:37AM | 6 | Q | And Johnnie, who is that? |
| 08:37AM | 7 | A | Stancil. |
| 08:37AM | 8 | Q | And Lance, who is that? |
| 08:37AM | 9 | A | Bermudez. |
| 08:37AM | 10 | Q | Frankie, who is that? |
| 08:37AM | 11 | A | Silva. |
| 08:37AM | 12 | Q | Have you heard of someone by the name of Dae Han? |
| 08:37AM | 13 | A | Yes. |
| 08:37AM | 14 | Q | Do you agree with him as well? |
| 08:37AM | 15 | A | Yes. |
| 08:37AM | 16 | Q | What's his last name? |
| 08:37AM | 17 | A | Moon. |
| 08:37AM | 18 | Q | As part of your plea agreement, did you admit that you |
| 08:37AM | 19 | | agreed to commit certain racketeering acts? |
| 08:37AM | 20 | A | Yes. |
| 08:37AM | 21 | Q | Was arson one of those? |
| 08:37AM | 22 | A | Yes. |
| 08:37AM | 23 | Q | Was chemical weapons attacks one of those? |
| 08:37AM | 24 | A | Yes. |
| 08:37AM | 25 | Q | Was murder for hire one of those? |

| | | | |
|---|---|---|---|
| 08:37AM | 1 | A | Yes. |
| 08:37AM | 2 | Q | Was robbery one of those? |
| 08:37AM | 3 | A | Yes. |
| 08:37AM | 4 | Q | Was extortion one of those? |
| 08:38AM | 5 | A | Yes. |
| 08:38AM | 6 | Q | Was drug trafficking one of those? |
| 08:38AM | 7 | A | Yes. |
| 08:38AM | 8 | Q | Did you also plead guilty to another count, which was |
| 08:38AM | 9 | | being part of a drug trafficking conspiracy? |
| 08:38AM | 10 | A | Yes. |
| 08:38AM | 11 | Q | What was that count? |
| 08:38AM | 12 | A | Conspiracy to distribute methamphetamine. |
| 08:38AM | 13 | Q | When were you arrested? |
| 08:38AM | 14 | A | August of 2018. |
| 08:38AM | 15 | Q | Did you start cooperating the day you were arrested? |
| 08:38AM | 16 | A | Yes. |
| 08:38AM | 17 | Q | Why are you cooperating? |
| 08:38AM | 18 | A | To get back home to my family; do the right thing. |
| 08:38AM | 19 | Q | You say family.  Do you have children? |
| 08:38AM | 20 | A | Yes. |
| 08:38AM | 21 | Q | How many? |
| 08:38AM | 22 | A | Two. |
| 08:38AM | 23 | Q | How old are they? |
| 08:38AM | 24 | A | Nine and seven. |
| 08:38AM | 25 | Q | Have you been sentenced yet? |

| 08:38AM | 1 | A | No. |
|---|---|---|---|
| 08:38AM | 2 | Q | Have any promises been made to you about what sentence |
| 08:38AM | 3 | | you'll receive? |
| 08:38AM | 4 | A | No. |
| 08:38AM | 5 | Q | Who do you understand that your sentence is up to? |
| 08:39AM | 6 | A | Up to the judge. |
| 08:39AM | 7 | Q | What do you understand to be the maximum penalty you're |
| 08:39AM | 8 | | facing for the racketeering conspiracy charge? |
| 08:39AM | 9 | A | 20 years. |
| 08:39AM | 10 | Q | What about your drug charge?  What do you understand to be |
| 08:39AM | 11 | | the maximum penalty you are facing for that? |
| 08:39AM | 12 | A | Life. |
| 08:39AM | 13 | Q | What do you understand to be the minimum penalty for that |
| 08:39AM | 14 | | charge? |
| 08:39AM | 15 | A | Ten. |
| 08:39AM | 16 | Q | Do you have a cooperation provision in your plea |
| 08:39AM | 17 | | agreement? |
| 08:39AM | 18 | A | Do I have a cooperation? |
| 08:39AM | 19 | Q | Yeah.  Does your plea agreement require you to cooperate? |
| 08:39AM | 20 | A | Yes. |
| 08:39AM | 21 | Q | What does your plea agreement say about telling the truth? |
| 08:39AM | 22 | A | Everything I say has to be truthful. |
| 08:39AM | 23 | Q | Why are you cooperating?  Are you hoping for leniency? |
| 08:39AM | 24 | A | Yes. |
| 08:39AM | 25 | Q | Do you understand that no promises have been made to you |

08:39AM   1    as far as a motion to reduce your sentence?

08:39AM   2    A    Yes.

08:39AM   3    Q    And even if such a motion is filed, who do you understand

08:40AM   4    that your sentence is ultimately up to?

08:40AM   5    A    Up to the judge.

08:40AM   6    Q    Where did you grow up?

08:40AM   7    A    In Kaneohe.

08:40AM   8    Q    What side of the island is that on?

08:40AM   9    A    The east.

08:40AM   10   Q    Where did you go to school?

08:40AM   11   A    I went to KCA, Kailua Christian.

08:40AM   12   Q    When did you graduate?

08:40AM   13   A    2011.

08:40AM   14   Q    And when you were growing up, were you competing in any

08:40AM   15   sports?

08:40AM   16   A    Yes, I was competing in Taekwondo and kickboxing.

08:40AM   17   Q    And did you have extensive training in those sports?

08:40AM   18   A    Yes.

08:40AM   19   Q    Did you travel throughout the country for that?

08:40AM   20   A    Yes.

08:40AM   21   Q    Were you well-known in Hawaii for that?

08:40AM   22   A    Yes.

08:40AM   23   Q    After you graduated high school, what did you do for work?

08:41AM   24   A    I was working in the mason's union.

08:41AM   25   Q    What did you do in the mason's union?

| | | | |
|---|---|---|---|
| 08:41AM | 1 | A | Tile -- tile floors. |
| 08:41AM | 2 | Q | You were laying tile? |
| 08:41AM | 3 | A | Yes. |
| 08:41AM | 4 | Q | In 2015, did you plead guilty to a felony offense? |
| 08:41AM | 5 | A | Yes. |
| 08:41AM | 6 | Q | Which offense? |
| 08:41AM | 7 | A | Burglary. |
| 08:41AM | 8 | Q | After you pled guilty, were you sentenced to some jail |
| 08:41AM | 9 | | time? |
| 08:41AM | 10 | A | Yes. |
| 08:41AM | 11 | Q | Where did you serve that sentence? |
| 08:41AM | 12 | A | In the State, OCCC. |
| 08:41AM | 13 | Q | OCCC is a facility? |
| 08:41AM | 14 | A | Yes. |
| 08:41AM | 15 | Q | It's on Oahu? |
| 08:41AM | 16 | A | Yes. |
| 08:41AM | 17 | Q | And when you -- did you come out in 2015? |
| 08:41AM | 18 | A | Yes. |
| 08:41AM | 19 | Q | And when you came out of prison, did you start hanging out |
| 08:41AM | 20 | | with somebody by the name of John Stancil? |
| 08:41AM | 21 | A | Yes. |
| 08:41AM | 22 | Q | Who did you meet John Stancil through? |
| 08:41AM | 23 | A | Through one of our mutual friends, Koa. |
| 08:42AM | 24 | Q | What was Koa's last name? |
| 08:42AM | 25 | A | Ramos. |

08:42AM   1                    MR. NAMMAR:  Your Honor, can we publish 1-58?

08:42AM   2                    THE COURT:  Yes, go ahead.

08:42AM   3     BY MR. NAMMAR:

08:42AM   4     Q     Thank you.  Mr. Smith, do you recognize who is shown in

08:42AM   5     this picture?

08:42AM   6     A     Yes.

08:42AM   7     Q     Who is it?

08:42AM   8     A     Johnnie.

08:42AM   9     Q     Johnnie Stancil?

08:42AM   10    A     Yes.

08:42AM   11    Q     This is one of the persons that you would hang out with?

08:42AM   12    A     Yes.

08:42AM   13    Q     Where does he live?

08:42AM   14    A     Waimanalo.

08:42AM   15    Q     Is that on the east side of the island?

08:42AM   16    A     Yes.

08:42AM   17    Q     Did he live near you?

08:42AM   18    A     Not near me, but we were always around the same area.

08:42AM   19    Q     Okay.  Around the same time, did Mr. Stancil introduce you

08:42AM   20    to somebody by the name of Wayne Miller?

08:42AM   21    A     Yes.

08:43AM   22    Q     Who was that?

08:43AM   23    A     That was one of the boys, and he used to take care of me a

08:43AM   24    little bit.  It was just somebody that I was around.

08:43AM   25    Q     How would Mr. Miller take care of you?

| | | | |
|---|---|---|---|
| 08:43AM | 1 | A | He would give me money, pay for my hotels, pay for my food |
| 08:43AM | 2 | | and stuff, after I went to jail the first time. |
| 08:43AM | 3 | Q | This is when you first came out of jail in 2015? |
| 08:43AM | 4 | A | Yes. |
| 08:43AM | 5 | | MR. NAMMAR:  Your Honor, could we publish 1-43? |
| 08:43AM | 6 | | THE COURT:  Go ahead. |
| 08:43AM | 7 | BY MR. NAMMAR: | |
| 08:43AM | 8 | Q | Mr. Smith, do you recognize who is shown in 1-43? |
| 08:43AM | 9 | A | Yes. |
| 08:43AM | 10 | Q | Who is that? |
| 08:43AM | 11 | A | Miller. |
| 08:43AM | 12 | Q | Did Miller have a nickname? |
| 08:43AM | 13 | A | Mills. |
| 08:43AM | 14 | Q | Did Mr. Stancil introduce you to his brother? |
| 08:43AM | 15 | A | Yes. |
| 08:43AM | 16 | Q | Who is that? |
| 08:43AM | 17 | A | Mike. |
| 08:43AM | 18 | Q | Mike Miske? |
| 08:43AM | 19 | A | Yes. |
| 08:43AM | 20 | Q | Do you see Mr. Miske in the courtroom? |
| 08:43AM | 21 | A | Yes. |
| 08:43AM | 22 | Q | Can you pick him out and tell us what he is wearing? |
| 08:44AM | 23 | A | He is wearing a gray coat right there. |
| 08:44AM | 24 | | MR. NAMMAR:  May the record reflect that the witness |
| 08:44AM | 25 | | has identified the defendant. |

| | | |
|---|---|---|
| 08:44AM | 1 | THE COURT:  Yes.  The record should reflect the |
| 08:44AM | 2 | witness, Mr. Smith's identification of the defendant, |
| 08:44AM | 3 | Mr. Miske. |
| 08:44AM | 4 | BY MR. NAMMAR: |
| 08:44AM | 5 | Q    What did you understand when you -- did you proceed to |
| 08:44AM | 6 | form a relationship with Mr. Miske? |
| 08:44AM | 7 | A    What was the question? |
| 08:44AM | 8 | Q    Did you start hanging out with Mr. Miske a lot as well? |
| 08:44AM | 9 | A    Yes. |
| 08:44AM | 10 | Q    And did you get to know him fairly well? |
| 08:44AM | 11 | A    Yes. |
| 08:44AM | 12 | Q    What did you think as far as his wealth? |
| 08:44AM | 13 | A    I knew that he was a very wealthy man. |
| 08:44AM | 14 | Q    Did you know whether or not he ever gave financial |
| 08:44AM | 15 | assistance to Mr. Stancil? |
| 08:44AM | 16 | A    He would help Mr. Stancil. |
| 08:44AM | 17 | Q    Would the term "allowance" be accurate? |
| 08:44AM | 18 | A    Yes. |
| 08:44AM | 19 | Q    What makes you say that? |
| 08:44AM | 20 | A    He would help Johnnie.  He would give Johnnie money every |
| 08:45AM | 21 | week. |
| 08:45AM | 22 | Q    Would you see that, being paid? |
| 08:45AM | 23 | A    Yeah. |
| 08:45AM | 24 | Q    What did you understand that Mr. Miske did for work as far |
| 08:45AM | 25 | as businesses go? |

08:45AM    1    A    He owned a termite company, owned Makana Pacific.

08:45AM    2    Q    Did he do anything with a nightclub?

08:45AM    3    A    He owned the M Nightclub.  He was involved with the

08:45AM    4    movies.

08:45AM    5    Q    What did you think Makana Pacific was?

08:45AM    6    A    A construction company.

08:45AM    7    Q    When you say movies, how was Mr. Miske involved in the

08:45AM    8    movies?

08:45AM    9    A    I'm not sure.  I just know he used to work at the movies.

08:45AM    10   Q    Okay.  Through Johnnie Stancil, did you also meet someone

08:45AM    11   named Frankie?

08:45AM    12   A    Yes.

08:45AM    13   Q    Who is that?

08:45AM    14   A    He was another person who was running around with us doing

08:45AM    15   robberies.

08:45AM    16   Q    What was his last name?

08:45AM    17   A    Silva.

08:45AM    18   Q    Did you also meet somebody by the name of Lance?

08:45AM    19   A    Yes.

08:45AM    20   Q    What was his last name?

08:46AM    21   A    Bermudez.

08:46AM    22   Q    Was that also through John Stancil?

08:46AM    23   A    Yes.

08:46AM    24   Q    What was Lance's nickname?

08:46AM    25   A    Hammah.

08:46AM   1   Q    Do you know why he got that nickname?

08:46AM   2   A    Because he couldn't fight.  He threw hammer fists.

08:46AM   3   Q    What's a hammer fist?

08:46AM   4   A    He struck down like this when he punched.

08:46AM   5   Q    Like if you were going to hammer in a nail, he would do

08:46AM   6   that with his fist?

08:46AM   7   A    Yes.

08:46AM   8        MR. NAMMAR:  Your Honor, could we publish 1-896 from

08:46AM   9   the original list.

08:46AM   10       THE COURT:  Go ahead.

08:46AM   11   BY MR. NAMMAR:

08:46AM   12   Q    Thank you.  Mr. Smith, do you recognize who is shown in

08:46AM   13   this photo?

08:46AM   14   A    Yes.

08:46AM   15   Q    Who is that?

08:46AM   16   A    Frankie Silva.

08:46AM   17       MR. NAMMAR:  And can we publish 1-34 from the original

08:46AM   18   list.

08:46AM   19       THE COURT:  34?

08:46AM   20       MR. NAMMAR:  Yes.

08:47AM   21       THE COURT:  Go ahead.

08:47AM   22   BY MR. NAMMAR:

08:47AM   23   Q    Mr. Smith, do you recognize who is in 1-34?

08:47AM   24   A    Yes.

08:47AM   25   Q    Who is that?

08:47AM   1   A   Lance.

08:47AM   2   Q   Also known as Hammah?

08:47AM   3   A   Yes.

08:47AM   4   Q   You said Frankie and Lance were robbing?

08:47AM   5   A   Yes.

08:47AM   6   Q   Can you tell the jury what that means?

08:47AM   7   A   We were targeting other drug dealers and we were robbing

08:47AM   8   them.  We were taking their drugs; taking their money.

08:47AM   9   Q   Why were you targeting drug dealers?

08:47AM   10   A   Because we weren't trying to do it to anybody that wasn't

08:47AM   11   selling drugs, or somehow in the game.  We felt they wouldn't

08:47AM   12   tell because they were doing illegal things too.

08:47AM   13   Q   You felt like they wouldn't tell?

08:47AM   14   A   Uh-huh.

08:47AM   15   Q   Tell who?

08:47AM   16   A   Law enforcement.

08:47AM   17   Q   Did you end up -- so you ended up meeting Frankie and

08:47AM   18   Lance through Johnnie Stancil.

08:48AM   19       Did you end up doing a number of robberies with them

08:48AM   20   in the future?

08:48AM   21   A   Yes.

08:48AM   22   Q   For a lot of those robberies, did someone provide you with

08:48AM   23   intelligence for the robberies?

08:48AM   24   A   Yes.

08:48AM   25   Q   What kind of intelligence?

```
08:48AM    1    A    He would let us know when they were wearing jewelry or
08:48AM    2    when they had drugs.
08:48AM    3    Q    Who was that person?
08:48AM    4    A    Johnnie.
08:48AM    5    Q    And how would Johnnie -- this is Johnnie Stancil?
08:48AM    6    A    Yes.
08:48AM    7    Q    How would Johnnie Stancil get that intelligence?
08:48AM    8    A    Through social media or mutual friends.
08:48AM    9    Q    How would he get it through social media?
08:48AM   10    A    He would follow them on Instagram -- their Instagram live,
08:48AM   11    if they were showing a lot of stuff.
08:48AM   12    Q    Did you see him on Instagram a lot?
08:48AM   13    A    Yes.
08:48AM   14    Q    What is Instagram live?
08:48AM   15    A    It's like a live feed on their Instagram of what they are
08:49AM   16    doing at that time.
08:49AM   17    Q    Would he then provide you with details about the targets
08:49AM   18    for robberies?
08:49AM   19    A    Yes.
08:49AM   20    Q    Like what kind of details?
08:49AM   21    A    He would let us know what they were wearing, where they
08:49AM   22    are at, if they are at a restaurant, he would let us know what
08:49AM   23    restaurant they are at and we would go from there.
08:49AM   24    Q    And why were you guys committing these robberies?  What
08:49AM   25    was the purpose?
```

08:49AM   1   A     To make money.

08:49AM   2   Q     Would you sometimes give money to Mr. Stancil when he gave

08:49AM   3   you intelligence?

08:49AM   4   A     It depends.  But yeah, if he was behind it, we would.

08:49AM   5   Q     Did you ever target individuals because of the jewelry

08:49AM   6   they had?

08:49AM   7   A     Yes.

08:49AM   8   Q     What jewelry specifically were you looking for?

08:49AM   9   A     Chains.

08:49AM   10  Q     Did you ever target pimps?

08:49AM   11  A     Yes.

08:49AM   12  Q     Why did you target pimps?

08:49AM   13  A     Because they were -- usually had a lot of money and

08:50AM   14  jewelry on them.

08:50AM   15  Q     And did you also feel like, with drug dealers, that they

08:50AM   16  were less likely to call the police?

08:50AM   17  A     Yes.

08:50AM   18  Q     So Johnnie introduces you to Frankie and Lance.

08:50AM   19        Do you recall the first robbery that you did with

08:50AM   20  those individuals?

08:50AM   21  A     Yes.

08:50AM   22  Q     Was it a tryout of sorts?

08:50AM   23  A     Yes.

08:50AM   24  Q     Did you make the team?

08:50AM   25  A     Yes.

| | | | |
|---|---|---|---|
| 08:50AM | 1 | Q | Have you heard of the term "hungry"? |
| 08:50AM | 2 | A | Yes. |
| 08:50AM | 3 | Q | What does that mean? |
| 08:50AM | 4 | A | It meant we were looking for somebody to rob. |
| 08:50AM | 5 | Q | Looking for work? |
| 08:50AM | 6 | A | Yes. |
| 08:50AM | 7 | Q | Illegal work? |
| 08:50AM | 8 | A | Yes. |
| 08:50AM | 9 | Q | Who came up with the background for -- or who came up with |
| 08:51AM | 10 | | the information for the first robbery that you did with Lance |
| 08:51AM | 11 | | and Frankie? |
| 08:51AM | 12 | A | Me. |
| 08:51AM | 13 | Q | And who was the target? |
| 08:51AM | 14 | A | Jorge Cano. |
| 08:51AM | 15 | Q | How do you know anything about Jorge Cano? |
| 08:51AM | 16 | A | We were in jail together in the state. |
| 08:51AM | 17 | Q | Okay.  And what did you know about Jorge Cano? |
| 08:51AM | 18 | A | That he was selling methamphetamine. |
| 08:51AM | 19 | Q | Is that why you guys targeted him? |
| 08:51AM | 20 | A | Yes. |
| 08:51AM | 21 | Q | Where did Jorge Cano live? |
| 08:51AM | 22 | A | Next to the storage on University. |
| 08:51AM | 23 | Q | This is in Honolulu? |
| 08:51AM | 24 | A | Yes. |
| 08:51AM | 25 | Q | Now, when you did these robberies, would you usually be |

08:51AM   1   armed?

08:51AM   2   A    Yes.

08:51AM   3   Q    Would you guys usually have masks on?

08:51AM   4   A    Yes.

08:51AM   5   Q    Why would you wear masks?

08:51AM   6   A    Conceal our identities.

08:51AM   7   Q    Were some of the masks that you wore, did you get them

08:51AM   8   from Mr. Stancil?

08:51AM   9   A    Yes.

08:51AM   10   Q    And when Mr. Stancil -- would he do some of these

08:52AM   11   robberies with you as well?

08:52AM   12   A    No, not with me.

08:52AM   13   Q    Not with you?

08:52AM   14   A    No.

08:52AM   15   Q    Nico Carrigan, does that sound familiar?

08:52AM   16   A    Oh, yes.

08:52AM   17   Q    He did that one with you?

08:52AM   18   A    Yes.

08:52AM   19   Q    Was he wearing a mask for that?

08:52AM   20   A    Yes.

08:52AM   21   Q    Would you see Mr. Stancil wearing masks on occasion?

08:52AM   22   A    Yes.

08:52AM   23   Q    So what happened in the robbery of Jorge Cano?

08:52AM   24   A    We pulled down in to the lane.  We had to wait for

08:52AM   25   somebody to get to the door.  They needed to get buzzed in.

08:52AM    1    One of us put a gun to the guy getting into the apartment, and

08:52AM    2    we went in and kicked in hard his door.

08:52AM    3    Q    When you say you put a gun, was that like to a doorman?

08:52AM    4    A    Yes.

08:52AM    5    Q    And you got access that way?

08:52AM    6    A    Yes.

08:52AM    7    Q    Was Jorge in his room?

08:52AM    8    A    No.

08:52AM    9    Q    What did you find in the room?

08:53AM   10    A    Bulletproof vests.

08:53AM   11    Q    Did you find any drugs?

08:53AM   12    A    No.

08:53AM   13    Q    Were you armed?

08:53AM   14    A    Yes.

08:53AM   15    Q    And were the others armed?

08:53AM   16    A    Yes.

08:53AM   17    Q    Did you ever try to impersonate a police officer during

08:53AM   18    this robbery?

08:53AM   19    A    I don't recall.

08:53AM   20    Q    Would you sometimes do that?

08:53AM   21    A    Yes.

08:53AM   22    Q    Why?

08:53AM   23    A    Because it made them more cooperative.

08:53AM   24            MR. NAMMAR:  Your Honor, can we show the witness only

08:53AM   25    1-898?

08:53AM    1                THE COURT:  Go ahead.

08:53AM    2    BY MR. NAMMAR:

08:53AM    3    Q    Thank you.  Mr. Smith, do you recognize this individual?

08:53AM    4    A    Yes.

08:53AM    5    Q    Who is that?

08:53AM    6    A    Jorge.

08:53AM    7    Q    Jorge Cano?

08:53AM    8    A    Yes.

08:53AM    9                MR. NAMMAR:  Your Honor, I'd move to admit 1-898.

08:53AM   10                THE COURT:  Any objection?

08:53AM   11                MR. KENNEDY:  No objection.

08:53AM   12                THE COURT:  1-898 is admitted without objection.  You

08:53AM   13    may publish.

08:54AM   14                (Exhibit 1-898 was received in evidence.)

08:54AM   15    BY MR. NAMMAR:

08:54AM   16    Q    Thank you.  Mr. Smith, this was the target of the first

08:54AM   17    robbery that you did with Frankie and Lance?

08:54AM   18    A    Yes.

08:54AM   19    Q    This is the one you just told us about?

08:54AM   20    A    Yes.

08:54AM   21    Q    He wasn't there though, right?

08:54AM   22    A    No.

08:54AM   23    Q    So after this first robbery, were the results reported

08:54AM   24    back to Johnnie?

08:54AM   25    A    Yes.

| | | | |
|---|---|---|---|
| 08:54AM | 1 | Q | Did you talk to Johnnie about how it went down? |
| 08:54AM | 2 | A | Yes. |
| 08:54AM | 3 | Q | Was he pleased with what he heard? |
| 08:54AM | 4 | A | Yes. |
| 08:54AM | 5 | Q | And shortly after this particular robbery, did Mr. Stancil |
| 08:54AM | 6 | | introduce you to Mr. Miske for committing a different type of |
| 08:54AM | 7 | | crime? |
| 08:54AM | 8 | A | Yes. |
| 08:54AM | 9 | Q | What type of crime? |
| 08:54AM | 10 | A | Assaults. |
| 08:54AM | 11 | Q | Were you -- did you enter an agreement with Mr. Miske |
| 08:54AM | 12 | | where you essentially were on-call? |
| 08:54AM | 13 | A | Yes. |
| 08:54AM | 14 | Q | Like a doctor? |
| 08:54AM | 15 | A | Yes. |
| 08:54AM | 16 | Q | But different from a doctor, what were you on-call to do? |
| 08:54AM | 17 | A | To assault people. |
| 08:55AM | 18 | Q | How would you get information on who to assault? |
| 08:55AM | 19 | A | Through Mike or through Johnnie. |
| 08:55AM | 20 | Q | Did you commit a number of assaults at Miske's direction |
| 08:55AM | 21 | | and Johnnie's direction over the next couple of years? |
| 08:55AM | 22 | A | Yes. |
| 08:55AM | 23 | Q | Why did you do those assaults? |
| 08:55AM | 24 | A | To make money -- |
| 08:55AM | 25 | Q | Did you also do those assaults to elevate your status and |

08:55AM   1    maintain your status with Mr. Miske?

08:55AM   2    A    Yes.

08:55AM   3    Q    Was that important to you?

08:55AM   4    A    Yes.

08:55AM   5    Q    Is he somebody you looked up to?

08:55AM   6    A    He was.

08:55AM   7         THE COURT:  Mr. Nammar, could I interrupt you, because

08:55AM   8    I think you cut off Mr. Smith.

08:55AM   9         MR. NAMMAR:  Sorry.

08:55AM   10        THE COURT:  You asked, "why did you do these

08:55AM   11   assaults?"  And he said, "to make money," and he said something

08:55AM   12   else after that, that was not captured by the record.

08:55AM   13   BY MR. NAMMAR:

08:55AM   14   Q    Okay.  Why did you do the assaults?

08:55AM   15   A    To make money.  To take care of my family.

08:55AM   16   Q    And did you also do them to maintain and elevate your

08:55AM   17   status with Mr. Miske?

08:55AM   18   A    Yes, I did.

08:55AM   19   Q    That was something that was important to you?

08:55AM   20   A    Yes.

08:56AM   21   Q    Because if you did these assaults, would you continue to

08:56AM   22   get more work from Mr. Miske?

08:56AM   23   A    Yes.

08:56AM   24   Q    And this was illegal work?

08:56AM   25   A    Yes.

| | | | |
|---|---|---|---|
| 08:56AM | 1 | Q | Later on in your relationship, did you graduate from |
| 08:56AM | 2 | | assaults to committing other crimes? |
| 08:56AM | 3 | A | Yes. |
| 08:56AM | 4 | Q | Some of the crimes you've pled guilty to? |
| 08:56AM | 5 | A | Yes. |
| 08:56AM | 6 | Q | Like murder for hire? |
| 08:56AM | 7 | A | Yes. |
| 08:56AM | 8 | Q | I want to direct you now to January 8, 2016. |
| 08:56AM | 9 | | Did you assault somebody at Cutter Chevy? |
| 08:56AM | 10 | A | Yes. |
| 08:56AM | 11 | Q | Is this the first assault that you did for Mr. Miske? |
| 08:56AM | 12 | A | Yes. |
| 08:56AM | 13 | Q | Who recruited you for this assault? |
| 08:56AM | 14 | A | Johnnie. |
| 08:56AM | 15 | Q | Johnnie? |
| 08:56AM | 16 | A | Johnnie Stancil. |
| 08:56AM | 17 | Q | How did he do that? |
| 08:56AM | 18 | A | He let me know that if I wanted to make money, there was |
| 08:56AM | 19 | | somebody that I could do an assault for Mike. |
| 08:56AM | 20 | Q | Did you know who this person was at the time? |
| 08:56AM | 21 | A | No. |
| 08:57AM | 22 | Q | Were you given a name? |
| 08:57AM | 23 | A | No. |
| 08:57AM | 24 | Q | Did you later find out through Johnnie who this person |
| 08:57AM | 25 | | was; what his name was? |

| | | | |
|---|---|---|---|
| 08:57AM | 1 | A | Yes. |
| 08:57AM | 2 | Q | What was his name? |
| 08:57AM | 3 | A | Kawika. |
| 08:57AM | 4 | Q | Was there some preparation work done as far as a vehicle? |
| 08:57AM | 5 | A | Yes. |
| 08:57AM | 6 | Q | What was done? |
| 08:57AM | 7 | A | We got one of those silver Mercedes, an auction car, from |
| 08:57AM | 8 | | the shop, Kama'aina Termite shop.  We got some paper plates |
| 08:57AM | 9 | | from the shop.  We took one of those auction cars to the Chevy |
| 08:57AM | 10 | | dealership and that's what we did it in. |
| 08:57AM | 11 | Q | What is an auction car? |
| 08:57AM | 12 | A | It's one of the cars they purchased from the auctions. |
| 08:57AM | 13 | Q | Okay.  And who purchases those? |
| 08:57AM | 14 | A | Mike or Preston. |
| 08:57AM | 15 | Q | And then when you say auction car, why did you believe it |
| 08:58AM | 16 | | was an auction car? |
| 08:58AM | 17 | A | It was a bunch of cars lined up outside of Kama'aina that |
| 08:58AM | 18 | | were the auction cars, the Hawaii Partners. |
| 08:58AM | 19 | Q | What type of Mercedes was this? |
| 08:58AM | 20 | A | It was a silver E-class. |
| 08:58AM | 21 | Q | And when you got to that vehicle, did it have a hard |
| 08:58AM | 22 | | license plate on it? |
| 08:58AM | 23 | A | It did.  We went to the shop, took the license plates off. |
| 08:58AM | 24 | | Mike gave us paper plates and we put the paper plates on them. |
| 08:58AM | 25 | Q | Why did you want to use paper plates? |

08:58AM   1    A    Because the real license plate probably would have came

08:58AM   2    back to the car.

08:58AM   3    Q    Did you and Johnnie discuss a plan before the assault?

08:58AM   4    A    Johnnie was supposed to go in, tell the guy that he just

08:58AM   5    bought a new truck from that guy, Kawika, and the check engine

08:59AM   6    light was on.  He told me to -- when the guy came out, to get

08:59AM   7    him.  And I assaulted him when he came out.

08:59AM   8    Q    What were you wearing?

08:59AM   9    A    I think I was wearing a hoodie and long pants.

08:59AM   10   Q    Would you commonly wear a hoodie?

08:59AM   11   A    Yes.

08:59AM   12   Q    With the hood up?

08:59AM   13   A    Yes.

08:59AM   14        THE COURT:  Did you say hoodie and long pants?

08:59AM   15        THE WITNESS:  Yes.

08:59AM   16   BY MR. NAMMAR:

08:59AM   17   Q    What were your instructions from Mr. Stancil as far as how

08:59AM   18   bad to assault the person?

08:59AM   19   A    I was supposed to smash the guy.

08:59AM   20   Q    What did smash mean?

08:59AM   21   A    I was supposed to knock him out, hurt him.

08:59AM   22   Q    Is that something you knew you could do from your training

08:59AM   23   in martial arts?

08:59AM   24   A    Yes.

08:59AM   25   Q    Do you guys drive over there in the Mercedes E-class?

| | | | |
|---|---|---|---|
| 08:59AM | 1 | A | Yes. |
| 08:59AM | 2 | Q | Do you park right in front of the dealership or do you |
| 08:59AM | 3 | | park somewhere else? |
| 09:00AM | 4 | A | We park kind of off to the side. |
| 09:00AM | 5 | Q | Is this during the day? |
| 09:00AM | 6 | A | Yes. |
| 09:00AM | 7 | Q | Broad daylight? |
| 09:00AM | 8 | A | Yes. |
| 09:00AM | 9 | Q | Did you have a mask on? |
| 09:00AM | 10 | A | No. |
| 09:00AM | 11 | Q | So where do you wait? |
| 09:00AM | 12 | A | I'm waiting around the corner of the -- it was kind of a |
| 09:00AM | 13 | | garage or kind of like a walkway out to the front, and I'm |
| 09:00AM | 14 | | waiting around the corner.  Johnnie brings him out and I kick |
| 09:00AM | 15 | | him. |
| 09:00AM | 16 | Q | Where do you kick him? |
| 09:00AM | 17 | A | In the face. |
| 09:00AM | 18 | Q | What do you see happen? |
| 09:00AM | 19 | A | I seen him knock out. |
| 09:00AM | 20 | Q | Can you just tell the jury what you mean by you see him |
| 09:00AM | 21 | | knock out? |
| 09:00AM | 22 | A | I seen him go unconscious. |
| 09:00AM | 23 | Q | He lost consciousness? |
| 09:00AM | 24 | A | Yeah.  I seen him drop. |
| 09:00AM | 25 | Q | What do you guys do after that? |

| | | | |
|---|---|---|---|
| 09:00AM | 1 | A | We jump back in the car and we drive off.  We go back to |
| 09:00AM | 2 | | the shop. |
| 09:00AM | 3 | Q | What happens at the shop? |
| 09:00AM | 4 | A | We take the paper plates off, put the regular plates back |
| 09:00AM | 5 | | on and leave the car in the garage.  I get paid by Mike. |
| 09:01AM | 6 | Q | How much does Mike pay you? |
| 09:01AM | 7 | A | Two grand. |
| 09:01AM | 8 | Q | Do you tell Mike what happened? |
| 09:01AM | 9 | A | Yes. |
| 09:01AM | 10 | Q | What was his reaction? |
| 09:01AM | 11 | A | He was happy. |
| 09:01AM | 12 | Q | Were you paid in cash? |
| 09:01AM | 13 | A | Yes. |
| 09:01AM | 14 | Q | Were you paid in cash a number of times by Mr. Miske? |
| 09:01AM | 15 | A | Yes. |
| 09:01AM | 16 | Q | Did he pay you every single time you committed an assault? |
| 09:01AM | 17 | A | Not every time. |
| 09:01AM | 18 | Q | For any of those cash payments, did you ever declare them |
| 09:01AM | 19 | | on your tax returns? |
| 09:01AM | 20 | A | No. |
| 09:01AM | 21 | Q | Was that something that was understood? |
| 09:01AM | 22 | A | Yes. |
| 09:01AM | 23 | Q | That you wouldn't write on your tax returns that you were |
| 09:01AM | 24 | | assaulting people; was that understood? |
| 09:01AM | 25 | A | Yes. |

09:01AM   1   Q   After the assault, the $2,000 you got, did you give any of

09:01AM   2   it to Johnnie?

09:01AM   3   A   Yes.

09:01AM   4   Q   Why did you do that?

09:01AM   5   A   Because he helped me get the job.

09:01AM   6   Q   The money that you got from this assault and others, do

09:02AM   7   you recall some of the denominations?

09:02AM   8   A   Yes.

09:02AM   9   Q   What were they?

09:02AM   10   A   A thousand dollars, fifteen hundred, two grand.

09:02AM   11   Q   How was that payment made up?  Was it usually in hundreds

09:02AM   12   or a mix of those?

09:02AM   13   A   Sometimes it was in hundreds and sometimes it was in

09:02AM   14   hundreds and a mix of those.

09:02AM   15   Q   Did doing this first assault of Kawika help you earn

09:02AM   16   respect with Mr. Miske?

09:02AM   17   A   Yes.

09:02AM   18   Q   Did it help you get other opportunities for crime like

09:02AM   19   that one with Mr. Miske?

09:02AM   20   A   Yes.

09:02AM   21   Q   And about three or four weeks later, did you in fact

09:02AM   22   commit another assault for Mr. Miske?

09:02AM   23   A   Yes.

09:02AM   24       MR. NAMMAR:  Your Honor, can we publish 4-52 at this

09:02AM   25   time from the original list?

| | | |
|---|---|---|
| 09:02AM | 1 | THE COURT: Yes. Go ahead. |
| 09:03AM | 2 | BY MR. NAMMAR: |
| 09:03AM | 3 | Q    Thank you. Mr. Smith, do you recognize what's shown up in |
| 09:03AM | 4 | 4-52? |
| 09:03AM | 5 | A    I see the Cutter Chevy dealership we went to. |
| 09:03AM | 6 | Q    Can you circle that? You can circle it with your hand. |
| 09:03AM | 7 | For the record, you're circling the Chevy Cutter dealership. |
| 09:03AM | 8 | Is this where you assaulted Kawika? |
| 09:03AM | 9 | A    Yes. |
| 09:03AM | 10 | Q    If we zoom out, do you see on this map where the shop is |
| 09:03AM | 11 | that you've been talking about, Kama'aina Termite where you |
| 09:03AM | 12 | picked up the car? |
| 09:03AM | 13 | A    It's on Queen Street. |
| 09:04AM | 14 | Q    What do you recall the cross streets to be? |
| 09:04AM | 15 | A    It's down here. |
| 09:04AM | 16 | Q    Can you mark it? |
| 09:04AM | 17 | So for the record, you are circling a business near |
| 09:04AM | 18 | the cross streets of Queen and Ward Street? |
| 09:04AM | 19 | A    Yes. |
| 09:04AM | 20 | Q    What are some of the businesses that you recall being |
| 09:04AM | 21 | around it? |
| 09:04AM | 22 | A    Sports Authority across, the gun shop next to it. There |
| 09:04AM | 23 | is Kama'aina over there. |
| 09:04AM | 24 | MR. NAMMAR: Okay. Can we publish, Your Honor, 4-57? |
| 09:04AM | 25 | THE COURT: You may. |

| | | |
|---|---|---|
| 09:04AM | 1 | BY MR. NAMMAR: |
| 09:04AM | 2 | Q    Mr. Smith, do you recognize what's on the screen in 4-57? |
| 09:04AM | 3 | A    Not really, no. |
| 09:05AM | 4 | MR. NAMMAR:  Can we publish 4-56? |
| 09:05AM | 5 | THE COURT:  Yes. |
| 09:05AM | 6 | BY MR. NAMMAR: |
| 09:05AM | 7 | Q    Do you recognize what is shown here? |
| 09:05AM | 8 | A    Yes. |
| 09:05AM | 9 | Q    What is shown in 4-56? |
| 09:05AM | 10 | A    That's the corner I was waiting around at the Chevy |
| 09:05AM | 11 | dealership where I kicked the first guy, Kawika. |
| 09:05AM | 12 | Q    When you say you were waiting around the corner, where |
| 09:05AM | 13 | were you waiting? |
| 09:05AM | 14 | A    I was waiting right behind this blue wall right here. |
| 09:05AM | 15 | Q    And around where did you kick Kawika? |
| 09:05AM | 16 | A    As soon as he walked past this fence right here. |
| 09:05AM | 17 | Q    The fence that's shown right here? |
| 09:05AM | 18 | A    Yes. |
| 09:05AM | 19 | MR. NAMMAR:  Your Honor, can we publish 1-897 from the |
| 09:06AM | 20 | original list? |
| 09:06AM | 21 | THE COURT:  Go ahead. |
| 09:06AM | 22 | BY MR. NAMMAR: |
| 09:06AM | 23 | Q    Thank you.  Mr. Smith, do you recognize this person? |
| 09:06AM | 24 | A    Yes. |
| 09:06AM | 25 | Q    Who is that? |

| | | | |
|---|---|---|---|
| 09:06AM | 1 | A | Hanson. |

09:06AM   1   A   Hanson.

09:06AM   2   Q   Did you have conversations with Johnnie Stancil about

09:06AM   3   Hanson?

09:06AM   4   A   Yes.

09:06AM   5   Q   What did you understand from Johnnie about Hanson?

09:06AM   6        MR. KENNEDY:  Objection on hearsay; past narrative,

09:06AM   7   Your Honor.

09:06AM   8        THE COURT:  Overruled.  Go ahead.

09:06AM   9   BY MR. NAMMAR:

09:06AM   10   Q   Go ahead.

09:06AM   11   A   That Hanson was doing assaults before me.  I basically

09:06AM   12   replaced him when he went to jail.

09:06AM   13   Q   So you were Hanson's replacement?

09:06AM   14   A   Yes.

09:06AM   15   Q   Where was Hanson at the time?

09:06AM   16   A   He was in jail.

09:06AM   17   Q   We can take that down.  I want to take you now to

09:07AM   18   January 25, 2016.

09:07AM   19        Did you do a second assault for Mr. Miske?

09:07AM   20   A   Yes.

09:07AM   21   Q   Was this also at a dealership?

09:07AM   22   A   Yes.

09:07AM   23   Q   Where was this dealership located?

09:07AM   24   A   It was off of Nimitz.

09:07AM   25   Q   Can you think of any businesses that were nearby?

09:07AM   1   A   There was Paumalu next to it.

09:07AM   2   Q   What is Paumalu?

09:07AM   3   A   I'm not sure.  It was one of the businesses over there.

09:07AM   4   Q   Okay.  Have you heard of the Eagle Cafe?

09:07AM   5   A   Yeah.  There was the Eagle Cafe next to it.

09:07AM   6   Q   Was it close by?

09:07AM   7   A   Yes.

09:07AM   8   Q   Do you recall having a conversation with Mr. Miske about

09:07AM   9   this assault before it happened?

09:07AM   10   A   Yes.

09:07AM   11   Q   What did he tell you?

09:07AM   12   A   That the guy was doing stupid bids.  He was overbidding at

09:07AM   13   the car auctions.

09:07AM   14   Q   Did Mr. Miske show you a picture of the guy?

09:07AM   15   A   Yes.

09:08AM   16   Q   How did he show you a picture of the guy?

09:08AM   17   A   On his phone.

09:08AM   18   Q   Did he give you specific instructions on the level of the

09:08AM   19   assault?

09:08AM   20   A   Yes.

09:08AM   21   Q   What did he tell you?

09:08AM   22   A   He wanted me to hospitalize him.

09:08AM   23   Q   To put him in the hospital?

09:08AM   24   A   Yes.

09:08AM   25   Q   Did you have a driver for this one like the other one?

| 09:08AM | 1 | A | Yes. |
| 09:08AM | 2 | Q | Who was your driver? |
| 09:08AM | 3 | A | Johnnie. |
| 09:08AM | 4 | Q | This is Johnnie Stancil? |
| 09:08AM | 5 | A | Yes. |
| 09:08AM | 6 | Q | Which car do you recall taking to this particular assault? |
| 09:08AM | 7 | A | We went in a silver Toyota Camry. |
| 09:08AM | 8 | Q | What kind of car was that?  Was it another auction car? |
| 09:08AM | 9 | A | It was a Hawaii Partners car -- auction car. |
| 09:08AM | 10 | Q | What about the plates for this particular car; what do you |
| 09:08AM | 11 | | recall about those plates? |
| 09:08AM | 12 | A | I think we used paper plates again. |
| 09:08AM | 13 | Q | So you could avoid detection? |
| 09:09AM | 14 | A | Yes. |
| 09:09AM | 15 | Q | Before the assault, did you scope it out with Mr. Stancil? |
| 09:09AM | 16 | A | Yes. |
| 09:09AM | 17 | Q | How did you guys scope it out? |
| 09:09AM | 18 | A | We drove down the street where the car dealership was.  We |
| 09:09AM | 19 | | were trying to see if we could see the guy outside anywhere. |
| 09:09AM | 20 | Q | And did you see him? |
| 09:09AM | 21 | A | We ended up seeing him, yeah. |
| 09:09AM | 22 | Q | Okay.  Right before the assault, where was the silver |
| 09:09AM | 23 | | Toyota Camry positioned, if you recall? |
| 09:09AM | 24 | A | We reversed backwards down the road and we kept the car |
| 09:09AM | 25 | | running.  We were right outside the car dealership. |

09:09AM    1    Q    And this -- what can you tell us about this road?  Are

09:09AM    2    there multiple ways in or out or only one?

09:09AM    3    A    What I remember was it was a one-way down.

09:09AM    4    Q    There is only one way in and out?

09:09AM    5    A    Yes.

09:09AM    6    Q    So Mr. Stancil backs up to near the dealership?

09:09AM    7    A    Yes.

09:09AM    8    Q    And has the car pointed and ready to leave?

09:10AM    9    A    Yes.

09:10AM    10   Q    Does Mr. Stancil pick out the guy -- the target?

09:10AM    11   A    Yes.

09:10AM    12   Q    And then what do you do?

09:10AM    13   A    He tells me that's the guy.  I get out of the car.  I come

09:10AM    14   up from behind him and I kick him in the face.

09:10AM    15   Q    Could he see you coming?

09:10AM    16   A    No.

09:10AM    17   Q    What was the person doing at the time?

09:10AM    18   A    He was detailing the cars outside the dealership.

09:10AM    19   Q    So he had his back to you?

09:10AM    20   A    Yes.

09:10AM    21   Q    You kicked him where?

09:10AM    22   A    In the face.

09:10AM    23   Q    And what did you see happened with the individual you

09:10AM    24   kicked in the face?

09:10AM    25   A    He fell to the ground.

| | | | |
|---|---|---|---|
| 09:10AM | 1 | Q | Did you see him lose consciousness? |
| 09:10AM | 2 | A | I think he was still conscious but he was on the ground. |
| 09:10AM | 3 | Q | What were you wearing for that attack? |
| 09:10AM | 4 | A | I was wearing a hoodie. |
| 09:10AM | 5 | Q | With the hood up? |
| 09:10AM | 6 | A | Yeah, a jacket with the hood up. |
| 09:10AM | 7 | Q | In January 2016, how big were you? |
| 09:10AM | 8 | A | Six-foot, probably a little bigger than I am now. |
| 09:11AM | 9 | Q | Okay.  And how many pounds would you estimate? |
| 09:11AM | 10 | A | 265, 270. |
| 09:11AM | 11 | Q | After you kicked him and the man fell to the ground, did |
| 09:11AM | 12 | | you kick him any more times? |
| 09:11AM | 13 | A | No. |
| 09:11AM | 14 | Q | What happened then? |
| 09:11AM | 15 | A | I went back to the car and we took off. |
| 09:11AM | 16 | Q | And where did you guys go? |
| 09:11AM | 17 | A | Back to the shop. |
| 09:11AM | 18 | Q | What happened at the shop? |
| 09:11AM | 19 | A | We put the car back in the parking garage. |
| 09:11AM | 20 | Q | Did you meet with Mike? |
| 09:11AM | 21 | A | Yes. |
| 09:11AM | 22 | Q | What did you get from Mike, if anything? |
| 09:11AM | 23 | A | I got paid. |
| 09:11AM | 24 | Q | Do you recall about how much you got paid? |
| 09:11AM | 25 | A | About 1500. |

| | | | |
|---|---|---|---|
| 09:11AM | 1 | Q | Okay.  This is in cash again? |
| 09:11AM | 2 | A | Yes. |
| 09:11AM | 3 | Q | Did you tell Mike what happened during the assault? |
| 09:12AM | 4 | A | Yes. |
| 09:12AM | 5 | Q | What was his reaction? |
| 09:12AM | 6 | A | He was happy. |
| 09:12AM | 7 | Q | Sometime later after the assault, did Mr. Miske express |
| 09:12AM | 8 | | dissatisfaction with you about this assault? |
| 09:12AM | 9 | A | Yes. |
| 09:12AM | 10 | Q | Did he get on to you about it? |
| 09:12AM | 11 | A | Yes. |
| 09:12AM | 12 | Q | What did he get on to you about? |
| 09:12AM | 13 | A | He told me and Johnnie he seen him at the -- the guy at |
| 09:12AM | 14 | | the car auction still and he only had a black eye. |
| 09:12AM | 15 | Q | What was he mad about? |
| 09:12AM | 16 | A | That I didn't hospitalize him. |
| 09:12AM | 17 | Q | Because that's what you were instructed to do? |
| 09:12AM | 18 | A | Yes. |
| 09:12AM | 19 | Q | The auction, did you know what the name of that auction |
| 09:12AM | 20 | | was? |
| 09:12AM | 21 | A | I know it was in Mapunapuna. |
| 09:12AM | 22 | Q | Does Manheim sound familiar? |
| 09:12AM | 23 | A | Yes. |
| 09:12AM | 24 | | MR. NAMMAR:  Your Honor, can we publish 5-22 from the |
| 09:13AM | 25 | | original list? |

09:13AM    1              THE COURT:  Go ahead.

09:13AM    2    BY MR. NAMMAR:

09:13AM    3    Q    Thank you.  Mr. Smith, do you recognize 5-22?

09:13AM    4    A    Yes.

09:13AM    5    Q    What is it?

09:13AM    6    A    It's a picture of the shop.

09:13AM    7    Q    And is this where you took the silver Camry back to?

09:13AM    8    A    Yes.

09:13AM    9    Q    Where was -- if you know, where was Mr. Miske's office?

09:13AM   10    A    On that first window right there on the left by the white

09:13AM   11    car.

09:13AM   12    Q    Can you put an X on it?  So right by the white car?

09:13AM   13    A    Yes.

09:13AM   14    Q    Is that somewhere that you -- where you would frequently

09:13AM   15    hang out?

09:13AM   16    A    Yes.

09:13AM   17    Q    Is that somewhere where you would also get paid after you

09:13AM   18    committed assaults and other crimes?

09:13AM   19    A    Sometimes.

09:13AM   20              MR. NAMMAR:  Your Honor, can we publish 1-777 from the

09:14AM   21    original list?

09:14AM   22              THE COURT:  Go ahead.

09:14AM   23    BY MR. NAMMAR:

09:14AM   24    Q    Thank you.  Mr. Smith, do you recognize what's shown here?

09:14AM   25    A    Yes.

09:14AM   1    Q    What is shown here?

09:14AM   2    A    Mike's office.

09:14AM   3    Q    And would you ever see him retrieve cash out of anywhere

09:14AM   4    that's shown in this photo?

09:14AM   5    A    He's paid me out of one of those drawers before.

09:14AM   6    Q    Which drawers are you referring to?

09:14AM   7    A    The drawers connected to the desk.

09:14AM   8    Q    Can you indicate which drawers you're talking about?  So

09:14AM   9    for the record, you marked the drawers on the left-hand side.

09:15AM   10            MR. NAMMAR:  Can we publish, Your Honor, 1-778.

09:15AM   11            THE COURT:  Go ahead.

09:15AM   12   BY MR. NAMMAR:

09:15AM   13   Q    Do you recognize what is shown here?

09:15AM   14   A    Yes.

09:15AM   15   Q    What is shown here?

09:15AM   16   A    That's the shop, Mike's office.

09:15AM   17   Q    Would you often hang out in this shop with Mr. Miske and

09:15AM   18   others?

09:15AM   19   A    Yes.

09:15AM   20            MR. NAMMAR:  Can we publish 1-779?

09:15AM   21            THE COURT:  Yes.

09:15AM   22   BY MR. NAMMAR:

09:15AM   23   Q    Do you recognize what is shown here?

09:15AM   24   A    Yes.

09:15AM   25   Q    What is shown here?

| | | | |
|---|---|---|---|
| 09:15AM | 1 | A | It's still Mike's office and a dry erase board. |
| 09:15AM | 2 | Q | Can you circle the dry erase board? |
| 09:15AM | 3 | | Would Mr. Miske sometimes write you messages on the |
| 09:15AM | 4 | | dry erase board? |
| 09:15AM | 5 | A | Yes. |
| 09:15AM | 6 | Q | And did he erase them after they were written? |
| 09:15AM | 7 | A | Yes. |
| 09:15AM | 8 | Q | When you were in the office with Mr. Miske, would he |
| 09:15AM | 9 | | sometimes close the door? |
| 09:15AM | 10 | A | Yes. |
| 09:15AM | 11 | Q | And then would he sometimes turn up the music? |
| 09:15AM | 12 | A | Yes. |
| 09:15AM | 13 | Q | What would he talk about when he closed the door and |
| 09:15AM | 14 | | turned up the music? |
| 09:16AM | 15 | A | We were being watched by the feds and things like that. |
| 09:16AM | 16 | Q | Things about crime? |
| 09:16AM | 17 | A | Yes. |
| 09:16AM | 18 | Q | We can take that down. |
| 09:16AM | 19 | | MR. NAMMAR:  Can we publish, Your Honor, 4-32 from the |
| 09:16AM | 20 | | original list? |
| 09:16AM | 21 | | THE COURT:  Go ahead. |
| 09:16AM | 22 | BY MR. NAMMAR: | |
| 09:16AM | 23 | Q | Thank you.  Mr. Smith, 4-32 is up on the screen. |
| 09:16AM | 24 | | Do you recognize this person? |
| 09:16AM | 25 | A | Yes. |

09:16AM   1   Q    Who is this person?

09:16AM   2   A    That was the person I assaulted at the used car

09:16AM   3   dealership.

09:16AM   4   Q    The one you said was polishing the car before the assault?

09:16AM   5   A    Yes.

09:16AM   6   Q    The one that was near the Eagle Cafe?

09:16AM   7   A    Yes.

09:16AM   8           MR. NAMMAR:  Can we publish 4-35, Your Honor?

09:16AM   9           THE COURT:  You may.

09:16AM  10   BY MR. NAMMAR:

09:17AM  11   Q    Can we zoom in.

09:17AM  12           Mr. Smith, do you recognize what's depicted in this

09:17AM  13   picture?

09:17AM  14   A    The used car dealership.

09:17AM  15   Q    Is it in this general area?

09:17AM  16   A    It's right behind it, yes.

09:17AM  17   Q    Right behind the blue spray paint?

09:17AM  18   A    Yes.

09:17AM  19           MR. NAMMAR:  Can we publish 4-36, Your Honor?

09:17AM  20           THE COURT:  Yes.

09:17AM  21   BY MR. NAMMAR:

09:17AM  22   Q    Zoom in a little bit.

09:17AM  23           Mr. Smith, do you recognize what is shown here?

09:17AM  24   A    Yes.

09:17AM  25   Q    What's shown here?

| | | |
|---|---|---|
| 09:17AM | 1 | A    That was the back road we drove down before we assaulted |
| 09:17AM | 2 | the guy at the used car dealership. |
| 09:17AM | 3 | Q    Is this also the same road you guys made your exit on? |
| 09:17AM | 4 | A    Yes. |
| 09:17AM | 5 | MR. NAMMAR:  May we publish 4-40? |
| 09:17AM | 6 | THE COURT:  You may. |
| 09:17AM | 7 | BY MR. NAMMAR: |
| 09:17AM | 8 | Q    Do you recognize what is shown here? |
| 09:17AM | 9 | A    Yes. |
| 09:17AM | 10 | Q    What is shown here? |
| 09:18AM | 11 | A    That was the owner of the used car dealership, the one I |
| 09:18AM | 12 | assaulted. |
| 09:18AM | 13 | Q    Is this a similar position that he was in at the time you |
| 09:18AM | 14 | assaulted him? |
| 09:18AM | 15 | A    Yes. |
| 09:18AM | 16 | Q    But this is not actually taken at that time; this was just |
| 09:18AM | 17 | a reenactment? |
| 09:18AM | 18 | A    Yes. |
| 09:18AM | 19 | MR. NAMMAR:  Your Honor, may we publish 4-44? |
| 09:18AM | 20 | THE COURT:  Yes. |
| 09:18AM | 21 | BY MR. NAMMAR: |
| 09:18AM | 22 | Q    If we could zoom in on -- perfect.  That's great. |
| 09:18AM | 23 | Do you recognize this map? |
| 09:18AM | 24 | A    Yes. |
| 09:18AM | 25 | Q    When you say Mr. Stancil backed in, can you see on this |

09:18AM   1   map the area where he backed into?

09:18AM   2   A    We backed out right here on this part, street, kind of

09:18AM   3   right behind the D. Otani Produce.

09:19AM   4   Q    And then you were positioned to go straight out down Heart

09:19AM   5   Street towards Waiakamilo Road?

09:19AM   6   A    Yes.

09:19AM   7   Q    We can take that down.

09:19AM   8        MR. NAMMAR:  Can we show the witness only 4-128 from

09:19AM   9   the fourth supplemental list?

09:19AM   10       THE COURT:  Go ahead.

09:19AM   11  BY MR. NAMMAR:

09:19AM   12  Q    Thank you.  If we could zoom in on the history/inquiry of

09:19AM   13  the whole thing.

09:19AM   14       Mr. Smith, do you recognize the registered owner name

09:19AM   15  there, Hawaii Partners?

09:19AM   16  A    Yes.

09:19AM   17  Q    What is that?

09:19AM   18  A    That was Mike's car company.

09:20AM   19  Q    And the year is '03; make, Toyota.

09:20AM   20       Do you see that?

09:20AM   21  A    Yes.

09:20AM   22  Q    Four-door sedan, color silver?

09:20AM   23  A    Yes.

09:20AM   24  Q    Do all these things match the description of the car that

09:20AM   25  you all took to assault -- to do this assault you've just

| | | |
|---|---|---|
| 09:20AM | 1 | talked about? |
| 09:20AM | 2 | A    Yes. |
| 09:20AM | 3 | Q    And the date in the upper left, is that the exact same |
| 09:20AM | 4 | date that you believe you did the assault? |
| 09:20AM | 5 | A    Yes. |
| 09:20AM | 6 | MR. NAMMAR:  Your Honor, I move to admit 4-128. |
| 09:20AM | 7 | THE COURT:  Any objection, counsel? |
| 09:20AM | 8 | MR. KENNEDY:  Lack of foundation, Your Honor.  That |
| 09:20AM | 9 | would be the objection. |
| 09:20AM | 10 | MR. NAMMAR:  There is an 8031 cert on the bottom |
| 09:20AM | 11 | there.  It's signed by Thomas P. Farr who is with the |
| 09:20AM | 12 | department of customer services from the City and County of |
| 09:21AM | 13 | Honolulu. |
| 09:21AM | 14 | THE COURT:  The objection is sustained. |
| 09:21AM | 15 | BY MR. NAMMAR: |
| 09:21AM | 16 | Q    Do you recognize that -- well, I want to focus in on that |
| 09:21AM | 17 | VIN number. |
| 09:21AM | 18 | And do you see the numbers that it ends in? |
| 09:21AM | 19 | A    Yes. |
| 09:21AM | 20 | Q    Okay. |
| 09:21AM | 21 | MR. NAMMAR:  Let's go to -- let's show the witness now |
| 09:21AM | 22 | 9164, Your Honor. |
| 09:21AM | 23 | THE COURT:  9-164? |
| 09:21AM | 24 | MR. NAMMAR:  Yes.  Thank you.  Can we go to the first |
| 09:21AM | 25 | page first? |

09:21AM   1              THE COURT:  Go ahead.

09:21AM   2    BY MR. NAMMAR:

09:21AM   3    Q     Do you recognize the name Manheim?

09:22AM   4    A     Yes.

09:22AM   5    Q     What do you understand Manheim to be?

09:22AM   6    A     Manheim was the car auction in Mapunapuna that Mike then

09:22AM   7    would go to.

09:22AM   8    Q     Okay.  And if we go to page 24.  If we can zoom in on the

09:22AM   9    4th one.  All the way across.  Well, that's pretty good.

09:22AM  10    Perfect.

09:22AM  11              Okay.  The VIN that's shown here, do you recognize

09:22AM  12    that as the same VIN that we just looked at?

09:22AM  13    A     Yes.

09:22AM  14    Q     And the description is -- is that the same as the car that

09:22AM  15    you recall taking?

09:22AM  16    A     Yes.

09:22AM  17    Q     And do you recall it also being around a 2003?

09:22AM  18    A     Yes.

09:22AM  19    Q     And if we look up at the top, is that the date unit sold

09:23AM  20    that's shown there on this page?

09:23AM  21    A     Yes.

09:23AM  22    Q     And is the date unit sold January 20, 2016?

09:23AM  23    A     Yes.

09:23AM  24    Q     And the company to the right, do you recognize that?

09:23AM  25    A     Yes.

09:23AM   1        MR. NAMMAR:  Your Honor, I move to admit 9-164, which

09:23AM   2    is accompanied by an 8036 and 90211 cert on page one.  It's

09:23AM   3    also pursuant to the party's stipulation doc number 1296.

09:23AM   4        THE COURT:  Any objection, Mr. Kennedy?

09:23AM   5        MR. KENNEDY:  Lack of foundation, Your Honor.

09:23AM   6        THE COURT:  The objection is sustained.  Do you have

09:24AM   7    any more questions for this witness?

09:24AM   8        MR. NAMMAR:  Yes.

09:24AM   9        Your Honor, can we show the witness 1-905B from the

09:24AM   10   13th list?

09:24AM   11       THE COURT:  Go ahead.

09:24AM   12   BY MR. NAMMAR:

09:24AM   13   Q    Do you recognize this photo?

09:24AM   14   A    Yes.

09:24AM   15   Q    What is this photo of?

09:24AM   16   A    Mike.

09:24AM   17   Q    Did you take this photo?

09:24AM   18   A    Yes.

09:24AM   19   Q    Where did you take this photo?

09:24AM   20   A    In the shop.

09:24AM   21       MR. NAMMAR:  Your Honor, I move to admit 1-905B.

09:24AM   22       THE COURT:  Any objection?

09:24AM   23       MR. KENNEDY:  No objection.

09:24AM   24       THE COURT:  1-905B as in bravo is admitted without

09:25AM   25   objection, and you may publish.

09:25AM   1                (Exhibit 1-905B was received in evidence.)

09:25AM   2    BY MR. NAMMAR:

09:25AM   3    Q    Mr. Smith, the jury can see this.  What are we looking at?

09:25AM   4    A    We are looking at Mike in the office at the Kama'aina

09:25AM   5    shop.

09:25AM   6    Q    And is this the shop -- the same shop where you said you

09:25AM   7    would sometimes be paid?

09:25AM   8    A    Yes.

09:25AM   9    Q    And the same shop where you sometimes would get orders

09:25AM   10   from Mr. Miske about assaults and other crimes?

09:25AM   11   A    Yes.

09:25AM   12        MR. NAMMAR:  Can we show the witness now 1-905 from

09:25AM   13   the original list?

09:25AM   14        THE COURT:  Go ahead.

09:25AM   15   BY MR. NAMMAR:

09:25AM   16   Q    If we could zoom in on the second box.

09:26AM   17        Do you recognize the attachment to this photo that's

09:26AM   18   shown right here?

09:26AM   19   A    Yes.

09:26AM   20   Q    Is this the same photo that we just looked at?

09:26AM   21   A    Yes.

09:26AM   22   Q    And the phone number that's shown here, do you recognize

09:26AM   23   that?

09:26AM   24   A    Yes.

09:26AM   25   Q    Was that your phone number?

| 09:26AM | 1 | A | Yes. |
| 09:26AM | 2 | Q | Would you sometimes send photos via text message to your |
| 09:26AM | 3 | | girlfriend? |
| 09:26AM | 4 | A | Yes. |
| 09:26AM | 5 | Q | And is this one of those examples? |
| 09:26AM | 6 | A | Yes. |
| 09:26AM | 7 | Q | Did you also send her a number of other photos? |
| 09:26AM | 8 | A | Yes. |
| 09:26AM | 9 | Q | If we could zoom out. |
| 09:26AM | 10 | | The third photo down, do you recognize it? |
| 09:26AM | 11 | A | Yes. |
| 09:26AM | 12 | Q | What is that photo of? |
| 09:26AM | 13 | A | It's the cash I just got paid for an assault. |
| 09:27AM | 14 | Q | The assault that you just talked about near the Eagle |
| 09:27AM | 15 | | Cafe? |
| 09:27AM | 16 | A | Yes. |
| 09:27AM | 17 | Q | Of the car dealer that was polishing the car? |
| 09:27AM | 18 | A | Yes. |
| 09:27AM | 19 | Q | And is this the day after the assault? |
| 09:27AM | 20 | A | Yes. |
| 09:27AM | 21 | Q | You are sending this picture to your girlfriend? |
| 09:27AM | 22 | A | Yes. |
| 09:27AM | 23 | Q | To show her why? |
| 09:27AM | 24 | A | I just got paid for doing the assault. |
| 09:27AM | 25 | Q | Can we go to the next page. |

09:27AM   1          Do you recognize the thumbnail that's at the top right

09:27AM   2   here?

09:27AM   3   A    Yes.

09:27AM   4   Q    Is that a picture of you outside Mr. Miske's place of

09:27AM   5   business, your hand?

09:27AM   6   A    Yes.

09:27AM   7   Q    Do you also -- on the pages that follow, do you also send

09:27AM   8   your girlfriend a number of pictures related to robberies that

09:27AM   9   you committed with Frankie, Johnnie, and other members of the

09:28AM  10   conspiracy?

09:28AM  11   A    Yes.

09:28AM  12          MR. NAMMAR:  Your Honor, I move to admit 1-905.

09:28AM  13          THE COURT:  Any objection?

09:28AM  14          MR. KENNEDY:  No objection.

09:28AM  15          THE COURT:  1-905 is admitted then without objection.

09:28AM  16   You may publish.

09:28AM  17          (Exhibit 1-905 was received in evidence.)

09:28AM  18   BY MR. NAMMAR:

09:28AM  19   Q    Thank you.  If we go back to -- if we could zoom in on the

09:28AM  20   second box.  And this is the photo from the shop that you just

09:28AM  21   told us that you took.

09:28AM  22          Do you see that?

09:28AM  23   A    Yes.

09:28AM  24   Q    And does it have a date and time stamp associated with

09:28AM  25   when you sent it to your girlfriend?

| | | | |
|---|---|---|---|
| 09:28AM | 1 | A | Yes. |
| 09:28AM | 2 | Q | What's the date there? |
| 09:28AM | 3 | A | January 20, 2016. |
| 09:28AM | 4 | Q | If we zoom out now and we look at the next photo. |
| 09:29AM | 5 | | What is shown here? |
| 09:29AM | 6 | A | The payment I just got paid for the assault. |
| 09:29AM | 7 | Q | And if we zoom out, what is the time stamp associated with |
| 09:29AM | 8 | | when you sent this photo to your girlfriend? |
| 09:29AM | 9 | A | January 26, 2016. |
| 09:29AM | 10 | | MR. NAMMAR:  And if we -- Your Honor, can we now go to |
| 09:29AM | 11 | | 1-905C from the 13th supp? |
| 09:29AM | 12 | | THE COURT:  Yes, go ahead. |
| 09:29AM | 13 | BY MR. NAMMAR: | |
| 09:29AM | 14 | Q | Thank you.  Do you recognize this photo, Mr. Smith? |
| 09:29AM | 15 | A | Yes. |
| 09:29AM | 16 | Q | It's the same photo, just enlarged that we just looked at? |
| 09:29AM | 17 | A | Yes. |
| 09:29AM | 18 | | MR. NAMMAR:  Your Honor, move to admit 1-905C. |
| 09:29AM | 19 | | THE COURT:  Any objection? |
| 09:29AM | 20 | | MR. KENNEDY:  No objection. |
| 09:29AM | 21 | | THE COURT:  1-905C as in Charlie is admitted.  You may |
| 09:29AM | 22 | | publish. |
| 09:29AM | 23 | | (Exhibit 1-905C was received in evidence.) |
| 09:29AM | 24 | BY MR. NAMMAR: | |
| 09:29AM | 25 | Q | Thank you.  What are we looking at here, Mr. Smith? |

09:30AM   1   A      A payment I just got paid for an assault.

09:30AM   2   Q      And this is in hundreds?

09:30AM   3   A      Hundreds and mixed bills.

09:30AM   4          MR. NAMMAR:  If we can show the witness now 1-905D as

09:30AM   5   in delta from the 13th list.

09:30AM   6          THE COURT:  Go ahead.

09:30AM   7   BY MR. NAMMAR:

09:30AM   8   Q      Do you recognize this photo?

09:30AM   9   A      Yes.

09:30AM   10   Q     What is it of?

09:30AM   11   A     My hand outside the shop.

09:30AM   12   Q     And what is the symbol that you're making with the hand?

09:30AM   13   A     East side.

09:30AM   14   Q     Is that where you're from?

09:30AM   15   A     Yes.

09:30AM   16   Q     And you are putting your fingers in the motion of an E?

09:30AM   17   A     Yes.

09:30AM   18          MR. NAMMAR:  Your Honor, I move to admit 1-905D.

09:30AM   19          THE COURT:  Any objection?

09:30AM   20          MR. KENNEDY:  No objection.

09:30AM   21          THE COURT:  1-905D is admitted.  You may publish.

09:30AM   22          (Exhibit 1-905D was received in evidence.)

09:30AM   23   BY MR. NAMMAR:

09:30AM   24   Q     Thank you.  The jury can see it.

09:31AM   25          What are we looking at here?  This is you outside the

09:31AM   1   shop?

09:31AM   2   A   Yes.

09:31AM   3   Q   And is this your hand that you talked about?

09:31AM   4   A   Yes.

09:31AM   5   Q   You're making an E for East side?

09:31AM   6   A   East side, yes.

09:31AM   7   Q   And if we go back to 1-905 page two and if we could zoom

09:31AM   8   in on that.

09:31AM   9        Is this the same photo shown here?

09:31AM   10   A   Yes.

09:31AM   11   Q   And you're sending it to your girlfriend again?

09:31AM   12   A   Yes.

09:31AM   13   Q   What's the date associated with this?

09:31AM   14   A   February 9, 2016.

09:31AM   15   Q   You can take that down.  Around the -- well, after this

09:32AM   16   assault, but also in 2016, did Mr. Miske task you with other

09:32AM   17   assaults?

09:32AM   18   A   Yes.

09:32AM   19   Q   Was one of the targets a dentist?

09:32AM   20   A   Yes.

09:32AM   21   Q   And where -- well, did you talk to Mr. Miske about that

09:32AM   22   target?

09:32AM   23   A   He asked me periodically if it was done, but usually I

09:32AM   24   would communicate through Johnnie with him.

09:32AM   25   Q   What were the instructions?  What were you supposed to do?

| | | | |
|---|---|---|---|
| 09:32AM | 1 | A | We were supposed to assault him outside of the dental |
| 09:32AM | 2 | | office. |
| 09:32AM | 3 | Q | Where was the dental office located? |
| 09:32AM | 4 | A | It was in Diamond Head. |
| 09:32AM | 5 | Q | Would Miske -- in the Diamond Head area, was it near |
| 09:33AM | 6 | | Monsarrat? |
| 09:33AM | 7 | A | Yes. |
| 09:33AM | 8 | Q | Was it near particular businesses on Monsarrat? |
| 09:33AM | 9 | A | It was next to that restaurant across from the gas |
| 09:33AM | 10 | | station. |
| 09:33AM | 11 | Q | Is that Diamond Head Grill? |
| 09:33AM | 12 | A | Yes. |
| 09:33AM | 13 | Q | Would Mr. Miske ever utilize GPS devices? |
| 09:33AM | 14 | A | Yes. |
| 09:33AM | 15 | Q | What are those? |
| 09:33AM | 16 | A | They were magnetic GPS tracking devices he would grab off |
| 09:33AM | 17 | | of Amazon. |
| 09:33AM | 18 | Q | What do they look like? |
| 09:33AM | 19 | A | They were used to track people. |
| 09:33AM | 20 | Q | What do they look like? |
| 09:33AM | 21 | A | They look like eggs. |
| 09:33AM | 22 | Q | And how would they work, if you know? |
| 09:33AM | 23 | A | There was a strong magnet on the back, and him or someone |
| 09:33AM | 24 | | else would usually stick it underneath the bottom of a car. |
| 09:33AM | 25 | Q | And then how could someone use that device to see a |

09:33AM    1    location of the individual?

09:33AM    2    A    They would be able to use a burner phone and download the

09:33AM    3    app.

09:33AM    4    Q    And look at the location on the phone?

09:33AM    5    A    On the phone.

09:33AM    6    Q    Would you see Mr. Miske doing that?

09:34AM    7    A    Yes.

09:34AM    8    Q    Did you also see Wayne Miller doing that?

09:34AM    9    A    Yes.

09:34AM   10    Q    And for the dentist, did you understand from speaking with

09:34AM   11    Mr. Miske that they were utilizing a tracking device?

09:34AM   12    A    I was not aware.

09:34AM   13    Q    What were the instructions you got on the dentist?

09:34AM   14    A    That we were going to -- they were -- John or somebody

09:34AM   15    else that was with us would get him out of the dental office

09:34AM   16    and I was supposed to assault him.

09:34AM   17    Q    And were they -- did you ever see that appointments were

09:34AM   18    made for the dentist office?

09:34AM   19    A    They would make fake calls or fake appointments to see if

09:34AM   20    the dentist was in.

09:34AM   21    Q    Who would make those fake calls or appointments?

09:34AM   22    A    Johnnie.

09:34AM   23    Q    Would he do that in front of you?

09:34AM   24    A    Yes.

09:34AM   25    Q    And would you guys go wait outside the dentist office?

09:34AM    1    A    Yes.

09:34AM    2    Q    Were you ever told why that this assault needed to be

09:35AM    3    committed?

09:35AM    4    A    No.

09:35AM    5    Q    Did you ever end up assaulting the dentist?

09:35AM    6    A    No.

09:35AM    7              MR. NAMMAR:  Your Honor, if we can publish 1-859.

09:35AM    8              THE COURT:  Go ahead.

09:35AM    9    BY MR. NAMMAR:

09:35AM   10    Q    Do you recognize this device?

09:35AM   11    A    Yes.

09:35AM   12    Q    What is it of?

09:35AM   13    A    It's, like, one of the tracking devices.

09:35AM   14              MR. NAMMAR:  Can we publish 1-860?

09:35AM   15              THE COURT:  Yes.

09:35AM   16    BY MR. NAMMAR:

09:35AM   17    Q    Do you recognize this device?

09:35AM   18    A    Yes.

09:35AM   19    Q    What is it?

09:35AM   20    A    The back of a tracking device.

09:35AM   21    Q    We can take that down.

09:36AM   22              Also in 2016, were you tasked by Mr. Miske to do

09:36AM   23    anything with an individual named Ryan Teramoto?

09:36AM   24    A    Yes.

09:36AM   25    Q    What did Mr. Miske ask you to do?

| | | | |
|---|---|---|---|
| 09:36AM | 1 | A | At first, he wanted us just to assault him; assault him |
| 09:36AM | 2 | | outside of the house.  And then he ended up wanting us to go |
| 09:36AM | 3 | | inside the house and he told me there was money in the house. |
| 09:36AM | 4 | Q | He told you there was money in the house? |
| 09:36AM | 5 | A | Yes. |
| 09:36AM | 6 | Q | And what were you supposed to do inside the house? |
| 09:36AM | 7 | A | Beat up Teramoto and take the money. |
| 09:36AM | 8 | Q | So it started out as an assault but then it progressed to |
| 09:36AM | 9 | | a home invasion robbery? |
| 09:36AM | 10 | A | Yes. |
| 09:36AM | 11 | Q | Were you told why that needed to be done by Mr. Miske? |
| 09:36AM | 12 | A | I was told first it was over a girlfriend, and then it was |
| 09:37AM | 13 | | over money. |
| 09:37AM | 14 | Q | What did you understand about the money? |
| 09:37AM | 15 | A | I just knew that it had something to do with money from |
| 09:37AM | 16 | | one of the other guys with us. |
| 09:37AM | 17 | Q | Who was the other guy? |
| 09:37AM | 18 | A | Miller. |
| 09:37AM | 19 | Q | Would Mr. Miller help you on occasion with this task? |
| 09:37AM | 20 | A | Yes. |
| 09:37AM | 21 | Q | How so? |
| 09:37AM | 22 | A | He came to wait with me outside the house. |
| 09:37AM | 23 | Q | Do you remember an incident at the Olomana golf course? |
| 09:37AM | 24 | A | Yes. |
| 09:37AM | 25 | Q | Can you tell the jury where the Olomana golf course is? |

| | | | |
|---|---|---|---|
| 09:37AM | 1 | A | The Olomana golf course is in the beginning of Waimanalo. |
| 09:37AM | 2 | Q | As you're coming in from Kailua? |
| 09:37AM | 3 | A | Yes. |
| 09:37AM | 4 | Q | And what happened there? |
| 09:37AM | 5 | A | I was supposed to take the GPS off the back of Ryan's |
| 09:37AM | 6 | | vehicle and assault him in the restaurant over there. |
| 09:38AM | 7 | Q | Okay.  And this is the restaurant at the golf course? |
| 09:38AM | 8 | A | Yes. |
| 09:38AM | 9 | Q | When you say take the GPS off, how were you going to do |
| 09:38AM | 10 | | that? |
| 09:38AM | 11 | A | At the time, I wasn't sure; I didn't know how it worked. |
| 09:38AM | 12 | | But they just told me to go to the back of the car and there |
| 09:38AM | 13 | | was a magnet underneath the car, to take it off before we did |
| 09:38AM | 14 | | the assault. |
| 09:38AM | 15 | Q | Why would you want to take it off before the assault? |
| 09:38AM | 16 | A | They didn't want to get caught with it on his car. |
| 09:38AM | 17 | Q | And were you able to take it off on that day? |
| 09:38AM | 18 | A | No. |
| 09:38AM | 19 | Q | Why not? |
| 09:38AM | 20 | A | Because I didn't know how it worked yet. |
| 09:38AM | 21 | Q | Were you told -- also told to assault Mr. Teramoto? |
| 09:38AM | 22 | A | Yes. |
| 09:38AM | 23 | Q | Who told you that? |
| 09:38AM | 24 | A | Mike. |
| 09:38AM | 25 | Q | And then at the Olomana golf course, how were you going to |

| | | |
|---|---|---|
| 09:38AM | 1 | assault Mr. Teramoto? |
| 09:38AM | 2 | A    I was just supposed to catch him inside the restaurant. |
| 09:38AM | 3 | Q    Were you concerned of doing that? |
| 09:39AM | 4 | A    Yes. |
| 09:39AM | 5 | Q    Why? |
| 09:39AM | 6 | A    Because I haven't really done it that much yet, and it was |
| 09:39AM | 7 | in front of a bunch of people. |
| 09:39AM | 8 | Q    But you didn't go through with it? |
| 09:39AM | 9 | A    No. |
| 09:39AM | 10 | Q    You talked about Mr. Teramoto's house, that you waited |
| 09:39AM | 11 | outside his house? |
| 09:39AM | 12 | A    Yes. |
| 09:39AM | 13 | Q    Where was that house located? |
| 09:39AM | 14 | A    It was off of the main street, Oneawa in Kailua next to a |
| 09:39AM | 15 | park. |
| 09:39AM | 16 | Q    What was the purpose of waiting outside his house? |
| 09:39AM | 17 | A    We were supposed to catch him when he was coming home and |
| 09:39AM | 18 | assault him when he got out of the car. |
| 09:39AM | 19 | Q    And were you waiting there on one particular day when he |
| 09:39AM | 20 | did come home? |
| 09:39AM | 21 | A    Yes. |
| 09:39AM | 22 | Q    Who were you with? |
| 09:39AM | 23 | A    Miller. |
| 09:39AM | 24 | Q    What happened when you saw Mr. Teramoto? |
| 09:39AM | 25 | A    He ran into the house. |

| | | | |
|---|---|---|---|
| 09:39AM | 1 | Q | Did he see you? |
| 09:39AM | 2 | A | Yes. |
| 09:39AM | 3 | Q | Were you outside of the car? |
| 09:39AM | 4 | A | Yes. |
| 09:39AM | 5 | Q | Did you go after him? |
| 09:39AM | 6 | A | As soon as he seen us get out, he kind of took off and |
| 09:40AM | 7 | | jumped into the house. |
| 09:40AM | 8 | Q | And you didn't follow him? |
| 09:40AM | 9 | A | No. |
| 09:40AM | 10 | Q | What kind of vehicle were you driving? |
| 09:40AM | 11 | A | We were in a Caravan. |
| 09:40AM | 12 | Q | Do you remember the color? |
| 09:40AM | 13 | A | It was a light color, white or gold. |
| 09:40AM | 14 | Q | Do you recall later on in 2018 an incident where you ran |
| 09:40AM | 15 | | into one of Mr. Teramoto's vehicle? |
| 09:40AM | 16 | A | Yes. |
| 09:40AM | 17 | Q | What kind of vehicle was that? |
| 09:40AM | 18 | A | It was his pest control truck. |
| 09:40AM | 19 | Q | Where did you see the pest control truck? |
| 09:40AM | 20 | A | Outside Jiffy Lube in Kaneohe Windward Mall. |
| 09:40AM | 21 | Q | When you saw the Jiffy Lube truck, did you reach out to |
| 09:40AM | 22 | | Mr. Miske? |
| 09:40AM | 23 | A | Yes. |
| 09:40AM | 24 | Q | How did you do that in 2018? |
| 09:40AM | 25 | A | Through WhatsApp. |

09:40AM    1    Q    And what was Mr. Miske's response?

09:40AM    2    A    To sit there, be disciplined, and wait for him to come out

09:40AM    3    so we could get him.

09:40AM    4    Q    So you could assault him?

09:40AM    5    A    Yes.

09:41AM    6    Q    Did he come out?

09:41AM    7    A    No.

09:41AM    8    Q    What happened?

09:41AM    9    A    The truck ended up staying there until Jiffy Lube was

09:41AM   10    closed.

09:41AM   11    Q    Who were you with on that day?

09:41AM   12    A    Quinton Decambra.

09:41AM   13    Q    Who was that?

09:41AM   14    A    That was a friend of mine.

09:41AM   15         MR. NAMMAR:  Your Honor, could we publish 1-655 from

09:41AM   16    the original list?

09:41AM   17         THE COURT:  Go ahead.

09:41AM   18    BY MR. NAMMAR:

09:41AM   19    Q    Do you recognize who is shown here?

09:41AM   20    A    Yes.

09:41AM   21    Q    Who is this?

09:41AM   22    A    Ryan Teramoto.

09:41AM   23    Q    This is the person that Miske tasked you to do a home

09:41AM   24    invasion and also an assault?

09:41AM   25    A    Yes.

| | | | |
|---|---|---|---|
| 09:41AM | 1 | Q | And did you think doing those things would help your |
| 09:41AM | 2 | | standing with Mr. Miske? |
| 09:41AM | 3 | A | Yes. |
| 09:41AM | 4 | Q | And was it important to you to stay in good standing with |
| 09:42AM | 5 | | him? |
| 09:42AM | 6 | A | Yes. |
| 09:42AM | 7 | Q | Did you also commit some assaults at Mr. Miske's |
| 09:42AM | 8 | | nightclub? |
| 09:42AM | 9 | A | Yes. |
| 09:42AM | 10 | Q | What nightclub was that? |
| 09:42AM | 11 | A | The M Nightclub. |
| 09:42AM | 12 | Q | Where was it located? |
| 09:42AM | 13 | A | Right across the courthouse at Restaurant Row. |
| 09:42AM | 14 | Q | And did you have a perk at that nightclub as a result of |
| 09:42AM | 15 | | committing crimes for Mr. Miske? |
| 09:42AM | 16 | A | Yes. |
| 09:42AM | 17 | Q | What was that perk? |
| 09:42AM | 18 | A | We could drink for free and bring in whoever we wanted. |
| 09:42AM | 19 | Q | What do you mean by bring in whoever you wanted? |
| 09:42AM | 20 | A | Whoever came with us usually got in for free too. |
| 09:42AM | 21 | Q | Would you go there a lot? |
| 09:42AM | 22 | A | Yes. |
| 09:42AM | 23 | Q | Who would you usually go there with? |
| 09:42AM | 24 | A | Me, Lance, Keali'i, Keoni Adric, a bunch of us. |
| 09:43AM | 25 | Q | Did Mr. Miske give you any instructions about assaults at |

```
09:43AM    1    the nightclub?
09:43AM    2    A    That if something went down over there, that I need to be
09:43AM    3    involved.  Jason was having trouble with somebody over there
09:43AM    4    too.  Make sure I was there.
09:43AM    5    Q    Who was Jason?
09:43AM    6    A    That was the manager of the club at the time.
09:43AM    7    Q    So Mr. Miske essentially told you that you needed to be on
09:43AM    8    call for Jason?
09:43AM    9    A    He let me know that if they were having problems with
09:43AM   10    somebody over there, to make sure I was ready.
09:43AM   11    Q    Okay.  Did he tell you anything about Jason as far as
09:43AM   12    whether you should listen to him?
09:43AM   13    A    That Jason was basically the same as him if he wasn't
09:43AM   14    there.
09:43AM   15    Q    So Jason was like the boss?
09:43AM   16    A    Yes.
09:43AM   17    Q    And did you do some assaults at Jason's direction?
09:43AM   18    A    Yes.
09:43AM   19    Q    Did you do multiple?
09:43AM   20    A    Yes.
09:43AM   21    Q    Was one of them outside the club?
09:43AM   22    A    Yes.
09:43AM   23    Q    Tell us about that.
09:44AM   24    A    They were throwing somebody out of the club who was
09:44AM   25    getting kind of loud.  Looked like they were having a hard time
```

| | | | |
|---|---|---|---|
| 09:44AM | 1 | | with him.  Jason kind of nodded for us to come over.  I came |
| 09:44AM | 2 | | over there, me and Lance, and I kicked him in the face. |
| 09:44AM | 3 | Q | So Jason -- did you understand his nod to be a signal? |
| 09:44AM | 4 | A | Yes. |
| 09:44AM | 5 | Q | What happened when you kicked the person in the face? |
| 09:44AM | 6 | A | He back off and started leaving, I think. |
| 09:44AM | 7 | Q | Did Lance do anything? |
| 09:44AM | 8 | A | Lance hit him from the side too. |
| 09:44AM | 9 | Q | Did you say you kicked the person in the face? |
| 09:44AM | 10 | A | Yes. |
| 09:44AM | 11 | Q | Is that something you were known to do? |
| 09:44AM | 12 | A | Yes. |
| 09:44AM | 13 | Q | Was there a second assault that you did at the nightclub? |
| 09:44AM | 14 | A | Yes. |
| 09:44AM | 15 | Q | Did Jason also give an order for that? |
| 09:44AM | 16 | A | Yes. |
| 09:44AM | 17 | Q | What was that second assault? |
| 09:45AM | 18 | A | He told me that the guy was in the bathroom and to get him |
| 09:45AM | 19 | | in the bathroom. |
| 09:45AM | 20 | Q | Did Jason say why? |
| 09:45AM | 21 | A | No. |
| 09:45AM | 22 | Q | Did you follow or did you go into the bathroom? |
| 09:45AM | 23 | A | Yes. |
| 09:45AM | 24 | Q | And what was the individual doing? |
| 09:45AM | 25 | A | He was using the urinal. |

09:45AM  1   Q   And what did you do?

09:45AM  2   A   I hit him from behind.

09:45AM  3   Q   How did you hit him?

09:45AM  4   A   With my hands.

09:45AM  5   Q   What happened with the individual?

09:45AM  6   A   He ended up on the ground.

09:45AM  7   Q   Was he knocked out?

09:45AM  8   A   Yes.

09:45AM  9   Q   Did he get up?

09:45AM  10  A   Yes.

09:45AM  11  Q   What happened when he got up?

09:45AM  12  A   I was out of the bathroom.  I left.

09:45AM  13          MR. NAMMAR:  Your Honor, could we publish 1-39?

09:45AM  14          THE COURT:  Go ahead.

09:45AM  15  BY MR. NAMMAR:

09:45AM  16  Q   Do you recognize what is shown here?

09:45AM  17  A   Yes.

09:45AM  18  Q   What is shown here?

09:45AM  19  A   Jason.

09:45AM  20  Q   This is the person that gave you the orders at the

09:45AM  21  nightclub?

09:45AM  22  A   Yes.

09:46AM  23  Q   Did you notice that there were other people that did the

09:46AM  24  same thing as you as far as assaults at the nightclub?

09:46AM  25  A   All I knew, there was people there on standby.

| | | | |
|---|---|---|---|
| 09:46AM | 1 | Q | Who were some of the other people that you saw on standby? |
| 09:46AM | 2 | A | Mike B, pretty much any of the boys that could come in for |
| 09:46AM | 3 | | free were expected to be there on standby. |
| 09:46AM | 4 | Q | Who is Mike B? |
| 09:46AM | 5 | A | One of Mike's friends. |
| 09:46AM | 6 | Q | Would you often see him at the club? |
| 09:46AM | 7 | A | I would see him every now and then over there. |
| 09:46AM | 8 | Q | Did you see him assault people at the club? |
| 09:46AM | 9 | A | I haven't. |
| 09:46AM | 10 | Q | You haven't? |
| 09:46AM | 11 | A | I haven't. |
| 09:46AM | 12 | | MR. NAMMAR:  Your Honor, could we publish 1-44? |
| 09:46AM | 13 | | THE COURT:  Yes. |
| 09:46AM | 14 | | BY MR. NAMMAR: |
| 09:46AM | 15 | Q | Do you recognize who is shown here? |
| 09:46AM | 16 | A | Yes. |
| 09:46AM | 17 | Q | Who is shown there? |
| 09:46AM | 18 | A | Mike B. |
| 09:46AM | 19 | Q | We can take that down.  Did you also get instructions from |
| 09:47AM | 20 | | Mr. Stancil about an assault at the nightclub? |
| 09:47AM | 21 | A | Did I get -- |
| 09:47AM | 22 | Q | Let me rephrase the question. |
| 09:47AM | 23 | | Did Mr. Stancil give you instructions with respect to |
| 09:47AM | 24 | | a DJ? |
| 09:47AM | 25 | A | Yes. |

| 09:47AM | 1 | Q | And what did Mr. Stancil say? |
| 09:47AM | 2 | A | He just told me that there was a DJ that was supposed to |
| 09:47AM | 3 | | be working over there and he was working somewhere else. |
| 09:47AM | 4 | Q | And what were you supposed to do to the DJ? |
| 09:47AM | 5 | A | We were supposed to assault him if we seen him. |
| 09:47AM | 6 | Q | Who did Mr. Stancil tell you those instructions came from? |
| 09:47AM | 7 | A | Mike. |
| 09:47AM | 8 | Q | Did you know why you were supposed to assault the DJ? |
| 09:47AM | 9 | A | I'm not sure.  I just knew he was supposed to be at the M |
| 09:47AM | 10 | | and he was somewhere else. |
| 09:47AM | 11 | Q | Who was the DJ? |
| 09:47AM | 12 | A | Micah Banks. |
| 09:47AM | 13 | Q | And did you end up assaulting Micah Banks? |
| 09:47AM | 14 | A | No. |
| 09:48AM | 15 | Q | Why not? |
| 09:48AM | 16 | A | Because I never seen him. |
| 09:48AM | 17 | Q | Were you ever present in Mr. Miske's office when you saw |
| 09:48AM | 18 | | Jason make cash deliveries? |
| 09:48AM | 19 | A | I seen him drop off, like, bank envelopes. |
| 09:48AM | 20 | Q | You didn't know what was in the bank envelopes? |
| 09:48AM | 21 | A | No. |
| 09:48AM | 22 | Q | How often did you see that? |
| 09:48AM | 23 | A | I wouldn't see it often.  I have seen it a few times. |
| 09:48AM | 24 | Q | I want to switch gears now and ask you about an individual |
| 09:48AM | 25 | | name Nico Carrigan. |

| | | | |
|---|---|---|---|
| 09:48AM | 1 | | Do you know who that is? |
| 09:48AM | 2 | A | Yes. |
| 09:48AM | 3 | Q | Who is that person? |
| 09:48AM | 4 | A | That was somebody that was -- we were receiving drugs |
| 09:48AM | 5 | | from.  I was. |
| 09:48AM | 6 | Q | And in 2016 before you were receiving drugs from him, did |
| 09:48AM | 7 | | you participate in a robbery? |
| 09:48AM | 8 | A | Yes. |
| 09:48AM | 9 | Q | Who else participated in that robbery? |
| 09:49AM | 10 | A | Me, Lance, Johnnie, Norman, Harry, and Kurty. |
| 09:49AM | 11 | Q | Why were you guys targeting Nico? |
| 09:49AM | 12 | A | Because we heard he was a big time dope dealer on the |
| 09:49AM | 13 | | mainland. |
| 09:49AM | 14 | Q | And what was the plan? |
| 09:49AM | 15 | A | Our plan was just to rob him, but somebody ended up |
| 09:49AM | 16 | | pulling him over.  We jumped out and we took his dope. |
| 09:49AM | 17 | Q | Who ended up pulling him over? |
| 09:49AM | 18 | A | Norman. |
| 09:49AM | 19 | Q | What's Norman's last name, if you know? |
| 09:49AM | 20 | A | Akau. |
| 09:49AM | 21 | Q | And how did Norman Akau do that? |
| 09:49AM | 22 | A | He had cop lights and a 4Runner. |
| 09:49AM | 23 | Q | He had a 4Runner? |
| 09:49AM | 24 | A | Yes. |
| 09:49AM | 25 | Q | Did the 4Runner look anything like a cop car? |

| | | | |
|---|---|---|---|
| 09:49AM | 1 | A | Yes. |
| 09:49AM | 2 | Q | And he had cop lights in it? |
| 09:49AM | 3 | A | Yes. |
| 09:49AM | 4 | Q | What did Norman do? |
| 09:50AM | 5 | A | He jumped out with a badge hanging around his neck and |
| 09:50AM | 6 | | impersonated a cop.  And we ended up taking his stuff. |
| 09:50AM | 7 | Q | What do you see when you arrived -- well, where was it, |
| 09:50AM | 8 | | first of all? |
| 09:50AM | 9 | A | It was across the Lanakila Health Center outside of 21 |
| 09:50AM | 10 | | Mart. |
| 09:50AM | 11 | Q | What did you see when you first arrived to the scene? |
| 09:50AM | 12 | A | I seen the car Nico was in pulled over.  We seen the car |
| 09:50AM | 13 | | Nico was in kind of like pulling off and I seen Norman pull him |
| 09:50AM | 14 | | over. |
| 09:50AM | 15 | Q | Okay.  And where do you see Nico? |
| 09:50AM | 16 | A | He is coming out of the car.  He is on the sidewalk. |
| 09:50AM | 17 | Q | And who are you in the car with? |
| 09:50AM | 18 | A | Me, Lance, and Johnnie. |
| 09:50AM | 19 | Q | What are you guys wearing? |
| 09:50AM | 20 | A | Masks. |
| 09:50AM | 21 | Q | Are you armed? |
| 09:50AM | 22 | A | Yes. |
| 09:50AM | 23 | Q | Are all three of you armed? |
| 09:51AM | 24 | A | Yes. |
| 09:51AM | 25 | Q | And what do you guys do? |

| | | | |
|---|---|---|---|
| 09:51AM | 1 | A | We jump out, we gunpoint the girl that was driving and |
| 09:51AM | 2 | | Nico, and we take the dope. |
| 09:51AM | 3 | Q | When you say you gunpoint the girl that was driving, who |
| 09:51AM | 4 | | was that? |
| 09:51AM | 5 | A | That was Ashlin. |
| 09:51AM | 6 | Q | Did you know her at the time? |
| 09:51AM | 7 | A | Not at that time, but she was helping us do the robbery. |
| 09:51AM | 8 | Q | Did you later get to know her well? |
| 09:51AM | 9 | A | Yes. |
| 09:51AM | 10 | Q | How was she was helping you guys to do the robbery? |
| 09:51AM | 11 | A | She helped set it up for us that day. |
| 09:51AM | 12 | Q | Why did you guys gunpoint her if she was helping? |
| 09:51AM | 13 | A | Because we didn't want him to know that she was in on it. |
| 09:51AM | 14 | Q | Are your guns drawn when you do that? |
| 09:51AM | 15 | A | They are out, yeah. |
| 09:51AM | 16 | Q | All three of you; Johnnie, Lance, and you? |
| 09:51AM | 17 | A | Yes. |
| 09:51AM | 18 | Q | What was obtained from the robbery? |
| 09:52AM | 19 | A | About five pounds of ice. |
| 09:52AM | 20 | Q | Where do you all meet up after the robbery? |
| 09:52AM | 21 | A | At the Waimanalo Park. |
| 09:52AM | 22 | Q | What happens at the Waimanalo Park? |
| 09:52AM | 23 | A | We break up the dope. |
| 09:52AM | 24 | Q | What do you mean by breakdown the dope? |
| 09:52AM | 25 | A | We break it up.  Everybody takes a share. |

| | | | |
|---|---|---|---|
| 09:52AM | 1 | Q | What did you do with your share? |
| 09:52AM | 2 | A | I gave it to one of my friends, Timmy, to have him sell |
| 09:52AM | 3 | | it. |
| 09:52AM | 4 | Q | What was Timmy's last name? |
| 09:52AM | 5 | A | Taboada. |
| 09:52AM | 6 | Q | Is that a regular practice you would have? |
| 09:52AM | 7 | A | Yes. |
| 09:52AM | 8 | Q | Why? |
| 09:52AM | 9 | A | Because you're allowed a clientele for ice. |
| 09:52AM | 10 | Q | So he would sell it for you? |
| 09:52AM | 11 | A | Yes. |
| 09:52AM | 12 | Q | What was the going rate at the time? |
| 09:52AM | 13 | A | I think that year it was 12,000. |
| 09:52AM | 14 | Q | For what? |
| 09:52AM | 15 | A | A pound. |
| 09:52AM | 16 | Q | So for the robberies that you commit, you would regularly |
| 09:52AM | 17 | | give the drugs to Tim to sell? |
| 09:52AM | 18 | A | Yes. |
| 09:52AM | 19 | Q | Would the drugs that Johnnie got, do you know if he gave |
| 09:53AM | 20 | | any to Tim? |
| 09:53AM | 21 | A | The one that Johnnie got we gave to Timmy, too, to sell |
| 09:53AM | 22 | | for us. |
| 09:53AM | 23 | Q | When you were at the Waimanalo Park, do you recall seeing |
| 09:53AM | 24 | | Norman with a firearm? |
| 09:53AM | 25 | A | Yes. |

09:53AM   1   Q   Can you describe it?

09:53AM   2   A   He pulled out a 22 with a silencer on it.

09:53AM   3   Q   Did he do anything with that firearm at the park?

09:53AM   4   A   He shot into the ground.

09:53AM   5   Q   Do you know why he did that?

09:53AM   6   A   He was trying to show us that the silencer worked.

09:53AM   7           MR. NAMMAR:  Your Honor, could we publish 8-1 at this

09:53AM   8   time from the original?

09:54AM   9           THE COURT:  Go ahead.

09:54AM  10   BY MR. NAMMAR:

09:54AM  11   Q   Thank you.  Do you recognize 8-1?

09:54AM  12   A   Yes.

09:54AM  13   Q   What is it of?

09:54AM  14   A   The area where we robbed Nico at.

09:54AM  15   Q   Where did the robbery occur?

09:54AM  16   A   Right there outside the 21 Mart.

09:54AM  17   Q   Can you put an X where you recall it occurring?  So you

09:54AM  18   are putting an X by the 21 Mart?

09:54AM  19   A   Yes.

09:54AM  20           MR. NAMMAR:  Your Honor, may we show the witness only

09:54AM  21   8-3 from the original list?

09:54AM  22           THE COURT:  Go ahead.

09:54AM  23   BY MR. NAMMAR:

09:54AM  24   Q   Thank you.  Do you recognize this map?

09:54AM  25   A   Yes.

09:54AM    1    Q    Is this an accurate map of the Waimanalo District Park?

09:54AM    2    A    Yes.

09:54AM    3         MR. NAMMAR:  Your Honor, move to admit 8-3.

09:54AM    4         THE COURT:  Any objection?

09:54AM    5         MR. KENNEDY:  No objection.

09:54AM    6         THE COURT:  8-3 is admitted without objection.  You

09:54AM    7    may publish.

09:54AM    8         (Exhibit 8-3 was received in evidence.)

09:54AM    9    BY MR. NAMMAR:

09:54AM   10    Q    Mr. Smith, what are we looking at here?

09:55AM   11    A    This is a map of the park where we met up.

09:55AM   12    Q    Can you tell us -- can you circle the park where you met

09:55AM   13    up on this map.

09:55AM   14         Is this near Mr. Stancil's house?

09:55AM   15    A    Yes.

09:55AM   16    Q    Do you see Mr. Stancil's house on this map?

09:55AM   17    A    Yeah.

09:55AM   18    Q    What area of Waimanalo does he live in?

09:55AM   19    A    He lives on Humuniki or Hale Aupuni, right off this main

09:55AM   20    road.

09:55AM   21    Q    Right off the highway?

09:55AM   22    A    Yes.

09:56AM   23         MR. NAMMAR:  Your Honor, can we publish 8-5?

09:56AM   24         THE COURT:  Yes.

09:56AM   25    BY MR. NAMMAR:

09:56AM   1   Q   Do you recognize what's shown in 8-5?

09:56AM   2   A   Yes.

09:56AM   3   Q   What is shown here?

09:56AM   4   A   That's the park we met at the day after the robbery.

09:56AM   5        MR. NAMMAR:  May we publish 8-7?

09:56AM   6        THE COURT:  Yes.

09:56AM   7   BY MR. NAMMAR:

09:56AM   8   Q   What is shown here, Mr. Smith?

09:56AM   9   A   That's where we robbed Nico Carrigan.

09:56AM  10   Q   And where did it take place in this photo?

09:56AM  11   A   Right outside that front part of the street, across the

09:56AM  12   Lanakila Health Center.

09:56AM  13   Q   You want to put an X where it took place?

09:56AM  14        How was Mr. Akau's car positioned?

09:56AM  15   A   His car was right behind Nico's car, the car Nico was in.

09:56AM  16   Q   Where was Nico when the robbery occurred?

09:56AM  17   A   He was in the car with Ashlin.

09:56AM  18   Q   Was he taken out?

09:57AM  19   A   Yes.

09:57AM  20   Q   Where was he positioned?

09:57AM  21   A   He was seated on the side of the curb.

09:57AM  22   Q   On the sidewalk?

09:57AM  23   A   Yes.

09:57AM  24        MR. NAMMAR:  Can we publish 1-33, Your Honor?

09:57AM  25        THE COURT:  Yes.

09:57AM    1    BY MR. NAMMAR:

09:57AM    2    Q    Do you recognize this person, Mr. Smith?

09:57AM    3    A    Yes.

09:57AM    4    Q    What is shown here?

09:57AM    5    A    Norman.

09:57AM    6    Q    This is the person that pulled over Nico?

09:57AM    7    A    Yes.

09:57AM    8    Q    That you said had the car that looked like a cop car?

09:57AM    9    A    Yes.

09:57AM   10    Q    And a badge?

09:57AM   11    A    Yes.

09:57AM   12         MR. NAMMAR:  May we publish 1-34?

09:57AM   13         THE COURT:  Yes.

09:57AM   14    BY MR. NAMMAR:

09:57AM   15    Q    Who is shown here?

09:57AM   16    A    Lance.

09:57AM   17    Q    This is another person that was involved in the robbery?

09:57AM   18    A    Yes.

09:57AM   19         MR. NAMMAR:  Can we show the witness only 1-47.

09:57AM   20         THE COURT:  You may.

09:57AM   21    BY MR. NAMMAR:

09:57AM   22    Q    Do you recognize this person?

09:57AM   23    A    Yes.

09:57AM   24    Q    Who is this?

09:57AM   25    A    That was Ashlin.

| | | |
|---|---|---|
| 09:58AM | 1 | MR. NAMMAR:  Move to admit 1-47. |
| 09:58AM | 2 | THE COURT:  I think it's been admitted. |
| 09:58AM | 3 | MR. NAMMAR:  My apologies.  May we publish? |
| 09:58AM | 4 | THE COURT:  You may. |
| 09:58AM | 5 | BY MR. NAMMAR: |
| 09:58AM | 6 | Q    Who is shown here? |
| 09:58AM | 7 | A    Ashlin. |
| 09:58AM | 8 | Q    This is the person that gave you guys the information? |
| 09:58AM | 9 | A    Yes. |
| 09:58AM | 10 | MR. NAMMAR:  Can we show the witness only 1-55? |
| 09:58AM | 11 | THE COURT:  Yes. |
| 09:58AM | 12 | BY MR. NAMMAR: |
| 09:58AM | 13 | Q    Do you recognize this person? |
| 09:58AM | 14 | A    Yes. |
| 09:58AM | 15 | Q    Who is it? |
| 09:58AM | 16 | A    Timmy. |
| 09:58AM | 17 | Q    This is the person that you gave the dope to after the |
| 09:58AM | 18 | robbery to sell? |
| 09:58AM | 19 | A    Yes. |
| 09:58AM | 20 | Q    And that you would frequently give other methamphetamine |
| 09:58AM | 21 | to after robberies to sell? |
| 09:58AM | 22 | A    Yes. |
| 09:58AM | 23 | Q    And this is also the same person that Mr. Stancil gave his |
| 09:58AM | 24 | share of methamphetamine to sell? |
| 09:58AM | 25 | A    Yes. |

| | | |
|---|---|---|
| 09:58AM | 1 | MR. NAMMAR:  Your Honor, I move to admit 1-55. |
| 09:58AM | 2 | THE COURT:  Any objection. |
| 09:58AM | 3 | MR. KENNEDY:  No objection. |
| 09:58AM | 4 | THE COURT:  1-55 is admitted.  You may publish. |
| 09:58AM | 5 | (Exhibit 1-55 was received in evidence.) |
| 09:58AM | 6 | BY MR. NAMMAR: |
| 09:58AM | 7 | Q    The jury can see.  Can you tell them again who we're |
| 09:59AM | 8 | looking at here? |
| 09:59AM | 9 | A    That's Timmy, my friend that I used to give the dope to. |
| 09:59AM | 10 | MR. NAMMAR:  Could we publish 1-58? |
| 09:59AM | 11 | THE COURT:  Yes. |
| 09:59AM | 12 | BY MR. NAMMAR: |
| 09:59AM | 13 | Q    Who is this? |
| 09:59AM | 14 | A    That's Johnnie. |
| 09:59AM | 15 | Q    This person was involved in gun-pointing Ash with you? |
| 09:59AM | 16 | A    Yes. |
| 09:59AM | 17 | Q    And had a mask on? |
| 09:59AM | 18 | A    Yes. |
| 09:59AM | 19 | MR. NAMMAR:  May we publish 1-61? |
| 09:59AM | 20 | THE COURT:  Go ahead. |
| 09:59AM | 21 | BY MR. NAMMAR: |
| 09:59AM | 22 | Q    Do you recognize this person? |
| 09:59AM | 23 | A    Yes. |
| 09:59AM | 24 | Q    Who is this? |
| 09:59AM | 25 | A    That's Harry. |

09:59AM   1   Q   Was he involved?

09:59AM   2   A   Yes.

09:59AM   3   Q   What was he doing?

09:59AM   4   A   He called us to get over there to rob Nico.  He told us

09:59AM   5   that there was somebody in there that was going to set him up.

09:59AM   6   Q   Did he get a share of the methamphetamine?

09:59AM   7   A   Yes.

09:59AM   8   Q   We can take that down.  When you were doing the activity

09:59AM   9   with Mr. Stancil in 2016, was he frequently armed?

10:00AM   10   A   Yes.

10:00AM   11   Q   Did he have multiple firearms to your knowledge?

10:00AM   12   A   Yes.

10:00AM   13   Q   What kind of firearms?

10:00AM   14   A   Small ones, rifles, pistols.

10:00AM   15   Q   Would you see those in his presence?

10:00AM   16   A   Yes.

10:00AM   17       MR. NAMMAR:  Your Honor, could we show the witness

10:00AM   18   only 1-530?  It's a video, no sound.

10:00AM   19       THE COURT:  Go ahead.

10:00AM   20       (Video was played.)

10:00AM   21   BY MR. NAMMAR:

10:00AM   22   Q   Sorry.  I guess there is sound.  Could we take it off the

10:00AM   23   screen?  Just for the witness, sorry.  Can we play it again

10:01AM   24   just for the witness.

10:01AM   25       (Video was played.)

10:01AM    1    BY MR. NAMMAR:

10:01AM    2    Q    Mr. Smith, do you recognize the individual with the

10:01AM    3    firearm in this photo?

10:01AM    4    A    Yes.

10:01AM    5    Q    Who is it?

10:01AM    6    A    Johnnie.

10:01AM    7    Q    Do you recognize the firearm?

10:01AM    8    A    Yes.

10:01AM    9    Q    What kind of firearm is that?

10:01AM   10    A    It was a 22 Smith and Wesson.

10:01AM   11    Q    Is that a firearm you saw him with in or around 2016?

10:01AM   12    A    Yes.

10:01AM   13         MR. NAMMAR:  Your Honor, I'd move to admit 1-530.

10:01AM   14         THE COURT:  Any objection?

10:01AM   15         MR. KENNEDY:  No objection.

10:01AM   16         THE COURT:  Without objection, that video is admitted

10:01AM   17    and you may play it if you wish.

10:01AM   18         (Exhibit 1-530 was received in evidence.)

10:02AM   19         MR. NAMMAR:  Thank you.  We can play it now for the

10:02AM   20    jury.  I don't think we need the audio.

10:02AM   21         (Video was played.)

10:02AM   22    BY MR. NAMMAR:

10:02AM   23    Q    Mr. Smith, what type of firearm was that in the video?

10:02AM   24    A    It was a 22 Smith and Wesson.

10:02AM   25    Q    And did you see him pointing that firearm at someone in

| | | |
|---|---|---|
| 10:02AM | 1 | the video? |
| 10:02AM | 2 | A    Yes. |
| 10:02AM | 3 | Q    Who was he pointing it at? |
| 10:02AM | 4 | A    Isaiah. |
| 10:02AM | 5 | Q    Who was Isaiah? |
| 10:02AM | 6 | A    He was one of our friends from Waimanalo. |
| 10:02AM | 7 | Q    Would you frequently hang out with Isaiah at the |
| 10:03AM | 8 | nightclub? |
| 10:03AM | 9 | A    He would come out with us sometimes. |
| 10:03AM | 10 | Q    Did you recognize the female that Mr. Stancil was with? |
| 10:03AM | 11 | A    No. |
| 10:03AM | 12 | Q    Okay.  We can take that down.  Also in 2016, did you |
| 10:03AM | 13 | participate in a robbery of a Palani Mitchell? |
| 10:03AM | 14 | A    Yes. |
| 10:03AM | 15 | Q    Who was that? |
| 10:03AM | 16 | A    He was another drug dealer. |
| 10:03AM | 17 | Q    Why did you guys target Mr. Mitchell? |
| 10:03AM | 18 | A    Because we heard that he had a lot of drugs. |
| 10:03AM | 19 | Q    Who was your intelligence for that robbery? |
| 10:03AM | 20 | A    Keali'i Young and the mom. |
| 10:03AM | 21 | Q    And you said the mom? |
| 10:03AM | 22 | A    Yes. |
| 10:03AM | 23 | Q    Was the mom involved in drug trafficking? |
| 10:03AM | 24 | A    I don't know if she was involved in drug trafficking, but |
| 10:03AM | 25 | she helped us set it up that day. |

| | | | |
|---|---|---|---|
| 10:04AM | 1 | Q | How did she help you set it up? |
| 10:04AM | 2 | A | They called to meet Palani Mitchell at the Lanakila Health |
| 10:04AM | 3 | | Center. |
| 10:04AM | 4 | Q | Was this in the same area where we just looked at? |
| 10:04AM | 5 | A | It was right across the 21 Mart. |
| 10:04AM | 6 | Q | And what was the plan? |
| 10:04AM | 7 | A | Me, Lance, and Keali'i were going to come in there.  We |
| 10:04AM | 8 | | were going to light them up and take the drugs. |
| 10:04AM | 9 | Q | What do you mean by "light them up"? |
| 10:04AM | 10 | A | Lance had cop lights in the Challenger we were in. |
| 10:04AM | 11 | Q | He had a Challenger? |
| 10:04AM | 12 | A | Yes. |
| 10:04AM | 13 | Q | And did that resemble a cop car? |
| 10:04AM | 14 | A | Yes. |
| 10:04AM | 15 | Q | How so? |
| 10:04AM | 16 | A | It looked like the charger that the cops drive around. |
| 10:04AM | 17 | Q | He had lights; what did you mean by that? |
| 10:04AM | 18 | A | They were police lights in the car. |
| 10:04AM | 19 | Q | Did Ashlin Akau help out in any way during this robbery? |
| 10:04AM | 20 | A | She was just making sure there was no cops coming down or |
| 10:04AM | 21 | | letting us know when Palani was coming in. |
| 10:04AM | 22 | Q | She was like a lookout? |
| 10:05AM | 23 | A | Yes. |
| 10:05AM | 24 | Q | Did you in fact use the Challenger? |
| 10:05AM | 25 | A | Yes. |

10:05AM    1    Q    Did you use the cop lights on the Challenger?

10:05AM    2    A    Yes.

10:05AM    3    Q    What happened?

10:05AM    4    A    We drove in, Hammah -- or Lance lit them up with the cop

10:05AM    5    lights.  We jumped out with our guns drawn and we robbed Palani

10:05AM    6    for the dope.

10:05AM    7    Q    Did you get any dope?

10:05AM    8    A    Yes.

10:05AM    9    Q    How much do you recall getting?

10:05AM    10   A    We took two pounds from Palani and we split it up equally.

10:05AM    11   Q    What kind of drugs was it?

10:05AM    12   A    It was ice.

10:05AM    13   Q    And what did you do with your share?

10:05AM    14   A    I gave it to Timmy to sell.

10:05AM    15   Q    Like you just talked about, he had a lot of customers?

10:05AM    16   A    Yes.

10:05AM    17         MR. NAMMAR:  Can we publish 1-31?

10:05AM    18         THE COURT:  Go ahead.

10:05AM    19   BY MR. NAMMAR:

10:05AM    20   Q    Thank you.  Do you recognize who is shown here in 1-31?

10:06AM    21   A    Yes.

10:06AM    22   Q    Who is it?

10:06AM    23   A    Keali'i Young.

10:06AM    24   Q    Is this the third person that did this robbery with you,

10:06AM    25   Palani Mitchell?

| | | |
|---|---|---|
| 10:06AM | 1 | A    Yes. |
| 10:06AM | 2 | MR. NAMMAR:  We can take that down.  Can we show the |
| 10:06AM | 3 | witness now, 905 -- or a series of photos from the 13th |
| 10:06AM | 4 | supplemental, Your Honor?  It's 905A as in alpha, 905E, 905J |
| 10:06AM | 5 | and 905K, for the witness only. |
| 10:06AM | 6 | THE COURT:  All right.  And these are all 1 dash the |
| 10:06AM | 7 | numbers you just said? |
| 10:06AM | 8 | BY MR. NAMMAR: |
| 10:06AM | 9 | Q    Yes.  I apologize. |
| 10:06AM | 10 | Do you recognize this particular photo? |
| 10:07AM | 11 | A    Yes. |
| 10:07AM | 12 | Q    What is shown here? |
| 10:07AM | 13 | A    One of the masks that was used in the robberies. |
| 10:07AM | 14 | MR. NAMMAR:  Can we show the witness now 1-905E. |
| 10:07AM | 15 | THE COURT:  Go ahead. |
| 10:07AM | 16 | BY MR. NAMMAR: |
| 10:07AM | 17 | Q    Do you recognize what is shown here? |
| 10:07AM | 18 | A    Yes. |
| 10:07AM | 19 | Q    What is shown here? |
| 10:07AM | 20 | A    Two of the guns we would use in the robberies. |
| 10:07AM | 21 | MR. NAMMAR:  Can we show the witness now 1-905J. |
| 10:07AM | 22 | THE COURT:  Yes. |
| 10:07AM | 23 | BY MR. NAMMAR: |
| 10:07AM | 24 | Q    What is shown here? |
| 10:07AM | 25 | A    That was after a robbery we just did. |

| | | | |
|---|---|---|---|
| 10:07AM | 1 | Q | There was fruits of the robbery? |
| 10:07AM | 2 | A | Yes. |
| 10:07AM | 3 | | (Reporter interruption for clarification.) |
| 10:07AM | 4 | Q | Fruits of the robbery.  And what was the answer? |
| 10:07AM | 5 | A | Yes.  That was after a robbery we just did. |
| 10:07AM | 6 | Q | 1-905K, can we show that one as well? |
| 10:07AM | 7 | | Do you recognize that? |
| 10:07AM | 8 | A | Yes. |
| 10:08AM | 9 | Q | What's the source of this money? |
| 10:08AM | 10 | A | That was from drugs. |

10:08AM   11          MR. NAMMAR:  Your Honor, I move to admit 1-905A,

10:08AM   12   1-905E, 1-905J and 1-905K.

10:08AM   13          THE COURT:  Any objection to any of those four

10:08AM   14   exhibits from the defense?

10:08AM   15          MR. KENNEDY:  No objection.

10:08AM   16          THE COURT:  Without objection, those four exhibits are

10:08AM   17   admitted and may be published.  That's 1-905A, E, J and K.

10:08AM   18    (Exhibit 1-905A, 1-905E, 1-905J, and 1-905K were received in

10:08AM   19                          evidence.)

10:08AM   20   BY MR. NAMMAR:

10:08AM   21   Q   We can start with 1-905A as in alpha.  We can zoom in a

10:08AM   22   little bit.

10:08AM   23          It's tough to see, but what is shown here?

10:08AM   24   A   The masks we used for the robberies.

10:08AM   25   Q   Where did you get these masks from?

10:08AM   1   A      From Johnnie.

10:08AM   2               MR. NAMMAR:  If we could show 1-905E or publish that

10:09AM   3   now.

10:09AM   4               THE COURT:  Yes.

10:09AM   5   BY MR. NAMMAR:

10:09AM   6   Q      What is shown here?

10:09AM   7   A      Some of the guns we were carrying when we was doing the

10:09AM   8   robberies.

10:09AM   9   Q      Did you have a number of guns during 2016, '17 and '18?

10:09AM  10   A      Yes.

10:09AM  11   Q      Where did you get the guns from?

10:09AM  12   A      From robbing other drug dealers or grabbing them from

10:09AM  13   Miller.

10:09AM  14   Q      Do you recognize any of these guns as being from Miller?

10:09AM  15   A      The 357 at the bottom might be.

10:09AM  16   Q      Can you circle that?

10:09AM  17               MR. NAMMAR:  If we can publish 1-905J now.

10:09AM  18               THE COURT:  Yes.

10:09AM  19   BY MR. NAMMAR:

10:09AM  20   Q      What is shown here?

10:09AM  21   A      That is from a robbery we just did.

10:09AM  22   Q      All these items?

10:09AM  23   A      Yes.

10:09AM  24   Q      Who did you do that robbery with?

10:09AM  25   A      Me, Lance, and Dae Han.

| | | | |
|---|---|---|---|
| 10:09AM | 1 | Q | And what did you obtain from robbery? |
| 10:09AM | 2 | A | A pound of coke and there was pills and some money. |
| 10:10AM | 3 | Q | How was that robbery done? |
| 10:10AM | 4 | A | We kicked the door in. |
| 10:10AM | 5 | Q | And who did the robbery with you? |
| 10:10AM | 6 | A | Me, Lance, and Dae Han. |
| 10:10AM | 7 | Q | Were you masked? |
| 10:10AM | 8 | A | Yes. |
| 10:10AM | 9 | Q | Did you have firearms? |
| 10:10AM | 10 | A | Yes. |
| 10:10AM | 11 | Q | Who is Dae Han? |
| 10:10AM | 12 | A | That was like Lance's little protégé. |
| 10:10AM | 13 | Q | His protégé? |
| 10:10AM | 14 | A | Yes. |
| 10:10AM | 15 | | MR. NAMMAR:  Could we publish 1-38, Your Honor? |
| 10:10AM | 16 | | THE COURT:  You may. |
| 10:10AM | 17 | BY MR. NAMMAR: | |
| 10:10AM | 18 | Q | Thank you.  Who is shown here? |
| 10:10AM | 19 | A | Dae Han. |
| 10:10AM | 20 | Q | This is Lance's protégé? |
| 10:10AM | 21 | A | Yes. |
| 10:10AM | 22 | | MR. NAMMAR:  Can we publish 1-905 now from the |
| 10:10AM | 23 | | original? |
| 10:10AM | 24 | | THE COURT:  Yes. |
| 10:10AM | 25 | BY MR. NAMMAR: | |

| | | | |
|---|---|---|---|
| 10:10AM | 1 | Q | And go to page 3, box 10 and zoom in. |
| 10:11AM | 2 | | This photo that we just looked at, is this the same |
| 10:11AM | 3 | | photo that -- the fruits of the robbery? |
| 10:11AM | 4 | A | Yes. |
| 10:11AM | 5 | Q | Who is that robbery victim? |
| 10:11AM | 6 | A | I believe his name was Lane. |
| 10:11AM | 7 | Q | Lane? |
| 10:11AM | 8 | A | Yes. |
| 10:11AM | 9 | Q | And is this another example of you sending a photo to your |
| 10:11AM | 10 | | girlfriend? |
| 10:11AM | 11 | A | Yes. |
| 10:11AM | 12 | Q | And the time stamp associated with this is July 7, 2016? |
| 10:11AM | 13 | A | Yes. |
| 10:11AM | 14 | Q | Is that around the time that you recall sending that |
| 10:11AM | 15 | | photo? |
| 10:11AM | 16 | A | Yes. |
| 10:11AM | 17 | | MR. NAMMAR:  And if we -- Your Honor, could we publish |
| 10:11AM | 18 | | now 1-905K? |
| 10:11AM | 19 | | THE COURT:  Go ahead. |
| 10:11AM | 20 | BY MR. NAMMAR: | |
| 10:11AM | 21 | Q | Thank you.  What is shown here? |
| 10:11AM | 22 | A | Money from drugs. |
| 10:11AM | 23 | Q | And is this from the drugs that you would provide to |
| 10:12AM | 24 | | Timmy? |
| 10:12AM | 25 | A | Yes. |

10:12AM   1   Q   The one that you said had a lot of customers?

10:12AM   2   A   Yes.

10:12AM   3   Q   Do you recognize where that photo was taken?

10:12AM   4   A   It was in my car.

10:12AM   5   Q   You took it?

10:12AM   6   A   Yes.

10:12AM   7   Q   We can take that down.

10:12AM   8       So also in 2016, did Mr. Miske approach you about a

10:12AM   9   person named Joe Boy Tavares?

10:12AM   10   A   Yes.

10:12AM   11   Q   Who was that?

10:12AM   12   A   He was a chicken fighter on our side from Waimanalo.

10:12AM   13   Q   Had you met him before?

10:12AM   14   A   I seen him at the fights.

10:12AM   15   Q   What did Miske ask for your help with, with respect to Joe

10:12AM   16   Boy Tavares?

10:12AM   17   A   He knew I was cruising with Lance a lot, and Lance was

10:13AM   18   kind of -- he was known as a shooter already and he asked me to

10:13AM   19   bring Lance with me to the Kam Shopping Center to talk to him

10:13AM   20   about killing Joe Boy.

10:13AM   21   Q   Okay.  Did he ask you that over the telephone?

10:13AM   22   A   No.

10:13AM   23   Q   Did he eventually coordinate the Kam Shopping Center

10:13AM   24   meeting over the telephone or text?

10:13AM   25   A   Yes.

10:13AM   1   Q      Would you guys communicate using what's called burner

10:13AM   2   phones?

10:13AM   3   A      Yes.

10:13AM   4   Q      What's a burner phone?

10:13AM   5   A      A phone we could throw away after.

10:13AM   6   Q      And you said he knew you were cruising with Lance?

10:13AM   7   A      Yes.

10:13AM   8   Q      What does that mean?

10:13AM   9   A      Me and Lance were together every day we were hanging out.

10:13AM  10   Q      Did he know you and Lance were committing the robberies,

10:13AM  11   some of which we talked about?

10:13AM  12   A      Yes.

10:13AM  13   Q      Would you talk to Mr. Miske about the robberies that you

10:13AM  14   and Lance would commit?

10:13AM  15   A      Yes.

10:13AM  16   Q      What would be his reaction?

10:13AM  17   A      Depending on what we did or who we robbed, he would be

10:14AM  18   laughing sometimes.

10:14AM  19   Q      He would laugh?

10:14AM  20   A      Yes.

10:14AM  21   Q      And you said Lance was known as a shooter?

10:14AM  22   A      Yes.

10:14AM  23   Q      What does that mean?

10:14AM  24   A      He wasn't just pulling his gun; he was shooting it, too.

10:14AM  25   Q      He was shooting it?

| | | | |
|---|---|---|---|
| 10:14AM | 1 | A | Yes. |
| 10:14AM | 2 | Q | Did Mr. Stancil know -- would you talk with Mr. Stancil |
| 10:14AM | 3 | | about that fact of Lance being a shooter? |
| 10:14AM | 4 | A | Yes. |
| 10:14AM | 5 | Q | Would you talk with Mr. Miske about that, too? |
| 10:14AM | 6 | A | Yes. |
| 10:14AM | 7 | Q | So Mr. Miske knew you were committing a lot of the |
| 10:14AM | 8 | | robberies that we just talked about, and he knew Mr. Bermudez |
| 10:14AM | 9 | | was a shooter. |
| 10:14AM | 10 | | He sets up a meeting at Kam Shopping Center? |
| 10:14AM | 11 | A | Yes. |
| 10:14AM | 12 | Q | Did you go to that meeting? |
| 10:14AM | 13 | A | Yes. |
| 10:14AM | 14 | Q | Did you bring Lance to that meeting? |
| 10:14AM | 15 | A | Yes. |
| 10:14AM | 16 | Q | What happens at that meeting? |
| 10:15AM | 17 | A | Talks to me and then he talks to Lance.  He talks about |
| 10:15AM | 18 | | wanting to get Joe Boy done. |
| 10:15AM | 19 | Q | Does he offer ideas about how to do it? |
| 10:15AM | 20 | A | Yes. |
| 10:15AM | 21 | Q | What idea does he give? |
| 10:15AM | 22 | A | He knew Lance was stealing cars.  He said that Lance would |
| 10:15AM | 23 | | use a street bike. |
| 10:15AM | 24 | Q | A stolen street bike? |
| 10:15AM | 25 | A | Yes. |

| | | | |
|---|---|---|---|
| 10:15AM | 1 | Q | Did he talk about where Joe Boy lived? |
| 10:15AM | 2 | A | Yes. |
| 10:15AM | 3 | Q | What did he say about that? |
| 10:15AM | 4 | A | He said he lives in the back roads of Waimanalo. |
| 10:15AM | 5 | Q | Did Lance agree to do it? |
| 10:15AM | 6 | A | Yes. |
| 10:15AM | 7 | Q | What was going to be your role? |
| 10:15AM | 8 | A | I just brought Lance there. |
| 10:15AM | 9 | Q | You were like the go-between? |
| 10:15AM | 10 | A | Yes. |
| 10:15AM | 11 | Q | You brought Lance to the meet and greet? |
| 10:15AM | 12 | A | Yes. |
| 10:15AM | 13 | Q | And you told us that meeting was coordinated via a burner |
| 10:16AM | 14 | | phone? |
| 10:16AM | 15 | A | Yes. |
| 10:16AM | 16 | Q | Would Mr. Miske provide those to you? |
| 10:16AM | 17 | A | Sometimes. |
| 10:16AM | 18 | Q | Where would he get them, if you know? |
| 10:16AM | 19 | A | From different phone stores, different phone carriers. |
| 10:16AM | 20 | Q | And would they be registered in his name or somebody |
| 10:16AM | 21 | | else's name or your name? |
| 10:16AM | 22 | A | I think they would be registered in somebody else's name. |
| 10:16AM | 23 | Q | Were you guys switching phones all the time? |
| 10:16AM | 24 | A | We did a lot, yes. |
| 10:16AM | 25 | Q | Why? |

10:16AM   1   A     Because we were paranoid, and that's what the phones are

10:16AM   2   for.   They were burners.

10:16AM   3   Q     Did you believe the fact that Mr. Miske knew that you and

10:16AM   4   Lance were doing a bunch of robberies made you attractive to

10:16AM   5   him?

10:16AM   6   A     Yes.

10:16AM   7   Q     Did Mr. Miske discuss price for the Joe Boy contract?

10:17AM   8   A     We heard it through him and other people.

10:17AM   9   Q     What was the price discussed?

10:17AM   10   A     250,000.

10:17AM   11   Q     250,000?

10:17AM   12   A     Yes.

10:17AM   13   Q     Did you also have a conversation with John Stancil about

10:17AM   14   that price?

10:17AM   15   A     Yes.

10:17AM   16         MR. NAMMAR:  May we show the witness only, Your Honor,

10:17AM   17   3-1 from the original list?

10:17AM   18         THE COURT:  Go ahead.

10:17AM   19   BY MR. NAMMAR:

10:17AM   20   Q     Thank you.  Do you recognize this map?

10:17AM   21   A     Yes.

10:17AM   22   Q     Does it show the area where you met with Mr. Miske and

10:17AM   23   Mr. Bermudez?

10:17AM   24   A     Yes.

10:17AM   25         MR. NAMMAR:  Your Honor, I move to admit 3-1.

10:17AM    1              THE COURT:  Any objection?

10:17AM    2              MR. KENNEDY:  No objection.

10:17AM    3              THE COURT:  3-1 is admitted without objection.  You

10:17AM    4    may publish.

10:17AM    5              (Exhibit 3-1 was received in evidence.)

10:18AM    6    BY MR. NAMMAR:

10:18AM    7    Q    Can we zoom in on this area.

10:18AM    8              Mr. Smith, do you see the area where you met with

10:18AM    9    Mr. Miske and Mr. Bermudez and the murder for hire of Joe Boy

10:18AM   10    was discussed?

10:18AM   11    A    Yes.

10:18AM   12    Q    Is it the area with the red dot?

10:18AM   13    A    Yes.

10:18AM   14    Q    We can take that down.  After this meeting where Mr.

10:18AM   15    Bermudez agreed to conduct the murder, would Miske contact you

10:18AM   16    via your cell phone for updates about the topic?

10:18AM   17    A    Me or Johnnie.

10:18AM   18    Q    So you would get pinged some from Johnnie?

10:18AM   19    A    Sometimes.

10:18AM   20    Q    And you would sometimes get pinged from Miske?

10:18AM   21    A    If I seen him, he would ask about it.

10:18AM   22    Q    What would they ask you?

10:19AM   23    A    I think Lance and Dae Han were going to do it, or if they

10:19AM   24    ever did go by.

10:19AM   25    Q    They were asking for updates?

10:19AM    1    A    Yes.

10:19AM    2    Q    Would you circle back with Lance to see if he went back?

10:19AM    3    A    I would ask him sometimes if he went by, but I didn't

10:19AM    4    really pay too much attention to it.

10:19AM    5    Q    You didn't go back there?

10:19AM    6    A    No.

10:19AM    7    Q    You'd never been to Joe Boy's house, just so we're clear?

10:19AM    8    A    No.

10:19AM    9    Q    But did Lance tell you he had gone out there after he

10:19AM   10    accepted the contract?

10:19AM   11    A    Yes.

10:19AM   12    Q    Who did he tell you he went with?

10:19AM   13    A    He went with Dae Han.

10:19AM   14    Q    What did he tell you they did when Dae Han and him went

10:19AM   15    out there?

10:19AM   16    A    He told me they were over there waiting outside the house,

10:19AM   17    but Joe did not come out.

10:19AM   18    Q    Did he tell you why they were waiting outside?

10:19AM   19    A    He said that they were going to do it.

10:19AM   20    Q    They were going to kill him?

10:20AM   21    A    Yes.

10:20AM   22    Q    What were they waiting for Joe Boy to come outside and do?

10:20AM   23    A    They were just waiting for their chance to see him.

10:20AM   24    Q    Why do you believe that Johnnie was asking you for updates

10:20AM   25    and Miske and asking for updates instead of going directly to

10:20AM   1   Lance?

10:20AM   2   A    They didn't want Lance to tell on them.  Lance was hanging

10:20AM   3   out with me a lot already.

10:20AM   4   Q    Did you talk to Johnnie about the reason why this contract

10:20AM   5   was put out on Joe Boy?

10:20AM   6   A    Yes.

10:20AM   7   Q    What did Johnnie tell you?

10:20AM   8   A    He said that Joe Boy was being represented by the same

10:20AM   9   lawyer Mike had at that time, Tommy.  And Joe Boy was

10:21AM   10  cooperating on him and Mills.

10:21AM   11  Q    So Joe Boy was providing information about Michael Miske

10:21AM   12  and Wayne Miller?

10:21AM   13  A    Yes.

10:21AM   14  Q    And that was the reason Johnnie told you that Mr. Miske

10:21AM   15  wanted Joe Boy dead?

10:21AM   16  A    Yes.

10:21AM   17  Q    Who is Tommy?

10:21AM   18  A    That was their lawyer.

10:21AM   19  Q    Mr. Miske's lawyer?

10:21AM   20  A    Yes.

10:21AM   21  Q    Would you -- in 2016, 2017, and '18, would you frequently

10:21AM   22  hang out with Mr. Miske and others at a place called the Bay?

10:21AM   23  A    Yes.

10:21AM   24  Q    Can you tell the jury what that is?

10:21AM   25  A    That was the area we used to go ride jet skis.

10:21AM   1   Q   Where was it located?

10:21AM   2   A   In Hawaii Kai.

10:21AM   3   Q   And who would be there when you would go?

10:22AM   4   A   Me, Mike, Johnnie.

10:22AM   5   Q   How often were you there?

10:22AM   6   A   We would go pretty frequently; sometimes every weekend,

10:22AM   7   sometimes every other weekend.

10:22AM   8          MR. NAMMAR:  Your Honor, could we publish 1-1023 from

10:22AM   9   the original, I believe?

10:22AM  10          THE COURT:  Yes, go ahead.

10:22AM  11   BY MR. NAMMAR:

10:22AM  12   Q   Mr. Smith, do you recognize what is shown here?

10:22AM  13   A   Yes.

10:22AM  14   Q   What is shown here?

10:22AM  15   A   The area where we would go and ride the jet skis.

10:22AM  16   Q   Okay.  And where would you specifically hang out?

10:22AM  17   A   Right in front of that parking lot.

10:23AM  18   Q   Can you circle the parking lot.

10:23AM  19          And is that where you would park as well?

10:23AM  20   A   Yes.

10:23AM  21          MR. NAMMAR:  Can we show the witness only 1-552?  I

10:23AM  22   think it's in, Your Honor.

10:23AM  23          THE COURT:  Yes, it's an admitted exhibit.

10:23AM  24          MR. NAMMAR:  Can we publish it?

10:23AM  25          THE COURT:  Yes.

| | | | |
|---|---|---|---|
| 10:23AM | 1 | BY MR. NAMMAR: |
| 10:23AM | 2 | Q | What is shown here, Mr. Smith, if you recognize it? |
| 10:23AM | 3 | A | It's a picture of us at the Bay. |
| 10:23AM | 4 | Q | This is where you would hang out? |
| 10:23AM | 5 | A | Yes. |
| 10:23AM | 6 | Q | Where are you? |
| 10:23AM | 7 | A | I'm on the far right. |
| 10:23AM | 8 | Q | Drinking the beer? |
| 10:23AM | 9 | A | Yes. |
| 10:23AM | 10 | Q | It's hard to see, but do you recognize the person directly |
| 10:24AM | 11 | behind you? |
| 10:24AM | 12 | A | Yes. |
| 10:24AM | 13 | Q | Who is that? |
| 10:24AM | 14 | A | Kaulana. |
| 10:24AM | 15 | Q | Who is Kaulana? |
| 10:24AM | 16 | A | Mike's cousin. |
| 10:24AM | 17 | Q | Could you circle where you see Kaulana.  Who else do you |
| 10:24AM | 18 | see in this picture? |
| 10:24AM | 19 | A | Johnnie and Keali'i. |
| 10:24AM | 20 | Q | Can you circle Johnnie first. |
| 10:24AM | 21 | | Who is the person in the white tank top? |
| 10:24AM | 22 | A | The other cousin, Keali'i. |
| 10:24AM | 23 | Q | Keali'i Young? |
| 10:24AM | 24 | A | Keali'i Avester (phonetic). |
| 10:24AM | 25 | Q | Who was that? |

10:24AM   1   A    That's their cousin.

10:24AM   2   Q    Whose cousin?

10:24AM   3   A    Johnnie and Mike's.

10:24AM   4        MR. NAMMAR:  Can we show the witness only 1-553.

10:24AM   5        THE COURT:  This, too, is an admitted exhibit.

10:24AM   6        MR. NAMMAR:  I apologize.  Can we publish it?

10:24AM   7        THE COURT:  Yes.

10:24AM   8   BY MR. NAMMAR:

10:24AM   9   Q    Do you recognize this?

10:25AM  10   A    Yes.

10:25AM  11   Q    Is there an issue with the coloring being purple?

10:25AM  12   A    Yes.

10:25AM  13   Q    That's not actually how it would have depicted the

10:25AM  14   coloring, correct?

10:25AM  15   A    Yes.

10:25AM  16   Q    What is shown here?

10:25AM  17   A    Me and Johnnie sitting at the Bay.

10:25AM  18   Q    Which person are you?

10:25AM  19   A    I'm on the right.

10:25AM  20   Q    And Johnnie is on the left?

10:25AM  21   A    Yes.

10:25AM  22   Q    Do you see anything on your right shin?  Tough to make

10:25AM  23   out, but right there.

10:25AM  24   A    Yes.

10:25AM  25   Q    What is that?

| | | | |
|---|---|---|---|
| 10:25AM | 1 | A | That was a La Familia patch. |
| 10:25AM | 2 | Q | What does it mean to have a patch? |
| 10:25AM | 3 | A | It's a jail thing.  It's when you are in jail. |
| 10:25AM | 4 | Q | You got this when you were in jail? |
| 10:25AM | 5 | A | Yes. |
| 10:25AM | 6 | Q | Were you part of La Familia when you were in jail? |
| 10:25AM | 7 | A | Yes. |
| 10:25AM | 8 | Q | Did you do anything with La Familia when you were outside |
| 10:25AM | 9 | | of jail? |
| 10:25AM | 10 | A | No. |
| 10:25AM | 11 | Q | Does the gang exist outside of jail, to your belief? |
| 10:25AM | 12 | A | Not really. |
| 10:25AM | 13 | Q | Any of the crimes that you've talked about here today, |
| 10:25AM | 14 | | were they ever done for the benefit of La Familia? |
| 10:26AM | 15 | A | No. |
| 10:26AM | 16 | Q | Do you still have that tattoo? |
| 10:26AM | 17 | A | No. |
| 10:26AM | 18 | Q | What did you do with that tattoo? |
| 10:26AM | 19 | A | It's covered. |
| 10:26AM | 20 | Q | What does it mean to "cover" a tattoo? |
| 10:26AM | 21 | A | That you are out of the gang. |
| 10:26AM | 22 | | THE COURT:  Mr. Nammar, would this be a good time? |
| 10:26AM | 23 | | MR. NAMMAR:  It would, Your Honor. |
| 10:26AM | 24 | | THE COURT:  Sounded like you were about to head to a |
| 10:26AM | 25 | | different direction.  So let's go ahead and take our first |

10:26AM   1   break of the trial morning.  As we go to break, I'll remind our

10:26AM   2   jurors to refrain, please, from discussing the substance of

10:26AM   3   this case with anyone, including each other until I advise you

10:26AM   4   otherwise; please, also, do not access any media or other

10:26AM   5   accounts of this case and do not conduct any independent

10:26AM   6   investigation of your own.

10:26AM   7           We will see you in about 20 minutes.

10:26AM   8           (Proceedings were recessed at 10:26 a.m. to 10:59

10:47AM   9   a.m.)

10:59AM   10          THE COURT:  Mr. Nammar, you may continue with your

10:59AM   11  direct of Mr. Smith when you are ready.

10:59AM   12          MR. NAMMAR:  Thank you, Your Honor.  Could we publish

10:59AM   13  1-46?

10:59AM   14          THE COURT:  Go ahead.

10:59AM   15  BY MR. NAMMAR:

10:59AM   16  Q    Mr. Smith, do you recognize the person shown in 1-46?

11:00AM   17  A    Yes.

11:00AM   18  Q    Who is that?

11:00AM   19  A    Preston.

11:00AM   20  Q    And you mentioned a Preston earlier.

11:00AM   21          (Reporter interruption for clarification.)

11:00AM   22          MR. NAMMAR:  Yeah, if you can just make sure that

11:00AM   23  you're close enough to the mic so we can hear you.  Thank you.

11:00AM   24  Q    Preston, you mentioned him earlier.

11:00AM   25          What, if anything, did he do in relation to

| | | |
|---|---|---|
| 11:00AM | 1 | Mr. Miske's companies? |
| 11:00AM | 2 | A   He was working at the shop at Kama'aina and he was going |
| 11:00AM | 3 | to a lot of the car auctions for Hawaii Partners. |
| 11:00AM | 4 | Q   Okay.  We can take that down. |
| 11:00AM | 5 | So you mentioned that in 2015 when you got out of OCCC |
| 11:00AM | 6 | you started hanging around with Johnnie Stancil, right? |
| 11:00AM | 7 | A   Yes. |
| 11:00AM | 8 | Q   And then in 2015, do you recall hearing about a car crash |
| 11:00AM | 9 | with Caleb Miske? |
| 11:00AM | 10 | A   I remember hearing about it. |
| 11:01AM | 11 | Q   Did you hear about it from Johnnie? |
| 11:01AM | 12 | A   Yes. |
| 11:01AM | 13 | Q   And did you, on at least one occasion, go to the hospital |
| 11:01AM | 14 | with Johnnie? |
| 11:01AM | 15 | A   Once or twice. |
| 11:01AM | 16 | Q   Did you stay -- did you go actually in the hospital or did |
| 11:01AM | 17 | you stay in the car while Johnnie went in? |
| 11:01AM | 18 | A   There was, like, one time I went in and the other time I |
| 11:01AM | 19 | stayed out. |
| 11:01AM | 20 | Q   Did you learn in 2016 that Caleb Miske passed away? |
| 11:01AM | 21 | A   Yes. |
| 11:01AM | 22 | Q   When he passed away in 2016, did you go to the memorial |
| 11:01AM | 23 | service for Caleb Miske? |
| 11:01AM | 24 | A   Yes. |
| 11:01AM | 25 | Q   Who do you recall seeing there? |

11:01AM   1   A    Pretty much everybody around us was there; Russell boy,
11:01AM   2   Johnnie.
11:01AM   3   Q    Do you recall if you went with Lance Bermudez?
11:01AM   4   A    I didn't go with Lance Bermudez, but I think Lance pulled
11:01AM   5   by.
11:01AM   6   Q    You saw him there?
11:01AM   7   A    Yes.
11:01AM   8   Q    You said Russell?
11:02AM   9   A    Yes.
11:02AM   10   Q    Who is that?
11:02AM   11   A    That's one of Mike's friends.
11:02AM   12        MR. NAMMAR:  Your Honor, can we publish 1-36?
11:02AM   13        THE COURT:  Go ahead.
11:02AM   14   BY MR. NAMMAR:
11:02AM   15   Q    Do you recognize this person?
11:02AM   16   A    Yes.
11:02AM   17   Q    Who is that?
11:02AM   18   A    Russell.
11:02AM   19   Q    Do you know a person named Sudi or John Dahl?
11:02AM   20   A    I don't know him, but I've heard of him.
11:02AM   21   Q    Do you know what he looks like?
11:02AM   22   A    No.
11:02AM   23   Q    So after Caleb's service, fast forwarding to the summer of
11:02AM   24   2016, do you learn that a Jonathan Fraser goes missing?
11:02AM   25   A    Yes.

| | | | |
|---|---|---|---|
| 11:02AM | 1 | Q | Who was Jonathan Fraser, if you know? |
| 11:02AM | 2 | A | I just knew that was Caleb's friend. |
| 11:03AM | 3 | Q | Do you recall where you were when you heard he went |
| 11:03AM | 4 | | missing? |
| 11:03AM | 5 | A | I remember hearing it while I was in jail. |
| 11:03AM | 6 | Q | What were you in jail for? |
| 11:03AM | 7 | A | Probation violation. |
| 11:03AM | 8 | Q | Which jail were you in? |
| 11:03AM | 9 | A | I was in OCCC. |
| 11:03AM | 10 | Q | And did you later hear more information about when exactly |
| 11:03AM | 11 | | he -- as in Jonathan Fraser -- went missing? |
| 11:03AM | 12 | A | Do I remember? |
| 11:03AM | 13 | Q | Like the date. |
| 11:03AM | 14 | | Do you remember hearing more information about the |
| 11:03AM | 15 | | exact date that Jonathan Fraser went missing? |
| 11:03AM | 16 | A | I remember later after that, yeah.  I heard it was around |
| 11:03AM | 17 | | the 30th. |
| 11:03AM | 18 | Q | Okay.  And you were not incarcerated on the 30th, correct? |
| 11:03AM | 19 | A | No. |
| 11:03AM | 20 | Q | So I want to talk to you about some times around then. |
| 11:03AM | 21 | | On July 29th, was that a day that you recall? |
| 11:04AM | 22 | A | Yes. |
| 11:04AM | 23 | Q | Why? |
| 11:04AM | 24 | A | It's my birthday. |
| 11:04AM | 25 | Q | And did you have plans on July 29th? |

11:04AM   1   A    Yes.

11:04AM   2   Q    What kind of plans?

11:04AM   3   A    We went out to the M that night.

11:04AM   4   Q    Okay.  Did you expect to see Mr. Miske at the M?

11:04AM   5   A    I did.

11:04AM   6   Q    Why did you?

11:04AM   7   A    Because it was my birthday and we were always around.

11:04AM   8   Q    Had you let him know in advance of you going to the M that

11:04AM   9   you were going to be at the M?

11:04AM   10  A    Yes.

11:04AM   11  Q    Did you see Mr. Miske on July 29, 2016, at the M?

11:04AM   12  A    No.

11:04AM   13  Q    Did you stay out late that night?

11:04AM   14  A    Yes.

11:04AM   15  Q    Before we get to that, I want to show you a photo 1-764

11:04AM   16  from our original list.

11:04AM   17           THE COURT:  For the witness only?

11:04AM   18           MR. NAMMAR:  Yes.

11:05AM   19           THE COURT:  Go ahead.

11:05AM   20  BY MR. NAMMAR:

11:05AM   21  Q    Mr. Smith, do you recognize this photo?

11:05AM   22  A    Yes.

11:05AM   23  Q    Is that from that night your birthday in 2016?

11:05AM   24  A    Yes.

11:05AM   25           MR. NAMMAR:  Your Honor, move to admit 1-764.

11:05AM    1              THE COURT:  Any objection?

11:05AM    2              MR. KENNEDY:  No objection.

11:05AM    3              THE COURT:  Without objection, that exhibit is

11:05AM    4    admitted, 1-764.  You may publish.

11:05AM    5                  (Exhibit 1-764 was received in evidence.)

11:05AM    6    BY MR. NAMMAR:

11:05AM    7    Q    Mr. Smith, do you see yourself in this picture?

11:05AM    8    A    Yes.

11:05AM    9    Q    Can you circle yourself?  Second person to the left, is

11:05AM   10    that right?

11:05AM   11    A    Yes.

11:05AM   12    Q    Are you making an E sign?

11:05AM   13    A    Yes.

11:05AM   14    Q    What's that for?

11:05AM   15    A    For the East side.

11:05AM   16    Q    That's not a gang sign?

11:05AM   17    A    No.

11:05AM   18    Q    Who are the other folks that you recognize?  Let's go from

11:05AM   19    right to left, starting with this larger individual on the top

11:05AM   20    right.

11:05AM   21    A    That's Abe Estocado.

11:05AM   22    Q    And then, this person -- is that person also making an E

11:06AM   23    sign?

11:06AM   24    A    Yes, he is always throwing up the E.

11:06AM   25    Q    Who is that?

| | | | |
|---|---|---|---|
| 11:06AM | 1 | A | Harry Kauhi. |
| 11:06AM | 2 | Q | And the person below him? |
| 11:06AM | 3 | A | Keali'i Young. |
| 11:06AM | 4 | Q | And then, starting in the back row next to you? |
| 11:06AM | 5 | A | Frank Silva. |
| 11:06AM | 6 | Q | And then you, right? |
| 11:06AM | 7 | A | Yes. |
| 11:06AM | 8 | Q | Who is next to you to the left? |
| 11:06AM | 9 | A | Rocky. |
| 11:06AM | 10 | Q | And the people in the bottom? |
| 11:06AM | 11 | A | The one on the bottom right is Rubin.  I don't know who on |
| 11:06AM | 12 | | the left. |
| 11:06AM | 13 | Q | Who is the person on the bottom left? |
| 11:06AM | 14 | A | I don't know the one on the left.  The bottom right is |
| 11:06AM | 15 | | Rubin. |
| 11:06AM | 16 | Q | Where is this picture taken? |
| 11:06AM | 17 | A | It was at the M. |
| 11:06AM | 18 | Q | Did you drink free that night? |
| 11:06AM | 19 | A | Yes. |
| 11:06AM | 20 | Q | Did something happen at the M? |
| 11:06AM | 21 | A | Yes. |
| 11:06AM | 22 | Q | What happened? |
| 11:06AM | 23 | A | We got into a fight in the parking garage. |
| 11:06AM | 24 | Q | Did you have to -- did you eventually leave the M and go |
| 11:06AM | 25 | | somewhere else? |

| | | | |
|---|---|---|---|
| 11:06AM | 1 | A | Yes. |
| 11:06AM | 2 | Q | Where did you guys go? |
| 11:06AM | 3 | A | We went to Limelight after that. |
| 11:07AM | 4 | Q | What is Limelight? |
| 11:07AM | 5 | A | It's another bar, club. |
| 11:07AM | 6 | Q | Okay.  Did you stay out late at Limelight? |
| 11:07AM | 7 | A | Yes. |
| 11:07AM | 8 | Q | Did something also happen at Limelight? |
| 11:07AM | 9 | A | Yes. |
| 11:07AM | 10 | Q | What happened? |
| 11:07AM | 11 | A | We got into another fight at Limelight. |
| 11:07AM | 12 | Q | Okay.  Did this one get violent? |
| 11:07AM | 13 | A | Yes. |
| 11:07AM | 14 | Q | What happened? |
| 11:07AM | 15 | A | We were fighting with some other guys and Frankie ended up |
| 11:07AM | 16 | | stabbing somebody that night. |
| 11:07AM | 17 | Q | This is Frankie Silva? |
| 11:07AM | 18 | A | Yes. |
| 11:07AM | 19 | Q | And did you guys leave after that happened quickly? |
| 11:07AM | 20 | A | Yes. |
| 11:07AM | 21 | Q | Where did you guys go to? |
| 11:07AM | 22 | A | I went back to Kahaluu to Abe's house. |
| 11:07AM | 23 | Q | Okay.  Was that a big night for you guys? |
| 11:07AM | 24 | A | Yeah.  It was a long night. |
| 11:07AM | 25 | Q | And did you stay out really late? |

| | | | |
|---|---|---|---|
| 11:07AM | 1 | A | Yes. |
| 11:07AM | 2 | Q | The next day, were you at all involved in Mr. Fraser's |
| 11:08AM | 3 | | disappearance? |
| 11:08AM | 4 | A | No. |
| 11:08AM | 5 | Q | Did you have anything to do with it? |
| 11:08AM | 6 | A | No. |
| 11:08AM | 7 | Q | Did you shortly there -- after he disappeared, did you |
| 11:08AM | 8 | | shortly go in on that violation -- shortly thereafter go in on |
| 11:08AM | 9 | | that violation you mentioned? |
| 11:08AM | 10 | A | Yes. |
| 11:08AM | 11 | Q | And when you got out, do you remember someone picking you |
| 11:08AM | 12 | | up from OCCC? |
| 11:08AM | 13 | A | Yes. |
| 11:08AM | 14 | Q | Who picked you up? |
| 11:08AM | 15 | A | Lance. |
| 11:08AM | 16 | Q | This is Lance Bermudez? |
| 11:08AM | 17 | A | Yes. |
| 11:08AM | 18 | Q | And would you guys frequently talk about the robberies and |
| 11:08AM | 19 | | other crimes you were committing? |
| 11:08AM | 20 | A | Yes. |
| 11:08AM | 21 | Q | Was it important to know what activity he was involved in? |
| 11:08AM | 22 | A | Yes. |
| 11:08AM | 23 | Q | Was it important to know so you could avoid detection from |
| 11:08AM | 24 | | law enforcement if needed? |
| 11:08AM | 25 | A | Yes. |

| 11:08AM | 1 | Q   Was it also helpful to know what was going on so you could |
| 11:09AM | 2 | watch to see if law enforcement was surveilling you? |
| 11:09AM | 3 | A   Yes. |
| 11:09AM | 4 | Q   Was there a time period in 2016 where you in fact thought |
| 11:09AM | 5 | you were being surveilled by law enforcement? |
| 11:09AM | 6 | A   Yes. |
| 11:09AM | 7 | Q   What do you recall Lance telling you about Jonathan Fraser |
| 11:09AM | 8 | when he picked you up from OCCC? |
| 11:09AM | 9 | MR. KENNEDY:  Objection; hearsay, Your Honor. |
| 11:09AM | 10 | MR. NAMMAR:  Coconspirator statement. |
| 11:09AM | 11 | THE COURT:  Overruled.  Go ahead. |
| 11:09AM | 12 | BY MR. NAMMAR: |
| 11:09AM | 13 | Q   You can answer. |
| 11:09AM | 14 | A   I just remember him picking me up and kind of asking me if |
| 11:09AM | 15 | I heard about it, because it was on the news.  He told me he |
| 11:09AM | 16 | was gone; that Mike was not going to let something like that |
| 11:09AM | 17 | slide. |
| 11:09AM | 18 | Q   He told you Fraser was gone? |
| 11:09AM | 19 | A   Yes. |
| 11:09AM | 20 | Q   And that Mike wasn't going to let that slide? |
| 11:09AM | 21 | A   Yes. |
| 11:09AM | 22 | Q   Did he tell you anything about a van? |
| 11:10AM | 23 | A   He told me that he -- |
| 11:10AM | 24 | MR. KENNEDY:  Objection; hearsay, Your Honor. |
| 11:10AM | 25 | THE COURT:  Overruled.  Go ahead. |

11:10AM    1              MR. NAMMAR:  Past narrative.

11:10AM    2              THE WITNESS:  He told me that he picked up the van

11:10AM    3    from Jason at The Bay and it looked like he had tears in his

11:10AM    4    eyes.

11:10AM    5    BY MR. NAMMAR:

11:10AM    6    Q    So he told you that he picked up a van from Jason in

11:10AM    7    Hawaii Kai?

11:10AM    8    A    Yes, that he believed was used in the Fraser incident.

11:10AM    9    Q    Lance told you he thought it was used in the Fraser

11:10AM   10    incident?

11:10AM   11    A    Yes.

11:10AM   12    Q    Did Lance tell you what he did with the van?

11:10AM   13    A    He said he burned it.

11:10AM   14    Q    Did he tell you where he burned it?

11:10AM   15    A    He didn't tell me.

11:10AM   16    Q    Did he tell you anything about the way Jason looked when

11:10AM   17    he picked up the van?

11:10AM   18    A    He told me that Jason had tears in his eyes.

11:10AM   19    Q    Did you know which Jason he was referring to?

11:10AM   20    A    Yes.

11:10AM   21    Q    Which Jason?

11:10AM   22    A    Yokoyama.

11:10AM   23    Q    What was Lance known for, if you know, in the community

11:11AM   24    with respect to cars?

11:11AM   25    A    He was good at stealing cars.

| | | | |
|---|---|---|---|
| 11:11AM | 1 | Q | What about burning cars? |
| 11:11AM | 2 | A | He was good at stealing and burning them, getting rid of |
| 11:11AM | 3 | | them. |
| 11:11AM | 4 | Q | Were you aware of him doing that before? |
| 11:11AM | 5 | A | Yes. |
| 11:11AM | 6 | Q | Did Lance mention whether he was with anyone? |
| 11:11AM | 7 | A | He said he was with Dae Han. |
| 11:11AM | 8 | Q | Dae Han Moon? |
| 11:11AM | 9 | A | Yes. |
| 11:11AM | 10 | Q | Following this conversation, do you remember having |
| 11:11AM | 11 | | another conversation at the Bay with Mr. Miske about Jonathan |
| 11:11AM | 12 | | Fraser? |
| 11:11AM | 13 | A | Yes. |
| 11:11AM | 14 | Q | Where were you at the Bay? |
| 11:11AM | 15 | A | We were kind of where we usually sit.  We were walking up |
| 11:11AM | 16 | | a little bit so we could get away from everybody. |
| 11:11AM | 17 | Q | You were away from everyone? |
| 11:11AM | 18 | A | Yeah. |
| 11:11AM | 19 | Q | And it was -- was it just you two? |
| 11:11AM | 20 | A | We were just talking, yes. |
| 11:11AM | 21 | Q | Did he start by complaining about Wayne Miller? |
| 11:11AM | 22 | A | Yes. |
| 11:11AM | 23 | Q | What did he say? |
| 11:11AM | 24 | A | That he was unreliable and that he couldn't get anything |
| 11:12AM | 25 | | done. |

11:12AM   1   Q    Did he say anything about Miller with respect to Jonathan

11:12AM   2   Fraser?

11:12AM   3   A    He said that he expected Miller to do it.  Miller promised

11:12AM   4   that he would do the thing with Fraser, but he didn't.

11:12AM   5   Q    And around that time, had you also noticed that Wayne

11:12AM   6   Miller had stopped showing up at the Bay?

11:12AM   7   A    Yes.

11:12AM   8   Q    As often?

11:12AM   9   A    Yes.

11:12AM  10   Q    Did it appear to you that around that time, Mr. Miller had

11:12AM  11   fallen out of good graces with Mr. Miske?

11:12AM  12   A    Yes.

11:12AM  13   Q    Did Mr. Miske say anything about what happened to Jonathan

11:12AM  14   Fraser?

11:12AM  15   A    He didn't tell me who did it.  He didn't tell me how it

11:13AM  16   happened.  He just said he was gone.

11:13AM  17   Q    He was gone?

11:13AM  18   A    Yes.

11:13AM  19   Q    Did you ask him for details?

11:13AM  20   A    Yes.

11:13AM  21   Q    And he didn't give you any?

11:13AM  22   A    No.

11:13AM  23   Q    John Stancil, would he ever joke with you about Jonathan

11:13AM  24   Fraser?

11:13AM  25   A    Yes.

11:13AM   1   Q   What would he say?

11:13AM   2        MR. KENNEDY:  Hearsay, Your Honor.

11:13AM   3        THE COURT:  Overruled.  Go ahead.

11:13AM   4        THE WITNESS:  That -- that Jon Fraser went for a swim.

11:13AM   5   BY MR. NAMMAR:

11:13AM   6   Q   Would he ever post things like that on line?

11:13AM   7   A   Yes.

11:13AM   8   Q   How did you know that?

11:13AM   9   A   Because he would post it from a fake Instagram page.

11:13AM   10  Q   What would the posting say?

11:13AM   11  A   He would be arguing with Lindsey Kinney saying that he's

11:13AM   12  going to end up like Jonathan Fraser and go for a swim.

11:13AM   13  Q   And these were under a fake name?

11:13AM   14  A   Yes.

11:13AM   15  Q   So it wasn't actually under Johnnie Stancil's name?

11:14AM   16  A   No.

11:14AM   17  Q   It was under an anonymous name?

11:14AM   18  A   Yes.

11:14AM   19  Q   And he was arguing with Lindsey Kinney, you said?

11:14AM   20  A   Yes.

11:14AM   21  Q   Is that someone that you and Mr. Miske and John Stancil

11:14AM   22  were in a feud with?

11:14AM   23  A   Yes.

11:14AM   24  Q   Would John Stancil say anything to you about people that

11:14AM   25  cooperated?

```
11:14AM    1    A    He said that they would end up like Fraser, going for a

11:14AM    2    swim.

11:14AM    3    Q    He told you that?

11:14AM    4    A    Yes.

11:14AM    5    Q    At this point, did you know Mr. Miske pretty well, 2016 to

11:14AM    6    '17?

11:14AM    7    A    Fairly.

11:14AM    8    Q    Did he appear to you to be the type of person who doesn't

11:14AM    9    forget?

11:14AM   10    A    Yes.

11:14AM   11    Q    He doesn't forget?

11:14AM   12    A    Yes.

11:14AM   13    Q    Is he the type of person that doesn't let things go?

11:14AM   14    A    Yes.

11:14AM   15    Q    You told us about how Bermudez told you that Mr. Miske

11:15AM   16    wasn't going to let the Fraser thing go.

11:15AM   17         Did Stancil ever tell you anything like that?

11:15AM   18    A    Yes.

11:15AM   19    Q    What did he tell you?

11:15AM   20    A    He told me that Mike wouldn't let something like that go.

11:15AM   21    Q    What about Frankie?  Did he ever tell you anything like

11:15AM   22    that?

11:15AM   23    A    Frankie said the same thing.

11:15AM   24         MR. NAMMAR:  Your Honor, can we publish 2-101 at this

11:15AM   25    time?  I think it's in.
```

| | | |
|---|---|---|
| 11:15AM | 1 | THE COURT:  Yes, from the original list and admitted. |
| 11:15AM | 2 | You may publish. |
| 11:15AM | 3 | BY MR. NAMMAR: |
| 11:15AM | 4 | Q    Thank you.  Mr. Smith, 2-101 is on the screen. |
| 11:15AM | 5 | Do you recognize what is shown here? |
| 11:15AM | 6 | A    Yes. |
| 11:15AM | 7 | Q    What is shown here? |
| 11:15AM | 8 | A    That was the apartment we went to clean jet skis.  I think |
| 11:15AM | 9 | Delia lived there. |
| 11:15AM | 10 | Q    Is this after or before the Bay? |
| 11:16AM | 11 | A    This was after the Bay.  We would clean the jet skis. |
| 11:16AM | 12 | Q    Delia, who is that? |
| 11:16AM | 13 | A    Caleb's wife. |
| 11:16AM | 14 | Q    Caleb's wife? |
| 11:16AM | 15 | A    Yes. |
| 11:16AM | 16 | MR. NAMMAR:  Can we publish 1-42, Your Honor, from the |
| 11:16AM | 17 | original? |
| 11:16AM | 18 | THE COURT:  Go ahead. |
| 11:16AM | 19 | BY MR. NAMMAR: |
| 11:16AM | 20 | Q    Do you recognize this person shown in 1-42? |
| 11:16AM | 21 | A    Yes. |
| 11:16AM | 22 | Q    Who is that? |
| 11:16AM | 23 | A    Delia. |
| 11:16AM | 24 | Q    Would you frequently -- in 2016 and '17, would you |
| 11:16AM | 25 | frequently see Delia at the Bay? |

11:16AM    1    A    Yes.

11:16AM    2    Q    Would you talk to her much?

11:16AM    3    A    Not much.

11:16AM    4    Q    Why not?

11:16AM    5    A    We just didn't really talk to her.  There was nothing for

11:16AM    6    us to talk to her about.

11:16AM    7    Q    Did you ever notice Mr. Miske acting possessive over her?

11:17AM    8    A    Yes.

11:17AM    9    Q    How so?

11:17AM   10    A    He had me follow -- she had GPS on her car one time in

11:17AM   11    Kailua and had me go to the house.  He thought she was with a

11:17AM   12    boy named Justin Rezentes.

11:17AM   13    Q    And what did he ask you to do with respect to Justin

11:17AM   14    Rezentes?

11:17AM   15    A    To assault him.

11:17AM   16    Q    How did he know that she had seen Justin Rezentes?

11:17AM   17    A    I think from the GPS.

11:17AM   18    Q    The tracker you talked about?

11:17AM   19    A    Yes.

11:17AM   20    Q    That's what he told you?

11:17AM   21    A    Yes.

11:17AM   22    Q    Did he take you over to Justin's house at some point?

11:17AM   23    A    No, I drove over there --

11:17AM   24    Q    Where was -- go ahead.

11:17AM   25    A    When Johnnie showed me where the house was, I drove over

| | | |
|---|---|---|
| 11:17AM | 1 | there. |
| 11:17AM | 2 | Q    Where was his house located? |
| 11:17AM | 3 | A    It was across Castle hospital. |
| 11:17AM | 4 | Q    Like Olomana area? |
| 11:17AM | 5 | A    Yes. |
| 11:17AM | 6 | Q    What kind of car did Justin Rezentes have, if you recall? |
| 11:17AM | 7 | A    A black Tacoma. |
| 11:18AM | 8 | Q    Did you end up assaulting him? |
| 11:18AM | 9 | A    No. |
| 11:18AM | 10 | Q    Harry Kauhi, that's somebody that we talked about.  Is |
| 11:18AM | 11 | that someone that you committed the Nico robbery with? |
| 11:18AM | 12 | A    Yes. |
| 11:18AM | 13 | Q    Is that also somebody that you on occasion obtained |
| 11:18AM | 14 | methamphetamine from? |
| 11:18AM | 15 | A    Yes. |
| 11:18AM | 16 | Q    And would you give that methamphetamine to Tim Taboada to |
| 11:18AM | 17 | sell? |
| 11:18AM | 18 | A    Yes. |
| 11:18AM | 19 | Q    Did Harry Kauhi ever talk to you about taking money from |
| 11:18AM | 20 | Wayne Miller? |
| 11:18AM | 21 | A    Yes. |
| 11:18AM | 22 | Q    What did he tell you? |
| 11:18AM | 23 | MR. KENNEDY:  Objection; hearsay, Your Honor.  Past |
| 11:18AM | 24 | narrative. |
| 11:18AM | 25 | MR. NAMMAR:  Coconspirator statement. |

11:18AM   1          THE COURT:  Overruled.  Go ahead.

11:18AM   2          THE WITNESS:  He told me that he took 10,000 from

11:18AM   3   Miller and that he was supposed to get 20, but he was going to

11:18AM   4   do the action on his own time.

11:19AM   5   BY MR. NAMMAR:

11:19AM   6   Q    What did he tell you he took the money for?

11:19AM   7   A    We didn't really get into it at that time.  But it just

11:19AM   8   wasn't the same amount of money that I was getting paid.

11:19AM   9   Q    What was the amount of money you were getting paid?

11:19AM   10  A    1500 to 2000.

11:19AM   11  Q    Did he tell you the money was from Miske?

11:19AM   12  A    He said he took it from Miller and Miller told him it was

11:19AM   13  from Miske.

11:19AM   14  Q    And so based on the amount, what did you believe the money

11:19AM   15  was for?

11:19AM   16         MR. KENNEDY:  Objection; speculation.

11:19AM   17         THE COURT:  Sustained.

11:19AM   18  BY MR. NAMMAR:

11:19AM   19  Q    Were you aware of -- well, how much were you paid for the

11:19AM   20  assaults?

11:19AM   21  A    A thousand dollars, 1500 to 2000.

11:19AM   22  Q    So based on that, did you believe it was something worse

11:19AM   23  than an assault?

11:19AM   24  A    Yes.

11:19AM   25  Q    When you got released from OCCC, was that in August of

| | | |
|---|---|---|
| 11:20AM | 1 | 2016? |
| 11:20AM | 2 | A    I'm not sure. |
| 11:20AM | 3 | Q    Did you commit more robberies after you got out when Lance |
| 11:20AM | 4 | picked you up? |
| 11:20AM | 5 | A    When I came out, yes, I committed more robberies. |
| 11:20AM | 6 | Q    Do you recall committing a robbery of a Brandon Ota? |
| 11:20AM | 7 | A    Yes. |
| 11:20AM | 8 | Q    Do you recall that being on August 24th of 2016? |
| 11:20AM | 9 | A    Yes. |
| 11:20AM | 10 | Q    Is that how you were -- were you continuing to make money |
| 11:20AM | 11 | throughout 2016 doing robberies? |
| 11:20AM | 12 | A    Yes. |
| 11:20AM | 13 | Q    What kind of robbery was this? |
| 11:20AM | 14 | A    It was a drug dealer, and we took some drugs and some -- |
| 11:20AM | 15 | his chains. |
| 11:20AM | 16 | Q    Where did Mr. Ota live? |
| 11:20AM | 17 | A    In Kaneohe. |
| 11:20AM | 18 | Q    And who did you do the robbery with? |
| 11:21AM | 19 | A    Me, Lance Bermudez, and James Salas. |
| 11:21AM | 20 | Q    Who was James Salas? |
| 11:21AM | 21 | A    He was a friend of mine from jail. |
| 11:21AM | 22 | Q    Did you at one point live with James Salas? |
| 11:21AM | 23 | A    Yes, he lived with me. |
| 11:21AM | 24 | Q    Where did you guys get the intelligence for this robbery? |
| 11:21AM | 25 | A    From Hunter Wilson. |

11:21AM   1    Q    Who was Hunter Wilson?

11:21AM   2    A    He was just a friend from Kaneohe Kahaluu.

11:21AM   3    Q    And what did Hunter Wilson tell you?

11:21AM   4    A    That he was living over there with Brandon Ota and that

11:21AM   5    Brandon Ota was selling all the drugs.  He said that the bottom

11:21AM   6    door of the house stayed unlocked.

11:21AM   7    Q    So he told you how you guys could access the house?

11:21AM   8    A    Yes.

11:21AM   9    Q    Did you, Lance and Salas end up doing the robbery?

11:21AM  10    A    Yes.

11:21AM  11    Q    What were you guys wearing?

11:21AM  12    A    Black long-sleeved hoodies, sweats, and our masks.

11:22AM  13    Q    Did anyone have firearms?

11:22AM  14    A    Yes.

11:22AM  15    Q    Who had firearms?

11:22AM  16    A    Me and Lance, and I think James had a baton or something.

11:22AM  17    Q    A baton?

11:22AM  18    A    Maybe a pistol, yeah.

11:22AM  19    Q    What happened to the robbery?

11:22AM  20    A    We went into the house.  We went through the door that

11:22AM  21    didn't lock.  We ran up.  Brandon Ota was looking over the

11:22AM  22    balcony and we robbed him of his jewelry and the drugs.

11:22AM  23    Q    What did you end up getting as far as drugs?

11:22AM  24    A    I forget exactly what we took already, but we took two of

11:22AM  25    his chains and we got a 38 out of the house.

| | | | |
|---|---|---|---|
| 11:22AM | 1 | Q | A firearm? |

11:22AM    1    Q    A firearm?

11:22AM    2    A    Yeah.

11:22AM    3    Q    And you recall getting drugs; you just don't remember what

11:22AM    4    type?

11:22AM    5    A    Yes.  Xanax.

11:22AM    6         MR. NAMMAR:  Your Honor, could we show the witness

11:23AM    7    only 1-498 from the original list.

11:23AM    8         THE COURT:  Go ahead.

11:23AM    9    BY MR. NAMMAR:

11:23AM    10   Q    Thank you.  Mr. Smith, do you recognize this photo?

11:23AM    11   A    Yes.

11:23AM    12   Q    Is this -- who is in this photo?

11:23AM    13   A    Me, Lance, and James.

11:23AM    14   Q    Is this in close proximity to the Brandon Ota robbery that

11:23AM    15   you just talked about?

11:23AM    16   A    Yes.

11:23AM    17   Q    Was it right after it?

11:23AM    18   A    Yes.

11:23AM    19        MR. NAMMAR:  Your Honor, I move to admit 1-498.

11:23AM    20        THE COURT:  Any objection?

11:23AM    21        MR. KENNEDY:  No objection.

11:23AM    22        THE COURT:  That exhibit is admitted without

11:23AM    23   objection, 1-498.  You may publish.

11:23AM    24        (Exhibit 1-498 was received in evidence.)

11:23AM    25   BY MR. NAMMAR:

11:23AM    1    Q    The jury can see it, Mr. Smith.

11:23AM    2         Who is shown in this photo?

11:23AM    3    A    Me, Lance, and James.

11:23AM    4    Q    Where is Lance?  Can you circle Lance.  Are those

11:24AM    5    chains -- did you get those during the robberies?

11:24AM    6    A    Yes.

11:24AM    7    Q    The chains that Lance is wearing?

11:24AM    8    A    Yes.

11:24AM    9    Q    And where is James, can you circle him?  And where are

11:24AM   10    you?  What do you have in your hand?

11:24AM   11    A    Mini AR-15.

11:24AM   12    Q    Whose gun was that?

11:24AM   13    A    Lance's.

11:24AM   14         MR. NAMMAR:  Can we show the witness 1-494 from the

11:24AM   15    original list?

11:24AM   16         THE COURT:  Go ahead.

11:24AM   17    BY MR. NAMMAR:

11:24AM   18    Q    Do you recognize this, Mr. Smith?

11:24AM   19    A    Yes.

11:24AM   20    Q    What is this?

11:24AM   21    A    That was Lance's little kit he had.

11:24AM   22    Q    His kit?

11:24AM   23    A    Yes.

11:24AM   24    Q    His kit for what?

11:24AM   25    A    For -- he would always have in his car.  That was for --

11:25AM    1    to do robberies, pretty much what he needed to be able to do

11:25AM    2    his robberies.

11:25AM    3             MR. NAMMAR:  Your Honor, I move to admit 1-494.

11:25AM    4             THE COURT:  Any objection.

11:25AM    5             MR. KENNEDY:  No objection.

11:25AM    6             THE COURT:  1-494 is admitted without objection.  You

11:25AM    7    may show it to the jury.

11:25AM    8             (Exhibit 1-494 was received in evidence.)

11:25AM    9    BY MR. NAMMAR:

11:25AM   10    Q    Thank you.  Do you recognize this as Lance's kit?

11:25AM   11    A    Yes.

11:25AM   12    Q    What is in here?

11:25AM   13    A    An AK47, his mask, his ice pipe, bolt cutters, gloves.

11:25AM   14    Q    Okay.  Where is the ice pipe; can you circle that?  And

11:25AM   15    did Mr. Bermudez use ice?

11:25AM   16    A    Yes.

11:25AM   17             MR. NAMMAR:  Can we show the witness only, Your Honor,

11:25AM   18    1-503.

11:25AM   19             THE COURT:  Go ahead.

11:25AM   20    BY MR. NAMMAR:

11:25AM   21    Q    Do you recognize what is shown here?

11:25AM   22    A    Yes.

11:26AM   23    Q    What is shown here?

11:26AM   24    A    It's a tattoo that Lance got on his arm.

11:26AM   25             MR. NAMMAR:  I move to admit 1-503.

| | | |
|---|---|---|
| 11:26AM | 1 | THE COURT:  Any objection? |
| 11:26AM | 2 | MR. KENNEDY:  No objection. |
| 11:26AM | 3 | THE COURT:  1-503 is admitted without objection.  You |
| 11:26AM | 4 | may publish. |
| 11:26AM | 5 | (Exhibit 1-503 was received in evidence.) |
| 11:26AM | 6 | BY MR. NAMMAR: |
| 11:26AM | 7 | Q    The jury can see it.  Which tattoo are you referring to |
| 11:26AM | 8 | that he got on his arm? |
| 11:26AM | 9 | A    The get out of jail free card Monopoly thing with Alen's |
| 11:26AM | 10 | name on it. |
| 11:26AM | 11 | Q    Alen Kaneshiro? |
| 11:26AM | 12 | A    Yes. |
| 11:26AM | 13 | Q    That's his phone number below it? |
| 11:26AM | 14 | A    Yes. |
| 11:26AM | 15 | Q    Who is Alen Kaneshiro? |
| 11:26AM | 16 | A    That was a lawyer Mike had for us. |
| 11:26AM | 17 | Q    A lawyer? |
| 11:26AM | 18 | A    Yes. |
| 11:26AM | 19 | Q    Did Lance tell you why he had his number tattooed on his |
| 11:26AM | 20 | arm? |
| 11:26AM | 21 | A    He said that was his get out of jail free card if he |
| 11:27AM | 22 | called Alen. |
| 11:27AM | 23 | Q    And you said it was a lawyer that Mike got for you? |
| 11:27AM | 24 | A    Yes. |
| 11:27AM | 25 | Q    Was there a time when Mr. Miske paid for Alen to represent |

11:27AM   1   you?

11:27AM   2   A    In the beginning.

11:27AM   3   Q    Were you aware that there was a time when he also did the

11:27AM   4   same for Lance Bermudez?

11:27AM   5   A    Yes.

11:27AM   6   Q    And Dae Han Moon?

11:27AM   7   A    Yes.

11:27AM   8   Q    During this time, you mentioned get out of jail free and

11:27AM   9   Alen.

11:27AM   10           Did you all believe that Alen could help you stay out

11:27AM   11   of jail?

11:27AM   12   A    Yes.

11:27AM   13   Q    Did Alen also provide you with information about pending

11:27AM   14   investigations when you were -- in or around 2016 and '17?

11:28AM   15   A    Yes.

11:28AM   16   Q    Did it appear to you that he could obtain information

11:28AM   17   about things that the police knew?

11:28AM   18   A    Yes.

11:28AM   19   Q    And did that appear to be helpful to you?

11:28AM   20   A    Yes.

11:28AM   21   Q    And towards the fall of 2016, had you all committed a

11:28AM   22   number of crimes?

11:28AM   23   A    Yes.

11:28AM   24   Q    Many of which were in broad daylight?

11:28AM   25   A    Yes.

11:28AM    1    Q    And had you been prosecuted for any of those crimes in

11:28AM    2    2016?

11:28AM    3    A    No.

11:28AM    4    Q    Did you feel like you had protection from Alen Kaneshiro,

11:28AM    5    the attorney you got from Michael Miske?

11:28AM    6    A    Yes.

11:28AM    7    Q    Did you -- you talked about a lot robberies, many of which

11:28AM    8    were of drug dealers, correct?

11:28AM    9    A    Yes.

11:28AM   10    Q    Did you also feel like you had protection from Miske from

11:29AM   11    retaliation of those people you were robbing?

11:29AM   12    A    Yes.

11:29AM   13    Q    Why is that?

11:29AM   14    A    We had a big group and everybody was committing crimes.

11:29AM   15    Everybody was scared of Mike.

11:29AM   16         MR. NAMMAR:  Your Honor, could we publish 1-498 at

11:29AM   17    this time.

11:29AM   18         THE COURT:  Yes.

11:29AM   19    BY MR. NAMMAR:

11:29AM   20    Q    This person that you talked about as James Salas --

11:29AM   21    A    Yes.

11:29AM   22    Q    -- did you end up having a falling out with him after this

11:29AM   23    robbery with Mr. Ota?

11:29AM   24    A    Yes.

11:29AM   25    Q    What did you have a falling out with Mr. Salas over?

11:30AM   1   A      I was currently on the run that year.  He was staying at

11:30AM   2   my house, and he ended up robbing my house.

11:30AM   3   Q      He stole some things from your house?

11:30AM   4   A      Yes.

11:30AM   5   Q      Were you really mad at him when he did that?

11:30AM   6   A      Yes, I was.

11:30AM   7   Q      Did you talk to Lance Bermudez about it?

11:30AM   8   A      Yes.

11:30AM   9   Q      Did you mention to Lance that you wanted -- in 2016, did

11:30AM   10  you mention to Lance that you wanted James Salas dead?

11:30AM   11  A      Yes.

11:30AM   12  Q      Did you mean that?

11:30AM   13  A      No.

11:30AM   14  Q      Later on, after you were mad at Salas, did you mend your

11:30AM   15  relationship with him?

11:30AM   16  A      Yes, we were cruising again.

11:30AM   17  Q      What do you mean by cruising?

11:30AM   18  A      He was back with us, like, right after that again.

11:30AM   19  Q      And was that -- did you mend your relationship with him

11:30AM   20  well before you went in August of 2018 to federal prison?

11:30AM   21  A      Yes.

11:30AM   22  Q      Did you learn about a year later after you went into

11:30AM   23  federal prison that James Salas had been killed?

11:30AM   24  A      Yes.

11:30AM   25  Q      Where was he killed?

| | | | |
|---|---|---|---|
| 11:30AM | 1 | A | In OCCC. |
| 11:30AM | 2 | Q | Did you have anything to do with that? |
| 11:30AM | 3 | A | No. |
| 11:31AM | 4 | Q | Where were you at the time he was killed? |
| 11:31AM | 5 | A | I was locked up for two or three years in FDC. |
| 11:31AM | 6 | | MR. NAMMAR:  Could we show the witness only |
| 11:31AM | 7 | | Exhibit 1-510? |
| 11:31AM | 8 | | THE COURT:  Go ahead. |
| 11:31AM | 9 | | BY MR. NAMMAR: |
| 11:31AM | 10 | Q | Mr. Smith, do you recognize this photo? |
| 11:31AM | 11 | A | Yes. |
| 11:31AM | 12 | Q | What is it of? |
| 11:31AM | 13 | A | Me and Lance. |
| 11:31AM | 14 | Q | Is this in or around the 2016 time? |
| 11:31AM | 15 | A | I think so, yes. |
| 11:31AM | 16 | Q | As you mentioned before, were you continuing -- |
| 11:31AM | 17 | | MR. NAMMAR:  Oh, Your Honor, I move to admit 1-510. |
| 11:31AM | 18 | | THE COURT:  Any objection? |
| 11:31AM | 19 | | MR. KENNEDY:  No objection. |
| 11:31AM | 20 | | THE COURT:  1-510 is admitted then.  Without |
| 11:31AM | 21 | | objection, you may publish. |
| 11:31AM | 22 | | (Exhibit 1-510 was received in evidence.) |
| 11:31AM | 23 | | BY MR. NAMMAR: |
| 11:31AM | 24 | Q | Who is shown in this photo? |
| 11:32AM | 25 | A | Me and Lance. |

| | | | |
|---|---|---|---|
| 11:32AM | 1 | Q | Were you continuing to commit robberies with Lance |
| 11:32AM | 2 | | throughout the back half of 2016? |
| 11:32AM | 3 | A | Yes. |
| 11:32AM | 4 | Q | And as you talked about, did you continue to report back |
| 11:32AM | 5 | | to Miske on some of those robberies? |
| 11:32AM | 6 | A | He knew we were robbing people. |
| 11:32AM | 7 | Q | And did you believe that it was helpful that he knew that |
| 11:32AM | 8 | | you were capable of those types of violent crimes? |
| 11:32AM | 9 | A | Yes. |
| 11:32AM | 10 | Q | We can take that down. |
| 11:32AM | 11 | | Also in 2016, did you rob a game room in Mapunapuna? |
| 11:32AM | 12 | A | Yes. |
| 11:32AM | 13 | Q | Which game room was that? |
| 11:32AM | 14 | A | It was in the industrial area of Mapunapuna. |
| 11:32AM | 15 | Q | And who did you do that robbery with? |
| 11:32AM | 16 | A | Me and Lance. |
| 11:32AM | 17 | Q | Did you have help from anyone that was inside the game |
| 11:33AM | 18 | | room? |
| 11:33AM | 19 | A | I had Timmy go inside the game room to see how many people |
| 11:33AM | 20 | | were playing and how much security was in there. |
| 11:33AM | 21 | Q | And did he report back to you? |
| 11:33AM | 22 | A | Yes. |
| 11:33AM | 23 | Q | And based on what he reported, did you and Lance rob the |
| 11:33AM | 24 | | game room? |
| 11:33AM | 25 | A | Yes. |

| | | |
|---|---|---|
| 11:33AM | 1 | Q    How did it go down? |
| 11:33AM | 2 | A    I had Tim come out.  He opened the first door.  We kicked |
| 11:33AM | 3 | in the second door.  We ran through.  Lance grabbed the first |
| 11:33AM | 4 | security guard and I laid down the second security guard.  I |
| 11:33AM | 5 | took the cashier in the back and we took the money. |
| 11:33AM | 6 | Q    How much money did you get? |
| 11:33AM | 7 | A    About 5,000. |
| 11:33AM | 8 | MR. NAMMAR:  Can we show the witness only 1-922 from |
| 11:33AM | 9 | the original list? |
| 11:33AM | 10 | THE COURT:  Go ahead. |
| 11:33AM | 11 | BY MR. NAMMAR: |
| 11:34AM | 12 | Q    Thank you.  And if you can scroll through it, do you |
| 11:34AM | 13 | recall reviewing these text messages prior to your testimony? |
| 11:34AM | 14 | A    Yes. |
| 11:34AM | 15 | Q    And are these text messages with Tim Taboada? |
| 11:34AM | 16 | A    Yes. |
| 11:34AM | 17 | Q    Where he is providing you intelligence for who is in the |
| 11:34AM | 18 | game room for this particular robbery? |
| 11:34AM | 19 | A    Yes. |
| 11:34AM | 20 | MR. NAMMAR:  Your Honor, I move to admit 1-922 at this |
| 11:34AM | 21 | time. |
| 11:34AM | 22 | THE COURT:  Any objection? |
| 11:34AM | 23 | MR. KENNEDY:  Let me turn to it for a second. |
| 11:34AM | 24 | THE COURT:  Yes, go ahead. |
| 11:34AM | 25 | MR. KENNEDY:  No objection. |

11:34AM   1            THE COURT:  1-922 is admitted without objection.  You

11:34AM   2    may publish.

11:34AM   3            (Exhibit 1-922 was received in evidence.)

11:34AM   4    BY MR. NAMMAR:

11:34AM   5    Q    So just looking at the top, is that the phone number for

11:35AM   6    Tim Taboada?

11:35AM   7    A    Yes.

11:35AM   8    Q    Did you refer to him as Timmy?

11:35AM   9    A    Yes.

11:35AM   10   Q    And then if we zoom in on these two messages, this is a

11:35AM   11   message that you sent to Tim?

11:35AM   12   A    Yes.

11:35AM   13   Q    You are asking if there are choke people and how many

11:35AM   14   workers?

11:35AM   15   A    Yes.

11:35AM   16   Q    Why did you want to know that?

11:35AM   17   A    Because I needed to know how much security was in the room

11:35AM   18   before we robbed it.

11:35AM   19   Q    Okay.  And if we go to the next page, we can zoom in.  We

11:35AM   20   can just start moving down.

11:35AM   21            He tells you three workers, and then your response is,

11:36AM   22   "How much playing?"  It's a question to him?

11:36AM   23   A    Yes.

11:36AM   24   Q    And he tells you, like, ten or more?

11:36AM   25   A    Yes.

11:36AM   1   Q    And then you say, "Got one weird guy standing outside."

11:36AM   2   And if we keep going.  And Tim responds to you, "I think he was

11:36AM   3   just playing."

11:36AM   4         Do you see that?

11:36AM   5   A    Yes.

11:36AM   6   Q    And you say "Okay, not CRU."

11:36AM   7         What does CRU refer to?

11:36AM   8   A    The crime reduction unit.

11:36AM   9   Q    Okay.  And the date that's associated with this is

11:36AM   10   November 2016.

11:36AM   11         Is that when you think you committed this robbery of

11:36AM   12   the game room?

11:36AM   13   A    Yes.

11:36AM   14   Q    And if we go down to the last messages, the last two.  On

11:36AM   15   November 17th, you're asking him "nobody got straps for sale,"

11:37AM   16   do you see that?

11:37AM   17   A    Yes.

11:37AM   18   Q    What does straps mean?

11:37AM   19   A    We were asking if anybody had guns for sale.

11:37AM   20   Q    What is Timmy's response?

11:37AM   21   A    Not that I know of.

11:37AM   22   Q    Where would you get the firearms that you used for these

11:37AM   23   robberies?

11:37AM   24   A    Some I would get from Mills.  Some I get from Lance.  But

11:37AM   25   a few I've been caught with, I got busted with them from Mills.

11:37AM    1    Q    That's Wayne Miller?

11:37AM    2    A    Yes.

11:37AM    3         MR. NAMMAR:  Could we show the witness only 1-709,

11:37AM    4    Your, Honor, from the original list?

11:37AM    5         THE COURT:  Go ahead.

11:37AM    6    BY MR. NAMMAR:

11:37AM    7    Q    Thank you.  Do you recognize the map that's shown here as

11:38AM    8    the Mapunapuna area?

11:38AM    9    A    Yes.

11:38AM   10    Q    Does this appear to you to be an accurate map of the

11:38AM   11    Mapunapuna area?

11:38AM   12    A    Yes.

11:38AM   13         MR. NAMMAR:  Your Honor, I move to admit 1-709.

11:38AM   14         MR. KENNEDY:  No objection.

11:38AM   15         THE COURT:  1-709 is admitted.  You may publish.

11:38AM   16         (Exhibit 1-709 was received in evidence.)

11:38AM   17    BY MR. NAMMAR:

11:38AM   18    Q    If we can just zoom in, like, right here.

11:38AM   19         Do you see the area where you committed the robbery on

11:38AM   20    this map, the general vicinity?

11:38AM   21    A    I don't know the exact area but I know it was in this

11:38AM   22    industrial area back here.

11:38AM   23    Q    If you can circle the general area where you think it was.

11:39AM   24         For the record, you're circling just mauka of IHop,

11:39AM   25    correct?

| 11:39AM | 1 | A | I think so. |
| 11:39AM | 2 | Q | We can take that down.  So still in 2016, did Mr. Miske |
| 11:39AM | 3 | | task you with assaulting somebody named Shayden Wolf? |
| 11:39AM | 4 | A | Yes. |
| 11:39AM | 5 | Q | What did he say about Shayden Wolf? |
| 11:39AM | 6 | A | That the kid stole one of his nephew's chains. |
| 11:39AM | 7 | Q | What did you know about Shayden Wolf? |
| 11:39AM | 8 | A | I didn't know much about him. |
| 11:39AM | 9 | Q | Did you know who Miske's nephew was? |
| 11:39AM | 10 | A | Not really, but I've heard of him around. |
| 11:39AM | 11 | Q | Okay.  And what did Miske tell you to do? |
| 11:39AM | 12 | A | To assault him -- have somebody assault him. |
| 11:40AM | 13 | Q | Okay.  So he specifically had told you to have somebody |
| 11:40AM | 14 | | assault him? |
| 11:40AM | 15 | A | Yes. |
| 11:40AM | 16 | Q | And did you follow through on his request? |
| 11:40AM | 17 | A | Yes. |
| 11:40AM | 18 | Q | Who did you have assault Shayden Wolf? |
| 11:40AM | 19 | A | Keoni Adric. |
| 11:40AM | 20 | Q | And were you present when that happened? |
| 11:40AM | 21 | A | Yes. |
| 11:40AM | 22 | Q | Where did it go down? |
| 11:40AM | 23 | A | At the Waimanalo Apartments. |
| 11:40AM | 24 | Q | What happened during the assault? |
| 11:40AM | 25 | A | We were parked in the Waimanalo Apartments.  Keoni jumped |

| | | |
|---|---|---|
| 11:40AM | 1 | out and punched Shayden a few times. |
| 11:40AM | 2 | Q    Did you get any money afterwards from Mr. Miske? |
| 11:40AM | 3 | A    We did. |
| 11:40AM | 4 | Q    Do you recall how much? |
| 11:40AM | 5 | A    I think a thousand dollars. |
| 11:40AM | 6 | MR. NAMMAR:  Can we show the witness only 1-919, Your |
| 11:41AM | 7 | Honor, from the original list? |
| 11:41AM | 8 | THE COURT:  Go ahead. |
| 11:41AM | 9 | BY MR. NAMMAR: |
| 11:41AM | 10 | Q    Thank you.  The contact M2, who do you recognize that to |
| 11:41AM | 11 | be? |
| 11:41AM | 12 | A    That's Mike. |
| 11:41AM | 13 | Q    And if we look at the first bubble, this is you texting |
| 11:41AM | 14 | Michael Miske? |
| 11:41AM | 15 | A    Yes. |
| 11:41AM | 16 | Q    And is this in regard to the assault on Shayden Wolf? |
| 11:41AM | 17 | A    Yes. |
| 11:41AM | 18 | Q    And the communications that follow are coordinating to |
| 11:41AM | 19 | meet up with Michael Miske? |
| 11:41AM | 20 | A    Yes. |
| 11:41AM | 21 | MR. NAMMAR:  Your Honor, I move to admit 1-919. |
| 11:41AM | 22 | THE COURT:  Any objection? |
| 11:41AM | 23 | MR. KENNEDY:  No objection. |
| 11:41AM | 24 | THE COURT:  1-919 is admitted then.  Without |
| 11:41AM | 25 | objection, you may publish. |

11:41AM   1              (Exhibit 1-919 was received in evidence.)

11:41AM   2    BY MR. NAMMAR:

11:41AM   3    Q    Thank you.  If we zoom in here at the top, so M2, is that

11:42AM   4    a contact that you had for Mr. Miske in your phone?

11:42AM   5    A    Yes.

11:42AM   6    Q    And then if we look at the first text messages, zoom in on

11:42AM   7    that.  First off, it says "bro."

11:42AM   8              Is that a word -- that's a generic term, right?

11:42AM   9    A    Yes.

11:42AM  10    Q    But is it also a term that you would use to refer to

11:42AM  11    Mr. Miske?

11:42AM  12    A    Yes.

11:42AM  13    Q    Would you use that term with John Stancil to refer to

11:42AM  14    Mr. Miske?

11:42AM  15    A    Yes.

11:42AM  16    Q    And Lance Bermudez?

11:42AM  17    A    Yes.

11:42AM  18    Q    And others?

11:42AM  19    A    Yes.

11:42AM  20    Q    It says -- first it says, "Bro, this is J."

11:42AM  21              What did you mean by J?

11:42AM  22    A    This is Jake.

11:42AM  23    Q    "This is my new number.  We just went light up the boy

11:42AM  24    that took Denver chain right outside his house.  Call me."

11:42AM  25              What is that a reference to?

| 11:42AM | 1 | A | To the kid Shayden Wolf. |
| 11:42AM | 2 | Q | Who is Denver? |
| 11:42AM | 3 | A | That was the nephew. |
| 11:43AM | 4 | Q | And then, in blue there, is that Mr. Miske's response? |
| 11:43AM | 5 | A | Yes. |
| 11:43AM | 6 | Q | "Fly up to Starbucks Ward." |
| 11:43AM | 7 | A | Yes. |
| 11:43AM | 8 | Q | What does that refer to? |
| 11:43AM | 9 | A | Come up there to meet him at Starbucks. |
| 11:43AM | 10 | Q | Is that a place that you were aware that Mr. Miske would |
| 11:43AM | 11 |  | hang out quite a bit? |
| 11:43AM | 12 | A | Yes. |
| 11:43AM | 13 | Q | Was that near his office? |
| 11:43AM | 14 | A | Yes. |
| 11:43AM | 15 | Q | In Kaka'ako? |
| 11:43AM | 16 | A | Yes. |
| 11:43AM | 17 | Q | And if we keep scrolling down, your response is "you're |
| 11:43AM | 18 |  | coming now, Bro.  Wait for me, I be there"? |
| 11:43AM | 19 | A | Yes. |
| 11:43AM | 20 | Q | "I'll be there in two minutes, taking Kinau." |
| 11:43AM | 21 |  | Do you see that? |
| 11:43AM | 22 | A | Yes. |
| 11:43AM | 23 | Q | What is "Kinau"? |
| 11:43AM | 24 | A | The exit on one of the cut-offs. |
| 11:43AM | 25 | Q | So it's near by to the Starbucks? |

| | | | |
|---|---|---|---|
| 11:43AM | 1 | A | Yes. |
| 11:43AM | 2 | Q | And then later on, there is a gap that's on October 19th, |
| 11:43AM | 3 | | right? |
| 11:43AM | 4 | A | Um-hm. |
| 11:43AM | 5 | Q | Below that, there is a gap in time; do you see that? |
| 11:44AM | 6 | A | Yes. |
| 11:44AM | 7 | Q | Next message is in November; do you see that? |
| 11:44AM | 8 | A | Yes. |
| 11:44AM | 9 | Q | Did you meet up with Mr. Miske at the Starbucks Ward? |
| 11:44AM | 10 | A | Yes. |
| 11:44AM | 11 | Q | What happened there? |
| 11:44AM | 12 | A | I got paid there. |
| 11:44AM | 13 | Q | For this assault? |
| 11:44AM | 14 | A | Yes. |
| 11:44AM | 15 | Q | Did you give any of the money to Adric? |
| 11:44AM | 16 | A | Yes. |
| 11:44AM | 17 | Q | How much? |
| 11:44AM | 18 | A | We split it. |
| 11:44AM | 19 | Q | We can take that down. |
| 11:44AM | 20 | | Also in 2016, did you ever ask for Ashlin Akau's |
| 11:44AM | 21 | | assistance in renting a safe car? |
| 11:44AM | 22 | A | Yes. |
| 11:44AM | 23 | Q | Why did you do that? |
| 11:44AM | 24 | A | Because we were -- Lance mostly -- only had stolen cars. |
| 11:44AM | 25 | Q | What does it -- |

| | | | |
|---|---|---|---|
| 11:44AM | 1 | A | He needed a safe car to drive around in. |
| 11:44AM | 2 | Q | What do you mean by "safe car"? |
| 11:44AM | 3 | A | A legal car that we didn't have to worry about getting |
| 11:45AM | 4 | | chased in. |
| 11:45AM | 5 | Q | And did Ashlin Akau assist you with that? |
| 11:45AM | 6 | A | Yes. |
| 11:45AM | 7 | Q | Did Norman Akau help out at all? |
| 11:45AM | 8 | A | Yes. |
| 11:45AM | 9 | Q | How? |
| 11:45AM | 10 | A | He contacted her and had her go get me the car. |
| 11:45AM | 11 | Q | And at this point in time, had you started to, at times, |
| 11:45AM | 12 | | been romantically involved with Ashlin Akau? |
| 11:45AM | 13 | A | She was my friend. |
| 11:45AM | 14 | Q | Did you end up getting the car? |
| 11:45AM | 15 | A | Yes. |
| 11:45AM | 16 | Q | From Ashlin? |
| 11:45AM | 17 | A | Yes. |
| 11:45AM | 18 | Q | And did you let Lance drive it? |
| 11:45AM | 19 | A | Yes. |
| 11:45AM | 20 | Q | Did you also let Dae Han drive the car? |
| 11:45AM | 21 | A | Yes. |
| 11:45AM | 22 | Q | Were you made aware from Dae Han about something that |
| 11:45AM | 23 | | happened in the car? |
| 11:45AM | 24 | A | Yes. |
| 11:45AM | 25 | Q | What happened in the car? |

11:45AM   1   A   Me and Lance were at our friend's house one day and Dae

11:46AM   2   Han told us that he just got into a shooting in the car.

11:46AM   3   Q   And at that point in time, was that the end of the car

11:46AM   4   being a safe car?

11:46AM   5   A   Yes.

11:46AM   6   Q   What happened with the car?

11:46AM   7   A   We had to return it.

11:46AM   8       MR. NAMMAR:  Can we publish, Your Honor, 1-706 from

11:46AM   9   the original list?

11:46AM  10       THE COURT:  Yes.  Go ahead.

11:46AM  11   BY MR. NAMMAR:

11:46AM  12   Q   Do you recognize this car?

11:46AM  13   A   Yes.

11:46AM  14   Q   Does it look to you to be the same as the safe car?

11:46AM  15   A   Yes.

11:46AM  16   Q   We can take that down.

11:46AM  17       Also in the back half of 2016, did you learn that Dae

11:46AM  18   Han and Lance were getting cars from the docks?

11:47AM  19   A   Yes.

11:47AM  20   Q   How were they doing that?

11:47AM  21   A   They were cutting holes big enough to drive out of the

11:47AM  22   fence.

11:47AM  23   Q   And then stealing cars?

11:47AM  24   A   Yes.

11:47AM  25   Q   Did you become aware of Dae Han getting arrested for being

11:47AM    1    in one of those cars?

11:47AM    2    A    Yes.

11:47AM    3    Q    Was that in or around December of 2016?

11:47AM    4    A    Yes.

11:47AM    5    Q    And did you learn information that he had a firearm in

11:47AM    6    that car?

11:47AM    7    A    Yes.

11:47AM    8    Q    Shortly thereafter, did Lance Bermudez also get arrested?

11:47AM    9    A    Yes.

11:47AM   10    Q    And do they both end up to be representative by Alen

11:47AM   11    Kaneshiro?

11:47AM   12    A    In the beginning.

11:47AM   13    Q    At the beginning?

11:47AM   14    A    Yes.

11:47AM   15    Q    And Alen, as you mentioned, was Miske's contact?

11:47AM   16    A    Yes.

11:47AM   17    Q    And he also represented you at times?

11:47AM   18    A    Yes.

11:47AM   19    Q    Did Mr. Miske tell anything to you about offering your

11:48AM   20    services to Alen Kaneshiro?

11:48AM   21    A    He did.

11:48AM   22    Q    What did he tell you?

11:48AM   23    A    He told me that if I couldn't pay him, then I should go

11:48AM   24    there and let him know that I can do something for him.

11:48AM   25    Q    Do what?

```
11:48AM   1   A    Just let him know that I could put in work for him.

11:48AM   2   Q    What did you think he was referring to with "work"?

11:48AM   3   A    I'm guessing assault somebody.

11:48AM   4   Q    What did you think about that idea?

11:48AM   5   A    I didn't do it because he was a lawyer.

11:48AM   6   Q    You thought it was a bad idea?

11:48AM   7   A    Yes.

11:48AM   8        MR. NAMMAR:  Can we show the witness only 1-944 at

11:48AM   9   this time, Your Honor?

11:48AM  10        THE COURT:  Go ahead.

11:48AM  11   BY MR. NAMMAR:

11:48AM  12   Q    Thank you.  Do you recognize the contact on this message?

11:49AM  13   A    Yes.

11:49AM  14   Q    Who is that contact?

11:49AM  15   A    Alen.

11:49AM  16   Q    This is the lawyer, Alen Kaneshiro?

11:49AM  17   A    Yes.

11:49AM  18   Q    And do you recognize the green bubble to be a message from

11:49AM  19   you?

11:49AM  20   A    Yes.

11:49AM  21   Q    And are you asking for an update on the status of a

11:49AM  22   pending criminal investigation?

11:49AM  23   A    Yes.

11:49AM  24   Q    Is this one of the things that Alen was helping you with?

11:49AM  25   A    Yes.
```

| | | |
|---|---|---|
| 11:49AM | 1 | Q    And if we go to the second bubble, in response, is he |
| 11:49AM | 2 | talking to you also about Dae Han's case? |
| 11:49AM | 3 | A    Yes. |
| 11:49AM | 4 | Q    The gun case we just talked about? |
| 11:49AM | 5 | A    Yes. |
| 11:49AM | 6 | Q    If we go to page two, is he giving you an update in blue |
| 11:50AM | 7 | there that he will have reports related to Dae Han's case in a |
| 11:50AM | 8 | week? |
| 11:50AM | 9 | A    Yes. |
| 11:50AM | 10 | Q    And then are you asking below that for updates on a gun |
| 11:50AM | 11 | that was taken by the police related to you? |
| 11:50AM | 12 | A    Yes. |
| 11:50AM | 13 | Q    And if we go to page three. |
| 11:50AM | 14 | Do you let Mr. Kaneshiro know that you've been laying |
| 11:50AM | 15 | low with Johnnie Stancil? |
| 11:50AM | 16 | A    Yes. |
| 11:50AM | 17 | MR. NAMMAR:  Move to admit 1-944. |
| 11:50AM | 18 | THE COURT:  Any objection? |
| 11:50AM | 19 | MR. KENNEDY:  No objection. |
| 11:50AM | 20 | THE COURT:  1-944 is admitted.  You may publish. |
| 11:50AM | 21 | (Exhibit 1-944 was received in evidence.) |
| 11:50AM | 22 | BY MR. NAMMAR: |
| 11:50AM | 23 | Q    Thank you.  All right, if we can start with the contact. |
| 11:50AM | 24 | This is the contact for Alen Kaneshiro? |
| 11:51AM | 25 | A    Yes. |

11:51AM   1   Q    If we look at the first text message, are you asking for

11:51AM   2   an update on your pending case -- an impending investigation?

11:51AM   3   A    I'm not sure if it's mine or Dae Han's.

11:51AM   4   Q    Did it appear to you from your interactions with Alen

11:51AM   5   Kaneshiro where he had a source of information where he could

11:51AM   6   get information from the police?

11:51AM   7   A    Yes.

11:51AM   8   Q    And did you think that that was helpful?

11:51AM   9   A    Yes.

11:51AM   10  Q    In response here, is Mr. Kaneshiro telling you "nothing

11:51AM   11  yet," but that he's concerned about the gun they recovered in

11:51AM   12  Dae's case?

11:51AM   13       Do you see that?

11:51AM   14  A    Yes.

11:51AM   15  Q    Is that in reference to the stolen car that he was

11:51AM   16  arrested in, in December of 2016, Mr. Moon?

11:51AM   17  A    Yes.

11:52AM   18  Q    And if we go to the next page, you respond, "Why, what

11:52AM   19  happened?  Oh, I see what you mean."  Scrolling down.

11:52AM   20       And then on the left side, Mr. Kaneshiro said, "I

11:52AM   21  should have the reports for Dae's case in a week."

11:52AM   22       Do you see that?

11:52AM   23  A    Yes.

11:52AM   24  Q    Do you ask him going down, "As far as the gun and all that

11:52AM   25  on my side," are you referring to yourself there?

11:52AM   1   A   Yes.

11:52AM   2   Q   "Am I looking -- am I still nothing strong," right?

11:52AM   3   A   Yes.

11:52AM   4   Q   And his response is -- if we go on the next page, right.

11:52AM   5   Do you see that?  "As far as I know."

11:52AM   6       Then following that, you tell Mr. Kaneshiro, "I've

11:52AM   7   been with Johnnie lately, laying low at his house.  So I'm

11:53AM   8   probably going to keep staying here."

11:53AM   9       Do you see that?

11:53AM   10  A   Yes.

11:53AM   11  Q   Were you concerned at this time that you were being

11:53AM   12  investigated by law enforcement authorities?

11:53AM   13  A   Yes.

11:53AM   14  Q   And if we go down.  In this message, you're asking for an

11:53AM   15  update from Mr. Kaneshiro and you explain that "one of my

11:53AM   16  friends said there was Suburbans all parked outside my old

11:53AM   17  Kalihi house"?

11:53AM   18  A   Yes.

11:53AM   19  Q   What is that a reference to?

11:53AM   20  A   I was wondering if he heard anything about my Kalihi house

11:53AM   21  being raided.

11:53AM   22  Q   Had you heard information about that?

11:53AM   23  A   Somebody was driving by my Kalihi house.  Timmy had let me

11:53AM   24  know there was a bunch of cops outside my house.

11:53AM   25  Q   And were you concerned about that?

| | | | |
|---|---|---|---|
| 11:53AM | 1 | A | Yes. |
| 11:53AM | 2 | Q | When you had contact with law enforcement, would you reach |
| 11:54AM | 3 | | out to Mr. Miske about things like that? |
| 11:54AM | 4 | A | Yes. |
| 11:54AM | 5 | Q | Why would you do that? |
| 11:54AM | 6 | A | Because I felt like he had resources to figure out what |
| 11:54AM | 7 | | was going on. |
| 11:54AM | 8 | Q | We can take that down.  In the 2016 and '17 time frame, |
| 11:54AM | 9 | | were you also tasked to do something with Elgin Calles? |
| 11:54AM | 10 | A | Yes. |
| 11:54AM | 11 | Q | What were you tasked to do? |
| 11:54AM | 12 | A | We were just supposed to assault him. |
| 11:54AM | 13 | Q | You were supposed to assault him? |
| 11:54AM | 14 | A | Yes. |
| 11:54AM | 15 | Q | Who gave you that? |
| 11:54AM | 16 | A | Miller. |
| 11:54AM | 17 | Q | Did you ever talk to Mr. Miske about Elgin? |
| 11:54AM | 18 | A | He has asked about if I thought that they were really |
| 11:54AM | 19 | | going to get it done, because he's with multiple people, not |
| 11:54AM | 20 | | just me. |
| 11:54AM | 21 | Q | Sorry, I didn't catch that. |
| 11:54AM | 22 | | Could you put the mic a little closer? |
| 11:54AM | 23 | A | He asked me if I thought it was going to get done because |
| 11:55AM | 24 | | Miller went with multiple people, not just me, on multiple |
| 11:55AM | 25 | | different occasions. |

| | | | |
|---|---|---|---|
| 11:55AM | 1 | Q | So he is asking you for an update? |
| 11:55AM | 2 | A | Yes. |
| 11:55AM | 3 | Q | And who was Elgin, if you know? |
| 11:55AM | 4 | A | I wasn't sure at the time.  I just knew he had something |
| 11:55AM | 5 | | to do with stevedores or something like that. |
| 11:55AM | 6 | Q | Can you tell the jury what the stevedores is? |
| 11:55AM | 7 | A | The stevedores were dock workers.  They were good jobs. |
| 11:55AM | 8 | Q | And did you know whether in the past Mr. Miske had gotten |
| 11:55AM | 9 | | any people jobs there? |
| 11:55AM | 10 | A | I've heard he has, but I didn't know. |
| 11:55AM | 11 | Q | Do you end up following Elgin around? |
| 11:55AM | 12 | A | Yes. |
| 11:55AM | 13 | Q | With who? |
| 11:55AM | 14 | A | Me and Miller. |
| 11:55AM | 15 | Q | And what kind of vehicle do you recall being in with |
| 11:55AM | 16 | | Miller? |
| 11:55AM | 17 | A | I don't recall but we were in an SUV. |
| 11:56AM | 18 | Q | When you were in that SUV, do you recall -- when you were |
| 11:56AM | 19 | | following Elgin around, do you recall Mr. Miller having a phone |
| 11:56AM | 20 | | conversation? |
| 11:56AM | 21 | A | Yes. |
| 11:56AM | 22 | Q | Could you recognize the other person on the end of that |
| 11:56AM | 23 | | call's voice? |
| 11:56AM | 24 | A | Yes. |
| 11:56AM | 25 | Q | Who did you recognize that to be? |

| 11:56AM | 1 | A | Mike. |

11:56AM   2   Q   And what were the two talking about?

11:56AM   3   A   I'm listening to Miller.  He was letting him know that it

11:56AM   4   wasn't done yet.

11:56AM   5   Q   What wasn't done?

11:56AM   6   A   That Elgin -- nothing happened to Elgin.

11:56AM   7   Q   So they were discussing the assault of Elgin?

11:56AM   8   A   Yes.

11:56AM   9   Q   Do you remember a particular time in the Kapahulu area of

11:56AM   10   Honolulu with Elgin?

11:56AM   11   A   Yes.

11:56AM   12   Q   What do you recall?

11:56AM   13   A   We seen him stop at a restaurant in the Kapahulu area.  We

11:56AM   14   were supposed to jump out and do it right there, but Miller

11:56AM   15   told us to come back.

11:57AM   16   Q   Who was we?

11:57AM   17   A   Me and Miller was going to get out and do it, and I don't

11:57AM   18   know if it was Norman with us or somebody else.

11:57AM   19   Q   So Miller told you not to do it?

11:57AM   20   A   Yes.

11:57AM   21   Q   Were you ready to do it?

11:57AM   22   A   Yes.

11:57AM   23   Q   Were you ever made aware that there was a tracking device

11:57AM   24   on Elgin's vehicle?

11:57AM   25   A   Yes.

| | | | |
|---|---|---|---|
| 11:57AM | 1 | Q | How were you made aware of that? |
| 11:57AM | 2 | A | Because Miller was following it. |
| 11:57AM | 3 | Q | And how did that device work, if you know? |
| 11:57AM | 4 | A | He had the tracker underneath Elgin's car, and I think he |
| 11:57AM | 5 | | was using a burner. |
| 11:57AM | 6 | Q | Did you see him at times using the burner phone with the |
| 11:57AM | 7 | | app on it? |
| 11:57AM | 8 | A | Yes. |
| 11:57AM | 9 | Q | To track Elgin? |
| 11:57AM | 10 | A | Yes. |
| 11:57AM | 11 | Q | Do you remember at one point being at a golf course and |
| 11:58AM | 12 | | doing anything with that tracker? |
| 11:58AM | 13 | A | Yes. |
| 11:58AM | 14 | Q | What do you recall doing? |
| 11:58AM | 15 | A | We were at the golf course and he jumped out to grab the |
| 11:58AM | 16 | | tracker. |
| 11:58AM | 17 | Q | Who did? |
| 11:58AM | 18 | A | Miller. |
| 11:58AM | 19 | Q | Which golf course? |
| 11:58AM | 20 | A | The golf course -- the military golf course across from |
| 11:58AM | 21 | | FDC Honolulu. |
| 11:58AM | 22 | | MR. NAMMAR:  Your Honor, could we publish 1-15 from |
| 11:58AM | 23 | | the original list? |
| 11:58AM | 24 | | THE COURT:  Go ahead. |
| 11:58AM | 25 | | BY MR. NAMMAR: |

| | | | |
|---|---|---|---|
| 11:58AM | 1 | Q | Mr. Smith, 1-15 is up. |
| 11:58AM | 2 | | Do you recognize this building? |
| 11:58AM | 3 | A | Yes. |
| 11:58AM | 4 | Q | Did you do anything with respect to Elgin at this |
| 11:58AM | 5 | | building? |
| 11:58AM | 6 | A | We followed him into the parking garage. |
| 11:58AM | 7 | Q | Why did you do that? |
| 11:58AM | 8 | A | Because Miller was following him all day.  We were trying |
| 11:59AM | 9 | | to assault him. |
| 11:59AM | 10 | Q | What relation to this building did you understand Elgin to |
| 11:59AM | 11 | | have? |
| 11:59AM | 12 | A | I understood Elgin lived there. |
| 11:59AM | 13 | Q | We can take that down. |
| 11:59AM | 14 | | Also in the 2016 -- around the 2016 time frame, did |
| 11:59AM | 15 | | Mr. Miske talk to you about a Daniel Miller? |
| 11:59AM | 16 | A | Yes. |
| 11:59AM | 17 | Q | What did he tell you about a Daniel Miller? |
| 11:59AM | 18 | A | He just told me that there was a -- Daniel Miller was |
| 11:59AM | 19 | | another club owner and they didn't really like each other. |
| 11:59AM | 20 | | Something happened at the club with his cousin. |
| 11:59AM | 21 | Q | Who was -- who did you understand to be Miller's cousin? |
| 11:59AM | 22 | A | Galmichi. |
| 11:59AM | 23 | Q | So Miske told you he didn't like Daniel Miller. |
| 11:59AM | 24 | | Did he ask you to do anything with respect to Daniel |
| 11:59AM | 25 | | Miller who was Galmichi's cousin? |

12:00PM   1   A    Me and Johnnie was supposed to go to the guy's

12:00PM   2   girlfriend's bar, Michelle's, and let her know we had girls

12:00PM   3   that wanted to work, and if Daniel came out, we were supposed

12:00PM   4   to assault him.

12:00PM   5   Q    Miske tasked you guys to do that?

12:00PM   6   A    Yes.

12:00PM   7   Q    Which bar was this?

12:00PM   8   A    Michelle's.

12:00PM   9   Q    In furtherance of that direction, did you go do that?

12:00PM   10  A    No.

12:00PM   11  Q    Did you go to Michelle's?

12:00PM   12  A    Yes.

12:00PM   13  Q    Were you able to find Daniel Miller there?

12:00PM   14  A    No.

12:00PM   15  Q    You didn't see him there?

12:00PM   16  A    No.

12:00PM   17  Q    Later on, were you tasked with -- by Mr. Miske to do

12:00PM   18  something different with Daniel Miller?

12:00PM   19  A    He let us know that we could go and burn down Daniel

12:00PM   20  Miller's house at the bottom of Pupukea.

12:00PM   21  Q    If you could just pull the mic a little closer to you.

12:00PM   22       So he tasked you with burning down his house?

12:00PM   23  A    Yes.

12:00PM   24  Q    Where was his house?

12:00PM   25  A    At the bottom of Pupukea, the north shore.

| | | | |
|---|---|---|---|
| 12:01PM | 1 | Q | How did you know that he lived at the bottom of Pupukea? |
| 12:01PM | 2 | A | Somebody took us by his house over there.  Johnnie took us |
| 12:01PM | 3 | | out one day. |
| 12:01PM | 4 | Q | Johnnie took you out and showed you his house? |
| 12:01PM | 5 | A | Yes. |
| 12:01PM | 6 | Q | When you say we, who is we? |
| 12:01PM | 7 | A | Me and Lance. |
| 12:01PM | 8 | Q | And in furtherance of that plan, did you go out there on |
| 12:01PM | 9 | | multiple occasions to Daniel Miller's house? |
| 12:01PM | 10 | A | We drove by it a bunch of times. |
| 12:01PM | 11 | Q | Did you talk to Lance about burning it? |
| 12:01PM | 12 | A | We did, but we didn't really care about doing it. |
| 12:01PM | 13 | Q | You didn't go through with it? |
| 12:01PM | 14 | A | No. |
| 12:01PM | 15 | Q | Was there a monetary offer made by Mr. Miske to burn down |
| 12:01PM | 16 | | Daniel Miller's house? |
| 12:01PM | 17 | A | Yes. |
| 12:01PM | 18 | Q | What did he offer you? |
| 12:01PM | 19 | A | 5,000. |
| 12:01PM | 20 | Q | Would John Stancil ever ask you for updates on burning |
| 12:01PM | 21 | | down Daniel Miller's house? |
| 12:01PM | 22 | A | He would let us know that we still had that job available |
| 12:02PM | 23 | | to do if we wanted to do it. |
| 12:02PM | 24 | Q | If you were hungry? |
| 12:02PM | 25 | A | Yes. |

| | | | |
|---|---|---|---|
| 12:02PM | 1 | Q | But you did not go through with it? |
| 12:02PM | 2 | A | No. |
| 12:02PM | 3 | | MR. NAMMAR:  We can show the witness only now 1-908 |
| 12:02PM | 4 | | from the original. |
| 12:02PM | 5 | | THE COURT:  Go ahead. |
| 12:02PM | 6 | | BY MR. NAMMAR: |
| 12:02PM | 7 | Q | This is for a Samsung Galaxy. |
| 12:02PM | 8 | | Do you see that at the top? |
| 12:02PM | 9 | A | Yes. |
| 12:02PM | 10 | Q | And if we zoom out now, and we zoom in under user |
| 12:02PM | 11 | | accounts. |
| 12:03PM | 12 | | Do you see your name listed here in the user account? |
| 12:03PM | 13 | A | Yes. |
| 12:03PM | 14 | Q | And do you also recognize an email as one that you had |
| 12:03PM | 15 | | used? |
| 12:03PM | 16 | A | Yes. |
| 12:03PM | 17 | | MR. NAMMAR:  Your Honor, I move to admit this |
| 12:03PM | 18 | | preliminary device report 1-908. |
| 12:03PM | 19 | | THE COURT:  Any objection? |
| 12:03PM | 20 | | MR. KENNEDY:  No objection. |
| 12:03PM | 21 | | THE COURT:  1-908 is admitted without objection.  You |
| 12:03PM | 22 | | may publish it. |
| 12:03PM | 23 | | (Exhibit 1-908 was received in evidence.) |
| 12:03PM | 24 | | BY MR. NAMMAR: |
| 12:03PM | 25 | Q | Mr. Smith, we are looking at a preliminary device report |

12:03PM    1    for a Samsung Galaxy.

12:03PM    2              Do you see that?

12:03PM    3    A    Yes.

12:03PM    4    Q    And if we scroll out and the user accounts, if we can zoom

12:03PM    5    in on that, that are associated with this are -- the account

12:03PM    6    name is Jake Smith; that's you, right?

12:03PM    7    A    Yes.

12:03PM    8    Q    And the user name is why you gotta say it like that Jake,

12:03PM    9    right?

12:03PM   10    A    Yes.

12:03PM   11    Q    Is that a Gmail account that you sometimes used?

12:03PM   12    A    Yes.

12:03PM   13              MR. NAMMAR:  And if we can show the witness now only

12:04PM   14    1-909.

12:04PM   15              THE COURT:  Go ahead.

12:04PM   16    BY MR. NAMMAR:

12:04PM   17    Q    Do you recognize, Mr. Smith, these as contacts from that

12:04PM   18    same phone that you had?

12:04PM   19    A    Yes.

12:04PM   20    Q    Some of them are for DAE.  Do you recognize that as Dae

12:04PM   21    Han?

12:04PM   22    A    Yes.

12:04PM   23              MR. NAMMAR:  Your Honor, I move to admit 1-909.

12:04PM   24              THE COURT:  Any objection, counsel?

12:04PM   25              MR. KENNEDY:  No objection.

| | | |
|---|---|---|
| 12:04PM | 1 | THE COURT:  1-909 then is admitted without objection, |
| 12:04PM | 2 | and you may show it to the jury. |
| 12:04PM | 3 | (Exhibit 1-909 was received in evidence.) |
| 12:04PM | 4 | BY MR. NAMMAR: |
| 12:04PM | 5 | Q    Thank you.  Mr. Smith, I want to walk through some of the |
| 12:04PM | 6 | contacts you had on this phone.  We can start with contact |
| 12:04PM | 7 | number two. |
| 12:04PM | 8 | Who is Dae? |
| 12:04PM | 9 | A    Dae Han. |
| 12:04PM | 10 | Q    If we can go to contact number six. |
| 12:04PM | 11 | Who is Hamm? |
| 12:04PM | 12 | A    Lance. |
| 12:04PM | 13 | Q    What was that short for? |
| 12:05PM | 14 | A    Hammah. |
| 12:05PM | 15 | Q    And go to contact eight.  Who was Harry Boy? |
| 12:05PM | 16 | A    Harry Kauhi. |
| 12:05PM | 17 | Q    Go to 11.  Who is JB? |
| 12:05PM | 18 | A    John Stancil. |
| 12:05PM | 19 | Q    What's the B for? |
| 12:05PM | 20 | A    John Blane. |
| 12:05PM | 21 | Q    Is Blane his middle name? |
| 12:05PM | 22 | A    Yes. |
| 12:05PM | 23 | Q    And if we can scroll down to 13.  It's another contact |
| 12:05PM | 24 | under the name Johnnie Blane. |
| 12:05PM | 25 | A    Yes. |

12:05PM   1   Q   Would that be for Stancil?

12:05PM   2   A   Yes.

12:05PM   3   Q   If we could go to 17.

12:05PM   4       Do you recognize the contact under M?

12:05PM   5   A   Yes.

12:05PM   6   Q   Who is that for?

12:05PM   7   A   Mike.

12:05PM   8   Q   And if we go to 20.  And that's Mike Miske?

12:05PM   9   A   Yes.

12:05PM  10   Q   Contact under M2, who is that for?

12:05PM  11   A   That's for Mike.

12:05PM  12   Q   Mike Miske as well?

12:06PM  13   A   Yes.

12:06PM  14   Q   And had we just looked at Shayden Wolf messages with the

12:06PM  15   contact M2 before?

12:06PM  16   A   Yes.

12:06PM  17   Q   If we go to number 23.

12:06PM  18       Who is Norm?

12:06PM  19   A   Norman Akau.

12:06PM  20   Q   And the contact right below that, Timmy boy?

12:06PM  21   A   Yes.

12:06PM  22   Q   Who is that?

12:06PM  23   A   That was Tim Taboada.

12:06PM  24   Q   Is that the person you would give your methamphetamine to,

12:06PM  25   right?

| | | | |
|---|---|---|---|
| 12:06PM | 1 | A | Yes. |

12:06PM   1    A    Yes.

12:06PM   2    Q    And he would sell it on your behalf?

12:06PM   3    A    Yes.

12:06PM   4         MR. NAMMAR:  If we can show the witness now, Your

12:06PM   5    Honor, only 1-910.

12:06PM   6         THE COURT:  Go ahead.

12:06PM   7    BY MR. NAMMAR:

12:06PM   8    Q    Are these text messages, Mr. Smith, from your phone with

12:06PM   9    Dae Han Moon?

12:06PM   10   A    Yes.

12:06PM   11   Q    And are you telling him in these messages to burn a car

12:06PM   12   that's associated with the robbery?

12:06PM   13   A    Yes.

12:06PM   14   Q    Did you review these prior to coming to court today?

12:07PM   15   A    Yes.

12:07PM   16        MR. NAMMAR:  Your Honor, I move to admit 1-910.

12:07PM   17        THE COURT:  Any objection?

12:07PM   18        MR. KENNEDY:  No objection.

12:07PM   19        THE COURT:  1-910 is admitted without objection.  You

12:07PM   20   may publish.

12:07PM   21        (Exhibit 1-910 was received in evidence.)

12:07PM   22   BY MR. NAMMAR:

12:07PM   23   Q    First the contact, Dae; that's Dae Han Moon, right?

12:07PM   24   A    Yes.

12:07PM   25   Q    And if we look at the first bubble, it says, "Bro, burn

| | | |
|---|---|---|
| 12:07PM | 1 | the whip for real." |
| 12:07PM | 2 | Do you see that? |
| 12:07PM | 3 | A   Yes. |
| 12:07PM | 4 | Q   What does whip mean? |
| 12:07PM | 5 | A   A car. |
| 12:07PM | 6 | Q   And if we go down, the response is in blue, is that from |
| 12:07PM | 7 | Dae Han? |
| 12:07PM | 8 | A   Yes. |
| 12:07PM | 9 | Q   "Which one?"  And then you respond, "T." |
| 12:07PM | 10 | Do you know what you are referring to when you say T? |
| 12:07PM | 11 | A   I'm not sure. |
| 12:07PM | 12 | Q   But do you believe it to be a car? |
| 12:07PM | 13 | A   Yes. |
| 12:07PM | 14 | Q   And then if we be keep going down, and you say, "Just |
| 12:07PM | 15 | trust me.  I gotta go."  He says, "No worries.  Pretty much |
| 12:08PM | 16 | gone already."  And you're saying, "Trust me, don't leave any |
| 12:08PM | 17 | trace." |
| 12:08PM | 18 | What are you talking about here? |
| 12:08PM | 19 | A   The car was probably a stolen car we took from a robbery |
| 12:08PM | 20 | we did.  I didn't want him driving it around. |
| 12:08PM | 21 | Q   And at this time, October of 2016, were you concerned that |
| 12:08PM | 22 | law enforcement was on to you? |
| 12:08PM | 23 | A   Yes. |
| 12:08PM | 24 | Q   So you wanted this car disposed of? |
| 12:08PM | 25 | A   Yes. |

| | | | |
|---|---|---|---|
| 12:08PM | 1 | Q | Do you remember the particular robbery that you did with |
| 12:08PM | 2 | | Dae Han Moon? |
| 12:08PM | 3 | A | I'm pretty sure we robbed a drug dealer up in Aiea. |
| 12:08PM | 4 | Q | Do you remember that person's name? |
| 12:08PM | 5 | A | I don't remember. |
| 12:08PM | 6 | Q | Okay.  But you robbed him of a car? |
| 12:08PM | 7 | A | His car and cocaine. |
| 12:08PM | 8 | Q | What kind of car was it? |
| 12:08PM | 9 | A | I think it was a Acura. |
| 12:08PM | 10 | Q | An Acura? |
| 12:08PM | 11 | A | Yes. |
| 12:08PM | 12 | Q | Could a T be referring to a TL? |
| 12:08PM | 13 | A | Yes. |
| 12:09PM | 14 | | MR. NAMMAR:  Can we show the witness only now 1-912. |
| 12:09PM | 15 | | THE COURT:  Go ahead. |
| 12:09PM | 16 | | BY MR. NAMMAR: |
| 12:09PM | 17 | Q | Thank you.  Are these text messages that you exchanged in |
| 12:09PM | 18 | | 2016 with Lance Bermudez? |
| 12:09PM | 19 | A | Yes. |
| 12:09PM | 20 | Q | Under the contact Hamm, do you see that? |
| 12:09PM | 21 | A | Yes. |
| 12:09PM | 22 | Q | And are a number of these in reference to robberies that |
| 12:09PM | 23 | | you committed with Lance Bermudez? |
| 12:09PM | 24 | A | Yes. |
| 12:09PM | 25 | Q | And are some of them related to law enforcement |

| | | |
|---|---|---|
| 12:09PM | 1 | investigations of you? |
| 12:09PM | 2 | A    Yes. |
| 12:09PM | 3 | MR. NAMMAR:  Your Honor move to admit 1-912. |
| 12:09PM | 4 | THE COURT:  Any objection? |
| 12:09PM | 5 | MR. KENNEDY:  No objection. |
| 12:09PM | 6 | THE COURT:  1-912 then is admitted without objection. |
| 12:10PM | 7 | You may publish.  Mr. Nammar, when you are through with your |
| 12:10PM | 8 | question with respect to this exhibit, we should probably take |
| 12:10PM | 9 | our second break. |
| 12:10PM | 10 | MR. NAMMAR:  Yes, Your Honor. |
| 12:10PM | 11 | (Exhibit 1-912 was received in evidence.) |
| 12:10PM | 12 | BY MR. NAMMAR: |
| 12:10PM | 13 | Q    The contact at the top, Hamm, who is that? |
| 12:10PM | 14 | A    Lance Bermudez. |
| 12:10PM | 15 | Q    Okay.  You say here in the middle -- well, first of all, |
| 12:10PM | 16 | the first message, if I can show you.  You tell him you have a |
| 12:10PM | 17 | new number. |
| 12:10PM | 18 | Do you see that?  This is you in green? |
| 12:10PM | 19 | A    Yes. |
| 12:10PM | 20 | Q    Were you changing your number all the time? |
| 12:10PM | 21 | A    I changed it a lot, yes. |
| 12:10PM | 22 | Q    To avoid law enforcement detection? |
| 12:10PM | 23 | A    Yes. |
| 12:10PM | 24 | Q    Okay.  If we scroll down.  You're saying you have an easy |
| 12:10PM | 25 | one around six-ish. |

| | | | |
|---|---|---|---|
| 12:10PM | 1 | | Do you see that? |
| 12:10PM | 2 | A | Yes. |
| 12:10PM | 3 | Q | What are you referring to here? |
| 12:10PM | 4 | A | A robbery. |
| 12:10PM | 5 | Q | And then if we go down, you're saying, "Turtle needs to |
| 12:11PM | 6 | | fucking get it." |
| 12:11PM | 7 | | Do you see that? |
| 12:11PM | 8 | A | Yes. |
| 12:11PM | 9 | Q | Who is Turtle? |
| 12:11PM | 10 | A | James Salas. |
| 12:11PM | 11 | Q | Is this when you were mad at James Salas for the robberies |
| 12:11PM | 12 | | that you talked about? |
| 12:11PM | 13 | A | Yeah, when he was gone in my car, we couldn't find him. |
| 12:11PM | 14 | Q | And if we go to the next page you ask Hamm what you are |
| 12:11PM | 15 | | going to do. |
| 12:11PM | 16 | | Do you see that? |
| 12:11PM | 17 | A | Yes. |
| 12:11PM | 18 | Q | And he responds "IDK."  What does that mean? |
| 12:11PM | 19 | A | I don't know. |
| 12:11PM | 20 | Q | "Looking for somebody to rob." |
| 12:11PM | 21 | | Do you see that? |
| 12:11PM | 22 | A | Yes. |
| 12:11PM | 23 | Q | Is that one of the common things that you would text with |
| 12:11PM | 24 | | him about? |
| 12:11PM | 25 | A | Yes. |

12:11PM    1    Q    We can go to the third page.  Zoom in on the bottom two.

12:11PM    2    Says, "JB talking to him.  He said he can set him up."

12:12PM    3            Do you see that?

12:12PM    4    A    Yes.

12:12PM    5    Q    Who is JB?

12:12PM    6    A    She is asking who is that that Johnnie is talking about

12:12PM    7    that he can set up.

12:12PM    8    Q    And what does the set up refer to?

12:12PM    9    A    That Johnnie can set up for us to rob.

12:12PM   10    Q    Okay.  Let's move to page four.  Keep going down.  Sorry,

12:12PM   11    scroll up.

12:12PM   12            Is your response to the set up saying, "What's going

12:12PM   13    on here," if you could zoom in.

12:12PM   14    A    We're telling him that it's easy one.

12:12PM   15    Q    Okay.  "Flossing stacks."  What does that mean?

12:12PM   16    A    He was showing money.

12:12PM   17    Q    "On IG," what does that mean?

12:12PM   18    A    Instagram.

12:12PM   19    Q    "JB was following him today"?

12:12PM   20    A    John Blane, Johnnie.

12:13PM   21    Q    You are saying, "but I couldn't do it," because you were

12:13PM   22    with your kid?

12:13PM   23    A    Yes.

12:13PM   24    Q    If we go down you're saying, "He around Hawaii Kai and he

12:13PM   25    drive something nice."

| | | | |
|---|---|---|---|
| 12:13PM | 1 | | Do you see that? |
| 12:13PM | 2 | A | Yes. |
| 12:13PM | 3 | Q | This is referring to the person you were going to rob? |
| 12:13PM | 4 | A | Yes. |
| 12:13PM | 5 | Q | If we go to page five, at the bottom there, Lance is |
| 12:13PM | 6 | | referring to "Yeah, I go come out, going to talk to J one fast |
| 12:13PM | 7 | | one." |
| 12:13PM | 8 | | Do you know what "J" was in reference to? |
| 12:13PM | 9 | A | Yes. |
| 12:13PM | 10 | Q | Who? |
| 12:13PM | 11 | A | Jason. |
| 12:13PM | 12 | Q | That's the Jason that you told us ran the nightclub? |
| 12:13PM | 13 | A | Yes. |
| 12:13PM | 14 | Q | That you did assaults for? |
| 12:13PM | 15 | A | Yes. |
| 12:13PM | 16 | Q | If we go to page seven, the last three messages. |
| 12:14PM | 17 | | Are you discussing with Lance another robbery here? |
| 12:14PM | 18 | A | Yes. |
| 12:14PM | 19 | Q | On page eight, you say in the last two messages, "We can |
| 12:14PM | 20 | | do Nishi if you like.  Josh Kaina can set him up." |
| 12:14PM | 21 | | Is that referring to another robbery? |
| 12:14PM | 22 | A | Yes. |
| 12:14PM | 23 | | MR. NAMMAR:  I think we can take a break now, Your |
| 12:14PM | 24 | | Honor. |
| 12:14PM | 25 | | THE COURT:  All right.  Let's take our second and |

12:14PM  1   final trial break of the day.  As we go to break, I'll remind

12:14PM  2   our jurors to please refrain from discussing the substance of

12:14PM  3   this case with anyone, including each other.  Do not conduct

12:14PM  4   any independent investigation into this case; and finally, do

12:14PM  5   not access any media or other accounts of this case that may be

12:15PM  6   out there.

12:42PM  7            (Proceedings were recessed at 12:15 p.m. to 12:44

12:44PM  8   p.m.)

12:44PM  9            THE COURT:  All right.  Mr. Nammar, you may continue

12:44PM  10  with your direct examination when you are ready.

12:44PM  11           MR. NAMMAR:  Thank you, Your Honor.

12:44PM  12  BY MR. NAMMAR:

12:44PM  13  Q    I want to circle back, Mr. Smith, to something that we

12:44PM  14  talked about just to clarify something.  We looked at -- I

12:45PM  15  think we look at some text messages with Tim Taboada about a

12:45PM  16  game room robbery that reference CRU.

12:45PM  17           What is CRU?

12:45PM  18  A    CRU, crime reduction unit.

12:45PM  19  Q    What can you tell the jury?  Are those police officers?

12:45PM  20  A    Those are undercover police officers.

12:45PM  21  Q    With the Honolulu Police Department, is your

12:45PM  22  understanding?

12:45PM  23  A    Yes.

12:45PM  24  Q    And also circling back, you talked about this Shayden Wolf

12:45PM  25  assault.

| 12:45PM | 1 | | You said you brought Keoni Adric, correct? |
|---------|---|---|---|

12:45PM   1         You said you brought Keoni Adric, correct?

12:45PM   2   A   Yes.

12:45PM   3   Q   And that he did that assault?

12:45PM   4   A   Yes.

12:45PM   5   Q   What did you know about -- well, what was Keoni Adric

12:45PM   6   known for in the community as far as fighting?

12:45PM   7   A   He was a boxer.

12:45PM   8   Q   And what did you know about his boxing career?

12:45PM   9   A   That he was a pretty accomplished boxer.  He was good at

12:45PM  10   boxing.

12:45PM  11         MR. NAMMAR:  Could we show the witness only 1-914?

12:46PM  12         THE COURT:  Go ahead.

12:46PM  13   BY MR. NAMMAR:

12:46PM  14   Q   Mr. Smith, from the still from this Galaxy Samsung, same

12:46PM  15   phone, are these messages with JB?

12:46PM  16   A   Yes.

12:46PM  17   Q   And that's John Stancil, you've testified?

12:46PM  18   A   Yes.

12:46PM  19   Q   Okay.  Have you reviewed these messages prior to coming to

12:46PM  20   court?

12:46PM  21   A   Not all of them, but I've seen them.

12:46PM  22   Q   And then do you discuss robberies with John Stancil?

12:46PM  23   A   Yes.

12:46PM  24   Q   Do you also discuss Michael Miske in these messages?

12:46PM  25   A   Yes.

12:46PM    1    Q    Do you also discuss law enforcement surveillance?

12:46PM    2    A    Yes.

12:46PM    3         MR. NAMMAR:  Your Honor, I move to admit 1-914.

12:46PM    4         THE COURT:  Any objection?

12:46PM    5         MR. KENNEDY:  Counsel, how many are there?

12:46PM    6         MR. NAMMAR:  There are 26 pages.

12:47PM    7         THE COURT:  Looks like there are 28 pages to this

12:47PM    8    exhibit because the last two looks like a thumbnail picture is

12:47PM    9    blown up.

12:47PM   10         MR. NAMMAR:  Correct.

12:47PM   11         MR. KENNEDY:  No objection, Your Honor.

12:47PM   12         THE COURT:  Without objection, 1-914 then is admitted

12:47PM   13    and may be published.

12:47PM   14         (Exhibit 1-914 was received in evidence.)

12:47PM   15    BY MR. NAMMAR:

12:47PM   16    Q    If we can go to page one.

12:47PM   17         So you told us this contact was for Jonathan Stancil?

12:47PM   18    A    Yes.

12:47PM   19    Q    His middle name was Blane?

12:48PM   20    A    Yes.

12:48PM   21    Q    In the first message he is saying -- calling you up by

12:48PM   22    your full name.

12:48PM   23         Do you see that?

12:48PM   24    A    Yes.

12:48PM   25    Q    And if we go to the second page in green there, and the

12:48PM   1   three at the bottom, really.  You say, "LOL, bad life.  FBI

12:48PM   2   looking, LOL."

12:48PM   3           What is LOL?

12:48PM   4   A   Probably something he told me about us being surveilled by

12:48PM   5   the feds.

12:48PM   6   Q   So FBI -- you are referencing to the FBI is looking for

12:48PM   7   you here?

12:48PM   8   A   It's like they are watching.

12:48PM   9   Q   If we go to the next page, you say in green, "No, for

12:48PM  10   real, they said me and Hamm's name specifically."

12:49PM  11           Do you see that?

12:49PM  12   A   Yes.

12:49PM  13   Q   Is that in reference to the FBI?

12:49PM  14   A   I'm not sure what it's talking about right here.

12:49PM  15   Q   Okay.  If we scroll down now, and then is this John in

12:49PM  16   blue?

12:49PM  17   A   Yes.

12:49PM  18   Q   He goes on to say, "Bro, JS called me."

12:49PM  19           What does that refer to?

12:49PM  20   A   That Mike just called him.

12:49PM  21   Q   Scroll down.  And then it says, "He said you need to go

12:49PM  22   talk to him."

12:49PM  23           What does that refer to?

12:49PM  24   A   That Mike said I need to come and talk to him.

12:49PM  25   Q   Would you often get messages like this relayed through

12:49PM   1   John Stancil regarding Michael Miske?

12:49PM   2   A    Yes.

12:49PM   3   Q    Okay.  If we scroll down, it goes on to say, "Important."

12:49PM   4        Do you see that?

12:49PM   5   A    Yes.

12:49PM   6   Q    And then, "Bro told me tell you go see him."

12:49PM   7        Do you see that?

12:49PM   8   A    Yes.

12:49PM   9   Q    Who is the "bro" referring to?

12:49PM  10   A    To Mike.

12:50PM  11   Q    And then you respond on the next page, "Why is he helping

12:50PM  12   that person?"

12:50PM  13        Do you see that?

12:50PM  14   A    Yes.

12:50PM  15   Q    Are you referring to Teiti here?

12:50PM  16   A    I think so.

12:50PM  17   Q    We will talk about that more later on.  Response that

12:50PM  18   comes back is "ATF."

12:50PM  19        Do you know what that refers to?

12:50PM  20   A    I didn't at the time.  I just know it was some sort of

12:50PM  21   fed.

12:50PM  22   Q    Federal law enforcement?

12:50PM  23   A    Yes.

12:50PM  24   Q    If we go down, and then stop there.  "ATF," he said,

12:50PM  25   "Well, kind of same as feds.  They deal with each other."

| | | | |
|---|---|---|---|
| 12:50PM | 1 | | Do you see that? |
| 12:50PM | 2 | A | Yes. |
| 12:50PM | 3 | Q | That's John to you, right? |
| 12:50PM | 4 | A | Yes. |
| 12:50PM | 5 | Q | And when he said "he said," who did you think that he was |
| 12:50PM | 6 | | in this message? |
| 12:50PM | 7 | A | Mike. |
| 12:51PM | 8 | Q | And then scroll down.  And then here, you say, "Teiti |
| 12:51PM | 9 | | going around saying," you see that? |
| 12:51PM | 10 | A | Yes. |
| 12:51PM | 11 | Q | "She meeting with Mike"? |
| 12:51PM | 12 | A | Yes. |
| 12:51PM | 13 | Q | Who was Teiti? |
| 12:51PM | 14 | A | It was a girl from Waimanalo. |
| 12:51PM | 15 | Q | Okay.  And is this Mike?  Who does that refer to? |
| 12:51PM | 16 | A | To Mike Miske. |
| 12:51PM | 17 | Q | What is your opinion of Teiti at the time? |
| 12:51PM | 18 | A | She wasn't with us at the time. |
| 12:51PM | 19 | Q | That she wasn't to be trusted? |
| 12:51PM | 20 | A | No. |
| 12:51PM | 21 | Q | So you are letting John know this? |
| 12:51PM | 22 | A | Yes. |
| 12:51PM | 23 | Q | And you wanted him to tell Mike? |
| 12:51PM | 24 | A | Yes. |
| 12:51PM | 25 | Q | Scroll down.  Keep going.  Keep going.  Stop.  So you are |

12:51PM   1   telling him, "I know.  Tell him no help her."

12:52PM   2           This is about Teiti?

12:52PM   3   A    Yes.

12:52PM   4   Q    You are referring to tell Mike?

12:52PM   5   A    Yes.

12:52PM   6   Q    And then scrolling down, John says, "Bro don't know her."

12:52PM   7           Who is the bro that's being referred to here?

12:52PM   8   A    Mike.

12:52PM   9   Q    And if we keep going, he said ATF; do you see that?

12:52PM   10  A    Yes.

12:52PM   11  Q    That's referring to that federal law enforcement agency?

12:52PM   12  A    Yes.

12:52PM   13  Q    And then does the topic change here?  "Got one long

12:52PM   14  12-millimeter, one easy one, if you guys hunting."

12:52PM   15          Do you see that?

12:52PM   16  A    Yes.

12:52PM   17  Q    What is that referring to?

12:52PM   18  A    He is telling us that there's a 12 millimeter chain if we

12:52PM   19  want to go ahead and do it.

12:52PM   20  Q    What does hunting refer to?

12:52PM   21  A    If we are going to rob.

12:52PM   22  Q    If you go down.  Mr. Stancil says, "Text you the pic.  I'm

12:52PM   23  watching him."

12:52PM   24          Do you see that?

12:52PM   25  A    Yes.

| | | | |
|---|---|---|---|
| 12:52PM | 1 | Q | What does that refer to? |
| 12:52PM | 2 | A | That he's -- he knows who the guy is; he is watching him. |
| 12:53PM | 3 | Q | If we keep scrolling down.  Your response is "K."  And |
| 12:53PM | 4 | | then keep going down.  Mr. Stancil says, "34-inch at least 12 |
| 12:53PM | 5 | | millimeter." |
| 12:53PM | 6 | | What is that referring to? |
| 12:53PM | 7 | A | The size of the chain. |
| 12:53PM | 8 | Q | If we keep going to the next page you say, "K."  He says |
| 12:53PM | 9 | | "bingo."  And stop there. |
| 12:53PM | 10 | | Does he send you a picture? |
| 12:53PM | 11 | A | Yes. |
| 12:53PM | 12 | Q | And this is of the target -- the robbery target? |
| 12:53PM | 13 | A | Yes. |
| 12:53PM | 14 | Q | If we can go now to the second to the last page.  Zoom |
| 12:53PM | 15 | | out. |
| 12:53PM | 16 | | Is this that same picture blown up? |
| 12:53PM | 17 | A | Yes. |
| 12:53PM | 18 | Q | So he is sending you this picture as intel, like you |
| 12:53PM | 19 | | talked about earlier for robberies? |
| 12:53PM | 20 | A | Yes. |
| 12:53PM | 21 | Q | Did you go through with that one? |
| 12:53PM | 22 | A | No. |
| 12:53PM | 23 | Q | Can we go to page eight?  Is Stancil asking how Hammah is |
| 12:54PM | 24 | | doing? |
| 12:54PM | 25 | A | Yes. |

| | | | |
|---|---|---|---|
| 12:54PM | 1 | Q | Who is Hammah? |
| 12:54PM | 2 | A | Lance Bermudez. |
| 12:54PM | 3 | Q | Okay.  And you go on to talk more about Teiti; do you see |
| 12:54PM | 4 | | that? |
| 12:54PM | 5 | A | Yes. |
| 12:54PM | 6 | Q | "Wondering why bro helping." |
| 12:54PM | 7 | | Do you see that? |
| 12:54PM | 8 | A | Yes. |
| 12:54PM | 9 | Q | Could we go to page 13 now.  If you can zoom in on the |
| 12:55PM | 10 | | Mocheese (phonetic) message, second from the top.  "Mocheese |
| 12:55PM | 11 | | baby.  LMAO." |
| 12:55PM | 12 | | Do you see that? |
| 12:55PM | 13 | A | Yes. |
| 12:55PM | 14 | Q | Does LMAO mean laughing my ass off? |
| 12:55PM | 15 | A | Yes. |
| 12:55PM | 16 | Q | What is Mocheese? |
| 12:55PM | 17 | A | He was a pimp. |
| 12:55PM | 18 | Q | He was a pimp? |
| 12:55PM | 19 | A | Yes. |
| 12:55PM | 20 | Q | What did you do with that pimp? |
| 12:55PM | 21 | A | We robbed him. |
| 12:55PM | 22 | Q | Who robbed him? |
| 12:55PM | 23 | A | Me, Lance, and Dae Han. |
| 12:55PM | 24 | Q | What did you get from Mocheese? |
| 12:55PM | 25 | A | His gun, we took his car and whatever drugs was in the |

12:55PM   1   house.

12:55PM   2   Q    And if we scroll down, and then keep going down.  Stop

12:55PM   3   right there.

12:55PM   4        "On camera," do you see that?

12:55PM   5   A    Yes.

12:55PM   6   Q    Keep going down.  "I know your hoodie from your uncle."

12:56PM   7        Do you see that?

12:56PM   8   A    Yes.

12:56PM   9   Q    What is he referring to here?

12:56PM   10  A    That I was wearing a hoodie from one of my friend's

12:56PM   11  clothing stores.

12:56PM   12  Q    When you robbed Mocheese?

12:56PM   13  A    Yes.

12:56PM   14  Q    So he is talking about how it's on camera?

12:56PM   15  A    Yes.

12:56PM   16  Q    And if we keep going, and then you say, "What hoodie?"

12:56PM   17  And he is saying, "A and D, bro."

12:56PM   18        What is that referring to?

12:56PM   19  A    Armed and dangerous.

12:56PM   20  Q    The hoodie that you were wearing?

12:56PM   21  A    Yes.

12:56PM   22  Q    And if we go down.

12:56PM   23        You say, "Did they know it was me?"

12:56PM   24        Do you see that?

12:56PM   25  A    Yes.

| | | | |
|---|---|---|---|
| 12:56PM | 1 | Q | So you are asking if the people knew it was you on the |
| 12:56PM | 2 | | video? |
| 12:56PM | 3 | A | Yes. |
| 12:56PM | 4 | Q | You scroll down.  "Dangerous click."  Who is that |
| 12:56PM | 5 | | referring to? |
| 12:56PM | 6 | A | To the clothing brand. |
| 12:56PM | 7 | Q | Keep going down.  Keep going down.  Says "Dae Dae and |
| 12:57PM | 8 | | Smithers strike again." |
| 12:57PM | 9 | | Do you see that? |
| 12:57PM | 10 | A | Yes. |
| 12:57PM | 11 | Q | What does that refer to? |
| 12:57PM | 12 | A | Me and Dae Han. |
| 12:57PM | 13 | Q | Is Dae Dae a nickname for Dae Han? |
| 12:57PM | 14 | A | Yes. |
| 12:57PM | 15 | Q | Smithers is your nickname sometimes? |
| 12:57PM | 16 | A | Yes. |
| 12:57PM | 17 | Q | And then if we go down.  Keep going down.  Stop there. |
| 12:57PM | 18 | | What is he saying here? |
| 12:57PM | 19 | A | They said that they knew it was Dae, but he is telling |
| 12:57PM | 20 | | them it wasn't Dae. |
| 12:57PM | 21 | Q | So he is covering for you guys? |
| 12:57PM | 22 | A | Yes. |
| 12:57PM | 23 | Q | And if you keep going down.  Stop. |
| 12:57PM | 24 | | And then they asked who the other guy was, right? |
| 12:57PM | 25 | A | Yes. |

| | | | |
|---|---|---|---|
| 12:57PM | 1 | Q | And he is saying, "I have no idea," right?  But he just |
| 12:58PM | 2 | | told you in this message that he did know who it was, right? |
| 12:58PM | 3 | A | Yes. |
| 12:58PM | 4 | Q | Going down.  "I knew it was you."  Keep going down.  Keep |
| 12:58PM | 5 | | going down.  He is saying, "I knew it was you."  Can we go to |
| 12:58PM | 6 | | page 20.  And then "Braddah, come see you," if we can zoom in |
| 12:58PM | 7 | | on that.  This is you reaching out to Stancil again, asking if |
| 12:59PM | 8 | | Braddah come see you. |
| 12:59PM | 9 | | Who are you referring to there? |
| 12:59PM | 10 | A | To Mike. |
| 12:59PM | 11 | Q | And if you scroll down, John says no, right?  And then he |
| 12:59PM | 12 | | goes on to say "yesterday talked to him.  Said you guys got to |
| 12:59PM | 13 | | talk."  Going down.  "Go see him." |
| 12:59PM | 14 | | Is this referring to Mike Miske? |
| 12:59PM | 15 | A | Yes. |
| 12:59PM | 16 | Q | And then Stancil says, "Tell him you hungry." |
| 12:59PM | 17 | | What does that refer to? |
| 12:59PM | 18 | A | Tell him I want to work. |
| 12:59PM | 19 | Q | What kind of work? |
| 12:59PM | 20 | A | Whatever crime we are going to do to make money. |
| 12:59PM | 21 | Q | Going down.  Keep going down.  Stop right there.  John |
| 01:00PM | 22 | | says, "You guys going be ready tonight if I call you?" |
| 01:00PM | 23 | | What does that refer to? |
| 01:00PM | 24 | A | To be ready to hit something if he calls us. |
| 01:00PM | 25 | Q | A robbery? |

01:00PM   1   A   Probably.  Whatever it's going to be.

01:00PM   2   Q   And if we keep going down.  Keep going down.  You tell him

01:00PM   3   you are ready all the time?

01:00PM   4   A   Yes.

01:00PM   5   Q   Keep going down.  And then if we go to next one and stop.

01:00PM   6   It says, "Going to have somebody at Kunia tonight."

01:00PM   7        Do you see that?

01:00PM   8   A   Yes.

01:00PM   9   Q   Going down.  A rave, do you see that?

01:00PM   10  A   Yes.

01:00PM   11  Q   Go down.  "Oni know where Milano ten-millimeter or

01:00PM   12  12-millimeter."

01:00PM   13       What is that referring to?

01:00PM   14  A   Chain size.

01:00PM   15  Q   Is this another robbery, he is giving you intelligence for

01:00PM   16  it?

01:00PM   17  A   Yes.

01:00PM   18  Q   If you go to the next page.

01:01PM   19       He says at the top, "Send you a pic," right?

01:01PM   20  A   Yes.

01:01PM   21  Q   So he is going to send you a photo of the robbery target.

01:01PM   22  And then going down.  You tell him, "We are at the rave now.

01:01PM   23  You got a pic of the boy?"

01:01PM   24       Do you see that?

01:01PM   25  A   Yes.

| | | | |
|---|---|---|---|
| 01:01PM | 1 | Q | And then he sends you a pic. |
| 01:01PM | 2 | | Do you see that? |
| 01:01PM | 3 | A | Yes. |
| 01:01PM | 4 | Q | We can go to the last page.  One more down.  Is this the |
| 01:01PM | 5 | | pic that he sent you just blown up? |
| 01:01PM | 6 | A | Yes. |
| 01:01PM | 7 | Q | Did you go through with the robbery there? |
| 01:01PM | 8 | A | No. |
| 01:01PM | 9 | Q | Okay.  If we go to page 24.  You're telling him "We stay |
| 01:02PM | 10 | | at the M." |
| 01:02PM | 11 | | Do you see that? |
| 01:02PM | 12 | A | Yes. |
| 01:02PM | 13 | Q | What is the M? |
| 01:02PM | 14 | A | The nightclub Mike owns. |
| 01:02PM | 15 | Q | Okay.  And then going down, you're saying, "I might yank |
| 01:02PM | 16 | | one chain over here.  What you think?" |
| 01:02PM | 17 | | What's that referring to? |
| 01:02PM | 18 | A | I'm asking him if it's okay to yank a chain over there. |
| 01:02PM | 19 | Q | Why were you asking him that? |
| 01:02PM | 20 | A | Because I wanted to know if it was okay to do it there at |
| 01:02PM | 21 | | the club. |
| 01:02PM | 22 | Q | Because it was Mike's club? |
| 01:02PM | 23 | A | Yes. |
| 01:02PM | 24 | Q | Going down, he is saying, "no mask." |
| 01:02PM | 25 | | Do you see that? |

| | | | |
|---|---|---|---|
| 01:02PM | 1 | A | Yes. |
| 01:02PM | 2 | Q | Is this around Halloween? |
| 01:02PM | 3 | A | Yes. |
| 01:02PM | 4 | Q | Do you know what he is saying with respect to no mask |
| 01:02PM | 5 | | here? |
| 01:02PM | 6 | A | Yes. |
| 01:02PM | 7 | Q | What is he saying? |
| 01:02PM | 8 | A | He is saying no, because I don't have a mask on. |
| 01:02PM | 9 | Q | If you go down, he is saying, "When they leave, follow." |
| 01:02PM | 10 | | What is that referring to? |
| 01:02PM | 11 | A | If they leave the club then we can do it, follow. |
| 01:03PM | 12 | Q | And then going down, "cut off." |
| 01:03PM | 13 | | What does that refer to? |
| 01:03PM | 14 | A | I'm not sure. |
| 01:03PM | 15 | Q | Going to the next page, you text him and say, "Know |
| 01:03PM | 16 | | anybody?  We hungry." |
| 01:03PM | 17 | A | Yes. |
| 01:03PM | 18 | Q | Are you looking for other targets here? |
| 01:03PM | 19 | A | Yes. |
| 01:03PM | 20 | Q | In response, does he say, "I let you know"?  Scroll down, |
| 01:03PM | 21 | | "I go see." |
| 01:03PM | 22 | | Do you see that? |
| 01:03PM | 23 | A | Yes. |
| 01:03PM | 24 | Q | Couple days later do you ask him, "Bro, I know where the |
| 01:03PM | 25 | | chain boy is"? |

01:03PM  1   A    Yes.

01:03PM  2   Q    What is that referring to?  Another robbery?

01:03PM  3   A    Probably.

01:04PM  4            MR. NAMMAR:  Can we go to 1-915 now, Your Honor?  Just

01:04PM  5   for the witness from the original list.

01:04PM  6            THE COURT:  Give me the number again, 1-915?

01:04PM  7            MR. NAMMAR:  Yes.

01:04PM  8            THE COURT:  Okay.  Go ahead.

01:04PM  9   BY MR. NAMMAR:

01:04PM  10  Q    Is this another series of text messages on your same

01:04PM  11  phone, the Samsung Galaxy?

01:04PM  12  A    Yes.

01:04PM  13  Q    Is that with John Stancil?

01:04PM  14  A    Yes.

01:04PM  15  Q    And if we go to the second page, does this also relate to

01:04PM  16  another robbery?

01:04PM  17  A    Yes.

01:04PM  18            MR. NAMMAR:  Your Honor, I move to admit 1-915 which

01:04PM  19  is three pages.

01:04PM  20            THE COURT:  Any objection?

01:04PM  21            MR. KENNEDY:  Pages?

01:04PM  22            MR. NAMMAR:  Three pages.

01:04PM  23            MR. KENNEDY:  No objection.

01:05PM  24            THE COURT:  1-915 is admitted then.  You may publish.

01:05PM  25            (Exhibit 1-915 was received in evidence.)

01:05PM   1    BY MR. NAMMAR:

01:05PM   2    Q    We can go to page two and zoom in on the first message.

01:05PM   3    "You ready to do McKenna?"

01:05PM   4          Do you see that?

01:05PM   5    A    Yes.

01:05PM   6    Q    This is John asking you that?

01:05PM   7    A    Yes.

01:05PM   8    Q    And your response is, "Always."

01:05PM   9    A    Yes.

01:05PM   10   Q    Who is McKenna?

01:05PM   11   A    That was somebody else from our side with a chain.

01:05PM   12   Q    Another robbery?

01:05PM   13   A    Yes.

01:05PM   14   Q    And then he goes down.  Going down he says "K," and he is

01:05PM   15   saying, "That's an easy one, brah."

01:05PM   16          Do you see that?

01:05PM   17   A    Yes.

01:05PM   18   Q    What does that refer to?

01:05PM   19   A    That would be an easy robbery.

01:05PM   20   Q    If we go to page three, you say, "Call me when you are up.

01:06PM   21   I like invest."

01:06PM   22          Do you see that?

01:06PM   23   A    Yes.

01:06PM   24   Q    Do you know what you are referring to there?

01:06PM   25   A    No.

01:06PM   1   Q     We go down.  His response is, "Bad schedule.  Today makes

01:06PM   2   one year since my nephew accident.  Going to meet bro later."

01:06PM   3            Do you see that?

01:06PM   4   A     Yes.

01:06PM   5   Q     What is that referring to?

01:06PM   6   A     I'm not sure.  He just says he can't meet that day

01:06PM   7   probably.

01:06PM   8   Q     Okay.  The nephew, did you believe that was referring to

01:06PM   9   Caleb?

01:06PM  10   A     Yes.

01:06PM  11   Q     And bro, who do you believe that's referring to?

01:06PM  12   A     Mike.

01:06PM  13   Q     And then going down, you say, "What, Bay?"

01:06PM  14            Do you see that?

01:06PM  15   A     Yes.

01:06PM  16   Q     And he says, "Yeah, Bay later."

01:06PM  17            What does that refer to?

01:06PM  18   A     We are asking if we were going to meet up at the Bay.

01:06PM  19   Q     Is that the Bay that you've already testified to in Hawaii

01:06PM  20   Kai?

01:06PM  21   A     Yes.

01:07PM  22            MR. NAMMAR:  Can we go now to show the witness only

01:07PM  23   1-918?

01:07PM  24            THE COURT:  Go ahead.

01:07PM  25   BY MR. NAMMAR:

01:07PM   1   Q    Thank you.  I believe you already testified to earlier

01:07PM   2   that M was a contact for Mr. Miske?

01:07PM   3   A    Yes.

01:07PM   4   Q    Are these messages with Mr. Miske?

01:07PM   5   A    Yes.

01:07PM   6   Q    Zoom out.  Are you asking him to talk to Alen in one of

01:07PM   7   these on the bottom?

01:07PM   8   A    Yes.

01:07PM   9   Q    And on the next page, are you talking to him about Teiti?

01:07PM  10   A    Yes.

01:07PM  11   Q    And on the third page and fourth, are you asking him to

01:08PM  12   borrow money as in scrips?

01:08PM  13   A    Yes.

01:08PM  14          MR. NAMMAR:  Your Honor, I move to admit 1-918 which

01:08PM  15   is four total pages.

01:08PM  16          THE COURT:  Mr. Kennedy, any objection?

01:08PM  17          MR. KENNEDY:  No objection.

01:08PM  18          THE COURT:  1-918 is admitted then without objection,

01:08PM  19   and you may show it to the jury.

01:08PM  20          (Exhibit 1-918 was received in evidence.)

01:08PM  21   BY MR. NAMMAR:

01:08PM  22   Q    So if we can just start with the first message.  This is

01:08PM  23   October 2016.

01:08PM  24          Do you see that on the bottom left?

01:08PM  25   A    Yes.

| | | | |
|---|---|---|---|
| 01:08PM | 1 | Q | And then you're saying, "When you are not busy, can I come |
| 01:08PM | 2 | | talk to you and make sure Alen is on deck and he is ready to |
| 01:08PM | 3 | | go?" |
| 01:08PM | 4 | A | Yes. |
| 01:08PM | 5 | Q | Who is the Alen that you are referring to? |
| 01:08PM | 6 | A | The lawyer Kaneshiro. |
| 01:08PM | 7 | Q | The one that you showed us the tattoo of Lance Bermudez's |
| 01:09PM | 8 | | arm? |
| 01:09PM | 9 | A | Yes. |
| 01:09PM | 10 | Q | We scroll down.  You're asking to come to the office. |
| 01:09PM | 11 | | Keep going down.  "Can you talk to Alen?" |
| 01:09PM | 12 | | That's the same lawyer, right? |
| 01:09PM | 13 | A | Yes. |
| 01:09PM | 14 | Q | Keep going down.  "Bro, you meet one girl name Teiti." |
| 01:09PM | 15 | A | Yes. |
| 01:09PM | 16 | Q | Is that the same Teiti that you were talking to John |
| 01:09PM | 17 | | Stancil about? |
| 01:09PM | 18 | A | Yes. |
| 01:09PM | 19 | Q | Going down.  Are you telling her that she is real bad |
| 01:09PM | 20 | | news? |
| 01:09PM | 21 | A | Yes. |
| 01:09PM | 22 | Q | In other words, like you testified, she can not be |
| 01:09PM | 23 | | trusted? |
| 01:09PM | 24 | A | Yes. |
| 01:09PM | 25 | Q | And in response, does Mr. Miske say "call me"? |

| | | | |
|---|---|---|---|
| 01:09PM | 1 | A | Yes. |
| 01:09PM | 2 | Q | Can we go to page three?  Are you telling him in response |
| 01:09PM | 3 | | that you are calling? |
| 01:09PM | 4 | A | Yes. |
| 01:09PM | 5 | Q | And on this message right here, are you asking to -- you |
| 01:10PM | 6 | | say, "Bro, you get a little bit of change on you?" |
| 01:10PM | 7 | | Do you see that? |
| 01:10PM | 8 | A | Yes. |
| 01:10PM | 9 | Q | What are you asking here? |
| 01:10PM | 10 | A | If I can borrow money. |
| 01:10PM | 11 | Q | Would you sometimes borrow money from Mr. Miske? |
| 01:10PM | 12 | A | Sometimes. |
| 01:10PM | 13 | Q | If we go to page four.  If we can zoom in on that. |
| 01:10PM | 14 | | Are you asking to borrow some scrips here? |
| 01:10PM | 15 | A | Yes. |
| 01:10PM | 16 | Q | What are scrips? |
| 01:10PM | 17 | A | Money. |
| 01:10PM | 18 | Q | This is you asking to borrow money again? |
| 01:10PM | 19 | A | Yes. |
| 01:10PM | 20 | | MR. NAMMAR:  Can we show the witness only 1-927 now? |
| 01:10PM | 21 | | THE COURT:  Go ahead. |
| 01:10PM | 22 | | BY MR. NAMMAR: |
| 01:10PM | 23 | Q | Thank you.  This is for a Moto G phone.  This is a |
| 01:10PM | 24 | | different phone than what we just looked at; right, Mr. Smith? |
| 01:11PM | 25 | A | Um-hm. |

01:11PM   1   Q    Do you recognize the account name there is yours?

01:11PM   2   A    Yes.

01:11PM   3           MR. NAMMAR:  Your Honor, move to admit 1-927.

01:11PM   4           THE COURT:  Any objection?

01:11PM   5           MR. KENNEDY:  No objection.

01:11PM   6           THE COURT:  That one-page document is admitted, 1-927.

01:11PM   7   You may publish.

01:11PM   8           (Exhibit 1-927 was received in evidence.)

01:11PM   9   BY MR. NAMMAR:

01:11PM  10   Q    If you could zoom in on device report, this is for a

01:11PM  11   different phone, Moto G as shown here?

01:11PM  12   A    Yes.

01:11PM  13   Q    And if we look under user accounts, it has you listed as

01:11PM  14   Jake Smith with the same email that we just looked at, correct?

01:11PM  15   A    Yes.

01:11PM  16   Q    Actually, I think it's a different one.  "LOVENJAKE4ever."

01:11PM  17          Do you see that?

01:11PM  18   A    Yes.

01:11PM  19           MR. NAMMAR:  Could we show the witness 1-928?

01:11PM  20           THE COURT:  Yes.

01:11PM  21   BY MR. NAMMAR:

01:11PM  22   Q    Do you recognize these as contacts or contact lists from

01:12PM  23   that same phone, Mr. Smith?

01:12PM  24   A    Yes.

01:12PM  25           MR. NAMMAR:  Your Honor, I move to admit 1-928.

| | | |
|---|---|---|
| 01:12PM | 1 | THE COURT:  Any objection? |
| 01:12PM | 2 | MR. KENNEDY:  No objection. |
| 01:12PM | 3 | THE COURT:  1-928 then is admitted.  You may publish. |
| 01:12PM | 4 | (Exhibit 1-928 was received in evidence.) |
| 01:12PM | 5 | BY MR. NAMMAR: |
| 01:12PM | 6 | Q    We could just zoom in on the first one. |
| 01:12PM | 7 | This is a contact for Alen.  Who is that? |
| 01:12PM | 8 | A    Yes Alen Kaneshiro. |
| 01:12PM | 9 | Q    The same attorney we have been talking about? |
| 01:12PM | 10 | A    Yes. |
| 01:12PM | 11 | Q    And then going down, Harry, who is that? |
| 01:12PM | 12 | A    Harry Kauhi. |
| 01:12PM | 13 | Q    Six Johnnie Squirrelcho?  Do you see that? |
| 01:12PM | 14 | A    Yes. |
| 01:12PM | 15 | Q    Who is that? |
| 01:12PM | 16 | A    Johnnie. |
| 01:12PM | 17 | Q    Is that another nickname for him? |
| 01:12PM | 18 | A    Yes. |
| 01:12PM | 19 | Q    And then nine, Timmy.  Who is that? |
| 01:12PM | 20 | A    Timmy Taboada. |
| 01:13PM | 21 | Q    The person that sold drugs for you? |
| 01:13PM | 22 | A    Yes. |
| 01:13PM | 23 | MR. NAMMAR:  Can we show the witness only 1-929 at |
| 01:13PM | 24 | this time, Your Honor? |
| 01:13PM | 25 | THE COURT:  You may. |

| | | |
|---|---|---|
| 01:13PM | 1 | BY MR. NAMMAR: |
| 01:13PM | 2 | Q    Do you recognize the number at the top as Lance Bermudez's |
| 01:13PM | 3 | number? |
| 01:13PM | 4 | A    Yes. |
| 01:13PM | 5 | Q    And looking at the first message, does this message relate |
| 01:13PM | 6 | to law enforcement activity? |
| 01:13PM | 7 | A    Yes. |
| 01:13PM | 8 | Q    And do you have a number of discussions with him in here |
| 01:13PM | 9 | about the same topic? |
| 01:13PM | 10 | A    Yes. |
| 01:13PM | 11 |        MR. NAMMAR:  Your Honor, I move to admit 1-929. |
| 01:13PM | 12 |        THE COURT:  Any objection? |
| 01:13PM | 13 |        MR. KENNEDY:  No objection. |
| 01:13PM | 14 |        THE COURT:  1-929 is admitted.  You may show it to the |
| 01:14PM | 15 | jury. |
| 01:14PM | 16 |        (Exhibit 1-929 was received in evidence.) |
| 01:14PM | 17 | BY MR. NAMMAR: |
| 01:14PM | 18 | Q    In the first message if we could zoom in on it.  What are |
| 01:14PM | 19 | you talking about here, "they raided the Kalihi house"? |
| 01:14PM | 20 | A    I'm talking about the Kalihi house getting raided. |
| 01:14PM | 21 | Q    That's where you used to live? |
| 01:14PM | 22 | A    Yes. |
| 01:14PM | 23 | Q    And you're letting Lance know about this? |
| 01:14PM | 24 | A    Yes. |
| 01:14PM | 25 | Q    Did he at one point live there? |

01:14PM    1    A    Yes.

01:14PM    2    Q    And in response, Lance is saying, we haven't been there,

01:14PM    3    meaning you.  And going to the next page, you're saying, "They

01:14PM    4    are looking for you hard."

01:14PM    5         Do you see that?

01:14PM    6    A    Yes.

01:14PM    7    Q    Did you believe that law enforcement was trying to find

01:14PM    8    you to arrest you at this point?

01:14PM    9    A    Yes.

01:14PM   10    Q    And going down, you say you're leaving Alen's.

01:15PM   11         Who does that refer to?

01:15PM   12    A    Alen Kaneshiro.

01:15PM   13    Q    And you are asking to borrow money?

01:15PM   14    A    Yes.

01:15PM   15    Q    That's what scrips is?

01:15PM   16    A    Yes.

01:15PM   17    Q    Is that something that sometimes Lance would do is loan

01:15PM   18    you money?

01:15PM   19    A    We would loan each other money.

01:15PM   20    Q    And he is telling you in response, "Come back, Alen."  And

01:15PM   21    then keep going down.  "Coming."  "Stay in front."  "Where are

01:15PM   22    you?"

01:15PM   23         Are you making plans to meet him here?

01:15PM   24    A    Yes.

01:15PM   25    Q    Going down.  Stop there.  Are you apologizing to him here?

01:15PM    1    A    Yes.

01:15PM    2    Q    At some point, did you -- around this time, did you guys

01:16PM    3    get into a dispute?

01:16PM    4    A    Yes.

01:16PM    5    Q    What would you get into a dispute about?

01:16PM    6    A    Robberies, money.

01:16PM    7    Q    Did you eventually make up?

01:16PM    8    A    Yes.

01:16PM    9    Q    Going down, he is telling here -- Lance is telling you

01:16PM    10   here that he loves you?

01:16PM    11   A    Yes.

01:16PM    12   Q    Going down.  One more.  Stop.  "James still in jail.  You

01:16PM    13   think he went fold about that one?"

01:16PM    14   A    Yes.

01:16PM    15   Q    Who is James?

01:16PM    16   A    Salas.

01:16PM    17   Q    What were you referring to about that one?

01:16PM    18   A    The home invasion we did in Kaneohe.

01:16PM    19   Q    The one of Brandon Ota?

01:16PM    20   A    Yes.

01:16PM    21   Q    And in response, Lance says, "fuck him."

01:16PM    22        Do you see that?

01:16PM    23   A    Yes.

01:16PM    24   Q    You say, "Yeah, fuck him.  I like him dead."

01:16PM    25        Did you really mean that?

| | | | |
|---|---|---|---|
| 01:16PM | 1 | A | No. |
| 01:16PM | 2 | Q | After this, as you've talked about, you made up with Lance |
| 01:17PM | 3 | | Bermudez? |
| 01:17PM | 4 | A | Yes. |
| 01:17PM | 5 | Q | Sorry, you made up with James Salas? |
| 01:17PM | 6 | A | Yes. |
| 01:17PM | 7 | Q | Going down.  Going down.  He is saying here, "Alen said by |
| 01:17PM | 8 | | noon." |
| 01:17PM | 9 | | Is he referring to information that you are waiting to |
| 01:17PM | 10 | | get from Alen? |
| 01:17PM | 11 | A | I'm not too sure. |
| 01:17PM | 12 | Q | Going down.  Going down.  Going down. |
| 01:17PM | 13 | | What is shown here? |
| 01:17PM | 14 | A | A picture of a tattoo. |
| 01:17PM | 15 | Q | Which tattoo? |
| 01:17PM | 16 | A | The Alen Kaneshiro tattoo. |
| 01:17PM | 17 | Q | Going down, you say, "Where you blasting it?" |
| 01:17PM | 18 | | Do you see that? |
| 01:17PM | 19 | A | Yes. |
| 01:17PM | 20 | Q | Go down.  And he says, "my left arm." |
| 01:17PM | 21 | A | Yes. |
| 01:17PM | 22 | Q | Is this when he was getting the Alen Kaneshiro tattoo? |
| 01:18PM | 23 | A | Yes. |
| 01:18PM | 24 | Q | In November of 2016? |
| 01:18PM | 25 | A | Yes. |

01:18PM   1   Q   Going down.  Going down.  And does he say, "Just for when

01:18PM   2   I get bail, call.  I remember the number"?

01:18PM   3   A   Yes.

01:18PM   4   Q   In other words, to call Alen Kaneshiro.  Going down.  And

01:18PM   5   you ask him to send a pic when you're done.  Going down.

01:18PM   6       And then, does he send you this pic?

01:18PM   7   A   Yes.

01:18PM   8   Q   Go to the last page.

01:18PM   9       Is that the tattoo that Lance Bermudez got on his arm

01:18PM  10   that day?

01:18PM  11   A   Yes.

01:18PM  12   Q   Is that number -- the same number that we have been

01:18PM  13   looking at with your text with Alen Kaneshiro?

01:19PM  14   A   Yes.

01:19PM  15       MR. NAMMAR:  Can we go now, Your Honor, to show the

01:19PM  16   witness only 1-933?

01:19PM  17       THE COURT:  Go ahead.

01:19PM  18   BY MR. NAMMAR:

01:19PM  19   Q   These messages indicate Squirrelco-Johnnie.

01:19PM  20       Can you remind me who that was?

01:19PM  21   A   John Stancil.

01:19PM  22   Q   Okay.  We can go down to the very bottom.

01:19PM  23       Did you review these prior to today?

01:19PM  24   A   Yes.  Not all of them, but I seen some of them.

01:19PM  25   Q   And some of them, are you talking about whether a Koa is

01:19PM   1   going to cooperate that had been arrested?

01:20PM   2   A   Yes.

01:20PM   3   Q   Are you also asking him -- if we go to page one, are you

01:20PM   4   also asking him for assistance in an emergency?  "Come on,

01:20PM   5   brah, I need you right now."

01:20PM   6   A   Yes.

01:20PM   7          MR. NAMMAR:  Your Honor, I move to admit 1-933.

01:20PM   8          THE COURT:  Any objection?

01:20PM   9          MR. KENNEDY:  No objection.

01:20PM  10          THE COURT:  1-933 is admitted.  You may publish.

01:20PM  11          (Exhibit 1-933 was received in evidence.)

01:20PM  12   BY MR. NAMMAR:

01:20PM  13   Q   Thank you.  If we can start on page six at the bottom.  I

01:20PM  14   think these go, Mr. Smith, from the bottom to the top.  So on

01:20PM  15   November 20, 2016, it says, incoming to your phone, "Heard

01:21PM  16   about Koa boy."

01:21PM  17          Do you see that?

01:21PM  18   A   Yes.

01:21PM  19   Q   Who is Koa boy?

01:21PM  20   A   That was a mutual friend of ours.

01:21PM  21   Q   The friend that got arrested?

01:21PM  22   A   Yes.

01:21PM  23   Q   And if you go up and it says -- keep going up, right here,

01:21PM  24   "Yep, he rat."

01:21PM  25          Do you see that?

| | | | |
|---|---|---|---|
| 01:21PM | 1 | A | Yes. |
| 01:21PM | 2 | Q | What does rat refer to? |
| 01:21PM | 3 | A | That he was talking to law enforcement. |
| 01:21PM | 4 | Q | If we go to line 31, "Mike told me all kind charges." |
| 01:21PM | 5 | | Do you see that? |
| 01:21PM | 6 | A | Yes. |
| 01:21PM | 7 | Q | Who is the Mike that's being referred to here? |
| 01:21PM | 8 | A | Mike Miske. |
| 01:21PM | 9 | Q | Did Mike Miske know Koa? |
| 01:21PM | 10 | A | Yes. |
| 01:21PM | 11 | Q | Can we go to page two.  Actually, can we go to page three |
| 01:22PM | 12 | | first.  There is a reference here to McGregor's mean brah? |
| 01:22PM | 13 | A | Yes. |
| 01:22PM | 14 | Q | Who is McGregor? |
| 01:22PM | 15 | A | He's a UFC fighter. |
| 01:22PM | 16 | Q | He's a famous UFC fighter? |
| 01:22PM | 17 | A | Yes. |
| 01:22PM | 18 | Q | And if we go to page two, and zoom in on ten.  This is |
| 01:22PM | 19 | | incoming from Johnnie. |
| 01:22PM | 20 | | Do you see that? |
| 01:22PM | 21 | A | Yes. |
| 01:22PM | 22 | Q | He says, "Like Chevy dealership, his punches, SMH." |
| 01:22PM | 23 | A | Yes. |
| 01:22PM | 24 | Q | What is that referring to? |
| 01:22PM | 25 | A | He said that he hits hard like the kick.  That was at the |

| | | |
|---|---|---|
| 01:22PM | 1 | Chevy dealership. |
| 01:22PM | 2 | Q    The kick that you did? |
| 01:22PM | 3 | A    Yes. |
| 01:22PM | 4 | Q    Of Kawika? |
| 01:23PM | 5 | A    Yes. |
| 01:23PM | 6 | Q    The guy that you assaulted in Miske's direction? |
| 01:23PM | 7 | A    Yes. |
| 01:23PM | 8 | Q    If we go to the top.  Message five. |
| 01:23PM | 9 | Are you asking him here -- outgoing message, are you |
| 01:23PM | 10 | asking him for help in an emergency? |
| 01:23PM | 11 | A    Yes. |
| 01:23PM | 12 | Q    Is that something that you would sometimes do? |
| 01:23PM | 13 | A    Sometimes. |
| 01:23PM | 14 | MR. NAMMAR:  Can we show the witness only now 1-934? |
| 01:23PM | 15 | THE COURT:  Yes. |
| 01:23PM | 16 | BY MR. NAMMAR: |
| 01:23PM | 17 | Q    Thank you.  Still the same phone.  Are these with the |
| 01:23PM | 18 | contact Timmy? |
| 01:24PM | 19 | A    Yes. |
| 01:24PM | 20 | Q    And looking at the second message, does this refer to drug |
| 01:24PM | 21 | trafficking? |
| 01:24PM | 22 | A    Yes. |
| 01:24PM | 23 | MR. NAMMAR:  Your Honor, I move to admit 1-934, which |
| 01:24PM | 24 | is two pages. |
| 01:24PM | 25 | THE COURT:  Any objection, counsel? |

01:24PM    1                    MR. KENNEDY:  No objection.

01:24PM    2                    THE COURT:  1-934 then is admitted.  You may publish.

01:24PM    3                    (Exhibit 1-934 was received in evidence.)

01:24PM    4    BY MR. NAMMAR:

01:24PM    5    Q    Thank you.  Now, Mr. Smith, it's up on the screen.

01:24PM    6                    Who is Timmy again?

01:24PM    7    A    That's my friend I used to give the dope to.

01:24PM    8    Q    Okay.  Where did he live?

01:24PM    9    A    Kaneohe.

01:24PM   10    Q    First message, is it -- this is from you that says, "Ask

01:24PM   11    your friend, was squad cars or looking like FBI kind."

01:24PM   12                    Do you see that?

01:24PM   13    A    Yes.

01:24PM   14    Q    What did that relate to?

01:24PM   15    A    To the house being raided in Kalihi.

01:24PM   16    Q    This is the same thing that you were messaging Lance

01:24PM   17    Bermudez about?

01:24PM   18    A    Yes.

01:24PM   19    Q    And then going down, you ask him, "Bro, how long should

01:25PM   20    take you for move one."

01:25PM   21                    What does that refer to?

01:25PM   22    A    To the drugs.

01:25PM   23    Q    What is one?

01:25PM   24    A    A pound.

01:25PM   25    Q    What kind of drugs are we talking about here?

| | | | |
|---|---|---|---|
| 01:25PM | 1 | A | Ice. |

01:25PM   2   Q   If we go down, he says, "like a day or two."

01:25PM   3       Do you see that?

01:25PM   4   A   Yes.

01:25PM   5   Q   If we go to the second page, keep going down.  You ask,

01:25PM   6   "How we looking, bro?"  Go down.  Go down.  Timmy responds,

01:25PM   7   "almost done."

01:25PM   8       What is he referring to?

01:25PM   9   A   He is almost done with the pound.

01:25PM   10   Q   That you provided him to sell?

01:25PM   11   A   Yes.

01:26PM   12       MR. NAMMAR:  Can we go to 1-936.

01:26PM   13       THE COURT:  Go ahead.

01:26PM   14       MR. NAMMAR:  Showing the witness only.

01:26PM   15   BY MR. NAMMAR:

01:26PM   16   Q   Is this another string of communications between you and

01:26PM   17   Alen Kaneshiro?

01:26PM   18   A   Yes.

01:26PM   19   Q   And on page two, at the bottom, is he telling you that he

01:26PM   20   is going to get information from his source soon about some

01:26PM   21   pending criminal case with you?

01:26PM   22   A   Yes.

01:26PM   23       MR. NAMMAR:  I move to admit 1-936.

01:26PM   24       THE COURT:  Any objection?

01:26PM   25       MR. KENNEDY:  Could we scroll through.  No objection.

01:26PM    1              THE COURT:  1-936 is admitted.  You may publish.

01:26PM    2              (Exhibit 1-936 was received in evidence.)

01:26PM    3    BY MR. NAMMAR:

01:26PM    4    Q    And if we go to page one.  Is this you at the top --

01:27PM    5    sorry, that's the contact for Alen, right?  And looking at the

01:27PM    6    first bubble.  Is this message from you?

01:27PM    7    A    Yes.

01:27PM    8    Q    You're telling him you are a friend of Mike and Johnnie's.

01:27PM    9    "Mike told me to call you.  Can you call me back as soon as

01:27PM   10    possible?"

01:27PM   11              Do you see that?

01:27PM   12    A    Yes.

01:27PM   13    Q    And then going down, does he send you his address?

01:27PM   14    A    Yes.

01:27PM   15    Q    Going to page two, are you asking for an update on whether

01:27PM   16    he heard anything?

01:27PM   17    A    Yes.

01:27PM   18    Q    And then going down, it says "not yet."  Going down.

01:27PM   19    Going down.  "Hey Alen, did you hear anything else?"

01:27PM   20              Do you see that?

01:27PM   21    A    Yes.

01:28PM   22    Q    Going down.  "Nothing else yet, but my guy is guaranteeing

01:28PM   23    me info tomorrow.  His source took the weekend off."

01:28PM   24              Did you believe Alen Kaneshiro had a source in law

01:28PM   25    enforcement that could provide you with information about

01:28PM    1    pending investigations?

01:28PM    2    A    Yes.

01:28PM    3         MR. NAMMAR:  Can we show the witness now only 1-942?

01:28PM    4         THE COURT:  Go ahead.

01:28PM    5    BY MR. NAMMAR:

01:28PM    6    Q    Thank you.  This is another preliminary device report for

01:28PM    7    a different phone, an LG Tribute 5.

01:28PM    8         Do you see that?

01:28PM    9    A    Yes.

01:28PM   10    Q    At the bottom there, do you recognize the user name as the

01:29PM   11    same email that we just looked at?

01:29PM   12    A    Yes.

01:29PM   13    Q    LOVENJAKE4ever.  And that's an email that you used?

01:29PM   14    A    Yes.

01:29PM   15         MR. NAMMAR:  Your Honor, I moved to admit 1-942.

01:29PM   16         THE COURT:  Any objection?

01:29PM   17         MR. KENNEDY:  No objection.

01:29PM   18         THE COURT:  1-942 is admitted.  You may publish.

01:29PM   19         (Exhibit 1-942 was received in evidence.)

01:29PM   20    BY MR. NAMMAR:

01:29PM   21    Q    Thank you.  Tribute 5, this is a different phone now,

01:29PM   22    correct, Mr. Smith?

01:29PM   23    A    Yes.

01:29PM   24    Q    And if we go to the second page and zoom in on the heading

01:29PM   25    right here.

01:29PM   1              Jacob Smith, that's you, right?

01:29PM   2     A    Yes.

01:29PM   3              MR. NAMMAR:  Can we show the witness only now 1-943.

01:29PM   4     BY MR. NAMMAR:

01:30PM   5     Q    Is this the contact list for that phone?

01:30PM   6     A    Yes.

01:30PM   7     Q    Does it list some of the contacts that we have talked

01:30PM   8     about, including Johnnie Stancil?

01:30PM   9     A    Yes.

01:30PM   10             MR. NAMMAR:  Your Honor, I move to admit 1-943.

01:30PM   11             THE COURT:  Any objection?

01:30PM   12             MR. KENNEDY:  No objection.

01:30PM   13             THE COURT:  1-943 is admitted.  You may publish, and

01:30PM   14    then that probably will wrap us up, Mr. Nammar, for the day.

01:30PM   15             MR. NAMMAR:  Thank you, Your Honor.

01:30PM   16    BY MR. NAMMAR:

01:30PM   17    Q    So just looking at the context again, Alen, that's the

01:30PM   18    attorney, right?

01:30PM   19    A    Yes.

01:30PM   20    Q    And going down, Johnnie, is that Johnnie Stancil?

01:30PM   21    A    Yes.

01:30PM   22             MR. NAMMAR:  Nothing further, Your Honor, for today.

01:30PM   23             THE COURT:  Okay.  We will go to break then for the

01:30PM   24    trial day.  As we do so, I'll remind our jurors as I always do

01:30PM   25    to please refrain from discussing the substance of this case

01:30PM  1   with anyone, including each other, until I advise you

01:30PM  2   otherwise; please also do not access any media or other

01:30PM  3   accounts of this case that may be out there; and do not conduct

01:30PM  4   any independent investigation into the facts, circumstances, or

01:31PM  5   persons involved.

01:31PM  6          We will see you tomorrow at 8:30 as we always do and

01:31PM  7   that will be the last day of the trial week.  We will see you

01:31PM  8   then.

01:31PM  9          (Proceedings were concluded at 1:31 p.m.)

        10

        11

        12

        13

        14

        15

        16

        17

        18

        19

        20

        21

        22

        23

        24

        25

1                    COURT REPORTER'S CERTIFICATE

2          I, Gloria T. Bediamol, Official Court Reporter, United

3    States District Court, District of Hawaii, do hereby certify

4    that pursuant to 28 U.S.C. §753 the foregoing is a complete,

5    true, and correct transcript from the stenographically reported

6    proceedings held in the above-entitled matter and that the

7    transcript page format is in conformance with the regulations

8    of the Judicial Conference of the United States.

9

10         DATED at Honolulu, Hawaii, May 28, 2024.

11

12

13                              /s/ Gloria T. Bediamol

14                              GLORIA T. BEDIAMOL.

15                              RMR, CRR, FCRR

16

17

18

19

20

21

22

23

24

25