1                   IN THE UNITED STATES DISTRICT COURT

2                     FOR THE DISTRICT OF HAWAII

3

    UNITED STATES OF AMERICA,    )      CRIMINAL NO. 19-00099-DKW
4                                 )
                Plaintiff,         )      Honolulu, Hawaii
5                                 )
           vs.                     )      April 12, 2024
6                                 )
    MICHAEL J. MISKE, JR.,         )
7                                 )
                Defendant.         )
8    _____ )

9

                    TRANSCRIPT OF JURY TRIAL (DAY 49)
10          BEFORE THE HONORABLE DERRICK K. WATSON,
             CHIEF UNITED STATES DISTRICT COURT JUDGE
11

    APPEARANCES:
12

    For the Plaintiff:           MARK INCIONG, ESQ.
13                                MICHAEL DAVID NAMMAR, ESQ
                                  WILLIAM KE AUPUNI AKINA, ESQ.
14                                AISLINN AFFINITO, ESQ.
                                  Office of the United States Attorney
15                                PJKK Federal Building
                                  300 Ala Moana Boulevard, Suite 6100
16                                Honolulu, Hawaii  96850

17   For the Defendant:          LYNN E. PANAGAKOS, ESQ.
                                  841 Bishop St., Ste 2201
18                                Honolulu, HI 96813

19                                MICHAEL JEROME KENNEDY, ESQ.
                                  Law Offices of Michael Jerome
20                                Kennedy, PLLC
                                  333 Flint Street
21                                Reno, NV 89501

22   Official Court Reporter:    Gloria T. Bediamol, RPR RMR CRR FCRR
                                  United States District Court
23                                300 Ala Moana Boulevard
                                  Honolulu, Hawaii 96850
24
       Proceedings recorded by machine shorthand, transcript produced
25   with computer-aided transcription (CAT).

```
1                         I N D E X

2   GOVERNMENT WITNESS:                            PAGE NO.

3
    JACOB SMITH (CONTINUED TESTIMONY)
4
        RESUMED DIRECT EXAMINATION BY MR. NAMMAR      4
5

6   EXHIBITS:                                       PAGE NO.
```

```
7   Exhibit 1-602 was received in evidence            7
    Exhibit 1-998 was received in evidence           33
8   Exhibit 4-144 was received in evidence           46
    Exhibits 1-694 and 1-695 were received in evidence 68
9   Exhibits 1-683 and 1-684 were received in evidence 70
    Exhibit 1-901 was received in evidence           72
10  Exhibit 1-581 was received in evidence           82
    Exhibit 1-963 was received in evidence           83
11  Exhibit 1-966 was received in evidence           85
    Exhibit 1996A was received in evidence           86
12  Exhibit 1-966D was received in evidence          88
    Exhibit 1-711 was received in evidence           92
13  Exhibit 1-713 was received in evidence           93
    Exhibit 1-555 was received in evidence          136
14  Exhibit 1-956I, 1-956Z and 1-956EE were received 138
    in evidence
15  Exhibit 1-947 was received in evidence          141
    Exhibit 1-956 was received in evidence          143
16  Exhibit 1-956P was received in evidence         146
    Exhibit 1-953 was received in evidence          149
17  Exhibit 1-960 was received in evidence          160
    Exhibit 1-895 was received in evidence          167
18  Exhibit 1-949 was received in evidence          182
    Exhibit 1-948 was received in evidence          186
19  Exhibit 1-951 was received in evidence          190
    Exhibit 1-187 was received in evidence          204
20  Exhibit 1-192 was received in evidence          205
    Exhibit 1-952 was received in evidence          211
21

22

23

24

25
```

|       |    |                                                              |
|-------|----|--------------------------------------------------------------|
|       | 1  | April 12, 2024                                  8:35 a.m.     |
| 08:35AM | 2  | THE CLERK:  Criminal Number 19-00099-DKW-KJM, United      |
| 08:35AM | 3  | States of America versus Michael J. Miske, Jr.           |
| 08:35AM | 4  | This case has been called for jury trial, day 49.        |
| 08:35AM | 5  | Counsel please make your appearances for the record.     |
| 08:35AM | 6  | MR. INCIONG:  Good morning, Your Honor.  Mark Inciong,   |
| 08:35AM | 7  | Michael Nammar, KeAupuni Akina and Aislinn Affinito for the |
| 08:35AM | 8  | United States.  Also present with us is Special Agent Palmer |
| 08:35AM | 9  | and Kari Sherman.  Good morning.                          |
| 08:35AM | 10 | THE COURT:  Good morning.                                 |
| 08:35AM | 11 | MR. KENNEDY:  Good morning, Your Honor.  Michael         |
| 08:35AM | 12 | Kennedy with Lynn Panagakos, Michael Miske, Ashley King and |
| 08:35AM | 13 | Josh Barry.  Good morning to you all.  Good morning to all of |
| 08:35AM | 14 | you.                                                      |
| 08:35AM | 15 | THE COURT:  Good morning, good morning.  You may be      |
| 08:35AM | 16 | seated.  Good morning to our jurors.                      |
| 08:35AM | 17 | Mr. Smith, good morning to you, sir.                      |
| 08:35AM | 18 | THE WITNESS:  Good morning.                               |
| 08:35AM | 19 | THE COURT:  The place we were at when we adjourned       |
| 08:35AM | 20 | yesterday afternoon was Mr. Nammar was in his direct      |
| 08:35AM | 21 | examination of the witness, Mr. Smith, and you may continue |
| 08:35AM | 22 | with that when you're ready.                              |
| 08:35AM | 23 | MR. NAMMAR:  Thank you.  Do you want to remind the       |
| 08:35AM | 24 | witness of the oath?                                      |
| 08:35AM | 25 | THE COURT:  Sure, thank you.                              |

| | | |
|---|---|---|
| 08:36AM | 1 | Mr. Smith, although we will not take the time to |
| 08:36AM | 2 | reswear you, I will remind you that you remain subject to the |
| 08:36AM | 3 | same oath that you took at the inception of your testimony.  Do |
| 08:36AM | 4 | you understand that? |
| 08:36AM | 5 | THE WITNESS:  Yes, Your Honor. |
| 08:36AM | 6 | THE COURT:  All right.  Go ahead. |
| 08:36AM | 7 | Thank you, Mr. Nammar. |
| 08:36AM | 8 | JACOB SMITH, |
| 08:36AM | 9 | (Having previously been sworn, resumed the stand ) |
| 08:36AM | 10 | RESUMED DIRECT EXAMINATION |
| 08:36AM | 11 | BY MR. NAMMAR: |
| 08:36AM | 12 | Q   Good morning, Mr. Smith. |
| 08:36AM | 13 | A   Good morning, Mr. Nammar. |
| 08:36AM | 14 | Q   So we left off in looking at some messages and phones in |
| 08:36AM | 15 | 2016.  Fast forward now to 2017.  I believe you testified that |
| 08:36AM | 16 | Lance was in custody at that point? |
| 08:36AM | 17 | A   Yes. |
| 08:36AM | 18 | Q   And then Dae Han was also in custody in that point? |
| 08:36AM | 19 | A   Yes. |
| 08:36AM | 20 | Q   Did you continue to hang out with John Stancil quite a |
| 08:36AM | 21 | bit? |
| 08:36AM | 22 | A   Yes. |
| 08:36AM | 23 | Q   Were you also remaining to be on call for Miske to commit |
| 08:36AM | 24 | assaults? |
| 08:36AM | 25 | A   Yes. |

| | | | |
|---|---|---|---|
| 08:36AM | 1 | Q | And you talked about yesterday a practice with a burner |
| 08:36AM | 2 | | phone.  In 2017, did you continue to use burner phones? |
| 08:36AM | 3 | A | Yes. |
| 08:36AM | 4 | Q | And did you use those burner phones to contact, stay in |
| 08:37AM | 5 | | contact with Mr. Miske? |
| 08:37AM | 6 | A | Yes. |
| 08:37AM | 7 | Q | Do you recall an occasion in or around in 2017 or around |
| 08:37AM | 8 | | 2017 when you were called to the Kama'aina Termite office to |
| 08:37AM | 9 | | assault an employee? |
| 08:37AM | 10 | A | Yes. |
| 08:37AM | 11 | Q | Can you describe what you recall about the way the |
| 08:37AM | 12 | | employee looked? |
| 08:37AM | 13 | A | He was a bigger Hawaiian male.  He was wearing a Kama'aina |
| 08:37AM | 14 | | shirt.  He was like my height, stocky. |
| 08:37AM | 15 | Q | Where did the assault take place? |
| 08:37AM | 16 | A | In Mike's office. |
| 08:37AM | 17 | Q | And how did you get contacted by Mr. Miske to come to the |
| 08:37AM | 18 | | office? |
| 08:37AM | 19 | A | He texted me to come to the shop. |
| 08:37AM | 20 | Q | And did he do that through a burner phone? |
| 08:37AM | 21 | A | I believe so. |
| 08:37AM | 22 | Q | What was the message more or less that you got from |
| 08:37AM | 23 | | Mr. Miske regarding the coming to the shop? |
| 08:38AM | 24 | A | That I was going to handle something. |
| 08:38AM | 25 | Q | What did that mean to you "handle something"? |

| | | | |
|---|---|---|---|
| 08:38AM | 1 | A | That I was going to assault someone. |
| 08:38AM | 2 | Q | And when you went to the shop, did you learn why you were |
| 08:38AM | 3 | | going to assault that person? |
| 08:38AM | 4 | A | I learned that he -- they were working on a house and |
| 08:38AM | 5 | | there was some missing items from the house that the worker |
| 08:38AM | 6 | | took. |
| 08:38AM | 7 | Q | Some things had been stolen by the worker in a house? |
| 08:38AM | 8 | A | Yes. |
| 08:38AM | 9 | Q | Who told you that? |
| 08:38AM | 10 | A | Mike. |
| 08:38AM | 11 | Q | Did you meet with him briefly outside his office before |
| 08:38AM | 12 | | the assault began? |
| 08:38AM | 13 | A | Yes. |
| 08:38AM | 14 | Q | Is that where he told you about the theft? |
| 08:38AM | 15 | A | Yes. |
| 08:38AM | 16 | Q | Did he also give you a baton? |
| 08:38AM | 17 | A | Yes. |
| 08:38AM | 18 | Q | Can you describe for the jury what a baton looks like or |
| 08:38AM | 19 | | what the baton looks like? |
| 08:39AM | 20 | A | It was about 6 inches.  It was collapsable. |
| 08:39AM | 21 | Q | And was it made out of metal? |
| 08:39AM | 22 | A | Yes. |
| 08:39AM | 23 | | MR. NAMMAR:  Your Honor, can we show the witness only |
| 08:39AM | 24 | | 1-602 from the original list? |
| 08:39AM | 25 | | THE COURT:  Go ahead. |

08:39AM   1   BY MR. NAMMAR:

08:39AM   2   Q    Mr. Smith, do you recognize what is shown in this photo?

08:39AM   3   A    Yes.

08:39AM   4   Q    What is it?

08:39AM   5   A    It's the baton.

08:39AM   6   Q    This is exactly how the baton looks that you were given?

08:39AM   7   A    They are pretty identical, yes.

08:39AM   8        MR. NAMMAR:  Your Honor, I move to admit 1-602.

08:39AM   9        THE COURT:  Any objection?

08:39AM  10        MR. KENNEDY:  No objection.

08:39AM  11        THE COURT:  1-602 then is admitted without objection.

08:40AM  12   You may publish it for the jury.

08:40AM  13        MR. NAMMAR:  Thank you.

08:40AM  14        (Exhibit 1-602 was received in evidence.)

08:40AM  15   BY MR. NAMMAR:

08:40AM  16   Q    You said -- 1-602 is up.  Mr. Smith, you said you were

08:40AM  17   given a baton very similar to this by Mr. Miske outside the

08:40AM  18   office?

08:40AM  19   A    Yes.

08:40AM  20   Q    And you -- I think you earlier said it's retractable.  How

08:40AM  21   does it work?

08:40AM  22   A    You whip it out.  You whack it down and it comes out.

08:40AM  23   Q    Okay.  And it extends?

08:40AM  24   A    Yes.

08:40AM  25   Q    So after getting the baton, did you go back into the

| | | |
|---|---|---|
| 08:40AM | 1 | office with Mr. Miske? |
| 08:40AM | 2 | A    Yes. |
| 08:40AM | 3 | Q    And what took place in the office? |
| 08:40AM | 4 | A    Mike was yelling at him about something.  I ended up |
| 08:40AM | 5 | hitting him.  He told him to take your shirt off and I started |
| 08:40AM | 6 | batoning him.  I started hitting him with the baton. |
| 08:40AM | 7 | Q    Did you hit him hard with the baton? |
| 08:40AM | 8 | A    Yes. |
| 08:40AM | 9 | Q    Do you recall what Mr. Miske was yelling at the employee |
| 08:41AM | 10 | about? |
| 08:41AM | 11 | A    He was -- I think he was yelling about the items he stole |
| 08:41AM | 12 | from the house, and he was just telling him to take the company |
| 08:41AM | 13 | shirt off. |
| 08:41AM | 14 | Q    And then that's when you hit him with the baton? |
| 08:41AM | 15 | A    Yes. |
| 08:41AM | 16 | Q    Where did you hit this employee? |
| 08:41AM | 17 | A    In his hands and his head. |
| 08:41AM | 18 | Q    How many times did you hit him with the baton? |
| 08:41AM | 19 | A    About six times. |
| 08:41AM | 20 | Q    What was done with the employee's shirt, if you recall? |
| 08:41AM | 21 | A    I don't remember.  He just took it off.  He gave it to |
| 08:41AM | 22 | Mike. |
| 08:41AM | 23 | Q    Okay.  Why did you stop? |
| 08:41AM | 24 | A    Mike told me to stop.  It was enough. |
| 08:41AM | 25 | Q    And then what happened with the employee, did he leave? |

08:41AM   1   A    I'm not sure.  I ended up leaving.

08:41AM   2   Q    You ended up leaving?

08:41AM   3   A    Yes.

08:41AM   4   Q    When you were hitting him, the employee, were you face to

08:42AM   5   face with him, behind him?  Where were you positioned?

08:42AM   6   A    I was -- Mike was on his side of the desk.  The other guy

08:42AM   7   was on the opposite side of a desk, and I was kind of like

08:42AM   8   right next to him.

08:42AM   9   Q    Okay.

08:42AM   10        MR. NAMMAR:  Your Honor, can we publish 1-779 from the

08:42AM   11   original list?

08:42AM   12        THE COURT:  Go ahead.

08:42AM   13   BY MR. NAMMAR:

08:42AM   14   Q    Mr. Smith, did we talk about this photo yesterday?

08:42AM   15   A    Yes.

08:42AM   16   Q    What -- what's in this photo?

08:42AM   17   A    There's the -- the writing board, the desk.  This is

08:42AM   18   Mike's office.

08:42AM   19   Q    Okay.  Is this where the -- does this depict the area

08:42AM   20   where the assault of the employee took place?

08:42AM   21   A    Yes.

08:42AM   22   Q    Where were you, where was Mr. Miske, where was the

08:42AM   23   employee during the assault?

08:42AM   24   A    Mike was sitting in the chair behind the deck.  The

08:42AM   25   employee was standing in front of the desk where the black

| | | |
|---|---|---|
| 08:43AM | 1 | chair is, and I was like right next to him where the empty spot |
| 08:43AM | 2 | is. |
| 08:43AM | 3 | Q    So the employee was in the chair behind -- or, excuse me, |
| 08:43AM | 4 | the -- Mr. Miske was in the chair behind the desk? |
| 08:43AM | 5 | A    Yes. |
| 08:43AM | 6 | Q    And the employee, can you mark where he was?  He's |
| 08:43AM | 7 | standing up though? |
| 08:43AM | 8 | A    He's standing up. |
| 08:43AM | 9 | MR. NAMMAR:  Okay.  So for the record, next to the |
| 08:43AM | 10 | refrigerator on the left-hand side. |
| 08:43AM | 11 | BY MR. NAMMAR: |
| 08:43AM | 12 | Q    And where were you? |
| 08:43AM | 13 | A    I was right here. |
| 08:43AM | 14 | MR. NAMMAR:  For the record, just to the right of |
| 08:43AM | 15 | that. |
| 08:43AM | 16 | BY MR. NAMMAR: |
| 08:43AM | 17 | Q    Do you recall whether you got paid after this assault? |
| 08:43AM | 18 | A    I didn't get paid. |
| 08:43AM | 19 | MR. NAMMAR:  We can take that down. |
| 08:43AM | 20 | BY MR. NAMMAR: |
| 08:44AM | 21 | Q    Also directing your attention now to February 2017.  Were |
| 08:44AM | 22 | you also summonsed again to the office to assault someone by |
| 08:44AM | 23 | Mr. Miske? |
| 08:44AM | 24 | A    Yes. |
| 08:44AM | 25 | Q    Did you later learn that that individual was the owner of |

08:44AM   1   a nightclub?

08:44AM   2   A     Yes.

08:44AM   3   Q     How did you know to get to the office to do that?

08:44AM   4   A     Because Mike told me to come to the office.

08:44AM   5   Q     Contacted you on your cell phone?

08:44AM   6   A     Yes.

08:44AM   7   Q     And what do you recall happening when you got to the

08:44AM   8   office?

08:44AM   9   A     Jason was standing inside.  He ended up lifting the garage

08:44AM   10  for me to come in.  They closed the garage and...

08:44AM   11  Q     Let me stop you there.  Who's Jason?

08:44AM   12  A     Jason was the manager at the M.

08:44AM   13  Q     The one that you told us yesterday you did assaults for at

08:44AM   14  the M?

08:44AM   15  A     Yes.

08:44AM   16  Q     And when you say he opened the garage, was it closed when

08:45AM   17  you came?

08:45AM   18  A     Yes.

08:45AM   19  Q     And can you -- when -- when you're talking about garage,

08:45AM   20  what do you mean?

08:45AM   21  A     It was the garage door to Kama'aina Pest Control.

08:45AM   22         MR. NAMMAR:  Your Honor, can we publish 1-776 at this

08:45AM   23  time from the original list?

08:45AM   24         THE COURT:  Go ahead.

08:45AM   25  BY MR. NAMMAR:

08:45AM  1   Q    Mr. Smith, do you recognize what -- what's shown here this

08:45AM  2   building?

08:45AM  3   A    Yes.

08:45AM  4   Q    And what is it?

08:45AM  5   A    It was Kama'aina Pest.

08:45AM  6   Q    Do you see the garage door that you were just testifying

08:45AM  7   about?

08:45AM  8   A    Yes.

08:45AM  9   Q    Can you circle it?  So it's like a roll-up door?

08:45AM  10  A    Yes.

08:45AM  11  Q    And after you came in, the door was closed?  The garage

08:45AM  12  door was -- by Jason he shut it?

08:45AM  13  A    Yes.

08:45AM  14  Q    And did you briefly meet with Mr. Miske outside of his

08:45AM  15  office before the assault began?

08:46AM  16  A    Yes.

08:46AM  17  Q    Tell us what happened during that meeting.

08:46AM  18  A    He came outside.  He told me that when he scratches his

08:46AM  19  head that was the signal to go.

08:46AM  20  Q    To do what?

08:46AM  21  A    To assault the owner of Ginza that was sitting in there.

08:46AM  22       THE COURT REPORTER:  I'm sorry.  "To assault the"?

08:46AM  23       THE WITNESS:  The owner of Ginza, the nightclub.

08:46AM  24  BY MR. NAMMAR:

08:46AM  25  Q    Had he told you in the past -- he had told you in the past

08:46AM   1   about signals like that when to act?

08:46AM   2   A    Yes.

08:46AM   3   Q    Did he tell you at that time that the owner, the person in

08:46AM   4   the office was the owner of Ginza?

08:46AM   5   A    No.

08:46AM   6   Q    Did you find that out later from Mr. Miske?

08:46AM   7   A    I found it out later through other people around us.

08:46AM   8   Q    Who did you find it out from?

08:46AM   9   A    Through Johnnie and Mills.

08:47AM   10  Q    Johnnie and Mills?

08:47AM   11  A    Yes.

08:47AM   12  Q    So do you go back -- at this point, do you go into the

08:47AM   13  office with Mr. Miske?

08:47AM   14  A    Yes.

08:47AM   15  Q    And who -- who else is in the office at this time?

08:47AM   16  A    The owner of the other club.

08:47AM   17  Q    Do you recall is that it?

08:47AM   18  A    Yes.

08:47AM   19  Q    Do you recall whether Mr. Miske's office door was then

08:47AM   20  shut?

08:47AM   21  A    I don't know if it was shut or not because nobody else was

08:47AM   22  in the shop.  The shop was closed.

08:47AM   23  Q    Okay.  And when you first get into the office and the

08:47AM   24  owner of Ginza is in there, Mr. Miske is in there and you're in

08:47AM   25  there, what's taking place?

08:47AM   1   A   They are just talking regularly.

08:47AM   2   Q   In a friendly manner?

08:47AM   3   A   Yes.

08:47AM   4   Q   Okay.  And where do you position yourself?

08:47AM   5   A   I sit in the back of the office on a couch.

08:47AM   6   Q   And where is the owner of Ginza?

08:47AM   7   A   He's sitting right across from Mike at the desk.

08:48AM   8   Q   And then what happens?

08:48AM   9   A   I see him scratch his head.  I come up behind him.  I kick

08:48AM  10   him in the face and begin punching him.

08:48AM  11   Q   How long does that go on for?

08:48AM  12   A   Five seconds maybe.

08:48AM  13   Q   How many times do you think you hit him in that five

08:48AM  14   seconds?

08:48AM  15   A   Maybe five or six more times after I kicked him.

08:48AM  16   Q   Where did you initially kick him?

08:48AM  17   A   In the face.

08:48AM  18   Q   What was -- what -- the owner Ginza, how was he positioned

08:48AM  19   when you started kicking him and punching him?

08:48AM  20   A   I kicked him and he was falling out of the chair, and he

08:48AM  21   kind of curled up and I just kept hitting him.

08:48AM  22   Q   At some point, did you stop?

08:48AM  23   A   Yes.

08:48AM  24   Q   Why did you stop?

08:48AM  25   A   Because Mike told me it was enough.

08:48AM   1   Q   Was Mr. Miske saying anything at that point to the owner
08:49AM   2   of Ginza?
08:49AM   3   A   He was yelling at him after and told him that Jason was
08:49AM   4   like family and that he needed to return that Rolex.
08:49AM   5   Q   He was talking about a Rolex?
08:49AM   6   A   Yes.
08:49AM   7   Q   A watch?
08:49AM   8   A   Yes.
08:49AM   9   Q   Did you know what he was talking about at that time?
08:49AM  10   A   No.
08:49AM  11   Q   How was it -- well, do you end up leaving or who leaves
08:49AM  12   first?  What do you recall?
08:49AM  13   A   I ended up leaving.  I walked out of the office first.  I
08:49AM  14   got paid and I left.
08:49AM  15   Q   How much did you get paid?
08:49AM  16   A   A thousand dollars.
08:49AM  17   Q   Who paid you?
08:49AM  18   A   Mike.
08:49AM  19   Q   Had you ever seen the person that you assaulted before in
08:49AM  20   your life?
08:49AM  21   A   No.
08:49AM  22   Q   And we talked about some other assaults yesterday.  Had
08:49AM  23   you ever seen the person named Kawika before in your life at
08:50AM  24   Cutter Chevy?
08:50AM  25   A   No.

08:50AM  1   Q    And the other used car dealer that you said was by the

08:50AM  2   Eagle Cafe off Nimitz, had you ever seen that person in your

08:50AM  3   life?

08:50AM  4   A    No.

08:50AM  5   Q    When you left Miske's office, did you see anybody within

08:50AM  6   the garage bay area of the shop?

08:50AM  7   A    What was the question?

08:50AM  8   Q    When you left Miske's office after the assault of the

08:50AM  9   owner, did you see anybody still within the shop in the garage

08:50AM  10  area?

08:50AM  11  A    I seen Jason and Mike still in the shop.  The guy's

08:50AM  12  girlfriend was parked outside.

08:50AM  13  Q    Whose girlfriend was parked outside?

08:50AM  14  A    The owner of the club.

08:50AM  15  Q    How did you know that?

08:50AM  16  A    Because they told me that was her sitting in the truck

08:50AM  17  outside.

08:50AM  18  Q    Okay.

08:50AM  19          MR. NAMMAR:  Your Honor, can we publish 1-779 again?

08:51AM  20          THE COURT:  You may.

08:51AM  21          MR. NAMMAR:  My apologies.  Can we publish 1-778

08:51AM  22  first?

08:51AM  23          THE COURT:  Go ahead.

08:51AM  24          MR. NAMMAR:  Thank you.

08:51AM  25  BY MR. NAMMAR:

08:51AM   1   Q   Do you recognize this photo, Mr. Smith?

08:51AM   2   A   Yes.

08:51AM   3   Q   What is -- what is shown here?

08:51AM   4   A   This is the back of Mike's office.

08:51AM   5   Q   And when you say at -- at the beginning of this assault,

08:51AM   6   you were seated at the couches.  Do you see those in this

08:51AM   7   picture?

08:51AM   8   A   Yes.

08:51AM   9   Q   Which -- where were you seated?

08:51AM   10   A   I was seated back here.

08:51AM   11   Q   Okay.  So for the record, you're pointing to where the

08:51AM   12   window is, correct?

08:51AM   13   A   Yes.

08:51AM   14   Q   And then where is -- where is Mr. Miske?

08:52AM   15   A   He's seated in front of the desk.

08:52AM   16   Q   Okay.  Is it right in this bottom right-hand corner here?

08:52AM   17   A   Yes.

08:52AM   18   Q   And where is the owner of Ginza?

08:52AM   19   A   He was seated on the chair on the other side.

08:52AM   20       MR. NAMMAR:  If we can now publish 1-779.

08:52AM   21   BY MR. NAMMAR:

08:52AM   22   Q   Where was the owner of Ginza in 1-779?  Where was he

08:52AM   23   seated?

08:52AM   24   A   He was seated on this chair in the front of the deck but

08:52AM   25   it was a little more to the right.

08:52AM   1   Q    Okay.  Can you circle the chair he was seated on a little
08:52AM   2   bit more to the right of that; is that correct?
08:52AM   3   A    Yeah, I was a little bit over this way.
08:52AM   4   Q    Okay.  And so when the assault begins, does the owner of
08:52AM   5   Ginza see it coming or is his back to you?
08:53AM   6   A    His back is to me.  He doesn't see it coming.
08:53AM   7   Q    And that's when you first kicked him?
08:53AM   8   A    Yes.
08:53AM   9        MR. NAMMAR:  Your Honor, can we publish at this time
08:53AM  10   6-52 from the original list?
08:53AM  11        THE COURT:  Go ahead.
08:53AM  12        MR. NAMMAR:  Thank you.
08:53AM  13        We could just zoom in a little bit.  Thank you.
08:53AM  14   BY MR. NAMMAR:
08:53AM  15   Q    Mr. Smith, do you recognize this exhibit?
08:53AM  16   A    Yes.
08:53AM  17   Q    Had you seen it before?
08:53AM  18   A    Yes.
08:53AM  19   Q    Where did you first see it, if you recall?
08:53AM  20   A    I don't -- I don't recall exactly but I know Mike or Jason
08:53AM  21   showed me the picture.
08:53AM  22   Q    And what did Mike or Jason say about it?
08:53AM  23   A    They said this was somebody else posting this and that
08:54AM  24   they were talking about the new club Encore that just opened
08:54AM  25   up.

08:54AM  1  Q   What was Encore?

08:54AM  2  A   That was Mike and Jay's other club after the M shut down.

08:54AM  3  Q   Did they seem happy about this post?

08:54AM  4  A   No.

08:54AM  5  Q   Did Mike separately talk to you about how Encore was doing

08:54AM  6  as a business?

08:54AM  7  A   They just told me that Encore wasn't doing too good.

08:54AM  8  Q   And did he ask you to do anything related to that?

08:54AM  9  A   They had me going tear gas the other clubs.

08:54AM  10  Q   Who asked you to do that?

08:54AM  11  A   Mike asked us to do it.

08:54AM  12  Q   What was -- did Mr. Miske say what the purpose of that

08:54AM  13  was?

08:54AM  14  A   Because those clubs were happening at that time, and if

08:55AM  15  those clubs got tear gassed, people wouldn't want to be at

08:55AM  16  those clubs.

08:55AM  17  Q   Did Mr. Miske tell you where you could obtain the tear gas

08:55AM  18  from?

08:55AM  19  A   I -- I ended up getting the tear gas from Johnnie.

08:55AM  20  Q   Johnnie Stancil?

08:55AM  21  A   Yes.

08:55AM  22  Q   Did you do this on multiple nights?

08:55AM  23  A   We did it one night at The District and one night at

08:55AM  24  Ginza.

08:55AM  25  Q   What was your role each night?

08:55AM   1   A   I just drove.

08:55AM   2   Q   You were the driver?

08:55AM   3   A   Yes.

08:55AM   4   Q   The first night, was that at The District?

08:55AM   5   A   Yes.

08:55AM   6   Q   Who did you do it with?

08:55AM   7   A   Kaulana Freitas.

08:55AM   8   Q   And before it happened, do you recall going to

08:55AM   9   Mr. Stancil's house?

08:55AM   10   A   I'm not sure if we went to his house on the first night or

08:56AM   11   the second night.

08:56AM   12   Q   Okay.  Do you recall talking to Mr. Stancil in advance

08:56AM   13   though of pouring the chemicals out?

08:56AM   14   A   Yes.

08:56AM   15   Q   Did he give you instruction on how you should do it?

08:56AM   16   A   Yes.

08:56AM   17   Q   What did he tell you?

08:56AM   18   A   He told me that all they had to do was leak it on the

08:56AM   19   floor and it would clear the club out.

08:56AM   20   Q   Did he tell -- in that conversation, did he tell you he

08:56AM   21   also had prior experience doing that?

08:56AM   22   A   Yes.

08:56AM   23   Q   What did he tell you?

08:56AM   24       MR. KENNEDY:  Objection, hearsay, past narrative, Your

08:56AM   25   Honor.

08:56AM   1                    MR. NAMMAR:   Coconspirator statement.

08:56AM   2                    THE COURT:   Overruled.   Go ahead.

08:56AM   3                    THE WITNESS:   He told me he leaked it at the club

08:56AM   4    Addiction near the DJ booth.

08:56AM   5    BY MR. NAMMAR:

08:56AM   6    Q    He told you he did the same thing at the club Addiction?

08:56AM   7    A    Yes.

08:56AM   8    Q    Near the DJ booth?

08:56AM   9    A    Yes.

08:56AM   10   Q    Did you know what he was talking about club Addiction?

08:56AM   11   A    I knew what club that was, yes.

08:56AM   12   Q    Where was that?

08:56AM   13   A    It's above the Modern hotel across the Red Lobster.

08:56AM   14   Q    Is it in Waikiki?

08:56AM   15   A    Yes.

08:56AM   16   Q    Had you been to that club before?

08:57AM   17   A    Yes.

08:57AM   18   Q    Did Mr. Miske give you any instructions related to Fabric?

08:57AM   19   A    He said that if we got the chemical on the couch or

08:57AM   20   something material like that it wouldn't -- they wouldn't be

08:57AM   21   able to get it out.

08:57AM   22   Q    So he wanted you to get the tear gas on a couch or

08:57AM   23   something like that?

08:57AM   24   A    Yes.

08:57AM   25   Q    So the first night you said you did District with

08:57AM    1    Mr. Kaulana Freitas?

08:57AM    2    A    Yes.

08:57AM    3    Q    You were the driver?

08:57AM    4    A    Yes.

08:57AM    5    Q    Where do you recall parking before -- well, did -- does

08:57AM    6    Mr. Freitas end up going into the club?

08:57AM    7    A    Yes.

08:57AM    8    Q    Where do you park before that happens?

08:58AM    9    A    We were parked right across the street in the Ala Moana

08:58AM    10   parking lot.

08:58AM    11   Q    And does Mr. Freitas go into the club for a period of

08:58AM    12   time?

08:58AM    13   A    Yes.

08:58AM    14   Q    And do you see him when he returns?

08:58AM    15   A    Yes.

08:58AM    16   Q    And when he returns, does he tell you what he did?

08:58AM    17   A    Yes.

08:58AM    18   Q    What did he tell you?

08:58AM    19   A    He told me he leaked the tear gas on the floor.

08:58AM    20   Q    And do you recall seeing anybody on the first night

08:58AM    21   leaving the club?

08:58AM    22   A    Yes.

08:58AM    23   Q    What did you see?

08:58AM    24   A    We seen everybody running out.

08:58AM    25   Q    Do you recall on the first night at District whether you

08:58AM    1    felt any effects when Mr. Freitas came back?

08:58AM    2    A     Yes.

08:58AM    3    Q     What effects were you feeling?

08:58AM    4    A     Our eyes was burning.

08:58AM    5    Q     Where were -- is this in the car?

08:58AM    6    A     Yes.

08:58AM    7    Q     So your eyes are burning in the car?

08:58AM    8    A     Yes.

08:58AM    9    Q     Do you recall after you dumped out -- after the tear

08:59AM   10    gas -- after you were told the tear gas was dumped out, do you

08:59AM   11    recall having a conversation with Mr. Miske?

08:59AM   12    A     We let him know it was done.

08:59AM   13    Q     How did you reach out to him and tell him that?

08:59AM   14    A     I'm not sure if we texted or we called.

08:59AM   15    Q     Do you remember what his response was?

08:59AM   16    A     He said he was going to go by and check it out.

08:59AM   17    Q     Second night, do you -- do you recall doing it on

08:59AM   18    consecutive nights?

08:59AM   19    A     Yes.

08:59AM   20    Q     Okay.  Second night was what club?

08:59AM   21    A     Ginza.

08:59AM   22    Q     Does Mr. Miske ask you to do that, too?

08:59AM   23    A     Yes.

08:59AM   24    Q     Does he say anything about the type of person you should

08:59AM   25    take with you?

08:59AM   1   A    He told me to take a female with me because they would be
08:59AM   2   less obvious.
09:00AM   3   Q    Did he give you any suggestions or did he leave that up to
09:00AM   4   you as far as which female to get?
09:00AM   5   A    He knew we were kind of hanging out with Ashlin.  He told
09:00AM   6   me to take Ash with me.
09:00AM   7   Q    Ashlin Akau?
09:00AM   8   A    Yes.
09:00AM   9   Q    And did you recruit Ashlin?
09:00AM   10  A    Yes.
09:00AM   11  Q    Was any money discussed at any point with Mr. Miske?
09:00AM   12  A    We were supposed to get paid after it.
09:00AM   13  Q    Who told you that?
09:00AM   14  A    Mike.
09:00AM   15  Q    Did he tell you an amount?
09:00AM   16  A    I'm not sure.
09:00AM   17  Q    Did you then recruit Ashlin Akau?
09:00AM   18  A    Yes.
09:00AM   19  Q    Was Ms. Akau trusted at this point?
09:00AM   20  A    Yes.
09:00AM   21  Q    Had she helped you with some of the robberies that you
09:00AM   22  testified to yesterday?
09:00AM   23  A    Yes.
09:00AM   24  Q    And in advance of Ginza, do you recall going to John
09:00AM   25  Stancil's house?

| | | | |
|---|---|---|---|
| 09:00AM | 1 | A | Yes. |
| 09:00AM | 2 | Q | Who was with you? |
| 09:01AM | 3 | A | Ash. |
| 09:01AM | 4 | Q | And what do you recall happening at John Stancil's house? |
| 09:01AM | 5 | A | We went over there to get the tear gas chemical. |
| 09:01AM | 6 | Q | And did you see Mr. Stancil pouring it out in anything? |
| 09:01AM | 7 | A | We poured it into like a squirt bottle. |
| 09:01AM | 8 | Q | A square what? |
| 09:01AM | 9 | A | A squirt bottle. |
| 09:01AM | 10 | Q | Okay.  And did you see what he got it out of? |
| 09:01AM | 11 | A | It was like a big white container. |
| 09:01AM | 12 | Q | A big white container? |
| 09:01AM | 13 | A | Yes. |
| 09:01AM | 14 | | MR. NAMMAR:  Your Honor, can we publish 6-45 at this |
| 09:01AM | 15 | | point? |
| 09:01AM | 16 | | THE COURT:  You may.  Go ahead. |
| 09:01AM | 17 | | BY MR. NAMMAR: |
| 09:01AM | 18 | Q | Do you recognize what is shown here, Mr. Smith? |
| 09:01AM | 19 | A | Yes. |
| 09:01AM | 20 | Q | What is shown there? |
| 09:01AM | 21 | A | That's where I met Johnnie to grab the chemical. |
| 09:01AM | 22 | Q | And where -- where were you parked when you went? |
| 09:01AM | 23 | A | In the driveway. |
| 09:02AM | 24 | Q | In the driveway where the gray minivan is? |
| 09:02AM | 25 | A | Yes. |

09:02AM   1   Q    And where -- where do you recall that Mr. Stancil

09:02AM   2   retrieved the chemical from?

09:02AM   3   A    We poured it -- we poured it in the garage.  I think it

09:02AM   4   came out of the closet in the garage.

09:02AM   5   Q    Okay.  Do you see the garage in this photo?

09:02AM   6   A    Yes.

09:02AM   7   Q    Can you put an X on it?  For the record, you're marking

09:02AM   8   the right part of the photo.  What car were -- do you recall

09:02AM   9   what car you took?

09:02AM   10  A    I was in my Lexus.

09:02AM   11  Q    Is that a sedan?

09:02AM   12  A    Yes.

09:02AM   13  Q    So after you --

09:02AM   14       MR. NAMMAR:  We can take that down.

09:02AM   15  BY MR. NAMMAR:

09:02AM   16  Q    After you get the -- you and Ash -- Ashlin get the

09:02AM   17  chemicals from Mr. Stancil, do you have some time to kill?

09:02AM   18  A    Yes.

09:02AM   19  Q    What do you guys do?

09:03AM   20  A    We were just driving.  We end up driving to town.  We're

09:03AM   21  parked across Ala Moana.

09:03AM   22  Q    Do you end up meeting with Mr. Miske at Ala Moana?

09:03AM   23  A    Yes.

09:03AM   24  Q    At the mall?

09:03AM   25  A    Yes.

09:03AM    1    Q    What does Mr. Miske -- is he driving when he meets up with
09:03AM    2    you?
09:03AM    3    A    I think it was his Lexus.
09:03AM    4    Q    Okay.  Was that a SUV or a sedan?
09:03AM    5    A    It was a sedan.
09:03AM    6    Q    And when Mr. Miske meets up with you in the Lexus, what do
09:03AM    7    you do?
09:03AM    8    A    I jump in the car with him.
09:03AM    9    Q    Does Ashlin -- what about Ashlin?
09:03AM   10    A    Ash stays in my car and waits for us to come back.
09:03AM   11    Q    And what do you guys -- what do you and Mr. Miske do?
09:03AM   12    A    We go to the KTV Lounge.  One of his girlfriends couldn't
09:03AM   13    get a room over there and we went over there to shake up the
09:04AM   14    security.
09:04AM   15    Q    Before you went into the lounge, did Mr. Miske give you
09:04AM   16    anything?
09:04AM   17    A    A baton.
09:04AM   18    Q    A baton like the photo that we just looked at?
09:04AM   19    A    Yes.
09:04AM   20    Q    A metal one that extends?
09:04AM   21    A    Yes.
09:04AM   22    Q    What -- what happened when -- well, did you have the baton
09:04AM   23    with you when you went inside with Mr. Miske?
09:04AM   24    A    Yes.
09:04AM   25    Q    And was it -- would it have been visible to other folks in

09:04AM   1    KTV Lounge that you had it?

09:04AM   2    A    It could have been.  It was right behind my hand.

09:04AM   3    Q    Okay.  And what happened when you and Mr. Miske went into

09:04AM   4    the lounge?

09:04AM   5    A    He started yelling at the security to get Heather a room

09:04AM   6    and we just -- we were just there shaking up the security.

09:04AM   7    Q    Shaking up security?

09:04AM   8    A    Yes.

09:04AM   9    Q    Who was doing the yelling?

09:04AM   10   A    Mike.

09:04AM   11   Q    And were you right next to him when he was doing that?

09:04AM   12   A    Yes.

09:04AM   13   Q    Did it work?

09:04AM   14   A    Yes.

09:04AM   15   Q    Why do you think it worked?

09:05AM   16   A    I think she got a room after we left.

09:05AM   17   Q    Is that when Mr. Miske told you?

09:05AM   18   A    I think so.

09:05AM   19   Q    Did you ever have to assault anybody over there?

09:05AM   20   A    No.

09:05AM   21   Q    Why not?

09:05AM   22   A    Because he didn't tell me to assault anybody.

09:05AM   23   Q    So does Mr. Miske then take you back to your car at Ala

09:05AM   24   Moana?

09:05AM   25   A    Yes.

09:05AM   1   Q   Where Ashlin is waiting?

09:05AM   2   A   Yes.

09:05AM   3   Q   And does he give you any instructions about when you

09:05AM   4   should release the tear gas in the club?

09:05AM   5   A   He just told us to wait till it gets crowded and wait till

09:05AM   6   the club is happening.

09:05AM   7   Q   Wait till the club is full with people?

09:05AM   8   A   Yes.

09:05AM   9   Q   What do you do from there with Ashlin Akau?

09:05AM  10   A   I drive up to the front of Ginza.  She goes in.  I'm

09:06AM  11   texting her asking her where she was at in the club, and if she

09:06AM  12   did it or not.

09:06AM  13   Q   Do you recall talking to her about how many people were in

09:06AM  14   the club?

09:06AM  15   A   Yes.

09:06AM  16   Q   What do you recall talking to her about that?

09:06AM  17   A   I was just asking her if it was busy.

09:06AM  18   Q   So you could follow Mr. Miske's instructions; is that

09:06AM  19   right?

09:06AM  20   A   Yes.

09:06AM  21   Q   Does she tell you that she ends up releasing the chemical?

09:06AM  22   A   Yes.

09:06AM  23   Q   And after she release it -- releases it, what happens?

09:06AM  24   A   She comes out.  The club starts clearing out.

09:06AM  25   Q   You saw the club clearing out?

09:06AM   1   A    Yes.

09:06AM   2   Q    And like the previous night when Miss -- does Miss Akau

09:06AM   3   get in your car?

09:06AM   4   A    Yes.

09:06AM   5   Q    And you guys drive away?

09:06AM   6   A    Yes.

09:06AM   7   Q    Do you feel any effects?

09:06AM   8   A    My eyes were burning.

09:07AM   9   Q    Is it hard to breathe at times?

09:07AM   10  A    Yes.

09:07AM   11  Q    Do you recall reaching out to Mr. Miske at that point?

09:07AM   12  A    Yes.

09:07AM   13  Q    What do you recall about that conversation?

09:07AM   14  A    I just let him know I was done, that we -- that we did it.

09:07AM   15  Q    Was that a phone call or a text or?

09:07AM   16  A    I'm not sure.

09:07AM   17  Q    Okay.  And did you see anything in relation to Mr. Miske

09:07AM   18  and the police?

09:07AM   19  A    I think while I was talking to him later on, he -- when he

09:07AM   20  was going to check it out, he said that he is being pulled

09:07AM   21  over.

09:07AM   22        MR. KENNEDY:  Objection, nonresponsive, Your Honor.

09:07AM   23        THE COURT:  Overruled.  Go ahead.  You can answer.

09:07AM   24        THE WITNESS:  He said that he was being pulled over.

09:07AM   25  Me and Ashlin turned around and we went and parked on top of

| | | |
|---|---|---|
| 09:07AM | 1 | the Ala Moana parking garage and we looked down and we seen him |
| 09:07AM | 2 | pulled over. |
| 09:07AM | 3 | Q    Who did you see him pulled over by? |
| 09:08AM | 4 | A    HPD. |
| 09:08AM | 5 | Q    Do you recall what car he was driving when he was pulled |
| 09:08AM | 6 | over? |
| 09:08AM | 7 | A    He was in a Lexus. |
| 09:08AM | 8 | Q    Following this, did you ever get any money from Mr. Miske? |
| 09:08AM | 9 | A    We were supposed to but we didn't. |
| 09:08AM | 10 | Q    You didn't? |
| 09:08AM | 11 | A    No. |
| 09:08AM | 12 | Q    Following this had you retained some of the tear gas? |
| 09:08AM | 13 | A    Yes. |
| 09:08AM | 14 | Q    Why? |
| 09:08AM | 15 | A    We didn't know where we could let it go or dump it. |
| 09:08AM | 16 | Q    Okay.  And what was that tear gas in? |
| 09:08AM | 17 | A    They were in a little Jagermeister bottle. |
| 09:08AM | 18 | Q    And how long did you have that for? |
| 09:08AM | 19 | A    Until it got taken. |
| 09:09AM | 20 |       MR. NAMMAR:  Okay.  Your Honor, can we show the -- for |
| 09:09AM | 21 | the witness only, can we show 1-998 from the original list? |
| 09:09AM | 22 |       THE COURT:  Okay.  I have it.  Go ahead. |
| 09:09AM | 23 |       MR. NAMMAR:  Thank you. |
| 09:09AM | 24 |       If we could zoom in just on this first page for some |
| 09:09AM | 25 | of the messages so Mr. Smith can see them a little bit better. |

| | | |
|---|---|---|
| 09:09AM | 1 | BY MR. NAMMAR: |
| 09:09AM | 2 | Q    Mr. Smith, do you recall reviewing -- do you recognize |
| 09:09AM | 3 | these messages? |
| 09:09AM | 4 | A    Yes. |
| 09:09AM | 5 | Q    Do you recall reviewing them prior to when you testified? |
| 09:09AM | 6 | A    Yes. |
| 09:09AM | 7 | Q    Do you recognize the number that -- telephone number |
| 09:09AM | 8 | that's shown here at the top? |
| 09:09AM | 9 | A    Yes. |
| 09:09AM | 10 | Q    What is that telephone number?  Can you read it into the |
| 09:09AM | 11 | record? |
| 09:09AM | 12 | A    (808) 954-5854. |
| 09:09AM | 13 | Q    Whose telephone number was that? |
| 09:09AM | 14 | A    That was mine. |
| 09:09AM | 15 | Q    And were you using -- were you using that phone number |
| 09:10AM | 16 | around the time of the -- disbursing the tear gas? |
| 09:10AM | 17 | A    Yes. |
| 09:10AM | 18 | Q    What are these text messages about? |
| 09:10AM | 19 | A    I was going to checkout a car. |
| 09:10AM | 20 | Q    And are they between you and the seller of that car? |
| 09:10AM | 21 | A    Yes. |
| 09:10AM | 22 | Q    And do they show at the top that that was your phone |
| 09:10AM | 23 | number in or around April of 2017? |
| 09:10AM | 24 | A    Yes. |
| 09:10AM | 25 |         MR. NAMMAR:  Your Honor, I'd move to admit 1-998. |

09:10AM    1              THE COURT:  Any objection?

09:10AM    2              MR. KENNEDY:  No objection.

09:10AM    3              THE COURT:  1-998 is admitted without objection.  You

09:10AM    4    may publish.

09:10AM    5                 (Exhibit 1-998 was received in evidence.)

09:10AM    6              MR. NAMMAR:  Thank you.  If we could just zoom in on

09:10AM    7    the first message?

09:10AM    8    BY MR. NAMMAR:

09:10AM    9    Q    So what kind of car do you recall you were trying to

09:10AM   10    acquire?

09:10AM   11    A    A BMW.

09:10AM   12    Q    Did you end up acquiring that car from the seller?

09:10AM   13    A    Yes.

09:10AM   14    Q    And the number that's at the top, you believe that's your

09:10AM   15    number?

09:10AM   16    A    Yes.

09:11AM   17              MR. NAMMAR:  Your Honor, for the witness only, can we

09:11AM   18    show 6-664 from the original list, thank you.  Just the first

09:11AM   19    page.  And if we could zoom in on the target phone numbers.

09:11AM   20    BY MR. NAMMAR:

09:11AM   21    Q    Mr. Smith, do you see that list of phone numbers?

09:11AM   22    A    Yes.

09:11AM   23    Q    Do you recognize those phone numbers?

09:11AM   24    A    Yes.

09:11AM   25    Q    The one that's on the bottom 954-5854, do you recognize

09:11AM   1    that number?

09:11AM   2    A    Yes.

09:11AM   3    Q    That is -- is that the same number that we just looked at?

09:11AM   4    A    Yes.

09:11AM   5    Q    That's your number?

09:11AM   6    A    Yes.

09:11AM   7    Q    The one that's just to the top (808) 585-1944, do you

09:11AM   8    recognize that number?

09:11AM   9    A    Yes.

09:11AM   10    Q    Whose phone number do you recognize that to be?

09:11AM   11    A    That was Kaulana's.

09:11AM   12    Q    And then the one above that (808) 469-5616, do you

09:12AM   13    recognize that number?

09:12AM   14    A    Yes.

09:12AM   15    Q    Whose phone number do you recognize that to be?

09:12AM   16    A    That was Johnnie's.

09:12AM   17    Q    Johnnie Stancil?

09:12AM   18    A    Yes.

09:12AM   19    Q    And the -- the phone number above that (808) 439-7800, do

09:12AM   20    you recognize that number?

09:12AM   21    A    Yes.

09:12AM   22    Q    Who do you recognize that phone number to be?

09:12AM   23    A    That was Mike's.

09:12AM   24    Q    And do you recall that these individuals were all using

09:12AM   25    these numbers around the time of the release of the tear gas in

09:12AM    1    2017?

09:12AM    2    A    Yes.

09:12AM    3           MR. NAMMAR:  We can take that down.

09:12AM    4           Your Honor, can we publish 6-46 from our original list

09:12AM    5    which I believe is in.

09:12AM    6           THE COURT:  It is, go ahead.

09:12AM    7    BY MR. NAMMAR:

09:12AM    8    Q    And if we could -- well, do you recognize this map?

09:13AM    9    A    Yes.

09:13AM   10    Q    Do you see The District nightclub?

09:13AM   11    A    Yes.

09:13AM   12    Q    Can you circle it?  And is that the area that you released

09:13AM   13    the chemicals on the first night?

09:13AM   14    A    Yes.

09:13AM   15    Q    And for the record, you're circling next to the words The

09:13AM   16    District.  Do you -- do you recall where the Ginza nightclub

09:13AM   17    was?

09:13AM   18    A    Yes.

09:13AM   19    Q    Was it close by to The District?

09:13AM   20    A    Yes.

09:13AM   21    Q    Can you put an X in the vicinity where you think the Ginza

09:13AM   22    nightclub was?  And for the record, you're putting an X about a

09:13AM   23    block over on Kona Street?

09:13AM   24    A    Yes.

09:13AM   25    Q    Do you recall the vicinity where Mr. Miske was stopped by

09:13AM    1    the police?

09:13AM    2    A    Yes.

09:13AM    3    Q    Where was that?

09:13AM    4    A    It was over here by The District across.

09:13AM    5    Q    Closer to The District?

09:13AM    6    A    Yes.

09:13AM    7    Q    Was it on Kona Street?

09:13AM    8    A    Yes.

09:14AM    9         MR. NAMMAR:  If we can now, Your Honor, publish 6-73

09:14AM   10    from the original list.

09:14AM   11         THE COURT:  Go ahead.

09:14AM   12    BY MR. NAMMAR:

09:14AM   13    Q    Mr. Smith, do you recognize what's up on the screen?

09:14AM   14    A    Yes.

09:14AM   15    Q    What's up on the screen?

09:14AM   16    A    That's a little club outside of The District right on the

09:14AM   17    side of it.

09:14AM   18    Q    And is The District anywhere in the building that's in

09:14AM   19    front of us?

09:14AM   20    A    Yes.

09:14AM   21    Q    Where is it?

09:14AM   22    A    It's right across the street.

09:14AM   23    Q    Kind of where the red truck is?

09:14AM   24    A    Yes.

09:14AM   25    Q    Okay.  Where did you -- can you see the vicinity where you

```
09:14AM    1   parked when Kaulana went in or is it outside of view?
09:14AM    2   A    It's outside of view.
09:14AM    3   Q    Okay.  Where -- where did you park?
09:14AM    4   A    I was parked right across the street kind of like how we
09:15AM    5   are looking at the red truck right now.
09:15AM    6   Q    Okay.  So were you on the mountain side of this building
09:15AM    7   or the ocean side?
09:15AM    8   A    Towards the ocean side.
09:15AM    9   Q    Okay.  In the mall area?
09:15AM   10   A    Yes.
09:15AM   11        MR. NAMMAR:  Can we publish 6-74?
09:15AM   12        THE COURT:  Yes.
09:15AM   13   BY MR. NAMMAR:
09:15AM   14   Q    Do you recognize this photo, Mr. Smith?
09:15AM   15   A    Yes.
09:15AM   16   Q    What is this?
09:15AM   17   A    That's The District nightclub entrance.
09:15AM   18   Q    Had you been there at some point prior?
09:15AM   19   A    Yes.
09:15AM   20        MR. NAMMAR:  May we publish 6-48 alpha from the third
09:15AM   21   supplemental list?
09:15AM   22        THE COURT:  Go ahead.
09:15AM   23        MR. NAMMAR:  Thank you.
09:15AM   24   BY MR. NAMMAR:
09:16AM   25   Q    Do you recognize the photo that's up on the screen 6-48
```

09:16AM    1    alpha?

09:16AM    2    A    Yes.

09:16AM    3    Q    What's shown here?

09:16AM    4    A    Ginza.

09:16AM    5         MR. NAMMAR:  We can take that down.

09:16AM    6    BY MR. NAMMAR:

09:16AM    7    Q    So you said that the -- you kept some of the tear gas in a

09:16AM    8    Jagermeister bottle?

09:16AM    9    A    Yes.

09:16AM   10    Q    And that was eventually taken by the police?

09:16AM   11    A    Yes.

09:16AM   12    Q    Now, we've been referring to it as tear gas but did you

09:16AM   13    actually know what the chemical was?

09:16AM   14    A    No.

09:16AM   15    Q    Did you have a conversation with Mr. Miske about what the

09:16AM   16    chemical was used for?

09:16AM   17    A    I just knew it was like something used for the fumigation.

09:16AM   18    Q    You've never been a fumigator?

09:16AM   19    A    No.

09:16AM   20    Q    And when it was taken by the police -- well, what were the

09:17AM   21    circumstance it was taken by the police that you recall?

09:17AM   22    A    We were surrounded by CRU.

09:17AM   23    Q    Is that the crime reduction unit that you talked about

09:17AM   24    yesterday?

09:17AM   25    A    Yes.

| | | | |
|---|---|---|---|
| 09:17AM | 1 | Q | And what happened? |
| 09:17AM | 2 | A | They were just searching us and they took my bag. |
| 09:17AM | 3 | Q | What kind of bag was it? |
| 09:17AM | 4 | A | A Gucci bag. |
| 09:17AM | 5 | Q | What was inside the Gucci bag? |
| 09:17AM | 6 | A | My gun, the tear gas, the -- and the Jagermeister bottle |
| 09:17AM | 7 | | and another fake one -- fake gun. |
| 09:17AM | 8 | Q | Fake gun? |
| 09:17AM | 9 | A | Yeah. |
| 09:17AM | 10 | Q | Who were you with when you were pulled over? |
| 09:17AM | 11 | A | Kaulana. |
| 09:17AM | 12 | Q | Who did you get the gun from that you had in the car, if |
| 09:17AM | 13 | | you recall? |
| 09:17AM | 14 | A | Mills -- Miller. |
| 09:17AM | 15 | Q | When you were initially pulled over and you had all that |
| 09:17AM | 16 | | in your -- well, who was driving that you recall? |
| 09:17AM | 17 | A | Kaulana. |
| 09:17AM | 18 | Q | Kaulana Freitas? |
| 09:18AM | 19 | A | Yes. |
| 09:18AM | 20 | Q | When you were initially pulled over and you had all that |
| 09:18AM | 21 | | in your car, were you concerned? |
| 09:18AM | 22 | A | Yes. |
| 09:18AM | 23 | Q | Did you call anybody? |
| 09:18AM | 24 | A | I called a lawyer that we had Alen Kaneshiro. |
| 09:18AM | 25 | Q | You called him during the traffic stop? |

| | | | |
|---|---|---|---|
| 09:18AM | 1 | A | Yes. |
| 09:18AM | 2 | Q | And after all that -- those things were taken, did you |
| 09:18AM | 3 | | reach out to Mr. Miske? |
| 09:18AM | 4 | A | Yes. |
| 09:18AM | 5 | Q | And were you concerned at that point that the police had |
| 09:18AM | 6 | | taken all those items from you? |
| 09:18AM | 7 | A | Yes. |
| 09:18AM | 8 | Q | What did Mr. Miske tell you? |
| 09:18AM | 9 | A | To stay low and to come see me and we'll figure it out. |
| 09:18AM | 10 | Q | Did you have follow-up conversations with him about it? |
| 09:18AM | 11 | A | Yes. |
| 09:18AM | 12 | Q | What did he tell you? |
| 09:18AM | 13 | A | I would just ask if there was any updates because there |
| 09:18AM | 14 | | was a gun in the bag.  I was on probation.  He just let me know |
| 09:19AM | 15 | | like to talk to Alen. |
| 09:19AM | 16 | | MR. NAMMAR:  Okay.  Your Honor, can we publish 6-37 at |
| 09:19AM | 17 | | this point from the original list? |
| 09:19AM | 18 | | THE COURT:  Go ahead. |
| 09:19AM | 19 | | BY MR. NAMMAR: |
| 09:19AM | 20 | Q | Mr. Smith, 6-37 is up.  Do you recognize the vehicle |
| 09:19AM | 21 | | that's shown here? |
| 09:19AM | 22 | A | Yes. |
| 09:19AM | 23 | Q | And do you recognize the vicinity that's in the |
| 09:19AM | 24 | | background? |
| 09:19AM | 25 | A | Yes. |

| | | | |
|---|---|---|---|
| 09:19AM | 1 | Q | What is shown here? |
| 09:19AM | 2 | A | Kaulana's car. |
| 09:19AM | 3 | Q | Do you believe this is during the traffic stop? |
| 09:19AM | 4 | A | Yes. |
| 09:19AM | 5 | | MR. NAMMAR:  Your Honor, can we publish 6-32? |
| 09:19AM | 6 | | THE COURT:  You may. |
| 09:19AM | 7 | BY MR. NAMMAR: | |
| 09:19AM | 8 | Q | Do you recognize the people shown here? |
| 09:19AM | 9 | A | Yes. |
| 09:19AM | 10 | Q | Does this also appear to you to be during the traffic |
| 09:19AM | 11 | stop? | |
| 09:19AM | 12 | A | Yes. |
| 09:19AM | 13 | Q | Do you remember the police taking a photo of you? |
| 09:19AM | 14 | A | Yes. |
| 09:19AM | 15 | Q | Which person are you? |
| 09:19AM | 16 | A | I'm the one in the red shirt. |
| 09:19AM | 17 | Q | And who's in the black shirt? |
| 09:20AM | 18 | A | Kaulana. |
| 09:20AM | 19 | Q | Do you recognize anything between your legs? |
| 09:20AM | 20 | A | I think the straps from my backpack. |
| 09:20AM | 21 | Q | Can you circle where you think you see the strap from your |
| 09:20AM | 22 | backpack?  So for the record, you're circling the green and red | |
| 09:20AM | 23 | strap? | |
| 09:20AM | 24 | A | Yes. |
| 09:20AM | 25 | | MR. NAMMAR:  Can we publish 6-25, Your Honor? |

09:20AM    1              THE COURT:  Go ahead.

09:20AM    2    BY MR. NAMMAR:

09:20AM    3    Q    Do you recognize what is shown here, Mr. Smith?

09:20AM    4    A    Yes.

09:20AM    5    Q    What is shown here?

09:20AM    6    A    The girls that was in the back seat of the car.

09:20AM    7    Q    Did they have anything to do with the items that were in

09:20AM    8    your backpack?

09:20AM    9    A    No.

09:20AM   10              MR. NAMMAR:  May we publish, Your Honor, 6-29?

09:20AM   11              THE COURT:  Yes.

09:20AM   12    BY MR. NAMMAR:

09:20AM   13    Q    Do you recognize, Mr. Smith, what is shown here?

09:20AM   14    A    Yes.

09:20AM   15    Q    What is shown here?

09:20AM   16    A    That was the bag they took.

09:20AM   17              MR. NAMMAR:  Can we publish 6-23?

09:21AM   18              THE COURT:  Yes.

09:21AM   19    BY MR. NAMMAR:

09:21AM   20    Q    Do you recognize the things that are shown in 6-23?

09:21AM   21    A    Yes.

09:21AM   22    Q    What is shown here?

09:21AM   23    A    My gun and the other one, the fake one.

09:21AM   24    Q    Which is the real gun and which is the fake gun?

09:21AM   25    A    The silver one is real and the black one is fake.

09:21AM    1              MR. NAMMAR:  Can we publish 6-28, Your Honor?

09:21AM    2              THE COURT:  You may.

09:21AM    3    BY MR. NAMMAR:

09:21AM    4    Q    Do you recognize what's shown in 6-28?

09:21AM    5    A    Yes.

09:21AM    6    Q    What is it?

09:21AM    7    A    The gun that was in the bag that day.

09:21AM    8    Q    Who did you get this gun from?

09:21AM    9    A    From Miller.

09:21AM   10              MR. NAMMAR:  Can we publish 6-30?

09:21AM   11              THE COURT:  Yes.

09:21AM   12    BY MR. NAMMAR:

09:21AM   13    Q    Do you recognize this, Mr. Smith?

09:21AM   14    A    Yes.

09:21AM   15    Q    What is it?

09:21AM   16    A    I think it's the other side of the gun.

09:21AM   17              MR. NAMMAR:  Can we publish 6-34?

09:21AM   18              THE COURT:  Yes.

09:22AM   19    BY MR. NAMMAR:

09:22AM   20    Q    Do you recognize this, Mr. Smith?

09:22AM   21    A    Yes.

09:22AM   22    Q    What is it?

09:22AM   23    A    That was the other gun that was in the bag, the fake one.

09:22AM   24              MR. NAMMAR:  Can we publish 6-35?

09:22AM   25    BY MR. NAMMAR:

| | | | |
|---|---|---|---|
| 09:22AM | 1 | Q | Do you recognize this, Mr. Smith? |
| 09:22AM | 2 | A | Yes. |
| 09:22AM | 3 | Q | What is it? |
| 09:22AM | 4 | A | It's a red smoke grenade. |
| 09:22AM | 5 | Q | Who did you get this from? |
| 09:22AM | 6 | A | That -- we were cleaning out my friend's house and that |
| 09:22AM | 7 | | was part of Lance's stuff. |
| 09:22AM | 8 | Q | Lance Bermudez? |
| 09:22AM | 9 | A | Yes. |
| 09:22AM | 10 | Q | Was this ever -- anything like this ever released in the |
| 09:22AM | 11 | | nightclubs? |
| 09:22AM | 12 | A | No. |
| 09:22AM | 13 | Q | District or Ginza.  Why did you hang on to it? |
| 09:22AM | 14 | A | We just thought it was cool.  I never seen it before. |
| 09:22AM | 15 | Q | Did you ever release -- have you ever released anything |
| 09:22AM | 16 | | like this? |
| 09:22AM | 17 | A | No. |
| 09:22AM | 18 | | MR. NAMMAR:  May we publish 6-33? |
| 09:22AM | 19 | | THE COURT:  You may. |
| 09:22AM | 20 | BY MR. NAMMAR: | |
| 09:22AM | 21 | Q | Do you recognize what is shown here? |
| 09:22AM | 22 | A | Yes. |
| 09:22AM | 23 | Q | Is -- what is shown here? |
| 09:23AM | 24 | A | Something from my car. |
| 09:23AM | 25 | Q | Is that the kind of car you had, a GS400? |

```
09:23AM    1    A    Yes.

09:23AM    2    Q    Is that the kind of car you recall driving on the nights

09:23AM    3    when the tear gas was released?

09:23AM    4    A    Yes.

09:23AM    5         MR. NAMMAR:  Can we publish 6-26?

09:23AM    6         THE COURT:  You may.

09:23AM    7    BY MR. NAMMAR:

09:23AM    8    Q    Do you recognize what is shown here?

09:23AM    9    A    Yes.

09:23AM   10    Q    What is shown here?

09:23AM   11    A    The Jagermeister bottle that had the tear gas stuff in it.

09:23AM   12    Q    And this was also in your backpack?

09:23AM   13    A    Yes.

09:23AM   14    Q    That was taken by the police?

09:23AM   15    A    Yes.

09:23AM   16    Q    Do you recall -- how close in time do you recall that to

09:23AM   17    be from when you actually released the tear gas?

09:23AM   18    A    I'm not too sure but not long after.

09:23AM   19    Q    Not long after?

09:23AM   20    A    Yes.

09:24AM   21         MR. NAMMAR:  We can take that down.

09:24AM   22         Can we show the witness only 4-144 from our 13th

09:24AM   23    supplemental list?

09:24AM   24         THE COURT:  Go ahead.

09:24AM   25    BY MR. NAMMAR:
```

| | | | |
|---|---|---|---|
| 09:24AM | 1 | Q | Mr. Smith, do you recognize the person in this photo? |
| 09:24AM | 2 | A | Yes. |
| 09:24AM | 3 | Q | Who is it? |
| 09:24AM | 4 | A | Officer Spiker. |
| 09:24AM | 5 | Q | And around 2017, did Mr. Miske show you a photo of Officer |
| 09:24AM | 6 | | Spiker? |
| 09:24AM | 7 | A | Yes. |
| 09:24AM | 8 | | MR. NAMMAR:  Your Honor, I move to admit 4-144. |
| 09:24AM | 9 | | THE COURT:  Any objection? |
| 09:24AM | 10 | | MR. KENNEDY:  No objection. |
| 09:25AM | 11 | | THE COURT:  4-144 is admitted.  You may publish. |
| 09:25AM | 12 | | MR. NAMMAR:  Thank you. |
| 09:25AM | 13 | | (Exhibit 4-144 was received in evidence.) |
| 09:25AM | 14 | | BY MR. NAMMAR: |
| 09:25AM | 15 | Q | So the jury can see it, this is Officer Spiker you said? |
| 09:25AM | 16 | A | Yes. |
| 09:25AM | 17 | Q | And when Mr. Miske initially showed you a photo of Officer |
| 09:25AM | 18 | | Spiker, was he in uniform like this one? |
| 09:25AM | 19 | A | No. |
| 09:25AM | 20 | Q | Okay.  And what did he -- when he was initially -- did he |
| 09:25AM | 21 | | initially talk to you about Mr. Spiker? |
| 09:25AM | 22 | A | He told me that Spiker was harassing him and one of his |
| 09:25AM | 23 | | girlfriends. |
| 09:25AM | 24 | Q | And what did he ask you to do, if anything, with respect |
| 09:25AM | 25 | | to Spiker? |

09:25AM    1    A    He said for us to figure out a way to assault him.

09:25AM    2    Q    What was going to be your role on that?

09:25AM    3    A    I was supposed to assault him.

09:25AM    4    Q    Officer Spiker?

09:25AM    5    A    Yes.

09:25AM    6    Q    Did you know he was a police officer when you had this

09:25AM    7    initial conversation with Mr. Miske?

09:25AM    8    A    No.

09:25AM    9    Q    Did -- in the initial conversation, did you agree to do

09:26AM   10    it?

09:26AM   11    A    We talked about it and like I would have done it if he --

09:26AM   12    Q    You were on call for him at that time?

09:26AM   13    A    Yes.

09:26AM   14    Q    Later on did you figure out that the person that you were

09:26AM   15    shown a photo of Spiker was actually a police officer?

09:26AM   16    A    Yes.

09:26AM   17    Q    How did you figure that out?

09:26AM   18    A    Because he started harassing me, too, and pulling me over.

09:26AM   19    Q    Did he end up pulling you over for DUI?

09:26AM   20    A    Yes.

09:26AM   21    Q    And did he arrest you for that?

09:26AM   22    A    Yes.

09:26AM   23    Q    Did you later learn that he also had contact with Johnnie

09:26AM   24    Stancil?

09:26AM   25    A    Yes.

| | | | |
|---|---|---|---|
| 09:26AM | 1 | Q | How did you learn that? |
| 09:26AM | 2 | A | From Johnnie and Mike. |
| 09:26AM | 3 | Q | Did you also learn that he had -- later learned that he |
| 09:26AM | 4 | | had pulled over Michael Miske? |
| 09:26AM | 5 | A | Yes. |
| 09:26AM | 6 | Q | And that he had pulled over Andi? |
| 09:27AM | 7 | A | Yes. |
| 09:27AM | 8 | Q | Who did you hear that from? |
| 09:27AM | 9 | A | From Johnnie and Mike. |
| 09:27AM | 10 | Q | Who is Andi? |
| 09:27AM | 11 | A | One of Mike's girlfriends. |
| 09:27AM | 12 | Q | And then at that point, did Miske let you know about a |
| 09:27AM | 13 | | plan he had to lure Officer Spiker? |
| 09:27AM | 14 | A | He just said that he would have a way to do it, that he |
| 09:27AM | 15 | | knew friends that were police officers, too. |
| 09:27AM | 16 | Q | Miske told you he knew friends that were police officers? |
| 09:27AM | 17 | A | Yes. |
| 09:27AM | 18 | Q | Were you concerned about being involved in an assault of a |
| 09:27AM | 19 | | police officer like that at that point? |
| 09:27AM | 20 | A | Yes. |
| 09:27AM | 21 | Q | Why? |
| 09:27AM | 22 | A | Because he's a police officer. |
| 09:27AM | 23 | Q | Did you think -- did you think it wasn't a good idea when |
| 09:27AM | 24 | | you figure out he was a police officer? |
| 09:27AM | 25 | A | Yes. |

| 09:27AM | 1 | Q | Did you end up assaulting Officer Spiker? |
| 09:27AM | 2 | A | No. |
| 09:28AM | 3 | | MR. NAMMAR:  We can take that down. |
| 09:28AM | 4 | BY MR. NAMMAR: |
| 09:28AM | 5 | Q | In around 2016 or '17, do you recall Miske talking to you |

09:28AM  6  about an individual named Gursh?

09:28AM  7  A    Yes.

09:28AM  8  Q    What's Gursh's last name?

09:28AM  9  A    Kahale.

09:28AM  10  Q    What did you know about Gursh at that time?

09:28AM  11  A    That he was -- he had money and he was doing good in

09:28AM  12  Vegas.

09:28AM  13  Q    What did you understand that Gursh had money from?

09:28AM  14  A    From selling drugs.

09:28AM  15  Q    What did you understand about Gursh's relationship, if

09:28AM  16  anything, with Wayne Miller?

09:28AM  17  A    I knew that was Mill's boy.

09:28AM  18  Q    That was Mill's boy?

09:28AM  19  A    Yes.

09:28AM  20  Q    Do you recall having a conversation with Mr. Miske about

09:28AM  21  Gursh?

09:28AM  22  A    Yes.

09:28AM  23  Q    What did he tell you?

09:28AM  24  A    He told me that they were at the beach house.  He was

09:29AM  25  cruising with Miller and I could go over there and probably get

| | | |
|---|---|---|
| 09:29AM | 1 | him at Miller's.  He was a -- that he was a good lick. |
| 09:29AM | 2 | THE COURT REPORTER:  "That he was a good"? |
| 09:29AM | 3 | THE WITNESS:  Lick, a good robbery. |
| 09:29AM | 4 | BY MR. NAMMAR: |
| 09:29AM | 5 | Q    So he told you you should rob Gursh? |
| 09:29AM | 6 | A    Yes. |
| 09:29AM | 7 | Q    Did he tell you during that conversation about what he |
| 09:29AM | 8 | thought about Gursh? |
| 09:29AM | 9 | A    He just didn't like Gursh. |
| 09:29AM | 10 | Q    When you say the beach house, did he explain what that was |
| 09:29AM | 11 | the beach house? |
| 09:29AM | 12 | A    I think they just told me that Miller was cruising with |
| 09:29AM | 13 | him at the beach house. |
| 09:29AM | 14 | Q    Did you know where it was? |
| 09:29AM | 15 | A    I think it was in Lani Kai. |
| 09:29AM | 16 | Q    That's near Kailua? |
| 09:29AM | 17 | A    Yes. |
| 09:29AM | 18 | Q    Did he elaborate why Gursh would be a good lick or a good |
| 09:30AM | 19 | robbery? |
| 09:30AM | 20 | A    He just told me Gursh -- I just knew he didn't like Gursh |
| 09:30AM | 21 | and Gursh probably had a lot of money. |
| 09:30AM | 22 | Q    What did you understand that Gursh did to get that money? |
| 09:30AM | 23 | A    Sold drugs. |
| 09:30AM | 24 | Q    Did you go through with the robbery? |
| 09:30AM | 25 | A    No. |

| | | | |
|---|---|---|---|
| 09:30AM | 1 | Q | Around that same time, did you have a conversation with |
| 09:30AM | 2 | | Johnnie Stancil about Gursh? |
| 09:30AM | 3 | A | Yes. |
| 09:30AM | 4 | Q | What did he tell you? |
| 09:30AM | 5 | A | He told me Mike didn't like Gursh because he told on |
| 09:30AM | 6 | | Russell Boy. |
| 09:30AM | 7 | Q | Did he explain the circumstances? |
| 09:30AM | 8 | A | Not really. |
| 09:30AM | 9 | Q | What did you understand "told on Russell Boy" to mean? |
| 09:30AM | 10 | A | I just knew they were in jail together and he told on him |
| 09:30AM | 11 | | about something. |
| 09:30AM | 12 | Q | And is this Russell Moscato? |
| 09:31AM | 13 | A | Yes. |
| 09:31AM | 14 | Q | One of the people that we talk about yesterday? |
| 09:31AM | 15 | A | Yes. |
| 09:31AM | 16 | Q | One of the people that you said was one of Miske's |
| 09:31AM | 17 | | friends? |
| 09:31AM | 18 | A | Yes. |
| 09:31AM | 19 | Q | So as we talked about yesterday, Miske was aware that you |
| 09:31AM | 20 | | were robbing people? |
| 09:31AM | 21 | A | Yes. |
| 09:31AM | 22 | Q | Would you brag to him about it at times? |
| 09:31AM | 23 | A | Yes. |
| 09:31AM | 24 | Q | Did it appear to you that that was part of the reason why |
| 09:31AM | 25 | | Mr. Miske wanted your services? |

| | | | |
|---|---|---|---|
| 09:31AM | 1 | A | Yes. |
| 09:31AM | 2 | Q | And as you talked about yesterday, you also felt like you |
| 09:31AM | 3 | | had protection from being by the fact that you were associated |
| 09:31AM | 4 | | with Mr. Miske; is that right? |
| 09:31AM | 5 | A | Yes. |
| 09:31AM | 6 | Q | Was -- was Mr. Miske known in the community as someone not |
| 09:31AM | 7 | | to mess with? |
| 09:31AM | 8 | A | Yes. |
| 09:31AM | 9 | Q | And did people -- in moving to 2017, did people in the |
| 09:32AM | 10 | | community understand that you were affiliated with Mr. Miske? |
| 09:32AM | 11 | A | Yes. |
| 09:32AM | 12 | Q | And as we talked about yesterday, you felt that when you |
| 09:32AM | 13 | | were robbing drug dealers your affiliation with Mr. Miske would |
| 09:32AM | 14 | | help you? |
| 09:32AM | 15 | A | Yes. |
| 09:32AM | 16 | Q | Because there would be no retaliation you thought? |
| 09:32AM | 17 | A | Yes. |
| 09:32AM | 18 | Q | And with drug dealing, you've told us yesterday you were |
| 09:32AM | 19 | | involved in that, right? |
| 09:32AM | 20 | A | Yes. |
| 09:32AM | 21 | Q | But was Mr. Miske involved in your drug dealing? |
| 09:32AM | 22 | A | No. |
| 09:32AM | 23 | Q | He was aware you were doing it? |
| 09:32AM | 24 | A | Yes. |
| 09:32AM | 25 | Q | And he knew you were targeting robberies of drug dealers? |

| | | | |
|---|---|---|---|
| 09:32AM | 1 | A | Yes. |
| 09:32AM | 2 | Q | And then giving dope to others to sell? |
| 09:32AM | 3 | A | Yes. |
| 09:32AM | 4 | Q | And with the drug dealing, sometimes you didn't always pay |
| 09:33AM | 5 | | your debts to people that provided you with drugs? |
| 09:33AM | 6 | A | Yes. |
| 09:33AM | 7 | Q | And did you feel that you also benefitted from your |
| 09:33AM | 8 | | affiliation with Mr. Miske regarding drug debts? |
| 09:33AM | 9 | A | Yes. |
| 09:33AM | 10 | Q | Lindsey Kinney, who was that? |
| 09:33AM | 11 | A | Somebody who was beefing with I used to get drugs from. |
| 09:33AM | 12 | Q | Okay.  Before you were beefing with him, what kind of |
| 09:33AM | 13 | | drugs did you get from Mr. Kinney? |
| 09:33AM | 14 | A | Ice. |
| 09:33AM | 15 | Q | What kind of quantities? |
| 09:33AM | 16 | A | Pounds. |
| 09:33AM | 17 | Q | And was there a time when you owed Mr. Kinney some money |
| 09:33AM | 18 | | for pounds? |
| 09:33AM | 19 | A | Yes. |
| 09:33AM | 20 | Q | You had not paid him? |
| 09:33AM | 21 | A | No. |
| 09:33AM | 22 | Q | And did you all get in a dispute over repayment? |
| 09:33AM | 23 | A | Yes. |
| 09:33AM | 24 | Q | Did Mr. Kinney start posting about you on social media? |
| 09:33AM | 25 | A | Yes. |

09:34AM   1   Q   And did Mr. Kinney also know that you were affiliated with
09:34AM   2   Mike Miske?
09:34AM   3   A   He found out, yes.
09:34AM   4   Q   And did he start calling both you and Mr. Miske out on
09:34AM   5   Instagram?
09:34AM   6   A   Yes.
09:34AM   7   Q   How did Mike take that?
09:34AM   8   A   He didn't like it.
09:34AM   9   Q   Did he tell you it was affront to his reputation more or
09:34AM   10   less?
09:34AM   11   A   Yes.
09:34AM   12   Q   Yes?
09:34AM   13   A   Yes.
09:34AM   14   Q   Is there one point in time that he snapped that you
09:34AM   15   recall?
09:34AM   16   A   Yes.  Right before we went to Kualoa.
09:34AM   17   Q   What did he tell you about Kualoa?
09:34AM   18   A   Told me that Lindsey was posting videos about us and we
09:34AM   19   were going to go over there and handle it.
09:34AM   20   Q   Did he say anything about whether he had any pull over
09:34AM   21   there?
09:34AM   22   A   He told me that we would get in like the security at the
09:35AM   23   front just let us in.
09:35AM   24   Q   Why did you think that was?
09:35AM   25   A   Because Mike had some pull at the movies.

| 09:35AM | 1 | Q | Did you understand him to at one point work on the movies? |

09:35AM   1   Q   Did you understand him to at one point work on the movies?

09:35AM   2   A   Yes.

09:35AM   3   Q   Before you went over to Kualoa, did you -- do you recall

09:35AM   4   having a meeting in temple valley?

09:35AM   5   A   Yes.

09:35AM   6   Q   Who was that meeting with?

09:35AM   7   A   Norman came to meet me and Harry over there.

09:35AM   8   Q   Do you recall what was discussed at that meeting?

09:35AM   9   A   Yes.

09:35AM   10   Q   What was discussed?

09:35AM   11   A   We were asking if Lindsey had his gun on him and we were

09:35AM   12   letting him know that Mike said we were going to come over

09:35AM   13   there and beat up Lindsey.

09:35AM   14   Q   Beat up Lindsey?

09:35AM   15   A   Yes.

09:35AM   16   Q   Why was Harry with you?

09:35AM   17   A   Me and him were eating lunch together that day.  He wanted

09:36AM   18   to come with me because Mike didn't really like him and he was

09:36AM   19   trying to get back in good with him.

09:36AM   20   Q   Did it have anything to do with the $10,000 you talked

09:36AM   21   about yesterday?

09:36AM   22   A   It could have.  I'm not sure.

09:36AM   23   Q   But you're not sure?

09:36AM   24   A   No.

09:36AM   25   Q   Had you heard about the $10,000 prior to this event?

09:36AM    1    A    I don't remember if it was before or after.

09:36AM    2    Q    Okay.  After that meeting in temple valley, did you -- do

09:36AM    3    you recall going over to the graveyard?

09:36AM    4    A    Yes.

09:36AM    5    Q    Who was there?

09:36AM    6    A    Mike.

09:36AM    7    Q    Anybody else that came?

09:36AM    8    A    No.

09:36AM    9    Q    Okay.

09:36AM   10    A    Johnnie and Cody ended up coming later.

09:36AM   11    Q    Okay.

09:36AM   12            THE COURT REPORTER:  Johnnie and who?

09:36AM   13            THE WITNESS:  Cody.

09:36AM   14    BY MR. NAMMAR:

09:36AM   15    Q    Who is Cody?

09:36AM   16    A    The -- the other brother.

09:36AM   17    Q    Whose other brother?

09:36AM   18    A    Mike's.

09:36AM   19    Q    And when you met up with Mr. Miske at the graveyard

09:36AM   20    initially, what happens?

09:37AM   21    A    He's just telling us what we're going to do when we get

09:37AM   22    over there to the movie set.  I jumped in with him in the Jeep.

09:37AM   23    He just told me not to let -- he was going to make like he

09:37AM   24    wanted to fight with Lindsey but not to let him get close to

09:37AM   25    him.

| | | | |
|---|---|---|---|
| 09:37AM | 1 | Q | He said, "Don't let him get close"? |
| 09:37AM | 2 | A | Yes. |
| 09:37AM | 3 | Q | And did he say anything to you about firearms? |
| 09:37AM | 4 | A | He asked me if I had the gun on me in the car. |
| 09:37AM | 5 | Q | What did you tell him? |
| 09:37AM | 6 | A | Yes. |
| 09:37AM | 7 | Q | Do you recall John Stancil showing up later to the |
| 09:37AM | 8 | | graveyard? |
| 09:37AM | 9 | A | He came just to meet us there. |
| 09:37AM | 10 | Q | Okay.  And what do you recall about what Mr. Stancil |
| 09:37AM | 11 | | brought with him? |
| 09:37AM | 12 | A | He had a mask, a baton and a little 25. |
| 09:38AM | 13 | Q | Did you have a mask? |
| 09:38AM | 14 | A | No. |
| 09:38AM | 15 | Q | So Mr. Stancil appeared to be ready with a mask, a baton |
| 09:38AM | 16 | | and a gun? |
| 09:38AM | 17 | A | Yes. |
| 09:38AM | 18 | Q | Were you concerned that you didn't have a mask? |
| 09:38AM | 19 | A | Kind of but I figure we would figure it out after. |
| 09:38AM | 20 | Q | So who is in what cars that you recall? |
| 09:38AM | 21 | A | Me and Mike are in the brown Jeep.  Johnnie is in a silver |
| 09:38AM | 22 | | Honda, and Harry is in his F150. |
| 09:38AM | 23 | Q | What about Cody? |
| 09:38AM | 24 | A | Cody is in the silver Honda with Johnnie. |
| 09:38AM | 25 | Q | Okay.  And before you go over -- do you end up going over |

| | | |
|---|---|---|
| 09:38AM | 1 | to Kualoa? |
| 09:38AM | 2 | A    Yes. |
| 09:38AM | 3 | Q    Before you guys go over there, did you get any information |
| 09:38AM | 4 | as to whether Lindsey Kinney was there? |
| 09:38AM | 5 | A    Yes. |
| 09:38AM | 6 | Q    How did you get that information? |
| 09:39AM | 7 | A    From Norman. |
| 09:39AM | 8 | Q    Norman? |
| 09:39AM | 9 | A    Yeah, Lindsey was posting videos on Instagram. |
| 09:39AM | 10 | Q    And were some of those videos calling out you and |
| 09:39AM | 11 | Mr. Miske? |
| 09:39AM | 12 | A    Yes. |
| 09:39AM | 13 | Q    Did Mr. Miske seem happy about those videos? |
| 09:39AM | 14 | A    No. |
| 09:39AM | 15 | Q    What information did -- well, who is Norman? |
| 09:39AM | 16 | A    He was working at the movies, too.  He was just -- that's |
| 09:39AM | 17 | Miller's cousin. |
| 09:39AM | 18 | Q    And he told you that Lindsey was there? |
| 09:39AM | 19 | A    Yes. |
| 09:39AM | 20 | Q    What did you understand was going on at Kualoa Ranch? |
| 09:39AM | 21 | A    They were working movies. |
| 09:39AM | 22 | Q    Working on a set? |
| 09:39AM | 23 | A    Yes. |
| 09:39AM | 24 | Q    And did you -- the three of you, those three cars end up |
| 09:39AM | 25 | driving over to the set? |

| | | | |
|---|---|---|---|
| 09:39AM | 1 | A | Yes. |
| 09:39AM | 2 | Q | How did you guys get access to the set? |
| 09:39AM | 3 | A | We drove through the security. |
| 09:40AM | 4 | Q | Do you recall how you did that? |
| 09:40AM | 5 | A | Mike told them and they let us in. |
| 09:40AM | 6 | Q | As you said before, Mike was affiliated with the movies? |
| 09:40AM | 7 | A | Yes. |
| 09:40AM | 8 | Q | Okay.  And where do you guys park? |
| 09:40AM | 9 | A | Well, we drive in and we're kind of parked towards the |
| 09:40AM | 10 | | back facing the trees away from all the other cars. |
| 09:40AM | 11 | Q | Okay.  What happens? |
| 09:40AM | 12 | A | Lindsey starts walking over there, and him and Mike are |
| 09:40AM | 13 | | arguing.  Mike looks back at me.  I get out of the car.  I fire |
| 09:40AM | 14 | | a round into the air. |
| 09:40AM | 15 | Q | When he looked back at you, what did you take that to |
| 09:40AM | 16 | | mean? |
| 09:40AM | 17 | A | To get out of the car and do something. |
| 09:40AM | 18 | Q | Did you take that as a signal that you had talked about |
| 09:40AM | 19 | | before? |
| 09:40AM | 20 | A | Yes. |
| 09:40AM | 21 | Q | And that's something that you did you said was something |
| 09:40AM | 22 | | fire a round? |
| 09:41AM | 23 | A | Yes. |
| 09:41AM | 24 | Q | Did you fire in the direction of Mr. Kinney? |
| 09:41AM | 25 | A | I fired into the air. |

09:41AM   1   Q    Did you intentionally mean to miss him?

09:41AM   2   A    Yes.

09:41AM   3   Q    When you fired in the air though, was it in the direction

09:41AM   4   of Mr. Kinney?

09:41AM   5   A    Yes.

09:41AM   6   Q    What do you recall seeing around the same time in relation

09:41AM   7   to John Stancil?

09:41AM   8   A    John jumped out of the other car masked up with a baton

09:41AM   9   and a 25.

09:41AM   10   Q    And did he have his 25 brandished?

09:41AM   11   A    Yes.

09:41AM   12   Q    And was he -- did you see him in the point running after

09:41AM   13   Mr. Kinney?

09:41AM   14   A    Yes.

09:41AM   15   Q    With the firearm brandished?

09:41AM   16   A    Yes.

09:41AM   17   Q    Did you see him fire the gun or do you not recall or you

09:41AM   18   couldn't see it?

09:41AM   19   A    I didn't see him fire the gun.  I don't recall.

09:41AM   20        THE COURT REPORTER:  Sorry.  You're talking over each

09:41AM   21   other.

09:41AM   22        THE WITNESS:  I didn't see him fire the gun.  I don't

09:41AM   23   recall.

09:41AM   24   BY MR. NAMMAR:

09:41AM   25   Q    Do you think he could have fired the gun?

09:41AM    1    A    Um --

09:41AM    2            MR. KENNEDY:  Objection, speculation, Your Honor.

09:41AM    3            THE COURT:  Sustained.

09:42AM    4    BY MR. NAMMAR:

09:42AM    5    Q    You don't know one way or the other whether he fired the

09:42AM    6    gun?

09:42AM    7    A    No.

09:42AM    8    Q    So what you did know is he -- you saw him running after

09:42AM    9    Mr. Kinney with a mask on?

09:42AM   10    A    Yes.

09:42AM   11    Q    And brandishing the gun that you saw him with.  I think

09:42AM   12    you said it was a 22?

09:42AM   13    A    25.

09:42AM   14    Q    25?

09:42AM   15    A    Yes.

09:42AM   16    Q    Where does Lindsey Kinney go?

09:42AM   17    A    He runs.

09:42AM   18    Q    And then what happens at the conclusion of the chase

09:42AM   19    between John Stancil and Lindsey Kinney?

09:42AM   20    A    John turns around and we all jump back in the cars we came

09:42AM   21    in and we leave.

09:42AM   22    Q    What do you guys do with your firearms?

09:42AM   23    A    I gave them to Harry Boy.

09:42AM   24    Q    And who do you leave with?

09:42AM   25    A    With Mike.

| | | | |
|---|---|---|---|
| 09:42AM | 1 | Q | Where do you -- where do you and Mike go? |
| 09:43AM | 2 | A | We went to the parking lot that has Polynesian cultural |
| 09:43AM | 3 | | center in it. |
| 09:43AM | 4 | Q | And what were you guys doing there? |
| 09:43AM | 5 | A | We hid the car behind the laundry mat and we were just |
| 09:43AM | 6 | | waiting for Andi to come pick us up. |
| 09:43AM | 7 | Q | Do you recall going into a restaurant there briefly? |
| 09:43AM | 8 | A | Yes. |
| 09:43AM | 9 | | MR. NAMMAR:  Your Honor, can we publish 1-698 from the |
| 09:43AM | 10 | | original list? |
| 09:43AM | 11 | | BY MR. NAMMAR: |
| 09:43AM | 12 | Q | When you initially met with -- well, first of all, do you |
| 09:43AM | 13 | | recognize this area, Mr. Smith? |
| 09:43AM | 14 | A | Yes. |
| 09:43AM | 15 | Q | When you initially met with -- |
| 09:43AM | 16 | | THE COURT:  Go ahead.  You can publish.  Thank you. |
| 09:43AM | 17 | | MR. NAMMAR:  Oh, sorry, Your Honor. |
| 09:43AM | 18 | | BY MR. NAMMAR: |
| 09:43AM | 19 | Q | When you initially met with -- the Temple Valley meeting |
| 09:43AM | 20 | | we talked about -- |
| 09:43AM | 21 | A | Yes.  Yes. |
| 09:44AM | 22 | Q | -- who was that with? |
| 09:44AM | 23 | A | With Mike. |
| 09:44AM | 24 | Q | Okay.  At the Temple Valley shopping center, the first |
| 09:44AM | 25 | | meeting not at the graveyard, the first meeting at Temple |

```
09:44AM    1    Valley, who was that with?
09:44AM    2    A    That was with Norman and I think Zeph was in the car.
09:44AM    3    Q    Okay.  Where did you guys meet?
09:44AM    4    A    We met at the McDonald's parking lot.
09:44AM    5    Q    Okay.  Can you circle -- do you see it on the map?
09:44AM    6    A    Yes.
09:44AM    7    Q    Can you circle it?  And then you said after that you met
09:44AM    8    at the graveyard?
09:44AM    9    A    Yes.
09:44AM   10    Q    With Mr. Miske?
09:44AM   11    A    Yes.
09:44AM   12    Q    Do you see the area of the graveyard where you met?
09:44AM   13    A    Yes.
09:44AM   14    Q    Can you put an X on that?  For the record, you're marking
09:44AM   15    right by the Valley of the Temples memorial.
09:44AM   16    A    Yes.
09:44AM   17             MR. NAMMAR:  Okay.  We can take that down.
09:44AM   18             Your Honor, can -- for the witness only, may we show
09:44AM   19    the witness 1-668 from the original list?
09:45AM   20             THE COURT:  It's an admitted exhibit.
09:45AM   21             MR. NAMMAR:  Oh, my bad.  Can we publish this?
09:45AM   22             THE COURT:  Yes.
09:45AM   23    BY MR. NAMMAR:
09:45AM   24    Q    Mr. Smith, do you recognize what is shown there?
09:45AM   25    A    Yes.
```

| | | | |
|---|---|---|---|
| 09:45AM | 1 | Q | What is shown here? |
| 09:45AM | 2 | A | That's the area where the shooting happened. |
| 09:45AM | 3 | Q | Okay.  And the vehicle, you testified that one -- the |
| 09:45AM | 4 | | first one was -- well, one of the vehicles was a Honda, right? |
| 09:45AM | 5 | A | Yes. |
| 09:45AM | 6 | Q | Do you recall a Lexus being there? |
| 09:45AM | 7 | A | No.  It was a Honda. |
| 09:45AM | 8 | Q | Okay.  And then you also said that you came with Mr. Miske |
| 09:45AM | 9 | | in a Jeep? |
| 09:45AM | 10 | A | Yes. |
| 09:45AM | 11 | Q | And then there's a black marker that says F150, do you |
| 09:45AM | 12 | | recall an F150 being there? |
| 09:45AM | 13 | A | Yes. |
| 09:45AM | 14 | Q | Who -- who was in the F150? |
| 09:45AM | 15 | A | Harry. |
| 09:45AM | 16 | Q | Is this in the general vicinity the Jeep and the F150 |
| 09:45AM | 17 | | where -- where you recall parking? |
| 09:45AM | 18 | A | Yes. |
| 09:45AM | 19 | Q | All right.  And using your hand, where do you -- where do |
| 09:46AM | 20 | | you recall that the interaction with Lindsey Kinney and |
| 09:46AM | 21 | | Mr. Miske initially takes place? |
| 09:46AM | 22 | A | It takes place right in front of the vehicle. |
| 09:46AM | 23 | Q | Okay.  And where are you when you shoot? |
| 09:46AM | 24 | A | I'm -- I jump out.  I walk to this front part right there. |
| 09:46AM | 25 | Q | And about how close are you to Lindsey Kinney when you |

09:46AM    1    shoot?

09:46AM    2    A    Pretty close, like, closer than me and you are.

09:46AM    3    Q    Okay.  And which -- which direction does Mr. Kinney run

09:46AM    4    in?

09:46AM    5    A    He run towards these -- towards where it says grip truck.

09:46AM    6    Q    Where it says grip -- grip truck in the middle?

09:47AM    7    A    Yes.

09:47AM    8    Q    And is Mr. Stancil following him at that point?

09:47AM    9    A    Yes.

09:47AM   10    Q    And that's when you said he followed him and had his gun

09:47AM   11    drawn; is that right?

09:47AM   12    A    Yes.

09:47AM   13    Q    How far do you recall Mr. Stancil following him?

09:47AM   14    A    I think just right into the middle of the -- where the

09:47AM   15    grip truck thing is, the middle of those two white spots and

09:47AM   16    then he came back.

09:47AM   17             MR. NAMMAR:  Okay.  Your Honor, may we publish 1-674?

09:47AM   18             THE COURT:  Yes.

09:47AM   19    BY MR. NAMMAR:

09:47AM   20    Q    Do you recognize this photo?

09:47AM   21    A    Kind of, yes.

09:47AM   22    Q    What does it show, if you recognize it?

09:47AM   23    A    I think that's the area where Lindsey ran.  Oh, no.

09:47AM   24    That's where we were parked.

09:47AM   25    Q    What do you think the vicinity -- I'm sorry.  I talked

09:48AM   1   over you.

09:48AM   2   A    We were facing the trees.  We were parked over there.

09:48AM   3   Q    Okay.  Can you put an area -- put an X in the area where

09:48AM   4   you think you guys were parked?  And you mentioned an area

09:48AM   5   where Lindsey Kinney ran to.  Do you see that area where he ran

09:48AM   6   to?

09:48AM   7   A    It looks like where the picture is taken from that's where

09:48AM   8   he kind of ran to.  Back towards.

09:48AM   9   Q    In the -- in the vicinity of the white looks like Tundra

09:48AM  10   truck?

09:48AM  11   A    Yes.

09:48AM  12        MR. NAMMAR:  Okay.  We can take that down.

09:48AM  13   BY MR. NAMMAR:

09:48AM  14   Q    So following this event at Kualoa, were there a lot of

09:48AM  15   additional postings by Lindsey Kinney?

09:48AM  16   A    Yes.

09:48AM  17   Q    On social media?

09:48AM  18   A    Yes.

09:48AM  19   Q    Did you see some of those?

09:48AM  20   A    Yes.

09:48AM  21   Q    What was Mr. Kinney's demeanor in some of those posts?

09:49AM  22   A    He was acting crazy.

09:49AM  23   Q    He was mad?

09:49AM  24   A    Yes.

09:49AM  25   Q    He was yelling?

| | | | |
|---|---|---|---|
| 09:49AM | 1 | A | Yes. |
| 09:49AM | 2 | Q | Yelling about you? |
| 09:49AM | 3 | A | Yes. |
| 09:49AM | 4 | Q | Yelling about Mr. Miske? |
| 09:49AM | 5 | A | Yes. |
| 09:49AM | 6 | Q | Yelling about Johnnie Stancil? |
| 09:49AM | 7 | A | Yes. |

09:49AM  8         MR. NAMMAR:  Can we show the witness only 1-694?

09:49AM  9         THE COURT:  Go ahead.

09:49AM 10   BY MR. NAMMAR:

09:49AM 11   Q    Do you recognize this photo?

09:49AM 12   A    Yes.

09:49AM 13   Q    What's this photo of?

09:49AM 14   A    That's the restaurant we walked into after we hid the Jeep

09:49AM 15   behind the laundry mat at PCC.

09:49AM 16         MR. NAMMAR:  Can we show the witness now 1-695?

09:49AM 17         THE COURT:  Go ahead.

09:49AM 18   BY MR. NAMMAR:

09:49AM 19   Q    Do you recognize this photo?

09:49AM 20   A    Yes.

09:49AM 21   Q    What is -- what's shown here?

09:50AM 22   A    Me and Mike.

09:50AM 23   Q    Is this at the same place as the one we just looked at?

09:50AM 24   A    Yes.

09:50AM 25         MR. NAMMAR:  Your Honor, I move to admit 1-694 and

| | | |
|---|---|---|
| 09:50AM | 1 | 1-695. |
| 09:50AM | 2 | THE COURT:  Any objection to either of those two |
| 09:50AM | 3 | exhibits? |
| 09:50AM | 4 | MR. KENNEDY:  No objection. |
| 09:50AM | 5 | THE COURT:  Without objection those two exhibits then |
| 09:50AM | 6 | are admitted.  That's 1-694 and 1-695.  You may publish. |
| 09:50AM | 7 | MR. NAMMAR:  Thank you.  Start with 694. |
| 09:50AM | 8 | (Exhibits 1-694 and 1-695 were received in evidence.) |
| 09:50AM | 9 | BY MR. NAMMAR: |
| 09:50AM | 10 | Q    Mr. Smith, the jury can see this now.  Can you tell them |
| 09:50AM | 11 | what we're looking at? |
| 09:50AM | 12 | A    This is a picture of us at the restaurant we went to wait |
| 09:50AM | 13 | in after we hid the Jeep at Polynesian Cultural Center. |
| 09:50AM | 14 | Q    Why did you guys hide the Jeep? |
| 09:50AM | 15 | A    Because that's what we drove to Kualoa in. |
| 09:50AM | 16 | Q    Who were you guys waiting for? |
| 09:50AM | 17 | A    Andi. |
| 09:50AM | 18 | Q    Who is in this photo? |
| 09:50AM | 19 | A    Me and Mike. |
| 09:50AM | 20 | Q    And which one are you, what shirt, what color shirt? |
| 09:51AM | 21 | A    I'm in the black shirt.  Mike's in the white in the front. |
| 09:51AM | 22 | MR. NAMMAR:  May we publish 1-695? |
| 09:51AM | 23 | THE COURT:  Yes. |
| 09:51AM | 24 | BY MR. NAMMAR: |
| 09:51AM | 25 | Q    What's shown here? |

09:51AM   1   A      Another picture of us at the same place.

09:51AM   2              MR. NAMMAR:  We can take that down.

09:51AM   3              Can we show the witness only 1-683 and 1-684 now?

09:51AM   4              THE COURT:  Go ahead.

09:51AM   5              MR. NAMMAR:  Thank you.

09:51AM   6   BY MR. NAMMAR:

09:51AM   7   Q      Do you recognize the person shown here?

09:51AM   8   A      Yes.

09:51AM   9   Q      Do you recognize this -- what is shown here?

09:51AM   10  A      A picture of Lindsey Kinney.

09:51AM   11  Q      Is this a social media post that he made?

09:51AM   12  A      Yes.

09:51AM   13  Q      Do you recall him making a social media post similar to

09:51AM   14  this after the shooting?

09:51AM   15  A      Yes.

09:52AM   16             MR. NAMMAR:  Can we also show the witness 1-684?

09:52AM   17  BY MR. NAMMAR:

09:52AM   18  Q      What is this?

09:52AM   19  A      Another picture of Lindsey Kinney.

09:52AM   20  Q      Does this also appear to you to be a social media post?

09:52AM   21  A      Yes.

09:52AM   22             MR. NAMMAR:  Your Honor, I move to admit 1-683 and

09:52AM   23  1-684.

09:52AM   24             THE COURT:  Mr. Kennedy, any objection?

09:52AM   25             MR. KENNEDY:  No objection.

| | | |
|---|---|---|
| 09:52AM | 1 | THE COURT: Those two exhibits then are admitted |
| 09:52AM | 2 | without objection. That's 1-683 and 684. You may publish. |
| 09:52AM | 3 | MR. NAMMAR: Thank you. |
| 09:52AM | 4 | (Exhibits 1-683 and 1-684 were received in evidence.) |
| 09:52AM | 5 | BY MR. NAMMAR: |
| 09:52AM | 6 | Q    The jury can see it now. What is shown here? |
| 09:52AM | 7 | A    A picture of Lindsey Kinney. |
| 09:52AM | 8 | Q    Ask do you believe this to be a screen grab from a social |
| 09:52AM | 9 | media post? |
| 09:52AM | 10 | A    Yes. |
| 09:52AM | 11 | Q    Did you see some of the social media posts that he was |
| 09:52AM | 12 | making after the shooting? |
| 09:52AM | 13 | A    Yes. |
| 09:52AM | 14 | Q    And are those the ones that you testified to about -- |
| 09:52AM | 15 | A    Yes. |
| 09:52AM | 16 | Q    -- previously? |
| 09:53AM | 17 | MR. NAMMAR: Can we show 1-684? |
| 09:53AM | 18 | BY MR. NAMMAR: |
| 09:53AM | 19 | Q    What is shown here? |
| 09:53AM | 20 | A    Another social media post of Lindsey. |
| 09:53AM | 21 | MR. NAMMAR: We can take that down. |
| 09:53AM | 22 | BY MR. NAMMAR: |
| 09:53AM | 23 | Q    You said you went to that restaurant. We saw the photos |
| 09:53AM | 24 | of that with Mr. Miske. Where do you go from there? |
| 09:53AM | 25 | A    We end up going to north shore and meet Harry and Johnnie |

| | | | |
|---|---|---|---|
| 09:53AM | 1 | | and me and Johnnie go stay at Turtle Bay. |
| 09:53AM | 2 | Q | How do you get to the north shore? |
| 09:53AM | 3 | A | Mike them dropped me off. |
| 09:53AM | 4 | Q | Who is Mike and them? |
| 09:53AM | 5 | A | Mike and Andi. |
| 09:53AM | 6 | Q | And then does he give you anything when he drops you off? |
| 09:53AM | 7 | A | He just give us money for a hotel room that night. |
| 09:53AM | 8 | Q | Did he tell you to stay in a hotel room that night? |
| 09:54AM | 9 | A | He just told us to lay low. |
| 09:54AM | 10 | Q | Lay low? |
| 09:54AM | 11 | A | Yeah. |
| 09:54AM | 12 | Q | Is that why you stayed in a hotel? |
| 09:54AM | 13 | A | Yes. |
| 09:54AM | 14 | Q | You and Johnnie? |
| 09:54AM | 15 | A | Yes. |
| 09:54AM | 16 | Q | Do you recall how you book that room? |
| 09:54AM | 17 | A | Through Keoni Adric. |
| 09:54AM | 18 | Q | Why did you use Keoni Adric? |
| 09:54AM | 19 | A | Because he's from that side, he was already out there. |
| 09:54AM | 20 | Q | And who paid for the room, if you recall? |
| 09:54AM | 21 | A | Mike gave us the money but we gave it to Keoni to get us |
| 09:54AM | 22 | | the room. |
| 09:54AM | 23 | Q | Okay. |
| 09:54AM | 24 | | MR. NAMMAR:  Can we show the witness only 1-901 from |
| 09:54AM | 25 | | the original list? |

| | | |
|---|---|---|
| 09:54AM | 1 | THE COURT:  Go ahead. |
| 09:54AM | 2 | BY MR. NAMMAR: |
| 09:54AM | 3 | Q    Second page.  Do you recognize the name on here? |
| 09:54AM | 4 | A    Yes. |
| 09:54AM | 5 | Q    Is this the -- the hotel that you recall staying after the |
| 09:54AM | 6 | shooting? |
| 09:54AM | 7 | A    Yes. |
| 09:54AM | 8 | Q    And it lists a date of 5/23.  Is that the date that you |
| 09:55AM | 9 | recall? |
| 09:55AM | 10 | A    Yes. |
| 09:55AM | 11 | Q    Staying at this hotel? |
| 09:55AM | 12 | MR. NAMMAR:  Your Honor, I move to admit 1-901 at this |
| 09:55AM | 13 | time which is accompanied by 803 cert on page one or the last |
| 09:55AM | 14 | page.  Sorry. |
| 09:55AM | 15 | THE COURT:  Any objection to this exhibit? |
| 09:55AM | 16 | MR. KENNEDY:  No objection. |
| 09:55AM | 17 | THE COURT:  1-901 is admitted without objection.  You |
| 09:55AM | 18 | may publish. |
| 09:55AM | 19 | MR. NAMMAR:  Thank you. |
| 09:55AM | 20 | (Exhibit 1-901 was received in evidence.) |
| 09:55AM | 21 | BY MR. NAMMAR: |
| 09:55AM | 22 | Q    The jury can see it.  Turtle Bay, is that where you recall |
| 09:55AM | 23 | staying that night? |
| 09:55AM | 24 | A    Yes. |
| 09:55AM | 25 | Q    And you said -- well, Keoni Adric, do you recognize that |

09:55AM   1   name?

09:55AM   2   A    Yes.

09:55AM   3   Q    Who is that?

09:55AM   4   A    He was cruising with us at the time.  He was hanging out

09:55AM   5   with us at the time.

09:55AM   6   Q    And you said he booked the hotel for you?

09:55AM   7   A    Yes.

09:55AM   8   Q    And this shows a arrival date of May 23rd and departure of

09:55AM   9   the 24th.  Do you recall it being one night that you stayed

09:55AM   10   there with Johnnie?

09:55AM   11   A    Yes.

09:55AM   12          MR. NAMMAR:  We can take that down.

09:55AM   13   BY MR. NAMMAR:

09:56AM   14   Q    Following the shooting, did you eventually get your guns

09:56AM   15   back?

09:56AM   16   A    Yes.

09:56AM   17   Q    Your gun back?  Excuse me.

09:56AM   18   A    Yes.

09:56AM   19   Q    When did you get your gun back?

09:56AM   20   A    I went and grabbed it back from Harry after.

09:56AM   21   Q    Okay.  That's Harry Kauhi?

09:56AM   22   A    Yes.

09:56AM   23   Q    Following the shooting, did you and Mr. Miske and John

09:56AM   24   Stancil have a long feud with Lindsey Kinney?

09:56AM   25   A    Yes.

| | | | |
|---|---|---|---|
| 09:56AM | 1 | Q | Did he continue to make a lot of social media posts? |
| 09:56AM | 2 | A | Yes. |
| 09:56AM | 3 | Q | Were you frustrated by those posts? |
| 09:56AM | 4 | A | Yes. |
| 09:56AM | 5 | Q | Was Mr. Miske frustrated by those posts? |
| 09:56AM | 6 | A | Yes. |
| 09:56AM | 7 | Q | Did you have a conversation with Mr. Miske where he talked |
| 09:56AM | 8 | | about the fact that you missed Lindsey Kinney at some point? |
| 09:56AM | 9 | A | Yes. |
| 09:56AM | 10 | Q | Missed him as far as shooting him at Kualoa Ranch? |
| 09:56AM | 11 | A | Yes. |
| 09:56AM | 12 | Q | What did Mr. Miske say? |
| 09:56AM | 13 | A | We were stressing out over the videos, and he said I would |
| 09:57AM | 14 | | have been better off hitting him. |
| 09:57AM | 15 | Q | If you hit him? |
| 09:57AM | 16 | A | Yes. |
| 09:57AM | 17 | Q | With a bullet? |
| 09:57AM | 18 | A | Yes. |
| 09:57AM | 19 | Q | Was there a period in time where you recall that Miske was |
| 09:57AM | 20 | | furious with Lindsey Kinney's posts? |
| 09:57AM | 21 | A | Yes. |
| 09:57AM | 22 | Q | Did he tell you that he took it as an affront to his |
| 09:57AM | 23 | | reputation? |
| 09:57AM | 24 | A | Yes. |
| 09:57AM | 25 | Q | At some point, did he ask you to help kill Lindsey Kinney? |

| | | | |
|---|---|---|---|
| 09:57AM | 1 | A | Yes. |
| 09:57AM | 2 | Q | What did he tell you about that? |
| 09:57AM | 3 | A | He said if we knew anybody that would be down to do it. |
| 09:57AM | 4 | Q | That you -- go ahead. |
| 09:57AM | 5 | A | He -- he just was asking us if we knew anybody that we |
| 09:57AM | 6 | | could get to do it. |
| 09:57AM | 7 | Q | When you say "us," who was he talking about? |
| 09:57AM | 8 | A | Me and John. |
| 09:57AM | 9 | Q | So he asked you to find -- you and Johnnie to find someone |
| 09:57AM | 10 | | to kill Lindsey Kinney? |
| 09:57AM | 11 | A | Yes. |
| 09:57AM | 12 | Q | Did he give you a vehicle that could be used for that? |
| 09:57AM | 13 | A | Yes. |
| 09:57AM | 14 | Q | What kind of vehicle? |
| 09:57AM | 15 | A | He gave us a Dodge Caravan. |
| 09:58AM | 16 | Q | And did he talk to you about ways that you guys could get |
| 09:58AM | 17 | | it done? |
| 09:58AM | 18 | A | He told us to duct tape everything, wear hoodies, mask, |
| 09:58AM | 19 | | cover every -- cover everything up and have two cars. |
| 09:58AM | 20 | Q | Have two cars? |
| 09:58AM | 21 | A | Yes. |
| 09:58AM | 22 | Q | Did he talk to you about a place called E Komo Mai? |
| 09:58AM | 23 | A | He told us that he was there one night. |
| 09:58AM | 24 | Q | Lindsey Kinney? |
| 09:58AM | 25 | A | Yes. |

09:58AM  1   Q    Did he tell you you should go do it there that one night?

09:58AM  2   A    Yes.

09:58AM  3   Q    Is there a time when you and Johnnie drove around in the

09:58AM  4   Dodge Caravan with -- looking for Lindsey Kinney?

09:58AM  5   A    We drove around.  We were looking for him but we weren't

09:58AM  6   really planning on doing anything.

09:58AM  7   Q    You weren't -- you weren't planning on killing him?

09:58AM  8   A    No.

09:58AM  9   Q    But did you want to drive around to show Mr. Miske that

09:59AM 10   you were working towards something?

09:59AM 11   A    Yes.

09:59AM 12   Q    Did you ever find anyone to kill Lindsey Kinney?

09:59AM 13   A    No.

09:59AM 14   Q    Do you recall at some point that Mr. Miske told you with

09:59AM 15   respect to Lindsey Kinney that he was looking weak?

09:59AM 16   A    Yes.

09:59AM 17   Q    What did he say about that?

09:59AM 18   A    He said, "Because we weren't doing anything, it was making

09:59AM 19   him look bad that Lindsey was posting all the videos and

09:59AM 20   nothing was happening."

09:59AM 21   Q    Is there a point in time where during a lot of these posts

09:59AM 22   that you were hanging out at Norman Akau's house?

09:59AM 23   A    Yes.

09:59AM 24   Q    And would you sometimes see Wayne Miller over there as

09:59AM 25   well?

| | | |
|---|---|---|
| 09:59AM | 1 | A    Yes. |
| 09:59AM | 2 | Q    Did you have a conversation with Wayne Miller at Norman |
| 10:00AM | 3 | Akau's house about Lindsey Kinney? |
| 10:00AM | 4 | A    Yes. |
| 10:00AM | 5 | Q    What did he tell you? |
| 10:00AM | 6 | MR. KENNEDY:  Objection on relevance, Your Honor. |
| 10:00AM | 7 | THE COURT:  Offer of proof. |
| 10:00AM | 8 | MR. NAMMAR:  He's going to talk about the killing of |
| 10:00AM | 9 | Lindsey Kinney.  That's the offer of proof. |
| 10:00AM | 10 | THE COURT:  Overruled. |
| 10:00AM | 11 | Go ahead. |
| 10:00AM | 12 | THE WITNESS:  He was just saying that Mike wanted |
| 10:00AM | 13 | Lindsey to get killed and it was crazy because there was so |
| 10:00AM | 14 | many eyes on us already at that time. |
| 10:00AM | 15 | BY MR. NAMMAR: |
| 10:00AM | 16 | Q    So Mr. Miske said that -- excuse me, strike that.  Let me |
| 10:00AM | 17 | rephrase that. |
| 10:00AM | 18 | Mr. Miller said that Mike Miske wanted Lindsey Kinney |
| 10:00AM | 19 | killed? |
| 10:00AM | 20 | A    Yes. |
| 10:00AM | 21 | Q    What did he say about that? |
| 10:00AM | 22 | A    He said, "It was crazy because there was so many eyes |
| 10:00AM | 23 | around us, feds around already." |
| 10:00AM | 24 | Q    A lot of law enforcement? |
| 10:00AM | 25 | A    Yes. |

10:00AM   1   Q   Did Mr. Miller say anything in that conversation about
10:00AM   2   what Mr. Miske was saying about you and Johnnie and the task to
10:01AM   3   kill Lindsey Kinney?
10:01AM   4   A   He -- he asked us if we were trying to do it one night,
10:01AM   5   but I kind of told him no, he just told us that there was a lot
10:01AM   6   of -- like to be careful because there was a lot of eyes
10:01AM   7   watching.
10:01AM   8   Q   Did Mr. Miske ever seem frustrated with you that you
10:01AM   9   didn't go through with the killing of Lindsey Kinney?
10:01AM   10   A   Sometimes.
10:01AM   11   Q   What would he say?
10:01AM   12   A   Just -- he would just try to egg us on and make like we
10:01AM   13   weren't capable of doing it.
10:01AM   14   Q   Would you see him egg Mr. Stancil on a lot when he didn't
10:01AM   15   go through with certain criminal acts?
10:01AM   16   A   Yes.
10:01AM   17   Q   Would he sometimes use family pressure?
10:01AM   18   A   Yes.
10:01AM   19   Q   How would he do that?
10:01AM   20   A   He would just make Johnnie feel bad or down Johnnie all
10:02AM   21   the time so Johnnie would try to impress him.
10:02AM   22   Q   Turning this feud with -- between you, Mr. Miske, John
10:02AM   23   Stancil and Mr. Kinney, did the person named Dallas Limahai
10:02AM   24   ever come up?
10:02AM   25   A   Yes.

| 10:02AM | 1 | Q | Who is Dallas Limahai? |

10:02AM  2  A  I don't really know who he is.  I just know he was talking

10:02AM  3  to Lindsey Kinney and stirring up a lot of trouble.

10:02AM  4  Q  How was he stirring up trouble?

10:02AM  5  A  He was spreading rumors and just saying stuff that wasn't

10:02AM  6  really true.

10:02AM  7  Q  Where was he saying those things?

10:02AM  8  A  To Lindsey Kinney and we heard he was talking to -- to law

10:02AM  9  enforcement.

10:02AM  10  Q  And did Mr. Miske give you any instructions with respect

10:02AM  11  to Dallas Limahai?

10:02AM  12  A  He told me if I seen him to assault him.

10:02AM  13  Q  And did you have a run-in one night with Dallas Limahai?

10:02AM  14  A  We seen him out one night.

10:03AM  15  Q  Where did you see him out one night?

10:03AM  16  A  At the Payless Shoes parking lot by District.

10:03AM  17  Q  By the District Nightclub?

10:03AM  18  A  Yes.

10:03AM  19  Q  Who were you with?

10:03AM  20  A  With Johnnie.

10:03AM  21  Q  What happened?

10:03AM  22  A  I think Johnnie got out and talked to him.  He was asking

10:03AM  23  him why he was saying all this stuff he was saying.  I'm not

10:03AM  24  sure if he got slapped or not.

10:03AM  25  Q  Moving to 2018, did the feud with Mr. Kinney continue?

| | | | |
|---|---|---|---|
| 10:03AM | 1 | A | Yes. |
| 10:03AM | 2 | Q | In 2018, were you using a platform called WhatsApp? |
| 10:03AM | 3 | A | Yes. |
| 10:03AM | 4 | Q | Can you tell the jury what WhatsApp is? |
| 10:03AM | 5 | A | WhatsApp was how we communicated because Mike said we |
| 10:03AM | 6 | | couldn't be traced like that. |
| 10:03AM | 7 | Q | Mike told you you couldn't be traced? |
| 10:03AM | 8 | A | Yes. |
| 10:03AM | 9 | Q | Traced by who? |
| 10:03AM | 10 | A | By law enforcement. |
| 10:03AM | 11 | Q | And how -- how did that work? |
| 10:03AM | 12 | A | We downloaded an app on our phones and we just texted each |
| 10:04AM | 13 | | other through the app instead of the actual text. |
| 10:04AM | 14 | Q | So would you -- do you recall talking during some of those |
| 10:04AM | 15 | | conversations with Mr. Miske on WhatsApp about Dallas Limahai? |
| 10:04AM | 16 | A | I think so, yes. |
| 10:04AM | 17 | Q | Did you -- do you recall in 2018 assaulting one of Lindsey |
| 10:04AM | 18 | | Kinney's associates or friends over a video? |
| 10:04AM | 19 | A | Yes. |
| 10:04AM | 20 | Q | Did Mr. Miske have a habit or pattern of asking you to |
| 10:04AM | 21 | | video things? |
| 10:04AM | 22 | A | If we were -- there was certain assaults that he wanted |
| 10:04AM | 23 | | videos of.  He would like to see them. |
| 10:04AM | 24 | Q | He would ask you to video it? |
| 10:04AM | 25 | A | Yes. |

| | | | |
|---|---|---|---|
| 10:04AM | 1 | Q | And did you have someone video the assault of Lindsey |
| 10:04AM | 2 | | Kinney's friend? |
| 10:04AM | 3 | A | Yes. |
| 10:04AM | 4 | Q | Who was the friend? |
| 10:04AM | 5 | A | Taylor Martin. |
| 10:04AM | 6 | Q | Where did you assault him? |
| 10:04AM | 7 | A | Outside of the bar in Kaneohe. |
| 10:04AM | 8 | Q | Which bar? |
| 10:05AM | 9 | A | The Corner. |
| 10:05AM | 10 | Q | And after you did that, did you send a video of it to |
| 10:05AM | 11 | | Mr. Miske? |
| 10:05AM | 12 | A | Yes. |
| 10:05AM | 13 | Q | Did you send a video of it over WhatsApp to Mr. Miske? |
| 10:05AM | 14 | A | Yes. |
| 10:05AM | 15 | Q | Did you want to show him that you were moving forward with |
| 10:05AM | 16 | | his direction of harming Lindsey Kinney and friends? |
| 10:05AM | 17 | A | Yes. |
| 10:05AM | 18 | | MR. NAMMAR:  Your Honor, can we show the witness only |
| 10:05AM | 19 | | a video which is 1-581 from the original list? |
| 10:05AM | 20 | | THE COURT:  This one has no audio. |
| 10:05AM | 21 | | MR. NAMMAR:  I think it has audio but we don't need |
| 10:05AM | 22 | | the audio. |
| 10:05AM | 23 | | THE COURT:  All right.  Please make sure it's off as |
| 10:05AM | 24 | | you show it to the witness.  Go ahead. |
| 10:06AM | 25 | | MR. NAMMAR:  Thank you. |

| | | | |
|---|---|---|---|
| 10:06AM | 1 | | (Video was played.) |
| 10:06AM | 2 | BY MR. NAMMAR: | |
| 10:06AM | 3 | Q | Do you recognize the video that was just played? |
| 10:06AM | 4 | A | Yes. |
| 10:06AM | 5 | Q | What is it of? |
| 10:06AM | 6 | A | Me punching Lindsey's friend. |
| 10:06AM | 7 | Q | Mr. Martin? |
| 10:06AM | 8 | A | Yes. |
| 10:06AM | 9 | Q | The one you just talked about? |
| 10:06AM | 10 | A | Yes. |
| 10:06AM | 11 | Q | Is this the video that you sent to Mr. Miske over |
| 10:06AM | 12 | WhatsApp? | |
| 10:06AM | 13 | A | Yes. |
| 10:06AM | 14 | | MR. NAMMAR:  Your Honor, I move to admit 1-581. |
| 10:06AM | 15 | | THE COURT:  Any objection? |
| 10:06AM | 16 | | MR. KENNEDY:  No objection. |
| 10:06AM | 17 | | THE COURT:  1-581 is admitted without objection. |
| 10:06AM | 18 | | You may play it for the jury. |
| 10:06AM | 19 | | (Exhibit 1-581 was received in evidence.) |
| 10:06AM | 20 | | MR. NAMMAR:  Thank you. |
| 10:06AM | 21 | | We don't need the sound. |
| 10:06AM | 22 | BY MR. NAMMAR: | |
| 10:06AM | 23 | Q | Who is doing the punching in this video? |
| 10:06AM | 24 | A | Me. |
| 10:06AM | 25 | Q | And were there other videos that went along with this? |

10:07AM   1   A    I'm not sure, maybe.

10:07AM   2   Q    Did they still go on for longer than this?

10:07AM   3   A    Yes, a little bit.

10:07AM   4        MR. NAMMAR:  Can we show the witness only 1-963 from

10:07AM   5   the original list, Your Honor?

10:07AM   6        THE COURT:  1-963, go ahead.

10:07AM   7        MR. NAMMAR:  Yes.  And if we could zoom in on -- for

10:08AM   8   the witness.  We could go to the second page.  And zoom in on

10:08AM   9   the user name here.

10:08AM  10   BY MR. NAMMAR:

10:08AM  11   Q    Do you recognize the user name here?

10:08AM  12   A    Yes.

10:08AM  13   Q    Is that one of the email accounts that you utilized?

10:08AM  14   A    Yes.

10:08AM  15        MR. NAMMAR:  Your Honor, I move to admit 1-963.

10:08AM  16        THE COURT:  Any objection?

10:08AM  17        MR. KENNEDY:  No objection.

10:08AM  18        THE COURT:  1-963 is admitted then.  You may publish.

10:08AM  19        (Exhibit 1-963 was received in evidence.)

10:08AM  20        MR. NAMMAR:  Thank you.

10:08AM  21        We can go to the first page.

10:08AM  22   BY MR. NAMMAR:

10:08AM  23   Q    This is another preliminary device report for a different

10:08AM  24   device.  If we go to page two and zoom in on the account,

10:08AM  25   that's an email eastside1993 that you recall using?

| | | |
|---|---|---|
| 10:08AM | 1 | A    Yes. |
| 10:08AM | 2 | MR. NAMMAR:  Can we go now to show the witness only |
| 10:09AM | 3 | 1-966?  And we could zoom in on the first one. |
| 10:09AM | 4 | BY MR. NAMMAR: |
| 10:09AM | 5 | Q    Do you recognize the house that's a little hard to see? |
| 10:09AM | 6 | It's a thumbnail but it's shown there in the thumbnail on the |
| 10:09AM | 7 | right? |
| 10:09AM | 8 | A    Yes. |
| 10:09AM | 9 | Q    Whose house is that? |
| 10:09AM | 10 | A    Mike's house. |
| 10:09AM | 11 | Q    And did you go over there at one point in -- in or around |
| 10:09AM | 12 | 2017? |
| 10:09AM | 13 | A    I went there once. |
| 10:09AM | 14 | Q    Did you take a video when you went over there? |
| 10:09AM | 15 | A    Yes. |
| 10:09AM | 16 | Q    And if we zoom out just below that, it lists a lot of |
| 10:09AM | 17 | dates in 2017 for the videos that are on here.  Do you -- is it |
| 10:09AM | 18 | your recollection that the videos that you took at Mr. Miske's |
| 10:09AM | 19 | house would have happened in or around 2017? |
| 10:09AM | 20 | A    Yes. |
| 10:10AM | 21 | MR. NAMMAR:  Your Honor, I move to admit this time |
| 10:10AM | 22 | line 1-966. |
| 10:10AM | 23 | THE COURT:  Any objection? |
| 10:10AM | 24 | MR. NAMMAR:  No objection. |
| 10:10AM | 25 | THE COURT:  1-966 is admitted then without objection. |

10:10AM   1   You may publish.

10:10AM   2               MR. NAMMAR:  Thank you.

10:10AM   3               (Exhibit 1-966 was received in evidence.)

10:10AM   4               MR. NAMMAR:  And so just for the jury, where we -- if

10:10AM   5   you could zoom in on the first thumbnail.

10:10AM   6   BY MR. NAMMAR:

10:10AM   7   Q   You were saying you think this is from Mr. Miske's house?

10:10AM   8   A   Yes.

10:10AM   9   Q   Where was that house located?

10:10AM   10  A   Portlock.

10:10AM   11  Q   Can you tell us about that house?

10:10AM   12  A   It was a nice house.  It was just a really big house.  I

10:10AM   13  think that was his new house.

10:10AM   14  Q   And was it being built when you went over to it?

10:10AM   15  A   Yes.

10:10AM   16              MR. NAMMAR:  And if we zoom out and then just zoom in

10:10AM   17  right here.

10:10AM   18  BY MR. NAMMAR:

10:10AM   19  Q   Does this list a modified date in October of 2017?

10:10AM   20  A   Yes.

10:11AM   21              MR. NAMMAR:  Can we show -- you can take that down.

10:11AM   22              Can we show the witness only now 1-966A as in alpha.

10:11AM   23  It's a video.  We don't need sound.

10:11AM   24              THE COURT:  Where would this be?

10:11AM   25              MR. NAMMAR:  Oh, I'm sorry.  It's on the 13th

10:11AM   1   supplemental list.

10:11AM   2          THE COURT:  I've got it.  Go ahead.

10:11AM   3   BY MR. NAMMAR:

10:11AM   4   Q    Mr. Smith, do you -- do you recognize that video?

10:11AM   5   A    Yes.

10:11AM   6   Q    What is it of?

10:11AM   7   A    The Hawaii Kai house.

10:11AM   8   Q    And you believe you took that video?

10:11AM   9   A    Yes.

10:11AM   10          MR. NAMMAR:  Your Honor, I move to admit 1-966A.

10:12AM   11          THE COURT:  Any objection?

10:12AM   12          MR. KENNEDY:  No objection.

10:12AM   13          THE COURT:  1-966 alpha is admitted.  You may play it.

10:12AM   14          (Exhibit 1996A was received in evidence.)

10:12AM   15          MR. NAMMAR:  Thank you.

10:12AM   16          We can go ahead and play it.

10:12AM   17          (Video was played.)

10:12AM   18   BY MR. NAMMAR:

10:12AM   19   Q    What did we just look at?

10:12AM   20   A    The Portlock house.

10:12AM   21   Q    And the person that was walking and -- are you filming

10:12AM   22   this while you're walking?

10:12AM   23   A    Yes.

10:12AM   24   Q    With your phone?

10:12AM   25   A    Yes.

| | | | |
|---|---|---|---|
| 10:12AM | 1 | Q | The person that was walking in front of you, who was that? |
| 10:12AM | 2 | A | Johnnie. |
| 10:12AM | 3 | Q | And we're looking at a vehicle on the bottom left here. |
| 10:12AM | 4 | | Do you recognize that vehicle? |
| 10:12AM | 5 | A | Yes. |
| 10:12AM | 6 | Q | What vehicle is that? |
| 10:12AM | 7 | A | That was Mike's truck. |
| 10:12AM | 8 | Q | What kind of truck was that? |
| 10:12AM | 9 | A | GMC. |
| 10:12AM | 10 | Q | Black in color? |
| 10:12AM | 11 | A | Yes. |
| 10:12AM | 12 | Q | Do you recall him driving that in or around 2017? |
| 10:13AM | 13 | A | Yes. |
| 10:13AM | 14 | | MR. NAMMAR:  Your Honor, may we show the witness only |
| 10:13AM | 15 | | now -- we don't need sound for this one either -- 1-966D as in |
| 10:13AM | 16 | | delta from the 13th list. |
| 10:13AM | 17 | | THE COURT:  Go ahead. |
| 10:13AM | 18 | | BY MR. NAMMAR: |
| 10:13AM | 19 | Q | Do you recognize this video? |
| 10:13AM | 20 | A | Yes. |
| 10:13AM | 21 | Q | What is shown here? |
| 10:13AM | 22 | A | The garage, the Hawaii Kai house. |
| 10:13AM | 23 | Q | At the house we just looked at? |
| 10:13AM | 24 | A | Yes. |
| 10:13AM | 25 | Q | Do you recognize the person that's in this video the first |

10:13AM   1   person?

10:13AM   2   A     Yes.

10:13AM   3   Q     Who is that?

10:13AM   4   A     That's Mike.

10:13AM   5          MR. NAMMAR:  Your Honor, I move to admit 1-966D.

10:13AM   6          THE COURT:  Any objection?

10:13AM   7          MR. KENNEDY:  No objection.

10:13AM   8          THE COURT:  1-966D as in delta is admitted.  You may

10:13AM   9   play.

10:13AM   10          (Exhibit 1-966D was received in evidence.)

10:13AM   11          MR. NAMMAR:  Before we play it, if we can publish it

10:13AM   12   real quick?

10:13AM   13   BY MR. NAMMAR:

10:13AM   14   Q     Do you recognize the hood of the car that's shown here?

10:13AM   15   A     Yes.

10:13AM   16   Q     What kind of a car was that?

10:13AM   17   A     A Ferrari.

10:13AM   18   Q     Whose car was that?

10:14AM   19   A     Mike's.

10:14AM   20   Q     Do you recall what color it was?

10:14AM   21   A     It was like champagne.

10:14AM   22   Q     A champagne color?

10:14AM   23   A     Yes.

10:14AM   24          MR. NAMMAR:  And if we can play it now.

10:14AM   25   BY MR. NAMMAR:

10:14AM   1   Q   Who's the person that was in the white T-shirt?

10:14AM   2   A   Mike.

10:14AM   3   Q   And did you film this at his house?

10:14AM   4   A   Yes.

10:14AM   5   Q   You said you went there once?

10:14AM   6   A   Yes.

10:14AM   7   Q   Was it totally finished when you were there?

10:14AM   8   A   No.

10:14AM   9   Q   What -- what needed to be done, if you recall?

10:14AM   10   A   There was still a lot of work going on inside the house.

10:14AM   11   Q   Okay.  Did you ever lay any tile over there?

10:14AM   12   A   No.

10:14AM   13        MR. NAMMAR:  We can take that down.

10:14AM   14   BY MR. NAMMAR:

10:14AM   15   Q   Do you know somebody by the name of Dayson Kaae?

10:14AM   16   A   Yes.

10:14AM   17   Q   How do you know that person?

10:14AM   18   A   He was a friend of mine.

10:15AM   19   Q   And is he someone that you also provided with -- turning

10:15AM   20   to October of 2017, is he somebody that you provided

10:15AM   21   methamphetamine to sell?

10:15AM   22   A   Yes.

10:15AM   23   Q   Can you tell the jury what the term "fronted" means?

10:15AM   24   A   When you front somebody dope, it's like you're giving it

10:15AM   25   to them to sell without them paying it.

| | | | |
|---|---|---|---|
| 10:15AM | 1 | Q | And so then they have a balance with you? |
| 10:15AM | 2 | A | Yes. |
| 10:15AM | 3 | Q | And did you do that with Mr. Kaae? |
| 10:15AM | 4 | A | Yes. |
| 10:15AM | 5 | Q | And was he able to not pay you back timely? |
| 10:15AM | 6 | A | Yes. |
| 10:15AM | 7 | Q | And when he didn't pay you back timely, did you ask him to |
| 10:15AM | 8 | | rob a game room? |
| 10:15AM | 9 | A | Yes. |
| 10:15AM | 10 | Q | Tell us about that. |
| 10:15AM | 11 | A | He owed me money and he didn't know how he was going to |
| 10:15AM | 12 | | pay it.  And me and Lance have whacked game rooms before, and I |
| 10:16AM | 13 | | told Dayson to go inside and whack the game room, to rob the |
| 10:16AM | 14 | | game room. |
| 10:16AM | 15 | Q | Which game room did he do? |
| 10:16AM | 16 | A | I think it was Palama across Don Quixote in town. |
| 10:16AM | 17 | Q | And did you give him anything -- any items before he went |
| 10:16AM | 18 | | into the game room? |
| 10:16AM | 19 | A | Yes. |
| 10:16AM | 20 | Q | What did you give him? |
| 10:16AM | 21 | A | I gave him a gun. |
| 10:16AM | 22 | Q | Did that robbery go well? |
| 10:16AM | 23 | A | Yes. |
| 10:16AM | 24 | Q | Where were you sitting when the robbery was taking place? |
| 10:16AM | 25 | A | I was sitting in Frankie's car across the street. |

10:16AM    1    Q    Watching it go down?

10:16AM    2    A    Yes.

10:16AM    3    Q    Did he eventually get arrested that night?

10:16AM    4    A    Yes.

10:16AM    5    Q    Why?

10:16AM    6    A    Because he got caught robbing the game room.

10:16AM    7    Q    So he didn't go through with it?

10:16AM    8    A    He didn't get it done, no.

10:16AM    9    Q    And was the gun that you gave him do you understand it was

10:17AM   10    seized?

10:17AM   11    A    Yes.

10:17AM   12         MR. NAMMAR:  Your Honor, if we could show the witness

10:17AM   13    only 1-77 -- excuse me, 1-711?

10:17AM   14         THE COURT:  All right.

10:17AM   15    BY MR. NAMMAR:

10:17AM   16    Q    Mr. Smith, do you recognize what is shown here?

10:17AM   17    A    Yes.

10:17AM   18    Q    What is shown here?

10:17AM   19    A    The game room where Days tried to rob it.

10:17AM   20    Q    Is this the Palama game room?

10:17AM   21    A    Yes.

10:17AM   22         MR. NAMMAR:  Your Honor, I move to admit 1-711.

10:17AM   23         THE COURT:  Any objection?

10:17AM   24         MR. KENNEDY:  No objection.

10:17AM   25         THE COURT:  1-711 is admitted without objection.  You

10:17AM   1   may publish.

10:17AM   2               MR. NAMMAR:  Thank you.

10:17AM   3               (Exhibit 1-711 was received in evidence.)

10:17AM   4   BY MR. NAMMAR:

10:17AM   5   Q    It's on the screen now, Mr. Smith, the jury can see it.

10:17AM   6   This is the Palama game room?

10:17AM   7   A    Yes.

10:17AM   8   Q    Where is the game room?

10:17AM   9   A    Upstairs where the police are walking.

10:17AM  10   Q    Where were you seated when Mr. -- where were you

10:17AM  11   positioned when Mr. Kaae went in?

10:17AM  12   A    Across the street at the shopping center.

10:18AM  13               MR. NAMMAR:  Can we show the witness only 1-713?

10:18AM  14               THE COURT:  Go ahead.

10:18AM  15   BY MR. NAMMAR:

10:18AM  16   Q    Do you recognize what is shown here?

10:18AM  17   A    Yes.

10:18AM  18   Q    What is shown here?

10:18AM  19   A    The gun I gave him that night.

10:18AM  20   Q    The gun that you understood was taken by the police after

10:18AM  21   the robbery?

10:18AM  22   A    Yes.

10:18AM  23               MR. NAMMAR:  Your Honor, I move to admit 1-713.

10:18AM  24               THE COURT:  Any objection to that?

10:18AM  25               MR. KENNEDY:  No objection.

10:18AM  1          THE COURT:  1-713 is admitted.  You may show it to the
10:18AM  2  jury.
10:18AM  3          (Exhibit 1-713 was received in evidence.)
10:18AM  4  BY MR. NAMMAR:
10:18AM  5  Q    What are we looking at here?
10:18AM  6  A    The gun that I gave him to use at the game room that
10:18AM  7  night.
10:18AM  8  Q    What kind of a gun was that?
10:18AM  9  A    Remington RP7.
10:18AM 10          MR. NAMMAR:  We can take that down.
10:18AM 11  BY MR. NAMMAR:
10:18AM 12  Q    Is your recollection that that was in October of 2017?
10:19AM 13  A    It could have been, yes.
10:19AM 14  Q    Okay.  Moving to November of 2017, do you recall an
10:19AM 15  occasion where you and Dayson Kaae were in a stolen Mercedes?
10:19AM 16  A    Yes.
10:19AM 17  Q    And what do you recall being in the trunk?
10:19AM 18  A    Another gun.
10:19AM 19  Q    What kind of gun?
10:19AM 20  A    Street sweeper.
10:19AM 21  Q    Where did you get that street sweeper from?
10:19AM 22  A    From Dusky Boy.
10:19AM 23  Q    Can you describe the street sweeper?
10:19AM 24  A    It was a shotgun with a drum on it.
10:19AM 25  Q    Who is Dusky Boy?

| | | | |
|---|---|---|---|
| 10:19AM | 1 | A | One of our other friends. |
| 10:19AM | 2 | Q | Where did he live? |
| 10:19AM | 3 | A | North shore. |
| 10:19AM | 4 | Q | Did you know whether Dusky Boy was close with Wayne |
| 10:19AM | 5 | | Miller? |
| 10:19AM | 6 | A | Yes. |
| 10:19AM | 7 | Q | Was he close with Wayne Miller? |
| 10:19AM | 8 | A | Yes. |
| 10:19AM | 9 | Q | Did you ever fire that street sweeper? |
| 10:19AM | 10 | A | No. |
| 10:19AM | 11 | Q | So in November 2017, do you recall being at a barber shop? |
| 10:19AM | 12 | A | Yes. |
| 10:20AM | 13 | Q | Where was it located? |
| 10:20AM | 14 | A | It was in the trunk. |
| 10:20AM | 15 | Q | It was where? |
| 10:20AM | 16 | A | The barber shop we were at was like right at the top of |
| 10:20AM | 17 | | Queen Street. |
| 10:20AM | 18 | Q | In Kaka'ako? |
| 10:20AM | 19 | A | Yes. |
| 10:20AM | 20 | Q | And what -- what happened when you were at that barber |
| 10:20AM | 21 | | shop with respect to the Mercedes? |
| 10:20AM | 22 | A | The police were called because it was a stolen Mercedes. |
| 10:20AM | 23 | Q | And were you -- did you have an encounter with the police? |
| 10:20AM | 24 | A | Yes. |
| 10:20AM | 25 | Q | What happened? |

| | | | |
|---|---|---|---|
| 10:20AM | 1 | A | When I came out of the shop, they tried to arrest me and |
| 10:20AM | 2 | | they ended arrested me around the corner. |
| 10:20AM | 3 | Q | Did they put handcuffs on you? |
| 10:20AM | 4 | A | Yes. |
| 10:20AM | 5 | Q | What did you tell them when they put handcuffs on you? |
| 10:20AM | 6 | A | That I wanted to call my lawyer. |
| 10:20AM | 7 | Q | How did you know to do that? |
| 10:20AM | 8 | A | That's what we did when we got busted. |
| 10:20AM | 9 | Q | And what happened after you told them that? |
| 10:20AM | 10 | A | They ended up releasing me. |
| 10:21AM | 11 | Q | What happened with the Mercedes? |
| 10:21AM | 12 | A | They -- they took the Mercedes. |
| 10:21AM | 13 | Q | With the firearm inside? |
| 10:21AM | 14 | A | Yes. |
| 10:21AM | 15 | Q | Did they also encounter Dayson Kaae near the car? |
| 10:21AM | 16 | A | Yes. |
| 10:21AM | 17 | Q | Did they ever arrest him? |
| 10:21AM | 18 | A | Yes. |
| 10:21AM | 19 | Q | They did? |
| 10:21AM | 20 | A | Yes. |
| 10:21AM | 21 | Q | For what? |
| 10:21AM | 22 | A | They just arrested him and he was released. |
| 10:21AM | 23 | Q | Okay.  How long was he in custody, if you recall? |
| 10:21AM | 24 | A | We were just -- we both just had cuffs on us on the side |
| 10:21AM | 25 | | of the street and then they let us go. |

| | | | |
|---|---|---|---|
| 10:21AM | 1 | Q | They didn't take you in for booking? |
| 10:21AM | 2 | A | No. |
| 10:21AM | 3 | | MR. NAMMAR:  Can we show the -- or can we publish, |
| 10:21AM | 4 | | Your Honor, 1-74 from the original list? |
| 10:21AM | 5 | | THE COURT:  Go ahead. |
| 10:21AM | 6 | | BY MR. NAMMAR: |
| 10:21AM | 7 | Q | Do you recognize what's shown in 1-74? |
| 10:21AM | 8 | A | Yes. |
| 10:21AM | 9 | Q | What is this? |
| 10:22AM | 10 | A | That was a picture of me on the sidewalk. |
| 10:22AM | 11 | Q | This is when you were in -- briefly in custody outside the |
| 10:22AM | 12 | | barber shop? |
| 10:22AM | 13 | A | Yes. |
| 10:22AM | 14 | Q | With respect to the stolen Mercedes? |
| 10:22AM | 15 | A | Yes. |
| 10:22AM | 16 | | MR. NAMMAR:  Can we publish 1-73? |
| 10:22AM | 17 | | THE COURT:  You may. |
| 10:22AM | 18 | | BY MR. NAMMAR: |
| 10:22AM | 19 | Q | What is shown here? |
| 10:22AM | 20 | A | Days. |
| 10:22AM | 21 | Q | You believe this is also on that day? |
| 10:22AM | 22 | A | Yes. |
| 10:22AM | 23 | | MR. NAMMAR:  Can we publish 1-76? |
| 10:22AM | 24 | | THE COURT:  Go ahead. |
| 10:22AM | 25 | | BY MR. NAMMAR: |

10:22AM   1   Q    What is shown here, Mr. Smith?

10:22AM   2   A    The trunk of the Mercedes.

10:22AM   3   Q    Is this where you had the firearm?

10:22AM   4   A    Yes.

10:22AM   5   Q    It looks like there's a white object on the right and on

10:22AM   6   the left what are those?

10:22AM   7   A    Boxing gloves.

10:22AM   8   Q    Were those yours?

10:22AM   9   A    Yes.

10:22AM   10        MR. NAMMAR:  Can we publish 1-77?

10:23AM   11        THE COURT:  Go ahead.

10:23AM   12   BY MR. NAMMAR:

10:23AM   13   Q    Do you recognize this, Mr. Smith?

10:23AM   14   A    Yes.

10:23AM   15   Q    What is it?

10:23AM   16   A    That was the shotgun that was in the trunk.

10:23AM   17   Q    That was taken by the police?

10:23AM   18   A    Yes.

10:23AM   19   Q    The one you got from Dusky Boy?

10:23AM   20   A    Yes.

10:23AM   21        MR. NAMMAR:  I'm going into a new topic, Your Honor.

10:23AM   22   I don't know if you want to take a break now.  I can keep

10:23AM   23   going.  I'm happy to do whatever.

10:23AM   24        THE COURT:  You read my mind.  Thank you.  Let's go

10:23AM   25   ahead and take our first break of the trial day then.  At this

| | | |
|---|---|---|
| 10:23AM | 1 | point, we're at 10:25. |
| 10:23AM | 2 | As we go to break, I'll remind our jurors to please |
| 10:23AM | 3 | refrain from discussing the substance of this case with anyone, |
| 10:23AM | 4 | including each another; also do not conduct any independent |
| 10:23AM | 5 | investigation; and do not access any media or other accounts of |
| 10:23AM | 6 | this case that may be out there. |
| 10:23AM | 7 | (Proceedings were recessed at 10:23 a.m. to 10:55 |
| 10:27AM | 8 | a.m.) |
| 10:55AM | 9 | THE COURT:  All right.  Mr. Nammar, you may resume |
| 10:55AM | 10 | with your direct of Mr. Smith when you're ready. |
| 10:55AM | 11 | MR. NAMMAR:  Thank you, Your Honor. |
| 10:55AM | 12 | BY MR. NAMMAR: |
| 10:55AM | 13 | Q    So we just talked about the Mercedes incident with Dayson |
| 10:56AM | 14 | Kaae and before that we talked about the game room robbery with |
| 10:56AM | 15 | Mr. Kaae.  Several weeks after the Mercedes incident with |
| 10:56AM | 16 | Mr. Kaae in November of 2017, did you have a conversation with |
| 10:56AM | 17 | Mr. Miske about Aloha Tattoo? |
| 10:56AM | 18 | A    Yes. |
| 10:56AM | 19 | Q    And where did you have the initial conversation with |
| 10:56AM | 20 | Mr. Miske about Aloha Tattoo? |
| 10:56AM | 21 | A    Outside of Roy's in Waikiki in Hawaii Kai. |
| 10:56AM | 22 | Q    Is Roy's -- what is Roy's? |
| 10:56AM | 23 | A    It's a steak restaurant. |
| 10:56AM | 24 | Q    And we've looked at a number of pictures or several |
| 10:56AM | 25 | pictures from what you referred to as the bay in Hawaii Kai? |

| | | | |
|---|---|---|---|
| 10:56AM | 1 | A | Yes. |
| 10:56AM | 2 | Q | Is Roy's close to the bay? |
| 10:56AM | 3 | A | It's right across. |
| 10:56AM | 4 | Q | Okay.  And so where did you talk with Mr. Miske at Roy's? |
| 10:56AM | 5 | A | Right outside of Roy's in the parking lot. |
| 10:57AM | 6 | Q | Was it just the two of you? |
| 10:57AM | 7 | A | Yes. |
| 10:57AM | 8 | Q | And what did you guys talk about? |
| 10:57AM | 9 | A | Assaulting the owner of Aloha Tattoo. |
| 10:57AM | 10 | Q | Who brought that up? |
| 10:57AM | 11 | A | Mike. |
| 10:57AM | 12 | Q | He wanted you to do -- to do that? |
| 10:57AM | 13 | A | Yes. |
| 10:57AM | 14 | Q | And what did he say about why? |
| 10:57AM | 15 | A | He said that his friend Billy or something at 808 Tattoo |
| 10:57AM | 16 | | got beat up by Tim from Aloha Tattoo. |
| 10:57AM | 17 | Q | Okay.  So he said his friend Billy from 808 Tattoo.  Did |
| 10:57AM | 18 | | you know where that business was? |
| 10:57AM | 19 | A | I know where it is -- but, yeah, I know where it.  Is it's |
| 10:57AM | 20 | | in Kaneohe. |
| 10:57AM | 21 | Q | Okay.  And he said -- what did he say what happened to |
| 10:57AM | 22 | | Billy? |
| 10:57AM | 23 | A | He got assaulted or something in front of his family. |
| 10:57AM | 24 | Q | By who? |
| 10:57AM | 25 | A | By the owner of Aloha Tattoo. |

| | | | |
|---|---|---|---|
| 10:57AM | 1 | Q | And what did he ask you to do with respect to the owner of |
| 10:57AM | 2 | | Aloha Tattoo? |
| 10:58AM | 3 | A | To go over there and assault him. |
| 10:58AM | 4 | Q | Go over where? |
| 10:58AM | 5 | A | To Aloha Tattoo. |
| 10:58AM | 6 | Q | Did he tell you the name of the target at that time the |
| 10:58AM | 7 | | owner? |
| 10:58AM | 8 | A | He didn't.  I don't know if he told me the name or not but |
| 10:58AM | 9 | | he told me it was the owner of Aloha Tattoo. |
| 10:58AM | 10 | Q | Okay.  Did he tell you anything about more information |
| 10:58AM | 11 | | from Johnnie? |
| 10:58AM | 12 | A | Yes. |
| 10:58AM | 13 | Q | What did he tell you? |
| 10:58AM | 14 | A | Johnnie knew who it was so we ended up going together. |
| 10:58AM | 15 | Q | Okay.  And did he give you any specific instructions about |
| 10:58AM | 16 | | the level of the assault that he wanted on the owner of Aloha |
| 10:58AM | 17 | | Tattoo? |
| 10:58AM | 18 | A | He just told me to smash him. |
| 10:58AM | 19 | Q | What did "smash him" mean? |
| 10:58AM | 20 | A | He wanted me to hurt him. |
| 10:58AM | 21 | Q | He talked before about hospitalizing people.  Did you |
| 10:58AM | 22 | | equate smashing to hospitalizing? |
| 10:58AM | 23 | A | Yes. |
| 10:58AM | 24 | Q | After this conversation with Mr. Miske, did you follow up |
| 10:59AM | 25 | | with John Stancil about it? |

| | | | |
|---|---|---|---|
| 10:59AM | 1 | A | Sometimes I would; sometimes I wouldn't.  We didn't follow |
| 10:59AM | 2 | | up on it until the day that Mike had Johnnie do it. |
| 10:59AM | 3 | Q | Okay.  And did -- on that day, did Johnnie have some items |
| 10:59AM | 4 | | with him? |
| 10:59AM | 5 | A | Yes. |
| 10:59AM | 6 | Q | What items? |
| 10:59AM | 7 | A | He had the mask that you showed on the screen, the skull |
| 10:59AM | 8 | | on the front and he had batons and gloves. |
| 10:59AM | 9 | Q | Do you know where he got the mask from? |
| 10:59AM | 10 | A | I'm not sure. |
| 10:59AM | 11 | Q | Do you know where he got the baton from? |
| 10:59AM | 12 | A | Yes. |
| 10:59AM | 13 | Q | From who? |
| 10:59AM | 14 | A | From Mike. |
| 10:59AM | 15 | Q | How do you know that? |
| 10:59AM | 16 | A | He told me that Mike had a lot of them. |
| 10:59AM | 17 | Q | Johnnie told you that? |
| 10:59AM | 18 | A | Yes. |
| 10:59AM | 19 | Q | Did Mike or -- excuse me.  Did Johnnie -- so you got |
| 10:59AM | 20 | | together with Johnnie before it happens? |
| 10:59AM | 21 | A | Yes. |
| 10:59AM | 22 | Q | And when you were with him, did he say anything about |
| 11:00AM | 23 | | pressure he was getting? |
| 11:00AM | 24 | A | Yes.  He -- he felt like he had to get that one done |
| 11:00AM | 25 | | because Mike was always making like Johnnie was useless. |

| | | | |
|---|---|---|---|
| 11:00AM | 1 | Q | Did Johnnie tell you he wanted to prove himself? |
| 11:00AM | 2 | A | Yes. |
| 11:00AM | 3 | Q | Would you see Mr. Miske exert the same kind of pressure in |
| 11:00AM | 4 | | your presence on Mr. Stancil at other times? |
| 11:00AM | 5 | A | Yes. |
| 11:00AM | 6 | Q | What would you see? |
| 11:00AM | 7 | A | He would just be downing Johnnie. |
| 11:00AM | 8 | Q | He'd do that in front of you? |
| 11:00AM | 9 | A | Sometimes. |
| 11:00AM | 10 | Q | So do you end up going to Aloha Tattoo? |
| 11:00AM | 11 | A | Yes. |
| 11:00AM | 12 | Q | How do you know get there? |
| 11:00AM | 13 | A | We jumped in Johnnie's car and we ended up driving over |
| 11:00AM | 14 | | there. |
| 11:00AM | 15 | Q | And what kind of car was that? |
| 11:00AM | 16 | A | A brown Camry. |
| 11:00AM | 17 | Q | That was Johnnie's car? |
| 11:01AM | 18 | A | Yes. |
| 11:01AM | 19 | Q | Who was with you? |
| 11:01AM | 20 | A | Me, Johnnie, Dayson and two young boys Cash and Jayword. |
| 11:01AM | 21 | Q | The young boys were Cash and Jayword? |
| 11:01AM | 22 | A | Yes. |
| 11:01AM | 23 | Q | Where did you guys go? |
| 11:01AM | 24 | A | We drove to Aloha Tattoo. |
| 11:01AM | 25 | Q | Where did you park? |

| | | | |
|---|---|---|---|
| 11:01AM | 1 | A | We parked right outside on the -- in front of the curb. |
| 11:01AM | 2 | Q | Was it daytime? |
| 11:01AM | 3 | A | Yes. |
| 11:01AM | 4 | Q | Could you guys see into the shop? |
| 11:01AM | 5 | A | Yes. |
| 11:01AM | 6 | Q | Could you see the owner inside the shop? |
| 11:01AM | 7 | A | Yes. |
| 11:01AM | 8 | Q | How long did you wait there? |
| 11:01AM | 9 | A | We were trying to wait there until he was going to come |
| 11:01AM | 10 | | outside. |
| 11:01AM | 11 | Q | Who was going to come outside? |
| 11:01AM | 12 | A | The owner. |
| 11:01AM | 13 | Q | And then what was the plan when he came outside? |
| 11:01AM | 14 | A | We were just going to assault him. |
| 11:01AM | 15 | Q | Who was going to do the assaulting? |
| 11:01AM | 16 | A | Me, Days and Johnnie. |
| 11:01AM | 17 | Q | When you were waiting outside, is there a point in time |
| 11:02AM | 18 | | that you thought Johnnie was being careless? |
| 11:02AM | 19 | A | Yes. |
| 11:02AM | 20 | Q | Careless about what? |
| 11:02AM | 21 | A | He was just Facetiming his -- his girlfriend too much like |
| 11:02AM | 22 | | he was putting us on camera too much. |
| 11:02AM | 23 | Q | Who was his girlfriend? |
| 11:02AM | 24 | A | Chloe. |
| 11:02AM | 25 | Q | Why did that matter to you that he was Facetiming her too |

| | | |
|---|---|---|
| 11:02AM | 1 | much? |
| 11:02AM | 2 | A    Mike used to tell us that she was a rat. |
| 11:02AM | 3 | Q    She was a rat? |
| 11:02AM | 4 | A    Yes. |
| 11:02AM | 5 | Q    What does a rat mean? |
| 11:02AM | 6 | A    Like she was -- her and her dad was cooperating with law |
| 11:02AM | 7 | enforcement. |
| 11:02AM | 8 | Q    So you were concerned about the fact that you were seen on |
| 11:02AM | 9 | video by her? |
| 11:02AM | 10 | A    Yes. |
| 11:02AM | 11 | Q    Where are you seated in the car? |
| 11:02AM | 12 | A    I'm sitting right next to Johnnie in the passenger seat. |
| 11:02AM | 13 | Q    Where is Johnnie seated? |
| 11:02AM | 14 | A    In the drivers. |
| 11:02AM | 15 | Q    Who was in the back? |
| 11:02AM | 16 | A    Right behind me is Dayson and then the two boys. |
| 11:03AM | 17 | Q    Whose idea was it to wait for him, the owner, to come out |
| 11:03AM | 18 | of the shop? |
| 11:03AM | 19 | A    Originally, that's how we were supposed to do it, like |
| 11:03AM | 20 | Mike said catch him when he came outside, but Johnnie told us |
| 11:03AM | 21 | we were going to wait first.  That's what we were supposed to |
| 11:03AM | 22 | do. |
| 11:03AM | 23 | Q    Okay.  Did Johnnie get impatient at some point? |
| 11:03AM | 24 | A    Yes. |
| 11:03AM | 25 |          MR. NAMMAR:  Your Honor, can we publish 1-862 from the |

| | | |
|---|---|---|
| 11:03AM | 1 | original list? |
| 11:03AM | 2 | THE COURT:  Go ahead. |
| 11:03AM | 3 | MR. NAMMAR:  Thank you. |
| 11:03AM | 4 | BY MR. NAMMAR: |
| 11:03AM | 5 | Q    Do you recognize who is shown in 1-862? |
| 11:03AM | 6 | A    Yes. |
| 11:03AM | 7 | Q    Who is this? |
| 11:03AM | 8 | A    Jayword. |
| 11:03AM | 9 | Q    Was he one of the boys in the back? |
| 11:04AM | 10 | A    Yes. |
| 11:04AM | 11 | MR. NAMMAR:  Can we publish 1-863 from the original |
| 11:04AM | 12 | list? |
| 11:04AM | 13 | THE COURT:  Yes. |
| 11:04AM | 14 | BY MR. NAMMAR: |
| 11:04AM | 15 | Q    Do you recognize who is shown in this picture? |
| 11:04AM | 16 | A    Yes. |
| 11:04AM | 17 | Q    Who? |
| 11:04AM | 18 | A    Cash. |
| 11:04AM | 19 | Q    Was he one of the other boys in the back? |
| 11:04AM | 20 | A    Yes. |
| 11:04AM | 21 | Q    So you said that Stancil gets impatient? |
| 11:04AM | 22 | A    He just really wanted to get it done. |
| 11:04AM | 23 | Q    Did he say why? |
| 11:04AM | 24 | A    He just kept saying he had to get it done for -- for Mike. |
| 11:04AM | 25 | Q    And does he eventually go in? |

| 11:04AM | 1  | A | He -- he wanted us to go in.  He wanted me to go with |

11:04AM   1   A   He -- he wanted us to go in.  He wanted me to go with

11:04AM   2   him -- go in with him, but we were already on camera on the

11:04AM   3   FaceTime and I was kind of unsure about it already.

11:04AM   4   Q   You were concerned?

11:04AM   5   A   Yes.

11:04AM   6   Q   So you -- did you go in?

11:04AM   7   A   No.  He took Dayson with him.

11:04AM   8   Q   You stayed in the car?

11:04AM   9   A   Yes.

11:04AM   10  Q   What did you see from the car?

11:05AM   11  A   I seen Johnnie holding the door open with his mask on and

11:05AM   12  his jacket.

11:05AM   13  Q   What kind of jacket?

11:05AM   14  A   A hoodie.

11:05AM   15  Q   And did you see anything in his hand?

11:05AM   16  A   He had his phone.  He had his phone out recording.

11:05AM   17  Q   He was recording?

11:05AM   18  A   Yes.

11:05AM   19  Q   Who is -- well, where was Dayson?

11:05AM   20  A   Dayson went into the shop and punched the owner.

11:05AM   21  Q   Okay.  Before we get to that, did Dayson go in first?

11:05AM   22  A   Yes.

11:05AM   23  Q   And then John followed?

11:05AM   24  A   John just stayed at the door and held the door open.

11:05AM   25  Q   With the camera recording?

| 11:05AM | 1 | A | Yes. |
| 11:05AM | 2 | Q | Do you recall getting instructions from Mr. Miske to |
| 11:05AM | 3 | | record it? |
| 11:05AM | 4 | A | Yes. |
| 11:05AM | 5 | Q | What happened inside? |
| 11:06AM | 6 | A | Dayson punched the owner and he ended up getting stabbed. |
| 11:06AM | 7 | Q | Could you see that from where you were? |
| 11:06AM | 8 | A | No. |
| 11:06AM | 9 | Q | How did you find that out? |
| 11:06AM | 10 | A | Johnnie told me when they got back in the car and Dayson |
| 11:06AM | 11 | | was screaming. |
| 11:06AM | 12 | Q | Who was screaming? |
| 11:06AM | 13 | A | Dayson. |
| 11:06AM | 14 | Q | Why was he screaming? |
| 11:06AM | 15 | A | Because he got stabbed. |
| 11:06AM | 16 | Q | So you see them come back into the car? |
| 11:06AM | 17 | A | Yes. |
| 11:06AM | 18 | Q | Where does Dayson sit? |
| 11:06AM | 19 | A | He sits right behind me in the back passenger. |
| 11:06AM | 20 | Q | What's his condition like? |
| 11:06AM | 21 | A | He was holding his stomach.  He ended up -- ended up |
| 11:06AM | 22 | | nodding out. |
| 11:06AM | 23 | Q | While he was in your presence? |
| 11:06AM | 24 | A | Like we -- when we got to where we parked at, we seen him |
| 11:06AM | 25 | | like nodding out. |

| 11:06AM | 1 | Q | Was he bleeding? |
|---|---|---|---|

11:06AM  1  Q   Was he bleeding?

11:06AM  2  A   Yes.

11:06AM  3  Q   So when Dayson gets back in the car and John Stancil gets

11:07AM  4  back in the car, what happens?

11:07AM  5  A   The owner popped the tire.

11:07AM  6  Q   Did you know the owner's name at that point?

11:07AM  7  A   I knew his name was Tim.

11:07AM  8  Q   And what does he -- how does he do that?

11:07AM  9  A   He stabs it with a knife.

11:07AM  10  Q   You saw him do that?

11:07AM  11  A   Yes.

11:07AM  12  Q   What happens after the tires are stabbed?

11:07AM  13  A   I'm telling Johnnie to take Days to the hospital but the

11:07AM  14  tire is flat so he pulls around the corner.

11:07AM  15  Q   And how far did you get?

11:07AM  16  A   Not far.  We got around the corner and down the road a

11:07AM  17  little bit.

11:07AM  18  Q   When you told Johnnie to take Days to the hospital, did he

11:07AM  19  say why he wasn't going to do it?

11:07AM  20  A   He just said we weren't going to be able to make it.

11:07AM  21  Q   Why don't you guys call for help?

11:08AM  22  A   We didn't know what to do.  I didn't want Johnnie to get

11:08AM  23  in trouble, and we just didn't know what to do.

11:08AM  24  Q   So where do you guys go?

11:08AM  25  A   We ended getting somebody to pick us -- Johnnie left

```
11:08AM    1   first.  He was gone with his girlfriend, and then I took the
11:08AM    2   two young boys with me.  They came with me, and I was trying to
11:08AM    3   find a ride for us.  I called my friend to pick us up.
11:08AM    4   Q   Where did you leave the car?
11:08AM    5   A   Right there.
11:08AM    6   Q   Where?
11:08AM    7   A   Outside of Kailua Assagios.
11:08AM    8   Q   How close was that to the tattoo shop?
11:08AM    9   A   It was only right and the corner.
11:08AM   10   Q   Where is Dayson when you left the car?
11:08AM   11   A   He was in the back seat.
11:08AM   12   Q   Did he seem like he was alive at that point?
11:08AM   13   A   No.
11:08AM   14   Q   Were you mad at John at that point?
11:08AM   15   A   Yes.
11:08AM   16   Q   Why?
11:08AM   17   A   Because Days was my friend.
11:08AM   18   Q   Where did you guys go?  You and Cash and Jayword?
11:09AM   19   A   I think we went right across the street to the O'Reillys.
11:09AM   20   We waited for our ride to come.
11:09AM   21   Q   Who did you get a ride from?
11:09AM   22   A   From Ash.
11:09AM   23   Q   Where did she take you?
11:09AM   24   A   To Frankie's.
11:09AM   25   Q   Frankie Silva?
```

| 11:09AM | 1 | A | Yes. |

11:09AM   1   A   Yes.

11:09AM   2   Q   What happens there?

11:09AM   3   A   We were just waiting.  We're kind of calling around and we

11:09AM   4   ended up going to Kahala mall after, too.

11:09AM   5   Q   Okay.  Before we get to that, where -- where does John go,

11:09AM   6   if you know?

11:09AM   7   A   I don't know he went.  He just went with his girlfriend.

11:09AM   8   Q   Is that Chloe?

11:09AM   9   A   Yes.

11:09AM   10       MR. NAMMAR:  Your Honor, can we publish 1-220 from the

11:09AM   11   original list?

11:09AM   12       THE COURT:  Go ahead.

11:09AM   13   BY MR. NAMMAR:

11:10AM   14   Q   Mr. Smith, do you recognize what is shown here?

11:10AM   15   A   Yes.

11:10AM   16   Q   What is shown here?

11:10AM   17   A   Aloha Tattoo shop.

11:10AM   18   Q   And you talked about -- well, was this where were you

11:10AM   19   parked in front of?

11:10AM   20   A   Yes.

11:10AM   21   Q   Do you see the door that you talked about that Mr. Stancil

11:10AM   22   was holding open and filming?

11:10AM   23   A   Yes.

11:10AM   24   Q   Which door is it?

11:10AM   25   A   Those double doors right there.

| | | | |
|---|---|---|---|
| 11:10AM | 1 | Q | That are right in front of us? |
| 11:10AM | 2 | A | Yes. |
| 11:10AM | 3 | | MR. NAMMAR:  Your Honor, may we publish 12, dash -- |
| 11:10AM | 4 | | excuse me, 1-242? |
| 11:10AM | 5 | | THE COURT:  Go ahead. |
| 11:10AM | 6 | | MR. NAMMAR:  Thank you. |
| 11:10AM | 7 | | BY MR. NAMMAR: |
| 11:10AM | 8 | Q | Mr. Smith, do you recognize what's shown here? |
| 11:10AM | 9 | A | Yes. |
| 11:10AM | 10 | Q | What is shown here? |
| 11:10AM | 11 | A | That was the car we were sitting in, Johnnie's Camry. |
| 11:10AM | 12 | Q | And this area where it is, do you recognize that? |
| 11:11AM | 13 | A | Yes. |
| 11:11AM | 14 | Q | What -- what -- what's in this area? |
| 11:11AM | 15 | A | Assagios. |
| 11:11AM | 16 | Q | Is that where you left the car? |
| 11:11AM | 17 | A | Yes. |
| 11:11AM | 18 | | MR. NAMMAR:  May we show the witness or can we publish |
| 11:11AM | 19 | | 1-247? |
| 11:11AM | 20 | | THE COURT:  You may. |
| 11:11AM | 21 | | BY MR. NAMMAR: |
| 11:11AM | 22 | Q | Do you recognize what is shown here? |
| 11:11AM | 23 | A | Yes. |
| 11:11AM | 24 | Q | What is it? |
| 11:11AM | 25 | A | The back seat of the car. |

11:11AM    1    Q    And do you notice anything about the tires in this photo?

11:11AM    2    A    Yes.

11:11AM    3    Q    What do you notice?

11:11AM    4    A    They are flat.

11:11AM    5    Q    Is that what you recall when you were driving off?

11:11AM    6    A    Yes.

11:11AM    7    Q    And it looks like, if we can zoom in on the back seat,

11:11AM    8    there's some blood on the back seat.  Do you see that?

11:11AM    9    A    Yes.

11:11AM    10   Q    Is that where Dayson was sitting?

11:12AM    11   A    Yes.

11:12AM    12         MR. NAMMAR:  May we publish, Your Honor, 1-253?

11:12AM    13         THE COURT:  Go ahead.

11:12AM    14   BY MR. NAMMAR:

11:12AM    15   Q    Do you recognize the item that is shown here in this

11:12AM    16   picture?

11:12AM    17   A    Yes.

11:12AM    18   Q    What is that item?

11:12AM    19   A    Those are Johnnie's gloves.

11:12AM    20   Q    Do you recall whether he was wearing those when he went

11:12AM    21   into Aloha Tattoo to film?

11:12AM    22   A    I would think so he was.

11:12AM    23   Q    You think he was?

11:12AM    24   A    Yes.

11:12AM    25   Q    May we publish 1-307?

| | | |
|---|---|---|
| 11:12AM | 1 | Do you recognize -- thank you.  Do you recognize what |
| 11:12AM | 2 | is shown in this photo? |
| 11:12AM | 3 | A    Yes. |
| 11:12AM | 4 | Q    What is it? |
| 11:12AM | 5 | A    The baton. |
| 11:12AM | 6 | Q    So you said -- does this look like the one you said he got |
| 11:12AM | 7 | from Mr. Miske? |
| 11:12AM | 8 | A    Yes. |
| 11:12AM | 9 | Q    Can you circle where you see the baton?  And did you see |
| 11:13AM | 10 | whether Mr. Stancil had that when he was holding the door open |
| 11:13AM | 11 | and recording? |
| 11:13AM | 12 | A    He had it in his pants. |
| 11:13AM | 13 | Q    Does this appear to you to be the same kind of baton that |
| 11:13AM | 14 | you had when you assaulted the Kama'aina Termite employee? |
| 11:13AM | 15 | A    Yes. |
| 11:13AM | 16 | Q    And the same kind baton that you had when you went into |
| 11:13AM | 17 | the KTV Lounge? |
| 11:13AM | 18 | A    Yes. |
| 11:13AM | 19 | MR. NAMMAR:  May we publish 1-308? |
| 11:13AM | 20 | BY MR. NAMMAR: |
| 11:13AM | 21 | Q    Do you recognize what's shown here? |
| 11:13AM | 22 | THE COURT:  Yes. |
| 11:13AM | 23 | MR. NAMMAR:  Sorry, Your Honor. |
| 11:13AM | 24 | BY MR. NAMMAR: |
| 11:13AM | 25 | Q    Do you recognize what is shown here? |

11:13AM    1    A    Yes.

11:13AM    2    Q    What is it?

11:13AM    3    A    A baton.

11:13AM    4         MR. NAMMAR:  Can we publish 1-319?

11:13AM    5         THE COURT:  Yes, go ahead.

11:13AM    6    BY MR. NAMMAR:

11:14AM    7    Q    Do you recognize what is shown here, Mr. Smith?

11:14AM    8    A    Yes.

11:14AM    9    Q    What is shown here?

11:14AM    10   A    That's Johnnie's shirt company.

11:14AM    11   Q    Leverage HNL is his shirt company?

11:14AM    12   A    Yes.

11:14AM    13   Q    What did he do with respect to that?

11:14AM    14   A    What did he?

11:14AM    15   Q    Is that his business?

11:14AM    16   A    Yes.

11:14AM    17   Q    And they sold what?

11:14AM    18   A    Shirts.

11:14AM    19        MR. NAMMAR:  May we publish 1-320?

11:14AM    20        THE COURT:  Go ahead.

11:14AM    21   BY MR. NAMMAR:

11:14AM    22   Q    Do you recognize the items that appear on the driver's

11:14AM    23   seat here?

11:14AM    24   A    Yes.

11:14AM    25   Q    What are they?

11:14AM    1    A      They're gloves.

11:14AM    2              MR. NAMMAR:  May we publish 1-321?

11:14AM    3              THE COURT:  Yes.

11:14AM    4    BY MR. NAMMAR:

11:14AM    5    Q      Do you recognize what is shown here?

11:14AM    6    A      Yes.

11:14AM    7    Q      What's shown here?

11:14AM    8    A      The same gloves.

11:14AM    9    Q      That Mr. Stancil had?

11:15AM   10    A      Yes.

11:15AM   11              MR. NAMMAR:  May we publish 1-323?

11:15AM   12              THE COURT:  Yes.

11:15AM   13    BY MR. NAMMAR:

11:15AM   14    Q      Do you recognize now some of the items that are sitting on

11:15AM   15    the driver's seat?

11:15AM   16    A      Yes.

11:15AM   17    Q      What do you recognize?

11:15AM   18    A      The mask with the skull face he used and the gloves.

11:15AM   19    Q      Which glove are you -- can you circle the glove you're

11:15AM   20    talking about?  For the record, you circled a black object

11:15AM   21    closest on the right-hand side.  What kind of glove was that?

11:15AM   22    A      Latex gloves.

11:15AM   23    Q      And did you know why Stancil had those?

11:15AM   24    A      I don't know if he wore them underneath or -- or what.

11:15AM   25    Q      But you recall him having those at one point?

| | | | |
|---|---|---|---|
| 11:15AM | 1 | A | Yes. |
| 11:15AM | 2 | Q | And the mask that you mentioned, can you circle that? |
| 11:15AM | 3 | | Just for the record, just above two symbol, what was on that |
| 11:15AM | 4 | | mask? |
| 11:15AM | 5 | A | A skull face. |
| 11:16AM | 6 | Q | And was that the mask that Mr. Stancil was wearing? |
| 11:16AM | 7 | A | Yes. |
| 11:16AM | 8 | | MR. NAMMAR:  May we publish 1-324? |
| 11:16AM | 9 | | THE COURT:  Yes. |
| 11:16AM | 10 | BY MR. NAMMAR: | |
| 11:16AM | 11 | Q | Do you recognize what's here? |
| 11:16AM | 12 | A | Yes. |
| 11:16AM | 13 | Q | What is it? |
| 11:16AM | 14 | A | The same mask. |
| 11:16AM | 15 | Q | The mask that Stancil was wearing? |
| 11:16AM | 16 | A | Yes. |
| 11:16AM | 17 | | MR. NAMMAR:  May we publish 1-329? |
| 11:16AM | 18 | | THE COURT:  Go ahead. |
| 11:16AM | 19 | BY MR. NAMMAR: | |
| 11:16AM | 20 | Q | Do you recognize what is shown here? |
| 11:16AM | 21 | A | Yes. |
| 11:16AM | 22 | Q | What is it? |
| 11:16AM | 23 | A | The latex gloves. |
| 11:16AM | 24 | Q | Different from the other gloves we look at previously? |
| 11:16AM | 25 | A | Yes. |

| | | |
|---|---|---|
| 11:16AM | 1 | MR. NAMMAR:  Your Honor, can we at this time publish |
| 11:16AM | 2 | 1-293 which is a video? |
| 11:16AM | 3 | THE COURT:  Go ahead. |
| 11:16AM | 4 | (Video was played.) |
| 11:17AM | 5 | MR. NAMMAR:  Can we stop it? |
| 11:17AM | 6 | BY MR. NAMMAR: |
| 11:17AM | 7 | Q    Do you recognize the vehicle in this video? |
| 11:17AM | 8 | A    Yes. |
| 11:17AM | 9 | Q    What is it? |
| 11:17AM | 10 | A    The brown Camry, Johnnie's brown Camry. |
| 11:17AM | 11 | Q    And who do you recognize that gets out first? |
| 11:17AM | 12 | A    See the two young boys get out the back seat and I see |
| 11:17AM | 13 | Johnnie get out the front seat in the white jacket. |
| 11:17AM | 14 | Q    Okay. |
| 11:17AM | 15 | MR. NAMMAR:  Can we back that up again?  All the way |
| 11:17AM | 16 | maybe, thanks.  You can hit play. |
| 11:17AM | 17 | (Video was played.) |
| 11:17AM | 18 | MR. NAMMAR:  Can you stop it? |
| 11:18AM | 19 | BY MR. NAMMAR: |
| 11:18AM | 20 | Q    What do you see with -- do you see anything with respect |
| 11:18AM | 21 | to that white jacket you mentioned? |
| 11:18AM | 22 | A    Yes. |
| 11:18AM | 23 | Q    What do you see? |
| 11:18AM | 24 | A    I see Johnnie taking it off. |
| 11:18AM | 25 | Q    Okay.  Do you recall him wearing that jacket? |

11:18AM    1    A    Yes.

11:18AM    2    Q    When did he wear that jacket?

11:18AM    3    A    I think that's what he went in with.

11:18AM    4    Q    When he was filming?

11:18AM    5    A    Yes.

11:18AM    6    Q    Okay.

11:18AM    7              MR. NAMMAR:  Can you hit play?

11:18AM    8              (Video was played.)

11:18AM    9              MR. NAMMAR:  Okay.  We can stop it.

11:18AM   10    BY MR. NAMMAR:

11:18AM   11    Q    Did you recognize the last person in that?

11:18AM   12    A    Yes.

11:18AM   13    Q    Who was that?

11:18AM   14    A    Me.

11:18AM   15    Q    What were you doing?

11:18AM   16    A    I got out of the right passenger's and I was grabbing

11:19AM   17    whatever stuff we had in the car whatever I could grab.

11:19AM   18    Q    Were you grabbing something out of the trunk?

11:19AM   19    A    I think so, yes.

11:19AM   20    Q    And in that video, could you see Mr. Stancil getting out

11:19AM   21    of the driver's seat?

11:19AM   22    A    Yes.

11:19AM   23    Q    And is that what you recall he was driving the car away?

11:19AM   24    A    Yes.

11:19AM   25    Q    And you were seated in the passenger seat?

| | | |
|---|---|---|
| 11:19AM | 1 | A    Yes. |
| 11:19AM | 2 | MR. NAMMAR:  Can we publish now 1-219, Your Honor? |
| 11:19AM | 3 | THE COURT:  Go ahead. |
| 11:19AM | 4 | BY MR. NAMMAR: |
| 11:19AM | 5 | Q    Do you see where Aloha Tattoo -- well, do you recognize |
| 11:19AM | 6 | this map? |
| 11:19AM | 7 | A    Yes. |
| 11:19AM | 8 | Q    Do you see where Aloha Tattoo is? |
| 11:19AM | 9 | A    Yes. |
| 11:19AM | 10 | Q    Can you put an X on it?  And do you remember the route of |
| 11:19AM | 11 | travel to Assagios? |
| 11:19AM | 12 | A    Yes. |
| 11:19AM | 13 | Q    Can you trace the route of travel?  So you went down |
| 11:20AM | 14 | Aulike Street? |
| 11:20AM | 15 | A    Yes. |
| 11:20AM | 16 | Q    That's what you recall? |
| 11:20AM | 17 | A    Yes. |
| 11:20AM | 18 | Q    And stopped there? |
| 11:20AM | 19 | A    Yes. |
| 11:20AM | 20 | MR. NAMMAR:  We can take that down. |
| 11:20AM | 21 | BY MR. NAMMAR: |
| 11:20AM | 22 | Q    When you met up with Frankie, did you learn what happened |
| 11:20AM | 23 | to Dayson? |
| 11:20AM | 24 | A    Yes. |
| 11:20AM | 25 | Q    What did you learn? |

| | | | |
|---|---|---|---|
| 11:20AM | 1 | A | I heard he passed away. |
| 11:20AM | 2 | Q | What were you feeling at that point? |
| 11:20AM | 3 | A | I was angry; I was upset. |
| 11:20AM | 4 | Q | Were you angry -- were you angry at John? |
| 11:20AM | 5 | A | Yes. |
| 11:20AM | 6 | Q | Did you -- do you recall threatening him at all? |
| 11:20AM | 7 | A | Yes. |
| 11:20AM | 8 | Q | How did you do that? |
| 11:20AM | 9 | A | We were just arguing on Snapchat. |
| 11:21AM | 10 | Q | And after you threatened John, did you get -- did -- did |
| 11:21AM | 11 | | Miske reach out to you? |
| 11:21AM | 12 | A | Yes. |
| 11:21AM | 13 | Q | What did he tell you to do? |
| 11:21AM | 14 | A | He said to meet him at Kahala mall. |
| 11:21AM | 15 | Q | And did you go there? |
| 11:21AM | 16 | A | Yes. |
| 11:21AM | 17 | Q | Did you meet with Miske? |
| 11:21AM | 18 | A | Yes. |
| 11:21AM | 19 | Q | Who else was present? |
| 11:21AM | 20 | A | Nobody. |
| 11:21AM | 21 | Q | What was Miske -- well, what -- what do you recall about |
| 11:21AM | 22 | | what took place?  What was said? |
| 11:21AM | 23 | A | I just jumped into a black truck.  He said that I had to |
| 11:21AM | 24 | | stop threatening Johnnie, arguing with Johnnie because we was |
| 11:21AM | 25 | | all we had. |

11:21AM   1   Q   Did he say anything about Dayson?

11:21AM   2   A   He said Dayson was going to be all right.

11:21AM   3   Q   But you knew that wasn't so, right?

11:21AM   4   A   Yes.

11:21AM   5   Q   And when you say "all we had," you said he said that's all

11:22AM   6   we had.  What did you take that to mean?

11:22AM   7   A   He said, "We were -- we was family and we was all each

11:22AM   8   other had."

11:22AM   9   Q   Did he say anything about Jay and Cash -- Jayword and

11:22AM  10   Cash?

11:22AM  11   A   He said he wanted to talk to them.

11:22AM  12   Q   Did he tell you where he wanted to do that?

11:22AM  13   A   Yes.

11:22AM  14   Q   What did he say?

11:22AM  15   A   We met at the Enchanted Lakes Safeway behind the Safeway

11:22AM  16   and the movie theaters.

11:22AM  17   Q   Did he tell you to go there?

11:22AM  18   A   Yes.

11:22AM  19   Q   And did you end up getting the boys?

11:22AM  20   A   Yes.

11:22AM  21   Q   Cash and Jayword?

11:22AM  22   A   Yes.

11:22AM  23   Q   What time of day was it or night was it when you went?

11:22AM  24   Was it dark?

11:22AM  25   A   It was dark.

11:22AM    1    Q    And what does -- specifically do you recall what Mr. Miske
11:22AM    2    told you to do at the Safeway as far as the meeting with the
11:22AM    3    boys?
11:22AM    4    A    He told me to come in the back first so he could talk to
11:23AM    5    me and then I brought the boys back there to talk to him after.
11:23AM    6    Q    Did you talk to him in the back?
11:23AM    7    A    Yes.
11:23AM    8    Q    Just you and him?
11:23AM    9    A    Yes.
11:23AM   10    Q    Where did you talk to him?
11:23AM   11    A    By the dumpsters behind the Safeway and movie theater.
11:23AM   12    Q    And what did you guys talk about?
11:23AM   13    A    That he wanted to talk to the boys and what happened
11:23AM   14    pretty much.
11:23AM   15    Q    Did he give you any money?
11:23AM   16    A    He gave us money to go to a hotel that night.
11:23AM   17         THE COURT REPORTER:  I'm sorry.  Say that again.
11:23AM   18         THE WITNESS:  He gave us money to go to a hotel that
11:23AM   19    night.
11:23AM   20    BY MR. NAMMAR:
11:23AM   21    Q    Why did he bring up a hotel, if you know?
11:23AM   22    A    He didn't want the boys going back to where they are
11:23AM   23    staying.  It was Lindsey Kinney's sister's house.
11:23AM   24    Q    So Cash and Jayword had been staying at Lindsey Kinney's
11:23AM   25    sister's house?

| | | | |
|---|---|---|---|
| 11:23AM | 1 | A | Yes. |
| 11:23AM | 2 | Q | Why did that matter? |
| 11:23AM | 3 | A | Because Lindsey Kinney and us were beefing at the time. |
| 11:24AM | 4 | Q | Did Mr. Miske tell you that anything about Cash and |
| 11:24AM | 5 | | Jayword becoming witnesses? |
| 11:24AM | 6 | A | Yes. |
| 11:24AM | 7 | Q | What did he tell you? |
| 11:24AM | 8 | A | He didn't want them to become witnesses to that. |
| 11:24AM | 9 | Q | And so is it your understanding that that's why you were |
| 11:24AM | 10 | | taking them to a hotel? |
| 11:24AM | 11 | A | Yes. |
| 11:24AM | 12 | Q | With the cash that Mr. Miske gave you? |
| 11:24AM | 13 | A | Yes. |
| 11:24AM | 14 | Q | When you met with Mr. Miske, did he have a mask on? |
| 11:24AM | 15 | A | When I first met with him, he didn't but then he put the |
| 11:24AM | 16 | | mask on to talk to the boys. |
| 11:24AM | 17 | Q | How do you know that? |
| 11:24AM | 18 | A | Because we came back, he was taking it off when I was |
| 11:24AM | 19 | | talking to him, and the boys said he had the mask on. |
| 11:24AM | 20 | Q | So did you see the boys go and meet with Mr. Miske? |
| 11:24AM | 21 | A | Yes. |
| 11:24AM | 22 | Q | What did you see? |
| 11:24AM | 23 | A | I seen them walk around the corner and go talk to Mike in |
| 11:24AM | 24 | | the truck. |
| 11:24AM | 25 | Q | This is Cash and Jayword? |

| 11:24AM | 1 | A | Yes. |
| 11:24AM | 2 | Q | Did they go one by one or together? |
| 11:24AM | 3 | A | I think they went one by one. |
| 11:25AM | 4 | Q | And did you speak with the boys when they came back? |
| 11:25AM | 5 | A | Yes. |
| 11:25AM | 6 | Q | What did they tell you? |
| 11:25AM | 7 | A | They were just scared because Mike had the mask on. |

11:25AM   8        MR. NAMMAR:  Your Honor, may we publish 1-219 alpha

11:25AM   9    which is from our fourth supplemental list?

11:25AM  10        THE COURT:  Go ahead.

11:25AM  11    BY MR. NAMMAR:

11:25AM  12   Q    Mr. Smith, do you recognize the overhead that's shown

11:25AM  13    here?

11:25AM  14   A    Yes.

11:25AM  15   Q    What is shown here?

11:25AM  16   A    The shopping center we met at.

11:25AM  17   Q    The shopping center that you met with Mr. Miske?

11:25AM  18   A    Yes.

11:25AM  19   Q    And that you took Cash and Jayword to?

11:25AM  20   A    Yes.

11:25AM  21   Q    Do you see on here -- can you see the area where you

11:26AM  22    talked with Miske?

11:26AM  23   A    Yes.

11:26AM  24   Q    Where is it?

11:26AM  25   A    It's in the back over here.

11:26AM   1   Q    For the record, just to the left of Enchanted Lake Pet; is

11:26AM   2   that right?

11:26AM   3   A    I think so.  It was in the -- it was behind the shopping

11:26AM   4   center.  It wasn't in the front.

11:26AM   5   Q    And is that also where you recall that Mr. Miske met with

11:26AM   6   Cash individually and Jayword individually?

11:26AM   7   A    Yes.

11:26AM   8        MR. NAMMAR:  Your Honor, may we publish 1-1098 from

11:26AM   9   our fourth supplemental?

11:26AM  10        THE COURT:  Yes.

11:26AM  11        MR. NAMMAR:  There's no sound on this one I don't

11:26AM  12   think.  Is there any way we can rotate that?  Thanks.

11:26AM  13   BY MR. NAMMAR:

11:27AM  14   Q    Mr. Smith, we've just played you that video 1-1098.  Do

11:27AM  15   you recognize the truck?

11:27AM  16   A    Yes.

11:27AM  17   Q    What do you -- how do you recognize it?

11:27AM  18   A    That was Mike's truck.

11:27AM  19   Q    And do you recall on the night that you went to Enchanted

11:27AM  20   Lake, Safeway whether he had that truck?

11:27AM  21   A    Yes.

11:27AM  22   Q    He had that truck?

11:27AM  23   A    Yes.

11:27AM  24   Q    What kind of truck was it?

11:27AM  25   A    GMC.

| | | |
|---|---|---|
| 11:27AM | 1 | MR. NAMMAR:  Your Honor, can we publish 1-1102 from |
| 11:27AM | 2 | the 9th supplemental? |
| 11:28AM | 3 | THE COURT:  Go ahead. |
| 11:28AM | 4 | MR. NAMMAR:  Thank you. |
| 11:28AM | 5 | BY MR. NAMMAR: |
| 11:28AM | 6 | Q    Mr. Smith, do you recognize what's in this photo? |
| 11:28AM | 7 | A    Yes. |
| 11:28AM | 8 | Q    What's in this photo? |
| 11:28AM | 9 | A    The hotel we stayed at that night. |
| 11:28AM | 10 | Q    Who did you go with? |
| 11:28AM | 11 | A    Me, Cash and Jayword. |
| 11:28AM | 12 | Q    Did you go -- go with anyone else? |
| 11:28AM | 13 | A    Yes. |
| 11:28AM | 14 | Q    Who? |
| 11:28AM | 15 | A    My other friend Kayla. |
| 11:28AM | 16 | THE COURT REPORTER:  I'm sorry.  Kayla? |
| 11:28AM | 17 | THE WITNESS:  Yes. |
| 11:28AM | 18 | BY MR. NAMMAR: |
| 11:28AM | 19 | Q    And do you recall whether Kayla did anything with respect |
| 11:28AM | 20 | to booking the room? |
| 11:28AM | 21 | A    She just -- yeah, she just booked the room for us. |
| 11:28AM | 22 | Q    Under her name? |
| 11:28AM | 23 | A    Yes. |
| 11:28AM | 24 | MR. NAMMAR:  May we publish 1-292, Your Honor, from |
| 11:28AM | 25 | the original list? |

| | | |
|---|---|---|
| 11:29AM | 1 | THE COURT:  Go ahead. |
| 11:29AM | 2 | BY MR. NAMMAR: |
| 11:29AM | 3 | Q    Mr. Smith, 1-292 is up.  It's under the name at the top |
| 11:29AM | 4 | looks like Kayla Keoho.  Do you recognize that? |
| 11:29AM | 5 | A    Yes. |
| 11:29AM | 6 | Q    Who is that? |
| 11:29AM | 7 | A    That was Kayla.  That was my friend. |
| 11:29AM | 8 | Q    She is the one that booked the room? |
| 11:29AM | 9 | A    Yes. |
| 11:29AM | 10 | Q    And do these dates in late November does that seem |
| 11:29AM | 11 | accurate to you as to when you stayed there? |
| 11:29AM | 12 | A    Yes. |
| 11:29AM | 13 | Q    Do you recall whether you stayed there one or two nights? |
| 11:29AM | 14 | A    I think I only stayed there one night. |
| 11:29AM | 15 | Q    Do you recall a meeting with Mr. Miske the night -- the -- |
| 11:30AM | 16 | after you stayed the night at the DoubleTree hotel? |
| 11:30AM | 17 | A    Yes. |
| 11:30AM | 18 | Q    Where was that meeting? |
| 11:30AM | 19 | A    It was in the -- in the parking lot behind the Hilton |
| 11:30AM | 20 | Hawaiian gardens or the Hilton Hawaiian inn. |
| 11:30AM | 21 | Q    So not far from the DoubleTree? |
| 11:30AM | 22 | A    No. |
| 11:30AM | 23 | Q    Was the DoubleTree in Waikiki? |
| 11:30AM | 24 | A    Yes. |
| 11:30AM | 25 | Q    And was the place that you met also in Waikiki? |

| | | | |
|---|---|---|---|
| 11:30AM | 1 | A | Yes. |
| 11:30AM | 2 | Q | Who did you bring with you? |
| 11:30AM | 3 | A | Cash and Jayword. |
| 11:30AM | 4 | Q | And where did you guys meet? |
| 11:30AM | 5 | A | We met in the pier behind the Hilton. |
| 11:30AM | 6 | Q | And did you meet in a car or what do you recall? |
| 11:30AM | 7 | A | I'm not even sure.  I think we went over there in |
| 11:30AM | 8 | | Frankie's car. |
| 11:30AM | 9 | Q | Okay.  And then where did you meet with Mr. Miske? |
| 11:30AM | 10 | A | Right there at the pier.  I walked over to his -- the car |
| 11:30AM | 11 | | he was in. |
| 11:30AM | 12 | Q | Okay.  And do you recall anything about law enforcement |
| 11:30AM | 13 | | coming up during that meeting? |
| 11:31AM | 14 | A | Yeah, he thought that there was an SUV in the parking lot |
| 11:31AM | 15 | | that was feds. |
| 11:31AM | 16 | Q | Is that what Mr. Miske told you? |
| 11:31AM | 17 | A | Yes. |
| 11:31AM | 18 | Q | What did Mr. Miske do when he saw what he thought was the |
| 11:31AM | 19 | | feds? |
| 11:31AM | 20 | A | He wanted to go. |
| 11:31AM | 21 | Q | Did he leave? |
| 11:31AM | 22 | A | And meet up with me later. |
| 11:31AM | 23 | Q | Did he leave right away? |
| 11:31AM | 24 | A | Yes. |
| 11:31AM | 25 | Q | Do you recall whether he was wearing a mask at that time? |

| | | | |
|---|---|---|---|
| 11:31AM | 1 | A | No. |
| 11:31AM | 2 | Q | He wasn't wearing a mask? |
| 11:31AM | 3 | A | No. |
| 11:31AM | 4 | Q | Did he meet with the boys do you recall? |
| 11:31AM | 5 | A | I -- I don't think so, no. |
| 11:31AM | 6 | Q | I'm going to ask you now about somebody by the name of |
| 11:31AM | 7 | | Brandon Torres? |
| 11:31AM | 8 | A | Yes. |
| 11:31AM | 9 | Q | Do you know who that is? |
| 11:31AM | 10 | A | Yes. |
| 11:31AM | 11 | Q | Who is Brandon Torres? |
| 11:31AM | 12 | A | That was somebody we robbed. |
| 11:31AM | 13 | Q | And do you believe that happened in or around 2017? |
| 11:32AM | 14 | A | Yes. |
| 11:32AM | 15 | Q | Did Johnnie give you intelligence for this -- John Stancil |
| 11:32AM | 16 | | give you intelligence for this robbery? |
| 11:32AM | 17 | A | Yes. |
| 11:32AM | 18 | Q | What did he tell you? |
| 11:32AM | 19 | A | He told us where he was that night. |
| 11:32AM | 20 | Q | Did he tell you anything about Instagram live? |
| 11:32AM | 21 | A | He told us that the guy was banging his chain on his -- on |
| 11:32AM | 22 | | Instagram live saying that that was Leverage. |
| 11:32AM | 23 | Q | What is Instagram live? |
| 11:32AM | 24 | A | A life feed on your Instagram on what you're doing. |
| 11:32AM | 25 | Q | So Brandon Torres was banging his chain -- |

11:32AM   1   A   Yes.

11:32AM   2   Q   -- saying it was Leverage?

11:32AM   3   A   Yes.

11:32AM   4   Q   Did Johnnie -- did John Stancil tell you he -- he took

11:32AM   5   that personally?

11:32AM   6   A   Yes.

11:32AM   7   Q   What did he say?

11:32AM   8   A   He told us that that was a easy one.  We should get him.

11:32AM   9   Q   Was he mad about what Brandon Torres was doing?

11:33AM   10   A   Yes.

11:33AM   11   Q   Why?

11:33AM   12   A   He didn't like that Brandon Torres was saying that was

11:33AM   13   Leverage.  That was Johnnie's clothing company.

11:33AM   14   Q   That was his -- the shirt we just looked at?

11:33AM   15   A   Yes.

11:33AM   16   Q   And what details did he provide to you about what you

11:33AM   17   could get in the robbery and where Mr. Torres was?

11:33AM   18   A   Told us he was wearing a 12-millimeter Milano with a Jesus

11:33AM   19   face pendant on it and that he was at Uncle Bo's restaurant.

11:33AM   20   Q   And then did you act on that?

11:33AM   21   A   Yes.

11:33AM   22   Q   Who were you with?

11:33AM   23   A   Me, Frankie and Minn.

11:33AM   24   Q   Who is Minn?

11:33AM   25   A   That was one of Frankie's boys.

11:33AM   1   Q   And Frankie is Frankie Silva that you've talked about?

11:33AM   2   A   Yes.

11:33AM   3   Q   How does the robbery go down?

11:33AM   4   A   We go to Uncle Bo's.  We're sitting in Uncle Bo's parking

11:33AM   5   lot.  We follow them back to Waimanalo.  They turn around in

11:33AM   6   one of the cul-de-sacs.  Frankie jumps out and fires a round or

11:34AM   7   two.  Minn jumps out with his gun and they run up and take the

11:34AM   8   chain.

11:34AM   9   Q   Did they hit anyone with the bullets, if you know?

11:34AM   10  A   No.

11:34AM   11  Q   And you were able to get the chain?

11:34AM   12  A   Yes.

11:34AM   13  Q   You were the driver?

11:34AM   14  A   I was sitting in the back seat.

11:34AM   15  Q   Why didn't you get out?

11:34AM   16  A   Because my kid's mom's brother was there.

11:34AM   17  Q   Who was that?

11:34AM   18  A   That was Brandon Torres's friend.

11:34AM   19  Q   Okay.  And do you -- are you -- do you make it out --

11:34AM   20  successfully make it off with the chain of the individual?  You

11:34AM   21  get away?

11:34AM   22  A   Yes.

11:34AM   23  Q   Did you report back to John about what happened?

11:34AM   24  A   Yes.

11:34AM   25  Q   What was his reaction?

11:34AM  1   A   He was happy we got 'em.

11:34AM  2   Q   The next day did you learn something happened with Minn?

11:34AM  3   A   Yes.

11:34AM  4   Q   What happened with Minn?

11:34AM  5   A   He got arrested.

11:34AM  6   Q   In relation to this robbery?

11:34AM  7   A   That's what we thought.

11:34AM  8   Q   Okay.  Did -- were you concerned when you heard that?

11:35AM  9   A   Yes.

11:35AM  10  Q   Did you reach out to Mr. Miske about it?

11:35AM  11  A   Yes.

11:35AM  12  Q   Did you tell him about the robbery?

11:35AM  13  A   Yes.

11:35AM  14  Q   And what did he tell you?

11:35AM  15  A   To stay low.  I told him we were hiding in Pearl City.  He

11:35AM  16  said to stay low and we'll figure it out.

11:35AM  17  Q   Were you ever prosecuted for that?

11:35AM  18  A   No.

11:35AM  19  Q   Is this another example of why you thought you had

11:35AM  20  protection from Michael Miske?

11:35AM  21  A   Yes.

11:35AM  22  Q   Have you heard of a person by the name of Chris Bourne?

11:35AM  23  A   Yes.

11:35AM  24  Q   Turning to 2018, did Mr. Miske talk to you about Chris

11:35AM  25  Bourne?

| | | | |
|---|---|---|---|
| 11:35AM | 1 | A | Yes. |
| 11:35AM | 2 | Q | How did that name come up? |
| 11:35AM | 3 | A | I just got a call one day to come to the parking lot next |
| 11:35AM | 4 | | to the bay.  I ended up going with Mike to look at his house. |
| 11:36AM | 5 | Q | Chris Bourne's house? |
| 11:36AM | 6 | A | Yes. |
| 11:36AM | 7 | Q | Okay. |
| 11:36AM | 8 | A | And Mike -- Mike said that was a good -- that would be a |
| 11:36AM | 9 | | good lick if we hit it. |
| 11:36AM | 10 | Q | A robbery? |
| 11:36AM | 11 | A | Yes. |
| 11:36AM | 12 | Q | Did Mr. Miske tell you what you could get? |
| 11:36AM | 13 | A | He said, "There was big money inside the house." |
| 11:36AM | 14 | Q | And did he tell you how you should do it? |
| 11:36AM | 15 | A | He just told us that there was big money in the house. |
| 11:36AM | 16 | Q | What was your plan? |
| 11:36AM | 17 | A | Me and Frankie were going to go over there and kick the |
| 11:36AM | 18 | | door in. |
| 11:36AM | 19 | Q | Do a home invasion-style robbery? |
| 11:36AM | 20 | A | Yes. |
| 11:36AM | 21 | Q | Did Mr. Miske say anything about how long he had known |
| 11:36AM | 22 | | Chris Bourne? |
| 11:36AM | 23 | A | He just told me that he knew Chris Bourne and that was it. |
| 11:37AM | 24 | Q | Did he show you a picture of Chris Bourne at any point? |
| 11:37AM | 25 | A | Yes. |

| | | | |
|---|---|---|---|
| 11:37AM | 1 | Q | What did he show you? |
| 11:37AM | 2 | A | A picture of Chris Bourne on the phone. |
| 11:37AM | 3 | Q | And did you do anything with that picture? |
| 11:37AM | 4 | A | I took a picture of it on my phone off of his phone. |
| 11:37AM | 5 | Q | Did he talk to you about the amount of money that you |
| 11:37AM | 6 | | thought would be at the house? |
| 11:37AM | 7 | A | He said a million. |
| 11:37AM | 8 | Q | A million dollars? |
| 11:37AM | 9 | A | Yes. |
| 11:37AM | 10 | Q | At some point, did Mr. Miske -- well, did he take you by |
| 11:37AM | 11 | | his house? |
| 11:37AM | 12 | A | Yes. |
| 11:37AM | 13 | Q | Where was it? |
| 11:37AM | 14 | A | It was by the skate park in Hawaii Kai. |
| 11:37AM | 15 | Q | Near Kamiloiki? |
| 11:37AM | 16 | A | I just know it was by a skate park in Hawaii Kai. |
| 11:37AM | 17 | Q | Okay.  Did you also message with Mr. Miske on WhatsApp |
| 11:37AM | 18 | | about this home invasion robbery as well? |
| 11:37AM | 19 | A | Yes. |
| 11:37AM | 20 | Q | And you said you were planning to do it with Frankie |
| 11:37AM | 21 | | Silva? |
| 11:37AM | 22 | A | Yes. |
| 11:37AM | 23 | Q | At some point, did you and Frankie go to Mr. Bourne's |
| 11:38AM | 24 | | house? |
| 11:38AM | 25 | A | Yes. |

| 11:38AM | 1 | Q | What do you recall you were driving? |
|---|---|---|---|

11:38AM   1   Q   What do you recall you were driving?

11:38AM   2   A   I think we were in Frankie's black BMW.

11:38AM   3   Q   Can you describe it, the BMW?

11:38AM   4   A   It was just black BMW coupe tinted.

11:38AM   5   Q   And where did you all park?

11:38AM   6   A   We parked at the bottom of the cul-de-sac.

11:38AM   7   Q   Do you recall it being in a -- the street being on a

11:38AM   8   cul-de-sac?

11:38AM   9   A   Yes.

11:38AM   10   Q   And what -- why were you parked there?

11:38AM   11   A   We didn't want to be right outside the house.  We went to

11:38AM   12   the bottom of the cul-de-sac.

11:38AM   13   Q   Were you scoping out the place you were going to do the

11:38AM   14   robbery?

11:38AM   15   A   Yes.

11:38AM   16   Q   Did you end up not going through with this robbery?

11:38AM   17   A   Yes.

11:38AM   18   Q   Was this in the summer before you were arrested in 2018?

11:38AM   19   A   I think so.  I believe so.

11:39AM   20        MR. NAMMAR:  Can we show the witness only, Your Honor,

11:39AM   21   1-555 from the original list?

11:39AM   22        THE COURT:  Go ahead.

11:39AM   23   BY MR. NAMMAR:

11:39AM   24   Q   Mr. Smith, 1-555 is up.  Do you recognize what is shown

11:39AM   25   here?

11:39AM    1    A    Yes.

11:39AM    2    Q    What is shown here?

11:39AM    3    A    The fuel truck that was outside of Chris Bourne's house.

11:39AM    4    Q    Do you recall seeing this truck outside of Mr. Bourne's

11:39AM    5    house when you were with Mr. Miske?

11:39AM    6    A    Yes.

11:39AM    7         MR. NAMMAR:  Your Honor, I move to admit 1-555.

11:39AM    8         THE COURT:  Any objection?

11:39AM    9         MR. KENNEDY:  No objection.

11:39AM   10         THE COURT:  1-555 is admitted then without objection.

11:39AM   11    You may publish it.

11:39AM   12         MR. NAMMAR:  Thank you.

11:39AM   13         (Exhibit 1-555 was received in evidence.)

11:39AM   14    BY MR. NAMMAR:

11:39AM   15    Q    The jury can see it.  Mr. Smith, what are we looking at

11:40AM   16    here?

11:40AM   17    A    We are looking at the fuel truck outside of Chris Bourne's

11:40AM   18    house.

11:40AM   19    Q    And this is the house that you recall Mr. Miske took you

11:40AM   20    in preparation for the home invasion-style robbery?

11:40AM   21    A    Yes.

11:40AM   22         MR. NAMMAR:  Your Honor, may we show the witness a

11:40AM   23    couple of different exhibits now from the 13th supplemental

11:40AM   24    list?  1-956I and 1-956Z and 1-956EE as in echo echo.

11:40AM   25         THE COURT:  Go ahead.  Thank you.

11:40AM   1   BY MR. NAMMAR:

11:41AM   2   Q    Nine one -- 1-956I is up on the screen, Mr. Smith.

11:41AM   3   A    Yes.

11:41AM   4   Q    Do you -- do you recognize it?

11:41AM   5   A    Yes.

11:41AM   6   Q    Who is the person shown here?

11:41AM   7   A    Chris Bourne.

11:41AM   8        MR. NAMMAR:  Can we show one -- can we bring up

11:41AM   9   1-956Z?

11:41AM   10  BY MR. NAMMAR:

11:41AM   11  Q    Do you recognize what's shown here?

11:41AM   12  A    Yes.

11:41AM   13  Q    What is shown here?

11:41AM   14  A    Chris Bourne.

11:41AM   15  Q    Do you recall saving a picture of this on your phone?

11:41AM   16  A    Yes.

11:41AM   17       MR. NAMMAR:  Can we bring up 1-956EE?

11:41AM   18  BY MR. NAMMAR:

11:41AM   19  Q    What is shown here?

11:41AM   20  A    The fuel truck.

11:41AM   21  Q    And do you recognize the shorts or pants there in the

11:41AM   22  background of this picture?

11:41AM   23  A    Yes.

11:41AM   24  Q    Whose are those?

11:41AM   25  A    That's me.

| | | |
|---|---|---|
| 11:41AM | 1 | MR. NAMMAR:  Your Honor, I move to admit 1-956I, |
| 11:42AM | 2 | 1-956Z and 1-956EE. |
| 11:42AM | 3 | THE COURT:  Any objection to any of those three |
| 11:42AM | 4 | exhibits? |
| 11:42AM | 5 | MR. KENNEDY:  No objection. |
| 11:42AM | 6 | THE COURT:  Without objection those three exhibits are |
| 11:42AM | 7 | each admitted 1-956I, Z and EE.  You may publish. |
| 11:42AM | 8 | (Exhibit 1-956I, 1-956Z and 1-956EE were received in evidence.) |
| 11:42AM | 9 | MR. NAMMAR:  Thank you.  We can start with 956I. |
| 11:42AM | 10 | BY MR. NAMMAR: |
| 11:42AM | 11 | Q    What is shown here? |
| 11:42AM | 12 | A    A picture of Chris Bourne. |
| 11:42AM | 13 | Q    And did you take a picture of this phone on your phone? |
| 11:42AM | 14 | A    Yes. |
| 11:42AM | 15 | Q    Why did you do that? |
| 11:42AM | 16 | A    Mike told me to take a picture of it so I could see what |
| 11:42AM | 17 | he would look like. |
| 11:42AM | 18 | Q    And was that done in preparation of the robbery? |
| 11:42AM | 19 | A    Yes. |
| 11:42AM | 20 | MR. NAMMAR:  Can we show one nine -- 1-956Z? |
| 11:42AM | 21 | BY MR. NAMMAR: |
| 11:43AM | 22 | Q    Do you recognize what is shown here? |
| 11:43AM | 23 | A    Yes. |
| 11:43AM | 24 | Q    What is shown here? |
| 11:43AM | 25 | A    Another picture of Chris Bourne. |

| | | | |
|---|---|---|---|
| 11:43AM | 1 | Q | And his family? |
| 11:43AM | 2 | A | Yes. |
| 11:43AM | 3 | Q | Was this taken in preparation of the robbery? |
| 11:43AM | 4 | A | Yes. |
| 11:43AM | 5 | | MR. NAMMAR:  Can we show 1-956EE now or publish that? |
| 11:43AM | 6 | | Sorry. |
| 11:43AM | 7 | | THE COURT:  Go ahead. |
| 11:43AM | 8 | | BY MR. NAMMAR: |
| 11:43AM | 9 | Q | Do you -- do you recognize what is shown here? |
| 11:43AM | 10 | A | Yes. |
| 11:43AM | 11 | Q | What is shown here? |
| 11:43AM | 12 | A | The fuel truck outside of Chris Bourne's house. |
| 11:43AM | 13 | Q | And is this a photo of a phone? |
| 11:43AM | 14 | A | Yes. |
| 11:43AM | 15 | Q | Okay.  Do you know whose phone that is? |
| 11:43AM | 16 | A | It was Mike's phone. |
| 11:43AM | 17 | Q | And why are you taking a picture of Mike's phone? |
| 11:43AM | 18 | A | He gave me the phone to take a picture of to put into my |
| 11:43AM | 19 | | phone. |
| 11:43AM | 20 | Q | And the shorts that are in the background? |
| 11:43AM | 21 | A | That's mine. |
| 11:43AM | 22 | Q | And where did you believe you are when this photo is |
| 11:44AM | 23 | | taken? |
| 11:44AM | 24 | A | I think we were in the truck. |
| 11:44AM | 25 | Q | Whose truck? |

11:44AM   1   A    Mike's truck.

11:44AM   2   Q    And was this photo taken in preparation of the robbery?

11:44AM   3   A    Yes.

11:44AM   4   Q    Does this photo look very similar to the photo that we

11:44AM   5   looked at previously 1-555?

11:44AM   6   A    Yes.

11:44AM   7        MR. NAMMAR:  Let me bring that up again, 1-555.  Can

11:44AM   8   we publish that, Your Honor?

11:44AM   9        THE COURT:  Yes.

11:44AM  10   BY MR. NAMMAR:

11:44AM  11   Q    Does that look like the same photo?

11:44AM  12   A    Yes.

11:44AM  13   Q    Only in this one you're taking a picture of his phone,

11:44AM  14   correct?

11:44AM  15   A    Yes.

11:44AM  16   Q    Or the other one, excuse me.  And 956EE you were taking a

11:44AM  17   picture of Miske's phone, right?

11:44AM  18   A    Yes.

11:44AM  19        MR. NAMMAR:  Can we bring back up 956I?

11:44AM  20   BY MR. NAMMAR:

11:44AM  21   Q    Do you know whose phone you're taking a picture of here?

11:44AM  22   A    Mike's phone.

11:45AM  23        MR. NAMMAR:  Can we show the witness only now, Your

11:45AM  24   Honor, 1-947 from the original list?

11:45AM  25        THE COURT:  I'm sorry.  Go ahead.

| | | |
|---|---|---|
| 11:45AM | 1 | BY MR. NAMMAR: |
| 11:45AM | 2 | Q    Okay.  Do you -- this is another preliminary device |
| 11:45AM | 3 | report.  And it has an iCloud backup that I just circled there |
| 11:46AM | 4 | with an email address.  Do you recognize the -- the intent 2/11 |
| 11:46AM | 5 | email? |
| 11:46AM | 6 | A    Yes. |
| 11:46AM | 7 | Q    Was that yours? |
| 11:46AM | 8 | A    Yes. |
| 11:46AM | 9 | Q    Do you believe this preliminary device extraction was for |
| 11:46AM | 10 | one of the phones you had? |
| 11:46AM | 11 | A    Yes. |
| 11:46AM | 12 | MR. NAMMAR:  Your Honor, I move to admit 1-947. |
| 11:46AM | 13 | THE COURT:  Any objection? |
| 11:46AM | 14 | MR. KENNEDY:  No objection. |
| 11:46AM | 15 | THE COURT:  1-947 then is admitted without objection. |
| 11:46AM | 16 | You may publish. |
| 11:46AM | 17 | MR. NAMMAR:  Thank you. |
| 11:46AM | 18 | (Exhibit 1-947 was received in evidence.) |
| 11:46AM | 19 | MR. NAMMAR:  So the jury can see it, we're looking at |
| 11:46AM | 20 | a preliminary device report.  Can you zoom in on that email? |
| 11:46AM | 21 | BY MR. NAMMAR: |
| 11:46AM | 22 | Q    The apple ID comes back to the intent 211 at iCloud dot |
| 11:46AM | 23 | com.  Did you believe you used that apple ID at one point? |
| 11:46AM | 24 | A    Yes. |
| 11:46AM | 25 | MR. NAMMAR:  And if we can zoom out and go to the -- |

| | | |
|---|---|---|
| 11:46AM | 1 | this phone number. |
| 11:46AM | 2 | BY MR. NAMMAR: |
| 11:46AM | 3 | Q    Sounds like you had a lot of different phones; is that |
| 11:47AM | 4 | right, Mr. -- Mr. Smith? |
| 11:47AM | 5 | A    Yes. |
| 11:47AM | 6 | Q    Do you recognize this number 376-856 (verbatim) as one of |
| 11:47AM | 7 | yours? |
| 11:47AM | 8 | A    Yes. |
| 11:47AM | 9 | Q    It was one of yours? |
| 11:47AM | 10 | A    Yes. |
| 11:47AM | 11 | MR. NAMMAR:  Can we show the witness only now 1-956 |
| 11:47AM | 12 | from the original list? |
| 11:47AM | 13 | THE COURT:  Go ahead. |
| 11:47AM | 14 | BY MR. NAMMAR: |
| 11:47AM | 15 | Q    Mr. Smith, this is an image report from the same phone. |
| 11:47AM | 16 | It has a number of thumbnails.  Do you -- |
| 11:47AM | 17 | MR. NAMMAR:  If we can just scroll through it and stop |
| 11:47AM | 18 | on page four. |
| 11:47AM | 19 | BY MR. NAMMAR: |
| 11:47AM | 20 | Q    Do you recognize some of these photos as photos that you |
| 11:48AM | 21 | took or captured from that phone? |
| 11:48AM | 22 | A    Yes. |
| 11:48AM | 23 | Q    And if we look at the photo in Box 9, what is that a photo |
| 11:48AM | 24 | of? |
| 11:48AM | 25 | A    Chris Bourne. |

11:48AM   1              MR. NAMMAR:  Your Honor, I would move to admit 1-956

11:48AM   2   at this time.

11:48AM   3              THE COURT:  Any objection?

11:48AM   4              MR. KENNEDY:  No objection.

11:48AM   5              THE COURT:  1-956 is admitted.  You may publish.

11:48AM   6              (Exhibit 1-956 was received in evidence.)

11:48AM   7              MR. NAMMAR:  Thank you.  We can go to Box 7 or sorry,

11:48AM   8   page seven, Box 21.  And zoom in on that.

11:48AM   9   BY MR. NAMMAR:

11:48AM  10   Q    Do you recognize the little thumbnail picture on the

11:48AM  11   right, Mr. Smith?

11:48AM  12   A    Yes.

11:48AM  13   Q    Is that of Mr. Bourne?

11:48AM  14   A    Yes.

11:48AM  15   Q    And it has a capture time of for this photo of May 6,

11:48AM  16   2018.  Do you see that?

11:48AM  17   A    Yes.

11:48AM  18   Q    Is that around the time that you recall talking to

11:49AM  19   Mr. Miske about the Chris Bourne robbery?

11:49AM  20   A    I'm pretty sure.

11:49AM  21              MR. NAMMAR:  And if we can go now to box -- page nine,

11:49AM  22   Box 26.

11:49AM  23   BY MR. NAMMAR:

11:49AM  24   Q    Do you recognize the thumbnail photo on the right?

11:49AM  25   A    Yes.

11:49AM   1   Q    And it has a capture date with the same date, May 6, 2018.

11:49AM   2   Do you see that?

11:49AM   3   A    Yes.

11:49AM   4   Q    And that's around the same time you recall talking to

11:49AM   5   Mr. Miske about the robbery?

11:49AM   6   A    Yes.

11:49AM   7   Q    If we go now to page 11, Box 32.  Do you recognize the

11:49AM   8   thumbnail photo on the right?

11:49AM   9   A    Yes.

11:49AM  10   Q    Is that the same one we looked at that you took of a phone

11:49AM  11   in the car with your shorts in the background?

11:49AM  12   A    Yes.

11:49AM  13   Q    That had Mr. Bourne's gas truck?

11:50AM  14   A    Yes.

11:50AM  15   Q    And this has a different date of May 27, 2018.  Is that

11:50AM  16   around the same time that you recall talking to Mr. Miske about

11:50AM  17   this topic?

11:50AM  18   A    Yes.

11:50AM  19        MR. NAMMAR:  We can take that down.

11:50AM  20   BY MR. NAMMAR:

11:50AM  21   Q    Did Mr. Miske also task you with assaulting somebody by

11:50AM  22   the name of Jason Smith?

11:50AM  23   A    Yes.

11:50AM  24   Q    What did you know about Jason Smith?

11:50AM  25   A    I just knew we would see him at the chicken fights.

11:50AM    1    Q    Did you talk with Mr. Miske about assaulting Jason Smith

11:50AM    2    over WhatsApp?

11:50AM    3    A    Yes.

11:50AM    4    Q    Was this also in 2018?

11:50AM    5    A    Yes.

11:50AM    6    Q    What did Mr. Miske ask you to do with respect to Jason

11:51AM    7    Smith?

11:51AM    8    A    He said to light him up if I seen him at the fights.

11:51AM    9    Q    And what did you understand "to light him up" mean?

11:51AM    10   A    To beat him up.

11:51AM    11   Q    And what -- the fights, what does that refer to?

11:51AM    12   A    The chicken fights.

11:51AM    13        MR. NAMMAR:  If we can show one -- publish 1-956

11:51AM    14   again?

11:51AM    15        THE COURT:  Yes, go ahead.

11:51AM    16        MR. NAMMAR:  And go to Box 16 -- excuse me, yeah,

11:51AM    17   Box 16.  Which is page six, yeah.

11:51AM    18   BY MR. NAMMAR:

11:51AM    19   Q    It's a thumbnail photo but do you recognize the thumbnail

11:51AM    20   photo on the right-hand side?

11:51AM    21   A    Yes.

11:51AM    22   Q    Who is that of?

11:51AM    23   A    That was the guy Jason Smith.

11:51AM    24   Q    Did Mr. Miske send this to you?

11:51AM    25   A    Yes.

| | | |
|---|---|---|
| 11:51AM | 1 | MR. NAMMAR:  Your Honor, can we show the witness only |
| 11:51AM | 2 | now 1-956P as in Paul? |
| 11:52AM | 3 | THE COURT:  Go ahead. |
| 11:52AM | 4 | BY MR. NAMMAR: |
| 11:52AM | 5 | Q    Do you recognize this photo? |
| 11:52AM | 6 | A    Yes. |
| 11:52AM | 7 | Q    What is it of? |
| 11:52AM | 8 | A    The guy Jason Smith. |
| 11:52AM | 9 | MR. NAMMAR:  Your Honor, I move to admit 1-956P. |
| 11:52AM | 10 | THE COURT:  Any objection? |
| 11:52AM | 11 | MR. KENNEDY:  No objection. |
| 11:52AM | 12 | THE COURT:  That Exhibit 1-956P as in Paul is |
| 11:52AM | 13 | admitted.  You may publish. |
| 11:52AM | 14 | MR. NAMMAR:  Thank you. |
| 11:52AM | 15 | (Exhibit 1-956P was received in evidence.) |
| 11:52AM | 16 | BY MR. NAMMAR: |
| 11:52AM | 17 | Q    Mr. Smith, the jury can see.  Who are we looking at here? |
| 11:52AM | 18 | A    Jason Smith. |
| 11:52AM | 19 | Q    And this is the person that you said Mr. Miske wanted you |
| 11:52AM | 20 | to assault? |
| 11:52AM | 21 | A    Yes. |
| 11:52AM | 22 | Q    Do you recall if he said why? |
| 11:52AM | 23 | A    If he says -- what? |
| 11:52AM | 24 | Q    Do you recall why he wanted him assaulted? |
| 11:52AM | 25 | A    I just -- I'm not sure.  I'm not too sure why. |

11:52AM    1    Q    Did you agree to do it though?

11:52AM    2    A    Yes.

11:52AM    3            MR. NAMMAR:  Can we show the witness only 1-953 at

11:53AM    4    this time from the original list?

11:53AM    5            THE COURT:  Go ahead.

11:53AM    6            MR. NAMMAR:  Thank you.  And if we can just -- for the

11:53AM    7    witness just scroll through the first couple pages.  Can we go

11:53AM    8    back to page one and highlight the participants?

11:53AM    9    BY MR. NAMMAR:

11:53AM   10    Q    Do you recognize the contact under -- above MM?

11:53AM   11    A    Yes.

11:53AM   12    Q    Who is that?

11:53AM   13    A    Mike.

11:53AM   14    Q    Mike Miske?

11:53AM   15    A    Yes.

11:53AM   16    Q    And do you recognize the number there?

11:54AM   17    A    Yes.

11:54AM   18    Q    228-7500?

11:54AM   19    A    Yes.

11:54AM   20    Q    Whose number was that?

11:54AM   21    A    Mike's.

11:54AM   22    Q    And the number below that, was that your number that we

11:54AM   23    just looked at?

11:54AM   24    A    Yes.

11:54AM   25    Q    And have you reviewed this series of WhatsApp messages

| | | |
|---|---|---|
| 11:54AM | 1 | before you testified? |
| 11:54AM | 2 | A    Yes. |
| 11:54AM | 3 | Q    Are there hundreds of messages between you and Mr. Miske? |
| 11:54AM | 4 | A    Yes. |
| 11:54AM | 5 | Q    And do you all discuss a number of different topics? |
| 11:54AM | 6 | A    Yes. |
| 11:54AM | 7 | Q    Are the majority of the messages concerning a dispute or |
| 11:54AM | 8 | feud with Lindsey Kinney? |
| 11:54AM | 9 | A    Yes. |
| 11:54AM | 10 | Q    Are a lot of them also about assaulting Lindsey Kinney? |
| 11:54AM | 11 | A    Yes. |
| 11:54AM | 12 | Q    Are some of the messages concerning whether Lance Bermudez |
| 11:54AM | 13 | is cooperating? |
| 11:54AM | 14 | A    Yes. |
| 11:54AM | 15 | Q    Are some of the messages -- messages also about Chris |
| 11:54AM | 16 | Bourne? |
| 11:54AM | 17 | A    Yes. |
| 11:54AM | 18 | Q    Are some of the messages concerning Aloha Tattoo? |
| 11:54AM | 19 | A    Yes. |
| 11:54AM | 20 | Q    Are some of the messages concerning Ryan Teramoto and an |
| 11:54AM | 21 | assault of Ryan Teramoto? |
| 11:54AM | 22 | A    Yes. |
| 11:55AM | 23 | Q    Are some of the messages concerning Jared Spiker? |
| 11:55AM | 24 | A    Yes. |
| 11:55AM | 25 | Q    And are some of the messages concerning the assault on |

11:55AM    1    Jason Smith?

11:55AM    2    A    Yes.

11:55AM    3         MR. NAMMAR:  Your Honor, I move to admit 1-953.

11:55AM    4         THE COURT:  Any objection, Counsel?

11:55AM    5         MR. KENNEDY:  No objection.

11:55AM    6         THE COURT:  1-953 then is admitted without objection.

11:55AM    7    You may publish.

11:55AM    8         (Exhibit 1-953 was received in evidence.)

11:55AM    9         MR. NAMMAR:  May we go to -- well, let's start on page

11:55AM   10    one.  If we could zoom in on participants.

11:55AM   11    BY MR. NAMMAR:

11:55AM   12    Q    And MM in the 228-7500 number, who do you understand that

11:55AM   13    to be?

11:55AM   14    A    Mike.

11:55AM   15    Q    And the number below that, whose number is that?

11:55AM   16    A    Mine.

11:55AM   17    Q    If we go to the zoom out now.  Can we zoom in on the first

11:55AM   18    page or the first message?

11:55AM   19         It says, "Messages and calls are end to end encrypted.

11:56AM   20    No one outside of this chat, not even WhatsApp can read it."

11:56AM   21         Do you see that?

11:56AM   22    A    Yes.

11:56AM   23    Q    Is this your understanding or are these WhatsApp

11:56AM   24    communications?

11:56AM   25    A    Yes.

11:56AM   1   Q    And was your understanding from reading this that they

11:56AM   2   were going to be encrypted?

11:56AM   3   A    Yes.

11:56AM   4   Q    And did you also talk to Mike about the fact that they

11:56AM   5   were encrypted?

11:56AM   6   A    Yes.

11:56AM   7   Q    What did he say about it?

11:56AM   8   A    He said that to communicate through this because they

11:56AM   9   couldn't read our messages.

11:56AM  10           MR. NAMMAR:  Can we start on page 458?  And if we

11:56AM  11   could zoom in on the last two messages.

11:56AM  12           THE COURT:  Mr. Kennedy, do you have this exhibit

11:56AM  13   page?

11:57AM  14           MR. KENNEDY:  Not on the screen, Your Honor.

11:57AM  15           MR. NAMMAR:  I'm sorry.  It's 458 in the sender bottom

11:57AM  16   number, Your Honor.

11:57AM  17           THE COURT:  I don't have it --

11:57AM  18           MR. NAMMAR:  Okay.

11:57AM  19           THE COURT:  -- so you can -- you can address this

11:57AM  20   later on.  Go ahead.

11:57AM  21           MR. NAMMAR:  Okay.

11:57AM  22           THE COURT:  Main concern is Mr. Kennedy can see it.

11:57AM  23           MR. KENNEDY:  I can see it on the screen, Your Honor.

11:57AM  24           THE COURT:  All right.  Thank you.

11:57AM  25           MR. KENNEDY:  I don't know that I -- whether I have it

11:57AM   1    or not but I can see it on the screen.

11:57AM   2    BY MR. NAMMAR:

11:57AM   3    Q    So the first message Jason Smith do you see that?

11:57AM   4    A    Yes.

11:57AM   5    Q    Always go fights.

11:57AM   6         Is that from Mr. Miske?

11:57AM   7    A    Yes.

11:57AM   8    Q    And then the response, you are asking him who's that?

11:57AM   9    A    Yes.

11:57AM   10        MR. NAMMAR:  And then if we can go to the next page.

11:57AM   11   BY MR. NAMMAR:

11:57AM   12   Q    And does Mr. Miske tell you he'll try to get a picture?

11:57AM   13   A    Yes.

11:57AM   14   Q    And then your response is you say, K, and then LMK.  What

11:58AM   15   does that stand for?

11:58AM   16   A    Let me know.

11:58AM   17        MR. NAMMAR:  Okay.  If we go to the next page.

11:58AM   18   BY MR. NAMMAR:

11:58AM   19   Q    Is this Mr. Miske in the blue?

11:58AM   20   A    Yes.

11:58AM   21   Q    He's saying, fuck him?

11:58AM   22   A    Yes.

11:58AM   23   Q    If you see him at the fights?

11:58AM   24   A    Yes.

11:58AM   25   Q    What does "the fights" refer to?

| | | | |
|---|---|---|---|
| 11:58AM | 1 | A | The chicken fights. |
| 11:58AM | 2 | Q | And your response is, I don't know who that is.  Send me a |
| 11:58AM | 3 | | pic? |
| 11:58AM | 4 | A | Yes. |
| 11:58AM | 5 | Q | Going down.  If you got one burner, try call him. |
| 11:58AM | 6 | | Do you see that? |
| 11:58AM | 7 | A | Yes. |
| 11:58AM | 8 | Q | Do you know what "burner" referred to? |
| 11:58AM | 9 | A | To the throwaway phones. |
| 11:58AM | 10 | Q | And then it goes on to say, Russ know who that is. |
| 11:58AM | 11 | | Do you see that? |
| 11:58AM | 12 | A | Yes. |
| 11:58AM | 13 | Q | Who is Russ? |
| 11:58AM | 14 | A | Russell Boy. |
| 11:58AM | 15 | Q | Russell Moscato? |
| 11:58AM | 16 | A | Yes. |
| 11:58AM | 17 | Q | And if we go to the next page, you ask what happened? |
| 11:59AM | 18 | | And he tells you, talking heavy. |
| 11:59AM | 19 | | What does that mean? |
| 11:59AM | 20 | A | That he was talking tough to Mike. |
| 11:59AM | 21 | Q | If we can go to the next page.  You ask how you guys know |
| 11:59AM | 22 | | each other? |
| 11:59AM | 23 | | MR. NAMMAR:  Keep going down. |
| 11:59AM | 24 | | BY MR. NAMMAR: |
| 11:59AM | 25 | Q | What he talking heavy on? |

| | | | |
|---|---|---|---|
| 11:59AM | 1 | | And his response is, me. |
| 11:59AM | 2 | | Do you see that? |
| 11:59AM | 3 | A | Yes. |
| 11:59AM | 4 | Q | Keep going down.  And his response is, but he no like me. |
| 11:59AM | 5 | | You see that? |
| 11:59AM | 6 | A | Yes. |
| 11:59AM | 7 | | MR. NAMMAR:  Keep going down.  One more down. |
| 11:59AM | 8 | BY MR. NAMMAR: |
| 11:59AM | 9 | Q | He always stay at the fights? |
| 11:59AM | 10 | | You're referring to the chicken fights? |
| 11:59AM | 11 | A | Yes. |
| 11:59AM | 12 | | MR. NAMMAR:  Keep going down.  Keep going down.  Stop. |
| 11:59AM | 13 | BY MR. NAMMAR: |
| 11:59AM | 14 | Q | Do you recognize this thumbnail right there? |
| 11:59AM | 15 | A | Yes. |
| 11:59AM | 16 | Q | Is that the same picture we just looked at? |
| 11:59AM | 17 | A | Yes. |
| 12:00PM | 18 | Q | Is that a picture of Jason Smith? |
| 12:00PM | 19 | A | Yes. |
| 12:00PM | 20 | | MR. NAMMAR:  Keep going down. |
| 12:00PM | 21 | BY MR. NAMMAR: |
| 12:00PM | 22 | Q | LMAO, what does that mean? |
| 12:00PM | 23 | A | Laughing my ass off. |
| 12:00PM | 24 | | MR. NAMMAR:  Keep going down. |
| 12:00PM | 25 | BY MR. NAMMAR: |

| | | | |
|---|---|---|---|
| 12:00PM | 1 | Q | You ask, why is he talking shit? |
| 12:00PM | 2 | | Is that you in green? |
| 12:00PM | 3 | A | Yes. |
| 12:00PM | 4 | | MR. NAMMAR:  Keep going down.  Keep going down.  Okay. |
| 12:00PM | 5 | | Stop here. |
| 12:00PM | 6 | | BY MR. NAMMAR: |
| 12:00PM | 7 | Q | Mr. Miske tells you, I call him trying to be nice, trying |
| 12:00PM | 8 | | to lure him to me. |
| 12:00PM | 9 | | What does that refer to? |
| 12:00PM | 10 | A | He said he was trying to talk to him, get him to meet up. |
| 12:00PM | 11 | Q | He tells you, figure if you see him couple slaps, okay. |
| 12:00PM | 12 | | Do you see that? |
| 12:00PM | 13 | A | Yes. |
| 12:00PM | 14 | Q | What does that mean to you? |
| 12:01PM | 15 | A | If I see him, slap him. |
| 12:01PM | 16 | Q | What's the different between slap and smash? |
| 12:01PM | 17 | A | He just wanted me to slap him couple of times.  Smash him |
| 12:01PM | 18 | | is like just pounding him. |
| 12:01PM | 19 | Q | So it's a different level of assault? |
| 12:01PM | 20 | A | Yes. |
| 12:01PM | 21 | | MR. NAMMAR:  Keep going down. |
| 12:01PM | 22 | Q | And then he tells -- you -- you tell him, I'll slap him? |
| 12:01PM | 23 | A | Yes. |
| 12:01PM | 24 | | MR. NAMMAR:  And then go down. |
| 12:01PM | 25 | | BY MR. NAMMAR: |

12:01PM    1    Q    He says, Jason Smith, he owned Menehune Termite.

12:01PM    2         Do you see that?

12:01PM    3    A    Yes.

12:01PM    4    Q    Did you know what that was?

12:01PM    5    A    No.

12:01PM    6         MR. NAMMAR:  Keep going down.

12:01PM    7    BY MR. NAMMAR:

12:01PM    8    Q    You say YWD.

12:01PM    9         Is that what -- what you doing?

12:01PM    10   A    Yes.

12:01PM    11   Q    And response is, bay.

12:01PM    12        Do you see that?

12:01PM    13   A    Yes.

12:01PM    14   Q    What does "bay" refer to?

12:01PM    15   A    The bay that we were cruising at.

12:02PM    16   Q    In Hawaii Kai?

12:02PM    17   A    Yes.

12:02PM    18   Q    And then you say if you see him, I'm going to lick him in

12:02PM    19   the face.

12:02PM    20        What does "lick" mean?

12:02PM    21   A    I might kick him.

12:02PM    22        MR. NAMMAR:  Keep going down.

12:02PM    23   BY MR. NAMMAR:

12:02PM    24   Q    You might kick him?

12:02PM    25   A    Yes.

12:02PM   1   Q   And then you say, kick here.

12:02PM   2           And his response is, yeah double exclamation mark?

12:02PM   3           Is that -- was that your signature to kick people?

12:02PM   4   A   Yes.

12:02PM   5   Q   In the face?

12:02PM   6   A   Yes.

12:02PM   7           MR. NAMMAR:  We can stop there.  We can take that

12:02PM   8   down.

12:02PM   9   BY MR. NAMMAR:

12:02PM  10   Q   Now, I want to switch gears and talk about a different

12:02PM  11   topic.  Right before -- couple of months before you were

12:02PM  12   arrested, do you recall helping Dae Han Moon out with some

12:03PM  13   drugs?

12:03PM  14   A   Yes.

12:03PM  15   Q   Where was Dae Han Moon at the time?

12:03PM  16   A   He was at OCCC.

12:03PM  17   Q   And did he contact you?

12:03PM  18   A   Yes.

12:03PM  19   Q   How was he able to contact you from OCCC?

12:03PM  20   A   He had a phone.

12:03PM  21   Q   Was this an approved phone?

12:03PM  22   A   No.

12:03PM  23   Q   Did he let you know how he got that phone in there?

12:03PM  24   A   Through a cop.

12:03PM  25   Q   And did you agree to help Mr. Moon?

12:03PM   1   A   Yes.

12:03PM   2   Q   How did you agree to help him?

12:03PM   3   A   I told him that he could have his people call Timmy and

12:03PM   4   they can figure out how to get the drugs.

12:03PM   5   Q   So you passed him along to Timmy?

12:03PM   6   A   Yes.

12:03PM   7   Q   And who was Timmy again?

12:03PM   8   A   He was a boy I used to give drugs to.

12:03PM   9   Q   Did you understand which guard they were going to use to

12:03PM   10  do that?

12:03PM   11  A   Not at that time.

12:03PM   12  Q   Okay.  Did you later learn?

12:03PM   13  A   Yes.

12:03PM   14  Q   Who did you learn, which guard?

12:04PM   15  A   John Estabilio.

12:04PM   16  Q   Who was that?

12:04PM   17  A   That was Lance's friend.

12:04PM   18  Q   Is that somebody that you had had interaction with at

12:04PM   19  OCCC?

12:04PM   20  A   Yes.

12:04PM   21  Q   Would he give you guys certain privileges that you weren't

12:04PM   22  supposed to have?

12:04PM   23  A   Yes.

12:04PM   24  Q   Like what?

12:04PM   25  A   He would let us use his phone or watch videos on his

12:04PM     1     phone.

12:04PM     2               MR. NAMMAR:  Can we show the witness only now, Your

12:04PM     3     Honor, 1-960 from the original list?

12:04PM     4     BY MR. NAMMAR:

12:04PM     5     Q    Mr. Smith, do you recognize what is up on the screen at

12:04PM     6     1-960?

12:04PM     7     A    Yes.

12:04PM     8     Q    What's up on the screen?

12:04PM     9     A    Dae Han messaging me.

12:05PM    10     Q    Did you review these texts prior to testifying?

12:05PM    11     A    Yes.

12:05PM    12     Q    Are these texts about the drug transaction that you've

12:05PM    13     just told us about?

12:05PM    14     A    Yes.

12:05PM    15               MR. NAMMAR:  Your Honor, I move to admit 1-960.

12:05PM    16               THE COURT:  Any objection?

12:05PM    17               MR. KENNEDY:  Your Honor, could we just approach

12:05PM    18     briefly?

12:05PM    19               THE COURT:  Yes.

12:05PM    20                      (Sidebar on the record:)

12:05PM    21               MR. KENNEDY:  Your Honor, I'm just checking to see.  I

12:05PM    22     think I was sent something this morning as I was driving in.

12:05PM    23     It was 1-960, and I didn't know if we're looking at the one

12:05PM    24     that was sent to me while I was driving or his --

12:05PM    25               MR. NAMMAR:  I should have told you that.  So what I

12:05PM   1   did was I took out about 45 pages.  All the original pages you

12:05PM   2   have, I just reduced it a lot.

12:05PM   3          MR. KENNEDY:  Okay.  Because I didn't have time to

12:05PM   4   look at them while I was driving.

12:05PM   5          MR. NAMMAR:  Okay.  And I -- I apologize for not

12:06PM   6   bringing that up because it's -- it was so voluminous that I

12:06PM   7   wanted to just narrow it down.

12:06PM   8          MR. KENNEDY:  On the other that His Honor indicated

12:06PM   9   that he didn't have a copy of, do we just have a place holder

12:06PM  10   or do we actually have the exhibit?

12:06PM  11          THE COURT:  No.  I have a copy of it but it is -- I --

12:06PM  12   I didn't know until Mr. Nammar started questioning the witness

12:06PM  13   about it that my copy appears to be incomplete because you

12:06PM  14   asked immediately after admitting the exhibit for the witness

12:06PM  15   to turn to page 458 I think it was.  My copy ends at page 300.

12:06PM  16          MR. NAMMAR:  I'm sorry about that.

12:06PM  17          THE COURT:  So that was --

12:06PM  18          MR. KENNEDY:  And I have no idea what -- when ours

12:06PM  19   ends, but if I could check that, you know, at some point before

12:06PM  20   next week.

12:06PM  21          THE COURT:  Yes.

12:06PM  22          MR. KENNEDY:  I can see if you got it and I got it and

12:06PM  23   we can get on that page.  Because I know there was a number of

12:06PM  24   place holders but I do remember the text as I was coming in on

12:06PM  25   the phone or the email so I didn't know so this is -- the one

12:06PM   1   you're showing him is the one that you texted me this morning?

12:06PM   2            MR. NAMMAR:  Yes.

12:06PM   3            MR. KENNEDY:  Okay.  And how many pages is it?

12:06PM   4            MR. NAMMAR:  About ten I think.

12:07PM   5            MR. KENNEDY:  I'll just take a quick look at it.

12:07PM   6            MR. NAMMAR:  Okay, okay.

12:07PM   7            THE COURT:  And is my copy of this particular exhibit

12:07PM   8   been reduced in the way you just --

12:07PM   9            MR. NAMMAR:  Yeah, it should be.  I'll -- I'll -- I'll

12:07PM  10   double check.

12:07PM  11            THE COURT:  All right.  Thank you.

12:07PM  12                        (End of side bar.)

12:07PM  13            MR. NAMMAR:  We could just scroll through it for

12:07PM  14   everybody.  Okay.  That's it.  16 pages.

12:08PM  15            MR. KENNEDY:  Okay.

12:08PM  16            No objection, Your Honor.

12:08PM  17            THE COURT:  All right.  Without objection 1-960 is

12:08PM  18   admitted and you may publish.

12:08PM  19            MR. NAMMAR:  Thank you.

12:08PM  20            (Exhibit 1-960 was received in evidence.)

12:08PM  21            MR. NAMMAR:  If we could zoom in on the first page.

12:08PM  22   BY MR. NAMMAR:

12:08PM  23   Q    So the first message is -- oh, it's dated July 10, 2018.

12:08PM  24   Do you see that?

12:08PM  25   A    Yes.

| | | | |
|---|---|---|---|
| 12:08PM | 1 | Q | Jakie, what you doing Bro?  This Dae Dae. |
| 12:08PM | 2 | | You see that? |
| 12:08PM | 3 | A | Yes. |
| 12:08PM | 4 | Q | Who do you believe that to be? |
| 12:08PM | 5 | A | Dae Han. |
| 12:08PM | 6 | Q | And then if we go to page six now.  He's saying -- is this |
| 12:08PM | 7 | | Dae Han saying, my new number with the smiley face? |
| 12:08PM | 8 | A | Yes. |
| 12:08PM | 9 | Q | And then you're in blue.  "You the man.  How you got 'em"? |
| 12:08PM | 10 | A | Yes. |
| 12:08PM | 11 | Q | Going to page seven.  His response is, "Got one good |
| 12:09PM | 12 | | braddah working here, LOL"? |
| 12:09PM | 13 | A | Yes. |
| 12:09PM | 14 | Q | What did you take that to mean? |
| 12:09PM | 15 | A | There was a cop in there they had working over there. |
| 12:09PM | 16 | Q | Someone that could help him smuggle in a phone? |
| 12:09PM | 17 | A | Yes. |
| 12:09PM | 18 | Q | We can go to page eight.  Bro, how much for a half ounce? |
| 12:09PM | 19 | | Do you see that? |
| 12:09PM | 20 | A | Yes. |
| 12:09PM | 21 | Q | What is that referring to? |
| 12:09PM | 22 | A | A half ounce of dope. |
| 12:09PM | 23 | Q | What kind of dope? |
| 12:09PM | 24 | A | Ice. |
| 12:09PM | 25 | Q | And if you go down or go to the next message, sorry, next |

| | | | |
|---|---|---|---|
| 12:09PM | 1 | | page.  You respond, 250. |
| 12:09PM | 2 | | Do you see that? |
| 12:09PM | 3 | A | Yes. |
| 12:09PM | 4 | Q | What is it -- is that the going rate for a half ounce? |
| 12:09PM | 5 | A | At the time. |
| 12:10PM | 6 | Q | $250? |
| 12:10PM | 7 | A | Yes. |
| 12:10PM | 8 | Q | And if we go now to page 11, is this Dae Han talking? |
| 12:10PM | 9 | A | Yes. |
| 12:10PM | 10 | Q | Can I give my friend's girl your number to come grab the |
| 12:10PM | 11 | | half but she gonna you 300 but just give her the half in one |
| 12:10PM | 12 | | bag. |
| 12:10PM | 13 | | Do you see that? |
| 12:10PM | 14 | A | Yes. |
| 12:10PM | 15 | Q | And does it -- go to the next page.  And then does it go |
| 12:10PM | 16 | | on to say, she gonna give you your 300 but just give her the |
| 12:10PM | 17 | | half in one bag and whatever for the other. |
| 12:10PM | 18 | | Do you see that? |
| 12:10PM | 19 | A | Yes. |
| 12:10PM | 20 | Q | And then if we go now to page ten.  At the top, 50 in |
| 12:10PM | 21 | | another bag. |
| 12:10PM | 22 | | Is this just a continuation of the message? |
| 12:10PM | 23 | A | Yes. |
| 12:11PM | 24 | Q | What -- what's being discussed here? |
| 12:11PM | 25 | A | He just wants a half ounce. |

12:11PM  1   Q    And he's giving you instructions on how it should be

12:11PM  2   packaged?

12:11PM  3   A    There was a remaining 50.  And he said put the other 50 in

12:11PM  4   the other bag.

12:11PM  5   Q    And if we go to page 14.  You're in blue and you pass off

12:11PM  6   a number.  Do you know which number you're sending him?

12:11PM  7   A    Yes.

12:11PM  8   Q    Whose number was that?

12:11PM  9   A    I'm telling him to call Timmy.

12:11PM  10  Q    Why are you telling him to do that?

12:11PM  11  A    Because I don't hold the dope, Timmy does.

12:11PM  12  Q    And did you follow up with Timmy to see whether or not the

12:11PM  13  transaction occurred?

12:11PM  14  A    Yes.

12:11PM  15  Q    What did he tell you?

12:11PM  16  A    He told me he took care of it.

12:11PM  17       MR. NAMMAR:  We can take that down.

12:11PM  18  BY MR. NAMMAR:

12:11PM  19  Q    The term "ACO," do you know what that stands for?

12:12PM  20  A    Yes.

12:12PM  21  Q    What?

12:12PM  22  A    It's for a corrections officer.

12:12PM  23  Q    Can you pull the mic just a little closer to you?

12:12PM  24  A    It's for the corrections officer.

12:12PM  25  Q    And is that the way that you understand -- you understood

| | | |
|---|---|---|
| 12:12PM | 1 | Mr. Moon to be getting the drugs into prison? |
| 12:12PM | 2 | A    Yes. |
| 12:12PM | 3 | Q    And this was OCCC? |
| 12:12PM | 4 | A    Yes. |
| 12:12PM | 5 | Q    Did you have a separate phone conversation with Mr. Miske |
| 12:12PM | 6 | about -- well, let me strike that.  Let me rephrase that. |
| 12:12PM | 7 | Did you ever talk with Mr. Miske about a corrections |
| 12:12PM | 8 | officer at OCCC? |
| 12:12PM | 9 | A    Yes. |
| 12:12PM | 10 | Q    Which particular corrections officer? |
| 12:12PM | 11 | A    He just told me he had his friend that worked in OCCC.  A |
| 12:12PM | 12 | friend ended up coming to me one day.  His name was Scott. |
| 12:12PM | 13 | Q    A guard ended up coming up to you at OCCC? |
| 12:13PM | 14 | A    Yes. |
| 12:13PM | 15 | Q    And Miske had told you at some point that he had a friend |
| 12:13PM | 16 | that worked there as a guard? |
| 12:13PM | 17 | A    Yes. |
| 12:13PM | 18 | Q    And where did the -- where did the guard approach you? |
| 12:13PM | 19 | A    We were going out for rec and he came on to the rec yard. |
| 12:13PM | 20 | Q    This is the ACO? |
| 12:13PM | 21 | A    Yes. |
| 12:13PM | 22 | Q    What did he say to you? |
| 12:13PM | 23 | A    He asked me -- |
| 12:13PM | 24 | MR. KENNEDY:  Objection, hearsay. |
| 12:13PM | 25 | MR. NAMMAR:  Not for the truth. |

| | | |
|---|---|---|
| 12:13PM | 1 | THE COURT:  This is -- I'm -- I'm a little bit lost. |
| 12:13PM | 2 | Is this while the witness was incarcerated at some point now? |
| 12:13PM | 3 | MR. NAMMAR:  Yes.  In -- at OCCC. |
| 12:13PM | 4 | THE COURT:  The objection is overruled.  Go ahead. |
| 12:13PM | 5 | THE WITNESS:  I was at the rec yard and he came up to |
| 12:13PM | 6 | me in the rec yard and asked me if I was Mike's boy and if I |
| 12:13PM | 7 | wanted to move to his module that he was working in the 18. |
| 12:13PM | 8 | BY MR. NAMMAR: |
| 12:13PM | 9 | Q    Okay.  And just so I set the scene a little bit better, |
| 12:13PM | 10 | when are you -- this is when you already know Miske, correct? |
| 12:13PM | 11 | A    Yes. |
| 12:13PM | 12 | Q    And you're incarcerated at OCCC? |
| 12:13PM | 13 | A    Yes. |
| 12:13PM | 14 | Q    Do -- do you know about what -- you talked about going in |
| 12:14PM | 15 | on a violation in '16.  Do you believe it was around 2016 time |
| 12:14PM | 16 | frame? |
| 12:14PM | 17 | A    I'm not sure what time it was around. |
| 12:14PM | 18 | Q    Okay.  But it was obviously before you went into federal |
| 12:14PM | 19 | custody in 2018, right? |
| 12:14PM | 20 | A    Yes. |
| 12:14PM | 21 | Q    Okay.  So it was sometime around '16 or '17 or '18? |
| 12:14PM | 22 | A    Yes. |
| 12:14PM | 23 | Q    When you were at OCCC? |
| 12:14PM | 24 | A    Yes. |
| 12:14PM | 25 | Q    And you're in the rec yard, and this ACO approaches you |

| | | |
|---|---|---|
| 12:14PM | 1 | and says, "I hear you're Mike's boy"? |
| 12:14PM | 2 | A    He just asked me if I was Mike's boy and he asked me if I |
| 12:14PM | 3 | wanted to move to his module because they ate better over |
| 12:14PM | 4 | there. |
| 12:14PM | 5 | Q    Okay.  And what did he mean by that, if you know, the |
| 12:14PM | 6 | module, moving modules? |
| 12:14PM | 7 | A    He just -- he was going to move me housing units from the |
| 12:14PM | 8 | current unit I was at to the unit that he was in. |
| 12:14PM | 9 | Q    Would that have been better for you? |
| 12:14PM | 10 | A    It would have been. |
| 12:14PM | 11 | Q    Why? |
| 12:14PM | 12 | A    Because they eat better in that unit. |
| 12:14PM | 13 | Q    The food is better? |
| 12:14PM | 14 | A    Because there is more food. |
| 12:15PM | 15 | Q    And did you take the ACO up on that offer? |
| 12:15PM | 16 | A    No. |
| 12:15PM | 17 | MR. NAMMAR:  Your Honor, can we show the witness only |
| 12:15PM | 18 | 1-895? |
| 12:15PM | 19 | THE COURT:  Go ahead. |
| 12:15PM | 20 | BY MR. NAMMAR: |
| 12:15PM | 21 | Q    Do you recognize the photo that's shown here? |
| 12:15PM | 22 | A    Yes. |
| 12:15PM | 23 | Q    Who is that? |
| 12:15PM | 24 | A    Scott. |
| 12:15PM | 25 | Q    That's the ACO that you had a conversation with? |

12:15PM    1    A    Yes.

12:15PM    2    Q    Where he brought up are you Mikey's boy?

12:15PM    3    A    Yes.

12:15PM    4         MR. NAMMAR:  And I'd move to admit 1-895.

12:15PM    5         THE COURT:  Any objection?

12:15PM    6         MR. KENNEDY:  No objection.

12:15PM    7         THE COURT:  1-895 is a admitted then.

12:15PM    8         Counsel, when you're done with this line of

12:15PM    9    questioning, can we take our second break?

12:15PM   10         MR. NAMMAR:  Yes.

12:15PM   11         (Exhibit 1-895 was received in evidence.)

12:15PM   12    BY MR. NAMMAR:

12:15PM   13    Q    So the jury can see it, Mr. Smith, who are we looking at

12:15PM   14    here?

12:15PM   15    A    Scott.

12:15PM   16    Q    This is the ACO that approached you in the rec yard?

12:16PM   17    A    Yes.

12:16PM   18         MR. NAMMAR:  I think this is a good place to stop,

12:16PM   19    Your Honor.

12:16PM   20         THE COURT:  Okay.  Let's take our second break of the

12:16PM   21    day then.  We're at 12:15 just a little bit later than that, in

12:16PM   22    fact, at this point.  As we go to break, I'll remind our jurors

12:16PM   23    to refrain from discussing the substance of this case with

12:16PM   24    anyone; to refrain from accessing any media or other accounts

12:16PM   25    of this case that may be out there; and then finally, please do

| | | |
|---|---|---|
| 12:16PM | 1 | not conduct any independent investigation of your into the |
| 12:17PM | 2 | facts, circumstances or persons involved. |
| 12:17PM | 3 | (Proceedings were recessed at 12:17 p.m. to 12:44 |
| 12:17PM | 4 | p.m.) |
| 12:44PM | 5 | THE COURT:  Mr. Nammar, you may resume when you're |
| 12:44PM | 6 | ready. |
| 12:44PM | 7 | MR. NAMMAR:  Thank you.  If we could publish, Your |
| 12:44PM | 8 | Honor, again 1-895 which is where we left off. |
| 12:44PM | 9 | THE COURT:  Go ahead. |
| 12:44PM | 10 | BY MR. NAMMAR: |
| 12:44PM | 11 | Q   So this is -- you told us, Mr. Smith, this was ACO Scott? |
| 12:44PM | 12 | A   Yes. |
| 12:44PM | 13 | Q   Did you know his last name? |
| 12:45PM | 14 | A   No. |
| 12:45PM | 15 | Q   And he worked at OCCC? |
| 12:45PM | 16 | A   Yes. |
| 12:45PM | 17 | Q   Can you tell the jury was that in Honolulu? |
| 12:45PM | 18 | A   Yes. |
| 12:45PM | 19 | Q   What part of town? |
| 12:45PM | 20 | A   Kalihi. |
| 12:45PM | 21 | Q   And that's a state facility? |
| 12:45PM | 22 | A   Yes. |
| 12:45PM | 23 | Q   Did you have some WhatsApp communications with Mr. Miske |
| 12:45PM | 24 | about this ACO, ACO Scott? |
| 12:45PM | 25 | A   Yes. |

12:45PM    1                 MR. NAMMAR:  Your Honor, can we bring up 1-953 at this

12:45PM    2    time, page 275?

12:45PM    3                 THE COURT:  Yes.

12:45PM    4                 MR. NAMMAR:  And if we can zoom in on the last

12:45PM    5    message.

12:45PM    6    BY MR. NAMMAR:

12:45PM    7    Q    Was this Mr. Miske in the blue talking to you?

12:46PM    8    A    Yes.

12:46PM    9    Q    And the date associated with this is February 28, 2018.

12:46PM   10    Do you see that?

12:46PM   11    A    Yes.

12:46PM   12    Q    First message.  Your boy that you were -- your boy that

12:46PM   13    you were talking to in vent pipes.

12:46PM   14                 Do you know who this refers to?

12:46PM   15    A    Yes.

12:46PM   16    Q    Who?

12:46PM   17    A    Lance.

12:46PM   18    Q    Lance Bermudez?

12:46PM   19    A    Yes.

12:46PM   20    Q    The person that you told us yesterday had told you that he

12:46PM   21    had disposed of the van for Miske?

12:46PM   22    A    Yes.

12:46PM   23    Q    The van that Mr. Bermudez told you you thought was related

12:46PM   24    to Frasure?

12:46PM   25    A    Yes.

12:46PM   1                     MR. NAMMAR:  If we go to the second page and zoom in

12:46PM   2      on all these.

12:46PM   3      BY MR. NAMMAR:

12:46PM   4      Q    Mr. Miske says, flipping?

12:46PM   5           Do you see that?

12:46PM   6      A    Yes.

12:46PM   7      Q    What did you take that to mean?

12:46PM   8      A    That he thought Lance was cooperating.

12:46PM   9                     MR. NAMMAR:  Can we go to the next message?

12:46PM   10     BY MR. NAMMAR:

12:47PM   11     Q    Mr. Miske says, going with dummy's doctor.

12:47PM   12          Do you see that?

12:47PM   13     A    Yes.

12:47PM   14     Q    Is doctor a code word that you would -- you would use with

12:47PM   15     Mr. Miske?

12:47PM   16     A    Yes.

12:47PM   17     Q    For what?

12:47PM   18     A    For the lawyer.

12:47PM   19     Q    The doctor meant lawyer?

12:47PM   20     A    Yes.

12:47PM   21     Q    And going with dummy's, is there a particular person that

12:47PM   22     you would typically call dummy?

12:47PM   23     A    Lindsey Kinney.

12:47PM   24     Q    And do you believe this is referring to Lindsey Kinney's

12:47PM   25     attorney?

12:47PM    1    A    Yes.

12:47PM    2    Q    Going down.  Mr. Miske says, Mom paid him to take the

12:47PM    3    case.

12:47PM    4         Is that referring to Lance's mom?

12:47PM    5    A    Yes.

12:47PM    6    Q    And then going down.  Wait, what?

12:47PM    7         That's you, right?

12:47PM    8    A    Yes.

12:47PM    9    Q    And keep going.  And you ask, what boy?

12:47PM   10         And then there's a picture and then okay.

12:47PM   11         He says, I'm leaving doctor's office now who just told

12:47PM   12    me they just got kicked off the case.

12:48PM   13         Do you see that?

12:48PM   14    A    Yes.

12:48PM   15    Q    Who did you understand to be Mr. Miske's doctor?

12:48PM   16    A    Alen.

12:48PM   17    Q    Alen Kaneshiro?

12:48PM   18    A    Yes.

12:48PM   19    Q    If we go up, there's a picture.  Do you see that?

12:48PM   20    A    Yes.

12:48PM   21         MR. NAMMAR:  We can go to now to page 524.

12:48PM   22    BY MR. NAMMAR:

12:48PM   23    Q    Is this just the same picture blown up?

12:48PM   24    A    Yes.

12:48PM   25    Q    Do you recognize whose office that is?

| | | | |
|---|---|---|---|
| 12:48PM | 1 | A | Yes. |
| 12:48PM | 2 | Q | Whose office? |
| 12:48PM | 3 | A | Alen's. |
| 12:48PM | 4 | Q | Alen Kaneshiro? |
| 12:48PM | 5 | A | Yes. |

12:48PM   6           MR. NAMMAR:  We can go now back to 277.  And can we go
12:48PM   7   to 278?
12:48PM   8   BY MR. NAMMAR:
12:49PM   9   Q    Mr. Miske says, you know what boy.
12:49PM  10           Do you see that?
12:49PM  11   A    Yes.
12:49PM  12   Q    And then you go on to say, I don't know who and I know if
12:49PM  13   you did one drive-by, this guy would never come out.
12:49PM  14           Do you see that?
12:49PM  15   A    Yes.
12:49PM  16   Q    And then keep going down.  And the person -- and then
12:49PM  17   Mr. Miske says, the friend that smokes ice inside.
12:49PM  18           Who did you believe that to refer to?
12:49PM  19   A    To Lance.
12:49PM  20   Q    Did he smoke methamphetamine?
12:49PM  21   A    Yes.
12:49PM  22   Q    Did he smoke it inside OCCC?
12:49PM  23   A    Yes.
12:49PM  24   Q    You are aware of that?
12:49PM  25   A    Yes.

12:49PM   1    Q    Going down.  And your response is, what do you mean he

12:49PM   2    flipping?  He not telling.  He said Jason not even trying for

12:49PM   3    help him.  He said Jason never comes to see him.

12:49PM   4              What does that refer to?

12:49PM   5    A    Jason was the other lawyer.  He does -- working with Alen

12:50PM   6    on Lance's case.

12:50PM   7    Q    Did you understand that Jason and Alen were affiliated

12:50PM   8    with each other?

12:50PM   9    A    Yes.

12:50PM  10    Q    And did you understand that Mr. Miske had paid for Jason?

12:50PM  11    A    Yes.

12:50PM  12    Q    Keep going down.  And then Mr. Miske says, that's a lie.

12:50PM  13              Keep going down.  Jason cracked the case open.

12:50PM  14              Do you see that?

12:50PM  15    A    Yes.

12:50PM  16    Q    Got -- got -- keep going down.

12:50PM  17              Got the witness lying.

12:50PM  18    A    Yes.

12:50PM  19    Q    You guys were talking about Jason the attorney?

12:50PM  20    A    Yes.

12:50PM  21    Q    Keep going down.  And then you respond, he said Jason no

12:50PM  22    come to see him nothing.  And you say wait, what witnesses?

12:50PM  23              And Miske says, whatever.

12:51PM  24              Did it appear to you from this message conversation

12:51PM  25    that Mr. Miske knew a fair amount about Lance's case?

12:51PM   1   A   Yes.

12:51PM   2   Q   Keep going down.  And then Mr. Miske says he's going with

12:51PM   3   dummy's doctor now.

12:51PM   4       Who did you believe that was a reference to?

12:51PM   5   A   To Myles Breiner, Lindsey Kinney's lawyer.

12:51PM   6   Q   Keep going down.  You say, "Wow, that's squirley."

12:51PM   7       And then Mr. Miske says, "Dummy's doctor going to hold

12:51PM   8   his hand and convince him to flip guaranteed."

12:51PM   9       Do you see that?

12:51PM   10   A   Yes.

12:51PM   11   Q   Flip means cooperate?

12:51PM   12   A   Yes.

12:51PM   13   Q   And you say, "No way."

12:51PM   14       Do you see that?

12:51PM   15   A   Yes.

12:51PM   16   Q   And then stop here.  Mr. Miske says, "I wouldn't take any

12:51PM   17   calls from anybody inside if I were you.  Guarantee it's going

12:52PM   18   to be recorded."

12:52PM   19       What did that refer to?

12:52PM   20   A   If Lance called me from in jail.

12:52PM   21   Q   That he's giving you directions about not to take a call

12:52PM   22   from Lance?

12:52PM   23   A   Yes.

12:52PM   24   Q   Going down.  "I seen the paperwork.  I would not like to

12:52PM   25   you."

12:52PM   1            Do you think that's a typo, the "like"?

12:52PM   2   A   Yes.

12:52PM   3   Q   What do you think he meant?

12:52PM   4   A   Lie.

12:52PM   5   Q   Was does paperwork's refer to?

12:52PM   6   A   The paperwork for Lance's case I guess.

12:52PM   7   Q   Going down.  And then Mr. Miske says, "Wouldn't lie to

12:52PM   8   you."

12:52PM   9            Do you see that?

12:52PM   10  A   Yes.

12:52PM   11  Q   And then he says, "You know who dummy's doctor is, right?"

12:52PM   12  Going down.  And then he says, "He took away all the cases even

12:52PM   13  from your doctor."

12:52PM   14           Do you see that?

12:52PM   15  A   Yes.

12:52PM   16  Q   Is this referring to Myles Breiner?

12:53PM   17  A   I think so.

12:53PM   18  Q   "And your doctor," who is your doctor?

12:53PM   19  A   Alen Kaneshiro.

12:53PM   20  Q   Going down.  And you say, "MB."

12:53PM   21           What did that refer to?

12:53PM   22  A   Myles Breiner.

12:53PM   23  Q   If we go down, Miske replies, "Yep."

12:53PM   24           Do you see that?

12:53PM   25  A   Yes.

| | | | |
|---|---|---|---|
| 12:53PM | 1 | Q | Keep going down.  Stop.  Goes on to say, "Your doctor was |
| 12:53PM | 2 | | also representing your friend on another case.  That guy took |
| 12:53PM | 3 | | away that case too." |
| 12:53PM | 4 | | Do you know what Miske's talking about here? |
| 12:53PM | 5 | A | No. |
| 12:53PM | 6 | Q | Keep going down.  Keep going down.  "MB took that case |
| 12:53PM | 7 | | away too." |
| 12:53PM | 8 | | Do you see that? |
| 12:53PM | 9 | A | Yes. |
| 12:53PM | 10 | Q | Is that a reference to Myles Breiner? |
| 12:53PM | 11 | A | Yes. |
| 12:53PM | 12 | Q | Keep going down.  Down.  Mr. Miske says, "I just left the |
| 12:53PM | 13 | | doctor's.  They just told me all this." |
| 12:53PM | 14 | | Do you see that? |
| 12:53PM | 15 | A | Yes. |
| 12:54PM | 16 | Q | And doctors means lawyers, correct? |
| 12:54PM | 17 | A | Yes. |
| 12:54PM | 18 | Q | Keep going down.  And then you say, "IDK." |
| 12:54PM | 19 | | What does that mean? |
| 12:54PM | 20 | A | I don't know. |
| 12:54PM | 21 | Q | "I don't know if he know.  That's dummy's doctor." |
| 12:54PM | 22 | | Who is the "he" you're referring to here? |
| 12:54PM | 23 | A | To Lance. |
| 12:54PM | 24 | Q | So you're saying, "I don't know if Lance knows that that's |
| 12:54PM | 25 | | Myles Breiner," in other words, Lindsey Kinney's attorney? |

| | | | |
|---|---|---|---|
| 12:54PM | 1 | A | Yes. |
| 12:54PM | 2 | Q | Keep going down.  Keep going down.  And then Mr. Miske |
| 12:54PM | 3 | | says, "You should let him know that that's dummy's doctor and |
| 12:54PM | 4 | | they only trying to get him to flip on something he had nothing |
| 12:54PM | 5 | | to do with." |
| 12:54PM | 6 | | Do you see that there? |
| 12:54PM | 7 | A | Yes. |
| 12:54PM | 8 | Q | Keep going down.  Stop.  At this point, you knew about the |
| 12:54PM | 9 | | Fraser van though, right? |
| 12:54PM | 10 | A | Yes. |
| 12:54PM | 11 | Q | And then you say, "You cannot get Scott for talk to him." |
| 12:54PM | 12 | | Do you see that? |
| 12:54PM | 13 | A | Yes. |
| 12:54PM | 14 | Q | Who is Scott? |
| 12:54PM | 15 | A | The ACO. |
| 12:55PM | 16 | Q | The ACO we just looked at? |
| 12:55PM | 17 | A | Yes. |
| 12:55PM | 18 | Q | The one that worked at OCCC? |
| 12:55PM | 19 | A | Yes. |
| 12:55PM | 20 | Q | Was that where Lance was incarcerated? |
| 12:55PM | 21 | A | Yes. |
| 12:55PM | 22 | Q | Keep going down.  And you say, "Just send him a message." |
| 12:55PM | 23 | | Do you see that? |
| 12:55PM | 24 | A | Yes. |
| 12:55PM | 25 | Q | Keep going down.  And then Mr. Miske's response is, "I |

12:55PM    1   will."

12:55PM    2          Do you see that?

12:55PM    3   A    Yes.

12:55PM    4   Q    And as you told us before, Scott did, in fact, come up to

12:55PM    5   you and talk to about Miske when you were incarcerated, right?

12:55PM    6   A    Yes.

12:55PM    7          MR. NAMMAR:  Take that down.

12:55PM    8   BY MR. NAMMAR:

12:55PM    9   Q    So during 2016, '17 and '18, did you have firearms?

12:55PM   10   A    Yes.

12:55PM   11   Q    Almost always?

12:55PM   12   A    Yes.

12:55PM   13   Q    During that same time period before Lance was arrested,

12:55PM   14   did he also have firearms?

12:56PM   15   A    Yes.

12:56PM   16   Q    How about John Stancil?  Did he also have firearms?

12:56PM   17   A    Yes.

12:56PM   18   Q    Where did you guys obtain them from?

12:56PM   19   A    We get them from Miller, get them from Keali'i.

12:56PM   20   Q    Wayne Miller?

12:56PM   21   A    Yes.

12:56PM   22   Q    Keali'i Young?

12:56PM   23   A    Yes.

12:56PM   24   Q    Did you ever have a conversation with Miske where he

12:56PM   25   expressed an interest in purchasing firearms?

12:56PM   1   A   He wanted to buy one of the guns I had.

12:56PM   2   Q   Which gun?

12:56PM   3   A   The mini AK47.

12:56PM   4   Q   This is an assault rifle?

12:56PM   5   A   It's a AK pistol.

12:56PM   6   Q   Did he offer you money for that?

12:56PM   7   A   Yes.

12:56PM   8   Q   How much?

12:56PM   9   A   1,500.

12:56PM   10  Q   Did you accept that offer from him?

12:56PM   11  A   No.

12:56PM   12  Q   Did you have conversations with John Stancil about

12:56PM   13  firearms?

12:56PM   14  A   Yes.

12:56PM   15  Q   What would he say to you in relation to firearms you used

12:56PM   16  in crimes?

12:56PM   17  A   That he wanted to keep them in the circle, keep them

12:56PM   18  around the -- the rest of the boys.

12:57PM   19  Q   Who did he say he wanted to -- to do that?

12:57PM   20  A   Mike.

12:57PM   21  Q   He said, "Mike wanted to keep the firearms in the circle"?

12:57PM   22  A   Like Johnnie said, he wanted to keep the -- the guns

12:57PM   23  around the circle for -- for Mike I guess.  He want all the

12:57PM   24  guns we were using.

12:57PM   25  Q   Would you give him guns?

12:57PM    1    A    I'd let him hold on to them, but I wouldn't give them to

12:57PM    2    him.

12:57PM    3              THE COURT REPORTER:  Can you say that again?

12:57PM    4              THE WITNESS:  I would let him hold on to some of them,

12:57PM    5    but I wouldn't give it to him.

12:57PM    6    BY MR. NAMMAR:

12:57PM    7    Q    Did you see where Mr. Stancil would store his firearms?

12:57PM    8    A    Yes.

12:57PM    9    Q    Where?

12:57PM   10    A    In the trunk of the Maxima that was parked in the garage

12:57PM   11    at his house.

12:57PM   12    Q    Is that the same house that we looked at a picture of

12:57PM   13    earlier?

12:57PM   14    A    Yes.

12:57PM   15    Q    During 2016, '17, '18, would you provide Mr. Stancil with

12:57PM   16    drugs?

12:57PM   17    A    Yes.  Sometimes.

12:57PM   18    Q    To sell?

12:57PM   19    A    Yes.

12:58PM   20    Q    What kind of drugs?

12:58PM   21    A    Ice, coke, pills.

12:58PM   22    Q    On multiple occasions, did you see Mr. Stancil selling

12:58PM   23    drugs?

12:58PM   24    A    Yes.

12:58PM   25    Q    What kinds of drugs?

| | | | |
|---|---|---|---|
| 12:58PM | 1 | A | Ice, coke or pills. |
| 12:58PM | 2 | Q | Where would he sell it? |
| 12:58PM | 3 | A | Right there at the house. |
| 12:58PM | 4 | Q | How would he do it? |
| 12:58PM | 5 | A | He would just go meet them outside, talk to them over the |
| 12:58PM | 6 | | fence. |
| 12:58PM | 7 | Q | Over the fence? |
| 12:58PM | 8 | A | Yes. |
| 12:58PM | 9 | Q | Who were his customers? |
| 12:58PM | 10 | A | So all the young boys that was in the hood that was |
| 12:58PM | 11 | | stealing. |
| 12:58PM | 12 | Q | In Waimanalo? |
| 12:58PM | 13 | A | Yes. |
| 12:58PM | 14 | Q | Did you see him making those transactions? |
| 12:58PM | 15 | A | Yes. |
| 12:58PM | 16 | Q | Did -- were you aware that Mr. Stancil also sold Vicodin |
| 12:58PM | 17 | | and Xanax? |
| 12:58PM | 18 | A | Yes. |
| 12:58PM | 19 | Q | Would you sometimes provide those drugs to him? |
| 12:58PM | 20 | A | Yes. |
| 12:58PM | 21 | | MR. NAMMAR:  Your Honor, can we show the witness only |
| 12:59PM | 22 | | 1-949? |
| 12:59PM | 23 | | THE COURT:  Go ahead. |
| 12:59PM | 24 | | MR. NAMMAR:  From the original list.  And if we could |
| 12:59PM | 25 | | zoom in on note three for the witness. |

12:59PM    1    BY MR. NAMMAR:

12:59PM    2    Q    Mr. Smith, are these notes from your phone?

12:59PM    3    A    Yes.

12:59PM    4    Q    Some names and a bunch of numbers.  What is this?

12:59PM    5    A    That was numbers that I was owed for drugs.

12:59PM    6    Q    People that owed you money for drugs?

12:59PM    7    A    Yes.

12:59PM    8    Q    Was it helpful for you to keep track of who owed you what?

12:59PM    9    A    Yes.

12:59PM   10    Q    So you could make sure you could collect the right amount?

12:59PM   11    A    Yes.

12:59PM   12    Q    Is John Stancil on this list?

12:59PM   13    A    Yes.

12:59PM   14         MR. NAMMAR:  Your Honor, move to admit 1-949.

12:59PM   15         THE COURT:  Any objection?

12:59PM   16         MR. KENNEDY:  No objection.

12:59PM   17         THE COURT:  1-949 is admitted.  You may publish.

12:59PM   18         MR. NAMMAR:  Thank you.

12:59PM   19         (Exhibit 1-949 was received in evidence.)

01:00PM   20         MR. NAMMAR:  So if we can just zoom in on the same

01:00PM   21    note, note three.

01:00PM   22    BY MR. NAMMAR:

01:00PM   23    Q    Is this a reproduction of notes from your phone?

01:00PM   24    A    Yes.

01:00PM   25    Q    And it's got a number of different people with amounts to

01:00PM   1   it.   These amounts were all drug amounts owed to you?

01:00PM   2   A   Yes.

01:00PM   3   Q   What does it mean to front drugs?

01:00PM   4   A   When you give it to them without them paying up front.

01:00PM   5   Q   And then they pay you back?

01:00PM   6   A   Yes.

01:00PM   7   Q   Are these people that owed you money from when you had

01:00PM   8   fronted them drugs?

01:00PM   9   A   Yes.

01:00PM   10   Q   Okay.   T who is right here next to 9,025, who is that?

01:00PM   11   A   Tim.

01:00PM   12   Q   Tim Taboada?

01:00PM   13   A   Yes.

01:00PM   14   Q   The person you talked about earlier?

01:00PM   15   A   Yes.

01:00PM   16   Q   And JB, who is that?

01:00PM   17   A   Johnnie.

01:00PM   18   Q   Johnnie Stancil?

01:01PM   19   A   Yes.

01:01PM   20   Q   Can -- can you remind us of his middle name?

01:01PM   21   A   Blane.

01:01PM   22   Q   Shorty, who is that?

01:01PM   23   A   Kaulana.

01:01PM   24   Q   Kaulana Freitas?

01:01PM   25   A   Yes.

01:01PM   1   Q   Was shorty his nickname?

01:01PM   2   A   Yes.

01:01PM   3   Q   Did John B -- John Stancil have a nickname?

01:01PM   4   A   He had a bunch nicknames.

01:01PM   5   Q   Would he sometimes be referred to as Migo?

01:01PM   6   A   Yes.

01:01PM   7          MR. NAMMAR:  We can take that down.

01:01PM   8   BY MR. NAMMAR:

01:01PM   9   Q   In 2018 did you -- in around 2018, did you begin using

01:01PM  10   oxys yourself?

01:01PM  11   A   Yes.

01:01PM  12   Q   What is oxy?

01:01PM  13   A   A pain -- pain drug.

01:01PM  14   Q   How did you start using those?

01:01PM  15   A   I got into a bad car accident.

01:01PM  16   Q   And you were prescribed them?

01:01PM  17   A   Yes.

01:01PM  18   Q   And then you developed a habit?

01:01PM  19   A   Yes.

01:01PM  20   Q   And you had to continue to use them?

01:02PM  21   A   Yes.

01:02PM  22   Q   Without permission from your doctor?

01:02PM  23   A   Yes.

01:02PM  24   Q   Were -- did you become addicted to oxys until you were

01:02PM  25   arrested in August of 2018?

01:02PM   1   A   Yes.

01:02PM   2   Q   Would you have any trouble remembering things when you

01:02PM   3   were on oxycodone?

01:02PM   4   A   No.

01:02PM   5   Q   Could you still function?

01:02PM   6   A   Yes.

01:02PM   7   Q   What sorts of feelings did you have when you were coming

01:02PM   8   off of them?

01:02PM   9   A   I just had withdrawals when I was coming off of them.

01:02PM  10   Q   Other than that, it didn't affect you?

01:02PM  11   A   No.

01:02PM  12   Q   In -- in 2018, were you buying and selling oxys?

01:02PM  13   A   Yes.

01:02PM  14   Q   Was one of the people that you did that with Kaulana

01:02PM  15   Freitas?

01:02PM  16   A   Yes.

01:02PM  17   Q   Would you sell to him sometimes?

01:02PM  18   A   We would just sell back and forth to each other for

01:02PM  19   personal use.

01:02PM  20        MR. NAMMAR:  Your Honor, can we show the witness only

01:02PM  21   1-948 at this time from the original list?

01:03PM  22        THE COURT:  Go ahead.

01:03PM  23        MR. NAMMAR:  And scroll through it for the witness.

01:03PM  24   BY MR. NAMMAR:

01:03PM  25   Q   Do you recognize these as a contact list from your phone?

01:03PM    1    A    Yes.

01:03PM    2                 MR. NAMMAR:  Your Honor, I move to admit 1-948.

01:03PM    3                 THE COURT:  Any objection?

01:03PM    4                 MR. KENNEDY:  No objection, Your Honor.

01:03PM    5                 THE COURT:  1-948 is admitted then without objection.

01:03PM    6    You may publish it, Counsel.

01:03PM    7                 (Exhibit 1-948 was received in evidence.)

01:03PM    8                 MR. NAMMAR:  Thank you.

01:03PM    9                 We can start on page one.  Zoom in on the left side.

01:03PM   10    BY MR. NAMMAR:

01:03PM   11    Q    I'm going to walk through some contacts with you again,

01:03PM   12    Mr. Smith.  Alen, who was that?

01:03PM   13    A    Alen Kaneshiro.

01:03PM   14    Q    If we can go to contact 7, Ash, who was that?

01:04PM   15    A    Ashlin Akau.

01:04PM   16    Q    Going down to eight, Bull Shorty.  Who is that?

01:04PM   17    A    Kaulana.

01:04PM   18    Q    Is that his nickname?

01:04PM   19    A    Yes.

01:04PM   20    Q    Ten.  Isaiah Bush, who is that?

01:04PM   21    A    One of my friends.

01:04PM   22    Q    We looked at a video yesterday where Mr. Stancil was

01:04PM   23    pointing a gun at someone.  Who was he pointing a gun at?

01:04PM   24    A    Isaiah.

01:04PM   25    Q    Isaiah Bush?

01:04PM  1   A   Yes.

01:04PM  2   Q   Can we go to contact 16?  Who is J?

01:04PM  3   A   Johnnie.

01:04PM  4   Q   Can we go to contact 22?  Sorry, 22.  Who is Oni Boy?

01:05PM  5   A   Keoni Adric.

01:05PM  6   Q   That's the person that you told us yesterday that

01:05PM  7   assaulted Shayden for Mr. Miske?

01:05PM  8   A   Yes.

01:05PM  9   Q   Go to 25.  Who is Preston?

01:05PM  10  A   Preston Kimoto.

01:05PM  11  Q   Is that the person that you talked about yesterday that

01:05PM  12  worked at Kama'aina Termite?

01:05PM  13  A   Yes.

01:05PM  14  Q   And also did things with the auction?

01:05PM  15  A   Yes.

01:05PM  16       MR. NAMMAR:  We can take that down.

01:05PM  17  BY MR. NAMMAR:

01:05PM  18  Q   Jacob Cook, is that somebody's name that sounds familiar

01:05PM  19  to you?

01:05PM  20  A   It's familiar, yeah.

01:05PM  21  Q   Do you know him?

01:05PM  22  A   Not really.

01:05PM  23  Q   Do you know whether John Stancil knows him?

01:05PM  24  A   Yes.

01:05PM  25  Q   How do you know that?

| | | | |
|---|---|---|---|
| 01:05PM | 1 | A | I know they were friends from before. |
| 01:06PM | 2 | Q | They were friends? |
| 01:06PM | 3 | A | Yes. |
| 01:06PM | 4 | Q | Do you know where Jacob Cook lives? |
| 01:06PM | 5 | A | No. |
| 01:06PM | 6 | Q | Have you seen pictures of Mr. Cook and Mr. Stancil hanging |
| 01:06PM | 7 | | out together? |
| 01:06PM | 8 | A | I've seen them two before, yeah. |
| 01:06PM | 9 | Q | Harry Kauhi, that's somebody that you talk about briefly |
| 01:06PM | 10 | | yesterday? |
| 01:06PM | 11 | A | Yes. |
| 01:06PM | 12 | Q | Have you -- you told us that you got methamphetamine from |
| 01:06PM | 13 | | him? |
| 01:06PM | 14 | A | Yes. |
| 01:06PM | 15 | Q | Did you get methamphetamine from him multiple times? |
| 01:06PM | 16 | A | Yes. |
| 01:06PM | 17 | Q | If you had to estimate the amount of total methamphetamine |
| 01:06PM | 18 | | you got from him, what would you estimate? |
| 01:06PM | 19 | A | Over the years, probably six, seven pounds. |
| 01:06PM | 20 | Q | And would that have been during 2016, '17 and '18 or |
| 01:06PM | 21 | | before that? |
| 01:06PM | 22 | A | Even before that I was getting from him sometimes. |
| 01:06PM | 23 | Q | Okay.  Were you getting from him in 2016 and '17 and '18? |
| 01:07PM | 24 | A | Yes. |
| 01:07PM | 25 | Q | Were you getting pound quantities from him? |

01:07PM   1   A    Every now and then.

01:07PM   2   Q    And would you provide those quantities to Tim Taboada to

01:07PM   3   sell?

01:07PM   4   A    Yes.

01:07PM   5        MR. NAMMAR:  If we can show the witness only now 1-951

01:07PM   6   from the original list?

01:07PM   7        THE COURT:  Okay.  Go ahead.

01:07PM   8   BY MR. NAMMAR:

01:07PM   9   Q    The contacts, do you recognize who's J?

01:07PM  10   A    Yes.

01:07PM  11   Q    Who is J?

01:07PM  12   A    Johnnie.

01:07PM  13   Q    And you're JJ; is that right?

01:07PM  14   A    Yes.

01:07PM  15        MR. NAMMAR:  If we zoom out.  And then if we go to

01:07PM  16   page three for the witness and zoom in on the bottom message.

01:07PM  17   BY MR. NAMMAR:

01:07PM  18   Q    Did you review this exchange of WhatsApp messages before

01:07PM  19   you came here to testify?

01:08PM  20   A    Yes.

01:08PM  21   Q    Are these between you and Mr. Stancil?

01:08PM  22   A    Yes.

01:08PM  23   Q    And in them, do you discuss assaulting Lindsey Kinney?

01:08PM  24   A    I believe so.

01:08PM  25   Q    Do you also discuss law enforcement investigations?

01:08PM    1    A    Yes.

01:08PM    2    Q    And do you also discuss a robbery target?

01:08PM    3    A    Yes.

01:08PM    4         MR. NAMMAR:  Your Honor, I move to admit 1-951.

01:08PM    5         THE COURT:  Any objection?

01:08PM    6         MR. KENNEDY:  No objection.

01:08PM    7         THE COURT:  1-951 then is admitted without objection.

01:08PM    8    You may publish.

01:08PM    9         (Exhibit 1-951 was received in evidence.)

01:08PM   10         MR. NAMMAR:  Thank you.

01:08PM   11         If we can start with page three and zoom in.

01:08PM   12    BY MR. NAMMAR:

01:08PM   13    Q    Is this blue -- in blue a message from Mr. Stancil?

01:08PM   14    A    Yes.

01:08PM   15    Q    Is he identifying himself there as John Blane?

01:08PM   16    A    Yes.

01:08PM   17    Q    That's his middle name?

01:08PM   18    A    Yes.

01:08PM   19         MR. NAMMAR:  If we go to the next page and go up, yes.

01:09PM   20    If you can zoom in on so we can see it a little clearer.

01:09PM   21    BY MR. NAMMAR:

01:09PM   22    Q    On April 14th, do you see that?

01:09PM   23    A    Yes.

01:09PM   24    Q    2018.  You ask, what you coming with us tomorrow?

01:09PM   25         Do you see that?

```
01:09PM    1    A    Yes.

01:09PM    2    Q    Going down.  Going down.  Keep going down.

01:09PM    3         You -- you like or no?

01:09PM    4         You're asking him if he's going to go?

01:09PM    5    A    Yes.

01:09PM    6    Q    Going down.  If you want to go, well, we will wait for

01:09PM    7    you.

01:09PM    8         Is that what you're asking him if he wants to go?

01:09PM    9    A    Yes.

01:09PM   10    Q    Going down.  He responds to you, says just be safe, Bro.

01:09PM   11    I cannot just leave right now.  I would have to get ready.  Et

01:09PM   12    cetera.

01:09PM   13         MR. NAMMAR:  And then stop here.

01:09PM   14    BY MR. NAMMAR:

01:10PM   15    Q    No go all the way?

01:10PM   16         Do you see that?

01:10PM   17    A    Yes.

01:10PM   18    Q    Just cracks?

01:10PM   19    A    Yes.

01:10PM   20    Q    What does that refer to?

01:10PM   21    A    He was just telling us if we are going with guns don't go

01:10PM   22    all the way.

01:10PM   23    Q    Don't shoot him?

01:10PM   24    A    Yes.

01:10PM   25    Q    Just cracks.  What does that refer to?
```

01:10PM   1   A   Just assault him.

01:10PM   2   Q   Who are you guys talking about here?

01:10PM   3   A   Lindsey Kinney.

01:10PM   4   Q   And is this in preparation for an event, if you recall?

01:10PM   5   A   Yes.

01:10PM   6   Q   What event?

01:10PM   7   A   We was going to go catch him at the chicken fights.

01:10PM   8           THE COURT REPORTER:  I'm sorry.  What --

01:10PM   9           THE WITNESS:  We were going to go and catch him at the

01:10PM  10   chicken fights.

01:10PM  11   BY MR. NAMMAR:

01:10PM  12   Q   Did you know that Mr. -- Mr. Kinney went to the chicken

01:10PM  13   fights on occasion?

01:10PM  14   A   Yes.

01:10PM  15           MR. NAMMAR:  Okay.  Keep going down and then stop

01:10PM  16   there.

01:10PM  17   BY MR. NAMMAR:

01:10PM  18   Q   "We go lick this person."

01:11PM  19           Do you see that?

01:11PM  20   A   Yes.

01:11PM  21   Q   What does "lick" refer to?

01:11PM  22   A   That we were going to beat him up.

01:11PM  23           MR. NAMMAR:  Keep going down.  Keep going down.  Can

01:11PM  24   you go back up?

01:11PM  25   BY MR. NAMMAR:

01:11PM   1   Q    He says, "Let me talk to da kine."

01:11PM   2        Do you see that?

01:11PM   3   A    Yes.

01:11PM   4   Q    And going down, "He say, K let's go.  I just told him."

01:11PM   5   A    Yes.

01:11PM   6   Q    Who are you referring to here?

01:11PM   7   A    To Mike.

01:11PM   8   Q    And tomorrow we'll probably look at it, but do you also

01:11PM   9   have a conversation about the same chicken fight with

01:11PM  10   Mr. Miske?

01:11PM  11   A    I think so.

01:11PM  12   Q    If we go down.  And then you say, "me and you go there and

01:11PM  13   smash these fuckers."

01:11PM  14        Do you see that?

01:11PM  15   A    Yes.

01:11PM  16   Q    Or you say "fakes," excuse me.  Is that a typo?  Did you

01:11PM  17   mean fakes?

01:11PM  18   A    I'm not sure.

01:12PM  19   Q    Okay.  "Smash" meant what?

01:12PM  20   A    To beat them up.

01:12PM  21   Q    Going to the next page, what are you saying in that

01:12PM  22   message?

01:12PM  23   A    That we were going to go and beat them up.

01:12PM  24   Q    Going down.  Going down.  Going down.  Going down.  You're

01:12PM  25   saying you are going to knock out who?

01:12PM    1    A    Lindsey.

01:12PM    2    Q    Going down.  "He stay there."

01:12PM    3              What does that refer to?

01:12PM    4    A    Lindsey.

01:12PM    5    Q    Going down.  Response Mr. Stancil says, "Smash him"?

01:12PM    6    A    Yes.

01:12PM    7    Q    Does that refer to hospitalize him?

01:12PM    8    A    He's telling us to smash him.

01:12PM    9    Q    Is that usually a level that was hospitalization?

01:12PM   10    A    Yeah, kind of.

01:12PM   11    Q    Going down.  You got that.  You're going to ask him if he

01:13PM   12    is going to go.  And then he tells you -- keep going down --

01:13PM   13    should wait till he about to leave to his truck.

01:13PM   14              Do you see that?

01:13PM   15    A    Yes.

01:13PM   16    Q    What does that refer to?

01:13PM   17    A    He was just telling us wait till Lindsey gets to his

01:13PM   18    truck.

01:13PM   19    Q    So when he's leaving the chicken fight?

01:13PM   20    A    Yes.

01:13PM   21    Q    Keep going down.  Says, pick the shot.

01:13PM   22              And then you say, "His truck by all kine people."

01:13PM   23              Are you at the fight at this point?

01:13PM   24    A    Yes.

01:13PM   25    Q    Going down.  "Go give him a change for run behind the

01:13PM   1   house."

01:13PM   2          Is that probably a typo?

01:13PM   3   A   Yes.

01:13PM   4   Q   Keep going down.  "Don't let him get to his truck."

01:14PM   5          Do you see that?

01:14PM   6   A   Yes.

01:14PM   7   Q   And then keep going down.  "Nobody is going to do nothing

01:14PM   8   when they see you."

01:14PM   9          Do you see that?

01:14PM  10   A   Yes.

01:14PM  11   Q   So he's giving you instruction here on how to assault

01:14PM  12   Mr. Kinney?

01:14PM  13   A   Yes.

01:14PM  14   Q   Did you assault him on that day?

01:14PM  15   A   No.

01:14PM  16   Q   We go down, and this is the next day, April 16th.  You're

01:14PM  17   telling him that two uniformed police officers went to

01:14PM  18   Chavells.  Do you see that?

01:14PM  19   A   Yes.

01:14PM  20   Q   Was that one of your friends at the time?

01:14PM  21   A   Yes.

01:14PM  22   Q   And then going down.  And you say, "And one out of

01:14PM  23   uniform."

01:14PM  24          What did you mean by that?

01:14PM  25   A   Two of the police officers had uniforms on and one didn't.

01:14PM   1   Q   Can you pull the mic just a little closer to you?  Going

01:14PM   2   down to the next page.  Keep going.

01:14PM   3           And he asked, "Plain clothes?  That's da kine, brah."

01:15PM   4           Do you see that?

01:15PM   5   A   Yes.

01:15PM   6   Q   Keep going down.  "One plain two regular."

01:15PM   7           We can go to -- keep going down.  Up there.

01:15PM   8           And he tells you, "Well, if anything, call AK."

01:15PM   9           Do you see that?

01:15PM  10   A   Yes.

01:15PM  11   Q   Who is that?

01:15PM  12   A   Alen Kaneshiro.

01:15PM  13           MR. NAMMAR:  Going down.  Stop there.

01:15PM  14   BY MR. NAMMAR:

01:15PM  15   Q   "Then he'll make the call."

01:15PM  16           Do you see that?

01:15PM  17   A   Yes.

01:15PM  18   Q   Did you believe Alen Kaneshiro had a source in the police

01:15PM  19   department who could get information?

01:15PM  20   A   Yes.

01:15PM  21   Q   Keep going down.  Keep going down.  And here you're

01:16PM  22   saying, "I text him this morning as soon as I heard."

01:16PM  23           Is that referring to Alen Kaneshiro?

01:16PM  24   A   Yes.

01:16PM  25   Q   Keep going down.  And then John Stancil says -- keep going

01:16PM   1   down.  "Keep me posted."

01:16PM   2          Do you see that?

01:16PM   3   A   Yes.

01:16PM   4          MR. NAMMAR:  All right.  Now, going to the next

01:16PM   5   message.  Stop there.

01:16PM   6   BY MR. NAMMAR:

01:16PM   7   Q   This is in May of 2018.  Mr. Stancil says, "I seen da kine

01:16PM   8   in HK yesterday."

01:16PM   9          Who does -- what does HK refer to?

01:16PM  10   A   Hawaii Kai.

01:16PM  11          MR. NAMMAR:  Keep going down.  Keep going down.  And

01:16PM  12   then stop here.

01:16PM  13   BY MR. NAMMAR:

01:16PM  14   Q   You say, "I ripping him this one. LOL"?

01:17PM  15   A   Yes.

01:17PM  16   Q   Who you are referring to here?

01:17PM  17   A   The guy that we were getting the drugs from.

01:17PM  18   Q   Who was that?

01:17PM  19   A   Nico Carignan.

01:17PM  20   Q   And were you planning on robbing him again?

01:17PM  21   A   I was just planning on taking it and not coming back with

01:17PM  22   it.

01:17PM  23   Q   Not paying him?

01:17PM  24   A   Yes.

01:17PM  25   Q   Keep going down.  He says, "I was wondering why."

01:17PM    1              Do you see that?

01:17PM    2    A    Yes.

01:17PM    3    Q    And then he goes on to say, "You going to say yeah me do

01:17PM    4    now."

01:17PM    5              Does that mean you're going to take the drugs now?

01:17PM    6    A    I think so.

01:17PM    7    Q    You go down.  He says, "I told myself that when I saw.

01:17PM    8    LOL."

01:17PM    9              Going down.  "Catch him."

01:18PM   10              Do you see that?

01:18PM   11    A    Yes.

01:18PM   12    Q    What's he telling you here?

01:18PM   13    A    To rip him off basically.

01:18PM   14    Q    And would you regularly fill Mr. Stancil in on people that

01:18PM   15    you were planning to take drugs from like this?

01:18PM   16    A    Yes.

01:18PM   17    Q    We can go to page 27.  Is this him sending you some

01:18PM   18    photos?

01:18PM   19    A    Yes.

01:18PM   20    Q    And also on page 28 more photos?

01:18PM   21    A    Yes.

01:18PM   22    Q    And then on page 29, you're sending him some photos.  Do

01:18PM   23    you see that?

01:18PM   24    A    Yes.

01:18PM   25    Q    If we go to page 30, who is shown here?

| | | | |
|---|---|---|---|
| 01:19PM | 1 | A | Me and Johnnie. |
| 01:19PM | 2 | Q | Leverage, is that his company? |
| 01:19PM | 3 | A | Yes. |
| 01:19PM | 4 | Q | And 31, who's is shown here? |
| 01:19PM | 5 | A | Me, Johnnie and Cody. |
| 01:19PM | 6 | Q | Who is -- which one is Cody? |
| 01:19PM | 7 | A | The one on the left. |
| 01:19PM | 8 | Q | Who was Cody again? |
| 01:19PM | 9 | A | Their other brother. |
| 01:19PM | 10 | Q | Could we go to page 35?  Who is shown here? |
| 01:19PM | 11 | A | Me, Johnnie, Kaulana, Frankie and Isaiah. |
| 01:19PM | 12 | Q | Which one is -- well, can you go from left to right |
| 01:19PM | 13 | | starting at the left? |
| 01:19PM | 14 | A | Left is Kaulana, Johnnie, Isaiah, me -- me and Frankie. |
| 01:19PM | 15 | Q | Going to the next page. |
| 01:19PM | 16 | | MR. NAMMAR:  Zoom in. |
| 01:19PM | 17 | BY MR. NAMMAR: |
| 01:20PM | 18 | Q | Who's here? |
| 01:20PM | 19 | A | That's me, Johnnie, Keali'i, Kaulana and Jarrin. |
| 01:20PM | 20 | Q | Who's Jarrin? |
| 01:20PM | 21 | A | That was just one of the boys that used to cruise with me. |
| 01:20PM | 22 | Q | Would you sometimes commit robberies with Jarrin? |
| 01:20PM | 23 | A | Yes. |
| 01:20PM | 24 | Q | Where was this picture taken? |
| 01:20PM | 25 | A | At the bay. |

01:20PM    1                MR. NAMMAR:  We can take that down.

01:20PM    2    BY MR. NAMMAR:

01:20PM    3    Q    Just like you filled Mr. Stancil in on some of your

01:20PM    4    robbery targets, would he also fill you on on the crimes he was

01:20PM    5    doing?

01:20PM    6    A    Yes.

01:20PM    7    Q    Was it helpful to know people in the group what crimes

01:20PM    8    they were committing and to be updated on them?

01:20PM    9    A    Yes.

01:20PM   10    Q    Was it helpful to know that because it was helpful to know

01:20PM   11    who your enemies were?

01:20PM   12    A    Yes.

01:20PM   13    Q    Was it also helpful to know what you all were being

01:21PM   14    investigated for?

01:21PM   15    A    Yes.

01:21PM   16    Q    Did Mr. Stancil talk to you about an assault he did at the

01:21PM   17    Wendy's parking lot?

01:21PM   18    A    Yes.

01:21PM   19    Q    What did he tell you?

01:21PM   20    A    He just told me --

01:21PM   21                MR. KENNEDY:  Objection, past narrative, hearsay.

01:21PM   22                THE COURT:  I'm sorry.  I didn't hear what you said,

01:21PM   23    Mr. Kennedy.

01:21PM   24                MR. KENNEDY:  Objection, hearsay, past narrative.

01:21PM   25                THE COURT:  Overruled.  Go ahead.

01:21PM   1            THE WITNESS:  He just told me that he did an assault

01:21PM   2    for Mike at Wendy's.

01:21PM   3    BY MR. NAMMAR:

01:21PM   4    Q    Did he tell you anymore details besides that?

01:21PM   5    A    Not much.

01:21PM   6    Q    Do you recall any other details?

01:21PM   7    A    He just said that they were at Wendy's and he -- him and

01:21PM   8    Mike was over there and he beat somebody up at Wendy's.

01:21PM   9    Q    Did he also talk to you about a robbery of a store called

01:21PM   10   The Bank?

01:21PM   11   A    Yes.

01:21PM   12   Q    What is The Bank?

01:21PM   13   A    It was an expensive shoe store and clothing store.

01:21PM   14   Q    Where was it located?  Or do you know?

01:21PM   15   A    I'm not really sure.

01:21PM   16   Q    And what did he tell you about the robbery of a shoe and

01:21PM   17   clothing store called The Bank?

01:22PM   18            MR. KENNEDY:  Same objection, Your Honor, hearsay,

01:22PM   19   past narrative.

01:22PM   20            THE COURT:  Same ruling, go ahead.

01:22PM   21            THE WITNESS:  He just told me that it was supposed to

01:22PM   22   be a big one over there and him and Frankie and Lance, Keali'i

01:22PM   23   went and did it.

01:22PM   24   BY MR. NAMMAR:

01:22PM   25   Q    Was it a big one?

| | | | |
|---|---|---|---|
| 01:22PM | 1 | A | I think they missed it. |
| 01:22PM | 2 | Q | They didn't get a lot of money? |
| 01:22PM | 3 | A | No. |
| 01:22PM | 4 | Q | Did Keali'i also talk to you about that? |
| 01:22PM | 5 | A | Yes. |
| 01:22PM | 6 | Q | Did Frankie tell you -- talk to you about that? |
| 01:22PM | 7 | A | Yes. |
| 01:22PM | 8 | Q | Did Lance also talk to you about that? |
| 01:22PM | 9 | A | Yes. |
| 01:22PM | 10 | Q | They all told you about that robbery? |
| 01:22PM | 11 | A | Yes. |
| 01:22PM | 12 | Q | Gold Rush, does that sound familiar to you? |
| 01:22PM | 13 | A | Yes. |
| 01:22PM | 14 | Q | What is Gold Rush? |
| 01:22PM | 15 | A | He was a jeweler. |
| 01:22PM | 16 | Q | And did Johnnie tell you about a robbery of Gold Rush? |
| 01:22PM | 17 | A | Yes. |
| 01:22PM | 18 | Q | What did he tell you? |
| 01:22PM | 19 | | MR. KENNEDY:  Objection, hearsay, past narrative, Your |
| 01:22PM | 20 | | Honor. |
| 01:22PM | 21 | | THE COURT:  Overruled.  Go ahead. |
| 01:22PM | 22 | | THE WITNESS:  He just told me that they ended up |
| 01:23PM | 23 | | getting Gold Rush.  They got his chain. |
| 01:23PM | 24 | | BY MR. NAMMAR: |
| 01:23PM | 25 | Q | Did he tell you how it went down? |

01:23PM   1    A    He said he seen Gold Rush and his girlfriend at Assagios

01:23PM   2    in Kailua, and he called Frankie and they already knew where

01:23PM   3    his house was.  I think he followed him home and just kind of

01:23PM   4    was giving them the updates on where they was and Frankie then

01:23PM   5    waited behind his garage for him to get out and they took the

01:23PM   6    chain.

01:23PM   7    Q    They took the chain?

01:23PM   8    A    Yes.

01:23PM   9    Q    In a robbery?

01:23PM  10    A    Yes.

01:23PM  11    Q    Did Stancil tell you anything about Dae Han?

01:23PM  12    A    Yes.

01:23PM  13    Q    What did he say?

01:23PM  14    A    He said --

01:23PM  15         MR. KENNEDY:  Objection, Your Honor, vague and...

01:23PM  16         MR. NAMMAR:  I can rephrase it, Your Honor.

01:23PM  17         THE COURT:  Fine.

01:23PM  18    BY MR. NAMMAR:

01:23PM  19    Q    Did -- did Stancil tell you that Dae Han was involved in

01:23PM  20    the robbery?

01:23PM  21    A    Yes, he said Dae Han was there.

01:23PM  22    Q    Did Stancil tell you that essentially he provided the

01:23PM  23    intelligence for that robbery?

01:23PM  24    A    Yes.

01:24PM  25         MR. NAMMAR:  Your Honor, can we show the witness only

01:24PM   1   1-187?

01:24PM   2            THE COURT:  Go ahead.

01:24PM   3   BY MR. NAMMAR:

01:24PM   4   Q    Do you recognize what is shown here?

01:24PM   5   A    Yes.

01:24PM   6   Q    What's shown here?

01:24PM   7   A    Guy Gold Rush.

01:24PM   8            MR. NAMMAR:  Your Honor, I move to admit 1-187.

01:24PM   9            THE COURT:  Any objection?

01:24PM  10            MR. KENNEDY:  Only tied to the earlier objection, Your

01:24PM  11   Honor.

01:24PM  12            THE COURT:  All right.  The objection's overruled then

01:24PM  13   and publish.  The exhibit is admitted.  That's 1-187.

01:24PM  14            (Exhibit 1-187 was received in evidence.)

01:24PM  15   BY MR. NAMMAR:

01:24PM  16   Q    Mr. Smith, the jury can see it.  What are we looking at

01:24PM  17   here?

01:24PM  18   A    That's the guy Gold Rush.

01:24PM  19   Q    And do you see what's in this picture?

01:24PM  20   A    Yes.

01:24PM  21   Q    What is it?

01:24PM  22   A    The chain they got.

01:25PM  23   Q    From the robbery?

01:25PM  24   A    Yes.

01:25PM  25            MR. NAMMAR:  Your Honor, can we show the witness only

01:25PM    1    1-192?

01:25PM    2            THE COURT:  Go ahead.

01:25PM    3    BY MR. NAMMAR:

01:25PM    4    Q    Do you recognize what is shown here?

01:25PM    5    A    Yes.

01:25PM    6    Q    What is shown here?

01:25PM    7    A    Dae Han's car.  That was the car that they used to do the

01:25PM    8    robbery.

01:25PM    9    Q    Mr. Stancil told you that?

01:25PM   10    A    Yes.

01:25PM   11    Q    Do you recognize the vicinity where this is parked at all?

01:25PM   12    A    Yes.

01:25PM   13    Q    Where is -- what's the vicinity?

01:25PM   14    A    It's Waimanalo by Johnnie them's house.

01:25PM   15            MR. NAMMAR:  Your Honor, I move to admit 1-192.

01:25PM   16            THE COURT:  Any objection?

01:25PM   17            MR. KENNEDY:  No objection.

01:25PM   18            THE COURT:  1-192 is admitted.  You may publish.

01:25PM   19            (Exhibit 1-192 was received in evidence.)

01:25PM   20    BY MR. NAMMAR:

01:25PM   21    Q    You told us this is Dae Han's car?

01:25PM   22    A    Yes.

01:25PM   23    Q    Is it a Genesis?

01:25PM   24    A    Yes.

01:25PM   25    Q    And do you know if he -- how -- did he legally own this

01:25PM    1    car, if you know?

01:25PM    2    A    I'm not sure.

01:25PM    3    Q    And you're saying you recognize the area around where it's

01:26PM    4    parked?

01:26PM    5    A    Yes.

01:26PM    6    Q    How do you recognize that area?

01:26PM    7    A    Because I'm there all the time.

01:26PM    8    Q    How close is it to Mr. Stancil's house?

01:26PM    9    A    I think it's around the corner.

01:26PM   10    Q    And did Mr. Stancil tell you anything about whether the

01:26PM   11    police found it shortly after the robbery?

01:26PM   12    A    Yes.

01:26PM   13    Q    What did he tell you?

01:26PM   14    A    That the police pulled up and took Dae Han's car after the

01:26PM   15    robbery was done.

01:26PM   16    Q    Right by his house?

01:26PM   17    A    Yes.

01:26PM   18    Q    Did --

01:26PM   19         MR. NAMMAR:  We can take that down.

01:26PM   20    BY MR. NAMMAR:

01:26PM   21    Q    Did Mr. Stancil also talk to you about somebody by the

01:26PM   22    name of Mike Char in a robbery?

01:26PM   23    A    Yes.

01:26PM   24         THE COURT REPORTER:  I'm sorry.  That was Mike?

01:26PM   25         MR. NAMMAR:  Char.

| | | |
|---|---|---|
| 01:26PM | 1 | BY MR. NAMMAR: |
| 01:26PM | 2 | Q    What did he tell you about Mike Char? |
| 01:26PM | 3 |      MR. KENNEDY:  Objection, hearsay, Your Honor.  Past |
| 01:26PM | 4 | narrative. |
| 01:26PM | 5 |      THE COURT:  Overruled.  Go ahead. |
| 01:26PM | 6 |      THE WITNESS:  That Mike Char was riding around and |
| 01:26PM | 7 | telling everybody he had a hundred bands on him, a hundred |
| 01:26PM | 8 | thousand, and that -- (indiscernible) -- I was in jail. |
| 01:27PM | 9 | BY MR. NAMMAR: |
| 01:27PM | 10 | Q    He told you they did him? |
| 01:27PM | 11 | A    Yes. |
| 01:27PM | 12 | Q    They robbed him? |
| 01:27PM | 13 | A    Yes. |
| 01:27PM | 14 | Q    Did he tell you how they did him? |
| 01:27PM | 15 | A    He said he got Mike Char to come to the bay and cruise, |
| 01:27PM | 16 | and the rest of the boys pulled up and robbed him. |
| 01:27PM | 17 | Q    What other boys? |
| 01:27PM | 18 | A    Keoni, Keali'i and Lance. |
| 01:27PM | 19 | Q    So they set him up? |
| 01:27PM | 20 | A    Yes. |
| 01:27PM | 21 | Q    Did you also talk to Lance about this afterwards? |
| 01:27PM | 22 | A    Yes. |
| 01:27PM | 23 | Q    Did he essentially tell you the same thing? |
| 01:27PM | 24 | A    Yes. |
| 01:27PM | 25 | Q    Where did this happen? |

| | | | |
|---|---|---|---|
| 01:27PM | 1 | A | At the bay. |
| 01:27PM | 2 | Q | Did Keoni tell you the same thing? |
| 01:27PM | 3 | A | Yes. |
| 01:27PM | 4 | | MR. NAMMAR:  Can we publish, Your Honor, 1-154? |
| 01:27PM | 5 | | THE COURT:  You may. |
| 01:27PM | 6 | | MR. NAMMAR:  Thank you. |
| 01:27PM | 7 | BY MR. NAMMAR: | |
| 01:27PM | 8 | Q | Do you recognize this person? |
| 01:27PM | 9 | A | Yes. |
| 01:27PM | 10 | Q | Who is this? |
| 01:27PM | 11 | A | Mike Char. |
| 01:27PM | 12 | Q | Did any of them tell you whether the robbery was |
| 01:27PM | 13 | | successful that they got a lot of money? |
| 01:27PM | 14 | A | They said they got the money, but it wasn't what they were |
| 01:28PM | 15 | | hoping to get. |
| 01:28PM | 16 | Q | Did they -- did they explain? |
| 01:28PM | 17 | A | It was 5,000.  It was like a few hundreds and it was all |
| 01:28PM | 18 | | ones wrapped in the middle. |
| 01:28PM | 19 | | MR. NAMMAR:  Okay.  We can take that down. |
| 01:28PM | 20 | BY MR. NAMMAR: | |
| 01:28PM | 21 | Q | Would you hang out at Kama'aina Termite and Pest Control |
| 01:28PM | 22 | | some? |
| 01:28PM | 23 | A | Yes. |
| 01:28PM | 24 | Q | And on multiple occasions, did you see who you believe was |
| 01:28PM | 25 | | a police officer there meeting with Mike Miske? |

01:28PM   1   A    I didn't know it was a police officer.  Johnnie told me it

01:28PM   2   was a police officer.

01:28PM   3   Q    Okay.  So what did you see?

01:28PM   4   A    We just were chilling inside the shop or outside the shop

01:28PM   5   and he would tell me that that guy was a cop.

01:28PM   6   Q    And where would the person that Johnnie told you was a cop

01:28PM   7   go?

01:28PM   8   A    To Mike's office.

01:28PM   9   Q    And would they shut the door?

01:28PM   10  A    I'm not sure, sometimes.

01:28PM   11  Q    Did you see that on multiple times?

01:29PM   12  A    The guy he said was a cop, I seen him there once or twice.

01:29PM   13  Q    And did you see them talking to each other or laughing or

01:29PM   14  anything like that with each other?

01:29PM   15  A    When he'd be coming in, I wouldn't see him after he got in

01:29PM   16  the office.

01:29PM   17  Q    Do you know the officer's name?

01:29PM   18  A    No.

01:29PM   19  Q    And Stancil told you he was a police officer?

01:29PM   20  A    Yes.

01:29PM   21         MR. NAMMAR:  If we can show the witness only 1-952

01:29PM   22  from the original list?

01:29PM   23         THE COURT:  Okay.  We're at 1:29.  I see what 952 is.

01:29PM   24  I suspect it's going to take you more than a minute.

01:29PM   25         MR. NAMMAR:  Maybe I can just admit and then we can

01:29PM   1   come back?

01:29PM   2           THE COURT:  Sure, go ahead.

01:29PM   3           MR. NAMMAR:  If that's all right?

01:29PM   4           THE COURT:  Yes.

01:30PM   5   BY MR. NAMMAR:

01:30PM   6   Q    So did you review these prior to coming to court?

01:30PM   7   A    Yes.

01:30PM   8           MR. NAMMAR:  And if we can scroll through the first

01:30PM   9   couple.  Okay.  We can stop.

01:30PM  10   BY MR. NAMMAR:

01:30PM  11   Q    Are these messages between you and Mr. Miske?

01:30PM  12   A    Yes.

01:30PM  13   Q    And are they on WhatsApp as well?

01:30PM  14   A    Yes.

01:30PM  15   Q    And are some of them about assaulting Lindsey Kinney?

01:30PM  16   A    Yes.

01:30PM  17   Q    Are some of them about Lindsey Kinney's social media

01:30PM  18   posts?

01:30PM  19   A    Yes.

01:30PM  20   Q    And are some of them about Jayword and Cash staying in a

01:30PM  21   hotel after Aloha Tattoo?

01:30PM  22   A    Yes.

01:30PM  23   Q    Are some of them about Dallas Limahai?

01:30PM  24   A    Yes.

01:30PM  25   Q    And are some of them about law enforcement activity?

01:30PM    1    A     Yes.

01:30PM    2                MR. NAMMAR:  Your Honor, I move to admit 1-952.

01:30PM    3                THE COURT:  Any objection to that?

01:30PM    4                MR. KENNEDY:  Counsel, how many pages are there?

01:30PM    5                MR. NAMMAR:  It's a 95-page exhibit.

01:30PM    6                MR. KENNEDY:  Your Honor, could I just have the time

01:31PM    7    to review the 95 before I answer.

01:31PM    8                THE COURT:  Yes, go ahead.

01:31PM    9                MR. KENNEDY:  Your Honor, I also have no objection

01:31PM   10    while I'm doing this if the Court wanted the jury to get out on

01:31PM   11    a Friday.

01:31PM   12                THE COURT:  No, that's okay.  We'll wait.

01:31PM   13                MR. KENNEDY:  Okay.  I'll do it as fast as I can.

01:31PM   14                THE COURT:  Sure, thank you.

01:32PM   15                MR. KENNEDY:  No objection, Your Honor.

01:32PM   16                THE COURT:  Without objection 1-952 is admitted.  We

01:32PM   17    will stop there for the trial week.

01:32PM   18                    (Exhibit 1-952 was received in evidence.)

01:32PM   19                As we go to break, I will remind our jurors as we head

01:32PM   20    into the weekend to please refrain from discussing the

01:32PM   21    substance of this case with anyone, including each other; do

01:32PM   22    not conduct any independent investigation; and finally do not

01:32PM   23    access any media or other accounts of this case that maybe out

01:33PM   24    there.

01:33PM   25                Have a great weekend.  We will see you at Monday

01:33PM   1   morning at 8:30.

01:33PM   2              (Proceedings were concluded at 1:33 p.m.)

          3

          4

          5

          6

          7

          8

          9

         10

         11

         12

         13

         14

         15

         16

         17

         18

         19

         20

         21

         22

         23

         24

         25

```
 1                    COURT REPORTER'S CERTIFICATE

 2           I, Gloria T. Bediamol, Official Court Reporter, United

 3   States District Court, District of Hawaii, do hereby certify

 4   that pursuant to 28 U.S.C. §753 the foregoing is a complete,

 5   true, and correct transcript from the stenographically reported

 6   proceedings held in the above-entitled matter and that the

 7   transcript page format is in conformance with the regulations

 8   of the Judicial Conference of the United States.

 9

10           DATED at Honolulu, Hawaii, May 28, 2024.

11

12

13                                    /s/ Gloria T. Bediamol

14                                    GLORIA T. BEDIAMOL.

15                                    RMR, CRR, FCRR

16

17

18

19

20

21

22

23

24

25
```