CLARE E. CONNORS #7936
United States Attorney
District of Hawaii

MICHAEL D. NAMMAR
MARK A. INCIONG         CA BAR #163443
W. KEAUPUNI AKINA #11565
AISLINN AFFINITO
Assistant U.S. Attorneys
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Email:      Michael.Nammar@usdoj.gov
            Mark.Inciong@usdoj.gov
            Keaupuni.Akina@usdoj.gov
            Aislinn.Affinito@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         vs.<br><br>MICHAEL J. MISKE, JR.,        (01)<br>     aka "Bro,"<br><br>                    Defendant. | CR. NO. 19-00099 DKW<br><br>GOVERNMENT'S FORTY-FOURTH SUPPLEMENTAL EXHIBIT LIST; CERTIFICATE OF SERVICE |

GOVERNMENT'S FORTY-FOURTH SUPPLEMENTAL EXHIBIT LIST

The Government hereby submits its forty-fourth supplemental exhibit list, attached hereto, in the above-captioned matter. The Government reserves the right to add to, delete from, or otherwise modify this list during the course of the trial.

DATED:  June 26, 2024, at Honolulu, Hawaii.

          CLARE E. CONNORS
          United States Attorney
          District of Hawaii

By   */s/ Mark A. Inciong*
      MICHAEL D. NAMMAR
      MARK A. INCIONG
      W. KEAUPUNI AKINA
      AISLINN AFFINITO
      Assistant U.S. Attorneys

## UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

**UNITED STATES OF AMERICA**

v.

**MICHAEL J. MISKE JR.,**

**FORTY-FOURTH SUPPLEMENTAL EXHIBIT LIST**

**CR. NO. 19-00099 DKW**

| **Presiding Judge:**<br>Derrick K. Watson | **Plaintiff's Attorneys:**<br>Mark A. Inciong<br>Michael D. Nammar<br>W. KeAupuni Akina<br>Aislinn Affinito | **Defense Attorneys:**<br>Lynn Panagakos<br>Michael Kennedy |
|---|---|---|
| **Trial Date**<br>January 8, 2024 | **Court Reporter:** | **Courtroom Deputy:**<br>Tammy Kimura |

| EXH. NO. | DESCRIPTION | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|
| 1-1135 | Arthur Lake criminal history | | |
| 9-1378 | 2009 KTPC wages records | | |

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served on the following counsel on the date and in the manner described below:

Served Electronically through CM/ECF:

| | |
|---|---|
| Lynn Panagakos, Esq.<br>Michael Jerome Kennedy, Esq. | Attorneys for Defendant<br>MICHAEL J. MISKE, JR. |

DATED:  June 26, 2024, at Honolulu, Hawaii.

                                                 */s/ Kari Sherman*
                                                 U.S. Attorney's Office
                                                 District of Hawaii