CLARE E. CONNORS #7936
United States Attorney
District of Hawaii

MICHAEL D. NAMMAR
MARK A. INCIONG     CA BAR #163443
W. KEAUPUNI AKINA #11565
AISLINN AFFINITO
Assistant U.S. Attorneys
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
Facsimile:   (808) 541-2958
Email:        Michael.Nammar@usdoj.gov
                   Mark.Inciong@usdoj.gov
                   Keaupuni.Akina@usdoj.gov
                   Aislinn.Affinito@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. MISKE, JR.,          (01)<br>    aka "Bro,"<br><br>Defendant. | CR. NO. 19-00099 DKW<br><br>GOVERNMENT'S FORTY-FIFTH SUPPLEMENTAL EXHIBIT LIST; CERTIFICATE OF SERVICE |

GOVERNMENT'S FORTY-FIFTH SUPPLEMENTAL EXHIBIT LIST

The Government hereby submits its forty-fifth supplemental exhibit list, attached hereto, in the above-captioned matter. The Government reserves the right to add to, delete from, or otherwise modify this list during the course of the trial.

DATED:  June 27, 2024, at Honolulu, Hawaii.

                                  CLARE E. CONNORS
                                United States Attorney
                                District of Hawaii

By   */s/ Mark A. Inciong*
             MICHAEL D. NAMMAR
             MARK A. INCIONG
             W. KEAUPUNI AKINA
             AISLINN AFFINITO
             Assistant U.S. Attorneys

# UNITED STATES DISTRICT COURT
# DISTRICT OF HAWAII

| **UNITED STATES OF AMERICA** | **FORTY-FIFTH SUPPLEMENTAL EXHIBIT LIST** |
|---|---|
| v. | |
| **MICHAEL J. MISKE JR.,** | **CR. NO. 19-00099 DKW** |

| Presiding Judge: Derrick K. Watson | Plaintiff's Attorneys: Mark A. Inciong, Michael D. Nammar, W. KeAupuni Akina, Aislinn Affinito | Defense Attorneys: Lynn Panagakos, Michael Kennedy |
|---|---|---|
| Trial Date January 8, 2024 | Court Reporter: | Courtroom Deputy: Tammy Kimura |

| EXH. NO. | DESCRIPTION | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|
| 1-1136 | August 13, 2014 Dae Han Moon DUI 1DTA-14-03795 Docket | | |
| 1-1137 | May 22, 2015 Bermudez Driving while License Suspended 1DTC-15-075205 Docket | | |
| 1-1138 | June 24, 2015 Dae Han Moon DUI 1DTA-15-03125 Docket | | |
| 1-1139 | November 12, 2015 Miske Failure to Stop 1DTA-15-05518 Docket | | |
| 1-1140 | July 13, 2017 Jake Smith No Motor Vehicle License 1DTC-17-004754 Docket | | |

| | | | |
|---|---|---|---|
| 1-1141 | February 11, 2018 Jake Smith DUI 1DTA-18-00706 Docket | | |
| 1-1142 | August 27, 2018 Bermudez Hindering Prosecution 1CPC-17-0000035 Docket | | |
| 1-1143 | August 27, 2018 Bermudez Unauthorized Entry into Motor Vehicle 1PC151001236 Docket | | |
| 1-1144 | September 18, 2018 Dae Han Moon Murder 1PC161002007 Docket | | |
| 1-1145 | June 13, 2019 Bermudez Unauthorized Control of Propelled Vehicle 1CPC-17-0000178 Docket | | |
| 1-1146 | August 29, 2019 Dae Han Moon Place to Keep 1PC161001899 Docket | | |
| 1-1147 | Bermudez Kaneshiro text SMS | | |
| 9-1379 | Check for Randolph Aiwohi dated August 14, 2009 | | |
| 9-1380 | Checks for Hughford Manalo | | |
| 9-1381 | Hughford Manalo Hawaii Driver Licenses | | |

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served on the following counsel on the date and in the manner described below:

Served Electronically through CM/ECF:

| | |
|---|---|
| Lynn Panagakos, Esq.<br>Michael Jerome Kennedy, Esq. | Attorneys for Defendant<br>MICHAEL J. MISKE, JR. |

DATED:  June 27, 2024, at Honolulu, Hawaii.

/s/ Kari Sherman
U.S. Attorney's Office
District of Hawaii