MICHAEL J. KENNEDY
Law Offices of Michael Jerome Kennedy, PLLC
Nevada State Bar #10103; California State Bar #193901
333 Flint Street, Reno NV 89501
775-221-7100 (office); 775-233-0914 (mobile)
Email: michael@mjkennedylaw.com
LYNN E. PANAGAKOS   7696
841 Bishop Street, Suite 2201
Honolulu, Hawai`i  96813
Telephone: (808) 542-9943
E-mail:  lynnpanagakos@yahoo.com

*Attorneys for Michael J. Miske, Jr. (01)*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| UNITED STATES OF AMERICA, | CR. NO. 19-00099-DKW-KJM |
|---|---|
| Plaintiff, | |
| vs. | **DEFENDANT MICHAEL J. MISKE, JR.'S SEVENTY-SIXTH SUPPLEMENTAL EXHIBIT LIST; CERTIFICATE OF SERVICE** |
| MICHAEL J. MISKE, JR. (01), | |
| Defendant. | |

**DEFENDANT'S SEVENTY-SIXTH SUPPLEMENTAL EXHIBIT LIST**

Mr. Miske respectfully submits his seventy-sixth supplemental exhibit list.[1]

DATED: June 27, 2024.

 */s/ Michael J. Kennedy*                              */s/ Lynn E. Panagakos*
MICHAEL J. KENNEDY                         LYNN E. PANAGAKOS
Counsel for Defendant
MICHAEL J. MISKE, JR (01)

---

[1] Mr. Miske reserves the right to add to, delete from, or otherwise modify this list during the course of trial.  See ECF No. 1272, PageID.11971, n.1.

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

| UNITED STATES OF AMERICA | SEVENTY-SIXTH SUPPLEMENTAL |
| v. | EXHIBIT LIST |
| MICHAEL J. MISKE JR. et al. | CR. NO. 19-00099 DKW |

| Presiding Judge: Hon. Derrick K. Watson | Plaintiff's Attorneys: Mark A. Inciong, Michael D. Nammar, W. KeAupuni Akina | Defense Attorneys: Lynn Panagakos, Michael Kennedy |
|---|---|---|
| Trial Date: January 8, 2024 | Court Reporter: Gloria Bediamol | Courtroom Deputy: Tammy Kimura |

| Exhibit No. | Marked | ID Only | Admitted | Description |
|---|---|---|---|---|
| 9011-082a | | | | Imagery Timeline of Possible Vessel – Kaneohe |
| 9554-001 | | | | Blaisdell Fumigation Hughford Tenting |
| 9554-002 | | | | Blaisdell Fumigation RDA Photo |
| 9554-003 | | | | Blaisdell Fumigation RDA Photo with lines |
| 9554-004 | | | | Blaisdell Photo of Hughford |
| 9554-005 | | | | King Kamehameha IV Group Photo |
| 9554-006 | | | | King Kamehameha IV Hughford Manalo Photo |
| 9554-007 | | | | KTPC Fume Crew Group Photo |
| 9554-008 | | | | Polynesian Cultural Center Group Photo |
| 9554-009 | | | | Waikiki Shell Seal |

CERTIFICATE OF SERVICE

I, Lynn E. Panagakos, hereby certify that a true and correct copy of this document this filing has been duly served on all counsel of record through the court's electronic filing system.

DATED: Honolulu, Hawai`i, June 27, 2024.

/s/ Lynn E. Panagakos
LYNN E. PANAGAKOS