MICHAEL J. KENNEDY
Law Offices of Michael Jerome Kennedy, PLLC
Nevada State Bar #10103; California State Bar #193901
Colorado State Bar #17868
333 Flint Street
Reno, Nevada 89501
775-221-7100 (office); 775-233-0914 (mobile)
michael@mjkennedylaw.com

LYNN E. PANAGAKOS   7696
841 Bishop Street, Suite 2201
Honolulu, Hawai`I 96813
Telephone: (808) 542-9943
lynnpanagakos@yahoo.com
**Attorneys for Defendant Michael J. Miske, Jr.**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 19-cr-00099-DKW-KJM. |
| | ) | |
| Plaintiff, | ) | **STIPULATION OF THE PARTIES** |
| | ) | **AS TO THE NUCLEAR DNA** |
| v. | ) | **EXAMINATION BY MARCY** |
| | ) | **PLAZA OF ITEM 108(1) FROM** |
| MICHAEL J. MISKE, JR.,     (01) | ) | **THE BOSTON WHALER NAMED** |
| | ) | **PAINKILLER** |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

IT IS HEREBY STIPULATED and agreed by the undersigned parties that Marcy L. Plaza is a Forensic DNA Examiner working in the DNA Casework Unit - Laboratory Division, for the Federal Bureau of Investigation, in Qunitico, Virginia. If she were to be called to testify in this trial, she would testify that Item 108(1) was a

cutting of a staining from the generator cover from aft near stern from the Boston Whaler boat named Painkiller. She would further testify that Item 108(1) was subjected to nuclear deoxyribonucleic acid (DNA) typing using short tandem repeats (STRs) employing Polymerase Chain Reaction (PCR) Amplification and male DNA was present in item 108(1). She would further testify that interpretation of item 108(1) was performed assuming that the DNA originated from one individual and that Johnathan Fraser is excluded as a potential contributor to item 108(1). An exclusion means that the person of interest (i.e., Johnathan Fraser) was not detected in the DNA results.

IT IS SO STIPULATED.

DATED: June 28, 2024

*/s/ Michael J. Kennedy*
Michael J. Kennedy
Lynn E. Panagakos
Attorneys for Defendant
MICHAEL J. MISKE, JR (01)

*/s/ W. KeAupuni Akina*
Michael Nammar
Mark A. Inciong
W. KeAupuni Akina
Aislinn Affinito
Attorneys for the United States