MICHAEL J. KENNEDY
Law Offices of Michael Jerome Kennedy, PLLC
Nevada State Bar #10103; California State Bar #193901
333 Flint Street, Reno NV 89501
775-221-7100 (office); 775-233-0914 (mobile)
Email: michael@mjkennedylaw.com
LYNN E. PANAGAKOS    7696
841 Bishop Street, Suite 2201
Honolulu, Hawai`i  96813
Telephone: (808) 542-9943
E-mail:  lynnpanagakos@yahoo.com

*Attorneys for Michael J. Miske, Jr. (01)*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                         Plaintiff,<br><br>   vs.<br><br>MICHAEL J. MISKE, JR. (01),<br><br>                         Defendant. | CR. NO. 19-00099-DKW-KJM<br><br>**DEFENDANT MICHAEL J. MISKE, JR.'S SEVENTY-EIGHTH SUPPLEMENTAL EXHIBIT LIST; CERTIFICATE OF SERVICE** |

**DEFENDANT'S SEVENTY-EIGHTH SUPPLEMENTAL EXHIBIT LIST**

Mr. Miske respectfully submits his seventy-eighth supplemental exhibit list.[1]

DATED: June 30, 2024.

 */s/ Michael J. Kennedy*                                     */s/ Lynn E. Panagakos*
MICHAEL J. KENNEDY                            LYNN E. PANAGAKOS
Counsel for Defendant
MICHAEL J. MISKE, JR (01)

---

[1] Mr. Miske reserves the right to add to, delete from, or otherwise modify this list during the course of trial.  See ECF No. 1272, PageID.11971, n.1.

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

| UNITED STATES OF AMERICA v. MICHAEL J. MISKE JR. et al. | | SEVENTY-EIGHTH SUPPLEMENTAL EXHIBIT LIST CR. NO. 19-00099 DKW |

| Presiding Judge: Hon. Derrick K. Watson | Plaintiff's Attorneys: Mark A. Inciong, Michael D. Nammar, W. KeAupuni Akina | Defense Attorneys: Lynn Panagakos, Michael Kennedy |
|---|---|---|
| Trial Date: January 8, 2024 | Court Reporter: Gloria Bediamol | Courtroom Deputy: Tammy Kimura |

| Exhibit No. | Marked | ID Only | Admitted | Description |
|---|---|---|---|---|
| 9550-002a | | | | Coast Guard Investigative Service Action Supplement Report; 00014168 |
| 9556-005 | | | | 1B599 - Miske iCloud Extraction re VW Bug |
| 9556-006 | | | | Cell phone records for 808-439-7800 with cell location, AT&T - Miske 3/3/17 to 3/4/17 (Portions of Govt. Ex. 1-665) |
| 9556-007 | | | | Cell phone records for 808-585-1944 with cell location, AT&T - Freitas 3/3/17 to 3/4/17 (Portions of Govt. Ex 1-1002) |
| 9556-008 | | | | Cell Phone Records 808-476-9223 Miske 7/30/2016 (Portions of Govt. Ex. 2-116H) |
| 9557-001 | | | | Makani Kai Marina Gate Photo |
| 9557-002 | | | | Google Earth of Makani Kai Marina - Zoomed Out |
| 9557-003 | | | | Google Earth of Makani Kai Marina - Zoomed In |
| 9557-004 | | | | Photo of Painkiller from 1B599 - Front of Boat |

| Exhibit No. | Marked | ID Only | Admitted | Description |
|---|---|---|---|---|
| 9557-005 | | | | Photo of Painkiller from 1B599 - Rear of Boat |
| 9558-001 | | | | Email from Juan Lopez re FBI Meeting; 00185695 |

CERTIFICATE OF SERVICE

    I, Lynn E. Panagakos, hereby certify that a true and correct copy of this document this filing has been duly served on all counsel of record through the court's electronic filing system.

    DATED: Honolulu, Hawai`i, June 30, 2024.

    /s/ Lynn E. Panagakos
    LYNN E. PANAGAKOS