CLARE E. CONNORS #7936
United States Attorney
District of Hawaii

MICHAEL D. NAMMAR
MARK A. INCIONG     CA BAR #163443
W. KEAUPUNI AKINA #11565
Assistant U.S. Attorneys
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Email:      Michael.Nammar@usdoj.gov
            Mark.Inciong@usdoj.gov
            KeAupuni.Akina@usdoj.gov
Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL J. MISKE, JR.,　　(01)<br>　　aka "Bro,"<br><br>　　　　　　Defendant. | CR. NO. 19-00099 DKW-KJM<br><br>SECOND AMENDED STIPULATION OF PARTIES REGARDING DRUG ANALYSIS AND QUANTITY |

## **STIPULATION**

IT IS HEREBY STIPULATED and agreed by the undersigned parties that:

<u>As to Counts 1 and 15</u>:

  The substance seized on July 22, 2014 by the Drug Enforcement Administration, pursuant to a traffic stop on the 405 freeway in Los Angeles, California, from a Honda Civic bearing California license plate #7FAV793 is cocaine hydrochloride, a Schedule II controlled substance, with a net weight of approximately 10.01 kilograms.

  The above quantity of cocaine is a distributable amount.

<u>As to Count 1</u>:

  The substance seized on May 4, 2018 by the Federal Bureau of Investigation, pursuant to a traffic stop in the vicinity of Castle High School, Kaneohe, Hawaii, from a vehicle bearing Hawaii license plate #TDC660 is pure, or actual, methamphetamine, a Schedule II controlled substance, with a net weight of approximately 966 grams.

  The above quantity of methamphetamine is a distributable amount.

/ / /

/ / /

/ / /

/ / /

1

IT IS SO STIPULATED.

| | |
|---|---|
| */s/ Mark A. Inciong* | |
| Michael Nammar | Attorneys for the United States |
| Mark A. Inciong | |
| KeAupuni Akina | |
| Aislinn Affinito | |
| | |
| */s/ Michael Jerome Kennedy* | |
| Lynn Panagakos, Esq. | Attorneys for Defendant |
| Michael Jerome Kennedy, Esq. | MICHAEL J. MISKE, JR. |