1                    IN THE UNITED STATES DISTRICT COURT

2                       FOR THE DISTRICT OF HAWAII

3

4    UNITED STATES OF AMERICA,        )  CR. NO. 19-00099-DKW-KJM
                                      )
5                  Plaintiff,         )  Honolulu, Hawaii
                                      )
6        vs.                          )  March 6, 2024
                                      )
7    MICHAEL J. MISKE, JR.,           )  JURY TRIAL - DAY 33
                                      )
8                  Defendant.         )  (TESTIMONY OF GOVERNMENT'S
     _____)   WITNESS MARC LeBEAU, Ph.D.)
9

10

                    PARTIAL TRANSCRIPT OF PROCEEDINGS
11              BEFORE THE HONORABLE DERRICK K. WATSON
               CHIEF UNITED STATES DISTRICT COURT JUDGE
12
     APPEARANCES:
13
     For the Government:         MARK A. INCIONG, AUSA
14                               MICHAEL DAVID NAMMAR, AUSA
                                 WILLIAM KEAUPUNI AKINA, AUSA
15                               Office of the United States Attorney
                                 Prince Kuhio Federal Building
16                               300 Ala Moana Boulevard, Suite 6100
                                 Honolulu, Hawaii 96850
17
     For the Defendant:         LYNN E. PANAGAKOS, ESQ.
18                               841 Bishop Street, Suite 2201
                                 Honolulu, Hawaii 96813
19
                                 MICHAEL JEROME KENNEDY, ESQ.
20                               Law Offices of Michael Jerome
                                 Kennedy, PLLC
21                               333 Flint Street
                                 Reno, Nevada 89501
22
     Official Court             ANN B. MATSUMOTO, RPR
23   Reporter:                   United States District Court
                                 300 Ala Moana Boulevard, Room C-338
24                               Honolulu, Hawaii 96850

25   Proceedings recorded by machine shorthand, transcript produced
     with computer-aided transcription (CAT).

1                            I N D E X

2    WITNESS:                                    PAGE NO.

3    FOR THE GOVERNMENT:

4     MARC LeBEAU, Ph.D.

5      DIRECT EXAMINATION BY MR. AKINA                    3

6      CROSS-EXAMINATION BY MS. PANAGAKOS               23

7

8                          E X H I B I T S

9     None.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1   WEDNESDAY, MARCH 6, 2024                    9:26 A.M. O'CLOCK

 2                          *  *  *  *  *

 3              (Start of partial transcript:)

 4              (Open court in the presence of the jury.)

 5              THE COURT:  Mr. Akina, you may call your next

 6   witness.

 7              MR. AKINA:  The government calls Marc LeBeau.

 8              COURTROOM MANAGER:  Please raise your hand.

 9              MARC LeBEAU, Ph.D., GOVERNMENT'S WITNESS, SWORN.

10              THE WITNESS:  Yes, I do.

11              COURTROOM MANAGER:  Thank you.  You may be seated.

12              Please state your full name, spelling your last name

13   for the record.

14              THE WITNESS:  My name is Marc, M-A-R-C, LeBeau,

15   L-E-B-E-A-U.

16                          DIRECT EXAMINATION

17   BY MR. AKINA:

18   Q    Good morning, Dr. LeBeau.

19   A    Good morning.

20   Q    Where are you employed?

21   A    I'm employed at the FBI Laboratory in Quantico, Virginia.

22   Q    What do you do for the FBI?

23   A    I'm currently a senior forensic scientist in the area of

24   forensic toxicology.

25   Q    Can you describe your educational background?
```

```
 1   A     Yep.  I have a bachelor's degree in chemistry and criminal

 2   justice from Central Missouri State University.  That's in

 3   Warrensburg, Missouri.  I have a master's in forensic science

 4   from the University of New Haven, in Connecticut, and a Ph.D.,

 5   doctorate in toxicology, from the University of Maryland at

 6   their Baltimore campus.

 7   Q     What is forensic toxicology?

 8   A     Well, forensic toxicology is a -- a field within forensic

 9   science.  It's a very broad field that focuses on toxicology,

10   obviously, which is more about the -- studying the adverse

11   effects of -- of chemical substances like drugs, alcohol,

12   poisons, and other chemicals.

13   Q     The effects on the human body?

14   A     For forensic toxicology we're usually focused on the human

15   body, but from time to time it can be animals.  You know,

16   depends on the -- on what the case is about.

17   Q     And how is that applied in the field of forensics?

18   A     Well, again, it's -- it's one area of forensic science.

19   So it's -- it's focused specifically for -- for legal matters.

20   Q     And about how many years of experience do you have in the

21   field of forensic toxicology?

22   A     I've been working in forensic toxicology for over 34

23   years.

24   Q     Can you briefly describe your work history leading up to

25   the FBI?
```

1   A     I can, yes.

2         It really started when I was working on my bachelor's

3   degree.  I worked for Monsanto Chemical Company, where I would

4   do -- for a couple summers I worked in the labs at Monsanto

5   looking at -- at water samples to see basically if runoff from

6   farmers' fields and their use of different herbicides was

7   getting into -- to the water supply.

8         And then when I was working on my master's degree in

9   Connecticut, I worked at a private laboratory in Pennsylvania

10  that did forensic toxicology work.  And then I was hired --

11  right after finishing my master's I was hired by St. Louis

12  University to work at the medical examiner's office in

13  St. Louis, Missouri, and did that for four years, and then was

14  hired by the FBI in 1994.

15  Q     Excuse me.  So you've been with the FBI for approximately

16  20 years then?

17  A     Yeah, about 30.

18  Q     Thirty years.

19  A     Yeah.

20  Q     My mistake.

21  A     Thanks.

22  Q     And what are some of the roles that you've had at the FBI?

23  A     I started as a forensic examiner where I was assigned

24  cases and worked the evidence in those cases.  I did that for

25  about six years and then was promoted to become the unit chief

1    over the chemistry unit.  And then in 2011 I was promoted to my

2    current position as a senior forensic scientist.

3    Q    As a senior forensic scientist with the FBI, do you advise

4    the federal government generally, not just the FBI, on forensic

5    toxicology?

6    A    That's right.  I -- I serve as -- primarily as an advisor

7    on matters related to forensic chemistry and forensic

8    toxicology for the FBI, but the entire federal government.

9    Q    And do you also represent the FBI at interagency meetings

10   between different government agencies?

11   A    I do, yes.  I do.

12   Q    Do you hold any professional certifications?

13   A    Yes, I do.  I'm a certified forensic toxicologist by the

14   American Board of Forensic Toxicology.  I hold the highest

15   level of certification in that organization.  It's called a

16   fellow.

17   Q    I want to highlight a couple of things you've been

18   involved in.  Are there any professional groups -- have you

19   been a part of the professional groups in the forensic science

20   community?

21   A    Yes, I have, pretty extensively.

22   Q    Focusing on the American Academy of the Forensic Sciences,

23   are you a fellow there?

24   A    I am.  The -- the American Academy of Forensic Sciences is

25   the largest forensic science professional organization in the

```
1    U.S., and I'm a fellow within that organization.

2    Q    Are you also the past president of the International

3    Association of Forensic Toxicologists?

4    A    I am, yes.  This -- that's -- the International

5    Association of Forensic Toxicologists is the largest

6    professional organization in the world for a forensic

7    toxicologist.  I served as the president for four years, and

8    then I'm currently in the past-president role of that

9    organization.

10   Q    And you're also the past president of the Society of

11   Forensic Toxicologists?

12   A    That's correct.  And that organization is the largest

13   professional organization for forensic toxicologists in North

14   America.  I was the president in 2012 for that organization.

15   Q    You've also been on several professional working groups;

16   is that correct?

17   A    I have, yes.

18   Q    One of those, was that the Scientific Working Group on the

19   Forensic Analysis of Chemical Terrorism?

20   A    Yes, I was.  I was the chair of that group during its --

21   its existence.

22   Q    Were you also part of the Scientific Working Group on the

23   Forensic Analysis of Chemical, Biological, Radiological, and

24   Nuclear Terrorism?

25   A    I served on that as a co-chair of that organization.
```

1    Q    Were you also part of the Scientific Working Group on

2    Forensic Toxicology?

3    A    Correct.  Yes, I -- I served on the executive committee of

4    that -- of that group.

5    Q    Are you also -- have you also been involved in the

6    National commission on Forensic Science?

7    A    Yes.  I was the -- the FBI's -- FBI Laboratory's

8    representative on the National Commission on Forensic Science.

9    Q    Are you also -- we won't get into too much detail on this,

10   but have you also been published in peer-reviewed journals in

11   this field?

12   A    Yes, I have.

13   Q    And you've also served as an editor in various journals in

14   this field?

15   A    I have, yes.

16   Q    Over the course of your career, have you also received a

17   number of awards and recognitions for your work in this field?

18   A    I have, yes.

19   Q    And specifically, the American Academy of Forensic

20   Sciences, there's an award for the Alexander O. Gettler Award.

21   Can you explain what that is that you received?

22   A    Yes.  That's an award that's given out by the toxicology

23   section of that large organization here in -- in the U.S.  And

24   it -- it's to recognize advancements in an individual's field

25   for -- specifically for analytical work that's been done.  So I

 1   was awarded that in 2012.

 2   Q    Did you also receive the Rolla Harger Award from that same

 3   organization?

 4   A    I did.  And that award, from the same section, in the same

 5   organization, is to recognize like longstanding contributions

 6   to the field that have had a major impact to the field.

 7   Q    So has some of your work affected and sort of set the

 8   standards and practices in the field of forensic science --

 9   A    That's correct.

10   Q    -- as it is today?

11   A    I'm sorry.

12        Yes, that's correct.  It's been a large part of my career,

13   working on organizations to set standards of practice so that

14   we -- we kind of all start doing things the exact same way with

15   a certain level of quality.  So that's been a -- a big part of

16   my career.

17   Q    And then you've also been awarded the FBI Director's Award

18   twice?

19   A    That's correct.

20   Q    And is that -- how many people are awarded that in a

21   particular section in a year?

22   A    It's -- it's not by a section or number of people.  It --

23   there are different categories of FBI director awards each

24   year.  And there's one specific one that's for scientific

25   achievements and advancements.  They only give out one per

1   year, and I've received it two times.

2   Q    Have you also taught in the area of forensic sciences?

3   A    I have, yes.

4   Q    And forensic toxicology specifically?

5   A    Yes, I have.

6   Q    And you've also given trainings in that area?

7   A    Yes, all over the world.

8   Q    Have you previously testified as an expert in court?

9   A    I have, yes.

10  Q    Approximately how many times?

11  A    About 75 or more times.

12       MR. AKINA:  Your Honor, pursuant to Rule 702, at this

13  time I offer Dr. LeBeau as an expert in the field of forensic

14  toxicology.

15       THE COURT:  Any objection, counsel?

16       MS. PANAGAKOS:  No objection.

17       THE COURT:  Without objection, Dr. LeBeau is

18  designated as and qualified as an expert under the Federal Rule

19  of Evidence 702 in the field of forensic toxicology, and you

20  may continue your examination of him in that capacity.

21  BY MR. AKINA:

22  Q    Are you familiar with the compound chloropicrin?

23  A    Yes, I am.

24  Q    And what are its present day uses?

25  A    Chloropicrin today is primarily used as a fumigant in the

1   area of agriculture, primarily.  Sometimes used as a fumigant

2   for like as an insecticide and sometimes as a warning agent

3   when it's used with other fumigants.

4   Q    And historically has it had other uses?

5   A    It has had a few other historical uses.  The -- probably

6   the most important is that it was used as a chemical warfare

7   agent in World War I.

8   Q    At room temperature, what state is chloropicrin in?

9   A    At room temperature, if it's in an enclosed -- like a

10  container, it's going to be a liquid.  It's a -- like a

11  colorless, maybe slightly tinted yellow liquid.  But if it's

12  not in an enclosed environment, it wants to volatilize, become

13  a gas, essentially.

14  Q    Is that what volatilize means?

15  A    It does.  It means -- volatilize means it's going from the

16  liquid state into the gaseous state.  So it's like when you

17  open a can of -- or a container of gasoline, you get that aroma

18  from the gasoline, even though it's a liquid.  That's the

19  volatilization of all the organic chemicals that make up

20  gasoline.  Very similar thing with chloropicrin.  When it's an

21  open container, you will get the -- the odor, if you will, that

22  comes off of it.

23  Q    And those vapors, are they toxic?

24  A    They -- they absolutely can be toxic, yes.

25  Q    Now, chloropicrin vapors, are those heavier or lighter

1    than air?

2    A    They're heavier than air.

3    Q    So that means it would sort of float below normal air?

4    A    Right.  It means it will -- in an -- in an environment

5    where it's released, it's going to want to sink to the bottom,

6    to like floor level if it's in a room.

7    Q    So as opposed to helium, helium, that would just expand

8    and rise up above air; is that --

9    A    Correct.

10        Helium is lighter than air.  That's why we put it in

11   balloons.  You know, a balloon goes up in the air because it's

12   lighter.  This is the exact opposite with chloropicrin.  It

13   wants to go down towards the -- the lowest level it can get.

14   Q    And will it just stay there or is it able to move around

15   depending on the environment?

16   A    No.  It's able to be dispersed, you know, with -- when

17   it's at ground level, you know, wind currents, you know, people

18   moving through it can kind of kick it up, if you will, bring it

19   up, so it rises up in the air.  But then it'll want to settle

20   back down.

21   Q    What happened -- does chloropicrin naturally break down if

22   it's exposed to sunlight?

23   A    It does, yes.  To sunlight it will begin to break down.

24   It's not particularly fast, but it does break down.

25   Q    And so -- and when it breaks down, what does it break down

1    into?

2    A     Well, it breaks down into a number of other chemicals.

3    There's like six or seven different chemicals it might break

4    down into.  But some of them are particularly important.  It

5    can break down into something called phosgene, P-H-O-S-G-E-N-E.

6    That is another gas, if you will.  It's a gas that's colorless.

7    It kind of smells like cut grass, if you will.  But

8    interestingly, that was a gas that was also used as a chemical

9    warfare agent in World War I.

10        Another thing that it breaks down to is chlorine gas.  And

11   chlorine gas is kind of a greenish-yellow tinted gas that was

12   also used as a chemical warfare agent in World War I.  So it

13   also can break down into carbon monoxide.  You know, when you

14   have an engine running in an enclosed space, the carbon

15   monoxide was what poisons people.  That's another breakdown

16   product of this particular substance, chloropicrin.

17   Q     How does exposure to chloropicrin affect humans?  Let's

18   focus on the vapor form of it.

19   A     Yeah, okay.  So -- yeah, because it does depend on how the

20   exposure occurs.  If it's as a vapor, typically it impacts what

21   it first comes in contact with, so that's going to be --

22   particularly sensitive are the eyes.  It causes severe tearing,

23   watering of the eyes.  As you inhale it, it's going to start to

24   affect the -- the nose, where your nose is probably going to

25   get runny.  As it gets down into your throat, it's going to

1    tighten up your throat, causing people to cough.

2         And then as it get a little bit farther down into the

3    chest, it's going to generally cause individuals to feel like a

4    tightening in their chest.  They may be short of breath.

5         And then if they inhale it even deeper into their lungs,

6    it can get down into what we call the alveoli, the air sacs

7    that are in our lungs that are where we exchange oxygen between

8    the air and our blood supply, how we oxygenate our blood.  So

9    it starts to affect that.  And in doing it, it can cause

10   irritation in the deep parts of the lung, causing that to then

11   fill with fluid, what we call pulmonary edema.  So all of those

12   are potential impacts from -- from inhalational exposure to

13   chloropicrin.

14   Q    What happens when someone's lungs fill with fluid?

15   A    Well, they can die, that you lose the ability to make that

16   exchange of oxygen between the air and the -- and your blood

17   supply.  So you asphyxiate, essentially.

18   Q    Is that similar to drowning?

19   A    Yeah.  It can be, yes.

20   Q    And what happens when chloropicrin is -- the vapors are

21   exposed to the eyes?

22   A    So the -- the vapors hit the eyes, it's that tearing

23   effect that I talked about, really severe tearing, almost --

24   sometimes people will want to just close their eyes and not

25   even open 'em, it's that -- that strong of an effect.

1    Q    What can result -- well, before I move on to that, so

2    would people exhibiting symptoms such as what you described,

3    you know, burning sensations to the eyes, their nose, coughing,

4    runny nose, trouble -- difficulty breathing, would that be

5    consistent with exposure to chloropicrin?

6    A    Yes.  It -- it can be, yes.

7    Q    And what happens when the liquid form of chloropicrin is

8    exposed to the skin?

9    A    Yeah, so when it comes in contact with the skin, it causes

10   chemical burns, essentially.  It's a corrosive chemical.  So

11   it -- it will essentially cause reddening and maybe some

12   blistering effects to the skin.

13   Q    So, for example, if someone were to take a bottle of

14   chloropicrin, open it up, pour it, and some of that liquid got

15   onto the bottle, and then they put that bottle up against their

16   skin, what would you expect to see in that area where the

17   liquid contacted the skin?

18   A    Yeah, if the liquid came in contact with the skin, I would

19   expect you would have chemical burns, essentially.

20   Q    Have there been instances that you're aware of where

21   people exposed to chloropicrin vapors have died?

22   A    Yes.

23   Q    And can you give some that you're aware of?

24   A    Well, the one example that I'm aware of happened, it was

25   an industrial accident in a factory where there was a release

1    of chloropicrin, and I believe around 30 workers were exposed.

2    And one of 'em died from that pulmonary edema we talked about.

3    Q    And even if an exposure doesn't result in death, some of

4    the symptoms that you described, is that still severe?

5    A    Yeah.  They are severe.  Exactly, yeah.

6    Q    So it doesn't just have to result in death to be severe?

7    A    It can cause -- chloropicrin exposure can cause longterm

8    health effects.  If it does get down deep into the lungs, it

9    can start to scar the lung itself, making it more difficult in

10   your future for breathing.  Maybe you'll have some pulmonary

11   issues in the future.  But also, if you come across another

12   chemical that kind of has a reaction, you would have a reaction

13   to when breathing in, it could intensify that reaction to these

14   other chemicals.

15   Q    I want to show you Exhibit 9-495, which is already in

16   evidence.

17           MR. AKINA:  Permission to publish, Your Honor?

18   Should be from the original list.

19           THE COURT:  Go ahead.

20           MR. AKINA:  If we focus on the symbols under hazards

21   identification on page 1.

22   BY MR. AKINA:

23   Q    So you see the safety data sheet for chloropicrin, it

24   says:  Danger, fatal if inhaled.  Is that consistent with what

25   you just explained?

```
1   A    It is, yes.

2   Q    And then on the right side, causes serious eye irritation,

3   skin irritation, respiratory irritation, is that also

4   consistent with what you just explained?

5   A    It is, yes.

6             MR. AKINA:  If we go to page 4 of this document,

7   under Number 11, toxicological information.

8   BY MR. AKINA:

9   Q    Focusing on the bottom, acute inhalation toxicity, do you

10  see that, the second to the bottom bold --

11  A    I do, yes.

12  Q    Those reactions, is this sort of describing what would --

13  what you can expect if someone breathes it in, the vapors?

14  A    That's correct.

15  Q    Pungent, sore throat, coughing, labored breathing; and it

16  continues?

17  A    It does, yes.  That's correct.

18  Q    And serious cases may be fatal, right?

19  A    Yes.

20  Q    And then also skin corrosion, where it describes redness

21  and chemical burns, is that also consistent with what your

22  understanding is of the chemical?

23  A    Yes, it is.

24            MR. AKINA:  If we go to page 6, focusing on 16, other

25  information.
```

1   BY MR. AKINA:

2   Q    This is an NFPA rating.  Can you explain to the jury

3   what -- what that is generally?

4   A    Yes.  NFPA stands for the National Fire Protection

5   Association.  And these ratings are -- they're usually put on

6   a -- like a placard-type device that allow -- anytime we have

7   chemicals in a laboratory or any -- or a group that has

8   chemicals stored, it's a way to allow first responders, like

9   firefighters that are coming in, they can look at a bottle or a

10  container and see this quick key as to the -- the dangers

11  associated with that chemical.

12       So this is not in a placard form.  This is just listed

13  out.  But Health Hazard 4, that means essentially that -- that

14  the substance is deadly.  The fire hazard of zero means it's

15  really no risk of -- of catching on fire.  And the reactivity

16  hazard is -- a three means it does have some risk of

17  interacting with other chemicals and causing a dangerous

18  reaction.

19  Q    And the health hazard, the scale, is it a scale of zero to

20  four?

21  A    That's correct.  Four is the highest for health, yeah.

22  Q    And just visually, is this that -- that placard you

23  described, is it sort of a diamond with colored diamonds

24  inside, four diamonds inside it?

25  A    That's exactly right, yes.

1   Q     See?  Okay.  We can take down this.

2         So does exposure to chloropicrin vapors have the potential

3   to cause severe harm to humans?

4   A     Yes, it -- it absolutely can.

5   Q     And what about if it's released in a dark crowded enclosed

6   space, like a nightclub, does that also pose that same

7   potential?

8   A     Absolutely.  More so than outside, we'll say, right?  If

9   -- if there is a release of chloropicrin outdoors, you know,

10  it -- couple things happen.  One, it can start to disperse and

11  get away with wind and things like that.  But when it's

12  indoors, you know, it's somewhat contained indoors, right?

13  With the walls and -- and things like that.  So it's -- it's in

14  a way going to be a more concentrated effect when it's in --

15  indoors compared to outdoors.

16  Q     And if it's released in a nightclub, say in the early

17  hours of the morning, two, three o'clock in the morning, where

18  people had been consuming alcohol, does that exacerbate the

19  potential harm -- for harm?

20  A     Well, I -- I would think so.  It -- you know, like you

21  indicated, people are probably drinking in a nightclub, maybe

22  aren't thinking quite as clear.  The effects of the chemical,

23  you know, as we talked about, causes the eyes to tear, maybe

24  close, so your vision might be impacted at that point.  You may

25  not be able to identify where exits are as easily.  Exits are

1    limited, right?  We know that in a building you can only go to

2    where there are -- are exits.  So that's impacted.

3         The risk of panic, and it just goes on and on, it's --

4    there's a lot of potential for some serious harm.

5    Q    And typically, when chloropicrin is used in the commercial

6    context, is protective gear supposed to be used?

7    A    That's correct.  When it's -- when it's used legally in a

8    way when people are using it as a fumigant, you're supposed to

9    put on a -- one of those suits, right?  The -- the protective

10   suits that cover your skin completely.  You're supposed to wear

11   a mask, a respirator, to keep it out of your eyes and so you're

12   not breathing it in.

13   Q    So in your opinion, if this chemical were released in a

14   crowded nightclub to people who aren't wearing protective gear,

15   would that have the potential to cause severe harm to multiple

16   people?

17   A    I would think so, yes.

18   Q    Is chloropicrin considered a toxic chemical?

19   A    It is.  Yes, it is a toxic chemical.

20   Q    And you mentioned that it has uses in the agricultural

21   context and just talked about protective gear.  Is it used as a

22   pesticide sometime -- or as a pesticide sometimes?

23   A    It has been used as a pesticide.  In the agricultural uses

24   of it, it typically is used -- let's think of a field.  They'll

25   put -- on a field they'll spray chloropicrin or drip it into

1    the soil before they were to plant something.  So it's meant to

2    kind of prepare the soil by getting rid of weeds, getting rid

3    of maybe insects that are there and even some worms and things

4    like that that might destroy the crops they want to put in.  So

5    they'll put it out.  They'll cover it, typically, with a big

6    tarp and let it sit for a few days.  And then they remove the

7    tarp, kind of let the sunlight break it down, as well as the

8    soil itself, and microbes in the soil would break it down.  And

9    then when it's safe, then they come along and plant things in

10   kind of a sterile ground.  Plot, if you will.

11   Q    And in that context, is personal protective equipment that

12   you described typically used?

13   A    Yeah, definitely it's used.

14   Q    Is that type of personal protective equipment always used

15   for all pesticides?

16   A    No.  Not at all.  Not at all.  I mean, they don't require

17   that type of personal protection.  For example, when you're

18   spraying Roundup, you know, a real common weed killer, you

19   don't have to suit up and wear a respirator and all that, like

20   we talked about with chloropicrin.

21   Q    You indicated that you were the chair of the Scientific

22   Working Group on the Forensic Analysis of Chemical Terrorism.

23        What is chemical terrorism?

24   A    Well, chemical terrorism is the use of -- of chemicals

25   to -- to cause death, to -- to permanently harm or even

1  temporarily disable a target.  And that target might be

2  government, a government agency.  It could be a business or a

3  group of individuals.  But all of those, it's essentially

4  trying to cause death, permanent harm or -- or temporary

5  impairment.

6  Q    Does it also involve using -- taking steps to cause fear

7  in others?

8  A    It does, yeah.

9           MS. PANAGAKOS:  Objection.

10           THE COURT:  Overruled.  Go ahead.

11 BY MR. AKINA:

12 Q    And so is releasing chloropicrin in a crowded nightclub

13 consistent with an act of chemical terrorism?

14 A    It can be, if it was done to -- to cause death, harm, or,

15 you know, to somehow disable or -- or temporarily hurt the

16 nightclub.

17 Q    The people inside it?

18 A    Or the people inside, correct.

19 Q    For example, if it was there as a fumigation process, that

20 would be different, right?  That would be a legitimate purpose?

21 A    Yeah, that -- that would be a legitimate use.

22 Q    Can you think of any peaceful purpose to expose people to

23 chloropicrin who aren't wearing proper protective gear?

24 A    No, I can't.

25 Q    Can you think of any peaceful purpose to releasing

 1   chloropicrin in a club filled with people?

 2   A     No.

 3   Q     Even if it's just one drop of chloropicrin, could there be

 4   any peaceful purpose to that?  If it's not for, you know,

 5   fumigation purposes?

 6   A     Yeah, if it's not for fumigation purposes or -- no, I

 7   can't.

 8           MR. AKINA:  Nothing further.  Thank you.

 9           THE COURT:  Ms. Panagakos, cross.

10                     CROSS-EXAMINATION

11   BY MS. PANAGAKOS:

12   Q     Good morning.

13   A     Good morning.

14   Q     You testified about you're aware of one fatality from

15   chloropicrin exposure?

16   A     I -- no.  I -- I said that was one -- one study that had

17   been done, or one publication that I'm aware of in which

18   individuals died from exposure to the fumes, the fumes of --

19   Q     I thought I heard you say one individual died in an

20   industrial accident and there were about 30 people there?

21   A     That had been exposed, one out of that.  But there have

22   been other people that have died from chloropicrin exposure.

23   Q     And is this example that you provided, is that the -- the

24   incident at TriCal, Inc.?

25   A     I don't remember the specifics of what company it was.

1   Q    Was it an agricultural chemical mixing plant?

2   A    I don't believe so.

3        I believe it was a cellulose factory.

4   Q    You testified that it's used -- that it was used in World

5   War I?

6   A    I'm sorry?

7   Q    Chloropicrin was used in World War I?

8   A    It was, yes.

9   Q    And it was used, as I understand it, in two ways.  One was

10  as a tear gas to cause people to move away from barricades,

11  protected barricaded areas; is that correct?

12  A    That -- that's true, yes.

13  Q    And so then they could be exposed to other weapons that

14  were more -- more severe than the chloropicrin.  The

15  chloropicrin was designed to move the people away from a

16  safer -- a safe place to a less safe place so that they could

17  then be shot or, you know, attacked with more serious weapons?

18  A    Yeah, in a -- in essence, yes.  It was sometimes used to

19  put -- shot into trenches and to get individuals to evacuate

20  the trenches during World War I.

21  Q    And then the other way was to seep into gas masks to cause

22  people to have to take their masks off?

23  A    I'm not aware of that use.  I'm aware of it also being

24  used to -- to try to harm individuals.

25  Q    And you're aware that it was used -- so it's not used that

1    way anymore.  The current uses are as a agricultural fumigant

2    and as a warning agent, correct?

3    A    That's correct.  It's no longer used as a chemical

4    warfare --

5    Q    And as an agricultural fumigant, it's used in soil?

6    A    It is, yes.

7    Q    Millions of kilograms per year?

8    A    I -- I don't know the production quantities of it

9    annually, but it -- it is used in the U.S.

10   Q    And safely as a fumigant for the soil where the food we

11   eat is grown?

12   A    Safely with precautions that are put into place, yes.

13   Q    And then as a warning agent, it's used in conjunction with

14   Vikane, right?

15   A    It is, yes.

16   Q    It's used almost every time that Vikane is used, with

17   certain exceptions?

18   A    I don't know if that's true or not, but I know it's used

19   with Vikane.

20   Q    And have you reviewed Douglas Products' materials

21   regarding Vikane and the corresponding use of chloropicrin?

22   A    The exhibit that was just up?

23   Q    Have you reviewed any other materials from Douglas

24   Products?

25   A    I -- not that I'm aware of.  I reviewed this, the safety

1    sheet that was an exhibit.

2          MS. PANAGAKOS:  Can we show the witness and -- only,

3    Exhibit 9-486?

4          THE COURT:  Go ahead.

5    BY MS. PANAGAKOS:

6    Q    And this is described on the government's exhibit list as

7    chloropicrin release of warning agent instructions.

8          Have they shown you this in preparation for your

9    testimony?

10   A    I don't recall seeing this.  I may have, but just it

11   doesn't look familiar right now.

12         MS. PANAGAKOS:  And can we show Mr. LeBeau

13   Exhibit 9-479?

14         THE COURT:  Go ahead.

15   BY MS. PANAGAKOS:

16   Q    This is a -- another document from Douglas Products,

17   that's in the exhibits.  It's a six-page document.

18         Did you review this in preparation for your testimony?

19   A    I don't believe I did.  This does not look familiar.

20   Q    Have you reviewed any Douglas Products literature on

21   Vikane?

22   A    I reviewed -- specifically on Vikane I reviewed a product

23   brochure and a video about how to use Vikane that was online.

24         MR. AKINA:  I'm going to object to the questioning of

25   Vikane as outside the scope of direct.

1          THE COURT:  Overruled.  Go ahead.

2    BY MS. PANAGAKOS:

3    Q    So in reviewing and preparing for your testimony, you

4    understand that chloropicrin is used as the warning agent for

5    Vikane?

6    A    I am, yes.

7    Q    Because Vikane is more dangerous than chloropicrin?

8    A    I don't -- I don't know that that's true.

9    Q    It's odorless?

10   A    Correct.

11   Q    So you could be exposed to it without knowledge?

12   A    You could be, and that is the reason that the chloropicrin

13   is used as a warning agent.  But comparatively, I believe the

14   chloropicrin is actually more toxic than the active chemical in

15   Vikane, the sulfuryl fluoride.

16   Q    You believe that?

17   A    I do.

18        But if I can clarify, the -- the premise in toxicology is

19   dose, how much you're exposed to.  Water, in essence, is a

20   poison.  But we rarely are poisoned by water because we don't

21   ingest that amount.

22        When chloropicrin is used as a warning agent, it's a very,

23   very small amount that's typically used in comparison to the

24   Vikane.

25   Q    And the amount that's used as a warning agent, as

1    instructed by Douglas Products, is a safe amount for use as a

2    warning agent?

3    A    It is, yes.

4    Q    And the way the warning agent works is that when someone

5    comes in contact with it, gets a limited exposure to that dose

6    for a brief period, it's effective -- that -- that's how it

7    warns, is you become aware of its presence because you feel the

8    effects?

9    A    Well, not exactly.  It's --

10   Q    You --

11   A    Yeah.

12   Q    You experience the smarting of the eyes enough to be

13   deterred from the structure.

14   A    Yes, ma'am, that's true.  Except when it's used as a

15   warning agent, the area's cleared first and then it's put into

16   the facility where it's going to be used and dispersed.  So

17   it's almost meant to be like a barrier to stop somebody from

18   coming into that environment, right?  You don't put it in a

19   building where you're going to use Vikane.  You don't first

20   release it with people inside.  You clear the building.  You

21   put it out.  And then you release the -- the chloropicrin.

22       Then if somebody happens to wander up, they're going to be

23   hit by this effect before they get exposed.  They -- before

24   they walk into the cloud, it's almost like a barrier, a wall

25   that's been put up, that stops them from entering.  That's a

```
 1    different scenario than it being put inside --

 2    Q    Right.  But they will be --

 3    A    -- where they --

 4    Q    They will be hit by it and they will leave.

 5    A    That's --

 6    Q    So there will be a brief exposure.

 7    A    That's true, yes.

 8    Q    And it -- as Douglas Products instructs the people who

 9    release these chemicals, it must be aerated throughout the

10    structure so that it would serve as a deterrent anywhere in the

11    structure?

12    A    That's true.

13    Q    So if somebody does go in, I mean, it's not just going to

14    prevent -- it's also there to deter someone who is inside?

15    A    That's correct.

16    Q    And it's safe for that purpose as well, to -- to cause the

17    person to leave.

18    A    It is at the -- at the amount that they are instructed to

19    put out --

20    Q    Correct.

21    A    -- as a warning agent.

22    Q    And if we look at Exhibit-- let me see here.

23             MS. PANAGAKOS:  9-489, I believe, has been admitted.

24             THE COURT:  Yes.  Go ahead.

25             MS. PANAGAKOS:  So can we publish that, please?
```

1          THE COURT:  You may.

2          MS. PANAGAKOS:  And can we turn to page 3, please.

3   And can we highlight this portion (indicates).

4   BY MS. PANAGAKOS:

5   Q    And so the dosage that Douglas Products instructs be used

6   is one fluid ounce per 10,000 to 15,000 cubic feet?

7   A    Correct.

8   Q    So it's safe for use as a warning agent in that dosage?

9   A    Yeah, and between 10,000 and 15,000 cubic feet, one fluid

10  ounce, which is just a -- like two tablespoons.

11  Q    And then that could -- that would translate to three fluid

12  ounces per 30 to 45 thousand cubic feet?

13  A    I don't know if it's a direct relationship.  They don't

14  specifically say that.  From the materials that I had reviewed

15  from their website, there's apparently some kind of a device

16  that they have to -- when it goes above a certain number -- a

17  certain size that has to be used to calculate the amount.

18       I don't believe it's -- you know, I don't believe that if

19  you just double this, you double the amount is what I'm saying.

20  Q    And three ounces -- so they have the containers that they

21  put it in?

22  A    Yes.

23  Q    And then you're instructed to use fans so that it will

24  disperse the entire space?

25  A    You can, yes.

```
 1    Q    And you can use three fluid ounces per container?

 2    A    That's the --

 3    Q    See that?

 4    A    That's the maximum amount --

 5    Q    Right, and then --

 6    A    -- that they recommend for --

 7              (Simultaneous speaking.)

 8              THE COURT:  Can you let the witness answer the

 9    question before you move on?

10              MS. PANAGAKOS:  Yes, Your Honor.  I apologize.

11              THE COURT:  Go ahead.

12              THE WITNESS:  I was just --

13              THE COURT:  You said "they recommend" and then I lost

14    you after that.

15              THE WITNESS:  Yeah, I'm sorry.

16    A    Yeah.  That's the maximum amount they recommend be put

17    into one container, three fluid ounces.

18    BY MS. PANAGAKOS:

19    Q    And then one introduction site per 20 to 45 thousand cubic

20    feet?

21    A    Correct.

22    Q    So if you have a structure that's larger than that, you

23    would have multiple introduction sites?

24    A    That's correct.

25    Q    And this is the dosage recommended by Douglas Products?
```

1    A    To be used as a warning agent, yes.

2    Q    And this is considered a tiny amount?

3    A    This is considered to be a -- a safe amount for a -- as a

4    warning agent; where people might walk in, feel the effects,

5    and leave, essentially immediately.

6    Q    And so if you used half this amount, it would be even less

7    dangerous than the amount recommended by Douglas Products?

8    A    That's true.  Yes.

9    Q    So in Mr. Akina's hypothetical there was a nightclub.  If

10   this nightclub was 48,000 cubic feet and there was only one and

11   a half ounces released, it would be even less dangerous than

12   the amounts instructed by Douglas Products?

13   A    That's true.  One and a half ounces, which would be

14   roughly around a tablespoon or less of -- of the pure liquid.

15   You're right, yes.

16   Q    And you don't know -- I mean that was a hypothetical that

17   Mr. Akina gave you.

18   A    Yes.

19   Q    You don't know what, if anything, was released in any

20   nightclub in Honolulu on any given day?

21   A    I don't.  No.

22   Q    And so the level of potential danger is directly related

23   to the amount that you're exposed to?

24   A    That's part of it, yes.  The amount.

25   Q    And the manner in which you're exposed?

1  A     The manner and --

2  Q     And the duration of the exposure?

3  A     Exactly.  The time, how long you're exposed to it, all of

4  those come into play.

5  Q     So if it's, you know, a tiny amount for a brief period,

6  that's a far less potential for any sort of danger than a

7  larger amount in a more confined space?

8  A     That's true.  It's what I said earlier.  The dose, the

9  dose is what makes it poisonous.  So the more that you're

10 exposed to, the more dangerous it becomes.

11 Q     And conversely, the less --

12 A     That's correct.

13 Q     -- you're exposed to, the less danger?

14 A     Yes, ma'am.

15 Q     And you talked about breakdown -- I mean a tablespoon or

16 two in an enclosed room at night is eventually just going to

17 evaporate, right?

18 A     Well, it's going to volatilize like we talked about.  It's

19 going to get -- form a gas that's going to settle, most likely

20 settle low to the floor.

21 Q     So, I mean, as Douglas Product -- Products instructs on

22 its usage, it doesn't require anything other than a simple

23 removal and aeration of the substance.  You remove the pans and

24 you aerate the structure?

25 A     Well, what -- what they're instructing is also to remove

1   the Vikane, okay?  But you -- you would need to air -- air out

2   the building.

3   Q    Okay.

4   A    Probably with fans, things like that.  The -- the normal

5   lighting in a building isn't going to have as much of an effect

6   on breaking it down compared to sunlight.  So it'll -- it'll

7   take a little bit of time to break it down.

8   Q    But a tablespoon or two in a structure that's vacant for a

9   period of times is not going to result in any kind of dangerous

10  level of phosphene or chlorine gas?

11  A    Well, again, I don't know what the size of the -- you had

12  indicated it might be over 40,000 cubic feet.  I don't know

13  that.  So if that's true, if that's true, then it's going to

14  potentially disperse.  But it doesn't disperse -- you know,

15  like I said, it's heavier than air.  So it's not going to just

16  disperse everywhere in -- in the -- you know, if this room,

17  courtroom was a nightclub, it's not going to be up near the

18  ceiling.  It's going to be down near the floor.

19  Q    Right.

20  A    So it's going to be more concentrated down at the low --

21  it's not dispersed everywhere and kind of being diluted.  It's

22  focused down there.

23       Now, as people are moving around, maybe they're trying to

24  get out, what's happening is they're kicking that vapor up, up

25  higher, where they're potentially breathing it in.

1     But we also have to keep in mind, the reason that Vikane,

2  Douglas Products, is recommending the use of chloropicrin is to

3  keep people out, not get them even in and exposed.

4  Q    Right.

5  A    Your scenario is suggesting something different to me.

6  And that is that it's perfectly safe for people to be inside

7  that building.  And I -- I have to disagree with you on --

8  Q    I'm not meaning to suggest --

9  A    Yeah.

10  Q    -- it was perfectly safe.  I'm asking you about the level

11  of potential danger being dependent on the quantity of exposure

12  and the duration of exposure.

13  A    Yes, ma'am.  And --

14  Q    And so if the quantity is low and the duration is short,

15  that's less potential danger.  That's my point.

16  A    Mm-hmm.  And duration being short is important, because

17  we're not defining what that looks like.

18     Ten seconds, ten seconds can cause it to be completely

19  incapacitating to an individual, right?  They're tearing up.

20  They can't see.  They're starting to feel the effects in their

21  throat and maybe gasping for air, and it's getting down in

22  their lungs.  Ten seconds.

23     So that -- that is -- to me, that's a short duration of

24  time.  But if you're in an environment where you have to leave

25  versus you're walking up to it -- if I'm walking up to a door

1   and I get hit in the face with this, this effect, I'm going to

2   turn around and walk away.

3       If I'm inside the building and get hit with it, I've got

4   to get to that door to get out.  And those are two completely

5   different scenarios.

6   Q   Yes, they are.  And again, as far as people getting out of

7   a door, the level of danger that they're exposed to before they

8   leave the door depends on the parts per million they're exposed

9   to and how long it takes for them to leave?

10  A   That's true.  Yes.  That's all -- all of the factors we

11  talked about.

12  Q   And if there was a release of an unknown substance where

13  the entire room was vacated with no reported injuries, and the

14  people present believed it to be a prank, motivated to make

15  people leave, does that sound to you like an act of terrorism?

16  A   Well, as I said, the -- the act of chemical terrorism is

17  the -- you are purposely releasing a chemical to kill someone,

18  to permanently harm, or to disrupt the operations.

19      And it --

20  Q   I'm --

21  A   -- could be -- yes.

22  Q   I'm giving you a different hypothetical.

23  A   Mm-hmm.

24  Q   A hypothetical that is perceived as a prank, motivated by

25  a desire to make people leave a room.  An unknown substance

1  perceived to be pepper spray, symptoms of tearing of the eyes,

2  odor unpleasant, unknown substance, perceived to be a prank

3  motivated to make people leave, does that sound to you like an

4  act of terrorism?

5  A    To me, it would depend on if the person releasing it knew

6  that it -- what its true harmful effects were.

7  Q    I'm giving you a hypothetical.  The hypothetical is it's

8  an unknown substance.  The symptoms the unknown substance

9  causes is tearing of the eyes, irritation of the nose, maybe

10  some throat irritation.

11  A    And that's all the individual knows about it?

12  Q    Yeah.

13  A    Okay.  I'm sorry.

14  Q    And the people who are on the receiving end of it perceive

15  it to be a prank motivated to make people leave.  That's the

16  perception on the scene in my hypothetical.

17  A    Understood.

18          MR. AKINA:  Objection, speculation and vague.

19          THE COURT:  Sustained.

20          MS. PANAGAKOS:  I have nothing further.  Thank you.

21          THE COURT:  Mr. Akina, anything else?

22          MR. AKINA:  No, Your Honor.

23          THE COURT:  Doctor, you may step down.

24          THE WITNESS:  All right.  Thank you.

25                                        (Witness excused.)

1                  (End of partial transcript.)

2                          *  *  *  *  *

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                    COURT REPORTER CERTIFICATE

 2            I, Ann B. Matsumoto, Official Court Reporter, United

 3   States District Court, District of Hawaii, do hereby certify

 4   that pursuant to 28 U.S.C. Sec. 753 the foregoing is a

 5   complete, true, and correct transcript of the stenographically

 6   recorded proceedings held in the above-entitled matter and that

 7   the transcript page format is in conformance with the

 8   regulations of the Judicial Conference of the United States.

 9            DATED at Honolulu, Hawaii, June 22, 2024.

10

11

12
                        /s/ Ann B. Matsumoto
13                      ANN B. MATSUMOTO, RPR

14

15

16

17

18

19

20

21

22

23

24

25
```