```
 1                IN THE UNITED STATES DISTRICT COURT

 2                     FOR THE DISTRICT OF HAWAII

 3

 4   UNITED STATES OF AMERICA,   )  CR. NO. 19-00099-DKW-KJM
                                 )
 5              Plaintiff,       )  Honolulu, Hawaii
                                 )
 6      vs.                      )  March 6, 2024
                                 )
 7   MICHAEL J. MISKE, JR.,      )  JURY TRIAL - DAY 33
                                 )
 8              Defendant.       )  (TESTIMONY OF HPD
                                 )  CORPORAL JAMES OMEROD)
 9

10
                  PARTIAL TRANSCRIPT OF PROCEEDINGS
11            BEFORE THE HONORABLE DERRICK K. WATSON
              CHIEF UNITED STATES DISTRICT COURT JUDGE
12
     APPEARANCES:
13
     For the Government:       MARK A. INCIONG, AUSA
14                             MICHAEL DAVID NAMMAR, AUSA
                               WILLIAM KEAUPUNI AKINA, AUSA
15                             Office of the United States Attorney
                               Prince Kuhio Federal Building
16                             300 Ala Moana Boulevard, Suite 6100
                               Honolulu, Hawaii 96850
17
     For the Defendant:        LYNN E. PANAGAKOS, ESQ.
18                             841 Bishop Street, Suite 2201
                               Honolulu, Hawaii 96813
19
                               MICHAEL JEROME KENNEDY, ESQ.
20                             Law Offices of Michael Jerome
                               Kennedy, PLLC
21                             333 Flint Street
                               Reno, Nevada 89501
22
     Official Court            ANN B. MATSUMOTO, RPR
23   Reporter:                 United States District Court
                               300 Ala Moana Boulevard, Room C-338
24                             Honolulu, Hawaii 96850

25   Proceedings recorded by machine shorthand, transcript produced
     with computer-aided transcription (CAT).
```

Case 1:19-cr-00099-DKW-KJM   Document 1648   Filed 07/04/24   Page 2 of 18   PageID.19522

2

1                            I N D E X

2   WITNESS:                                                PAGE NO.

3   FOR THE GOVERNMENT:

4    JAMES OMEROD

5     DIRECT EXAMINATION BY MR. NAMMAR                             3

6     CROSS-EXAMINATION BY MR. KENNEDY                            15

7

8                          E X H I B I T S

9    None.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1   WEDNESDAY, MARCH 6, 2024                        10:53 A.M. O'CLOCK
 2                              * * * * *
 3             (Start of partial transcript:)
 4             THE COURT:  Mr. Nammar, you may call your next
 5   witness.
 6             MR. NAMMAR:  The United States calls James Omerod.
 7             COURTROOM MANAGER:  Please raise your right hand.
 8       HPD CORPORAL JAMES OMEROD, GOVERNMENT'S WITNESS, SWORN.
 9             THE WITNESS:  I do.
10             COURTROOM MANAGER:  Thank you.  You may be seated.
11             Please state your name, spelling your last name for
12   the record.
13             THE WITNESS:  My name is Corporal James Omerod,
14   O-M-E-R-O-D.
15                         DIRECT EXAMINATION
16   BY MR. NAMMAR:
17   Q    Good morning, Corporal.
18   A    Good morning, sir.
19   Q    Can you tell the jury how you're employed?
20   A    I am employed with the Honolulu Police Department since
21   October 1st, 2009.
22   Q    And what are you doing there right now?
23   A    I'm currently assigned to the intelligence enforcement
24   unit.
25   Q    What does that unit do?
```

```
 1   A    We gather intel on organized crime.
 2   Q    When did you start with the Honolulu Police Department?
 3   A    I started with the Honolulu Police Department with the
 4   community policing team in District 4.
 5   Q    Okay.  And what does the community policing team do?
 6   A    We partner with the community and we try to provide
 7   solutions on problems that they should be having within their
 8   own neighborhoods and communities.
 9   Q    Was one of the communities that you worked in Kailua?
10   A    Yes, sir.
11   Q    Okay.  And do you remember some of the other folks that
12   were on the community policing team?
13   A    Yes, sir.
14   Q    Who were some of the other -- some of the other members?
15   A    Officer James Strombach, Officer Ofina Unga [phonetic].
16   Q    Okay.  Before HPD, did you also work as a bartender?
17   A    Yes, sir.
18   Q    And in that role, were you familiar with a liquor called
19   Jagermeister?
20   A    Yes, sir.
21   Q    Are you familiar with what Jagermeister's color is?
22   A    Yes.
23   Q    What color is it?
24   A    Brown.
25   Q    Do you have any military experience?
```

 1    A      Yes, sir.

 2    Q      What kind of military experience?

 3    A      I'm currently with the Hawaii Air National Guard.

 4    Q      And how many years have you been with the Air National

 5    Guard?

 6    A      Eleven years, sir.

 7    Q      What is your role right now in The Air National Guard?

 8    A      I'm a public health technician.

 9    Q      And what do you do as a public health technician?

10    A      Occupational safety for the Hawaii National Guard.

11    Q      I want to turn your attention now to April 6, 2017.  Were

12    you working on that day?

13    A      Yes, sir.

14    Q      And what were you doing on that day?

15    A      That day we were -- we were assigned to like hotspot

16    enforcement as far as patrol, patrolling the streets for -- and

17    addressing any typed of illicit activities.

18    Q      Okay.  Were you part of the community policing team then?

19    A      Yes, sir.

20    Q      And was one of the -- was the area that you were working

21    on that day in Kailua?

22    A      Yes, sir.

23    Q      Did you sit -- assist in a traffic stop in Kailua?

24    A      Yes, sir.

25    Q      What kind of vehicle did you stop?

```
 1   A     It was a BMW.
 2   Q     And were you able to identify some of the occupants of
 3   that vehicle?
 4   A     Might not have been a BMW.  Sorry.  Sorry, it was a
 5   Mercedes.  Sorry.
 6   Q     Okay.  Were you able to identify some of the occupants of
 7   the Mercedes?
 8   A     Yes, sir.
 9   Q     Who were some of the occupants that you were able to
10   identify?
11   A     The driver was Kaulana Freitas.  The front passenger was
12   Jacob Smith.
13              MR. NAMMAR:  Your Honor, may we publish 6-32 and
14   6-37, which are from the original list and I believe in
15   evidence?
16              THE COURT:  Yes.  Go ahead.
17   BY MR. NAMMAR:
18   Q     Corporal, do you recognize what's shown in 6-32?
19   A     Yes.
20   Q     What is shown here?
21   A     It's a photograph of Kaulana Freitas as the driver and
22   Jacob Smith as a passenger.
23   Q     Was this taken during the traffic stop on April 6, 2017?
24   A     I believe so, yes.
25              MR. NAMMAR:  Can we publish 6-37?
```

1              THE COURT:  Yes.
2    BY MR. NAMMAR:
3    Q    Do you recognize this photo, Corporal?
4    A    Yes.
5    Q    What is shown here?
6    A    It's the black Mercedes driven by Kaulana Freitas.
7    Q    Was this also taken during the traffic stop?
8    A    That is correct.
9    Q    Did you obtain a -- after the traffic stop -- well, tell
10   us what happened during the traffic stop.
11   A    So during the traffic stop, we got there a little later, I
12   was informed by Officer Jimmy Strombach, James Strombach,
13   that -- that Kaulana and -- was -- was in the driver's seat,
14   Jacob Smith was in the passenger seat, and that he had
15   collected a -- a bag that was within the vehicle that no one
16   claimed ownership of.
17        And -- and he asked me if he could -- or we could escort
18   the -- the bag to the police station and inventory the bag.
19   Q    What does it mean to inventory a bag?
20   A    To inventory the bag because nobody claimed ownership over
21   the bag, we had to find any type of possible identification
22   of -- of the owner, so any type of IDs or any names that we
23   could possibly identify.
24   Q    So did you take the bag back to the police station to
25   inventory it with Officer Strombach?

1   A      Officer Strombach did, yes.

2   Q      Okay.  And then were you present when the inventory was
3   taking place?

4   A      Yes, sir.

5   Q      Where was it taking place?

6   A      At the Kailua police station.

7   Q      Where in the station?

8   A      It was at the ATV squad room.  It's a building -- in the
9   same parking lot but separate from the main Kailua police
10  station.

11  Q      About how big is that building, more or less?

12  A      About 300 square feet.

13  Q      And did you search one of the -- the bag that was
14  recovered during the traffic stop?

15  A      I assisted, sir, yes.

16  Q      Okay.  What do you recall was found in the backpack during
17  the inventory?

18  A      All of its contents or just --

19  Q      Some of the items.

20  A      We recovered a -- a handgun, .45 caliber handgun.  We
21  recovered a airsoft pistol.  Recovered a smoke grenade.  And we
22  recovered a Jagermeister bottle with contents, liquid content
23  in it.

24              MR. NAMMAR:  Your Honor, at this time may we publish
25  6-29, 6-28, 6-34, 6-35 and 6-26, which are already in evidence

```
 1   from the first list?
 2            THE COURT:  You may.
 3   BY MR. NAMMAR:
 4   Q    If we can start with 6-29.
 5        Corporal, do you recognize what's shown here?
 6   A    I do.
 7   Q    What is shown here?
 8   A    The black Gucci bag that we conducted the inventory on.
 9   Q    And who was this bag taken from, if you know?
10   A    This bag was observed between the feet of Jacob Smith, the
11   front passenger.
12   Q    Can we go to 6-28.  What is shown here?
13   A    That is the handgun recovered from within the bag.
14   Q    6-34.  What is shown here?
15   A    That is the airsoft pistol, also recovered from within the
16   bag.
17   Q    Is that an actual firearm or not a real firearm?
18   A    It's a airsoft pistol, a replica.  It is not an actual
19   firearm that can actually shoot a -- an actual bullet, though.
20   Q    Does it propel pellets or bullets?
21   A    It does propel pellets, correct.
22            MR. NAMMAR:  Can we show 6-35.
23   BY MR. NAMMAR:
24   Q    What is shown here?
25   A    That is the smoke grenade found within the bag as well.
```

1                MR. NAMMAR:  And can we show 6-26.
2    BY MR. NAMMAR:
3    Q    What is shown here?
4    A    That is the Jagermeister bottle, also found within the
5    bag.
6    Q    If you know, about how big was the Jagermeister bottle?
7    A    About -- about that big (indicates).
8    Q    Okay.  Is it similar to a size that you may get at the
9    airport?
10   A    That is correct.  About the size of an airport bottle,
11   correct.
12   Q    Okay.  Or on an airplane?
13   A    Yes.
14   Q    Did you notice anything about the contents of the bottle?
15   A    I did.
16   Q    What did you notice?
17   A    I noticed that the contents was clear.
18   Q    And based on your prior experience as a bartender, did
19   that pique your interest?
20   A    Yes.
21   Q    Why?
22   A    Because the contents of a Jagermeister -- of Jagermeister
23   alcohol is brown in color.
24   Q    Okay.  So when you noticed it was clear, what, if
25   anything, did you do next?

 1   A     I opened the bottle and I smelled its contents.
 2   Q     How far away was the bottle from your nose when you
 3   smelled it?
 4   A     About two -- two to three inches.
 5   Q     Okay.  Did you spill any of the contents of the bottle?
 6   A     Not that I can remember, no.
 7   Q     Did you drink any of the contents of the bottle?
 8   A     No.
 9   Q     What happened after you smelled the bottle?
10   A     After I smelled its contents, my lungs pretty much shut
11   down.  I couldn't breathe.
12   Q     Your lungs shut down?
13   A     Well, my respiratory system shut down.
14   Q     Okay.  Could you not breathe?
15   A     I could not breathe.
16   Q     And what did you do when you couldn't breathe?
17   A     I immediately capped the bottle.  Knowing that the
18   contents was unsafe, I capped the bottle.  I couldn't talk, so
19   I was trying to get the attention of the other officers in the
20   room.  They knew something was wrong.  They evacuated the room.
21   They sealed the door.  I still couldn't breathe for, I don't
22   know, maybe a few minutes.  I tried to catch my breath, fell
23   down to my knees, and that's when they -- my two officers
24   carried me over to HFD.
25   Q     Did you ever feel dizzy at any point during that?

```
 1   A     The entire time.  Yes.
 2   Q     The entire time?
 3   A     Yes.
 4   Q     And you said it went on for one to two minutes?
 5   A     Correct.
 6   Q     What did your lungs feel like during that time?
 7   A     Like they were not existent.  I couldn't -- I couldn't
 8   breathe.  I couldn't talk.  I couldn't even inhale or exhale.
 9   Something I never experienced before.
10   Q     Something you've never experienced before?
11   A     That's correct.
12   Q     What did your chest feel like?
13   A     Like it was caved in.
14   Q     Were you ever coughing or dry heaving?
15   A     Yes.  After when I got to HFD, they put me on some oxygen
16   and that's when I guess I just started coughing and trying to
17   get the thing out of my lungs.
18   Q     Who treated you at HFD?
19   A     Firefighters that was on post.
20   Q     They gave you oxygen?
21   A     Correct.
22   Q     Okay.  Did they take your vitals?
23   A     Yes.
24   Q     What do you recall, if anything, about your vitals?
25   A     I don't re -- I don't really remember, but --
```

1   Q   Okay. Was anything done with your shirt, if you recall,
2   when you were being treated at HFD?
3   A   I believe they were -- yeah. They cut my shirt open.
4   Q   And did you feel like you were sweating more than normal?
5   A   Yes. Profusely sweating, yeah.
6   Q   Tell us about that.
7   A   I was profusely sweating, I remember that. I believe they
8   were trying to hook up -- hook me up to the EKG monitor and the
9   stickies couldn't stick on my chest because I was sweating so
10  much.
11  Q   When you smelled the bottle, do you recall what it smelled
12  like?
13  A   Like chemicals.
14  Q   Like a chemical?
15  A   Yeah. I've never smelt it before.
16  Q   Okay. At some point when you were at HFD did an ambulance
17  arrive?
18  A   Yes.
19  Q   Did you get additional care by a -- from a paramedic?
20  A   I believe so.
21  Q   Okay. Were you asked if you wanted to be transported to
22  the hospital?
23  A   Yes.
24  Q   Were you asked that by the paramedic?
25  A   Yes.

```
 1   Q     What did you tell the paramedic?
 2   A     No.
 3   Q     Why did you tell the paramedic no?
 4   A     That I'll be transporting myself.
 5   Q     Okay.  When you told the paramedic no, did you know what
 6   was going on in the community policing team?
 7   A     No.
 8   Q     Do you remember how you got -- did you go to the hospital?
 9   A     I did.
10   Q     Do you remember how you got to the hospital?
11   A     I don't recall.
12   Q     Okay.  Did you get treatment at the hospital?
13   A     I did.
14   Q     Which hospital did you go to?
15   A     Castle Hospital.
16   Q     Do you recall the doctor's name who treated you?
17   A     I believe it was Dr. Swanson.
18   Q     How long did you stay at the hospital?
19   A     Like two hours maybe.
20   Q     Okay.  Do you recall leaving against doctor's advice?
21   A     I believe so.  Yes.
22   Q     Why did you leave against the doctor's advice?
23   A     Because I felt responsible of what happened and I wanted
24   to go and help with whatever damage was done.
25   Q     Okay.  You said you felt responsible for what happened?
```

```
 1   A     Mm.
 2   Q     Okay.  Where did you want to go give help?
 3   A     At the Kailua police station.
 4   Q     Did you have any effects in the days after from inhaling
 5   the Jagermeister bottle?
 6   A     Mm-hmm.
 7   Q     What kind of effects?
 8   A     Just my lung capacity was shorter, coughing throughout.
 9   For at least for a couple of weeks I was coughing.  Just
10   couldn't take deep breaths.
11   Q     And did that -- how long did that go on for?
12   A     Couple weeks.
13   Q     And it eventually go away?
14   A     Yes.
15              MR. NAMMAR:  Pass the witness, Your Honor.
16              THE COURT:  Cross-examination.
17                          CROSS-EXAMINATION
18   BY MR. KENNEDY:
19   Q     Sir, do you recall when the EMT came to provide
20   assistance?
21   A     Vaguely, yes, sir.
22   Q     Okay.  And then you were given first aid?
23   A     Yes, sir.
24   Q     And oxygen?
25   A     Yes, sir.
```

1   Q    And you decided to go to the hospital and self-transport,
2   correct?
3   A    Yes, sir.
4   Q    And you went back to the police station that day?
5   A    Yes, sir.
6   Q    And then you wanted to see what, if anything, happened at
7   the station?
8   A    Yes, sir.
9   Q    And did you remain there that day?
10  A    I did not.
11  Q    Okay.
12            MR. KENNEDY:  Can we pull up 6-32, which is in
13  evidence, Your Honor?
14            THE COURT:  Yes.  Go ahead.
15  BY MR. KENNEDY:
16  Q    Now, I believe you mentioned that the Gucci bag, which we
17  saw in the photograph, was beneath the feet of Jake Smith?
18  A    Yes, sir.
19  Q    And we can see it had sort of a -- a strap with the bag,
20  if you recall.  Do you recall that from that day?
21  A    Yes, sir.
22  Q    So we can see that in the photograph kind of on his lap
23  area there (indicates)?
24  A    That is correct, sir.
25  Q    Okay.  After -- I know you felt responsible, but since

1  these two individuals were in the car, did you feel like they
2  should have been arrested for what happened to you?
3  A    That -- like was that going through my mind at the time?
4  Q    Yes.
5  A    No.  What was going through my mind at the time was damage
6  control and what was done at the station.
7  Q    Okay.  In terms of in the days following, did you have
8  that feeling?
9  A    Not that I can recall, sir.
10 Q    Fair enough.  Thank you.
11              THE WITNESS:  Thank you.
12              MR. KENNEDY:  No further questions.
13              THE COURT:  Anything else, Mr. Nammar?
14              MR. NAMMAR:  No, Your Honor.
15              THE COURT:  Corporal, you may step down.  Thank you,
16 sir.
17                                            (Witness excused.)
18              (End of partial transcript.)
19                         * * * * *
20
21
22
23
24
25

```
 1                    COURT REPORTER CERTIFICATE

 2            I, Ann B. Matsumoto, Official Court Reporter, United

 3   States District Court, District of Hawaii, do hereby certify

 4   that pursuant to 28 U.S.C. Sec. 753 the foregoing is a

 5   complete, true, and correct transcript of the stenographically

 6   recorded proceedings held in the above-entitled matter and that

 7   the transcript page format is in conformance with the

 8   regulations of the Judicial Conference of the United States.

 9            DATED at Honolulu, Hawaii, June 30, 2024.

10

11

12
                            /s/ Ann B. Matsumoto
13                          ANN B. MATSUMOTO, RPR

14

15

16

17

18

19

20

21

22

23

24

25
```