```
 1                IN THE UNITED STATES DISTRICT COURT

 2                     FOR THE DISTRICT OF HAWAII

 3

 4   UNITED STATES OF AMERICA,     )  CR. NO. 19-00099-DKW-KJM
                                   )
 5              Plaintiff,         )  Honolulu, Hawaii
                                   )
 6        vs.                      )  March 11, 2024
                                   )
 7   MICHAEL J. MISKE, JR.,        )  JURY TRIAL - DAY 35
                                   )
 8              Defendant.         )  (TESTIMONY OF GOVERNMENT'S
     _____)  WITNESS ISAIAH KAEO-CASH)
 9

10

                    PARTIAL TRANSCRIPT OF PROCEEDINGS
11              BEFORE THE HONORABLE DERRICK K. WATSON
                CHIEF UNITED STATES DISTRICT COURT JUDGE
12
     APPEARANCES:
13
     For the Government:        MARK A. INCIONG, AUSA
14                              MICHAEL DAVID NAMMAR, AUSA
                                WILLIAM KEAUPUNI AKINA, AUSA
15                              Office of the United States Attorney
                                Prince Kuhio Federal Building
16                              300 Ala Moana Boulevard, Suite 6100
                                Honolulu, Hawaii 96850
17
     For the Defendant:        LYNN E. PANAGAKOS, ESQ.
18                              841 Bishop Street, Suite 2201
                                Honolulu, Hawaii 96813
19
                                MICHAEL JEROME KENNEDY, ESQ.
20                              Law Offices of Michael Jerome
                                Kennedy, PLLC
21                              333 Flint Street
                                Reno, Nevada 89501
22
     Official Court            ANN B. MATSUMOTO, RPR
23   Reporter:                 United States District Court
                                300 Ala Moana Boulevard, Room C-338
24                              Honolulu, Hawaii 96850

25   Proceedings recorded by machine shorthand, transcript produced
     with computer-aided transcription (CAT).
```

1                           I N D E X

2      WITNESS:                                          PAGE NO.

3      FOR THE GOVERNMENT:

4       ISAIAH KAEO-CASH

5        DIRECT EXAMINATION BY MR. AKINA                    3

6        CROSS-EXAMINATION BY MR. KENNEDY                  36

7        REDIRECT EXAMINATION BY MR. AKINA                 49

8        RECROSS-EXAMINATION BY MR. KENNEDY                51

9

10                          E X H I B I T S

11     Exhibit 1-219a                                      26

12     Exhibit 9427-28                                     36

13     Exhibit 9427-28a                                    39

14     Exhibit 9427-09                                     39

15     Exhibit 9427-29a                                    41

16

17

18

19

20

21

22

23

24

25

```
 1   MONDAY, MARCH 11, 2024                    10:53 A M. O'CLOCK
 2                             *  *  *  *  *
 3              (Start of partial transcript:)
 4              (Open court in the presence of the jury.)
 5              THE COURT:  All right.  The government may call its
 6   next witness.
 7              MR. AKINA:  Government calls Isaiah Kaeo-Cash.
 8              COURTROOM MANAGER:  Please raise your right hand.
 9              ISAIAH KAEO-CASH, GOVERNMENT'S WITNESS, SWORN.
10              THE WITNESS:  Yeah.
11              COURTROOM MANAGER:  You may be seated.
12              Please state your full name, spelling your last name
13   for the record.
14              THE WITNESS:  Isaiah, K-A-E-O, hyphen, C-A-S-H.
15                        DIRECT EXAMINATION
16   BY MR. AKINA:
17   Q    Good morning, Mr. Kaeo-Cash.
18   A    Good morning.
19   Q    Where did you grow up, what part of the island?
20   A    Waimanalo.
21   Q    Have you lived there your whole life?
22   A    Yeah.
23   Q    And what have you done workwise in the past?
24   A    Security guard most of the time.
25   Q    Are you here today because you received a subpoena to
```

1   testify?

2   A    Yes.

3   Q    Would you have come otherwise?

4   A    No.

5   Q    Do you want to be testifying here today?

6   A    No.

7   Q    Do you know an individual named John Stancil?

8   A    Yes.

9   Q    And where did you meet John Stancil?

10  A    Met him at a friend's house.

11  Q    Was that -- what part of the island was that?

12  A    Waimanalo.

13  Q    How old were you when you met John Stancil?

14  A    I'm not sure the exact age I met him at.

15  Q    Were you still in high school?

16  A    I might have just got out.

17  Q    What year did you graduate high school?

18  A    2015.

19  Q    So around 2015 is when you met him?

20  A    Most like -- yeah, like around there.

21  Q    What would you do when you hung out with John Stancil?

22  A    I would cruise, go eat, couple times went to the bars.

23  That's about it.

24  Q    Would he ever buy you food or drinks when you hung out?

25  A    Yeah.

1   Q    He would pay for it?

2        You have to say --

3   A    Oh, yes.

4   Q    -- something audible.  Just because there's a court

5   reporter typing everything.

6            MR. AKINA:  Could we show the witness and publish

7   Exhibit 1-40, already in evidence?

8            THE COURT:  Go ahead.

9   BY MR. AKINA:

10  Q    You recognize this person?

11  A    Yeah.

12  Q    Who's that?

13  A    John.

14  Q    That's John Stancil?

15  A    Yeah.

16  Q    Do you know someone named Jacob Smith?

17  A    Yeah.

18  Q    How do you know Jacob Smith?

19  A    I met him around like -- at the same friend's house.

20  Q    Do you know if John Stancil and Jacob Smith ever hung out

21  together?

22  A    We all -- we cruised together before.

23  Q    You would hang out with John Stancil and Jacob Smith?

24  A    Yeah.

25           MR. AKINA:  Could we show and publish Exhibit 1-41,

```
 1   already in evidence?

 2              THE COURT:  Go ahead.

 3   BY MR. AKINA:

 4   Q    Do you recognize this individual?

 5   A    Yeah.

 6   Q    Who is that?

 7   A    Jake.

 8   Q    Jacob Smith?

 9   A    Yeah.

10   Q    You know someone named Dayson Kaae?

11   A    Yeah.

12   Q    How did you meet Dayson Kaae?

13   A    Met him through Jake, actually.

14   Q    Jake Smith introduced you to Dayson Kaae?

15   A    Yeah.

16              MR. AKINA:  Can we show the witness Exhibit 1-73,

17   also in evidence?

18              THE COURT:  Yes.  Go ahead.

19   BY MR. AKINA:

20   Q    Is this a picture of Dayson Kaae?

21   A    Yeah.

22   Q    Do you know someone named Jayward Reylubong?

23   A    Yeah.

24   Q    Who is that?  Who is Jayward Reylubong?

25   A    He's one of my friends.
```

1    Q    How close were you with him in high school?

2    A    We wasn't close in high school.

3    Q    Okay.  After you graduated high school, did you become

4    close to him?

5    A    Yeah.

6    Q    How close?

7    A    Pretty close.

8    Q    Fair to say that you were best friends at some point in

9    time?

10   A    Yeah.

11   Q    And that's after you graduated in 2015?

12   A    Yeah.

13   Q    Were you the same age?

14   A    No.

15   Q    Who was older?

16   A    Me.

17   Q    By about how many years?

18   A    One to two, I think.

19         MR. AKINA:  Can we show the witness Exhibit 1-862,

20   also in evidence?

21         THE COURT:  Go ahead.

22   BY MR. AKINA:

23   Q    Is this Jayward Reylubong?

24   A    Yeah.

25   Q    Do you know someone named Chloe Chang?

```
 1   A     I met her before, yeah.

 2   Q     How did you meet -- or who -- who is she?

 3   A     She was John's girlfriend at the time.

 4   Q     John Stancil's girlfriend?

 5   A     Yeah.

 6   Q     When you say "at the time," what do you mean?

 7   A     Would be when I met her.

 8   Q     Do you know someone named Kayla Keoho?

 9   A     Yeah.

10   Q     Who is she?

11   A     That was one of my friends too.

12   Q     Do you know if she ever dated Jake Smith?

13   A     Yeah.  Or they was talking.  I don't know if they was

14   dating.

15   Q     But they were familiar with each other?

16   A     Yeah.

17   Q     I'm going to direct you to November 27 of 2017.  Were you

18   with Dayson Kaae that day?

19   A     Yeah.

20   Q     Do you remember the day that Dayson Kaae died?

21   A     Yes.

22   Q     You were with him on that day?

23   A     Yeah.

24   Q     Were you in a car with him shortly before he died?

25   A     Yes.
```

1   Q    So I'm going to back up to the earlier part of that day.

2   Where were you staying at that time?

3   A    Staying at a friend's house.

4   Q    And were you staying with anyone in particular?

5   A    Me and Jay would stay there.

6   Q    You and Jayward Reylubong were staying together at a

7   friend's house?

8   A    Yeah.

9   Q    And later that day did you meet up with John Stancil?

10  A    Yes.

11  Q    And did the three of you meet up with anyone else?

12  A    Yeah, we picked up Jake.

13  Q    You said "picked up."  Were you guys in a car?

14  A    Yeah.

15  Q    You guys were driving around?

16  A    Yeah.

17  Q    Do you remember what type of car that was?

18  A    Pretty sure it was a Toyota.

19  Q    Remember the color?

20  A    I think gold, I think.

21  Q    Golden?

22  A    Yeah.

23  Q    So you, Jayward Reylubong, John Stancil, you pick up Jake

24  Smith.  Do you pick up anyone else?

25  A    Then we pick up Dayson, actually.

```
 1   Q    Dayson Kaae?

 2   A    Yeah.

 3   Q    So the five of you were in the car?

 4   A    Mm-hmm.

 5   Q    Back then did you have music CDs that you would have music

 6   on?

 7   A    Yeah.

 8   Q    Sometimes you would listen to that in the car?

 9   A    Yeah.

10   Q    After the five of you were together, were you all five in

11   that -- in that car?

12   A    Yeah.

13   Q    Okay.  What was the plan for that day?

14   A    Never really had a plan.

15   Q    What did you think was going to happen that day?

16   A    We were just cruising, a regular day.

17   Q    By "cruising," what do you mean?

18   A    Just driving around, hanging out.

19   Q    At some point did you all end up driving to Aloha Tattoo

20   in Kailua?

21   A    Yes.

22   Q    Around what time of the day was that?

23   A    Cannot pinpoint exactly what time.

24   Q    Was it afternoon?

25   A    Yeah, it was afternoon, though.
```

```
 1    Q    Did anyone in the car talk about Aloha Tattoo?

 2    A    No.

 3    Q    Did anyone mention any plans to do anything at that

 4    point --

 5    A    No.

 6    Q    -- when you arrived at Aloha Tattoo?

 7    A    No.

 8    Q    So did you have any idea what was about to happen?

 9    A    No.

10    Q    So the car pulls up to Aloha Tattoo.  Does anyone get out

11    of the car?

12    A    Yeah.

13    Q    Who got out of the car?

14    A    Dayson.

15    Q    Anyone else?

16    A    And Johnny at the time.

17    Q    Dayson and John got out of the car?

18    A    Yeah.

19    Q    Did Dayson say anything to you at that time?

20    A    All he said is "I'll be back."

21    Q    Now, where was everyone seated in the car prior to this?

22    A    I know I was in the backseat.

23    Q    Which part?

24    A    The back of the driver.

25    Q    So you're in the back driver's side?
```

1    A    Yeah.

2    Q    Where was Jayward?

3    A    He was in the -- to the right of me, in the middle.

4    Q    So rear middle?

5    A    Yeah.

6    Q    And where was Dayson Kaae?

7    A    On the other end of him.

8    Q    In the rear passenger side?

9    A    Yeah.

10   Q    Who was the driver?

11   A    Johnny at the time.

12   Q    John Stancil?

13   A    Yeah.

14   Q    And who was in the front passenger seat?

15   A    Jake.

16   Q    Jake Smith?

17   A    Yeah.

18   Q    Okay.  So after John Stancil and Dayson Kaae get out of

19   the vehicle, where do they go?

20   A    They enter the -- the shop.

21            MR. AKINA:  Could we show Exhibit 1-220, publish

22   that?

23            THE COURT:  You may.

24   BY MR. AKINA:

25   Q    Is this the shop that they went into?

```
1    A    Yeah.

2    Q    Then what happened after they went into that shop?

3    A    I don't know.  Dayson came back out bleeding.

4    Q    Did you see what happened inside?

5    A    No.

6    Q    So Dayson comes back bleeding.  Does he get into the car?

7    A    Yeah.

8    Q    Which part of the car?

9    A    The same spot.

10   Q    Okay.  That rear passenger side?

11   A    Yeah.

12   Q    And what about John Stancil?

13   A    He gets back in the driver.

14   Q    He got into the driver?

15   A    Yeah.

16   Q    Was John Stancil wearing anything at that time?

17   A    Never really noticed too much.

18   Q    Anything on his head?

19   A    I never noticed that.

20   Q    Do you recall him wearing a mask?

21   A    From that point on I never really, like, saw him, like, in

22   front of me, you know what I mean?

23   Q    So you don't recall?

24   A    Yeah, no.

25   Q    Do you recall telling an FBI agent that you recalled
```

1    seeing him wearing a mask?

2    A    I might have.  I don't know.

3    Q    So John Stancil gets back into the driver's seat, and then

4    what happens?

5    A    Then we -- I don't know.  The car ended up like -- we

6    ended up driving away, but the car was like swerving all over.

7    Q    Why was it swerving?

8    A    I don't know.

9    Q    Did you see anyone come out of the store after John

10   Stancil and Dayson Kaae?

11   A    I was -- I don't know.  My mind was kind of blank, and I

12   was like kind of numb at that point.

13   Q    Okay.  Tell me about that, your mind was blank.  Why?

14   A    Just seeing my friend come back with blood on him.

15   Q    Can you describe the amount?  Was it like a small scratch?

16   A    Like a -- I don't know.  I was on top of this side, and I

17   could barely see how much, but I saw a little blood on top of

18   him.

19   Q    Okay.

20   A    Yeah.

21   Q    Did he seem to be okay?

22   A    No.

23   Q    How did he appear to you?

24   A    Like he was hurt.

25   Q    Did it appear that he needed to see a doctor?

```
 1   A    Yeah.

 2   Q    And what was the atmosphere like inside the car?  How was

 3   everybody at this point?

 4   A    I don't know.  Nobody said anything.

 5   Q    Okay.  And it sounds like you were sort of in your own

 6   head?

 7   A    Yeah.

 8   Q    Were you in shock?

 9   A    Yeah.

10   Q    Were you expecting to see Dayson Kaae come out of the shop

11   bleeding?

12   A    No.

13   Q    And is that why you were in shock?

14   A    Yeah.

15   Q    Do you recall if anyone came up to the car other than

16   Dayson Kaae and John Stancil?

17   A    No.

18   Q    Can't remember?

19   A    Yeah, I can't remember.

20   Q    Okay.  So you drive off.  You said the car was swerving.

21   And where did you all drive off to?

22   A    I don't really know that exact area, but I know we went

23   like right.

24   Q    You made a right?

25   A    Yeah.
```

1  Q    And then after you made the right, what -- did you make a
2  left?

3  A    Yeah.

4  Q    And then after making the left, what did you do?  What did
5  the car do?

6  A    Stop.

7  Q    Came to a stop?

8       And after the car came to a stop, what happened next?

9  A    Everyone jumped out.

10 Q    Everyone jumped out?

11 A    Yeah.

12 Q    What about Dayson Kaae?

13 A    No.

14 Q    He stayed in the car?

15 A    Yeah.

16 Q    Do you recall -- were you paying attention to what anyone
17 was saying inside the car during this time?

18 A    No.

19 Q    You were still inside your own head?

20 A    Yes.

21 Q    Did you try to help Dayson Kaae?

22 A    I tried to call the ambulance, but I didn't know what to
23 say.

24 Q    Did you actually dial 911?

25 A    Yes.

1    Q    And did you say anything?

2    A    I don't recall what I said, but --

3    Q    Did you end up hanging up?

4    A    Yeah.

5    Q    And why was that?

6    A    I was -- I don't know.

7    Q    When you left the vehicle, was Dayson Kaae still alive to

8    you?

9    A    No.

10   Q    Where did you go from there?

11   A    I ended up walking across the street someplace.

12        MR. AKINA:  Could we show the witness Exhibit 1-219,

13   already in evidence?

14        THE COURT:  Go ahead.

15   BY MR. AKINA:

16   Q    You said from the tattoo shop you guys drove and you made

17   a right?

18   A    Yeah.

19   Q    So do you recognize where this location is that I circled?

20   A    Yeah, from the map.  Yeah.

21   Q    What is that?

22   A    It says a tattoo shop.

23   Q    So you would have made a right, the first right?

24   A    Yeah.

25   Q    And then you said you made a left?

1   A    Yeah.

2   Q    Would that be up here (indicates)?

3   A    Yeah.

4   Q    And is this around the area that the car stopped?

5   A    Pretty sure, yeah.

6   Q    And you said that --

7        MR. AKINA:  We can take this down.

8   BY MR. AKINA:

9   Q    You said that you walked somewhere.  Who did you walk

10  with?

11  A    It was me and Jayward.

12  Q    You and Jayward.  What happened to John Stancil?

13  A    I don't know.

14  Q    Was he still in the car?

15  A    No.  He got -- he got out and -- I don't know.  We all

16  kind of split up.

17  Q    Okay.  Do you remember who was the first person to leave

18  the group?

19  A    Not really.

20  Q    Okay.  So John Stancil went somewhere.  You and Jayward

21  walked to somewhere.  What was that somewhere?

22  A    I remember seeing Zippy's at the time.

23  Q    You and Jayward walked to Zippy's?

24  A    Yeah.

25  Q    At Zippy's, did you and Jayward see anyone that you knew?

```
 1   A      We ended up meeting up with Jake after.

 2   Q      Jake was at the Zippy's also?

 3   A      Yeah.

 4   Q      And then the three of you, where did the three of you go

 5   from there?

 6   A      Ended up getting picked up.

 7   Q      By who?

 8   A      One of Jake's friends.

 9   Q      And then after one of Jake's friends picked you up, what

10   happened?

11   A      Ended up getting -- we jumped in another car after.

12   Q      So one of Jake's friends came and picked you, Jake, and

13   Jayward Reylubong up in their car?

14   A      Yeah.

15   Q      And then you switched over to a second car?

16   A      Yeah.

17   Q      And who was driving that second car?

18   A      That, I don't remember.

19   Q      You said it was another one of Jake's friends?

20   A      Yeah.

21   Q      Who was that other person?

22   A      I not sure.

23   Q      Was it Kayla Keoho?

24   A      No.   Then we ended up going to Kayla after that.

25   Q      After that?
```

1    A     Yeah.

2    Q     Okay.  So another vehicle?

3    A     Yeah.

4    Q     Eventually you get picked up by Kayla Keoho?

5    A     Yeah.

6    Q     After you get picked up by Kayla Keoho, then what

7    happened?

8    A     She dropped us off at home, or at the house we were

9    staying.

10   Q     She dropped you and who?

11   A     Jay.

12   Q     That same house that you had been staying the night

13   before?

14   A     Yeah.

15   Q     And then did Jake go with you or did he stay with Kayla?

16   A     Stayed with Kayla.

17   Q     All right.

18         MR. AKINA:  Can we show the witness Exhibit 1-242,

19   already in evidence?

20         THE COURT:  Go ahead.

21   BY MR. AKINA:

22   Q     Do you recognize this?

23   A     Yeah.

24   Q     What is this a picture of?

25   A     The car.

1    Q    That's the car that you all five were in?

2    A    Yeah.

3            MR. AKINA:  Can we show the witness Exhibit 1-316,

4    which is in evidence?

5            THE COURT:  You may.

6    BY MR. AKINA:

7    Q    Do you see these CDs in this picture?

8    A    Mm-hmm.

9            MR. AKINA:  And if we can go to Exhibit 1-317.

10   BY MR. AKINA:

11   Q    Is that an overhead view of those same CDs?

12   A    Yeah.

13   Q    Okay.  And you see three of them has cash, cash, cash

14   written on them?

15   A    Yeah.

16   Q    Are those CDs that you had at that time?

17   A    Yeah.

18   Q    After you got dropped off by Kayla at home, what happened

19   next?

20   A    We was at home.

21   Q    Say that again?

22   A    We just was at home.

23   Q    Okay.  Did anyone come to pick you up later on?

24   A    Yeah.

25   Q    Who?

```
 1   A    Kayla and Jake.

 2   Q    So they came back and picked you up?

 3   A    Yeah.

 4   Q    Was it just you, or anyone else that they picked up?

 5   A    Me and Jayward.

 6   Q    So after they picked up you and Jayward Reylubong, where

 7   did you go?

 8   A    I think it was someplace in Kailua.

 9   Q    Okay.  What type of place was it?

10   A    Shopping center.

11   Q    And is this -- this is the same night, right?

12   A    Yeah.

13   Q    A shopping center?  Which shopping center?

14   A    I don't know the name over there.

15   Q    Okay.  But in Kailua?

16   A    Yeah.

17   Q    And what types of places were there, businesses were

18   around?

19   A    I remember Safeway for sure.

20   Q    Do you recall a movie theater nearby?

21   A    Yeah, in the area.

22   Q    Okay.  So you get driven to this shopping center area.

23   Did you go into any buildings or did you stay out in the

24   parking lot area?

25   A    Wait.  What is that?
```

 1   Q     Did you go into any buildings at the shopping center?

 2   A     No.

 3   Q     You stayed in the parking lot area?

 4   A     Yeah.

 5   Q     And what happened once you got there to the parking lot?

 6   A     I met up with someone.

 7   Q     Okay.  So how did that -- how did that work?  How did you

 8   go from being inside the car to meeting with someone?

 9   A     Jake just said I had to go -- go meet someone.

10   Q     Who said?

11   A     Jake.

12   Q     Jake said you had to go meet someone?

13   A     Yeah.

14   Q     Okay.  And at this point Jayward was with you?

15   A     Yeah.

16   Q     And was this all together go meet someone?

17   A     Or it was like they -- they asked Jayward.  And then he

18   didn't want to go, so I went.

19   Q     Who asked Jayward to go?

20   A     Jake.

21   Q     Jake asked Jayward to go meet someone?

22   A     Yeah.

23   Q     And Jayward didn't want to go?

24   A     No.

25   Q     How did Jayward appear to you?

```
 1   A    I would say frightened.  I don't know.

 2   Q    So Jayward didn't want to go.  And then what happened?

 3   A    Then I went out.

 4   Q    You decided to go out?

 5   A    Yeah.

 6   Q    Okay.  So you went out alone or with anyone?

 7   A    Alone.

 8   Q    And you get out of the car?

 9   A    Mm-hmm.

10   Q    And then where do you go?

11   A    I just remember walking.

12   Q    At this point, is it daylight or has it become dark?

13   A    No, it's dark already.

14   Q    Okay.  So you're walking alone in this parking lot and

15   where do you go?  What happens next?

16   A    I spoke to a guy with a mask on.

17   Q    You spoke to a guy with a mask on?

18   A    Yeah.

19   Q    And what was that conversation?

20   A    He said if I was okay.

21   Q    What did you tell him?

22   A    Yeah.

23   Q    Did you know who that masked man was?

24   A    No.

25   Q    Anything else you recall from that conversation?
```

1   A    No.

2   Q    Was that masked man -- that wasn't John Stancil, was it?

3   Could you tell?

4   A    I'm not sure.  Cannot -- couldn't tell.

5   Q    Okay.  You have no idea who it was?

6   A    No.

7              MR. AKINA:  Can we show the witness only

8   Exhibit 1-219a from the government's fourth supplemental list?

9              THE COURT:  Go ahead.

10  BY MR. AKINA:

11  Q    Do you recognize what shopping center this map shows?

12  A    Yeah.

13  Q    You do?

14  A    Yeah.

15  Q    Okay.  What do you -- what is it?  What do you know it as?

16  A    It's about the area, like --

17  Q    Do you know the name of the shopping area?

18  A    From looking at this, yeah, but --

19  Q    Okay.

20  A    Not off of -- not off of top of my head, yeah.

21  Q    Does this depict the area that you went to that evening to

22  meet the man in the mask?

23  A    Looks like it, yeah.

24  Q    Okay.  And do you see the area that you got out of the car

25  that Jake Smith and Kayla had picked you up in?

```
 1   A    Yeah.
 2           MR. AKINA:  At this point I'd offer Exhibit 1-219a
 3   into evidence.
 4           THE COURT:  Any objection?
 5           MR. KENNEDY:  No objection.
 6           THE COURT:  Without objection, that exhibit is
 7   admitted, 1-219, alpha.
 8           (Exhibit 1-219a received in evidence.)
 9           THE COURT:  You may publish.
10   BY MR. AKINA:
11   Q    Okay.  So you said this is a shopping center.  You don't
12   know the name off the top of your head?
13   A    Yeah.
14   Q    But it's in Kailua?
15   A    Yeah.
16   Q    All right.  Can you circle with your finger on the screen
17   the area that you got out of the car?
18   A    Right here.  Was right around here (indicates).
19           MR. AKINA:  Okay.  If we could zoom in on this bottom
20   half of the screen, please.
21   BY MR. AKINA:
22   Q    All right.  Could you mark it again?
23   A    This area (indicates).
24   Q    So that's kind of behind this Safeway?
25   A    Yeah.
```

```
 1   Q    And then which direction did you walk?

 2   A    Left.

 3   Q    Left?  Okay.

 4        And then you ultimately met up with someone?

 5   A    Yeah.

 6   Q    Okay.  So can you circle about where you think you met up

 7   with that person?

 8   A    Probably be like around this area or something

 9   (indicates).  Wasn't that far.

10   Q    And then you see below that it says Kailua Cinemas there?

11   A    Yeah.

12   Q    So you met up in this parking lot area, kind of behind the

13   Safeway and the cinema?

14   A    Yeah, it was like around there.

15   Q    Okay.  After you talked to that person in the mask, what

16   did you do?

17   A    Went back to the car.

18   Q    Do you know if Jayward got out?

19   A    If I recall, yeah.  I don't know.  I remember kind of like

20   bits and pieces, yeah.

21   Q    Okay.  From this shopping center, where did you all go?

22   A    We ended up going in like Waikiki area.

23   Q    Okay.  Where did you stay that night?

24   A    There's a hotel.

25   Q    Do you know whose idea that was?
```

1   A   No.  I just went with the flow with Jake.

2   Q   Say that again?

3   A   I went with the flow.  It was with Jake and Kayla.

4   Q   Okay.  Was it your idea?

5   A   No.

6   Q   Okay.  Was it Jayward's idea?

7   A   No.

8   Q   Did you or Jayward pay for the hotel?

9   A   No.

10   Q   What about your phone?  What happened to your phone that
11   night?

12   A   I remember leaving it with Jake.

13   Q   You left it with Jake?

14   A   Yeah.

15   Q   How did that happen?

16   A   He asked if I had my phone, and I gave it to him.

17   Q   Jake Smith asked for your phone?

18   A   Yeah.

19   Q   At this point, what was going through your head, now that
20   you're at a hotel and Jay -- you met a man in a mask and Jake
21   Smith has asked for your phone?

22   A   Not much, honestly.

23   Q   Were you still in shock?

24   A   Yeah.

25   Q   Were any explanations given to you?

```
 1   A    No.

 2   Q    About how many nights did you stay at a hotel?

 3   A    I remember just sleeping over that one night.  And then --

 4   'cause we went -- ended up going, like leaving after.

 5   Q    Okay.  So that first night, who stayed over?

 6   A    Me, Jake, Jayward, and Kayla.

 7   Q    Okay.  And then the next day, did you stay at that same

 8   hotel?

 9   A    No.

10   Q    Did you go to another hotel?

11   A    Yeah.

12   Q    Okay.  In total, about how many hotels did you stay at?

13   A    Three to four, I would say.

14   Q    Is that a new hotel every night?

15   A    Can't recall if it was every night or every couple nights.

16   Q    Okay.

17   A    Not really sure.

18   Q    You would switch every day or a couple of days?

19   A    Yeah.

20   Q    And after the first night, you went to the second hotel?

21   A    Mm-hmm.

22   Q    Who took you there?

23   A    I don't know.  Johnny.

24   Q    John Stancil?

25   A    Yeah.
```

```
 1   Q    Anyone else with him?

 2   A    No.

 3   Q    Okay.  And did Jayward go with you to this new hotel?

 4   A    Yeah.

 5   Q    And did you ever see Chloe Chang?

 6   A    Yeah.  She ended up coming by.

 7   Q    She would come by to where?

 8   A    To the hotel.

 9   Q    And then what about -- was there a third hotel?

10   A    Yeah.

11   Q    And who took you to that third hotel?

12   A    Same people.

13   Q    Which people?

14   A    Johnny.

15   Q    And was there a fourth hotel?

16   A    I think -- I don't know.  It was three or four, that's

17   why.  So it was --

18   Q    Was it the same people who took you to that hotel?

19   A    Yeah.  We stayed with the same people.

20   Q    During this time, how did Jayward Reylubong seem to you?

21   A    Still blank, pretty much.

22   Q    Did he appear scared at all?

23   A    In a way.

24   Q    Okay.  So focusing on when you're going from the first

25   hotel to the second hotel, do you recall making any stops?
```

```
 1   A     I know we went across the street from the first one, but I
 2   was in the car.  I don't know.
 3   Q     Were there -- and tell us about that.
 4   A     We just went across the street and Jayward and Jake jumped
 5   out.
 6   Q     Do you know what they were supposed to do?
 7   A     No.
 8   Q     But you stayed in the car?
 9   A     Yeah.
10   Q     Do you know if there were any other meetings with people?
11   A     That, I'm not sure, 'cause I didn't have another.
12   Q     Do you know if Jayward Reylubong met with anyone at this
13   point while going from the first hotel to the second hotel?
14   A     I don't know.
15   Q     Do you know what happened to Dayson Kaae ultimately?
16   A     After reading articles, yeah.
17   Q     Did you learn that while you were staying at the hotel?
18   A     I think it was after.
19   Q     While you were staying at these hotels, did you meet with
20   any attorneys, or were you taken to meet with any attorneys?
21   A     I met with one.
22   Q     Okay.  And who took you there?
23   A     Johnny.
24   Q     Okay.  Did he take anyone else besides you?
25   A     Oh, Jayward was with me the whole time too.
```

1 Q Okay.  So John Stancil took you and Jayward Reylubong to

2 meet with an attorney?

3 A Yeah.

4 Q And what part of the island was that in?

5 A Like this area, like town area.

6 Q Town area?  Whose idea was it to go see an attorney?  Was

7 it your idea?

8 A It wasn't mine.

9 Q Was it Jayward's idea?

10 A No.

11 Q When you all went, how did that work?  Did you all meet --

12 the three of you meet with one attorney or separately?

13 A No.  Me and Jayward went in and then I met with one.  And

14 he couldn't take two of us so --

15 Q Do you recall the name of the person that you met with?

16 A Pretty sure it was Andrew.

17 Q Andrew?

18 A Yeah.

19 Q Do you remember his last name?

20 A His name was Parks or something.

21 Q Did you end up hiring him?

22 A No.

23 Q Did you pay any money?

24 A No.

25 Q Do you recall what you discussed with Andrew Park?

1   A    I don't.

2   Q    What about John Stancil and Jayward, did they go to any

3   other -- any attorneys?  You said that this one couldn't take

4   two of you.

5   A    Yeah.  They met up with their own too.

6   Q    Okay.  Do you recall anything from who they met up with?

7   A    Not really, no.

8   Q    Do any names stand out to you that you saw on the wall?

9   A    I mean, I saw names, but I don't know if that was theirs,

10  like for sure.

11  Q    What names did you see?

12  A    I know I saw a name named Alan.

13  Q    Alan who?

14  A    I don't really know a last name too good.

15  Q    Okay.  After you stayed at the hotels, did you at some

16  point able -- were you able to go home?

17  A    Yeah.

18  Q    And did you get your phone back or did you get a new

19  phone?  What happened?

20  A    We ended up getting new phones.

21  Q    Who gave you new phones?

22  A    Well, we went with Johnny to -- I forget what place, but

23  we went to get a phone.

24  Q    You went with John Stancil?

25  A    Yeah.

```
 1   Q    Who paid for that new phone?

 2   A    Pretty sure him.

 3   Q    Did you pay for it?

 4   A    No.

 5   Q    During the time that you were staying at the hotels, did

 6   you have contact with your family?

 7   A    No.

 8   Q    Did they know where you were?

 9   A    No.

10   Q    After this whole incident and staying at the hotels

11   happened, did you continue hanging out with John Stancil?

12   A    No.

13   Q    Why not?

14   A    We just stayed home.

15   Q    At some point in the future after that, this happens, did

16   John Stancil ever try to reach out to you?

17   A    No.

18   Q    Did he ever ask to get food with you at some point in

19   time?

20   A    No.

21   Q    That first person who picked you up after you left the

22   Camry, you said it was Jake's friend, right?

23   A    Yeah.

24   Q    And that was from Zippy's or around that area?

25   A    Yeah, in the area.
```

```
1    Q    Do you know who that person was?

2    A    No.

3    Q    Is it male or female?

4    A    Honestly, a girl.

5    Q    Do you know someone named Ashlin Akau?

6    A    No.

7    Q    You mentioned earlier that you don't want to testify

8    today.  Why is that?

9    A    I don't know.  I never did this, ever.

10   Q    Do you typically cooperate with law enforcement?

11   A    No.

12   Q    And by cooperate, has anything been promised to you or

13   anything like that?  Are you under any type of agreement?

14   A    No.

15   Q    You're just here under subpoena?

16   A    Yeah.

17             MR. AKINA:  Okay.  No other questions.

18             THE COURT:  Mr. Kennedy.

19             MR. KENNEDY:  I'd like to -- excuse me.  Hold on just

20   a second, Your Honor.

21             Could we pull up 94727-028 for the witness?  It's in

22   the 22nd supplemental exhibit list.

23             THE COURT:  Go ahead.

24   ///

25   ///
```

```
 1                        CROSS-EXAMINATION

 2   BY MR. KENNEDY:

 3   Q    Sir, do you recognize what's shown in 9427-028?

 4   A    Yes.

 5   Q    Do you recognize yourself?

 6   A    Yeah.

 7   Q    Do you recognize Jake Smith?

 8   A    Yeah.

 9   Q    Do you recognize others?

10   A    Yeah.

11   Q    Do you recognize Dayson?

12   A    Yes.

13   Q    All right.

14        MR. KENNEDY:  At this time I'd move 9427-028 into

15   evidence.

16        THE COURT:  Any objection?

17        MR. AKINA:  No objection.

18        THE COURT:  Without objection, that Exhibit 9427-28

19   is admitted.

20        (Exhibit 9427-28 received in evidence.)

21        THE COURT:  You may publish.

22        MR. KENNEDY:  May we publish?

23        THE COURT:  Yes.

24        MR. KENNEDY:  All right.

25   BY MR. KENNEDY:
```

1   Q    Now, can you indicate just with an X, is this Dayson?

2   A    Wait.  What is that?

3   Q    I've marked an X.  Who is that, sir?

4   A    Oh, yeah, that's Dayson.

5   Q    Okay.  And are you back here, sir (indicates)?

6   A    Yeah.

7   Q    Is this Jake (indicates)?

8   A    Yeah.

9   Q    All right.  And do you recognize this individual?  Which

10  I'll draw -- it looks like with the P cap?

11  A    Not really, no.

12  Q    Okay.  Did you know Frankie Silva?

13  A    I met him one time, yeah.

14  Q    All right.  All right.  Now, there's a particular sign.

15  Is this a La Familia gang sign, sir?

16  A    It's just where you're from.

17  Q    And is this the Shooter Gang, sir?

18  A    Something -- yeah, that he made up, yeah.

19  Q    Okay.  So that's Jake.  With the finger out, that's for

20  the Shooter Gang, correct?

21  A    Yeah.

22  Q    And the fingers here, that I've got here, that's for La

23  Familia, correct?

24           MR. AKINA:  Objection.

25           THE COURT:  Sustained.

1           MR. AKINA:  Mischaracterizing.

2           MR. KENNEDY:  All right.  Now, if we can pull up --

3    BY MR. KENNEDY:

4    Q    This was taken the -- on November 26th, 2017, the night

5    before the Aloha Tattoo incident, correct?

6    A    I guess.  I don't know.

7           MR. KENNEDY:  All right.  If we can pull up

8    9427-028a, Your Honor, which is also in the 22nd Supp. exhibit

9    list?

10          THE COURT:  Yes.  Go ahead.

11   BY MR. KENNEDY:

12   Q    Do you recognize that as the same photograph that we're

13   looking at in 9427-028?

14   A    Yeah.

15   Q    Do you see the date, 11/26/2017?

16   A    Yeah.

17   Q    All right.  Are you aware that when the phone is -- can --

18   when it takes a photograph, there's some data that goes along

19   with it as to the date and time?

20   A    Yeah.

21   Q    Okay.

22          MR. KENNEDY:  At this time I'd move 9427-028a into

23   evidence.

24          MR. AKINA:  Pursuant to the parties' stipulation, no

25   objection.

```
 1                THE COURT:  All right.  Without objection.

 2                MR. KENNEDY:  And if we could publish that.

 3                THE COURT:  Yes, you may.  That's 9427-28, alpha.

 4                (Exhibit 9427-28a received in evidence.)

 5   BY MR. KENNEDY:

 6   Q    All right.  So this is the day before the Aloha Tattoo

 7   incident, correct?

 8   A    Mm-hmm.

 9                MR. KENNEDY:  All right.  If we can move to 9427-029,

10   which is not yet in evidence?

11                THE COURT:  Go ahead.

12   BY MR. KENNEDY:

13   Q    Do you recognize that, sir?

14   A    Yeah.

15   Q    Is it a photograph taken that same night?

16   A    Looks like, yeah.

17   Q    Are the same individuals depicted in this photograph that

18   we saw in 9427-028?

19   A    Yeah.

20                MR. KENNEDY:  All right.  At this time I'd move

21   9427-029 into evidence.

22                MR. AKINA:  No objection.

23                THE COURT:  Without objection, that exhibit is

24   admitted 9427-29.

25                (Exhibit 9427-29 received in evidence.)
```

```
 1              MR. KENNEDY:  May we publish, Your Honor?

 2              THE COURT:  Yes, you may.

 3              MR. KENNEDY:  All right.

 4   BY MR. KENNEDY:

 5   Q    Now, you are right here (indicates), right, sir?

 6   A    Yeah.

 7   Q    And in this particular photograph, you're pointing forward

 8   like this (indicates), correct?

 9   A    Yeah.

10   Q    And that's for Shooter Gang, right?

11   A    Well, yeah, it was a sign that we'd hold up, yeah.

12   Q    All right.  And is this Jake Smith, who you've been

13   talking about, there?

14   A    Yeah.

15   Q    All right.  And in that, the Shooter Gang is something

16   that Jake Smith started, correct?

17   A    Yeah.

18   Q    He's the boss, right?

19   A    Well, pretty much, yeah.

20   Q    All right.  And he's also making a La Familia gang sign

21   right there, correct?

22              MR. AKINA:  Objection.

23   A    I don't know.

24              MR. AKINA:  That's not in evidence.

25   BY MR. KENNEDY:
```

1   Q    You don't know, okay.

2             MR. KENNEDY:  All right.  Moving to 9427-029a, which

3   is not yet in evidence, Your Honor, also in the 22nd

4   supplemental?

5             THE COURT:  Yes.  Go ahead.

6   BY MR. KENNEDY:

7   Q    Sir, do you recognize what's shown as 9427-029a?

8   A    Yeah.

9   Q    Is it the same photograph that we were just looking at?

10  A    Yeah.

11            MR. KENNEDY:  All right.  At this time I would move

12  9427-029a into evidence.

13            MR. AKINA:  No objection.

14            THE COURT:  Without objection, 9427-29, alpha, is

15  admitted.

16            (Exhibit 9427-29a received in evidence.)

17            THE COURT:  You may publish.

18            MR. KENNEDY:  All right.

19  BY MR. KENNEDY:

20  Q    The photograph that we were just looking at, this was also

21  taken -- bless you -- the day before the Aloha Tattoo incident,

22  correct?

23  A    Yeah.

24            MR. KENNEDY:  All right.  Now -- we can take that

25  down.

1    BY MR. KENNEDY:

2    Q    So on that day, you mentioned that you and Jayward

3    Reylubong were at a friend's, right?

4    A    Yeah.

5    Q    And you'd been staying with his friends overnight?

6    A    Yeah.

7    Q    And had the two of you been staying there for a while?

8    A    Yeah.

9    Q    Okay.  And so on that day John Stancil was driving, right?

10   A    Yeah.

11   Q    And he originally picked you up, right?

12   A    No.

13   Q    Or was it Jake and -- did Jake pick you up?

14   A    Wait.  I know what you're -- like from the get?

15   Q    I'm sorry?

16   A    Like from the beginning?

17   Q    Yeah.

18   A    We actually picked up Johnny.

19   Q    Oh, okay.

20   A    Yeah, yeah.

21   Q    Okay.  So the two -- so when you say "we," it was you,

22   right?

23   A    Me --

24   Q    Was it also Jayward?

25   A    Yeah.

```
 1    Q    All right.  Reylubong.  And was it Jake Smith?

 2    A    No.

 3    Q    Okay.  So the two of you picked up Johnny?

 4    A    Yeah.

 5    Q    All right.  Were you driving the gold Camry?

 6    A    I was not driving.

 7    Q    Okay.  Did you walk to a place?

 8    A    No.  I wasn't driving.  I was a passenger.

 9    Q    Oh, okay.  Was -- then who was driving?

10    A    Jayward was driving at the time.

11    Q    Okay.  So Jayward was driving the gold Camry?

12    A    Yeah.

13    Q    Okay.  So you had the -- the gold Camry that evening,

14    right?

15    A    Yeah.

16    Q    Okay.  Had you had the gold Camry for some time?

17    A    Yeah.

18    Q    How long had you and Jayward had the gold Camry?

19    A    Cannot recall how long.

20    Q    Okay.

21    A    Yeah.

22    Q    Was it weeks?  Was it a month?

23    A    Could have been weeks.

24    Q    Okay, weeks.  All right.  And so was this friend in

25    Waimanalo or was it in some other location?
```

```
 1   A    Waimanalo.

 2   Q    Okay.  So you were staying at a friend's in Waimanalo.

 3   A    Yeah.

 4   Q    You had the gold Camry.

 5   A    Mm-hmm.

 6   Q    The two of you picked up John, John Stancil, right?  Did

 7   you pick him up in Waimanalo as well?

 8   A    Yeah.

 9   Q    Okay.  Now, from there, did the three of you then pick up

10   Jake Smith at some point?

11   A    Yeah.

12   Q    All right.  And where was that?

13   A    Cannot recall where it was.

14   Q    Okay.  Was it in Kalihi?

15   A    I don't think so.

16   Q    Okay.  Was it in Waimanalo?

17   A    No.

18   Q    Was it in Kaneohe?

19   A    It could have been Kaneohe, yeah.

20   Q    Okay.  All right.  Could have been there.

21        Was Dayson with him?

22   A    No.

23   Q    Okay.  Did you eventually pick up him?

24   A    Yeah.

25   Q    And where did you pick him up at?
```

```
1   A    I think it's from his house or like wherever he was

2   staying.

3   Q    Okay.  All right.  So at that point were you going to hang

4   out for the day?

5   A    Yeah.

6   Q    All right.  What other plans were made?

7   A    Not -- there was no plans, really.

8   Q    Okay.  Let me ask you this.  Had the gold Camry been

9   parked in two spots in front of the tattoo shop for a lengthy

10  period of time?

11  A    I think -- yeah.

12  Q    Okay.

13  A    I don't know.

14  Q    Were you in the vehicle when --

15  A    Yeah.

16  Q    -- it was parked?

17  A    Yeah.

18  Q    Okay.  So you were just outside, right?

19  A    Yeah.

20  Q    All right.  Then at that point, I believe, Dayson said

21  "I'll be back"?

22  A    Yeah.

23  Q    And he got out of the car?

24  A    Yeah.

25  Q    And then John got out of the car?
```

```
 1   A    Mm-hmm.

 2   Q    All right.  And they went inside?

 3   A    Yeah.

 4   Q    And then they came back out?

 5   A    Yeah.

 6   Q    And you said that Dayson got into the rear passenger side?

 7   A    Yeah.

 8   Q    And you saw some blood?

 9   A    Yeah.

10   Q    So you knew something had happened?

11   A    Yeah.

12   Q    John got back in the car?

13   A    Yeah.

14   Q    Did you hear somebody slashing the tires, both on the

15   passenger side and the driver's side?

16   A    I never hear, no.

17   Q    Okay.  Did you feel it?

18   A    When we was driving away, yeah.

19   Q    Did you see him do it?

20   A    No.

21   Q    All right.  When he was driving away, you said the car

22   started swerving.  Was that because the tires were not

23   operating like they should?

24   A    I would think so, yeah.

25   Q    Okay.  Then you turned right at the first right?
```

```
 1   A    Yeah.

 2   Q    Went two blocks, right?

 3   A    Yeah.

 4   Q    'Cause if we see on the map, the first -- the first left

 5   goes into a parking structure, right?

 6   A    Right, right.

 7   Q    Okay.  So you go down to the first street, turned left,

 8   and the car -- are you on the rims at that point?

 9   A    That's what it felt like.

10   Q    Okay.

11   A    Yeah.

12   Q    You stop, right?

13   A    Mm-hmm.

14   Q    Everybody gets out, correct?

15   A    Yeah.

16   Q    And you said that your friend at that point appeared to

17   you to not be with us anymore.  It appeared that he was dead?

18   A    Yes.

19   Q    All right.  So you left at that point?

20   A    Yeah.

21   Q    Okay.  Now, you described going to some hotels after that,

22   right?

23   A    Right.

24   Q    All right.  So Jake Smith is the one who took your phone,

25   right?
```

1   A    Yeah.

2   Q    Okay.  Went to the series of hotels, right?

3   A    Mm-hmm.

4   Q    Okay.  And at the hotels, I think you have said that at

5   any point you felt you could leave, right?

6   A    Yeah.

7   Q    That you went to the pool when you were at the hotels, and

8   you could pretty much do whatever you wanted to do?

9   A    Right.  Yeah.

10  Q    Okay.  All right.  And then at a certain point, maybe it

11  was three days, four days, you went back home, right?

12  A    Mm-hmm.

13  Q    All right.

14       Now, after that, you were asked some questions about John

15  Stancil and that you didn't spend much time with him after

16  that, right?

17  A    Yeah, yeah.

18  Q    It's different with Jake.  You stayed with Jake, right?

19  A    Wait.  With who?

20  Q    Jake Smith.

21  A    No.

22  Q    You continued to have phone conversation with him, right?

23  A    No.

24  Q    You continued to be with him all the way into February,

25  into 2018, right?

1   A    I forgot already.  I don't know.

2   Q    Okay.

3   A    Not really sure.

4   Q    Now, before that, Jake was giving you some quantities

5   of -- of drugs to sell, right?

6   A    He would give me, yeah.

7   Q    And so those -- he was giving you those, and you were

8   selling and then giving the money back to him, right?

9   A    Yeah.

10   Q    And you keeping some of it, correct?

11   A    Yeah.

12   Q    Okay.  And so that was Jake Smith, right?

13   A    Yeah.

14   Q    Okay.

15          MR. KENNEDY:  Nothing further, Your Honor.  Thank

16   you.

17          THE COURT:  Mr. Akina.

18                    REDIRECT EXAMINATION

19   BY MR. AKINA:

20   Q    Those two pictures that you were shown from what looked

21   like a nightclub; is that right?

22   A    Yeah, yeah.

23   Q    And there was a symbol that you said was for where you're

24   from?

25   A    Yeah.

1   Q    What location?  What place is that?

2   A    East Side.

3   Q    East Side?

4   A    Yeah.

5   Q    Okay.  So that was a "E" with the fingers to represent

6  East Side?

7   A    Yeah.

8   Q    As far as you know, that's not a gang symbol?

9   A    No.

10  Q    You were asked questions about a gold Camry that you were

11 driving the morning of the Aloha Tattoo incident?

12  A    That I was in, yeah.

13  Q    Whose Camry was that?  Where did you get the Camry from?

14  A    Oh, from Johnny.

15  Q    From John Stancil?

16  A    Yeah.

17  Q    And so in the morning when you and Jayward took that car

18 to meet up with John Stancil, were you returning the car to

19 him?

20  A    And to pick him up to cruise.

21  Q    Okay.  And then after you picked up John Stancil, who

22 became the driver?

23  A    See, I can't really -- I don't know.  I can't recall.  Oh,

24 that's a long time.

25  Q    Okay.  At some point did John Stancil become the driver?

1    A    Yeah.

2    Q    And that was before you guys got to Aloha Tattoo?

3    A    Yeah.

4    Q    You were asked questions about Jake Smith and him selling

5    drugs.  Would you also get drugs from John Stancil in the past?

6    A    Think I got some weed from him, yeah.

7    Q    And did you ever help connect him with other people to get

8    other types of drugs?

9    A    I gave him some, yeah.

10   Q    Did you ever help John Stancil get Ecstasy as well?

11   A    Yeah.

12           MR. AKINA:  No further questions.  Thank you.

13           THE COURT:  Mr. Kennedy, anything else for this

14   witness?

15                        RECROSS-EXAMINATION

16   BY MR. KENNEDY:

17   Q    You were asked a question about East Side, right?

18   A    Yeah.

19   Q    There's also someone in the photograph showing a West

20   Side?

21   A    Yeah.  That's the West Side sign.

22   Q    All right.  Shooter Gang, though, is a gang sign, right?

23           MR. AKINA:  Objection.  Outside the scope of

24   redirect.

25           THE COURT:  Overruled.  Go ahead.

1   A    Yeah.

2   BY MR. KENNEDY:

3   Q    In fact, the word "gang" is in the Shooter Gang, right?

4   A    Yes.

5   Q    And that's what that particular sign was, that photograph

6   that night at the nightclub the night before the Aloha Tattoo

7   incident, correct?

8   A    Yeah.

9        MR. KENNEDY:  Nothing further.

10        THE COURT:  All right.  Mr. Kaeo-Cash, you may step

11   down.  Thank you.

12        THE WITNESS:  Yeah.

13                                    (Witness excused.)

14        (End of partial transcript.)

15                        * * * * *

16

17

18

19

20

21

22

23

24

25

```
 1                    COURT REPORTER CERTIFICATE

 2            I, Ann B. Matsumoto, Official Court Reporter, United

 3   States District Court, District of Hawaii, do hereby certify

 4   that pursuant to 28 U.S.C. Sec. 753 the foregoing is a

 5   complete, true, and correct transcript of the stenographically

 6   recorded proceedings held in the above-entitled matter and that

 7   the transcript page format is in conformance with the

 8   regulations of the Judicial Conference of the United States.

 9            DATED at Honolulu, Hawaii, June 22, 2024.

10

11

12
                        /s/ Ann B. Matsumoto
13                      ANN B. MATSUMOTO, RPR

14

15

16

17

18

19

20

21

22

23

24

25
```