1                   IN THE UNITED STATES DISTRICT COURT

2                      FOR THE DISTRICT OF HAWAII

3

4    UNITED STATES OF AMERICA,      )  CR. NO. 19-00099-DKW-KJM
                                    )
5               Plaintiff,          )  Honolulu, Hawaii
                                    )
6         vs.                       )  March 11, 2024
                                    )
7    MICHAEL J. MISKE, JR.,         )  JURY TRIAL - DAY 35
                                    )
8               Defendant.          )  (TESTIMONY OF GOVERNMENT'S
     _____)   WITNESS CHLOE CHANG)
9

10
                       PARTIAL TRANSCRIPT OF PROCEEDINGS
11            BEFORE THE HONORABLE DERRICK K. WATSON
                CHIEF UNITED STATES DISTRICT COURT JUDGE
12
     APPEARANCES:
13
     For the Government:        MARK A. INCIONG, AUSA
14                              MICHAEL DAVID NAMMAR, AUSA
                                WILLIAM KEAUPUNI AKINA, AUSA
15                              Office of the United States Attorney
                                Prince Kuhio Federal Building
16                              300 Ala Moana Boulevard, Suite 6100
                                Honolulu, Hawaii 96850
17
     For the Defendant:         LYNN E. PANAGAKOS, ESQ.
18                              841 Bishop Street, Suite 2201
                                Honolulu, Hawaii 96813
19
                                MICHAEL JEROME KENNEDY, ESQ.
20                              Law Offices of Michael Jerome
                                Kennedy, PLLC
21                              333 Flint Street
                                Reno, Nevada 89501
22
     Official Court             ANN B. MATSUMOTO, RPR
23   Reporter:                  United States District Court
                                300 Ala Moana Boulevard, Room C-338
24                              Honolulu, Hawaii 96850

25   Proceedings recorded by machine shorthand, transcript produced
     with computer-aided transcription (CAT).

1                         I N D E X

2    WITNESS:                                    PAGE NO.

3    FOR THE GOVERNMENT:

4     CHLOE CHANG

5      DIRECT EXAMINATION BY MR. AKINA               3

6

7                       E X H I B I T S

8    Exhibit 6-45 received in evidence               6

9    Exhibit 1-35 received in evidence              14

10   Exhibit 1-45 received in evidence              15

11   Exhibits 1-552 and 1-553 received             18
     in evidence
12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1   MONDAY, MARCH 11, 2024                        1:02 P.M. O'CLOCK

 2                          *  *  *  *  *

 3              (Start of partial transcript:)

 4              (Open court in the presence of the jury.)

 5              THE COURT:  Next witness, Mr. Akina.

 6              MR. AKINA:  Government calls Chloe Chang.

 7              COURTROOM MANAGER:  Please raise your right hand.

 8              CHLOE CHANG, GOVERNMENT'S WITNESS, SWORN.

 9              THE WITNESS:  I do.

10              COURTROOM MANAGER:  Thank you.  You may be seated.

11              Please state your full name, spelling your last name

12   for the record.

13              THE WITNESS:  Chloe Chang; C-H-L-O-E, C-H-A-N-G.

14                       DIRECT EXAMINATION

15   BY MR. AKINA:

16   Q    Good afternoon, Ms. Chang.

17        Do you currently work?

18   A    No.

19   Q    Do -- are you a student?

20   A    Yes.

21   Q    What are you -- what are you studying for?

22   A    My bachelor's in prelaw.

23   Q    Do you know someone named John Stancil?

24   A    Yes.

25   Q    How do you know John Stancil?
```

```
 1   A    That is my son's dad.

 2   Q    When did you meet John Stancil?

 3   A    The ending of 2017.

 4   Q    Can you give us a range of months?

 5   A    I initially met him in September 2017.

 6   Q    Around that time?

 7   A    Mm-hmm.

 8   Q    Were you ever married to John Stancil?

 9   A    No.

10   Q    Did the two of you ever live together while you were

11   together, dating?

12   A    Yes.

13   Q    About what years?

14   A    2018 till the time he was arrested.  I want to say 2020.

15   Q    And are you -- and when you lived together, where did you

16   two live initially?

17   A    His mother's house, and then we got a place in Hawaii Kai.

18   Q    What neighborhood is his mother's house in?

19   A    In Inoaole Drive.

20   Q    Is that the street name?

21   A    Yes.

22   Q    Okay.  What neighborhood?  What part of the island?

23   A    Waimanalo.

24        MR. AKINA:  If we could show and publish

25   Exhibit 1-15C from the government's first supplemental?  It's
```

```
 1    in evidence.

 2                 THE COURT:  Go ahead.

 3    BY MR. AKINA:

 4    Q    If we focus on the bottom right-hand corner of the map,

 5    can you circle Waimanalo, just that area, on the screen?

 6    A    Me?

 7    Q    Yeah.

 8    A    Yeah.  (Complies.)

 9                 MR. AKINA:  Can we show the witness and publish

10    Exhibit 6-44, also in evidence?

11                 THE COURT:  You may.  Go ahead.

12    BY MR. AKINA:

13    Q    Do you recognize this neighborhood?

14    A    Yes.

15    Q    What neighborhood is this?

16    A    That is the neighborhood where his mom lives.

17    Q    Where John Stancil's mom lives?

18    A    Yes.

19    Q    And you see that red dot?

20    A    Yes.

21    Q    What does that represent?

22    A    The location of the home.

23                 MR. AKINA:  And if we could show the witness only

24    Exhibit 6-45?  I don't believe it's in evidence yet.

25                 THE COURT:  Go ahead.
```

 1  BY MR. AKINA:

 2  Q    Do you recognize this?

 3  A    Yes.

 4  Q    What is this a picture of?

 5  A    John's mom's house.

 6  Q    And was the home connected to any other residence?

 7  A    Yes.

 8  Q    Is that -- what do you mean by that?

 9  A    Like, there's people that live on the other side.

10  Q    Okay.  And so in this picture, is John Stancil's mom's

11  home on the left or the right side?

12  A    It is on the right.

13          MR. AKINA:  I'd offer Exhibit 6-45 into evidence.

14          THE COURT:  Any objection?

15          MR. KENNEDY:  No objection.

16          THE COURT:  Without objection, 6-45 is admitted.

17          (Exhibit 6-45 received in evidence.)

18          THE COURT:  And you may publish.

19  BY MR. AKINA:

20  Q    Okay.  You said that the home is on the right side.  Could

21  you just circle it, the part of the home where his mom lived?

22  A    (Complies.)

23  Q    And is this the home that you lived in with him for some

24  time?

25  A    Yes.

```
 1              MR. AKINA:   Show the -- publish Exhibit 1-58, already

 2    in evidence?

 3              THE COURT:   Go ahead.

 4    BY MR. AKINA:

 5    Q    Who is this individual?

 6    A    John.

 7    Q    That's John Stancil?

 8    A    Yeah.

 9    Q    During the time that you were together with John Stancil,

10    from 2017 up until about 2020 when he was arrested, what did he

11    do for work?

12    A    He was a driver for the movies.

13    Q    How did he -- do you know how he got that job?

14    A    Yes.

15    Q    How did he get that job?

16    A    He got it -- like what do you mean?

17    Q    Do you know if anyone helped him get that job?

18    A    Yeah, I think Sudee hired him.

19    Q    Okay.   Do you know if anyone else was involved in --

20    A    Hmm?

21    Q    Do you know if anyone else was involved in getting John

22    Stancil a job?

23    A    I think his brother helped him get a job.

24    Q    Who is his brother?

25    A    Mike Miske.
```

1   Q    Did you ever hear of Leverage Incorporated?

2   A    Yes.

3   Q    And do you know if John Stancil had any relation to that

4   company?

5   A    Yes.

6   Q    Explain that.  What relation did he have?

7   A    That was his company.  Are you talking about his T-shirt

8   company?

9   Q    Is that what you're thinking of?

10  A    Yes.

11  Q    Okay.  And currently, are you two together, you and John

12  Stancil?

13  A    No.

14  Q    About when was the last time you had contact with him?

15  A    2021.

16  Q    And was that in person or by phone?

17  A    I believe it was by phone.

18  Q    During the time that you were with John Stancil, did you

19  meet other members of his family?

20  A    I did.

21  Q    You've already mentioned his mother.  What is his mother's

22  name?

23  A    Maydeen Stancil.

24  Q    You mentioned his brother?

25  A    Mm-hmm.

1    Q    Michael Miske?

2    A    Mm-hmm.

3    Q    And would you recognize him if you saw him today?

4    A    Yes.

5    Q    Do you see him here in the courtroom?

6    A    Yes.

7    Q    Can you identify him by something that he's wearing?

8    A    Gray blazer.

9         MR. AKINA:  Let the record reflect the witness has

10   identified the defendant.

11        THE COURT:  Yes, the record should reflect the

12   witness Ms. Chang's identification of the defendant, Mr. Miske.

13   BY MR. AKINA:

14   Q    Do you know someone named Andrea Kaneakua?

15   A    Yes.

16   Q    Who is that?

17   A    Mike's girlfriend.

18   Q    Did you meet her during the time that you were together

19   with John Stancil?

20   A    Yes.

21        MR. AKINA:  Can we show and publish Exhibit 1-67,

22   please, already in evidence?

23        THE COURT:  Yes.

24   BY MR. AKINA:

25   Q    Do you recognize this person?

1    A    Yes.

2    Q    Who is that?

3    A    That's Andi.

4    Q    Is that a person you're referring to as Andrea Kaneakua?

5    A    Yes.

6    Q    You know her as Andi?

7    A    Yes.

8    Q    Do you know someone named Heather Freeman?

9    A    Yes.

10   Q    Who is that?

11   A    Mike's other girlfriend.

12        MR. AKINA:  And can we publish Exhibit 1-65, please,

13   already in evidence?

14        THE COURT:  Yes.

15   BY MR. AKINA:

16   Q    Is this Heather Freeman?

17   A    Yes.

18        MR. AKINA:  We can take this down.

19   BY MR. AKINA:

20   Q    During the years that you were together with John Stancil,

21   did you ever see the defendant, Mike Miske, and John Stancil

22   interacting with each other?

23   A    Yes.

24   Q    You would see how they would treat each other?

25   A    Yes.

1    Q    Would you ever talk to John Stancil about Michael Miske on

2    occasion?

3    A    Yes.

4    Q    Would you ever talk to Michael Miske about John Stancil on

5    occasion?

6    A    Yes.

7    Q    Why would you talk to Michael Miske about John Stancil?

8    A    Mainly I would talk to Mike about his brother because of

9    just like relationship issues that I would have with his

10   brother.

11   Q    Okay.  But why go to -- were you trying to accomplish

12   anything by talking to Michael Miske?

13   A    Yeah.  I felt like his brother had a strong influence on

14   his -- on John.  And I felt like if he would listen to anyone,

15   it would be his brother.

16   Q    Would you say that John Stancil looked up to the

17   defendant?

18   A    I would.

19   Q    From what you observed, was the defendant able to get John

20   Stancil to do things for him?

21   A    Yes.

22   Q    You've mentioned that John Stancil is the father of your

23   child.  Who is that child named after?

24   A    Michael.

25   Q    Michael Miske?

```
 1    A    Yes.

 2    Q    Whose decision was that?

 3    A    That was John's.

 4    Q    Are you familiar with a place called Maunalua Bay?

 5    A    Yes.

 6    Q    What part of the island is that in?

 7    A    Hawaii Kai.

 8    Q    And have you ever gone there?

 9    A    Yes.

10    Q    Who would you go there with?

11    A    John, his family, his brother, his mom.

12    Q    Would you -- do you know someone names Delia Fabro-Miske?

13    A    Yes.

14    Q    Would you ever see her there?

15    A    Yes.

16    Q    Do you know someone named Kaulana Freitas?

17    A    Yes.

18    Q    Would you ever see him there at Maunalua Bay?

19    A    Yes.

20    Q    Do you know someone named Russell Moscato?

21    A    Yes.

22    Q    Would you see him there?

23    A    Yes.

24    Q    You mentioned Sudee.  What is Sudee's last name?

25    A    I'm not sure.
```

```
 1   Q    Would you ever seen Sudee at Maunalua Bay?

 2   A    Yes.

 3   Q    Do you know someone named Dwayne Miller?

 4   A    Yes.

 5   Q    Would you ever see him at Maunalua Bay?

 6   A    Yes.

 7   Q    Do you know someone named Preston Kimoto?

 8   A    Yes.

 9   Q    Would you see him there?

10   A    Yes.

11   Q    And do you know someone named Jake Smith?

12   A    Yes.

13   Q    Would you see him at Maunalua Bay?

14   A    Yeah.

15   Q    And did it seem that all these individuals knew Michael

16   Miske?

17   A    Yes.

18   Q    I want to show you Exhibit 1-36.

19            MR. AKINA:  Which is not in evidence.

20            THE COURT:  Go ahead.

21   BY MR. AKINA:

22   Q    Do you recognize this person?

23   A    Yes.

24   Q    Who is that?

25   A    Russell.
```

```
1   Q     Russell Moscato?

2   A     Mm-hmm.

3             MR. AKINA:  I'll offer 1-36 into evidence.

4             THE COURT:  Any objection?

5             MR. KENNEDY:  No objection.

6             THE COURT:  1-36 is admitted without objection.

7             (Exhibit 1-36 received in evidence.)

8             THE COURT:  You may publish.

9             MR. AKINA:  Can we show the witness Exhibit 1-41,

10  already in evidence?

11            THE COURT:  You may.

12  BY MR. AKINA:

13  Q     Who is this?

14  A     Jake Smith.

15            MR. AKINA:  Can we show the witness Exhibit 1-42,

16  already in evidence?

17            THE COURT:  You may.

18  BY MR. AKINA:

19  Q     Who is this?

20  A     Delia.

21  Q     Delia Fabro-Miske?

22  A     Mm-hmm.

23            MR. AKINA:  Can we show the witness Exhibit 1-43,

24  already in evidence?

25            THE COURT:  Yes.
```

1   BY MR. AKINA:

2   Q     Who is that?

3   A     Wayne.

4   Q     Wayne Miller?

5   A     Yes.

6             MR. AKINA:  Can we show the witness Exhibit 1-46?  I

7   don't believe it's been admitted yet.

8             THE COURT:  Yes, to the witness only.

9   BY MR. AKINA:

10  Q     Who is this person?

11  A     Preston.

12  Q     What's his last name?

13  A     Ooh, I'm not sure on the last name.

14  Q     You know him as Preston, though?

15  A     Mm-hmm.

16            MR. AKINA:  I'd offer Exhibit 1-46 into evidence.

17            THE COURT:  Any objection?

18            MR. KENNEDY:  No objection.

19            THE COURT:  1-46 is admitted without objection.

20            (Exhibit 1-46 received in evidence.)

21            THE COURT:  You may publish.

22  BY MR. AKINA:

23  Q     This is the person you know as Preston?

24  A     Yes.

25            MR. AKINA:  And Exhibit 1-57, could we publish that,

1    already in evidence?

2            THE COURT:  Yes.

3    BY MR. AKINA:

4    Q    Who is this person?

5    A    Kaulana.

6    Q    What's his last name?

7    A    Freitas.

8            MR. AKINA:  Can we publish Exhibit 1-1023, already in

9    evidence, from the original list?

10           THE COURT:  Go ahead.

11   BY MR. AKINA:

12   Q    Is this an overhead of the part of Maunalua Bay that you

13   would hang out with John Stancil and the other individuals we

14   just talked about?

15   A    Yes.

16   Q    And there's a tree right here next to the parking lot.

17   Was there a name for that tree?

18   A    Caleb's Tree.

19           MR. AKINA:  I want to show the witness only

20   Exhibit 1-552.

21   BY MR. AKINA:

22   Q    Do you recognize the individuals in this picture?

23   A    Yes.

24   Q    And where is it taken at?

25   A    At the bay.

1          MR. AKINA:  And could we show Exhibit 1-553 also?

2     BY MR. AKINA:

3     Q    Do you recognize the individuals in this picture?

4     A    Yes.

5     Q    And where is that taken at?

6     A    At the bay.

7          MR. AKINA:  I'd offer --

8     BY MR. AKINA:

9     Q    And who are -- of these two individuals, who are they?

10    A    John Stancil and Jake Smith.

11    Q    And their faces are covered.  You're still able to

12    identify them?

13    A    Yes.

14         MR. AKINA:  And, Your Honor, I think we can fix this

15    afterwards, if it's coming up a little colored.

16    BY MR. AKINA:

17    Q    And in the previous photo were John Stancil and Jake Smith

18    also in that picture?

19    A    Yes.

20         MR. AKINA:  I'd offer Exhibit 1-552 and 1-553 into

21    evidence.

22         THE COURT:  Any objection?

23         MR. KENNEDY:  No objection.

24         THE COURT:  Without objection, those two exhibits are

25    admitted.  That's 1, dash, 552 and 553.

```
1                    (Exhibits 1-552 and 1-553 received in evidence.)

2                    THE COURT:  You may publish either or both.

3                    MR. AKINA:  Could we start with 552?

4    BY MR. AKINA:

5    Q    Okay.  Starting from the left to the right, who are the

6    people that you recognize in this?

7    A    To the left, Kelii.

8    Q    What's his last name?

9    A    Ivester.

10   Q    What's his relationship to John Stancil and --

11   A    That is his cousin.

12   Q    Okay.  And the next person?

13   A    That is John.

14   Q    And the next person, drinking the Corona?

15   A    Jake Smith.

16   Q    And there's a person behind him.  Do you know who that is?

17   A    Kaulana.

18   Q    And you said this was taken at the bay?

19   A    Yes.

20                   MR. AKINA:  Can we go to Exhibit 1-553?

21   BY MR. AKINA:

22   Q    It's a little discolored, but do you still recognize these

23   two individuals?

24   A    Yes.

25   Q    And who's the person on the left?
```

```
 1   A     John.

 2   Q     And who's the person on the right?

 3   A     Jake.

 4   Q     And this is also taken at Maunalua Bay?

 5   A     Yes.

 6             MR. AKINA:  We can take this down.

 7   BY MR. AKINA:

 8   Q     Did John Stancil appear to be close with Jake Smith during

 9   the time that you were together with Jake -- with John?

10   A     Yeah.

11   Q     Did John Stancil appear to be close with Kaulana Freitas?

12   A     Yes.

13   Q     Was there a nickname for the three of them?

14   A     I'm not sure.

15   Q     And how was Kaulana Freitas's relationship with Michael

16   Miske from what you observed?

17   A     Close.  They were cousins.

18   Q     Directing you to November 27, 2017, around that time were

19   you living together with John Stancil?

20   A     No.

21   Q     Not yet.  You were staying where?

22   A     I was at my dad's house.

23   Q     Were you two dating at this point still?

24   A     Yes.

25   Q     You had just met a couple months prior?
```

1    A    Yes.

2    Q    And in the days leading up to November 27, 2017, can you

3    describe John Stancil's mood?

4    A    Yeah.  He was pretty irritable and stressed out.

5    Q    And from what you observed, why was that?

6    A    Why was that?

7    Q    Yes.

8    A    Because he was being asked to do something by his brother.

9    Q    Is this something that John Stancil talked about in front

10   of you?

11   A    Yeah.

12   Q    Okay.  And what did John Stancil say?

13           MR. KENNEDY:  Objection, hearsay.

14           THE COURT:  Overruled.  Go ahead.

15   A    He said that his brother's always forcing him to do stupid

16   shit.

17   BY MR. AKINA:

18   Q    At that point did you know what he was talking about?

19   A    No.

20   Q    And then a few days later, November 27, 2017, did there --

21   was there a period of time on that day where you weren't able

22   to get ahold of John Stancil?

23   A    Yes.

24   Q    And were you upset about that?

25   A    Yes.

```
 1   Q    What did you think John Stancil was doing?

 2   A    Cheating.

 3   Q    Cheating on?

 4   A    Me, possibly.

 5   Q    Okay.  About how long were you trying to get in contact

 6   with him?

 7   A    Probably a duration of like a few hours.

 8   Q    At some point that day did John Stancil respond to you?

 9   A    Yes.

10   Q    How was that?  How did he respond to you?

11   A    That he was busy handling things.

12   Q    Was that a phone call, in person or --

13   A    Text.

14   Q    That was a text that he sent to you?

15   A    Mm-hmm.

16   Q    Okay.  And what do you recall the text saying?

17   A    "I'm handling shit."

18   Q    And did he send you anything else?

19   A    Yes.

20   Q    What was that?

21   A    A picture.

22   Q    What was it a picture of?

23   A    A black glove.

24   Q    And could you -- from the picture, could you tell whose --

25   whose hand that was wearing the glove?
```

 1   A    Could I tell?  No.  But it was a hand with a glove on.

 2   Q    Okay.  And what was that glove doing?

 3   A    It just showed -- it -- just resting in a -- like with a

 4   car in the background.

 5   Q    Okay.  Did it appear that this photo was taken inside a

 6   car?

 7   A    Yes.

 8   Q    Okay.  So John Stancil texted you "I'm handling shit" with

 9   a picture of a glove?

10   A    Mm-hmm.

11   Q    Someone wearing a glove?

12   A    Yes.

13   Q    Okay.  Do you recall if John Stancil ever FaceTimed you

14   that day?

15   A    I don't recall.

16   Q    Was it common for you two to communicate via FaceTime?

17   A    Yes.

18   Q    You just don't recall specifically that day?

19   A    Yeah.  Like it wasn't an everyday thing.  It was sometimes

20   we would communicate over the phone, other times FaceTime.

21   Q    Later that evening, did you hear from John Stancil?

22   A    Yes.

23   Q    And what did he tell you?

24   A    That I could come pick him up.

25        MR. KENNEDY:  Objection, hearsay.

```
 1                THE COURT:  Overruled.  Go ahead.

 2   A    That I could pick him up.

 3   BY MR. AKINA:

 4   Q    He asked you to come pick him up?

 5   A    Mm-hmm.

 6   Q    And was that from his normal phone?

 7   A    I don't think so, no.

 8   Q    Okay.  That was a call you got from a different phone?

 9   A    Yeah.

10   Q    But it was John Stancil on the line?

11   A    Yes.

12   Q    And where were you directed to go pick up John Stancil

13   from?

14   A    At the bay.

15   Q    Moanalua Bay?

16   A    Mm-hmm.

17   Q    Did you do that?

18   A    Yes.

19   Q    Okay.  When you got to Maunalua Bay, who was there?

20   A    I saw him and his brother.

21   Q    Which brother?

22   A    Mike.

23   Q    And what happened at that point?

24   A    I pulled up and I saw him talking to his brother.  And

25   then I waited in the car, and he just walked to my car.
```

```
 1   Q    John Stancil came to your car?

 2   A    Yes.

 3   Q    Did he ask you to do anything at that point?

 4   A    Yeah, he asked me if he could sleep over my house.

 5   Q    Was that typical?

 6   A    No.

 7   Q    Why not?

 8   A    Because he wouldn't come to my house.  I would see him at

 9   his house.

10   Q    Why wouldn't he come to your house?

11   A    Because my father wouldn't allow guys at my house.

12   Q    Did you know whether -- did it come up, you know, why --

13   why wasn't he going to go to his own house?

14   A    He just said that he couldn't go home right now.

15   Q    Did you let him stay over at your place that night?

16   A    Yes, for one night.  That night.

17   Q    When John -- when you picked up John Stancil from Maunalua

18   Bay, did he have his phone with him?

19   A    No.

20   Q    Did you ever see that phone again?

21   A    No.

22   Q    What was John Stancil's demeanor like when you picked him

23   up from Maunalua Bay?

24   A    Very distraught, stressed.

25   Q    Did he tell you why he was distraught and stressed?
```

1    A     Yeah, he just said that --

2              MR. KENNEDY:  Objection, hearsay, Your Honor.

3              THE COURT:  Overruled.  You may proceed.

4    A     He just said that things got fucked up.

5    BY MR. AKINA:

6    Q     Do you know the nature of that?

7    A     Yeah, he just --

8              MR. KENNEDY:  Objection, hearsay, speculation.

9              THE COURT:  Same ruling.  Go ahead.

10   A     He just said that things were really bad and he couldn't

11   go home, and he didn't really tell me too much detail that

12   exact night.

13   BY MR. AKINA:

14   Q     Were you advised whether or not 911 had been called?

15   A     Y -- at that night, no.

16   Q     At some later point you were?

17   A     Yes.

18   Q     When?

19   A     I would say about five days later.

20   Q     Okay.  So later on?

21   A     Later on he told me 911 was called, yes.

22   Q     Okay.  So you let John Stancil stay over at your place

23   that night?

24   A     Mm-hmm.

25   Q     What happened the next day?

```
 1   A    And then he asked me if I could get a hotel room because I

 2   had really good rates with the Marriott.

 3   Q    And did you agree to do that for him?

 4   A    Yes.

 5   Q    And how was that going to be paid?

 6   A    I would put it on my card 'cause he didn't have a credit

 7   card, and he would give me the money.

 8   Q    And you said you had good rates at the Marriott?

 9   A    Mm-hmm.

10   Q    So the hotel that you booked, was that -- the hotel room

11   you booked, was that at the Marriott?

12   A    Yes.

13   Q    Okay.  After he asked you to book a room, did he ask you

14   to do anything else?

15   A    Yes.  He asked me if I could give him a ride to pick up

16   his two friends.

17   Q    Who were his two friends?

18   A    Jay and Cash.

19   Q    Do you know Jay's first -- or full name?

20   A    No.

21   Q    Do you know Cash's full name?

22   A    No.

23   Q    You know them as Jay and Cash?

24   A    Mm-hmm.

25        MR. AKINA:  Can we show the witness and publish
```

```
 1   Exhibit 1-862, already in evidence?
 2             THE COURT:  Yes.  Go ahead.
 3   BY MR. AKINA:
 4   Q    Do you recognize this person?
 5   A    Yes.
 6   Q    Who is that?
 7   A    Jay.
 8             MR. AKINA:  And can we show and publish
 9   Exhibit 1-863?
10             THE COURT:  Yes.
11   BY MR. AKINA:
12   Q    Do you recognize that person?
13   A    Yes.
14   Q    Who is that?
15   A    Cash.
16   Q    Were you curious why he was asking you to go pick up Jay
17   and Cash?
18   A    Yes.
19   Q    Did you ask John Stancil that?
20   A    Yes.
21   Q    Was it important to you to know why at this point, after
22   you picked him up from the bay and he had asked to stay over at
23   your place and --
24   A    Yeah.
25   Q    -- he had asked you to book a hotel room?
```

 1   A     Yeah.

 2   Q     And was it important to you continuing to help him to

 3   know?

 4   A     Yeah.

 5   Q     Okay.  And what did John Stancil explain to you?

 6   A     He told me --

 7              MR. KENNEDY:  Objection, hearsay, Your Honor.

 8              THE COURT:  Go ahead.  Overruled.

 9   A     He told me that his brother said that they're his

10   responsibility.

11   BY MR. AKINA:

12   Q     Meaning Jay and Cash are now John Stancil's

13   responsibility?

14   A     Yes.

15   Q     And by "brother," who do you mean?

16   A     Mike.

17   Q     Did you agree to help and pick up Jay and Cash?

18   A     Yes.

19   Q     What type of car were you driving back then?

20   A     Back then I was driving a Jaguar XF.

21   Q     When you picked up -- and was John Stancil with you when

22   you went to go pick them up?

23   A     Yes.

24   Q     When you picked the two of them up, Jay and Cash, how did

25   they appear to you, their demeanor?

1    A    Like scared, also distraught.

2    Q    After you picked them up, did John Stancil saying anything

3    to them in the car?

4    A    Yeah, he was telling them that they don't have anything to

5    worry about and everything was going to be fine.

6    Q    Where did you take Jay and Cash and John Stancil?

7    A    I took them to a hotel.

8    Q    Which hotel?

9    A    I don't recall which one was first, but I did take them to

10   three hotels during that time period.  I want to say it may

11   have been either Waikiki or Ko Olina first.

12   Q    And were these three hotels in the same day or over a --

13   A    No.

14   Q    -- period of days?

15   A    Over a period of days.

16   Q    Was it one hotel a day?

17   A    I think it was like one hotel a day and maybe one hotel

18   was like two days.

19   Q    And so you said that you don't recall the exact order, the

20   sequence?

21   A    Yeah.

22   Q    But do you recall which hotels --

23   A    Yes.

24   Q    -- you took them to?

25        Which hotels?

```
1    A    The Marriott in Waikiki, the Marriott in Ko Olina, and the
2    Marriott on the North Shore.
3    Q    Did you stay overnight with them any of those nights?
4    A    No, not that I recall.
5    Q    Why not?  Why didn't you stay with them?
6    A    'Cause I didn't want to and I have a -- I have a daughter.
7    Q    To be clear, the daughter, that's not -- you didn't have
8    the daughter with John Stancil, right?
9    A    No.
10   Q    Different child?
11   A    Yeah.
12   Q    During the day -- you said you didn't stay over, but
13   during the day were you at the hotels?
14   A    I did go.
15   Q    And did you hear anything that John Stancil would say to
16   Jay or Cash that time?
17   A    No, they didn't really talk much in front of me.
18   Q    Did you -- you said that -- earlier you said that about
19   five days after you picked up John Stancil from Maunalua Bay,
20   he told you that he called 911?
21   A    Yes.
22   Q    So after the stay at the hotels --
23   A    Yeah.
24   Q    -- where did John Stancil stay?  Did he go back home?
25   A    No.  He went to his brother's rental.
```

1   Q      Why?

2   A      Because he asked me to just take him there.

3   Q      What part of the island was his brother's rental in?

4   A      In Kailua.

5   Q      And around this time did you learn about -- did you have

6   suspicions about what had happened?

7   A      Yeah.

8   Q      How did you learn that, initially?

9            MR. KENNEDY:  Objection on hearsay, Your Honor.  Past

10  narrative.

11           THE COURT:  I'm sorry.  I didn't hear what your

12  objection was.

13           MR. KENNEDY:  Objection, hearsay, past narrative.

14           THE COURT:  All right.  That objection will be ruled

15  on first thing tomorrow morning.

16           As we go to break, it's now 1:30, the end of our

17  trial day.  As we go to break, I will remind our jury to

18  refrain from discussing the substance of this case with anyone,

19  including each other, until I advise you otherwise.  Please

20  refrain also from accessing any media or other accounts of this

21  case that may be out there.  And finally, do not conduct any

22  independent investigation into the facts, circumstances, or

23  persons involved.  We will start sharp at 8:30 tomorrow

24  morning.  We'll see you then.

25           COURTROOM MANAGER:  All rise for the jury.

1            (The jury was excused at 1:31 p.m.)

2            (Whereupon, at 1:32 p.m., the proceedings adjourned.)

3            (End of partial transcript.)

4                              * * * * *

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                    COURT REPORTER CERTIFICATE

2              I, Ann B. Matsumoto, Official Court Reporter, United

3    States District Court, District of Hawaii, do hereby certify

4    that pursuant to 28 U.S.C. Sec. 753 the foregoing is a

5    complete, true, and correct transcript of the stenographically

6    recorded proceedings held in the above-entitled matter and that

7    the transcript page format is in conformance with the

8    regulations of the Judicial Conference of the United States.

9              DATED at Honolulu, Hawaii, June 22, 2024.

10

11

12
                         */s/ Ann B. Matsumoto*
13                       ANN B. MATSUMOTO, RPR

14

15

16

17

18

19

20

21

22

23

24

25