```
 1              IN THE UNITED STATES DISTRICT COURT

 2                  FOR THE DISTRICT OF HAWAII

 3

 4   UNITED STATES OF AMERICA,      )  CR. NO. 19-00099-DKW-KJM
                                    )
 5             Plaintiff,           )  Honolulu, Hawaii
                                    )
 6        vs.                       )  March 15, 2024
                                    )
 7   MICHAEL J. MISKE, JR.,         )  JURY TRIAL - DAY 39
                                    )
 8             Defendant.           )  (TESTIMONY OF GOVERNMENT'S
     _____)   WITNESS STANLEY MA)
 9

10

                  PARTIAL TRANSCRIPT OF PROCEEDINGS
11           BEFORE THE HONORABLE DERRICK K. WATSON
             CHIEF UNITED STATES DISTRICT COURT JUDGE
12
     APPEARANCES:
13
     For the Government:       MARK A. INCIONG, AUSA
14                             MICHAEL DAVID NAMMAR, AUSA
                               WILLIAM KEAUPUNI AKINA, AUSA
15                             Office of the United States Attorney
                               Prince Kuhio Federal Building
16                             300 Ala Moana Boulevard, Suite 6100
                               Honolulu, Hawaii 96850
17
     For the Defendant:        LYNN E. PANAGAKOS, ESQ.
18                             841 Bishop Street, Suite 2201
                               Honolulu, Hawaii 96813
19
                               MICHAEL JEROME KENNEDY, ESQ.
20                             Law Offices of Michael Jerome
                               Kennedy, PLLC
21                             333 Flint Street
                               Reno, Nevada 89501
22
     Official Court           ANN B. MATSUMOTO, RPR
23   Reporter:                United States District Court
                              300 Ala Moana Boulevard, Room C-338
24                            Honolulu, Hawaii 96850

25   Proceedings recorded by machine shorthand, transcript produced
     with computer-aided transcription (CAT).
```

1                          I N D E X

2    WITNESS:                                          PAGE NO.

3    FOR THE GOVERNMENT:

4     STANLEY MA

5     DIRECT EXAMINATION BY MR. AKINA                      3

6     CROSS-EXAMINATION BY MR. KENNEDY                    17

7     REDIRECT EXAMINATION BY MR. AKINA                   23

8

9                        E X H I B I T S

10    None.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1   FRIDAY, MARCH 15, 2024                    11:09 A.M. O'CLOCK

 2                          *  *  *  *  *

 3              (Start of partial transcript:)

 4              (Open court in the presence of the jury.)

 5              MR. AKINA:  Government calls Stanley Ma.

 6              COURTROOM MANAGER:  Please raise your right hand.

 7              STANLEY MA, GOVERNMENT'S WITNESS, SWORN.

 8              THE WITNESS:  Yes.

 9              COURTROOM MANAGER:  Thank you.  You may be seated.

10              Please state your full name, spelling your last name

11   for the record.

12              THE WITNESS:  My name is Stanley Ma; M-A.

13                       DIRECT EXAMINATION

14   BY MR. AKINA:

15   Q    Good morning, Mr. Ma.

16   A    Good morning.

17   Q    Do you mind speaking closer into the microphone

18   (indicates)?

19         What do you do for work?

20   A    I was a used car manager for a used car dealership.

21   Q    That's what you've done in the past?

22   A    Yeah.

23   Q    What dealership was that?

24   A    Top Value Auto.

25   Q    How long did you -- were you with Top Value Auto?
```

1  A    17 years.

2  Q    And what years was that?

3  A    '05 to 2022.

4  Q    And currently, do you do something else?

5  A    I run a rubbish company.

6  Q    Is that a new venture?

7  A    Yes.

8  Q    What type of business was Top Value Auto?

9  A    A used car dealership.

10  Q    And what are some of the sources -- what was the main

11  source of vehicles for Top Value Auto?

12  A    Manheim auction in Mapunapuna.

13  Q    Would you ever go and bid on vehicles at Manheim auction?

14  A    Every week for 20-something years.  For 17 years, sorry.

15  Q    I want to focus you on the period of 2017 to 2018.  Did

16  you -- were you going to auctions then?

17  A    Yes.

18  Q    And at that time did you see an individual named Michael

19  Miske?

20  A    Yes.

21  Q    And would Michael Miske bid on vehicles then?

22  A    Yes.

23  Q    The first time that you saw Michael Miske at Manheim

24  auction, was he there alone or with other people?

25  A    With other people.

1   Q    Who were the people that you recall seeing him with?

2   A    Preston Kimoto, Freitas, Jason, Stancil.

3   Q    You said Freitas.  Do you know his first name?

4   A    Kaulana.

5   Q    You said Jason.  Do you know his last name?

6   A    Yokoyama.

7   Q    And you said Stancil.

8   A    Yeah.

9   Q    Do you know his first name?

10  A    John.

11  Q    John Stancil?

12  A    Yeah.

13  Q    Would you recognize Michael Miske if you saw him today?

14  A    Yeah.

15  Q    Do you see him here in the courtroom?

16  A    Yes.

17  Q    Can you identify him by something that he's wearing?

18  A    The -- the jacket, the gray jacket.

19          MR. AKINA:  Let the record reflect the witness has

20  identified the defendant.

21          THE COURT:  Yes.  The record should reflect the

22  witness Mr. Ma's identification of the defendant, Mr. Miske.

23  BY MR. AKINA:

24  Q    Now, did you observe other people treat the defendant

25  differently --

1   A    Yes.

2   Q    -- at auctions?

3   A    Yes.

4   Q    Explain that.

5   A    He has a reputation of being violent, so people usually

6   back off when he bids.

7   Q    Were you personally aware of -- heard about that

8   reputation?

9   A    Yes.

10  Q    And what were you aware of?

11          MR. KENNEDY:  Objection on hearsay, Your Honor.

12          THE COURT:  Overruled.  Go ahead.

13  A    So we have lunch every Wednesday at Manheim, and all the

14  dealers stay back and we chitchat.  And people were saying that

15  he murdered the boy that got into a car crash with his son, so

16  everybody's afraid of him.

17          MR. KENNEDY:  Move to strike, Your Honor.

18          THE COURT:  That motion is granted.  The jury shall

19  not consider the last answer of the witness, Mr. Ma.

20  BY MR. AKINA:

21  Q    The general reputation that you were aware of, did that

22  affect the way that you interacted with the defendant?

23  A    Yes.

24          MR. AKINA:  Your Honor, I would move to

25  reconsideration.

1          THE COURT:  Denied.

2   BY MR. AKINA:

3   Q    Now, did you ever bid on a vehicle that the defendant was

4   bidding on?

5   A    Yes.

6   Q    And can you describe what happened during that?

7   A    Yes.  It was in an in-op auction, which is before the

8   normal auction, where the vehicles are sight unseen and it's in

9   different island sometimes.

10         And this particular vehicle was a 2015 Tacoma, and it was

11   low miles and it was lifted, and it seems to be very desirable.

12   But nobody was there to actually see the car in person, so we

13   really don't know what's wrong with it.  So you kind of take a

14   chance with vehicles that's in-op.  And this one was in Kauai.

15         It was a white Tacoma and manual transmission.  I remember

16   very clear.  I started the bid at 5,000.  I was sitting in the

17   front.  And then I didn't realize this, Miske was there, and he

18   was all the way in the back.  And I'm -- I don't look back to

19   see who's bidding on the vehicle against me.  I just bid.  And

20   we went from 5,000 to about 18,500, and I finally just decided

21   it was too much of a risk and I -- I dropped out of the bid.

22   And -- and then Miske got the -- the vehicle.  And I didn't

23   even realize he got it.  You know, I -- I don't even look.

24         So when the auction ends, they call out a number instead

25   of a name.  Instead of saying Miske got the car, they just call

1  a -- a number.  And I didn't know who got it.  But during that

2  day Miske seems to be following me around when I'm bidding on

3  cars, and he bid on every car that I bid on.  And when I see

4  that it's him, I usually just back off.  So I stopped bidding

5  on the vehicles.

6       So I guess he ended up with a lot of vehicles that day

7  'cause he kept trying to outbid me on vehicles.  And I -- I

8  wasn't aware that he was doing it on purpose.

9  Q    Let me jump in right here.  So the first auction that

10  you're talking about, this is all happening on the same day?

11  A    Same day, yeah.

12  Q    And so the first one of that day you said that at the time

13  you weren't aware that the defendant was bidding on that Toyota

14  Tacoma?

15  A    Yeah.  Had I known, I wouldn't have bid it against him.

16  Q    And the price went from 5,000 up to how much?

17  A    18,500-ish.

18  Q    So it went up over $13,000?

19  A    Yeah, and I think he was really angry about that.

20  Q    And so after -- you walked away because it was too --

21  A    Yeah, it was just too high.

22  Q    -- expensive?

23  A    Yes.

24  Q    And then you said that they don't announce by name.  It's

25  a number that they give out?

1    A    Yeah.

2    Q    And so later on, as you're going to other vehicles and

3    bidding on them --

4    A    Yeah.

5    Q    -- you described that you saw the defendant also bidding

6    on them?

7    A    Yeah.

8    Q    And what happened at each of those subsequent?

9    A    He wins the auction or other people bid against him.  But

10   he -- he's -- he ended up with a lot of cars that day.

11   Q    And then what happened?

12   A    And then I was walking by them, and then he turned around

13   and told me, or asked me:  Do we have a problem?  And he was

14   real angry when he was asking me.  And, you know, knowing who

15   he is, I -- I definitely said, you know, there's -- what --

16   what seems to be the problem?  I don't understand.  You know,

17   as I was backing off on all the bids.

18        But he kept telling me that we have a problem, and that

19   it -- it started to escalate to where he's threatening to beat

20   me up, and then kept escalating to where he will kill me, we

21   have a problem.  I -- I didn't know why he was so angry.

22        Then he told me I was bidding against him on the car, and

23   I didn't realize it was that car.  It's going on for like five,

24   ten minutes.  You know, he just kept coming at me for no

25   reason.

1    Q    Where was this taking place at the auction?

2    A    In the auction.  On the -- on the auction floor.

3    Q    And you said that he's -- for 10, 15 minutes.  What is --

4    what's the -- his voice level like?

5    A    Super loud.  And -- and it's -- also because there's

6    auction going on that's real loud, so he was screaming.  Him

7    and Preston was there at the time and -- Preston Kimoto.  And

8    Preston just stood behind Mike and gave me the death stare like

9    they're going to really hurt me.  And I -- I --

10   Q    What sorts of things were the defendant saying to you?

11   A    It -- it just started off with:  You know who I am, you

12   know; you know what I could do to you.  And then it escalate

13   to:  Let's go to the parking lot right now.  He's going to lick

14   me.  Then it escalate to like he could kill me anytime, you

15   know, I don't know who I'm messing with.  The whole time I was

16   just apologizing.  I -- I didn't realize that I did something

17   wrong.

18   Q    And did this ever turn physical?

19   A    No.

20   Q    So just threats that he's yelling at you?

21   A    Yeah.  Well -- I -- I deescalated the situation 'cause I

22   realized that he was in over his head on how many cars he's

23   got, and he's got a whole bunch of tickets.  And he said -- oh,

24   he told -- tell me, you know, he's bidding against me on every

25   car, and he's got too many cars.

1       So I -- I offered to say:  Hey, you know, any vehicle you

2    don't want to buy, how about this, you know, I'll make it up to

3    you.  I -- I'll take over the ones that you don't want.  'Cause

4    we could do that at the auction.  We could switch over to the

5    winning bidders.  So --

6    Q    And so when you say that, you mean after you win a bid you

7    get a ticket?

8    A    Yes, yes.

9    Q    And then at the end of the day, you would have to go take

10   that ticket and pay for the vehicle?

11   A    Yes.

12   Q    So if you took Michael Miske's tickets and paid for them,

13   then that would essentially be you paying instead of him?

14   A    Yeah.  So -- so that finally deescalated the situation

15   where he stopped coming after me to threaten me.

16   Q    About how many vehicles did you agree to take and pay for

17   for Miske, Michael Miske?

18   A    I don't remember the exact number, but it was maybe four

19   or five cars, at least.

20   Q    And the arrangement is that you would keep those vehicles?

21   A    Yes, I will -- I would take over as the winning bid so

22   that he won't be responsible to go and make payments on a

23   vehicle that he doesn't even want.

24   Q    Did you -- in offering that -- would you have offered that

25   solution to anyone --

```
1    A    No.

2    Q    -- in that situation?

3         Why did you decide to offer up to purchase vehicles?

4    A    Well, he was threatening to kill me, so I wanted to think

5    of a way to make -- and he hinted that, you know, I -- he has

6    too many cars that he don't even want.  So I figured that would

7    be the way to deescalate the situation.

8    Q    And did the defendant's reputation that you were aware of

9    affect your decision to offer that up as a solution?

10   A    Oh, absolutely, yeah.

11   Q    And did it work?  Did it deescalate the situation?

12   A    Yeah.  At that -- at that day, yeah.

13   Q    Did you end up actually taking some vehicles and paying

14   for them?

15   A    Yeah.  I paid for all the vehicles that he didn't want.

16   Q    After this happens, you mentioned that sometimes there

17   are -- there are lunches --

18   A    Mm-hmm.

19   Q    -- that the dealers stay for?

20        Did Michael Miske stay for the lunch that day?

21   A    No.

22   Q    Did anyone -- did Preston Kimoto stay for the lunch that

23   day?

24   A    No, they -- they don't ever stay for lunch.

25   Q    And with other people, other dealers there, did anyone
```

1    talk to you about what took place?

2    A    Oh, yeah, of course.

3    Q    And without going into too much detail, what was the gist

4    of what they were saying to you?

5    A    It's just --

6              MR. KENNEDY:  Objection, hearsay.

7              THE COURT:  Overruled.  Go ahead.

8    A    It's just:  Hey, what happened?  Are you going to be okay?

9    I said I -- I -- I think so, you know, I -- I think we resolved

10   the issue.

11   BY MR. AKINA:

12   Q    Did people seem concerned --

13   A    Yeah.

14   Q    -- when they came up to you?

15   A    Yes, yes.

16   Q    Did you file --

17   A    It --

18   Q    -- a police report?

19   A    No, I didn't.

20   Q    Why not?

21   A    I didn't get physically harmed, and I figured we

22   deescalated the situation.  And me and Mike was cool already,

23   you know, at that point.  That's what I thought.

24   Q    Did you think that by filing a police report that might

25   make things worse?

1    A    Yes.  Of course.

2    Q    What does that mean?

3    A    You know, if I file a police report, he might come after

4    me and my family.

5    Q    I want to fast forward to sometime after 2020.  Are you

6    aware that Preston Kimoto got arrested?

7    A    Yes.

8    Q    And was there a period of time where Preston Kimoto was

9    out on supervised release, pretrial supervised release?

10   A    Yes.

11   Q    During that time period did you ever talk to Preston

12   Kimoto?

13   A    Yes.

14   Q    And where did that take place?

15   A    At the gym.

16   Q    And in this --

17   A    24-Hour Fitness, Kapiolani.

18   Q    In this particular conversation, what did -- at this time

19   was it your understanding that Preston Kimoto was still

20   associated with Michael Miske?

21   A    Yes.

22        MR. KENNEDY:  I object to this line of questioning in

23   2022.

24        THE COURT:  I don't understand the objection.

25        MR. KENNEDY:  The objection would be it's not

1   relevant.

2          THE COURT:  Who said anything about 2022?

3          MR. KENNEDY:  I thought that the conversation was

4   later, after -- when Mr. Kimoto was out on release.

5          THE COURT:  Is that in 2022?

6          MR. AKINA:  I believe that would cover the time

7   frame.  This is general, just sometime after 2020.

8          THE COURT:  I haven't heard a question that's

9   objectionable.  Proceed.

10  BY MR. AKINA:

11  Q    During this time period do you recall the exact year?

12         MR. KENNEDY:  Objection on the time period, Your

13  Honor, if we could have more specificity to the question.

14         THE COURT:  I thought that's what the question was

15  designed to elicit.

16         THE WITNESS:  I'm sorry.  What was that?

17         THE COURT:  The question was:  Do you recall the

18  exact year?

19         THE WITNESS:  No, I don't.  Probably 2021.

20  BY MR. AKINA:

21  Q    But at the point in time that you had this conversation

22  with Preston Kimoto, you were aware that he had already been

23  arrested?

24  A    Yes.

25  Q    And he wasn't in jail; he was out.  He was at the gym with

1   you, right?

2   A     Yes.

3   Q     And so during that time, that specific conversation that

4   you had at the gym, did you discuss his charges with him?

5   A     Yes.

6   Q     And what did Preston Kimoto tell you?

7               MR. KENNEDY:  Objection, hearsay, Your Honor.  2021.

8               THE COURT:  The objection's overruled.  Go ahead.

9               MR. KENNEDY:  Outside of any time period --

10              THE COURT:  I said the objection is overruled.  Do I

11  need to say it again?  Did you not hear it?

12              MR. KENNEDY:  I did, Your Honor.  Just making a

13  record.

14              THE COURT:  The objection is overruled.

15              Answer the question.

16  A     So Preston told me that he's not to worry and --

17              THE COURT:  That wasn't the question.

18              THE WITNESS:  Oh.  What was the question?

19  BY MR. AKINA:

20  Q     What did Preston -- you said that you discussed his

21  charges with him.

22  A     Yeah.

23  Q     What did Preston Kimoto tell you?

24  A     He said he's not too worried about the charges.  And he

25  said that Mike is his best friend and he never ratted, because

1    rumor was that --

2    Q    Without going into rumor, just focusing on what he told

3    you.

4    A    Right.  Okay.  So he said that he's not too worried about

5    the charges because he's going to talk to the -- the witnesses,

6    or he would take care of the witnesses.  I don't know what that

7    means.

8    Q    Did it appear to you that he was trying to act tough in

9    front of you?

10   A    Yes.

11           MR. AKINA:  No other questions.

12           THE COURT:  Mr. Kennedy, cross-exam when you're

13   ready.

14                        CROSS-EXAMINATION

15   BY MR. KENNEDY:

16   Q    So the events you were talking about happened on a single

17   day, correct?

18   A    The auction event?

19   Q    Yes.

20   A    Yes, sir.

21   Q    All right.  So you were down in the front, right?

22   A    Yes.

23   Q    You were bidding on this Toyota -- it was a Tacoma, right?

24   A    Yeah.

25   Q    And it started at around 5,000, if I remember?

1   A     Yes.

2   Q     And someone in the back was bidding as well?

3   A     Yes.

4   Q     And then eventually you dropped out of the bid?

5   A     18-something, yeah.

6   Q     Around 18-something?

7   A     Yeah.

8   Q     And you didn't know who was bidding against you?

9   A     No.

10  Q     And were you aware of whether anyone could even see that

11  you were bidding?  Were there people in between you?  You said

12  up in the back and some --

13  A     Anybody behind me would have seen that I was bidding.

14  Q     I'm sorry?

15  A     Anybody that's behind me -- I was in the front.  I -- I

16  sat down in the front row.

17  Q     Okay.  All right.

18        And so that bid went to a spot where you didn't want to

19  bid anymore and you dropped out?

20  A     Yes.

21  Q     All right.  And then I believe you observed Mr. Miske

22  bidding on other cars during the day, right?

23  A     Yes.

24  Q     You did not bid on those vehicles, right?

25  A     No.

 1   Q    Okay.

 2   A    Well, I -- I might have been bidding on it, but when I see

 3   him bid against me, then I drop.

 4   Q    Okay.  But you don't remember whether you bid on any one

 5   of those specific cars before?

 6   A    What -- what do you mean?

 7   Q    You saw Mr. Miske bidding on other vehicles, right?

 8   A    Yes.

 9   Q    And then eventually you take back either three or four or

10   five cars, right?  From him?

11   A    Yes.

12   Q    Were you bidding on any of those cars?

13   A    Yeah.  I was bidding on them.

14   Q    Okay.  And so you were bidding on those cars, but

15   eventually he got the bid on those cars, right?

16   A    Yeah, when I see him bidding, then I stop bidding.

17   Q    Okay.  All right.  And so later you -- Mr. Miske

18   approaches you, right?

19   A    Yes.

20   Q    Okay.  And you've had a couple meetings in January of this

21   year with the FBI, right?

22   A    Yes.

23   Q    That's the first time that they spoke with you, right?

24   A    Yes.

25   Q    Okay.  So on the 10th, I believe you said that Mr. Miske

1    came up to you and said that you guys were going to have some

2    problems?

3    A    Yes.

4    Q    All right.  And that at that time he was screaming and

5    swearing, right?

6    A    Yes.

7    Q    And there was something about if you want to go outside

8    and fight?

9    A    Yes.

10   Q    Okay.  And that -- that's what you told them on the 10th,

11   right?

12   A    Yes.

13   Q    Okay.  And then you said what ended up about that was that

14   the -- four or five of those cars you ended up taking the bid

15   from him?

16   A    Yes.

17   Q    And then you ended up with those cars?

18   A    Yes.

19   Q    Okay.  Now, you're aware that there's -- and you said that

20   two of them, you think that this probably was captured on

21   video, correct?

22   A    Yes.

23   Q    All right.  Did they show you any video today?

24        MR. AKINA:  Objection, speculation.  Calls for facts

25   not in evidence.

```
 1                THE COURT:  Overruled.  Go ahead.
 2   A    No.
 3                THE COURT:  Did they show you any video today?
 4   BY MR. KENNEDY:
 5   Q    Okay.  Have you seen that video from -- at Manheim?
 6   A    No.
 7   Q    Did the FBI show you any video from Manheim in preparation
 8   for your testimony now here in March?
 9   A    No.
10   Q    And this was an event that you told them about in January
11   of this year?
12   A    Yeah.
13   Q    Okay.  Now, a couple of days later you also had a
14   follow-up interview with them, on January 12th, right?
15   A    Yeah.
16   Q    And that was the first time that you said that Mr. Miske
17   said:  Do you know who I am and I'll kill you, correct?
18   A    Yes.
19   Q    Okay.  So you didn't tell them that the first time, right?
20   A    I guess so.
21   Q    Okay.  Now, you said at the end of the day at this time of
22   the auction that once you took back the cars you guys were
23   cool, right?
24   A    Yeah.
25   Q    And nothing else happened after that day?
```

```
 1   A     Oh.  Whenever I'd bid against him, you know, after this
 2   event, he would just stare at me and then I would just back
 3   off.  You know, like -- only happened two or three times when I
 4   accidentally bidded on a car and I didn't realize he was the
 5   one on it.  So I got off of it.
 6   Q     Okay.
 7   A     You know, he would -- he would just intimidate me.
 8   Q     So you've had two interviews with the FBI, and you never
 9   told them that, right?
10   A     I did told them that.
11               MR. AKINA:  Objection, 403 --
12   BY MR. KENNEDY:
13   Q     Did you?
14   A     Yes.
15   Q     Okay.
16         So you had bidding, and he would stare at you, right?
17   A     If I bid against him --
18   Q     Okay.
19   A     -- accidentally.
20   Q     Do you know a individual by the name of Gino, who is also
21   someone bidding at the auction?
22   A     Yes.
23   Q     All right.  Do you know Gino also to stare at folks when
24   he's bidding?
25   A     No.
```

1  Q    Okay.  Do you know other people that do that during the

2  auction?

3  A    Yes.

4  Q    Okay.

5           MR. KENNEDY:  Nothing further.

6           THE COURT:  Redirect.

7                        REDIRECT EXAMINATION

8  BY MR. AKINA:

9  Q    You were asked a question about a video.  You said that

10  you've never seen a video from that day?

11  A    No.

12  Q    So you don't actually know if a video -- if it was

13  actually captured, correct?

14  A    I don't know hundred percent.

15           MR. AKINA:  Nothing further.

16           THE COURT:  Anything else, Mr. Kennedy?

17           MR. KENNEDY:  No, Your Honor.

18           THE COURT:  All right.  Mr. Ma, you may step down.

19  Thank you, sir.

20                                     (Witness excused.)

21           (End of partial transcript.)

22                      * * * * *

23

24

25

1                    COURT REPORTER CERTIFICATE

2           I, Ann B. Matsumoto, Official Court Reporter, United

3    States District Court, District of Hawaii, do hereby certify

4    that pursuant to 28 U.S.C. Sec. 753 the foregoing is a

5    complete, true, and correct transcript of the stenographically

6    recorded proceedings held in the above-entitled matter and that

7    the transcript page format is in conformance with the

8    regulations of the Judicial Conference of the United States.

9           DATED at Honolulu, Hawaii, June 22, 2024.

10

11

12
                            _/s/ Ann B. Matsumoto_____
13                          ANN B. MATSUMOTO, RPR

14

15

16

17

18

19

20

21

22

23

24

25