```
 1              IN THE UNITED STATES DISTRICT COURT

 2                  FOR THE DISTRICT OF HAWAII

 3

 4   UNITED STATES OF AMERICA,      )  CR. NO. 19-00099-DKW-KJM
                                    )
 5                Plaintiff,        )  Honolulu, Hawaii
                                    )
 6        vs.                       )  April 24, 2024
                                    )
 7   MICHAEL J. MISKE, JR.,         )  JURY TRIAL - DAY 56
                                    )
 8                Defendant.        )  (TESTIMONY OF GOVERNMENT'S
     _____)  WITNESS KALEN LYMAN-RISSO)

 9

10              PARTIAL TRANSCRIPT OF PROCEEDINGS
                BEFORE THE HONORABLE DERRICK K. WATSON
11            CHIEF UNITED STATES DISTRICT COURT JUDGE

12   APPEARANCES:

13   For the Government:        MARK A. INCIONG, AUSA
                                MICHAEL DAVID NAMMAR, AUSA
14                              WILLIAM KEAUPUNI AKINA, AUSA
                                AISLINN AFFINITO, AUSA
15                              Office of the United States Attorney
                                Prince Kuhio Federal Building
16                              300 Ala Moana Boulevard, Suite 6100
                                Honolulu, Hawaii 96850
17
     For the Defendant:         LYNN E. PANAGAKOS, ESQ.
18                              841 Bishop Street, Suite 2201
                                Honolulu, Hawaii 96813
19
                                MICHAEL JEROME KENNEDY, ESQ.
20                              Law Offices of Michael Jerome
                                Kennedy, PLLC
21                              333 Flint Street
                                Reno, Nevada 89501
22
     Official Court            ANN B. MATSUMOTO, RPR
23   Reporter:                 United States District Court
                                300 Ala Moana Boulevard, Room C-338
24                              Honolulu, Hawaii 96850

25   Proceedings recorded by machine shorthand, transcript produced
     with computer-aided transcription (CAT).
```

1                          I N D E X

2   <u>WITNESS:</u>                                        <u>PAGE NO.</u>

3   <u>FOR THE GOVERNMENT</u>:

4    KALEN LYMAN-RISSO

5     DIRECT EXAMINATION BY MR. INCIONG              3

6     CROSS-EXAMINATION BY MR. KENNEDY              37

7

8                          E X H I B I T S

9   Exhibit 2-28 received in evidence               36

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1   WEDNESDAY, APRIL 24, 2024                    10:54 A.M. O'CLOCK
 2                            * * * * *
 3            (Start of partial transcript:)
 4            (Open court in the presence of the jury.)
 5            THE COURT:  Okay, back from our first break of the
 6   trial day, the government may call its next witness.
 7            MR. INCIONG:  Thank you, Your Honor.
 8            The United States calls Kalen Lyman.
 9            COURTROOM MANAGER:  Please raise your right hand.
10            KALEN LYMAN-RISSO, GOVERNMENT'S WITNESS, SWORN.
11            THE WITNESS:  I do.
12            COURTROOM MANAGER:  You may be seated.
13            Please state your name, spelling your last name for
14   the record.
15            THE WITNESS:  Kalen Lyman-Risso.
16            MR. INCIONG:  Could you spell your last name, please?
17            THE WITNESS:  L-Y-M-A-N, hyphen, R-I-S-S-O.
18                        DIRECT EXAMINATION
19   BY MR. INCIONG:
20   Q    Good morning, Mr. Lyman-Risso.  How old are you, sir?
21   A    27.
22   Q    Where did you grow up?
23   A    In Kaneohe.
24   Q    Where did you go to high school?
25   A    Kamehameha.
```

1    Q    What year did you graduate?

2    A    2014.

3    Q    What are you doing for work right now?

4    A    I work construction.

5    Q    Do you know someone by the name of Johnathan Fraser?

6    A    Yes.

7    Q    How did you know Johnathan Fraser?

8    A    We grew up together playing football when I was in fourth

9    grade or so, and then we were just kind of like lifelong

10   friends.

11   Q    So did you continue your relationship and friendship with

12   him through high school and after high school?

13   A    Through high school not so much, and then reconnected

14   after high school.

15   Q    Okay.  You didn't go to the same high schools, correct?

16   A    No.

17           MR. INCIONG:  Could we show the witness and publish,

18   please, Exhibit 2-55, which has been previously admitted?

19           THE COURT:  Yes.  Go ahead.

20   BY MR. INCIONG:

21   Q    Mr. Lyman, do you know who that is?

22   A    Yes.

23   Q    Is that Johnathan Fraser?

24   A    Yes.

25   Q    Now, you said you were lifelong -- basically lifelong

1    friends with Mr. Fraser.

2         Did you have some common interests with him?

3    A    Yeah.  We both liked cars.  Yeah.

4    Q    Did you meet any of the other friends that Johnathan

5    Fraser would spend time with, girlfriends, friends and things

6    like that?

7    A    Yes.

8    Q    Did you ever meet someone by the name of Ashley Wong?

9    A    Yes.

10   Q    Who was Ashley Wong?

11   A    That was his girlfriend.

12        MR. INCIONG:  Could we show the witness and publish,

13   please, Exhibit 2-61, previously admitted from our original

14   list?

15        THE COURT:  Yes, you may.

16   BY MR. INCIONG:

17   Q    Mr. Lyman-Risso, do you recognize who's in this photo?

18   A    Yes.

19   Q    Who is that?

20   A    John and Ashley.

21   Q    Did you know someone or meet someone through Johnathan by

22   the name of Caleb Miske?

23   A    Yes.

24   Q    How did you meet Mr. Miske?

25   A    Through Johnathan.  We used to go to like car cruises a

1   bunch and that's -- that's where I met him.

2   Q    Okay.  So did you end up kind of befriending Caleb because

3   of Johnathan as well?

4   A    Yes.

5              MR. INCIONG:  Okay.  Could we show the witness and

6   publish, please, Exhibit 1-52 from our original witness list?

7              THE COURT:  Yes.  Go ahead.

8   BY MR. INCIONG:

9   Q    Do you recognize this photo, sir?

10  A    Yes.

11  Q    Who is shown in that photo?

12  A    Caleb.

13  Q    Did you ever meet Caleb's girlfriend who later became his

14  wife?

15  A    Yes.

16  Q    Do you recall her name?

17  A    Delia.

18             MR. INCIONG:  Could we show the witness and publish,

19  please, Exhibit 1-42 from our original witness list?

20             THE COURT:  Yes.

21  BY MR. INCIONG:

22  Q    Is that the person you recognize as Caleb's girlfriend and

23  then later his wife?

24  A    Yes.

25  Q    That's Delia Miske?

```
1    A    Yes.

2    Q    Would you spend time with -- with all of these people,

3    Johnathan Fraser, Caleb Miske, Delia Miske, Ashley Wong?

4    A    Yes.

5    Q    You guys would do things together?

6    A    Yes.

7    Q    Now, you mentioned car -- cars were a common interest of

8    all of you.  Is that true?

9    A    Yes.

10   Q    Were you aware of any car club that Johnathan and Caleb

11   belonged to or formed?

12   A    Yes.

13   Q    If you -- do you recall the name, or no?

14   A    Yes.

15   Q    Okay.  What was the name of it?

16   A    Team Mad.

17   Q    Team Mad?

18   A    Yes.

19   Q    Did you have any involvement with that particular car

20   club?

21   A    Yes.

22   Q    So about how old were you at this time when you guys were

23   all hanging out together?

24   A    I was about 18, 19.

25   Q    Okay.  So right after high school, basically?
```

```
1    A    Yes.
2    Q    Was there any other particular spots or hangout places
3    that the group of you would gather at any time?
4    A    In Windward City in Kaneohe and then Sam's club, pumps gas
5    station.
6    Q    Windward City in Kaneohe, that's a shopping center?
7    A    Yes.
8    Q    Was there any particular spot at Windward City that you
9    would spend time at?
10   A    Yes.  We were always at the vape shop.
11   Q    Do you remember the name of that vape shop?
12   A    Xclusive Vapor.
13   Q    Were you into vaping at the time?
14   A    Yes.
15   Q    Was Johnathan into vaping at the time?
16   A    Yes.
17   Q    What kinds of -- how often would you say you would spend
18   time or meet at the Xclusive vape shop?
19   A    At least three or four times a week.
20   Q    Okay.  And talking and referencing the same period, you
21   know, right after high school, 18, 19 years old, how often
22   would you see Mr. Fraser during that time?
23   A    Almost every day.
24   Q    Now, was it known to you that Johnathan liked to smoke
25   marijuana at that time?
```

1    A    Yes.

2    Q    Were you also smoking marijuana with him at that time?

3    A    Yes.

4    Q    Were the two of you either engaged in a reselling or -- or

5    redistributing marijuana?

6    A    Yes.

7    Q    Describe that.  I mean, what types of amounts, or how

8    frequently were you doing that?

9    A    Like eighths; not very often, pretty much just to smoke.

10   Q    So when you say eighths, what amount does that mean?

11   A    Three and a half grams.

12   Q    Okay.  Was it basically buying marijuana for your own use

13   and then selling maybe some extra to kind of pay for what

14   you're using?

15   A    Yes.

16   Q    Did you ever -- were you ever involved in selling more

17   than those sorts of three and a half gram amounts?

18   A    No.

19   Q    As far as you know, was Johnathan ever involved in that?

20   A    As far as I know, no.

21   Q    Okay.  Were you aware of any debts that Johnathan owed

22   anyone for selling marijuana?

23   A    No, I -- I wasn't.

24   Q    So Mr. Lyman-Risso, I want to take you to October of 2015.

25   So on that -- in that month -- you guys had mentioned you guys

```
 1   were all into cars, you guys were car enthusiasts, correct?

 2   A    Yes.

 3   Q    Were you aware of Caleb obtaining or buying a brand-new

 4   car -- or a new car for him about that time?

 5   A    Yes.

 6   Q    How did you become aware of that?

 7   A    He -- Caleb called me and he came up -- came to my house

 8   to show me.  He picked me up.

 9   Q    Do you recall the type of car that was?

10   A    It was -- I'm not exactly sure of the year, but it was a

11   Honda Civic.

12   Q    Do you recall the color?

13   A    It was dark gray, almost black, pretty much.

14   Q    Where were you living at that time?

15   A    I was living at my parents' house.

16   Q    Where was that?

17   A    In Kaneohe.

18   Q    Was that near the Windward City Shopping Center?

19   A    Yes.  Right down the road.

20   Q    Was it a surprise when Caleb picked you up with this new

21   car?

22   A    No.

23   Q    He told you he had gotten it?

24   A    Yeah.

25   Q    Okay.  So why did he pick you up at that time?
```

```
 1   A     He just wanted to show me the car that he bought and tell
 2   me a little bit about it.
 3   Q     But did he pick you up?
 4   A     Yes.
 5   Q     Did you go for a ride in the car?  Did he just show you
 6   the car?
 7   A     Yes, we took a drive.
 8   Q     Where did you take a drive?
 9   A     We just went mauka up the road from my parents' house,
10   straight -- right by Windward City.
11   Q     Is that -- do you know where Kaneohe Bay Drive is?
12   A     Yes.
13   Q     Is that a pretty major street right by Windward City?
14   A     Yes.
15   Q     It's two lanes going in each direction?
16   A     Yes.
17   Q     Is that nearby where your family was living at the time?
18   A     Yes.
19   Q     So when Caleb picked you up and took you for a ride in the
20   car, were you impressed?
21   A     Yes.
22   Q     Was it fast?
23   A     Yes.  It's quick.
24   Q     Were you driving fast?
25   A     Yes.
```

```
 1   Q    Who was driving the car?

 2   A    Caleb.

 3   Q    How fast were you driving?

 4   A    About 70 or 80 miles an hour.

 5   Q    Is this on Kaneohe Bay Drive?

 6   A    Yes.

 7   Q    The speed limit on that road is what?

 8   A    25.

 9   Q    So you were going way, way above the speed limit?

10   A    Yes.

11   Q    How long did Caleb give you this kind of test drive for?

12   A    No longer than five or ten minutes.

13   Q    Where did you go after you were done with the test drive?

14   A    After that, we went to the vape shop right at Windward

15   City.

16   Q    Did you meet anybody there?

17   A    Yes.  We met John.

18   Q    What did you do when you got there and you met John?

19   A    Caleb wanted to show John the car.  So he was about to

20   take John for a ride.  So me and John had switched places.  He

21   jumped into the passenger seat.

22   Q    Were you invited to stay in the car at that time?

23   A    Yes.

24   Q    What did you decide to do?

25   A    I declined.  I -- I told him I was going to go into the
```

1    vape shop real quick.

2    Q    Is that what you did?

3    A    Yes.

4    Q    So when the car left, who was driving?

5    A    Caleb.

6    Q    Where was John?

7    A    In the passenger seat.

8    Q    The front passenger seat?

9    A    Yes.

10   Q    So did you go up into the vape shop?

11   A    Yes.

12   Q    Something catch your attention after you got up into the

13   vape shop?

14   A    Yes.  We heard a loud noise.

15   Q    How would you describe that noise?

16   A    Super loud, kind of sounded like something bad really

17   happened.  Just like a big crash, like a smash.

18   Q    Did you know what it was?

19   A    Not at the moment when it happened, no.

20   Q    Did you have an idea what it was?

21   A    I had a feeling it was a car, yeah.

22   Q    What did you do?

23   A    We walked outside and then went to go observe whatever the

24   noise was.

25   Q    What did you find, if anything?

1    A    John and Caleb had been in a car accident.

2    Q    Where was the car accident in relation to Windward City?

3    A    Right at the corner.

4    Q    So how long did it take you to walk there, would you say?

5    A    A minute or two.  Yeah.

6    Q    So after Johnathan and Caleb had left in the car and you

7    went into the vape shop, how much time had passed before you

8    heard this crash, would you say?

9    A    I would say no longer than 15 minutes.

10    Q    So when you walked to the scene of the accident, what did

11    you see?

12    A    I seen the car pushed up off the side of the road in the

13    grass and the front end completely destroyed, and I seen Caleb

14    and John in the car.

15    Q    Did you recognize the car, as damaged as it was, that that

16    was the car that you had just been riding in?

17    A    Yes.

18    Q    When you got to the crash scene and the wreckage, you said

19    you saw Caleb and John.  Could you see where they were in the

20    car at that time?

21    A    Yes.

22    Q    Who did you see first?

23    A    I seen Caleb first.

24    Q    Where was Caleb?

25    A    He was in the driver's seat.

1   Q    What was his -- what was the situation?

2   A    John was completely unconscious.  His head had hit the

3   windshield.  Caleb was in and out of consciousness.  He was

4   asking me to move his seat back because his legs were

5   uncomfortable.

6   Q    Were you able to do that?

7   A    No.  Yeah.

8   Q    The wreckage was just too -- too bad?

9   A    Yeah.

10  Q    You said John was unconscious?

11  A    Yes.

12  Q    So when you made these observations of Caleb and he was

13  asking you to move the seat back, where were you located in

14  relation to the vehicle?

15  A    I was right outside of his driver door.

16  Q    So you were actually trying to communicate with him during

17  that time?

18  A    Yes.

19  Q    Could you see John through the window into the -- into the

20  car?

21  A    Yes.

22  Q    Where was John seated?

23  A    In the passenger seat.

24  Q    Did you ever go to the other side of the vehicle to try

25  and make further contact with Johnathan?

```
 1   A     Yes.  I walked around.

 2   Q     What did you see when you got to the other side?

 3   A     I just seen blood all over John's head and the windshield.

 4   Ashley was there too as well and she was crying.

 5   Q     Had you gone over with Ashley or did you guys

 6   independently arrive there?

 7   A     Yeah, we had walked over together.

 8   Q     Anyone else that you recall being present there right away

 9   as -- when you first got there?

10   A     No.

11   Q     Were you one of the first people to arrive at the scene?

12   A     Yes.

13   Q     The fire department, were they there?

14   A     No, they weren't there.

15   Q     Were any police officers there yet?

16   A     No.

17   Q     How long would you say it was before either, you know,

18   police or fire showed up?

19   A     I'm not exactly sure.  I would -- I wasn't really paying

20   attention to the time, but I would say no more than like 30, 30

21   minutes, 30 or 40 minutes.

22   Q     Okay.  How long did you stay there at the scene?

23   A     I stayed there until John and Caleb both went to the

24   hospital.

25   Q     Who went to the hospital first, from what you recall?
```

```
 1   A     John.

 2   Q     They were able to get John out of the car?

 3   A     Yes.

 4   Q     And then he was taken in an ambulance?

 5   A     Yes.

 6   Q     What about Caleb, what was the process like of getting him

 7   out?

 8   A     The fire department had to cut the car out and pretty much

 9   cut his seat out to pull him out of the car.

10   Q     So this was a -- a very serious accident?

11   A     Yes.

12         MR. INCIONG:  Could we show the witness and publish

13   Exhibits 2-159 through 2-164 from our 15th supplement that were

14   previously admitted?

15         THE COURT:  Yes, you may.

16   BY MR. INCIONG:

17   Q     So starting with 2-159, Mr. Lyman-Risso, do you recognize

18   that intersection?

19   A     Yes.

20   Q     Kaneohe Bay Drive and Makalani Street?

21   A     Yes.

22   Q     Is that basically right where the crash occurred?

23   A     Yes.

24   Q     And is that just up the road from your family residence on

25   Kaneohe Bay?
```

1   A     Yes.

2             MR. INCIONG:  May we publish next 2-160?

3             THE COURT:  Go ahead.

4   BY MR. INCIONG:

5   Q     Do you recognize that?

6   A     Yes.

7   Q     What is shown there?

8   A     That's the car from the accident.

9   Q     Does that look like what you saw there on that -- that

10  night?

11  A     Yes.

12            MR. INCIONG:  May we publish 2-161?

13            THE COURT:  Go ahead.

14  BY MR. INCIONG:

15  Q     Is this another view of the wreckage of Caleb's vehicle?

16  A     Yes.

17            MR. INCIONG:  May we publish 2-162?

18            THE COURT:  Yes.

19  BY MR. INCIONG:

20  Q     Mr. Lyman, can you tell and kind of orient the jury as to

21  what part of the car is shown here from this angle in 2-162?

22  A     This is the passenger side.

23  Q     So that front wheel we're seeing right in the center, in

24  the front of the picture, that's the front passenger side wheel

25  on the car?

```
 1   A    Yes.

 2   Q    There's some palms or bushes that are to the left there?

 3   A    Yes.

 4   Q    Was the car right up against those, those palms when you

 5   got there?

 6   A    Yes.

 7   Q    This was the side of the car that you were talking to

 8   Johnathan?

 9   A    Yes.

10        MR. INCIONG:  May we publish 2-163?

11        THE COURT:  You may.

12   BY MR. INCIONG:

13   Q    Can you tell what part of the vehicle this is, sir?

14   A    This is the front.  Driver's side.

15   Q    So again, if we're using the wheel as a reference point,

16   that's the front driver's side wheel?

17   A    Yes.

18   Q    That was the side of the vehicle that you initially made

19   contact with Caleb from?

20   A    Yes.

21        MR. INCIONG:  Finally, could we show 2-164, please?

22        THE COURT:  Go ahead.

23   BY MR. INCIONG:

24   Q    What do you see here?

25   A    This is another angle from the crash.
```

1   Q    Is that the front bumper that's laying right in front of

2   that gray bucket toward the front?

3   A    Yes.

4   Q    And the -- those palms or those bushes along the left, are

5   those the shrubs that you were referencing that were right up

6   against the passenger side of the car?

7   A    Yes.

8   Q    Did you go to the hospital after to see Caleb or

9   Johnathan?

10  A    Yes, I did.

11  Q    Do you recall going there more than once or did you -- or

12  not?

13  A    I went there once more.

14  Q    So the first time you went, was it this night?

15  A    Yes.

16  Q    Do you recall when the second time was?

17  A    No.  Sometime within that next month, though.

18  Q    Do you recall Johnathan being released way before Caleb

19  was?

20  A    Yes.

21  Q    Did you see Johnathan at some point after he was released

22  from the hospital?

23  A    Yes.

24  Q    Did he have some significant injuries that he was dealing

25  with?

```
 1    A    Yes.

 2    Q    After Johnathan was released, did you ever go back just to

 3    visit Caleb?

 4    A    I -- I did not.

 5    Q    Was there any particular reason you did not?

 6    A    Just the time that I had went he just wasn't able to see

 7    any visitors at the moment.

 8    Q    He was in a coma for a lot of that time?

 9    A    Yes.

10    Q    Did you understand that?

11         Did you learn that in the following year of March of 2016

12    that Caleb had passed away?

13    A    Yes.

14    Q    So fast forwarding then to April of 2016, were you still

15    in contact with Johnathan during that time?

16    A    Yes.

17    Q    Still spending a lot of time with him?

18    A    Yes.

19    Q    Okay.  And was he recovering from the accident?

20    A    Yes.

21    Q    Did you become aware that he had obtained a car that was

22    going to be a, quote, tribute car?

23    A    Yes.

24    Q    How did you become aware of that?

25    A    John had told me.
```

1   Q    Did you ever see that particular car?

2   A    Yes.

3   Q    Do you recall what type of car that was?

4   A    It was a Honda Civic hatchback.

5            MR. INCIONG:  Could we publish, please,

6   Exhibits 1-151 and 2-152 from our 14th supplemental?

7            THE COURT:  Go ahead.

8   BY MR. INCIONG:

9   Q    Mr. Lyman-Risso, do you recognize this photo?

10  A    Yes.

11  Q    Is that the tribute car that Johnathan obtained in 2016?

12  A    Yes.

13           MR. INCIONG:  Could we publish 2-152?

14           THE COURT:  Go ahead.

15  BY MR. INCIONG:

16  Q    Is this just a different view from the front angle of that

17  same car?

18  A    Yes.

19  Q    Was Johnathan working on that car, fixing it up?

20  A    Yes.

21  Q    Who did you understand had purchased that car?

22  A    He had told me that Mike had bought it.

23  Q    When you say "Mike," who are you referring to?

24  A    Mike Miske.

25  Q    Caleb's father?

1    A    Yes.

2    Q    Had you ever met Caleb's father or known him at all?

3    A    Only once.

4    Q    Where was the one time?

5    A    When we went to the beach to honor Caleb.

6    Q    It was a time to -- did you guys toss some flowers into

7    the ocean where his ashes were scattered?

8    A    Yes.

9    Q    Is that that time you were referencing?

10   A    Yes.

11   Q    That was the one and only time you met Mr. Miske?

12   A    Yes.

13   Q    Do you recognize Mr. Miske in the courtroom today?

14   A    Yes.

15   Q    Could you indicate where he's seated and what he's wearing

16   for the record, please?

17   A    To the left in a black coat.

18   Q    Is he wearing glasses or not wearing glasses?

19   A    Yes.  Wearing glasses.

20         MR. INCIONG:  Your Honor, may the record reflect the

21   witness has identified Mr. Miske?

22         THE COURT:  Yes.  The record should reflect the

23   witness Mr. Lyman-Risso's identification of the defendant,

24   Mr. Miske.

25   BY MR. INCIONG:

1   Q   Were you involved at all in helping Johnathan with the

2   tribute car?

3   A   Yes, a little.  I would help him work on it.

4   Q   Was John excited about that car?

5   A   Yes.

6   Q   Now, also, in spring, going into the summer of 2016, did

7   John and Ashley have some news that they shared with you?

8   A   Yes.

9   Q   What news was that, do you recall?

10  A   That they were going to move to Hawaii Kai.

11  Q   Okay.  So let's -- let me ask you about that.  So how did

12  you find out about that?

13  A   John and Ashley had told me.

14  Q   Did you know where specifically in Hawaii Kai?

15  A   When they had told me, no, I -- no.

16  Q   So did they explain why they were moving to Hawaii Kai?

17  A   Yes.  They said Mike had got them a place to live.

18  Q   What did you think of that when you heard that news?

19  A   I thought it was a little weird.

20  Q   Why?

21  A   Because he was trying to blame John for driving the car,

22  from the accident.  And then I -- I found it kind of weird that

23  somebody who's trying to blame you for something would get you

24  a place to live.

25  Q   You were there at the scene right after the accident,

1   right?

2   A      Yes.

3   Q      And John was not driving, correct?

4   A      Yes.

5   Q      Had you learned around that same time as well that Ashley

6   was pregnant?

7   A      Yes.

8   Q      Did you talk to John about that?

9   A      Yes.  Yeah, we talked about, yeah, him having a son and

10  showing him the cars, like how he knew.

11  Q      Was he excited about that?

12  A      Yes, he was excited.

13  Q      So he talked with you about sharing his love for cars with

14  his -- his son to be?

15  A      Yes.

16  Q      But did Ashley and John move to Hawaii Kai, as far as you

17  knew?

18  A      Yes.

19  Q      So I want to take you to July 30th of that year, 2016.

20  Were you still hanging around at the vape shop regularly --

21  A      Yes.

22  Q      -- during that time?

23         Still seeing Johnathan regularly?

24  A      Yes.

25  Q      Still seeing Ashley regularly?

```
 1   A    Yes.

 2   Q    Did you receive a call or a text from Ashley that day

 3   looking for John?

 4   A    Yes.  She called me.

 5   Q    Do you recall where you were at the time when you got that

 6   text, or call, I should say?

 7   A    I'm pretty sure I was at the vape shop.

 8   Q    Okay.  Had you seen John at the vape shop that day?

 9   A    No.  He didn't come.

10   Q    Did you have plans to meet him that day there?

11   A    No, we didn't make plans to -- to meet, but usually he

12   came by almost every day.

13   Q    So was it kind of the deal where you wouldn't specifically

14   say I'll meet you there at some time, but you knew he would be

15   there at some point, or you would be there at some point and

16   you would link up?

17   A    Yes.

18   Q    Did you see him at all that day?

19   A    No, I didn't.

20   Q    Is that the only time Ashley contacted you that day

21   looking for Johnathan?

22   A    Yes.

23   Q    What was -- what was kind of her demeanor when she called

24   you at that time?

25   A    She was really worried because she had said that John said
```

```
 1    he was going to go to the vape shop that day, and he never
 2    came.  She was -- she was worried because he wasn't replying
 3    back to her when she was trying to get ahold of him.
 4    Q    Was that unusual to you?
 5    A    Yes.
 6    Q    Had you ever had Ashley call you before wondering where
 7    John was, asking you if you'd seen him, anything like that?
 8    A    No, I haven't seen them separated ever before that.
 9    Q    They're always together?
10    A    Yes.
11    Q    Literally?
12    A    Yes.
13    Q    When you would see them, anyway?
14    A    Yes.
15    Q    Okay.  So did you offer to help in any way when she told
16    you she couldn't get ahold of him?
17    A    Yes.  I told her that I would drive to the house and check
18    on John, see how come he wasn't getting back to her.
19    Q    Had you ever been to the house before?
20    A    No.
21    Q    How did you know where it was?
22    A    Ashley had sent me the address.
23    Q    Did you go by yourself?
24    A    No, I didn't.
25    Q    Who did you go with?
```

```
 1   A     I went with my friend Samu.

 2   Q     Is that Sammo [phonetic] Tatofi?

 3   A     Yes.

 4   Q     So were you and Sammo able to find the address that you

 5   had been given by Ashley?

 6   A     Yes.

 7   Q     You were familiar with the car John was driving at the

 8   time, correct?

 9   A     Yes.

10   Q     Did Ashley give you any information about where the car

11   was supposed to be, where --

12   A     Yes.

13   Q     -- she'd last seen it?

14   A     She asked me to see if the car was still at the house.

15   Q     So when you got to the location she'd given you, did you

16   see the car anywhere?

17   A     No.

18   Q     Did you go to any unit or building or try and check and

19   see if John was home?

20   A     I didn't go into the building, but I drove past on the

21   street and just looked.

22   Q     All right.  And the car was not there?

23   A     The car wasn't there, yeah.

24   Q     Did you report that back to Ashley?

25   A     Yes.
```

1   Q    Did you stay there for any period of time or did you
2   leave?

3   A    No, we had left.  We stayed in the area, though.

4   Q    Before I go on, let me ask you about a photo I want to
5   show you, or a map, I should say.

6             MR. INCIONG:  If we could publish 2-23, previously
7   admitted from our original exhibit list, please?

8             THE COURT:  Go ahead.

9   BY MR. INCIONG:

10  Q    Mr. Lyman-Risso, do you see this map of part of the Hawaii
11  Kai area?

12  A    Yes.

13  Q    Do you see the red pin on the -- that's shown on that map?

14  A    Yes.

15  Q    Does that look to be accurate as to at least approximately
16  where the location was that Ashley sent you to look for
17  Johnathan's car?

18  A    Yes.

19  Q    So after you left from that location, where did you go?

20  A    I believe I went into the shopping center right by
21  Costco's.

22  Q    Okay.  And this is still in Hawaii Kai?

23  A    Yes, in Hawaii Kai.

24  Q    Were you in communication with Ashley during this time?

25  A    Yes.

1   Q     Did she still -- was she still out of contact with

2   Mr. Fraser?

3   A     Yes.

4   Q     Let me go back to when you first went to the condo to look

5   for Johnathan's car.  Do you recall -- first of all, was it

6   daytime, nighttime at this point?

7   A     I want to say it was like late afternoon when we went --

8   or, yeah, afternoon time.

9   Q     So still light out?

10  A     Yes.

11  Q     All right.  So you went to wait at the shopping center for

12  Ashley then?

13  A     Yes.

14  Q     Did you make plans to meet up with her somewhere else

15  then?

16  A     Not initially, no.  We were kind of just in the area, just

17  driving around trying to look for the car.

18  Q     Okay.

19  A     And stuff like that.

20  Q     You were driving around.  Any sign of the car?

21  A     No.

22  Q     Any sign of Johnathan?

23  A     No.

24  Q     Did Ashley ask you to pick her up somewhere later?

25  A     Yes.

1    Q    Where did she want you to pick her up?

2    A    She asked me to pick her up on the road that the house was

3    located, that she was at.

4    Q    Okay.  Before that, did you go to a wedding location where

5    she was at?

6    A    No.  I didn't.

7    Q    Do you recall that she was at a wedding --

8    A    Yes.

9    Q    -- at that time?

10   A    Yeah.

11   Q    So where did you meet then?  Where did you meet up with

12   her?

13   A    Right -- on the same road, just farther down from the

14   house.

15   Q    The same spot you had gone to look to see the car before?

16   A    Yes.

17   Q    Okay.  Let me show you --

18              MR. INCIONG:  And if we could publish, please,

19   Exhibit 2-24, previously admitted, from our original list?

20              THE COURT:  Yes.

21   BY MR. INCIONG:

22   Q    Do you recognize what's shown there?

23   A    Yes.

24   Q    Is that the entryway to the condo where they were staying

25   at the time?

1    A    Yes.

2    Q    Is this -- the road that you were looking for the vehicle

3    and where you met Ashley later, is that right in front of this

4    gate?

5    A    Yes.

6    Q    Did you pick up Ashley at that point later on?

7    A    Yes.

8    Q    Where did you take her?

9    A    I took her to her dad's house in Kaneohe.

10   Q    Did she come by herself when you picked her up or was

11   there anybody or anything with her?

12   A    She had brought her dog.

13   Q    Do you know her dog?

14   A    Yes.

15   Q    Is that Nala?

16   A    Yes.

17   Q    Okay.  So you picked Ashley and Nala up and took her back

18   to her father's house?

19   A    Yes.

20   Q    Was that in Kaneohe?

21   A    Yes.

22   Q    During that time, did you help Ashley continue to try and

23   find Johnathan?

24   A    Yes.

25   Q    Were you calling friends, mutual friends?

```
 1   A    Yeah.

 2   Q    Were you driving around?

 3   A    Yes.

 4   Q    Was there any sign of Mr. Fraser?

 5   A    No.

 6   Q    Did you ever see Johnathan again after that date?

 7   A    No.

 8   Q    When is the last time that you actually saw him?

 9   A    The day before he went missing.

10   Q    Do you remember where that was?

11   A    At my parents' house.

12   Q    So after the 30th, did you ever have any contact or

13   communication with Johnathan again?

14   A    No.

15   Q    No phone call?

16   A    No.

17   Q    No text message?

18   A    No.

19   Q    No email?

20   A    No.

21   Q    No postings on social media?

22   A    No.

23   Q    Is that unusual to you?

24   A    Yes.

25   Q    Someone you had talked to almost daily, it sounds like?
```

1    A    Yes.

2    Q    Do you know someone by the name of Mike Buntenbah?

3    A    Yes.

4    Q    How do you know Mike Buntenbah?

5    A    One of my -- my dad's friends.

6    Q    Do you recall some point after the accident Mr. Buntenbah

7    coming to your house and asking to speak with your father?

8    A    Yes.

9    Q    Did he have a message that he was relaying for Mr. Miske?

10   A    Yes.

11   Q    What was that message?

12            MR. KENNEDY:  Objection, hearsay, Your Honor.

13            THE COURT:  Overruled.  Go ahead.

14   A    He had asked if I could say that John was -- was driving

15   the car.

16   BY MR. INCIONG:

17   Q    Did you agree to do that?

18   A    No.

19   Q    Did your father agree to ask you to do that?

20   A    No.

21   Q    That was not the truth?

22   A    Yeah.

23   Q    After Johnathan went missing, did you stay in contact with

24   Ashley?

25   A    Yes.

1   Q    Did you try and help with any of the searches and efforts
2   to find Johnathan?
3   A    Yes.
4   Q    Did those go on for some time?
5   A    Yes.
6           MR. INCIONG:  Could we show the witness only
7   Exhibit 2-88 at this time, please?  It's from our original.
8           THE COURT:  Go ahead.
9   BY MR. INCIONG:
10  Q    Mr. Lyman-Risso, the edges are a little bit cut off, but
11  is there enough in this photo for you to ascertain and see who
12  is in this picture?
13  A    Yes.
14  Q    Do you recognize who they are?
15  A    Yes.
16  Q    Who's shown there?
17  A    John and Caleb.
18  Q    Are they wearing shirts related to that -- the car club
19  that you testified to about recently?
20  A    Yes.
21  Q    Does this picture accurately show how Caleb and Johnathan
22  appeared?
23  A    Yes.
24          MR. INCIONG:  Your Honor, I would move to admit 2-88
25  at this time.

```
1              THE COURT:  Any objection?

2              MR. KENNEDY:  No objection.

3              THE COURT:  2-88 is admitted.  You may publish.

4              MR. INCIONG:  Thank you, Your Honor.

5              (Exhibit 2-28 received in evidence.)

6   BY MR. INCIONG:

7   Q    So who's on the left?

8   A    That's John.

9   Q    And then that's Caleb on the right?

10  A    Yes.

11  Q    How big a guy was Johnathan?

12  A    Very small.

13  Q    How tall, roughly?

14  A    I would say about five-five --

15  Q    Okay.

16  A    -- just about.

17  Q    How much do you think he weighed, dripping wet?

18  A    Buck ten.  Really maybe 130, 140 maybe.

19  Q    So what about Caleb?

20  A    Caleb was a lot bigger.

21  Q    Much heavier?

22  A    Yes.

23  Q    How much do you think Caleb weighed?

24  A    220.

25  Q    About how tall was he?
```

1  A    He was about five-ten.

2  Q    Okay.  So big size difference between the two of 'em?

3  A    Yes.

4  Q    But best friends?

5  A    Yes.

6         MR. INCIONG:  I have nothing further.

7         Thank you, Your Honor.

8         THE COURT:  Mr. Kennedy, when you're ready.

9                   CROSS-EXAMINATION

10  BY MR. KENNEDY:

11  Q    Good morning, sir.

12       On the 30th you testified that Ashley Wong called you,

13  correct?

14  A    Yes.

15  Q    And she asked you to go by the place where she and

16  Johnathan were living, right?

17  A    Yes.

18  Q    So you drove over there, right?

19  A    Yes.

20  Q    And your purpose was to see whether his car was there,

21  correct?

22  A    Yes.

23  Q    And so you drove by the location and his car was not

24  there?

25  A    Yes.

1   Q    And you reported that back to Ashley, right?

2   A    Yes.

3   Q    Okay.  And then later, I take it, at a time where Ashley

4   was at the place she was living, you -- she reached out to you

5   and asked you to come by?

6   A    Yes.

7   Q    And you picked her up?

8   A    Yes.

9   Q    And you drove her to her family home in Kaneohe, correct?

10  A    Yes.

11  Q    Which you had known?

12  A    Yes.

13  Q    And then you left at that point with your friend?

14  A    Yes.

15  Q    Okay.  And so when the government asked you about further

16  efforts, that was in the days that -- the 31st and on in terms

17  of searching for Johnathan, who was missing at that time,

18  right?

19  A    Yes.

20  Q    Okay.  And that takes care of what you did on the 30th of

21  July, right?

22  A    Yes.

23  Q    Okay.  Now, you mentioned that with respect to the day

24  that the accident happened, back on November 17th of 2015, that

25  Caleb came by with the Honda Civic, right?

```
 1   A    Yes.

 2   Q    And it was your understanding that he had recently

 3   purchased it?

 4   A    Yes.

 5   Q    And was that the first time that you'd seen him in that

 6   car?

 7   A    Yes.

 8   Q    Okay.  And he took you on a test drive, right?

 9   A    Yes.

10   Q    Just to show you the car, right?

11   A    Yes.

12   Q    And you had raced together for at least a couple of years?

13   A    Yes.

14   Q    Okay.  Did that begin when you got your license or

15   somewhat after that?  'Cause I believe you said you were around

16   18 or 19 at the time?

17   A    After I got my license.

18   Q    Okay.  All right.

19        And so how long had you been in the car club with Caleb

20   and Johnathan at that time?

21   A    In that car club, no longer than a year.

22   Q    Okay.

23   A    Year half.

24   Q    All right.  And so he took you on a ride for approximately

25   how long?
```

```
 1   A    Five to ten minutes.

 2   Q    Okay.  And then back to the vape shop, right?

 3   A    Yes.

 4   Q    And was that ride all in Kaneohe?

 5   A    Yes.

 6   Q    Okay.  And so what routes did you take?

 7   A    I don't clearly remember.  I know we headed mauka up from

 8   my parents' house, so towards Windward City.  And then, yeah,

 9   just around that -- that general area, around Windward City.

10   Q    Okay.  And so you ended up back at the Windward City

11   Shopping Center, right?

12   A    Yes.

13   Q    Okay.  And you went inside the vape shop?

14   A    Yes.

15   Q    And then you saw Johnathan get in the car with Caleb,

16   right?

17   A    Yes.

18   Q    And at the time you saw, Caleb was driving and Johnathan

19   got in the car?

20   A    Yes.

21   Q    All right.  Now, did you park on the side where Foodland

22   is or on the other side of that shopping center?

23   A    Actually, I didn't have -- oh, when he came to pick me up?

24   Q    Yes.

25   A    Oh, we were by McDonald's.
```

```
 1   Q    Okay.  So you were by the McDonald's, right?

 2   A    Yes.

 3   Q    Okay.  So after that, you heard them take off, right?

 4   A    Yes.

 5   Q    And then you walked to the vape shop?

 6   A    Yes.

 7   Q    The Xclusive vape shop, right?

 8   A    Yes.

 9   Q    And that was down a fair distance from the McDonald's,

10   correct?

11   A    Yes.

12   Q    All right.  And were you inside when you heard the sound

13   or were you outside?

14   A    I was inside.

15   Q    Okay.  You were inside the vape shop?

16   A    Yes.

17   Q    And you heard a sound?

18   A    Yes.

19   Q    All right.  And then you left at that point?

20   A    Yes.

21   Q    And then you traveled to where the accident had occurred,

22   right?

23   A    Yes.

24   Q    Okay.  Now, when you got to the accident, did you see that

25   there was a commercial pickup truck that was involved in the
```

1    accident?

2    A    Yes.

3    Q    All right.  And you could see that as well, right?

4    A    Yes.

5    Q    All right.  And then -- and that truck was heading in a

6    direction where it was sort of not going along with the road

7    but had been like it was turning, right?

8    A    Yes.

9    Q    And you could clearly see that, correct?

10   A    Yes.

11   Q    And it was over in the lane for the other traffic, right?

12   A    Yes.

13   Q    Okay.  And then on that same side of the street, all the

14   way off the street was the Honda Civic that you had been riding

15   in, right?

16   A    Yes.

17   Q    And was there a pole, light pole that had also been hit

18   that you could see?

19   A    Yes.

20   Q    All right.  All right.  And when you came upon the

21   vehicle, I take it that the entire engine block had come into

22   the car?

23   A    Yes.

24   Q    And so you saw Johnathan and you saw Caleb, correct?

25   A    Yes.

1   Q     All right.  And so you were there, and you could see the

2   two of them, correct?

3   A     Yes.

4   Q     All right.  Now -- and Johnathan was taken away by an

5   ambulance first, right?

6   A     Yes.

7   Q     And then it took a fair amount of time for the jaws to

8   open up the car so that Caleb could be removed, right?

9   A     Yes.

10  Q     When Johnathan was taken away, was he conscious at that

11  time?

12  A     I -- I don't think so.

13  Q     Okay.  And when Caleb was there, you just testified he was

14  going in and out of being conscious, right?

15  A     Yes.

16  Q     Okay.  And so did you go to the hospital that evening?

17  A     Yes.

18  Q     Okay.  And did you see Johnathan then?

19  A     No, we weren't able to see either.

20  Q     Okay.  Because they were in critical condition?

21  A     Yes.

22  Q     And so you left at that point?

23  A     Yes.

24  Q     Okay.  Now, in terms of Mr. Miske, I take it you met him

25  once, right?

1    A    Yes.

2    Q    You were at the bay?

3    A    Yes.

4    Q    And the jury had seen some evidence of you being there.

5    There was a sort of dropping of flowers as a memorial, right?

6    A    Yes.

7    Q    Okay.  With respect to the accident, were you aware that

8    Mr. Miske was blaming the truck driver for that accident?

9    A    No.

10   Q    Were you aware that he sued the truck driver for that

11   accident?

12   A    No.

13   Q    Were you -- since you didn't see it, were you aware that

14   the truck driver had turned into the lane of traffic, causing

15   the accident?

16   A    No.

17   Q    All right.  But you did see the truck driver -- commercial

18   driver there at the time, correct?

19   A    Yes.

20   Q    All right.  Now, with respect to the tribute car, that was

21   something that Johnathan was building, right?

22   A    Yes.

23   Q    You were helping him as well?

24   A    Yes.

25   Q    All right.  And that was a car that Mr. Miske purchased as

1   a tribute to Caleb, correct?

2   A    Yes.

3   Q    All right.  The -- I believe -- let me just check, sir.

4         MR. KENNEDY:  Just a moment, Your Honor.  I

5   apologize.

6         Just grabbed the exhibit binder.  I apologize, Your

7   Honor.

8   BY MR. KENNEDY:

9   Q    Now, at the -- the accident itself happened back in --

10  obviously on November 17th of 2015.

11        Do you recall whether you were asked to give a statement?

12  A    Yes.

13  Q    Okay.  And then I believe with -- when Johnathan was

14  missing, you also were asked to give a statement at a certain

15  point in time, correct?

16  A    Yes.

17  Q    All right.  When you gave the statement, you didn't

18  mention anything about this meeting between Mike Buntenbah and

19  your dad, correct?

20  A    Yes.

21  Q    And so the first time you mentioned that was in a meeting,

22  it appears, last week on the 16th, correct?

23  A    Yes.

24        MR. KENNEDY:  Nothing further.

25        THE COURT:  Mr. Inciong.

1          MR. INCIONG:  No redirect, Your Honor.

2          THE COURT:  Mr. Lyman-Risso, you may step down.

3  Thank you, sir.

4                                        (Witness excused.)

5          (End of partial transcript.)

6                        *  *  *  *  *

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                    COURT REPORTER CERTIFICATE

 2            I, Ann B. Matsumoto, Official Court Reporter, United

 3   States District Court, District of Hawaii, do hereby certify

 4   that pursuant to 28 U.S.C. Sec. 753 the foregoing is a

 5   complete, true, and correct transcript of the stenographically

 6   recorded proceedings held in the above-entitled matter and that

 7   the transcript page format is in conformance with the

 8   regulations of the Judicial Conference of the United States.

 9            DATED at Honolulu, Hawaii, June 24, 2024.

10

11

12
                        /s/ Ann B. Matsumoto
13                      ANN B. MATSUMOTO, RPR

14

15

16

17

18

19

20

21

22

23

24

25
```