```
 1              IN THE UNITED STATES DISTRICT COURT

 2                  FOR THE DISTRICT OF HAWAII

 3
      UNITED STATES OF AMERICA,   )     CRIMINAL NO. 19-00099-DKW
 4                                )
                 Plaintiff,       )     Honolulu, Hawaii
 5                                )
            vs.                   )     January 23, 2024
 6                                )
      MICHAEL J. MISKE, JR.,      )     TESTIMONY OF SEUNG JI
 7                                )     ROBERT LEE
                 Defendant.       )
 8    _____ )

 9
                 PARTIAL TRANSCRIPT OF JURY TRIAL (DAY 10)
10              BEFORE THE HONORABLE DERRICK K. WATSON,
                CHIEF UNITED STATES DISTRICT COURT JUDGE
11
      APPEARANCES:
12
      For the Plaintiff:          MARK INCIONG, ESQ.
13                                MICHAEL DAVID NAMMAR, ESQ
                                  WILLIAM KE AUPUNI AKINA, ESQ.
14                                AISLINN AFFINITO, ESQ.
                                  Office of the United States Attorney
15                                PJKK Federal Building
                                  300 Ala Moana Boulevard, Suite 6100
16                                Honolulu, Hawaii  96850

17    For the Defendant:          LYNN E. PANAGAKOS, ESQ.
                                  841 Bishop St., Ste 2201
18                                Honolulu, HI 96813

19                                MICHAEL JEROME KENNEDY, ESQ.
                                  Law Offices of Michael Jerome
20                                Kennedy, PLLC
                                  333 Flint Street
21                                Reno, NV 89501

22    Official Court Reporter:    Gloria T. Bediamol, RPR RMR CRR FCRR
                                  United States District Court
23                                300 Ala Moana Boulevard
                                  Honolulu, Hawaii 96850
24
       Proceedings recorded by machine shorthand, transcript produced
25     with computer-aided transcription (CAT).
```

1                          I N D E X

2    GOVERNMENT WITNESS:                              PAGE NO.

3

     SEUNG JI ROBERT LEE
4
         DIRECT EXAMINATION BY MR. INCIONG              4
5        CROSS-EXAMINATION BY MR. KENNEDY              45

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

|  |  |  |
|---|---|---|
|  | 1 | January 23, 2024                                    11:26 a.m. |
| 08:36AM | 2 | THE CLERK:  Criminal Number 19-00099-DKW-KJM, United |
| 08:36AM | 3 | States of America versus Defendant (01) Michael J. Miske, Jr. |
| 08:36AM | 4 | This case has been called for jury trial, day 10. |
| 08:36AM | 5 | Counsel, please make your appearances for the record. |
| 08:36AM | 6 | MR. INCIONG:  Good morning, Your Honor.  Mark Inciong, |
| 08:36AM | 7 | Michael Nammar, KeAupuni Akina for the United States.  Also |
| 08:36AM | 8 | present with us at counsel table today are -- I guess I should |
| 08:36AM | 9 | say behind counsel table is our paralegal Kari Sherman and FBI |
| 08:36AM | 10 | Special Agent Thomas Palmer. |
| 08:36AM | 11 | THE COURT:  Good morning to all of you. |
| 08:36AM | 12 | MR. KENNEDY:  Good morning, Your Honor.  Michael |
| 08:36AM | 13 | Kennedy with Lynn Panagakos, here with Mr. Miske, and with |
| 08:37AM | 14 | Ashley King, who is assisting us. |
| 08:37AM | 15 | THE COURT:  All right.  Good morning to all of you as |
| 08:37AM | 16 | well.  You may be seated. |
| 11:26AM | 17 | --oo0oo-- |
| 11:26AM | 18 | THE COURT:  Government may call its next witness. |
| 11:26AM | 19 | MR. INCIONG:  Thank you, Your Honor.  The United |
| 11:26AM | 20 | States calls Seung Ji Robert Lee. |
| 11:26AM | 21 | THE CLERK:  Please raise your right hand. |
| 11:26AM | 22 | SEUNG JI ROBERT LEE, |
| 11:26AM | 23 | called as a witness, having been first duly sworn, was examined |
| 11:26AM | 24 | and testified as follows: |
| 11:26AM | 25 | THE CLERK:  Please state your full name, spelling your |

| | | |
|---|---|---|
| 11:27AM | 1 | last name for the record. |
| 11:27AM | 2 | THE WITNESS:  My name is Seung Ji Robert Lee. |
| 11:27AM | 3 | THE COURT:  Your last name is spelled how, sir? |
| 11:27AM | 4 | THE WITNESS:  L-E-E. |
| 11:27AM | 5 | THE COURT:  Thank you. |
| 11:27AM | 6 | DIRECT EXAMINATION |
| 11:27AM | 7 | BY MR. INCIONG: |
| 11:27AM | 8 | Q    Good morning, Mr. Lee.  Good morning. |
| 11:27AM | 9 | A    Good morning. |
| 11:27AM | 10 | Q    How old are you, sir? |
| 11:27AM | 11 | A    I'm 78 years old. |
| 11:27AM | 12 | Q    Where were you born? |
| 11:27AM | 13 | A    I was born in China. |
| 11:27AM | 14 | Q    Did you grow up in China? |
| 11:27AM | 15 | A    It's Northern China called Shandong Province. |
| 11:27AM | 16 | Q    Did you spend your whole childhood there? |
| 11:27AM | 17 | A    No, I lived there for about four and a half years. |
| 11:27AM | 18 | Q    Where did you move to from there? |
| 11:27AM | 19 | A    And from there I moved to Korea, and I lived there for |
| 11:27AM | 20 | about 14 years. |
| 11:27AM | 21 | Q    You moved somewhere from Korea? |
| 11:27AM | 22 | A    From Korea I moved to Brazil.  I lived in Sao Paulo for |
| 11:28AM | 23 | about six years. |
| 11:28AM | 24 | Q    Okay.  What were you doing in Sao Paulo, Brazil? |
| 11:28AM | 25 | A    I was a student.  I was running a little coffee shop. |

| | | | |
|---|---|---|---|
| 11:28AM | 1 | Q | I see.  Where did you leave Brazil for?  Where did you go |
| 11:28AM | 2 | | next? |
| 11:28AM | 3 | A | Oh, from there I stopped in Hong Kong and Taiwan for |
| 11:28AM | 4 | | probably around eight months, and I came over to Hawaii. |
| 11:28AM | 5 | Q | What year was that approximately? |
| 11:28AM | 6 | A | I came in 1970. |
| 11:28AM | 7 | Q | Why did you come to Hawaii? |
| 11:28AM | 8 | A | To have a higher education here. |
| 11:28AM | 9 | Q | You attended school here? |
| 11:28AM | 10 | A | I attended University of Hawaii. |
| 11:28AM | 11 | Q | What did you study? |
| 11:28AM | 12 | A | I studied accounting and computer science. |
| 11:28AM | 13 | Q | Did you graduate from UH? |
| 11:28AM | 14 | A | Yes.  I have an associate degree and also bachelor's in |
| 11:28AM | 15 | | business administration. |
| 11:28AM | 16 | Q | What year did you get your bachelor's degree in? |
| 11:29AM | 17 | A | First, associate degree was in 1972, and I received my |
| 11:29AM | 18 | | bachelor's degree in 1980. |
| 11:29AM | 19 | Q | Okay.  What kind of work did you do after you graduated |
| 11:29AM | 20 | | from the University of Hawaii? |
| 11:29AM | 21 | A | I am an accountant, and I received my CPA license in 1985, |
| 11:29AM | 22 | | I believe. |
| 11:29AM | 23 | Q | Okay.  So how long did you work in the accounting field? |
| 11:29AM | 24 | A | A little over 40 years. |
| 11:29AM | 25 | Q | Did you have your own accounting firm or did you work for |

| | | |
|---|---|---|
| 11:29AM | 1 | a company? |
| 11:29AM | 2 | A    First I worked six years at the local CPA firm, and |
| 11:29AM | 3 | thereafter I had my own. |
| 11:29AM | 4 | Q    Was it just your own one-man business or did you have |
| 11:29AM | 5 | other accountants? |
| 11:29AM | 6 | A    No, one time I had about eight staff, including two CPAs. |
| 11:30AM | 7 | Q    Are you still working in the accounting field in any way? |
| 11:30AM | 8 | A    Actually I retired, but I still have some clients that |
| 11:30AM | 9 | need individual tax returns, so during the tax season I work as |
| 11:30AM | 10 | a part-time. |
| 11:30AM | 11 | Q    I see.  So what year did you transition, retire from your |
| 11:30AM | 12 | firm to doing the part-time work you're doing now? |
| 11:30AM | 13 | A    It's probably 2016. |
| 11:30AM | 14 | Q    All right.  Are you married, Mr. Lee? |
| 11:30AM | 15 | A    I am. |
| 11:30AM | 16 | Q    How long have you been married? |
| 11:30AM | 17 | A    For 47 years. |
| 11:30AM | 18 | Q    Do you have any children? |
| 11:30AM | 19 | A    I have two. |
| 11:30AM | 20 | Q    Any grandchildren? |
| 11:30AM | 21 | A    Four grandchildren. |
| 11:30AM | 22 | Q    So you worked for a very long time in the accounting |
| 11:30AM | 23 | field, for 40 years, you said? |
| 11:30AM | 24 | A    Yes. |
| 11:30AM | 25 | Q    Did you limit yourself to accounting or did you have any |

11:31AM    1    other business ventures that you --

11:31AM    2    A    One time I had changed to work with light gauge steel

11:31AM    3    studs manufacturing business.

11:31AM    4    Q    Light gauge steel studs?

11:31AM    5    A    Right.

11:31AM    6    Q    Okay.  What are those?  If you can explain to the jury.

11:31AM    7    A    Because we have termite problem here.

11:31AM    8    Q    Right.

11:31AM    9    A    So in sometime probably in late 1990s, there is trend to

11:31AM   10    start using light gauge steel studs.  It's galvanized with zinc

11:31AM   11    so it doesn't rust.

11:31AM   12    Q    So is this for framing houses and buildings instead of

11:31AM   13    wood?

11:31AM   14    A    Yes.

11:31AM   15    Q    Okay.  So you were interested in starting and going into

11:31AM   16    that business in some way?

11:31AM   17    A    Yes.  We started in -- we incorporated in 2000, and

11:32AM   18    probably spent a couple of years to prepare and acquire

11:32AM   19    machinery.  And the actual production probably started around

11:32AM   20    2005.

11:32AM   21    Q    I see.  So was this something you were doing by yourself

11:32AM   22    or did you have other business partners?

11:32AM   23    A    I guess around 2014 or 2000 -- I mean, I'm sorry, 2003 or

11:32AM   24    2004, the two individuals, they want to join us, so they became

11:32AM   25    shareholder.  So we had three shareholders.

11:32AM  1   Q    I see.  So what was your title with the company?

11:32AM  2   A    I was president.

11:32AM  3   Q    Did this company have a name?

11:32AM  4   A    It's called Atlas Steel.

11:32AM  5   Q    Did you come up with that name?

11:32AM  6   A    It was -- somebody from construction field recommended.

11:33AM  7   Q    Okay.  So you were the president of Atlas Steel, and then

11:33AM  8   you said in about 2003 you brought in two investors; is that

11:33AM  9   correct?

11:33AM  10  A    Yes.

11:33AM  11  Q    Had you invested any of your own money into Atlas Steel?

11:33AM  12  A    In the beginning I invested about $450,000.

11:33AM  13  Q    Of your own money?

11:33AM  14  A    My own money, yes.

11:33AM  15  Q    How much did the investors contribute?

11:33AM  16  A    The other investor, one came out the same amount, 450, and

11:33AM  17  the other one invested 150.

11:33AM  18  Q    Can I ask the names of these two investors?

11:33AM  19  A    The one that invest first, it's Yong Choi, and he invested

11:33AM  20  150.

11:33AM  21  Q    Can I have you spell his last name, please?

11:33AM  22  A    His last name is C-H-O-I.

11:33AM  23  Q    Okay.  So Mr. Choi invested 150,000.

11:33AM  24  A    Right.

11:33AM  25  Q    And there was a second investor, correct?

11:33AM   1   A      Second investor is Young Ho Kim, yeah.  And he has

11:34AM   2   American name of Tony.

11:34AM   3   Q      He goes by Tony Kim?

11:34AM   4   A      Yes.

11:34AM   5   Q      How much did Mr. Kim invest?

11:34AM   6   A      Mr. Kim invested $450,000.

11:34AM   7   Q      So that was the initial investment, correct?

11:34AM   8   A      Yes.

11:34AM   9   Q      So after you brought in those investors in early 2000s,

11:34AM  10   2003, 2004, how was business progressing after that?

11:34AM  11   A      Right after we started, we had -- there was only one

11:34AM  12   manufacturing in town in Hawaii.

11:34AM  13   Q      One competitor?

11:34AM  14   A      There was -- it was a small company, so I shouldn't say it

11:34AM  15   was competitor.  But the owner passed away, and it took over by

11:34AM  16   the nation's largest manufacturer.  When they moved in they

11:34AM  17   brought six new machines and built the big factory, and

11:34AM  18   thereafter it got -- we got affected.

11:35AM  19   Q      So what was your capacity as compared to the --

11:35AM  20   A      We only had one machine at the beginning, and we -- about

11:35AM  21   five years later we bought another machine, tried to compete

11:35AM  22   with them, but it just -- we couldn't because this is very

11:35AM  23   capital-intense business.  The steel, we have to buy from

11:35AM  24   mainland where they come out of the manufacturing plant is

11:35AM  25   50-inch wide, and it weighs seven or eight tons.  And you have

| | | |
|---|---|---|
| 11:35AM | 1 | to slip them into different sizes, and then palletize it, and |
| 11:35AM | 2 | then ship over to here.  And you have to have all different |
| 11:35AM | 3 | size, all different thickness of inventory in order to service |
| 11:35AM | 4 | properly to the contractors and construction company. |
| 11:35AM | 5 | Q    I see. |
| 11:35AM | 6 | A    And from the beginning we were struggling. |
| 11:36AM | 7 | Q    Okay.  So did you have a manufacturing facility here that |
| 11:36AM | 8 | you had built? |
| 11:36AM | 9 | A    We had -- first we had in Mapunapuna, and we moved that to |
| 11:36AM | 10 | Sand Island.  And then one time we have to file Chapter 11 for |
| 11:36AM | 11 | a short period of time, about five months.  We got out of there |
| 11:36AM | 12 | and we moved to the Campbell Industrial Park. |
| 11:36AM | 13 | Q    All right.  So you mentioned at one point that you went |
| 11:36AM | 14 | from one machine to having two manufacturing machines. |
| 11:36AM | 15 | A    Right. |
| 11:36AM | 16 | Q    Did that require additional investment or capital? |
| 11:36AM | 17 | A    Yes. |
| 11:36AM | 18 | Q    Where did that money come from? |
| 11:36AM | 19 | A    That money was from Small Business Administration. |
| 11:36AM | 20 | Q    Okay.  So a loan? |
| 11:36AM | 21 | A    A loan, yes. |
| 11:36AM | 22 | Q    How much was that loan for? |
| 11:36AM | 23 | A    It was about $700,000. |
| 11:36AM | 24 | Q    Who -- was that loan taken out in your name, all the |
| 11:36AM | 25 | investors' names? |

11:36AM 1 A    The lender was looking for our financial, and Young Ho Kim
11:37AM 2 was the wealthiest, and so they asked him to personally
11:37AM 3 guarantee for that loan.
11:37AM 4 Q    That's Tony Kim.
11:37AM 5 A    Tony Kim, yes.
11:37AM 6 Q    He personally guaranteed the $700,000 loan?
11:37AM 7 A    Right.
11:37AM 8 Q    All right.  So what about additional investments from
11:37AM 9 yourself or the other two investors aside from at that loan,
11:37AM 10 was there other money put in?
11:37AM 11 A    Mr. Choi had cancer, so he has to drop out in the middle.
11:37AM 12 And I have to sell my house to put in more money.  So I
11:37AM 13 probably put about a little over a million of my money.  That
11:37AM 14 was my lifetime savings.
11:37AM 15 Q    So that's including the $450,000 you initially put in?
11:37AM 16 A    Yes.
11:37AM 17 Q    So over a million of your own money.
11:37AM 18 A    Right.
11:37AM 19 Q    What about Mr. Kim?
11:37AM 20 A    Mr. Kim, he -- initially he put 450.
11:37AM 21 Q    Right.
11:37AM 22 A    And when we become default on the SBA loan and we were
11:38AM 23 behind the rent, the bank foreclosed.  So Mr. Kim has to pay
11:38AM 24 that.  I guess by then the balance was a little over 500,000.
11:38AM 25 Q    All right.  So how much money was Mr. Kim out at that

11:38AM    1    point?

11:38AM    2    A    Mr. Kim probably put about altogether 970,000.

11:38AM    3    Q    All right.  Now, you mentioned that you had to declare

11:38AM    4    bankruptcy at one point because --

11:38AM    5    A    We tried to -- because the pressure coming from the

11:38AM    6    creditors, so we filed Chapter 11, but we were able to work

11:38AM    7    with them.  So it was January of 2013, and then May of 2013,

11:38AM    8    five months later, we worked out, so we dismissed from the

11:39AM    9    Chapter 11.

11:39AM    10   Q    Okay.  So was that then Chapter 11, the reorganization

11:39AM    11   type of bankruptcy that you went into?

11:39AM    12   A    Yes.

11:39AM    13   Q    So that wasn't very long you were in that period.

11:39AM    14   A    It was only five months.

11:39AM    15   Q    Okay.  So when you came out of -- you merged, I guess is

11:39AM    16   the word they use, right, from the Chapter 11 bankruptcy, did

11:39AM    17   business get better?

11:39AM    18   A    We were able to keep up with payments because we moved

11:39AM    19   from Sand Island to Campbell Industrial Park.  It's just a open

11:39AM    20   space, built a roof, and we installed machine there.  So rent

11:39AM    21   was much cheaper.

11:39AM    22   Q    I see.

11:39AM    23   A    But even that we couldn't keep up longer.  So we probably

11:39AM    24   last about two to three years there, and then finally we just

11:39AM    25   closed.

| | | | |
|---|---|---|---|
| 11:39AM | 1 | Q | So you finally just completely went out of business? |
| 11:40AM | 2 | A | Yes. |
| 11:40AM | 3 | Q | What year was that approximately? |
| 11:40AM | 4 | A | At the end of 2015. |
| 11:40AM | 5 | Q | All right.  During this time were you still operating and |
| 11:40AM | 6 | | running your accounting firm? |
| 11:40AM | 7 | A | Yes, I was more on the full time there, and then part-time |
| 11:40AM | 8 | | on my accounting. |
| 11:40AM | 9 | Q | I see.  So bottom line, when you closed Atlas Steel in |
| 11:40AM | 10 | | 2015, how much money had you lost? |
| 11:40AM | 11 | A | You mean, how much I lost? |
| 11:40AM | 12 | Q | Yes. |
| 11:40AM | 13 | A | I lost probably 1.1 million. |
| 11:40AM | 14 | Q | And what about Mr. Kim? |
| 11:40AM | 15 | A | He probably lost 970,000. |
| 11:40AM | 16 | Q | That's a lot of money. |
| 11:40AM | 17 | A | A lot of money, yes.  Both of us lost $2 million. |
| 11:40AM | 18 | Q | So was Mr. Kim upset about losing that money? |
| 11:40AM | 19 | A | Yes, he was very upset. |
| 11:40AM | 20 | Q | How did he express that to you? |
| 11:40AM | 21 | A | He tried to tell me to pay him back. |
| 11:41AM | 22 | Q | And did you feel like you owed him? |
| 11:41AM | 23 | A | I told him we were both investors.  And I lost all my |
| 11:41AM | 24 | | lifetime savings, and he lost probably only 10 percent -- less |
| 11:41AM | 25 | | than 10 percent of his -- so he keep asking me, You have |

| | | |
|---|---|---|
| 11:41AM | 1 | ability to borrow.  And I said, No, I cannot borrow any more, |
| 11:41AM | 2 | and you're investor.  And he start threatening me. |
| 11:41AM | 3 | Q    So he didn't take no for an answer, would that be correct |
| 11:41AM | 4 | to say? |
| 11:41AM | 5 | A    Beg your pardon? |
| 11:41AM | 6 | Q    He continued to ask you to repay him? |
| 11:41AM | 7 | A    Yes. |
| 11:41AM | 8 | Q    How long did this go on for? |
| 11:41AM | 9 | A    It was probably longer than a year, almost two years.  He |
| 11:41AM | 10 | was text me day and night.  And he even come to my office, and |
| 11:41AM | 11 | want me to come out with him, and then bring me to somewhere |
| 11:42AM | 12 | nearby, and he was threatening me.  Sometimes he has bag, I |
| 11:42AM | 13 | don't know what's in the bag, but he was shaking that, and then |
| 11:42AM | 14 | he was saying, You know what's in here?  And I don't care |
| 11:42AM | 15 | what's in there. |
| 11:42AM | 16 | Q    So you said he was texting you as well? |
| 11:42AM | 17 | A    He was texting me.  He was sending me all kinds of weird |
| 11:42AM | 18 | sound, like a dog fighting and all that.  Sometimes it come in |
| 11:42AM | 19 | at 2:00 in the morning, and I was -- I just couldn't keep up |
| 11:42AM | 20 | with him.  So I agreed to pay him 4,000 a month. |
| 11:42AM | 21 | Q    Okay.  So basically to get him to stop? |
| 11:42AM | 22 | A    He didn't stop. |
| 11:42AM | 23 | Q    How long did you pay him $4,000 a month for? |
| 11:43AM | 24 | A    Probably around year and a half. |
| 11:43AM | 25 | Q    All right.  So you stopped those payments at one point? |

| | | | |
|---|---|---|---|
| 11:43AM | 1 | A | And then, you know, I'm getting old, and then my CPA |
| 11:43AM | 2 | | practice is going down, and so I reduced it to 2,000. |
| 11:43AM | 3 | Q | Was he satisfied with that? |
| 11:43AM | 4 | A | I beg your pardon? |
| 11:43AM | 5 | Q | Was Mr. Kim satisfied with receiving 2,000 instead of |
| 11:43AM | 6 | | 4,000? |
| 11:43AM | 7 | A | At least he bothers me less. |
| 11:43AM | 8 | Q | Okay.  And how long did you pay him the 2,000 a month for? |
| 11:43AM | 9 | A | Probably six or seven months. |
| 11:43AM | 10 | Q | And then did that stop or change at any point? |
| 11:43AM | 11 | A | And when I retired, I had to lower that to 1,000. |
| 11:43AM | 12 | Q | How long did you pay him 1,000 a month? |
| 11:43AM | 13 | A | I guess probably two or three months. |
| 11:44AM | 14 | Q | And then can I presume correctly that you then stopped |
| 11:44AM | 15 | | paying anything at that point? |
| 11:44AM | 16 | A | And then in 2017, yeah, I was -- |
| 11:44AM | 17 | Q | When did you stop paying him in 2017? |
| 11:44AM | 18 | A | Probably around early 2017. |
| 11:44AM | 19 | Q | Okay.  Did you continue to get these texts or threats or |
| 11:44AM | 20 | | anything like that being communicated from Mr. Kim? |
| 11:44AM | 21 | A | Yeah, he was still coming around, and then -- and bothers |
| 11:44AM | 22 | | me sometimes.  He come with a drunk, you know, and keep telling |
| 11:44AM | 23 | | me to come along with him, and then bring me to coffee shop, |
| 11:44AM | 24 | | and here and there, and then he would keep threatening me. |
| 11:44AM | 25 | Q | Would you ever go with him to any of these places he asked |

| | | |
|---|---|---|
| 11:44AM | 1 | you to? |
| 11:44AM | 2 | A    I only went the nearby, close to my office.  You know, |
| 11:45AM | 3 | walk distance, yes. |
| 11:45AM | 4 | Q    So was he still asking for money then at that point in |
| 11:45AM | 5 | early 2017 when you had stopped paying? |
| 11:45AM | 6 | A    I guess probably around summertime of 2017, yeah, I was |
| 11:45AM | 7 | paying 1,000.  And I remember one time I have to deliver the |
| 11:45AM | 8 | 1,000 to his store. |
| 11:45AM | 9 | Q    All right.  So how much in total would you say you paid |
| 11:45AM | 10 | Mr. Kim beginning with the 4,000 a month for a year and a half, |
| 11:45AM | 11 | then the 2,000 a month for about six months, you said, and then |
| 11:45AM | 12 | a thousand for another few months after that? |
| 11:45AM | 13 | A    Probably about hundred thousand. |
| 11:46AM | 14 | Q    So during this time now, if we go to that period when you |
| 11:46AM | 15 | just said that the last payment you made, that was -- sounds |
| 11:46AM | 16 | like spring, maybe summer of 2017 approximately; is that |
| 11:46AM | 17 | correct, the timeline I have? |
| 11:46AM | 18 | A    Yes.  I probably told him at a certain point I cannot pay |
| 11:46AM | 19 | you any more.  I'm not obligated to pay you.  And then I guess |
| 11:46AM | 20 | he say, Oh, okay, I predicted this going to happen.  So you'll |
| 11:46AM | 21 | see what going to happen.  And then all of a sudden, there was |
| 11:46AM | 22 | the incident happened. |
| 11:46AM | 23 | Q    Okay.  We'll get to that in just a second. |
| 11:46AM | 24 |      So in 2017, you're retired at this point, correct? |
| 11:46AM | 25 | A    Yes. |

11:46AM   1   Q   So you're still doing your part-time tax preparation,
11:46AM   2   correct?
11:46AM   3   A   Right.
11:46AM   4   Q   Are these customers new customers you're still taking on
11:47AM   5   or are these customers that you've had over, you know, the
11:47AM   6   40 years you've been in business?
11:47AM   7   A   It was all old customers.  They all probably my age.
11:47AM   8   Q   Okay.  So the middle -- early to mid-October, do you
11:47AM   9   recall receiving a phone call from a new customer -- a new
11:47AM   10  potential customer asking to meet with you?
11:47AM   11  A   Yes.  It was a Friday, October 13th.  I remember.
11:47AM   12  Q   Friday the 13th.
11:47AM   13  A   October 13th, Friday, and around 5:00 in the afternoon.  I
11:47AM   14  was going home, and then somebody called me.  And he said his
11:47AM   15  name is James.  And he say he need to do his tax return, and I
11:47AM   16  told him to call me next day.
11:47AM   17       So he called me next day, Saturday, and I was with
11:47AM   18  somebody, and I told him to come to my office.  And he say he's
11:48AM   19  a tour guide and he's in Kewalo Basin with a tourist.  So he
11:48AM   20  want me to come over there to pick up the tax material.  So I
11:48AM   21  told him I don't have time.  So call me on Monday, because
11:48AM   22  October 15th falls on Sunday, so it's extended to Monday.  But
11:48AM   23  he didn't call me on Monday.  Instead, he called me on Tuesday.
11:48AM   24  Q   Okay.  Let me ask you a couple of questions before we go
11:48AM   25  further.  So you said -- you mentioned the date of

| | | |
|---|---|---|
| 11:48AM | 1 | October 15th.  In your business in the accounting world, why |
| 11:48AM | 2 | was that a significant date?  Why is that an important date? |
| 11:48AM | 3 | A    It's those who file extension has to -- the extension is |
| 11:48AM | 4 | due October 15th. |
| 11:48AM | 5 | Q    So your tax return deadline normally is April 15th, |
| 11:49AM | 6 | correct? |
| 11:49AM | 7 | A    That's correct. |
| 11:49AM | 8 | Q    So with the six-month extension the deadline becomes |
| 11:49AM | 9 | October 15th? |
| 11:49AM | 10 | A    Right. |
| 11:49AM | 11 | Q    All right.  So in 2017, October 15th fell on a Sunday, is |
| 11:49AM | 12 | that what you said? |
| 11:49AM | 13 | A    Right. |
| 11:49AM | 14 | Q    So the deadline then automatically gets pushed back to the |
| 11:49AM | 15 | next business day, right? |
| 11:49AM | 16 | A    That's correct. |
| 11:49AM | 17 | Q    So Monday was the day. |
| 11:49AM | 18 | A    Right. |
| 11:49AM | 19 | Q    Okay.  Now, when this person called you on Friday the |
| 11:49AM | 20 | 13th, identified themselves as James, did you know this person? |
| 11:49AM | 21 | Did you know a James? |
| 11:49AM | 22 | A    No. |
| 11:49AM | 23 | Q    Do you normally meet -- agree to meet people at other |
| 11:49AM | 24 | locations other than your office for your business meetings? |
| 11:49AM | 25 | A    No. |

| | | |
|---|---|---|
| 11:49AM | 1 | Q   So was there anything -- |
| 11:49AM | 2 | A   I mostly tell them to come to see me in my office. |
| 11:49AM | 3 | Q   So did you have -- did you ask James like how he had |
| 11:49AM | 4 | gotten your number or how he had been referred to you, or did |
| 11:49AM | 5 | you have any questions about that? |
| 11:49AM | 6 | A   I asked him how he got my number, and he said somebody |
| 11:50AM | 7 | referred him -- referred me to him.  So... |
| 11:50AM | 8 | Q   Okay.  All right.  So let's go forward then to that |
| 11:50AM | 9 | Monday.  You said he didn't call on Sunday, correct? |
| 11:50AM | 10 | A   No, he didn't call me on Monday. |
| 11:50AM | 11 | Q   I'm sorry, on Monday.  And so then did he call on Tuesday, |
| 11:50AM | 12 | the next day? |
| 11:50AM | 13 | A   That's correct. |
| 11:50AM | 14 | Q   What was -- what happened during that conversation? |
| 11:50AM | 15 | A   It was around 3:00 and I was in the bank.  I just made the |
| 11:50AM | 16 | deposit, and tried to come to my car, and then he called.  And |
| 11:50AM | 17 | he say he's in Kewalo Basin, and I was at the corner of Queen |
| 11:50AM | 18 | and Ward.  So it's just couple of blocks away. |
| 11:50AM | 19 | Q   Right. |
| 11:50AM | 20 | A   So I say, Okay, I'll come over.  So I drove over there, |
| 11:50AM | 21 | and I didn't see anybody there.  So I turned around to go to my |
| 11:51AM | 22 | office, and then he called.  He say, I saw your car and come |
| 11:51AM | 23 | back.  So I drove back to the old Fisherman's Wharf side. |
| 11:51AM | 24 | There was a lot of tour buses that was parked there, and there |
| 11:51AM | 25 | was some sedan was parked next.  And he wanted me to park my |

| 11:51AM | 1 | car in one of the spots there, so I did. |
|---------|---|------------------------------------------|

11:51AM   2   Q    Okay.  Let me interrupt right there just for one second.

11:51AM   3   So you said he had seen you and he said he saw your car during

11:51AM   4   the conversation.  Is that what you testified to?

11:51AM   5   A    Yeah, he said he saw my car.

11:51AM   6   Q    Had you given him the make and model of your car to look

11:51AM   7   for before you met?

11:51AM   8   A    No, he was asking, Aren't you driving a white color car,

11:51AM   9   the SUV?  So I said, Yes.  And said, Oh, we just saw your car

11:52AM   10  pass by.

11:52AM   11  Q    All right.  Let me have you look at one exhibit before you

11:52AM   12  go on to --

11:52AM   13       MR. INCIONG:  If we could display Exhibit 5-1, please,

11:52AM   14  which has previously been admitted into evidence.

11:52AM   15       THE COURT:  Yes.

11:52AM   16       MR. INCIONG:  Thank you, Your Honor.

11:52AM   17       THE WITNESS:  Yes, this is Kewalo Basin.

11:52AM   18       MR. INCIONG:  Could we publish that for the jury also?

11:52AM   19       THE COURT:  You may.

11:52AM   20       MR. INCIONG:  Thank you.

11:52AM   21  BY MR. INCIONG:

11:52AM   22  Q    Is that the area you're describing?

11:52AM   23  A    Yes.

11:52AM   24  Q    And you see the little cursor that's moving there on the

11:52AM   25  screen?

| | | | |
|---|---|---|---|
| 11:52AM | 1 | A | Yeah. |
| 11:52AM | 2 | Q | If we go down a little bit lower than that, you described |
| 11:52AM | 3 | | the old Fisherman's Wharf area? |
| 11:52AM | 4 | A | Yes. |
| 11:52AM | 5 | Q | You see the words where it says "Makani Catamaran," is |
| 11:52AM | 6 | | that generally the area? |
| 11:52AM | 7 | A | That -- yeah, somewhere around there. |
| 11:52AM | 8 | Q | Okay.  So you get there, you go to this parking lot where |
| 11:52AM | 9 | | you said he described there were a lot of buses parked there, |
| 11:53AM | 10 | | right? |
| 11:53AM | 11 | A | Yes, there was a big bus, medium size bus, and there was a |
| 11:53AM | 12 | | couple of sedan parking next to them. |
| 11:53AM | 13 | Q | All right.  So did you see this person who turned out to |
| 11:53AM | 14 | | be James when you pulled into that area? |
| 11:53AM | 15 | A | Yeah, he -- he saw me, and he let me park -- he told me to |
| 11:53AM | 16 | | park there.  And he introduced himself.  He had aloha shirt |
| 11:53AM | 17 | | and -- |
| 11:53AM | 18 | Q | Aloha shirt. |
| 11:53AM | 19 | A | Aloha shirt, yes.  And he is about 30.  Yeah, young man. |
| 11:53AM | 20 | Q | How else would you describe him?  How tall was he |
| 11:53AM | 21 | | approximately? |
| 11:53AM | 22 | A | He is probably around five-ten. |
| 11:53AM | 23 | Q | Thin, medium, heavy build? |
| 11:53AM | 24 | A | He's slim. |
| 11:53AM | 25 | Q | What about his race or ethnicity? |

| | | |
|---|---|---|
| 11:53AM | 1 | A    He was probably mixed Caucasian with Asian or -- |
| 11:54AM | 2 | Q    Short hair, long hair, wearing a hat? |
| 11:54AM | 3 | A    I don't -- he wasn't long hair.  It was regular, yeah, |
| 11:54AM | 4 | short -- regular hair. |
| 11:54AM | 5 | Q    All right.  So James comes up, and he's by himself at that |
| 11:54AM | 6 | point or is he the only person you see? |
| 11:54AM | 7 | A    Yeah, he tell me to follow him because he say he going to |
| 11:54AM | 8 | give me the tax information. |
| 11:54AM | 9 | Q    Right. |
| 11:54AM | 10 | A    So I followed him, and I went to the car.  It was big bus, |
| 11:54AM | 11 | and his car was parked next to the big bus.  And then he walked |
| 11:54AM | 12 | in, and as soon as he opened his back door, he turned around |
| 11:54AM | 13 | and he showed me a police badge.  And he said, You are under |
| 11:54AM | 14 | arrest.  And I said, What for? |
| 11:54AM | 15 | I thought it was sort of a game, but when he took out |
| 11:54AM | 16 | handcuff and tried to put the handcuff on me, and I don't know |
| 11:55AM | 17 | how, but I guess I hitted (sic) that, and then it dropped to |
| 11:55AM | 18 | the ground. |
| 11:55AM | 19 | And then there's other guy from driver's side.  He |
| 11:55AM | 20 | dashed to my right side, and he also showed me the police |
| 11:55AM | 21 | badge.  And the two of them grabbed me and then shoved me into |
| 11:55AM | 22 | the back seat, and they took my hand to the back and they put |
| 11:55AM | 23 | the two zip tie. |
| 11:55AM | 24 | Q    Zip ties? |
| 11:55AM | 25 | A    Yeah.  To my back.  And then pushed -- they put a black |

| | | |
|---|---|---|
| 11:55AM | 1 | thick vinyl sack on my head. |
| 11:55AM | 2 | Q   Let me -- let me interrupt you right there for just one |
| 11:55AM | 3 | second.  Pardon me. |
| 11:55AM | 4 | So I want to ask you a couple of things about when |
| 11:55AM | 5 | you're still outside the car.  Did you notice the type or the |
| 11:55AM | 6 | model of car or anything about the car that you recall? |
| 11:56AM | 7 | A   I remember it's dark brown, kind of reddish car. |
| 11:56AM | 8 | Q   And so you resisted when the handcuffs they were trying to |
| 11:56AM | 9 | put on you, correct? |
| 11:56AM | 10 | A   Yeah. |
| 11:56AM | 11 | Q   So you were not actually handcuffed outside the car. |
| 11:56AM | 12 | A   Outside the car they tried to put handcuff, but I guess I |
| 11:56AM | 13 | hitted (sic) that. |
| 11:56AM | 14 | Q   Okay.  Do you have some martial arts training, sir? |
| 11:56AM | 15 | A   Long ago, yes. |
| 11:56AM | 16 | Q   And what was that? |
| 11:56AM | 17 | A   I was instructor when I was in my 20s. |
| 11:56AM | 18 | Q   Did you have certain belts that you had achieved? |
| 11:56AM | 19 | A   I was third -- official third degree, yes. |
| 11:56AM | 20 | Q   And which discipline is this? |
| 11:56AM | 21 | A   I had Korean Taekwondo.  And I also had Japanese Karate |
| 11:57AM | 22 | when I was in South Brazil, yes. |
| 11:57AM | 23 | Q   So were -- did you kind of revert to that when you were |
| 11:57AM | 24 | resisting in knocking the handcuffs away, as you described? |
| 11:57AM | 25 | A   I didn't practice over 40 or 50 years, but I guess there |

| | | |
|---|---|---|
| 11:57AM | 1 | was some kind of reaction.  But at that moment I feel a little |
| 11:57AM | 2 | suspicious about these people because they show me police |
| 11:57AM | 3 | badge, and I -- I assumed they had a gun.  Yeah.  So I say I |
| 11:57AM | 4 | better not do anything, you know. |
| 11:57AM | 5 | Q    Well, since you mentioned that, let me ask you, did you |
| 11:57AM | 6 | ever see a gun displayed by either of these people? |
| 11:57AM | 7 | A    No.  I only -- while they holding me, they keep poking me |
| 11:57AM | 8 | with a sharp object.  So I assume that he had a knife. |
| 11:57AM | 9 | Q    Now, this second person that came over and also showed you |
| 11:57AM | 10 | a badge, you said -- |
| 11:57AM | 11 | A    Yes. |
| 11:58AM | 12 | Q    -- did you get a look at that person to see kind of what |
| 11:58AM | 13 | their description was? |
| 11:58AM | 14 | A    He's kind of stocky, either part-Hawaiian or looks Latino, |
| 11:58AM | 15 | yeah.  And he was strong, yeah.  He came and put my hand back, |
| 11:58AM | 16 | and then push my head down and then pushed in to the car, yeah. |
| 11:58AM | 17 | Q    Okay.  So when you said -- how did you know you were -- |
| 11:58AM | 18 | there were zip ties that were being used when you were in the |
| 11:58AM | 19 | car? |
| 11:58AM | 20 | A    They push me down, and then one guy was holding my hand |
| 11:58AM | 21 | back, and I don't know where they -- probably they already had |
| 11:58AM | 22 | zip tie in their pocket or somewhere.  So they start putting |
| 11:59AM | 23 | one first, and then they put another one there.  And it was so |
| 11:59AM | 24 | tight, and I just couldn't feel anything.  It was so hurt, and |
| 11:59AM | 25 | then -- |

| | | |
|---|---|---|
| 11:59AM | 1 | Q   Your hands went numb, is that what you mean? |
| 11:59AM | 2 | A   It was numb all the way, yeah. |
| 11:59AM | 3 | Q   All right.  So when I interrupted you, you were telling |
| 11:59AM | 4 | me -- you said they put a bag over your head? |
| 11:59AM | 5 | A   Yeah, and then they put me -- put the plastic bag, and |
| 11:59AM | 6 | then wrap around with duct tape, and they put another cloth |
| 11:59AM | 7 | sack on top of that, and then push me down to -- between the |
| 11:59AM | 8 | driver's seat and then the back seat.  So I would kind of -- |
| 11:59AM | 9 | you know, my head was down there. |
| 11:59AM | 10 | Q   So you couldn't see anything, I'm assuming. |
| 11:59AM | 11 | A   Yeah. |
| 11:59AM | 12 | Q   You could not see anything, is that true? |
| 11:59AM | 13 | A   I couldn't see anything.  I couldn't even breathe. |
| 11:59AM | 14 | Q   So were you assaulted in any way at that time? |
| 12:00PM | 15 | A   Yeah.  And then all of -- and then right after they closed |
| 12:00PM | 16 | the door, they turned on the radio at the highest volume, and |
| 12:00PM | 17 | then they turned the fan real high.  And then they start asking |
| 12:00PM | 18 | me, Where is my money?  And I said, What money? |
| 12:00PM | 19 | And then they start coming with the punch, so they |
| 12:00PM | 20 | probably hit my face about half a dozen times.  And then also |
| 12:00PM | 21 | my body, yeah. |
| 12:00PM | 22 | Q   You couldn't see any of these punches coming, correct? |
| 12:00PM | 23 | A   I couldn't see any. |
| 12:00PM | 24 | Q   I mean I'm -- this is probably a dumb question, but did it |
| 12:00PM | 25 | hurt?  These are not like just light punches, I'm assuming? |

12:00PM   1   A     You know, there was a fear, so I didn't feel -- I didn't

12:01PM   2   think about the pain.  The more it was that what I should do at

12:01PM   3   this moment.  I know at this moment this is real, yeah.

12:01PM   4   Q     All right.  So before up to that point maybe you weren't

12:01PM   5   sure if this was like some sort of --

12:01PM   6   A     So I say I better -- I better make him comfortable.  So I

12:01PM   7   just say, Okay, I'll cooperate, yeah.  So after they hit me

12:01PM   8   about a dozen times, and they start -- drove around.

12:01PM   9   Q     All right.  So I notice you're wearing glasses today.

12:01PM   10  A     I lost my glasses when we were struggling in the --

12:01PM   11  outside the car.

12:01PM   12  Q     So normally you wear glasses all the time?

12:01PM   13  A     Right.

12:01PM   14  Q     So you were wearing them that day and you lost them during

12:01PM   15  the struggle?

12:01PM   16  A     Right, yes.

12:01PM   17  Q     So you have the bag over your head, and your glasses are

12:01PM   18  gone now?

12:01PM   19  A     The glasses was probably somewhere outside of the car.

12:02PM   20  Q     All right.  So I know you couldn't see because you had

12:02PM   21  this bag over your head, but did you have any sense of where

12:02PM   22  you were driving or how long you were driving for?

12:02PM   23  A     Yeah, it kind of like they were -- first they going to the

12:02PM   24  Ala Moana park, and then maybe going to -- I thought was going

12:02PM   25  to somewhere around University medical school.

12:02PM   1          And then at one time I feel that they were going to

12:02PM   2    the storage.  They were asking me, Where you live?  Where is

12:02PM   3    your office and do you have a storage?  I told them I have

12:02PM   4    storage in the Kamakee Street.  And then I gave a key, and then

12:02PM   5    they took my wallet and they already took my car keys, so they

12:02PM   6    had everything.  So I thought they were going to the storage to

12:02PM   7    search for something.

12:03PM   8    Q    So what about -- you said that they took your wallet, they

12:03PM   9    took your keys.  Did you -- you had your phone with you at the

12:03PM   10   time?

12:03PM   11   A    They took my phone too.

12:03PM   12   Q    All right.  So did they continue to ask you for money or

12:03PM   13   what happened after --

12:03PM   14   A    They keep saying that, You hide money somewhere, so --

12:03PM   15   Q    And what --

12:03PM   16   A    -- unless you tell us, you know what going to happen.  And

12:03PM   17   they -- they drove me around five and a half hours.  And then I

12:03PM   18   believe about six, five or six stops, and some were talking to

12:03PM   19   somebody on the phone.  And one time somebody even came into

12:03PM   20   the car, and then I guess checked me, and they went out and

12:03PM   21   they was continued talking.

12:03PM   22          And then every time there was stopover somewhere, they

12:04PM   23   were threatening me.  One time they told me, It's final, if you

12:04PM   24   don't tell us, we are going to crack couple of your bones, and

12:04PM   25   we're going to put in the sack, and then sink you in the ocean,

| | | |
|---|---|---|
| 12:04PM | 1 | yeah.  And that time I was really, really nervous.  And, I just |
| 12:04PM | 2 | hold the hand to pray to my God to save my life. |
| 12:04PM | 3 | THE COURT:  Mr. Inciong, we are just at the noon hour |
| 12:04PM | 4 | now, and it seems like -- I don't want to interrupt, but -- |
| 12:04PM | 5 | MR. INCIONG:  Sure, no problem. |
| 12:04PM | 6 | THE COURT:  -- let's go to break for the second break |
| 12:04PM | 7 | of the day, and then when we resume we'll have a little more |
| 12:04PM | 8 | than an hour remaining before the end of the trial day. |
| 12:04PM | 9 | So as we go to break, I remind our 18-person jury to |
| 12:04PM | 10 | refrain from discussing the substance of this case with anyone, |
| 12:04PM | 11 | including each other, until I advise otherwise; to refrain from |
| 12:04PM | 12 | accessing any media or other accounts of this case that may be |
| 12:05PM | 13 | out there; and also to refrain from conducting any independent |
| 12:05PM | 14 | investigation into the facts, circumstances or persons |
| 12:05PM | 15 | involved. |
| 12:05PM | 16 | So let's try to keep it to about another 15-minute |
| 12:05PM | 17 | break, and then we will resume. |
| 12:05PM | 18 | (Proceedings were recessed at 12:05 p.m. to 12:24 |
| 12:24PM | 19 | p.m.) |
| 12:24PM | 20 | THE COURT:  Back from our second break.  The record |
| 12:24PM | 21 | should reflect the return of all jurors, parties and their |
| 12:24PM | 22 | lawyers. |
| 12:24PM | 23 | Mr. Inciong, you were in the midst of your direct |
| 12:24PM | 24 | examination of Mr. Lee.  You may continue. |
| 12:25PM | 25 | MR. INCIONG:  Thank you, Your Honor. |

12:25PM   1   BY MR. INCIONG:

12:25PM   2   Q   Mr. Lee, can you hear me okay?

12:25PM   3   A   Yes.

12:25PM   4   Q   Okay.  When we left off, I believe you had just testified

12:25PM   5   that these two men had threatened to -- was it crack your bones

12:25PM   6   and throw you in the ocean?

12:25PM   7   A   Right.

12:25PM   8   Q   Are you afraid for your life at this point?

12:25PM   9   A   Yes.  I was very scared.

12:25PM   10  Q   At any point did you wonder like who was involved or why

12:25PM   11  they were doing this to you?

12:25PM   12  A   From the beginning when they say, Where is the money, I

12:25PM   13  already assumed that this was hired by Mr. Tony Kim.

12:25PM   14  Q   Your former business partner?

12:25PM   15  A   Right.

12:25PM   16  Q   Who had been hounding you for money for a long time.

12:25PM   17  A   The word they were using is very similar to what Mr. Kim

12:25PM   18  was threatening me.

12:25PM   19  Q   Okay.  Now, you said you felt -- you described kind of

12:25PM   20  where you felt you were being driven around, even though you

12:25PM   21  couldn't see.  You've lived in Honolulu for a long time, right?

12:25PM   22  A   Right.

12:25PM   23  Q   Are you very familiar with that area?

12:25PM   24  A   Yes.

12:25PM   25  Q   In fact, is your office close by to that area?

12:26PM    1    A    Yes.

12:26PM    2    Q    Where was your office located at that time?

12:26PM    3    A    My office was located on near Queen Street on Kamakee

12:26PM    4    Street.

12:26PM    5    Q    Does that building have a name?

12:26PM    6    A    I believe it's Malulani Building.

12:26PM    7    Q    Is it known for another business that's in that building?

12:26PM    8    A    It's right across from street diagonally is the Whole Food

12:26PM    9    Market.

12:26PM    10   Q    I see.  Is there a Lin's Snacks --

12:26PM    11   A    Lin's Snacks, right.

12:26PM    12   Q    -- business in that same building?

12:26PM    13   A    Right.

12:26PM    14   Q    Do you have parking in that building?

12:26PM    15   A    Yes, it has parking right next to the building.

12:26PM    16   Q    Where would you park when you were at work?

12:26PM    17   A    Mostly park either there or I park Whole Foods store

12:26PM    18   parking lot.

12:26PM    19   Q    I see.  Okay.  So did you have any conversation with the

12:26PM    20   two men that were holding you in the car as you were being

12:26PM    21   driven around?

12:26PM    22   A    Yes.

12:26PM    23   Q    What kinds of things did you tell them?

12:27PM    24   A    The one sitting next to me was holding me down all the

12:27PM    25   time.  Even the driver was keep going out -- every time it stop

12:27PM 1    somewhere he going out, and then he was talking to somebody on
12:27PM 2    the phone.
12:27PM 3              And then the person next to me was there.  So couple
12:27PM 4    of times I told him to release some of the duct tape because I
12:27PM 5    cannot breathe.  So he tried to open a little space so I can
12:27PM 6    get fresh air.
12:27PM 7              And then I guess he -- he had my wallet, and then I
12:27PM 8    just made the deposit of $5,700 that day.  So he saw that.  So
12:27PM 9    one time -- at one point I negotiated with him.  I told him,
12:28PM 10   This is all I have.  I have 3,000 credit limit on my charge
12:28PM 11   card, so you can have all that.  That's most I can offer.
12:28PM 12             So -- and then at one point I had to breathe myself,
12:28PM 13   so I had to lean on the -- I mean the chair of the driver's
12:28PM 14   seat to use my teeth to bite the inner sack to make a hole to
12:28PM 15   get fresh air.
12:28PM 16   Q    So you could breathe.
12:28PM 17   A    Yeah.  And then I was doing that, and then the hole was
12:28PM 18   getting bigger and bigger, and I was able to see the outside.
12:28PM 19   And a couple of times I saw tall building while the car was
12:29PM 20   parked somewhere, yeah.
12:29PM 21             And then the guy sitting next to me saw that, so he
12:29PM 22   said, What are you doing?  And I said, I trying to get some
12:29PM 23   fresh air.  And then he came and choke my neck for probably one
12:29PM 24   minute or two.  I was almost fainted.  And then luckily the
12:29PM 25   driver came, and he said, Take it easy.  You know, so he

12:29PM   1   released his hand.

12:29PM   2   Q     Okay.  Scary.

12:29PM   3   A     Yeah, it was very scary.

12:29PM   4   Q     So you were offering you said money, what you had in your

12:29PM   5   checking account and your charge card as an offer to get them

12:29PM   6   to release you, is that what you meant?

12:29PM   7   A     I just talked to him, and then I guess one time he went

12:29PM   8   out and talked to the driver or somebody, and they drove me

12:30PM   9   around and threatening all kinds of threats.  And then finally,

12:30PM  10   they say, Okay, we will let you go.  And when I heard that, oh,

12:30PM  11   gee, it was -- I was crying.

12:30PM  12          And then -- so they brought back to the Kewalo Basin,

12:30PM  13   and they took out my sack first.  And then they start putting

12:30PM  14   duct tape around my face and my head.  And then the guy sitting

12:30PM  15   next to me, he took out a knife and he start cutting the zip

12:30PM  16   tie.  And it was -- I guess knife was very dull knife, it was

12:31PM  17   so hurt.  It took probably ten -- more than ten minutes to cut

12:31PM  18   that off.

12:31PM  19          And then I had -- and by then I kind of feel little

12:31PM  20   relieved.  And then I saw they didn't cover my eye.  So I told

12:31PM  21   them, Hey, I can see you.  So they came back and then they put

12:31PM  22   more duct tape on my head.  And when I -- my hand was freed, I

12:31PM  23   start touching my face, and I told myself, Oh, gee, you guys

12:31PM  24   must be -- broke my nose.  And I guess that made the guy upset,

12:31PM  25   so he came with couple more punches on my head, yeah.  I

12:31PM   1   shouldn't say that, but it was -- at that moment I kind of was

12:31PM   2   relieved.

12:32PM   3   Q    So when they took the bag and the hood off your head and

12:32PM   4   before they duct-taped you, were you able to see either of them

12:32PM   5   again?

12:32PM   6   A    It was dark.

12:32PM   7   Q    I see.  Okay.  So let me ask you about the time because

12:32PM   8   you said you had --

12:32PM   9   A    It was probably around 9:00 or 9:30, yeah.

12:32PM   10  Q    So you estimated that you were driven around for about six

12:32PM   11  hours?

12:32PM   12  A    Probably.

12:32PM   13  Q    So how did you judge the time?  How did you come up with

12:32PM   14  that time?

12:32PM   15  A    Because I left the bank at around 3:30, and they released

12:32PM   16  me at around 9:30, I believe.

12:32PM   17  Q    So after you were released, you checked the time?

12:32PM   18  A    And they took me out of the car and brought me to my car,

12:32PM   19  and I couldn't see, so I had to touch the car, and then went to

12:32PM   20  the driver's side and I opened the door and got in there.

12:32PM   21       And then the guy, I guess the driver or somebody, one

12:33PM   22  of them came to the passenger side, opened the door and throw

12:33PM   23  car key and my wallet, my cell phone, and everything that I had

12:33PM   24  in pocket, they throw in there, and told me not to start the

12:33PM   25  car until we disappear.

12:33PM    1            So I was just sitting there -- oh, before that, before
12:33PM    2    they released me, they punched me maybe five, six times on the
12:33PM    3    face and then my chest, and told me not to report to the
12:33PM    4    police.  So I said, I'm not going to report to the police.  And
12:33PM    5    they say, If you do that, we have a lot of brothers who will
12:33PM    6    take care of you.  So I said, Don't worry.
12:33PM    7            So they just took me to the car and then put me there,
12:34PM    8    and throw the key, and then they left.  But I cannot see
12:34PM    9    because I don't -- I didn't have eyeglasses.
12:34PM   10    Q    Right.
12:34PM   11    A    And then all of a sudden, he -- it looks like my body is
12:34PM   12    getting relaxed, and I locked the car but I didn't start the
12:34PM   13    car.  I just put the key in the hole and then I sat there for
12:34PM   14    probably about ten minutes, and then I start taking off the
12:34PM   15    duct tape.
12:34PM   16    Q    So they were gone when you took the duct tape off?
12:34PM   17    A    And by then they all gone.
12:34PM   18    Q    So where did you go from there?
12:34PM   19    A    So took me about 10, 15 minutes to just take out all of
12:34PM   20    the duct tape, I saved that.  And then I start driving along
12:34PM   21    the Ward Avenue and I'm going home.
12:35PM   22    Q    Without your glasses?
12:35PM   23    A    Without my glasses.  Taking the right lane slowly, I drove
12:35PM   24    up to Punchbowl and got to my apartment, parked my car there,
12:35PM   25    and I walked to my apartment.  And I don't want my wife to see

12:35PM  1   this, so I tried to go in there quitely and just take a shower

12:35PM  2   and then go to my room and then go to bed.  As soon as I opened

12:35PM  3   the door, my wife heard, so she came out of her room, and as

12:35PM  4   soon as she saw me, she was -- screamed.

12:36PM  5   Q    Take your time.

12:36PM  6   A    And then she said, What happened?  And I say, I had a

12:36PM  7   fight.  So -- and she say, No, you cannot go to your room.  You

12:36PM  8   got to go to emergency.  So she took me to Straub emergency

12:36PM  9   room.

12:36PM  10          So I got there, and then the nurse started asking me

12:36PM  11  questions, and my wife told them, I think probably he was

12:36PM  12  beaten by somebody, yeah.  And then -- but she never seen me,

12:36PM  13  you know, with that much -- the bruises.  So I guess probably

12:37PM  14  somebody in the hospital reported to the police.

12:37PM  15          So there was four police officers came and then there

12:37PM  16  was one detective came, and they start questioning me.  So I --

12:37PM  17  I cannot lie, so I have to tell what happened there, yeah.  So

12:37PM  18  I told all the stories.  And then they took x-ray of my body,

12:37PM  19  my face, and everything, and luckily, nothing was broken.

12:37PM  20  So -- yeah.

12:37PM  21  Q    When you were first asked what happened at the hospital,

12:37PM  22  were you afraid to tell them what had actually happened?

12:37PM  23  A    Yeah.  I was, yeah.

12:37PM  24  Q    Why?

12:37PM  25  A    Somehow at that moment I don't know what's going to happen

12:38PM   1    there, and I don't know who did this, so I told myself I better

12:38PM   2    not say anything.  So I didn't -- I only described what

12:38PM   3    happened briefly to the detective, yeah.

12:38PM   4        And then following next day when the news media called

12:38PM   5    and they came to our apartment, but I rejected all of them.  I

12:38PM   6    didn't tell this story to anybody.  All I told is to my family.

12:38PM   7    Q    Okay.

12:38PM   8    A   And next day I say, I better go someplace else.  So I

12:38PM   9    hired the massage guy to come over and then do the massage on

12:38PM  10    my face to release all this bruises, the redness and all the

12:38PM  11    blue spots.  And I prescribed pair of eyeglass, and I just went

12:39PM  12    to my daughter's place and -- in LA, and when -- she was eight

12:39PM  13    months pregnant at the time when I got there, and she was --

12:39PM  14    Q    Take your time, Mr. Lee.

12:39PM  15    A   I felt very sorry to my daughter, but she took good care

12:40PM  16    of me.  So I was there for probably about ten days.  And then

12:40PM  17    she told me not to go back to Honolulu, but I say I have to go

12:40PM  18    back because I have appointment with detectives and I have to

12:40PM  19    go see doctors.

12:40PM  20        So she called my son, and my son was teaching at the

12:40PM  21    University in Milwaukee and he has to take one week off to come

12:40PM  22    to LA to bring me to Honolulu.  So we came here and he took me

12:41PM  23    to police department and -- next day.  And so the police did

12:41PM  24    forensic on my cell phone, and there was a sketch of suspect.

12:41PM  25        And while we were doing there, it took too long.  So

| 12:41PM | 1 | my trauma was keep building and I just collapsed there.  So |
|---------|---|---|
| 12:41PM | 2 | detective called my son to take me to Straub Clinic right next |
| 12:41PM | 3 | door.  So he took me to there, and while doctor was checking |
| 12:41PM | 4 | me, I collapsed again there.  I just totally fainted.  And so |
| 12:41PM | 5 | it was -- it was just horrible, yeah. |
| 12:41PM | 6 | Q   So when you came back from visiting your daughter, did you |
| 12:41PM | 7 | tell the police then the full -- the full story at that time? |
| 12:42PM | 8 | A   Yeah, when the detective was interviewing me, yeah, and I |
| 12:42PM | 9 | went over again with him, yes. |
| 12:42PM | 10 | Q   And did you tell them who you suspected was behind these |
| 12:42PM | 11 | men kidnapping you? |
| 12:42PM | 12 | A   Yes, I did. |
| 12:42PM | 13 | Q   And who was that? |
| 12:42PM | 14 | A   I -- I knew this was happening from Mr. Tony Kim, so I |
| 12:42PM | 15 | gave a lot of information about Tony Kim to detective, yes, |
| 12:42PM | 16 | including his picture. |
| 12:42PM | 17 | Q   So while you were gone, did the police department do some |
| 12:42PM | 18 | testing on your vehicle, the vehicle that you had driven? |
| 12:42PM | 19 | A   Yeah, they -- my wife told me they came and they did |
| 12:42PM | 20 | fingerprint on the doors, and then also they took the duct |
| 12:42PM | 21 | tape. |
| 12:42PM | 22 | Q   Had anybody -- had you or anybody else that you're aware |
| 12:43PM | 23 | of touched or disturbed that duct tape since you had -- |
| 12:43PM | 24 | A   No. |
| 12:43PM | 25 | Q   -- taken it off? |

12:43PM    1    A    No.

12:43PM    2    Q    Okay.  Do you have any lasting effects from what happened

12:43PM    3    that day?

12:43PM    4    A    I guess this is probably everything, yeah.

12:43PM    5    Q    Let me show you a few pictures that have been admitted

12:43PM    6    into evidence already, if you don't mind, Mr. Lee.

12:43PM    7         MR. INCIONG:  If we could start with Government's

12:43PM    8    Exhibit 5-4, which has been already submitted into evidence.

12:43PM    9    BY MR. INCIONG:

12:43PM   10    Q    Is that a picture of you the day that you went to the

12:43PM   11    hospital on October 17th, 2017?

12:43PM   12    A    Yes.

12:43PM   13         MR. INCIONG:  If we could then show Mr. Lee

12:43PM   14    Exhibit 5-5.

12:43PM   15    BY MR. INCIONG:

12:43PM   16    Q    Do you recognize that picture?

12:43PM   17    A    Yes.

12:43PM   18    Q    Is that your arm and shoulder?

12:44PM   19    A    Yes.

12:44PM   20    Q    What parts of your body showed injuries there?

12:44PM   21    A    It was my neck, and shoulder and my arm, and also my body.

12:44PM   22    Q    So one thing I want to make sure I have clear too is the

12:44PM   23    two men, you said one was in the back seat with you holding you

12:44PM   24    down, correct?

12:44PM   25    A    Right.

| | | | |
|---|---|---|---|
| 12:44PM | 1 | Q | Did that person ever leave the car during the time you |
| 12:44PM | 2 | | were -- |
| 12:44PM | 3 | A | I guess he did once, maybe. |
| 12:44PM | 4 | Q | Okay.  The other person then was obviously driving the |
| 12:44PM | 5 | | car? |
| 12:44PM | 6 | A | Yeah, he was just -- other than driving, he was going out |
| 12:44PM | 7 | | and then talking to somebody on the phone.  And then there was |
| 12:44PM | 8 | | I guess once or twice they opened the back door and they show |
| 12:44PM | 9 | | me to somebody, yeah, because I hear different voices. |
| 12:44PM | 10 | Q | I see.  So which one was James, the one who introduced -- |
| 12:45PM | 11 | A | James was sitting next to me. |
| 12:45PM | 12 | Q | Okay.  So he's the more slightly built person? |
| 12:45PM | 13 | A | Yes. |
| 12:45PM | 14 | Q | The more heavy set person, the stocky person you |
| 12:45PM | 15 | | described, that was the driver? |
| 12:45PM | 16 | A | The driver was kind of stocky, yeah.  And he was kind of |
| 12:45PM | 17 | | mean, yeah. |
| 12:45PM | 18 | Q | Let me have you look at Exhibit 5-6 next, please. |
| 12:45PM | 19 | | Mr. Lee, that's your left hand at the hospital that |
| 12:45PM | 20 | | night? |
| 12:45PM | 21 | A | Yes. |
| 12:45PM | 22 | Q | What is that showing there? |
| 12:45PM | 23 | A | The bruises.  I guess mostly from the zip tie was tight. |
| 12:45PM | 24 | | It was too tight so the blood was not circulating. |
| 12:45PM | 25 | Q | So are you referring to the area around your wrist -- |

12:45PM    1              MR. INCIONG:  Maybe we can zoom in on that.

12:45PM    2    BY MR. INCIONG:

12:45PM    3    Q    The area just above your hand, the wrist area, is that

12:45PM    4    where you were -- the zip ties were placed in that general

12:46PM    5    area?

12:46PM    6    A    Right.

12:46PM    7              MR. INCIONG:  Could we display Exhibit 5-7, please.

12:46PM    8    BY MR. INCIONG:

12:46PM    9    Q    This is your palm of that same hand.  What do you notice

12:46PM   10    on there that was not there before you were kidnapped?

12:46PM   11    A    No.

12:46PM   12    Q    Do you notice any injuries on this that you see?

12:46PM   13    A    I guess it was so tight, there is no blood circulation,

12:46PM   14    and then when they released that, I guess the hand was all red.

12:46PM   15              MR. INCIONG:  Can we zoom in again on his wrist area,

12:46PM   16    please.

12:46PM   17    BY MR. INCIONG:

12:46PM   18    Q    It looks like there's two lines, indentations in your skin

12:46PM   19    there.  Is that -- am I seeing that correctly?

12:46PM   20    A    I guess the zip tie was probably one there and then one

12:46PM   21    was above that.

12:46PM   22    Q    Okay.  That's where you were --

12:46PM   23    A    Yeah.

12:46PM   24    Q    That's where you felt they were restraining you with the

12:47PM   25    zip ties?

| | | |
|---|---|---|
| 12:47PM | 1 | A     Right. |
| 12:47PM | 2 | MR. INCIONG:  Can we show Mr. Lee Exhibit 5-8 next, |
| 12:47PM | 3 | please? |
| 12:47PM | 4 | BY MR. INCIONG: |
| 12:47PM | 5 | Q    And this is now your right arm and hand.  There is a |
| 12:47PM | 6 | scrape there just above your wrist.  Was that there before you |
| 12:47PM | 7 | were kidnapped? |
| 12:47PM | 8 | A     No. |
| 12:47PM | 9 | Q    Is that from the zip ties as well? |
| 12:47PM | 10 | A     Right. |
| 12:47PM | 11 | MR. INCIONG:  If we can go to Exhibit 5-9, please. |
| 12:47PM | 12 | And if we can zoom in a little bit on the wrist area again. |
| 12:47PM | 13 | BY MR. INCIONG: |
| 12:47PM | 14 | Q    Again, those look like those same two indentations like on |
| 12:47PM | 15 | the other wrist; is that correct? |
| 12:47PM | 16 | A     Yeah.  That was zip tie, yeah. |
| 12:47PM | 17 | MR. INCIONG:  Can we show Mr. Lee Exhibit 5-10, |
| 12:47PM | 18 | please. |
| 12:47PM | 19 | BY MR. INCIONG: |
| 12:47PM | 20 | Q    What do you see that catches your eye in this picture, |
| 12:47PM | 21 | Mr. Lee? |
| 12:48PM | 22 | A     Yeah, all around my neck and then my shoulder. |
| 12:48PM | 23 | Q    And then if I can have you look at two more in this |
| 12:48PM | 24 | series, please, 5-11.  Does that show you at the hospital on |
| 12:48PM | 25 | that night? |

| | | |
|---|---|---|
| 12:48PM | 1 | A     Yes. |
| 12:48PM | 2 | Q     And the bruises all over your face are from when you were |
| 12:48PM | 3 | being punched? |
| 12:48PM | 4 | A     Right. |
| 12:48PM | 5 | Q     And then 5-12, please.  Does this show you from the left |
| 12:48PM | 6 | side the bruising? |
| 12:48PM | 7 | A     On my cheek and the nose and my jaw, yeah.  And even my |
| 12:48PM | 8 | forehead. |
| 12:48PM | 9 | Q     But what kind -- what kind of tests did they -- to see if |
| 12:48PM | 10 | you had any broken bones or nose or anything that night? |
| 12:48PM | 11 | A     They did the x-ray. |
| 12:48PM | 12 | Q     It was all negative? |
| 12:48PM | 13 | A     Yeah. |
| 12:48PM | 14 |         MR. INCIONG:  All right.  Can we go to 5-13, please. |
| 12:48PM | 15 | BY MR. INCIONG: |
| 12:49PM | 16 | Q     Do you recognize this photo, Mr. Lee? |
| 12:49PM | 17 | A     Yes. |
| 12:49PM | 18 | Q     How do you recognize that? |
| 12:49PM | 19 | A     That's the old Fisherman's Wharf site. |
| 12:49PM | 20 | Q     Is that where you met the person named James? |
| 12:49PM | 21 | A     Yes. |
| 12:49PM | 22 | Q     So it was not dark when you arrived, but it was dark when |
| 12:49PM | 23 | you left? |
| 12:49PM | 24 | A     Yes.  When I got there it was only about 4:00 in the |
| 12:49PM | 25 | afternoon, but I guess this is even after -- you know. |

12:49PM   1   Q   Let me have you look at Exhibit 5-15, please.

12:49PM   2         Do you recognize this picture?

12:49PM   3   A   Yes.

12:49PM   4   Q   How do you recognize that?

12:49PM   5   A   It's part of Kewalo Basin.

12:49PM   6   Q   Is this near where you parked your car when you met James?

12:49PM   7   A   Somewhere around there, yeah, on the right.

12:49PM   8   Q   On the right side.

12:49PM   9   A   Yeah.

12:49PM   10   Q   Let me see if we have a closer view to have you look at.

12:50PM   11         MR. INCIONG:  5-16, please.

12:50PM   12   BY MR. INCIONG:

12:50PM   13   Q   Does that look familiar?

12:50PM   14   A   Yes.

12:50PM   15   Q   Is this the part -- the area roughly where you --

12:50PM   16   A   That's part of that area.

12:50PM   17   Q   You mentioned there were buses and vans parked in that

12:50PM   18   area.

12:50PM   19   A   Yes.

12:50PM   20   Q   Are those the same type that you see there in this

12:50PM   21   picture?

12:50PM   22   A   Yeah.  I guess some of the buses left already by then.

12:50PM   23   Q   Okay.  So there were buses which you arrived earlier?

12:50PM   24   A   Correct.

12:50PM   25   Q   Now, Mr. Lee, you mentioned before that your hands were

12:50PM   1   numb, you said from the zip ties.  Did that last any longer?

12:50PM   2   A    That last about a year, and even today I'm not able to

12:50PM   3   feel something.  It's probably permanently damaged to my hand.

12:50PM   4   Q    You're wearing a hearing aid today?

12:50PM   5   A    I do.

12:50PM   6   Q    Did you wear hearing aids before the --

12:51PM   7   A    No.  It was after, yeah.  I just had people keep

12:51PM   8   complaining about my hearing issue.  So I have to buy a pair

12:51PM   9   from Costco.  It was the year before last year.  Probably

12:51PM   10  around about three years, yeah.

12:51PM   11  Q    Now, I know you are 78 now, correct?  How old were you at

12:51PM   12  the time this happened?

12:51PM   13  A    I was 72.

12:51PM   14  Q    Do you feel safe when you go out and about running errands

12:51PM   15  or parking lots or anything like that anymore?

12:51PM   16  A    No, I still carrying pepper spray and whistle.  And every

12:52PM   17  time I go to some parking structure I have that fear, so I have

12:52PM   18  to -- I cannot park anywhere.  I want to park in front of the

12:52PM   19  store or somewhere, and avoid -- if there is some strangers

12:52PM   20  sitting in the car, then I don't park and I just move around.

12:52PM   21  Q    The last question I have for you, Mr. Lee, is I want to

12:52PM   22  circle back, I think you had mentioned in one of the final

12:52PM   23  payments that you made to Mr. Kim --

12:52PM   24  A    Right.

12:52PM   25  Q    -- that you said you had to deliver it to him?

| | | | |
|---|---|---|---|
| 12:52PM | 1 | A | Yeah, I delivered to his store and gave to his wife. |
| 12:52PM | 2 | Q | What store was that, do you recall? |
| 12:52PM | 3 | A | It's Ala Moana Golf Shop. |
| 12:52PM | 4 | Q | And was he running that store the whole time that you were |
| 12:52PM | 5 | | in business with him? |
| 12:52PM | 6 | A | Yeah, they were -- they were running that business. |
| 12:52PM | 7 | | MR. INCIONG:  All right.  Thank you so much, Mr. Lee. |
| 12:52PM | 8 | | I have no further questions. |
| 12:52PM | 9 | | THE COURT:  Okay.  Cross-examination. |
| 12:52PM | 10 | | CROSS-EXAMINATION |
| 12:52PM | 11 | | BY MR. KENNEDY: |
| 12:53PM | 12 | Q | Good afternoon, Mr. Lee. |
| 12:53PM | 13 | A | Good afternoon. |
| 12:53PM | 14 | Q | I want to ask you some questions about this horrific |
| 12:53PM | 15 | | event, okay? |
| 12:53PM | 16 | A | Sure. |
| 12:53PM | 17 | Q | The first question I want to ask you about is Tony Kim. |
| 12:53PM | 18 | | Now, I'll go through some facts with him, but I heard that you |
| 12:53PM | 19 | | went to the authorities and gave a picture of him.  Do you |
| 12:53PM | 20 | | recall that? |
| 12:53PM | 21 | A | Picture of who? |
| 12:53PM | 22 | Q | Of Mr. Kim, Tony Kim. |
| 12:53PM | 23 | A | Yeah.  Right. |
| 12:53PM | 24 | Q | Did you give that to the FBI? |
| 12:53PM | 25 | A | I gave to police. |

12:53PM    1    Q    You gave it to Honolulu Police Department?

12:53PM    2    A    It was not only his picture, it was a picture of when we

12:53PM    3    had opening ceremony of our company.  He was there, yes.  So it

12:54PM    4    has picture of about ten people, and he was one of them, yeah.

12:54PM    5    So ...

12:54PM    6    Q    I see.  So if we just circle back a little bit with him,

12:54PM    7    because it seems to me from the moment these two men who did

12:54PM    8    this to you, you believed Mr. Kim was behind this, correct?

12:54PM    9    A    Yes.

12:54PM   10    Q    Okay.  So as I understand it -- I want to circle a little

12:54PM   11    bit back.  You were born and grew up a few years in China,

12:54PM   12    correct?

12:54PM   13    A    Right.

12:54PM   14    Q    Then moved to Korea?

12:54PM   15    A    Right.

12:54PM   16    Q    Then moved to Brazil?

12:54PM   17    A    Right.

12:54PM   18    Q    And made it to Hawaii?

12:54PM   19    A    Right.

12:54PM   20    Q    And educated yourself here?

12:54PM   21    A    Right.

12:54PM   22    Q    Became a CPA?

12:54PM   23    A    Yes.

12:54PM   24    Q    Became a professional?

12:54PM   25    A    Yes.

| | | | |
|---|---|---|---|
| 12:54PM | 1 | Q | And you had a business where you employed other |
| 12:55PM | 2 | | professionals as well? |
| 12:55PM | 3 | A | Right. |
| 12:55PM | 4 | Q | And you had the idea to form Atlas Steel, right? |
| 12:55PM | 5 | A | Right. |
| 12:55PM | 6 | Q | And that was a business that would be your own, right? |
| 12:55PM | 7 | A | Yes, started with, yeah, my own. |
| 12:55PM | 8 | Q | So instead of just helping other people with their needs |
| 12:55PM | 9 | | as an accountant, you would have something that you started |
| 12:55PM | 10 | | that would be yours, right? |
| 12:55PM | 11 | A | Right. |
| 12:55PM | 12 | Q | And so as I understand it, it provided steel frame |
| 12:55PM | 13 | | construction products, right? |
| 12:55PM | 14 | A | That's correct. |
| 12:55PM | 15 | Q | Because termites do real damage to wood and wood homes |
| 12:55PM | 16 | | here, right? |
| 12:55PM | 17 | A | That's correct. |
| 12:55PM | 18 | Q | So you believed that this product would be an excellent |
| 12:55PM | 19 | | way to have your business here, right? |
| 12:55PM | 20 | A | Right. |
| 12:55PM | 21 | Q | And so you purchased a machine from South Korea? |
| 12:55PM | 22 | A | First one, yes, we did. |
| 12:55PM | 23 | Q | And that cost you about 300,000, right? |
| 12:55PM | 24 | A | That's correct. |
| 12:55PM | 25 | Q | And so then you started looking around for a way to ship |

| | | |
|---|---|---|
| 12:56PM | 1 | that machine to Hawaii, right? |
| 12:56PM | 2 | A    Right. |
| 12:56PM | 3 | Q    And you accomplished that, right? |
| 12:56PM | 4 | A    Yes. |
| 12:56PM | 5 | Q    And so at that time you leased about a 50,000-square-foot |
| 12:56PM | 6 | facility after starting out in a smaller place in Sand Island, |
| 12:56PM | 7 | right? |
| 12:56PM | 8 | A    In Mapunapuna, yes. |
| 12:56PM | 9 | Q    And at that point you had about six to ten employees? |
| 12:56PM | 10 | A    Beg your pardon? |
| 12:56PM | 11 | Q    At the time you were at the Sand Island warehouse you had |
| 12:56PM | 12 | about six to ten employees? |
| 12:56PM | 13 | A    Employees? |
| 12:56PM | 14 | Q    Yes. |
| 12:56PM | 15 | A    I believe, yes.  So, yeah. |
| 12:56PM | 16 | Q    And so at that time you had two other investors, right? |
| 12:56PM | 17 | A    Yes. |
| 12:56PM | 18 | Q    And so you said that you had invested about 450,000 of |
| 12:56PM | 19 | your hard earned money, right? |
| 12:56PM | 20 | A    Right. |
| 12:56PM | 21 | Q    And there was another individual who invested about |
| 12:56PM | 22 | 150,000 of his money? |
| 12:57PM | 23 | A    Right. |
| 12:57PM | 24 | Q    And what I want to focus in on here is Mr. Kim, he |
| 12:57PM | 25 | invested about 450,000 of his money, right? |

| | | | |
|---|---|---|---|
| 12:57PM | 1 | A | Right. |
| 12:57PM | 2 | Q | Now, that 450,000 that you invested was pretty much all |
| 12:57PM | 3 | | the money that you had at that time, right? |
| 12:57PM | 4 | A | That's correct. |
| 12:57PM | 5 | Q | Now, Mr. Kim was in a different situation, right, because |
| 12:57PM | 6 | | he was a pretty wealthy individual, right? |
| 12:57PM | 7 | A | Right. |
| 12:57PM | 8 | Q | He had made his money selling designer products, right? |
| 12:57PM | 9 | A | That's correct. |
| 12:57PM | 10 | Q | Over at the Hyatt hotel in Waikiki? |
| 12:57PM | 11 | A | Yes. |
| 12:57PM | 12 | Q | And I think you said that this would be like -- what he |
| 12:57PM | 13 | | lost was maybe like 10 percent of what he had, right? |
| 12:57PM | 14 | A | That's correct. |
| 12:57PM | 15 | Q | But you had lost eventually everything, right? |
| 12:57PM | 16 | A | Right. |
| 12:57PM | 17 | Q | But even though you had lost everything, this man wanted |
| 12:57PM | 18 | | his money back, right? |
| 12:57PM | 19 | A | That's right. |
| 12:57PM | 20 | Q | Okay.  And so Mr. Kim's company was called K&K |
| 12:58PM | 21 | | International, right? |
| 12:58PM | 22 | A | That's correct. |
| 12:58PM | 23 | Q | And you mentioned he also had a golf shop in the Ala Moana |
| 12:58PM | 24 | | mall, right? |
| 12:58PM | 25 | A | Yes. |

12:58PM   1   Q     And he invested in real estate here?

12:58PM   2   A     Yes.

12:58PM   3   Q     And he had a number of other businesses there, right?

12:58PM   4   A     I believe so.

12:58PM   5   Q     Okay.  Now, eventually what happened is that smaller

12:58PM   6   business had to close and a mainland company came to Hawaii to

12:58PM   7   compete with you, right?

12:58PM   8   A     Right.

12:58PM   9   Q     And you tried over time to compete with them as best you

12:58PM   10  could, right?

12:58PM   11  A     That's correct.

12:58PM   12  Q     And I'm certain that Mr. Kim was involved in those

12:58PM   13  decisions, right?

12:58PM   14  A     Right.

12:58PM   15  Q     So he knew that this mainland company had come, so it

12:58PM   16  wasn't because you and your employees weren't doing everything

12:58PM   17  that you could to make money, right?

12:58PM   18  A     That's correct.

12:58PM   19  Q     But every time you invest in a business, there's risks,

12:58PM   20  right?

12:58PM   21  A     That's true.

12:58PM   22  Q     And you have to have some luck too, correct?

12:59PM   23  A     Right.

12:59PM   24  Q     Right place, right time, even though you try as hard as

12:59PM   25  you can, right?

12:59PM   1   A     That's correct.

12:59PM   2   Q     And so you filed for bankruptcy first in Chapter 11,

12:59PM   3   right?

12:59PM   4   A     Right.

12:59PM   5   Q     And some of the folks here, Chapter 11 allows you to --

12:59PM   6   they use the word reorganize, right?

12:59PM   7   A     That's correct.

12:59PM   8   Q     In many ways you get to go to the people that you owe

12:59PM   9   money to and you say, Hey, it's better for all of us if we just

12:59PM   10   reduce the debt that we owe a little bit because you'll make

12:59PM   11   more money in the end if you do that, right?

12:59PM   12   A     Right.

12:59PM   13   Q     And if they agree to that, then you can go forward in

12:59PM   14   business?

12:59PM   15   A     That's correct.

12:59PM   16   Q     The alternative is you shut down, and then everybody

12:59PM   17   loses, and your employees don't have jobs and they don't get

12:59PM   18   their money paid back, right?

12:59PM   19   A     That's correct.

12:59PM   20   Q     So that's what that process is, right?

12:59PM   21   A     That's right.

12:59PM   22   Q     So you tried that, I believe you said for a number of

12:59PM   23   months, maybe five to six months?

12:59PM   24   A     Five months.

12:59PM   25   Q     Okay.  And then at that point it just became clear that

01:00PM   1   you couldn't make a go of it, right?

01:00PM   2   A    Yes.  At that moment all pressure is -- some pressure was

01:00PM   3   released, yeah, and we were able to move to the smaller place

01:00PM   4   with a smaller operation expenses, yeah.  So we were able to

01:00PM   5   maintain, so we got out of Chapter 11.

01:00PM   6   Q    So now the bigger place on the Sand Island, you had a

01:00PM   7   ten-year lease, right?

01:00PM   8   A    I had ten -- nine-year lease.

01:00PM   9   Q    A nine-year lease.  And then you had used the warehouse

01:00PM   10  for about five years then, right?

01:00PM   11  A    We used five years, right.

01:00PM   12  Q    And so when you moved to this smaller place, you had to

01:00PM   13  break the lease, right?

01:00PM   14  A    Right.

01:00PM   15  Q    And so when you break the lease, what happened is the

01:00PM   16  folks who had the lease sued Atlas Steel.

01:00PM   17  A    That's correct.

01:00PM   18  Q    So they sued you, right?

01:01PM   19  A    Right.

01:01PM   20  Q    They sued Mr. Kim?

01:01PM   21  A    Right.

01:01PM   22  Q    And was this third individual now no longer with you?

01:01PM   23  A    He was no longer with us.

01:01PM   24  Q    So it was just the two of you.

01:01PM   25  A    Two of us.

01:01PM    1    Q    Okay.  And so that company that sued you for the lease,
01:01PM    2    they wanted millions of dollars, right?
01:01PM    3    A    I guess so, yeah.  The back rent.  They were asking for
01:01PM    4    back rent plus the future rent, right.
01:01PM    5    Q    So they wanted what you would have paid them and they
01:01PM    6    wanted the money from -- that you hadn't paid them?
01:01PM    7    A    Yeah, we couldn't pay that amount, yeah.
01:01PM    8    Q    Oh, I understand.
01:01PM    9    A    Yeah, so we moved to the smaller place.
01:01PM   10    Q    And so at that time Mr. Kim accused you of stealing the
01:01PM   11    money, that's why you couldn't pay, right?
01:01PM   12    A    Yes, he was -- he was keep saying that he went to see
01:02PM   13    fortune teller, and fortune teller told him that your partner
01:02PM   14    is stealing money, yeah.
01:02PM   15    Q    So that was the first time he went to this fortune teller
01:02PM   16    who said you're stealing from him, and he was accusing you of a
01:02PM   17    crime?
01:02PM   18    A    He went to see the fortune teller and he told me the
01:02PM   19    fortune teller told him that his partner is stealing money.
01:02PM   20    And I say, We don't have -- we dealing with mostly construction
01:02PM   21    company and big contractor.  We don't get cash.  It's all
01:02PM   22    check.
01:02PM   23          And we have bookkeepers, we have managers there, yeah.
01:02PM   24    So I told him I work here more than full time, and I didn't get
01:02PM   25    any salary from there, yeah.  So he knows, but he just

| | | |
|---|---|---|
| 01:02PM | 1 | pretending to -- that's his person -- personality, yeah.  He |
| 01:03PM | 2 | has been doing that for all the time. |
| 01:03PM | 3 | Q    He was extremely upset? |
| 01:03PM | 4 | A    Mr. Kim? |
| 01:03PM | 5 | Q    Yes. |
| 01:03PM | 6 | A    I'm not sure because he always doing that, so I cannot |
| 01:03PM | 7 | tell. |
| 01:03PM | 8 | Q    That's his nature? |
| 01:03PM | 9 | A    That's his nature. |
| 01:03PM | 10 | Q    All right.  So eventually he also had I believe a |
| 01:03PM | 11 | $2 million property over on Dowsett Avenue that the bank |
| 01:03PM | 12 | foreclosed on.  Do you recall that? |
| 01:03PM | 13 | A    We had SBA loan. |
| 01:03PM | 14 | Q    An SBA loan, Small Business -- |
| 01:03PM | 15 | A    Yeah, Small Business Administration. |
| 01:03PM | 16 | Q    I apologize, I spoke over you. |
| 01:03PM | 17 | A    It actually came from bank, and SBA was guaranteed the |
| 01:04PM | 18 | loan.  And Mr. Kim was guarantor, yeah.  So we used that money |
| 01:04PM | 19 | to purchase our second machine, yeah. |
| 01:04PM | 20 | Q    And so that particular loan eventually was foreclosed as |
| 01:04PM | 21 | well? |
| 01:04PM | 22 | A    Yes. |
| 01:04PM | 23 | Q    And he lost money on that? |
| 01:04PM | 24 | A    He has to pay off that loan. |
| 01:04PM | 25 | Q    Right.  So he was able to pay it off because he owed the |

01:04PM   1   money, and he had the money to pay back --

01:04PM   2   A    Right.

01:04PM   3   Q    -- when you wouldn't have, right?

01:04PM   4   A    Right.

01:04PM   5   Q    So, at this point in time you begin to receive threats

01:04PM   6   from Mr. Kim, correct?

01:04PM   7   A    I'm not sure when the actual threat was started.

01:05PM   8   Q    That's fine.  At some point in time in this what we're

01:05PM   9   talking about here, text messages started coming in from

01:05PM  10   Mr. Kim that were threats?

01:05PM  11   A    Was probably started from around 2015.

01:05PM  12   Q    All right.  So in 2015 he's sending you text messages

01:05PM  13   which are threats?

01:05PM  14   A    Yeah, he was threatening all kinds of things, even saying

01:05PM  15   something to my grandchildren.  Yeah.

01:05PM  16   Q    I understand, and we'll get to that particular threat.

01:05PM  17          So in 2015, do you have the same phone that these

01:05PM  18   folks saw earlier today that was seized during this kidnapping?

01:06PM  19   A    Yeah, we printed out -- my daughter printed out -- it was

01:06PM  20   Korean, so she translated, and we gave that to detective,

01:06PM  21   Honolulu Police Department.

01:06PM  22   Q    I see.  So you took these threats that were text messages

01:06PM  23   and gave them to the Honolulu Police Department?

01:06PM  24   A    Yes.

01:06PM  25   Q    Also I believe during that time period you were also

| 01:06PM | 1 | receiving phone calls which were threats, right, from Mr. Kim? |
|---|---|---|
| 01:06PM | 2 | A    That's correct. |
| 01:06PM | 3 | Q    And were you able to record any of those and give those to |
| 01:06PM | 4 | the authorities? |
| 01:06PM | 5 | A    It's a cell phone, so I guess the phone conversation was |
| 01:06PM | 6 | not recorded. |
| 01:06PM | 7 | Q    But you had the text messages? |
| 01:06PM | 8 | A    Text messages, yes. |
| 01:06PM | 9 | Q    And as I understand this, this went on for a year or more, |
| 01:07PM | 10 | right? |
| 01:07PM | 11 | A    More, yes. |
| 01:07PM | 12 | Q    And so this man, Mr. Kim has been sending you text |
| 01:07PM | 13 | messages, calling you and threatening you for a year or more? |
| 01:07PM | 14 | A    Right. |
| 01:07PM | 15 | Q    And these threats were personal to you, right? |
| 01:07PM | 16 | A    Beg your pardon? |
| 01:07PM | 17 | Q    To do physical injury to you, right? |
| 01:07PM | 18 | A    No, it was -- I don't think -- although he is tall -- |
| 01:07PM | 19 | Q    Yeah. |
| 01:07PM | 20 | A    -- but sometimes he -- he kind of feel inferior. |
| 01:07PM | 21 | Q    I see. |
| 01:07PM | 22 | A    Yeah.  So he didn't give me physical contact, but he was |
| 01:07PM | 23 | carrying bag with something heavy.  He was knocking that on the |
| 01:07PM | 24 | table and then he was threatening me, yeah, saying, Do you know |
| 01:07PM | 25 | what's in here? |

01:07PM   1   Q   So I think what you're describing is something that, if I

01:08PM   2   understand it right, one of these times that he visited you at

01:08PM   3   the office, you ended up going to the South Shore marketplace,

01:08PM   4   right?

01:08PM   5   A   That's correct.

01:08PM   6   Q   And the two of you were sitting outside at a table, right?

01:08PM   7   A   Right.

01:08PM   8   Q   And he had a bag, correct?

01:08PM   9   A   Right.

01:08PM   10   Q   And you knew that there was something heavy in the bag --

01:08PM   11   A   Right.

01:08PM   12   Q   -- because you could see it lift up, and he pounded it on

01:08PM   13   the ground -- on the table, right?

01:08PM   14   A   That's right.

01:08PM   15   Q   And you believed that he might have a gun or a weapon in

01:08PM   16   that bag when this was happening, right?

01:08PM   17   A   Yeah, I'm not sure, but it was --

01:08PM   18   Q   You couldn't see through the bag?

01:08PM   19   A   That's -- yeah.

01:08PM   20   Q   You could hear it, right?

01:08PM   21   A   Right, I can hear.

01:08PM   22   Q   And he was using it in a threatening manner, right?

01:08PM   23   A   Yes.

01:08PM   24   Q   And this is a man who told you that he had dreams that

01:08PM   25   your granddaughter was covered in blood, right?

01:08PM   1   A   That's correct.

01:08PM   2   Q   And this was one of the threats that this Mr. Kim gave to

01:09PM   3   you, right?

01:09PM   4   A   Yeah, he told me, yes.

01:09PM   5   Q   And so after all this, you decided since you're still

01:09PM   6   working as a CPA but have lost all your other monies, that you

01:09PM   7   would begin to pay him a monthly amount, and you said you

01:09PM   8   started at $4,000, right?

01:09PM   9   A   That's correct.

01:09PM   10  Q   And so that went on for -- I think you said a year and

01:09PM   11  maybe six months?

01:09PM   12  A   Yeah, a year or a year and a half, yes.

01:09PM   13  Q   Okay.  So somewhere between a year and a year and a half.

01:09PM   14  A   Right.

01:09PM   15  Q   And if I can do some math in my head, 4,000, ten months is

01:09PM   16  $40,000, right?  So we're looking at maybe $48,000 for that

01:09PM   17  first year of monies you're earning, you're paying back this

01:09PM   18  wealthy man who is threatening you, right?  Is that correct?

01:10PM   19  A   I may have missed one or two months, yes.

01:10PM   20  Q   Okay.  And then you may have also continued for about

01:10PM   21  another six months, right?

01:10PM   22  A   That's right.

01:10PM   23  Q   So at that point maybe around -- somewhere between fifty

01:10PM   24  to 60,000 would be an estimate of what might have been paid by

01:10PM   25  you of what you were making after you lost everything, right?

| | | | |
|---|---|---|---|
| 01:10PM | 1 | A | Right. |
| 01:10PM | 2 | Q | So then I take it now you're getting to the point where |
| 01:10PM | 3 | | you're not working as much, and you dropped it down to $2,000 a |
| 01:10PM | 4 | | month? |
| 01:10PM | 5 | A | Right. |
| 01:10PM | 6 | Q | And you kept paying him for another six months, right? |
| 01:10PM | 7 | A | That's correct. |
| 01:10PM | 8 | Q | And then eventually the 2,000 became 1,000? |
| 01:10PM | 9 | A | Yes. |
| 01:10PM | 10 | Q | And finally, you stopped paying him, right? |
| 01:10PM | 11 | A | Right. |
| 01:10PM | 12 | Q | And at this point you and he almost came to physical blows |
| 01:11PM | 13 | | at sometime, right? |
| 01:11PM | 14 | A | We never had any physical fight.  Yes. |
| 01:11PM | 15 | Q | But you came close? |
| 01:11PM | 16 | A | But we came very close, that's right. |
| 01:11PM | 17 | Q | And you came that close because you had had enough of this |
| 01:11PM | 18 | | man at that point? |
| 01:11PM | 19 | A | He was threatening me, yeah, and I warned him couple of |
| 01:11PM | 20 | | times that he was just keep pushing.  So it's all warnings.  We |
| 01:11PM | 21 | | never had any physical fight. |
| 01:11PM | 22 | Q | Okay.  Now, I believe that when you were talking with us |
| 01:11PM | 23 | | earlier today you mentioned that at some point you received a |
| 01:11PM | 24 | | call at sometime -- we can pull up the document -- but I |
| 01:12PM | 25 | | believe you received a phone call on Friday the 13th of 2017, |

01:12PM   1   correct?

01:12PM   2   A    That's correct.

01:12PM   3   Q    And this was October 13th of that year?

01:12PM   4   A    Yes.

01:12PM   5   Q    And this was James or a person said he was James, right?

01:12PM   6   A    That's correct.

01:12PM   7   Q    And that he needed tax help?

01:12PM   8   A    Yes.

01:12PM   9   Q    And so you told him that not today, but the next day on

01:12PM  10   Saturday.

01:12PM  11   A    That's correct.

01:12PM  12   Q    And then on Saturday you received another call from James.

01:12PM  13   A    That's correct.

01:12PM  14   Q    And government counsel asked you a question, and we who

01:12PM  15   own our own businesses know when you get an extension, it's

01:12PM  16   October 15th, the day that the IRS says, If you couldn't get

01:12PM  17   your taxes done on time, you can get an extension up to that

01:12PM  18   date, right?

01:12PM  19   A    Right.

01:12PM  20   Q    And so if it falls on a weekend, it goes to the next

01:13PM  21   working day, right?

01:13PM  22   A    That's correct.

01:13PM  23   Q    And so you wanted to meet with him on Monday,

01:13PM  24   October 16th, because that was the due day, right?

01:13PM  25   A    That's right.

01:13PM  1   Q    And so that didn't happen either, right?

01:13PM  2   A    It didn't happen.

01:13PM  3   Q    Okay.  So then if we move to the 17th of October, you told

01:13PM  4   the jury here just a few moments ago that you were at the bank

01:13PM  5   and you left at about 3:30, right?

01:13PM  6   A    That's right.

01:13PM  7   Q    Okay.  And then you said -- and they showed you a

01:13PM  8   photograph of the area over at Kewalo Basin near what used to

01:13PM  9   be the old Fisherman's Wharf.  Do you recall that?

01:13PM  10  A    That's correct.

01:13PM  11  Q    And the jury has seen it, so I don't need bring it back

01:13PM  12  up.  But you arrived there around 4:00 is what you just told

01:13PM  13  them?

01:13PM  14  A    Yeah, between 3:30 and 4:00, yes.

01:13PM  15  Q    Okay.  And so when you arrived over there, I believe there

01:14PM  16  was a security guard who you spoke with first?

01:14PM  17  A    I didn't see security guard.

01:14PM  18  Q    Okay.  And then as you -- you said you turned around and

01:14PM  19  you were leaving that area because you didn't see anyone,

01:14PM  20  right?

01:14PM  21  A    Well, I probably talked to someone there.  Yeah, when I

01:14PM  22  didn't see them, there was somebody there, I think, yeah.  So I

01:14PM  23  asked, and then -- I don't know.  I don't remember, yeah.  And

01:14PM  24  so I say, Okay, so I turned around and then I left.

01:14PM  25  Q    Okay.  So you drove in and you didn't see anyone there,

01:14PM   1   right?

01:14PM   2   A   No.

01:14PM   3   Q   Okay.  And then you turned around and you were leaving,

01:14PM   4   and you got a second phone call, right?

01:14PM   5   A   Yes.

01:14PM   6   Q   From James?

01:14PM   7   A   James, right.

01:14PM   8   Q   And so James then in this second phone call that afternoon

01:14PM   9   somewhere around the 4:00 time period --

01:15PM   10   A   Right.

01:15PM   11   Q   -- maybe later, we don't know for certain, he said, Oh --

01:15PM   12   he started talking to you about, I see you, and describing the

01:15PM   13   car, right?

01:15PM   14   A   Right.

01:15PM   15   Q   And so at that point you turned around and went back?

01:15PM   16   A   That's right.

01:15PM   17   Q   All right.  So the first person that you see is someone

01:15PM   18   who identifies himself as James, right?

01:15PM   19   A   That's correct.

01:15PM   20   Q   And James and you, you get out of your car and you greet

01:15PM   21   each other?

01:15PM   22   A   Right.

01:15PM   23   Q   So now you know you found him, and he has you walk over to

01:15PM   24   a vehicle, right?

01:15PM   25   A   Right.

01:15PM   1    Q    And he's going to get some paperwork is what he tells,
01:15PM   2    right?
01:15PM   3    A    That's correct.
01:15PM   4    Q    And instead of getting the paperwork, he comes out and he
01:15PM   5    has a badge, a gold badge like a police officer, right?
01:16PM   6    A    That's correct.
01:16PM   7    Q    Okay.  And at this point he attempts to manhandle you and
01:16PM   8    get you in the car, right?
01:16PM   9    A    Right.
01:16PM   10   Q    And you --
01:16PM   11   A    No, he tried to put handcuff.
01:16PM   12   Q    Ah.  So the first thing he tried to do was show you the
01:16PM   13   badge --
01:16PM   14   A    Show the badge.
01:16PM   15   Q    -- and then he took out what looked like police handcuffs
01:16PM   16   and tried to put them just like this, so you couldn't use your
01:16PM   17   hands?
01:16PM   18   A    He say, You are under arrest.  And then he took out the
01:16PM   19   handcuff and tried to put handcuff on me.
01:16PM   20   Q    Did he ever get one of the handcuffs on your wrist?
01:16PM   21   A    I guess when it probably touched my hand --
01:16PM   22   Q    Uh-huh.
01:16PM   23   A    -- and I probably did some --
01:16PM   24   Q    Right.  And so we saw in the photographs on your right
01:16PM   25   hand, if I remember, you had a scrape or area there?

| | | | |
|---|---|---|---|
| 01:16PM | 1 | A | This side (indicating), yeah. |
| 01:16PM | 2 | Q | Right in here (indicating), right? |
| 01:16PM | 3 | A | Yes. |
| 01:16PM | 4 | Q | So you were resisting him based on the training? |
| 01:16PM | 5 | A | I guess it was left hand. |
| 01:17PM | 6 | Q | Left hand? |
| 01:17PM | 7 | A | Yeah. |
| 01:17PM | 8 | Q | So that went up? |
| 01:17PM | 9 | A | Yeah. |
| 01:17PM | 10 | Q | And so you're resisting him at that time, right? |
| 01:17PM | 11 | A | That's correct. |
| 01:17PM | 12 | Q | And at that point he doesn't have control over you, |
| 01:17PM | 13 | | correct? |
| 01:17PM | 14 | A | Right. |
| 01:17PM | 15 | Q | So this second guy comes up who's not James, right? |
| 01:17PM | 16 | A | Right. |
| 01:17PM | 17 | Q | And you described him as stockier, bigger, Hawaiian, maybe |
| 01:17PM | 18 | | mixed? |
| 01:17PM | 19 | A | Right. |
| 01:17PM | 20 | Q | And the two of them jam you into the car? |
| 01:17PM | 21 | A | That's correct. |
| 01:17PM | 22 | Q | And at that point they begin to assault you, right? |
| 01:17PM | 23 | A | Yeah. |
| 01:17PM | 24 | Q | And among the blows are blows to your face, your nose -- |
| 01:17PM | 25 | A | Right. |

01:17PM  1   Q    -- your body?

01:17PM  2   A    Right.

01:17PM  3   Q    And I don't want to go through it again, but I believe at

01:17PM  4   some point you felt like a pipe or an object hit you.

01:17PM  5   A    Yeah, they was threatening -- I guess it was second or

01:18PM  6   third stop, it looks like they -- they say they going to pull

01:18PM  7   out the pipe from the trunk and they're going to smash couple

01:18PM  8   of bones, body bones, yeah.  And then down -- and then they

01:18PM  9   tried to even say, We're going to bring some couple of big guys

01:18PM 10   to -- using F word.  But that was really something that never

01:18PM 11   felt before, so...

01:18PM 12   Q    And now the conversation that these individuals had with

01:18PM 13   you, the things that they were saying, I believe you said the

01:18PM 14   words were very similar to Mr. Kim, correct?

01:18PM 15   A    That's correct.

01:18PM 16   Q    So they knew things that Mr. Kim knew, right?

01:19PM 17   A    Yeah, as soon as they say, Where is my money?  And then,

01:19PM 18   You hide money somewhere.  And it just pops up.

01:19PM 19   Q    So when they didn't say, "Where is the money?" they said,

01:19PM 20   "Where is my money?" --

01:19PM 21   A    Yeah.

01:19PM 22   Q    -- you knew it was Mr. Kim who was getting that money, and

01:19PM 23   that at that moment you knew that probably Mr. Kim hired these

01:19PM 24   two goons to get it from you, right?

01:19PM 25   A    Right.

| 01:19PM | 1 | Q | Now, during the time that this happened, some of the |
| 01:19PM | 2 | | things that were done to you, sir, let me see if this is |
| 01:19PM | 3 | | accurate. |
| 01:19PM | 4 | | One of the other things that was said that made you |
| 01:19PM | 5 | | think about Mr. Kim was they said things like, "You defrauded |
| 01:20PM | 6 | | people." |
| 01:20PM | 7 | A | That's correct. |
| 01:20PM | 8 | Q | So this goes back to Mr. Kim saying that you were a thief, |
| 01:20PM | 9 | | that you had stole money, right? |
| 01:20PM | 10 | A | That's right. |
| 01:20PM | 11 | Q | And they said things like, "You hide money.  Where is my |
| 01:20PM | 12 | | money?"  Right? |
| 01:20PM | 13 | A | That's right. |
| 01:20PM | 14 | Q | And I believe at one point they said something along the |
| 01:20PM | 15 | | lines of they're going to -- and I'm going to say it because |
| 01:20PM | 16 | | they said it -- fuck you. |
| 01:20PM | 17 | A | They say, yeah. |
| 01:20PM | 18 | Q | And among those things, they threatened your life? |
| 01:20PM | 19 | A | That's correct. |
| 01:20PM | 20 | Q | They were going to kill you? |
| 01:21PM | 21 | A | That's correct. |
| 01:21PM | 22 | Q | "We're going to put you on a boat and sink you in the |
| 01:21PM | 23 | | ocean." |
| 01:21PM | 24 | A | That's correct. |
| 01:21PM | 25 | Q | And all this time you were telling them you didn't have |

| 01:21PM | 1  | any money at all, right? |
| 01:21PM | 2  | A    Right. |
| 01:21PM | 3  | Q    And the guy that was really mean was the driver, right? |
| 01:21PM | 4  | A    That's right. |
| 01:21PM | 5  | Q    He was the one who was delivering the hardest blows? |
| 01:21PM | 6  | A    That's true. |
| 01:21PM | 7  | Q    The other guy was holding you down, right? |
| 01:21PM | 8  | A    That's right. |
| 01:21PM | 9  | Q    But in addition to receiving blows, you also were |
| 01:21PM | 10 | suffocating. |
| 01:21PM | 11 | A    Yes. |
| 01:21PM | 12 | Q    And so you had to bite the plastic bag that had the bag |
| 01:21PM | 13 | over your head just to get air. |
| 01:21PM | 14 | A    That's correct. |
| 01:21PM | 15 | Q    Now, you said that they drove you around for about five |
| 01:21PM | 16 | and a half or maybe six hours, right? |
| 01:22PM | 17 | A    That's right. |
| 01:22PM | 18 | Q    And the first place you identified that you thought you |
| 01:22PM | 19 | were at is Ala Moana park, right? |
| 01:22PM | 20 | A    Somewhere around there.  Ala Moana park or the UH medical |
| 01:22PM | 21 | school near that area. |
| 01:22PM | 22 | Q    Near that area was the first place, and they stopped, and |
| 01:22PM | 23 | it's hard to count, but numerous times maybe up to -- I think |
| 01:22PM | 24 | you described maybe five or six times? |
| 01:22PM | 25 | A    That's correct. |

| | | |
|---|---|---|
| 01:22PM | 1 | Q    And at another -- the second time they went over to the |
| 01:22PM | 2 | University area, University drive? |
| 01:22PM | 3 | A    I thought, but I couldn't see, so -- yeah. |
| 01:22PM | 4 | Q    You couldn't see, but you had an idea that that's where |
| 01:22PM | 5 | you were at, right? |
| 01:22PM | 6 | A    Yeah, it looks like going around that area, yeah. |
| 01:22PM | 7 | Q    Okay.  And then eventually they got to a storage unit that |
| 01:22PM | 8 | you own, right? |
| 01:23PM | 9 | A    I thought -- yeah, because they asked me, so I told them |
| 01:23PM | 10 | where I have a storage.  And they got my key, the bunch -- it |
| 01:23PM | 11 | had my office key, my home key, and my storage key.  So I |
| 01:23PM | 12 | thought they're going to go to storage to check whether I have |
| 01:23PM | 13 | something there.  Yeah. |
| 01:23PM | 14 | Q    And so did they take you to the storage unit? |
| 01:23PM | 15 | A    No. |
| 01:23PM | 16 | Q    But they -- |
| 01:23PM | 17 | A    I never got out of the car for five, five and a half |
| 01:23PM | 18 | hours.  I was in the car all the time. |
| 01:23PM | 19 | Q    All right.  Now, later on you said that you stopped at one |
| 01:23PM | 20 | point, maybe after you had had a lot of earlier stops, and at |
| 01:23PM | 21 | that point they opened the door, and I think you said that |
| 01:23PM | 22 | James and the driver were outside of the car maybe on one time, |
| 01:24PM | 23 | right? |
| 01:24PM | 24 | A    Brief -- very briefly, yes. |
| 01:24PM | 25 | Q    And a third person then came in to look at you. |

01:24PM   1   A   Looks like, yes.  I didn't see, but I heard the different
01:24PM   2   voice, yes.
01:24PM   3   Q   And so you couldn't see, but we can perceive things by
01:24PM   4   touch and our hearing, and so you heard a third person.
01:24PM   5   A   Yes, that's correct.
01:24PM   6   Q   And they were looking at you, right?
01:24PM   7   A   Right.
01:24PM   8   Q   Now, your wife saw you and said, We need to go to the
01:24PM   9   hospital, right?
01:24PM   10   A   Right.
01:24PM   11   Q   And so she took you there after you had somehow gotten
01:24PM   12   home, after your glasses were broken, and drove there without
01:24PM   13   getting hit.
01:25PM   14   A   Right.
01:25PM   15   Q   And after that experience, you said that there were four
01:25PM   16   police officers and one detective who came to talk with you,
01:25PM   17   right?
01:25PM   18   A   That's correct.
01:25PM   19   Q   And I believe the -- one of the first officers you spoke
01:25PM   20   to was a female, right?
01:25PM   21   A   It was one female officer, yes.
01:25PM   22   Q   And you spoke with her, right?
01:25PM   23   A   I'm not sure who I spoke first.
01:25PM   24   Q   Okay.  And was she taking notes?  I know that they asked
01:25PM   25   you to write out a written statement.

01:25PM   1   A     Somebody told me to write the witness, yeah.  So I wrote
01:25PM   2   probably two pages, yes.
01:25PM   3   Q     Very good memory, sir.  And I can imagine why, because you
01:25PM   4   wanted to get things down right.
01:25PM   5         And they also asked you questions, and you gave them
01:25PM   6   answers in terms of what had happened, but you held some things
01:26PM   7   back, right?
01:26PM   8   A     Right.
01:26PM   9   Q     Because you were scared?
01:26PM  10   A     That's true.
01:26PM  11   Q     And anyone would have been, sir.  But eventually then you
01:26PM  12   went back home, and then your wife and you decided to take your
01:26PM  13   car to the police, correct?
01:26PM  14   A     We didn't -- we didn't say anything about calling police.
01:26PM  15   She just took me to the emergency.
01:26PM  16   Q     I'm sorry.
01:26PM  17   A     She is more concerned about what happened to me.
01:26PM  18   Q     That's my fault.
01:26PM  19   A     It was the hospital called the police.
01:26PM  20   Q     Ah, I see.  And that was my fault, sir.  She took you to
01:26PM  21   the hospital, and the hospital called the police that day.
01:26PM  22   A     I think so.
01:26PM  23   Q     Right.  A couple of days later, these folks have seen some
01:26PM  24   pictures of the car that you drove this morning that the police
01:26PM  25   processed.  Do you recall that happening?

01:27PM    1    A    I was in LA.

01:27PM    2    Q    Okay.  That's what I was --

01:27PM    3    A    Yeah.

01:27PM    4    Q    So did your wife take care of that for you?

01:27PM    5    A    My wife took care, yes.

01:27PM    6    Q    Okay.  So after this you flew to LA to see your

01:27PM    7    daughter --

01:27PM    8    A    Right.

01:27PM    9    Q    -- and stay with her, and she took care of you for about

01:27PM   10    ten days?

01:27PM   11    A    Right.

01:27PM   12    Q    All right.  And during that time you understood that your

01:27PM   13    wife had taken the car to the police?

01:27PM   14    A    No, police came to our place.

01:27PM   15    Q    Oh, came to your house.  Okay.  Did you learn that they

01:27PM   16    had processed the car to see if they could find the

01:27PM   17    fingerprints of the people that did this to you?

01:27PM   18    A    That's what my wife told me later, yes.

01:27PM   19    Q    Okay.  And also you said they had that very, very dull

01:27PM   20    knife that took forever to get the duct tape off.

01:27PM   21    A    No, to take off --

01:27PM   22    Q    Oh, the zip ties.

01:27PM   23    A    Yeah.

01:27PM   24    Q    The zip ties.  And they -- but you also had that over the

01:27PM   25    hood --

01:27PM   1   A     The guy in the car put the duct tape on me, and then I
01:28PM   2   took it out by myself.
01:28PM   3   Q     Okay.
01:28PM   4   A     Yes.
01:28PM   5   Q     And then inside the car you kept that duct tape, right?
01:28PM   6   A     That's right.
01:28PM   7   Q     And they -- the police were able to get that duct tape,
01:28PM   8   right?
01:28PM   9   A     That's correct.
01:28PM  10   Q     Process it for fingerprints?
01:28PM  11   A     Right.
01:28PM  12   Q     And also see whether there was anything that could
01:28PM  13   identify these two individuals, right?
01:28PM  14   A     I think so.
01:28PM  15   Q     So like, for instance, saliva has our DNA in it, right?
01:28PM  16   A     I think so.
01:28PM  17   Q     Police know that, right?  If there's any blood there's
01:28PM  18   DNA, right?
01:28PM  19   A     Right.
01:28PM  20   Q     And so the Honolulu Police Department asked you if you
01:28PM  21   would consent to have a swab taken in the inside of your mouth
01:28PM  22   so that they could establish your DNA, right?
01:28PM  23   A     That was not done couple of years later.
01:29PM  24   Q     I understand.  At some point they came to you, maybe a
01:29PM  25   year or two later, and said, Aha, would you consent to doing

01:29PM   1   that so we can establish what your DNA is, right?

01:29PM   2   A    Sure, they had --

01:29PM   3   Q    Because that was wrapped around you, so there might be a

01:29PM   4   good chance that your saliva is there.

01:29PM   5   A    I see.

01:29PM   6   Q    But if someone else's is there and the major portion of a

01:29PM   7   DNA sample is someone else, they can identify the man who did

01:29PM   8   this to you, right?

01:29PM   9   A    Right.

01:29PM   10   Q    And so they asked you to do that.

01:29PM   11   A    Right.

01:29PM   12   Q    Was it in 2017 when you came back from LA, I understand

01:29PM   13   that you gave a series of statements to the Honolulu Police

01:30PM   14   Department detective.

01:30PM   15   A    Detective and they sketch -- what they call montage, yes.

01:30PM   16   Officers were there, and they probably interviewed me for an

01:30PM   17   hour, yes.

01:30PM   18   Q    And so at that time you gave a couple of statements,

01:30PM   19   right, and they recorded them?

01:30PM   20   A    I'm not sure, yeah.

01:30PM   21   Q    Okay.  It's been some time.

01:30PM   22   A    Yeah.

01:30PM   23   Q    The question that I had for you, though, is, is that when

01:30PM   24   you gave the picture that you described of Mr. Kim and the

01:30PM   25   picture of the opening of Atlas Steel?

01:30PM   1   A   Yes.

01:30PM   2   Q   So that would have been back in 2017, right?

01:30PM   3   A   2017, after I came back from the trip, yes.

01:31PM   4   Q   Between that 2017 and 2018, do you recall speaking to the

01:31PM   5   FBI the next year?

01:31PM   6   A   I don't think I contacted anybody.

01:31PM   7   Q   Okay.  Do you remember a time where a Honolulu police

01:31PM   8   officer whose last name is Wong and an FBI agent whose named

01:31PM   9   Grant Knorr sat down and spoke with you?

01:31PM   10   A   Yes.  Way later.

01:31PM   11   Q   Way later?

01:31PM   12   A   Way later, probably 2020 or -- yeah, probably 2020, I

01:31PM   13   believe.

01:31PM   14   Q   If you saw -- if you saw just a copy of -- well, let me

01:31PM   15   establish some foundation.

01:31PM   16        While you were talking to them --

01:31PM   17        THE COURT:  Mr. Kennedy, let me interrupt you just for

01:31PM   18   a second.  We're past 1:30 now.  Do you think you have more

01:32PM   19   than just a few minutes remaining?

01:32PM   20        MR. KENNEDY:  I may have like 10 to 15 minutes.  I

01:32PM   21   don't want to keep the jury here past that time.

01:32PM   22        THE COURT:  All right.  That's too much then.  So

01:32PM   23   let's go ahead and take our break, and you can resume your

01:32PM   24   cross-examination when we resume tomorrow.

01:32PM   25        MR. KENNEDY:  Thank you, Your Honor.

01:32PM  1              THE COURT:  So as we go to break for the trial day,

01:32PM  2      I'll remind our jurors to please refrain from conducting any

01:32PM  3      independent investigation into the facts, circumstances or

01:32PM  4      persons involved in this case; do not discuss the substance of

01:32PM  5      this case with anyone, including one another, until I advise

01:32PM  6      otherwise; and do not access any media or other accounts of

01:32PM  7      this case that may be out there.

01:32PM  8              We'll start again tomorrow morning at 8:30, when

01:32PM  9      Mr. Lee will retake the stand.

01:32PM  10             (The jury was excused at 1:32 p.m. and the following

01:32PM  11     proceedings were held in open court in:)

01:33PM  12             THE COURT:  All right.  Just real briefly, the jury

01:33PM  13     has departed -- you may be seated.  The jury has departed.

01:33PM  14             Mr. Lee, you may step down.  Thank you.

01:33PM  15             Just a reminder to counsel, if there are any issues

01:33PM  16     before we start the trial day that you wish to take up with me,

01:33PM  17     I'm generally here early, usually at least by 8:00 when I think

01:33PM  18     the courthouse opens.  So if there's anything along those

01:33PM  19     lines, I would rather you reach out to Ms. Kimura, let me know,

01:33PM  20     and I can take the bench to address any issues before the jury

01:34PM  21     walks in so that we can start in a timely way.  I do not want

01:34PM  22     to take up their time doing things that you and I can do

01:34PM  23     outside of their presence.

01:34PM  24             MR. KENNEDY:  I apologize, Your Honor, sometimes it

01:34PM  25     takes a while to get through --

| | | |
|---|---|---|
| 01:34PM | 1 | THE COURT:  I know. |
| 01:34PM | 2 | MR. KENNEDY:  -- and so the jurors are always first. |
| 01:34PM | 3 | But I will -- if we have something, we can send something to |
| 01:34PM | 4 | your courtroom deputy and say, Hey, there's an issue, and we |
| 01:34PM | 5 | can do that. |
| 01:34PM | 6 | THE COURT:  That would be appreciated. |
| 01:34PM | 7 | MR. KENNEDY:  Thank you. |
| 01:34PM | 8 | THE COURT:  All right.  We'll see you tomorrow at |
| 01:34PM | 9 | 8:30. |
| 01:34PM | 10 | (Proceedings were concluded at 1:34 p.m.) |
| | 11 | |
| | 12 | |
| | 13 | |
| | 14 | |
| | 15 | |
| | 16 | |
| | 17 | |
| | 18 | |
| | 19 | |
| | 20 | |
| | 21 | |
| | 22 | |
| | 23 | |
| | 24 | |
| | 25 | |

```
 1                    COURT REPORTER'S CERTIFICATE

 2          I, Gloria T. Bediamol, Official Court Reporter, United

 3   States District Court, District of Hawaii, do hereby certify

 4   that pursuant to 28 U.S.C. §753 the foregoing is a complete,

 5   true, and correct transcript from the stenographically reported

 6   proceedings held in the above-entitled matter and that the

 7   transcript page format is in conformance with the regulations

 8   of the Judicial Conference of the United States.

 9

10          DATED at Honolulu, Hawaii, July 4, 2024.

11

12

13                                  /s/ Gloria T. Bediamol

14                                  GLORIA T. BEDIAMOL.

15                                  RMR, CRR, FCRR

16

17

18

19

20

21

22

23

24

25
```