```
 1                  IN THE UNITED STATES DISTRICT COURT

 2                        FOR THE DISTRICT OF HAWAII

 3
     UNITED STATES OF AMERICA,    )    CRIMINAL NO. 19-00099-DKW
 4                                )
              Plaintiff,          )    Honolulu, Hawaii
 5                                )
         vs.                      )    January 24, 2024
 6                                )
     MICHAEL J. MISKE, JR.,       )    CONTINUED TESTIMONY OF
 7                                )    SEUNG JI ROBERT LEE
              Defendant.          )
 8   _____)

 9
              PARTIAL TRANSCRIPT OF JURY TRIAL (DAY 11)
10            BEFORE THE HONORABLE DERRICK K. WATSON,
            CHIEF UNITED STATES DISTRICT COURT JUDGE
11
     APPEARANCES:
12
     For the Plaintiff:           MARK INCIONG, ESQ.
13                                MICHAEL DAVID NAMMAR, ESQ
                                  WILLIAM KE AUPUNI AKINA, ESQ.
14                                AISLINN AFFINITO, ESQ.
                                  Office of the United States Attorney
15                                PJKK Federal Building
                                  300 Ala Moana Boulevard, Suite 6100
16                                Honolulu, Hawaii  96850

17   For the Defendant:           LYNN E. PANAGAKOS, ESQ.
                                  841 Bishop St., Ste 2201
18                                Honolulu, HI 96813

19                                MICHAEL JEROME KENNEDY, ESQ.
                                  Law Offices of Michael Jerome
20                                Kennedy, PLLC
                                  333 Flint Street
21                                Reno, NV 89501

22   Official Court Reporter:     Gloria T. Bediamol, RPR RMR CRR FCRR
                                  United States District Court
23                                300 Ala Moana Boulevard
                                  Honolulu, Hawaii 96850
24
       Proceedings recorded by machine shorthand, transcript produced
25   with computer-aided transcription (CAT).
```

```
 1                        I N D E X

 2   GOVERNMENT WITNESS:                                    PAGE NO.

 3
     SEUNG JI ROBERT LEE  (CONTINUED TESTIMONY)
 4
         RESUMED CROSS-EXAMINATION BY MR. KENNEDY              4
 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
                1    January 24, 2024                              8:45 a.m.
                2                         --oo0oo--
                3              (In open court in the presence of the jury:)
                4              THE CLERK:  Criminal Number 19-00099-DKW-KJM, United
08:45AM         5    States of America versus Defendant (01) Michael J. Miske, Jr.
                6              This case has been called for jury trial, Day 11.
                7              Counsel, please make your appearances for the record.
                8              MR. INCIONG:  Good morning, Your Honor.  Mark Inciong,
                9    Michael Nammar, KeAupuni Akina for the United States.  Also
08:46AM        10    present is Special Agent Thomas Palmer and Kari Sherman, our
               11    paralegal.
               12              THE COURT:  Good morning.
               13              MR. KENNEDY:  Good morning, Your Honor.  Michael
               14    Kennedy here with Lynn Panagakos, Michael Miske, and Ashley
08:46AM        15    King, who is assisting us.  Good morning, everyone.
               16              THE COURT:  All right.  Good morning to your group as
               17    well, Mr. Kennedy.  You may be seated.
               18              Good morning to the 18 persons on our jury.  Thank you
               19    again for being here in a timely way this morning.
08:46AM        20              I will reorient you.  When we adjourned yesterday
               21    afternoon, Mr. Lee was being cross-examined by Mr. Kennedy, and
               22    we will resume that cross-examination just as soon as
               23    Mr. Kennedy is ready to go.
               24              Mr. Lee, I will remind you that -- we are not going to
08:46AM        25    readminister the oath that you took at the inception of your
```

```
              1    testimony, but I will remind you that you are still subject to
              2    that oath.  Do you understand that?
              3            THE WITNESS:  Yes.
              4            THE COURT:  All right.  Mr. Kennedy, when you're
08:46AM       5    ready.
              6            MR. KENNEDY:  Thank you, Your Honor.
              7                    SEUNG JI ROBERT LEE,
              8       (Having been previously sworn, resumed the stand.)
              9                    RESUMED CROSS-EXAMINATION
08:46AM      10    BY MR. KENNEDY:
             11    Q    Sir, I mentioned yesterday when we cut off that I had just
             12    about ten minutes or so of questions this morning.  So I'll
             13    keep it to that.
             14            I want to -- go back just to reorient us.  During the
08:47AM      15    event that you went through, I understand that at a certain
             16    point in time the words that were spoken by the folks who were
             17    kidnapping you led you to believe that Mr. Kim was behind this,
             18    correct?
             19    A    Yes.
08:47AM      20    Q    And I believe that also they knew the location of your
             21    condominium where you lived.
             22    A    Can you repeat it?
             23    Q    Yes.  I believe that during it, you mentioned when you
             24    spoke with the FBI that these folks knew where you lived, your
08:47AM      25    condo.
```

|  |  |  |  |
|---|---|---|---|
|  | 1 | A | Oh, you mean who -- who knew? |
|  | 2 | Q | James and the other kidnapper. |
|  | 3 | A | I'm not sure whether they -- I told them where I lived. |
|  | 4 | Q | Oh, okay.  That was something you told them.  They didn't |
| 08:48AM | 5 |  | have that information; is that correct? |
|  | 6 | A | I'm not sure about that. |
|  | 7 | Q | Okay.  You're not sure.  It was they may have, they may |
|  | 8 |  | not, but you told them that. |
|  | 9 | A | Right. |
| 08:48AM | 10 | Q | All right. |
|  | 11 | A | They asked me, yes. |
|  | 12 | Q | Because if I understand, you also mentioned, Hey, we don't |
|  | 13 |  | have any equity, we don't have any money in that place, I just |
|  | 14 |  | don't have any money, right? |
| 08:48AM | 15 | A | Right. |
|  | 16 | Q | And so you were just trying to -- just tell them that you |
|  | 17 |  | deposited $5,000, and that's it, you had lost everything. |
|  | 18 | A | Yes. |
|  | 19 | Q | All right.  Now, during that time you also said yesterday |
| 08:48AM | 20 |  | that even up until, I believe, May or June or the summer months |
|  | 21 |  | of 2007, Mr. Kim was still coming around to you. |
|  | 22 | A | 2017. |
|  | 23 | Q | 2017, yes. |
|  | 24 | A | I believe so. |
| 08:49AM | 25 | Q | Okay.  So this continued threat by Mr. Kim made it all the |

|          |    |                                                                                |
|----------|----|--------------------------------------------------------------------------------|
|          | 1  | way into -- sometime in the summer of 2017.                                    |
|          | 2  | A    That's correct.                                                           |
|          | 3  | Q    All right.  Now, to take us back a little bit after this                  |
|          | 4  | horrific event ended, you flew to Los Angeles, you came back to                |
| 08:49AM  | 5  | Honolulu, and then it was about a year later that the FBI                      |
|          | 6  | reached out to you?                                                            |
|          | 7  | A    Probably around two, three -- maybe three years later.                    |
|          | 8  | Q    Okay.  Do you remember an interview that may have happened                |
|          | 9  | in October of 2018?  I -- I'm asking you about things that                     |
| 08:49AM  | 10 | happened six, seven years ago.  Do you recall that?                            |
|          | 11 | A    No, there wasn't anything happen after I had interview                    |
|          | 12 | with detective in 2017.  And I guess the second was -- came                    |
|          | 13 | somewhere around 2020, I believe.                                              |
|          | 14 | Q    Okay.                                                                     |
| 08:50AM  | 15 |      MR. KENNEDY:  Your Honor, may I just approach with a                      |
|          | 16 | document that is labeled -- just marked 9173-003?                              |
|          | 17 |      THE COURT:  Yes.                                                          |
|          | 18 |      MR. KENNEDY:  I'll show it to the government first.                       |
|          | 19 |      May I approach.  Your Honor?                                              |
| 08:50AM  | 20 |      THE COURT:  Yes, you may.                                                 |
|          | 21 | BY MR. KENNEDY:                                                                |
|          | 22 | Q    Sir, I'm showing you what's been marked for identification                |
|          | 23 | as Exhibit 9173-003.  Can you take a look at just the bottom                   |
|          | 24 | area here just to orient you to a date.  If you can take a look                |
| 08:51AM  | 25 | at that, sir.                                                                  |

```
             1   A    2018, it's one year after the incident.  I don't think --
             2   I don't think I had -- I don't remember.
             3   Q    Okay.  And I believe --
             4        MR. KENNEDY:  If we could pull up, I believe it's
08:51AM      5   9173-006.
             6        And this is not for the jury, just for --
             7   BY MR. KENNEDY:
             8   Q    Sir, can you take a look at 9173-006.  Take a look at it
             9   on the front page, and tell me what you're able to see what's
08:52AM     10   on the first page, and then I'll move to the second page.
            11   A    That -- that's my signature, yes.
            12        MR. KENNEDY:  Okay.  And if we -- Ms. King, can we
            13   move to the second page.
            14   BY MR. KENNEDY:
08:52AM     15   Q    And do you recall a -- this page having been shown to you
            16   at that date?
            17   A    I don't remember.
            18   Q    Okay.  Do you remember at a certain point the task force
            19   officer from Honolulu Police Department and the FBI showed you
08:52AM     20   a -- photographs, three on the top, three on the bottom, of
            21   folks and asked you whether you could recognize someone in the
            22   photograph as one of the folks who kidnapped you?
            23   A    I don't remember too good, but it might, yes.
            24        MR. KENNEDY:  Okay.  And then if we move to the third
08:53AM     25   page.
```

```
              1    BY MR. KENNEDY:
              2    Q    All right.  And then this would have been not shown to
              3    you.  Let me move then to 9173-007, and just take a look at
              4    that, sir.
08:53AM       5         Does that look again like your signature?
              6    A    It's my signature, yes.
              7    Q    Okay.
              8    A    And probably -- yeah.  Probably 2018 is probably right,
              9    yeah.
08:54AM      10    Q    Now, sir, you talked about when you went back and
             11    interviewed, and in retelling these events you collapsed at
             12    that certain time.  So obviously viewing this and going back to
             13    these events is difficult.
             14    A    Well, I collapsed while the HPD detective was interviewing
08:54AM      15    me.  It was end of October of 2017.
             16    Q    Right.  And so if we look at the second page of what's
             17    been marked as 9173, do you remember when they showed you an
             18    array, just three photographs on the top, three photographs on
             19    the bottom, and said, Can you take a look at that and see
08:54AM      20    the -- if you see a person in there who is the individual who
             21    did this to you?
             22    A    I -- I'm not sure.  I don't remember.
             23    Q    Okay.  And if we move to the third page.
             24         All right.  Now, you recognize that that's your
08:55AM      25    signature on the first page?
```

|          |    |               |                                                          |
|----------|----|---------------|----------------------------------------------------------|
|          | 1  | A             | Yes.                                                     |
|          | 2  | Q             | If we go back to 9173-007.                               |
|          | 3  | A             | It is my signature.                                      |
|          | 4  | Q             | And it's on October 4th, 2018?                           |
| 08:55AM  | 5  | A             | That might be, yeah, 2018.                               |

6  Q     And if we go back to 9173-006, just the first page, do you
7  recognize that as the photographic lineup on October 4th of
8  2018 and your signature?
9  A     That's my signature, yes.

08:55AM   10           MR. INCIONG:  Objection, Your Honor.  He did not say
11  he recalled the lineup.  He said he recalled his signature.
12  BY MR. KENNEDY:
13  Q     You recall the signature?
14           THE COURT:  Sustained.
08:55AM   15           THE WITNESS:  Yeah, it's the same.
16  BY MR. KENNEDY:
17  Q     Okay.  And as you view this right now, you recognize your
18  signature on the first page, but you just don't recall the
19  photographs being shown to you at that time.
08:56AM   20  A     It -- they might show me, but I -- it's not clear, yes.
21  Q     All right.
22           MR. KENNEDY:  Your Honor, with that I would move in
23  9173-006 and 9173-007 as past recollection.  He doesn't recall
24  it now, but he recognizes that it's his signature on the two
08:56AM   25  photographic lineups.

```
                1              THE COURT:  Mr. Inciong, any objection?
                2              MR. INCIONG:  Objection, Your Honor, that he only
                3    recognizes part of that exhibit.
                4              THE COURT:  Sustained.  Those documents will not be
08:56AM         5    admitted.
                6              MR. KENNEDY:  All right.
                7    BY MR. KENNEDY:
                8    Q    Now, sir, you talked yesterday about how you gave a
                9    photograph of Mr. Kim to the Honolulu Police Department,
08:57AM        10    correct?
               11    A    Yes.
               12    Q    And that you wanted him to be held responsible for what
               13    you knew he had done to you.
               14    A    Yes.
08:57AM        15    Q    And so you were reaching out to them to help you get him
               16    for what he did, right?
               17    A    Yes.
               18    Q    Now -- and it was up to them, the authorities, to hold him
               19    responsible.  You did your part, right?
08:57AM        20    A    I tried to give as much information as I could.
               21    Q    All right.  Now, before I finish up, I just want to -- if
               22    we go back to the old Fisherman's Wharf, when James brought you
               23    over to the car, you were placed in that sedan, correct?
               24    A    Right.
08:57AM        25    Q    James was sitting back in the back seat with you, right?
```

|          |    |   |                                                                 |
|----------|----|---|-----------------------------------------------------------------|
|          | 1  | A | That's correct.                                                 |
|          | 2  | Q | You were right behind the driver, correct?                      |
|          | 3  | A | Yes.                                                            |
|          | 4  | Q | He was to your right.                                           |
| 08:58AM  | 5  | A | Right.                                                          |
|          | 6  | Q | The driver was in the front.                                    |
|          | 7  | A | Yes.                                                            |
|          | 8  | Q | They drove you around for all those hours, right?               |
|          | 9  | A | Yes.                                                            |
| 08:58AM  | 10 | Q | And only at one time did James get out of the car and           |
|          | 11 |   | leave you in that car, correct?                                 |
|          | 12 | A | Probably he has door open, yeah.  Although he step out,         |
|          | 13 |   | probably he was looking at me, yeah.  He was always -- always   |
|          | 14 |   | try to be watching me, yeah.  I feel that, yeah.                |
| 08:58AM  | 15 | Q | You sensed that his eyes were always on you.                    |
|          | 16 | A | That's correct.                                                 |
|          | 17 | Q | And the only time you ever left that back seat behind that      |
|          | 18 |   | driver was when they brought you back to the old Fisherman's    |
|          | 19 |   | Wharf area and took you to your car, correct?                   |
| 08:59AM  | 20 | A | That's correct.                                                 |
|          | 21 | Q | Never did you get out of that car --                            |
|          | 22 | A | No.                                                             |
|          | 23 | Q | -- until they finally freed you, right?                         |
|          | 24 | A | Right.                                                          |
| 08:59AM  | 25 |   | MR. KENNEDY:  Nothing further, Your Honor.                      |

```
 1          THE COURT:  Any redirect?
 2          MR. INCIONG:  No, Your Honor.
 3          THE COURT:  All right.  Mr. Lee, you may step down.
 4          THE WITNESS:  Thank you.
 5                       --oo0oo--
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Case 1:19-cr-00099-DKW-KJM   Document 1686   Filed 07/10/24   Page 13 of 13   PageID.21403

13

```
 1                    COURT REPORTER'S CERTIFICATE
 2           I, Gloria T. Bediamol, Official Court Reporter, United
 3   States District Court, District of Hawaii, do hereby certify
 4   that pursuant to 28 U.S.C. §753 the foregoing is a complete,
 5   true, and correct transcript from the stenographically reported
 6   proceedings held in the above-entitled matter and that the
 7   transcript page format is in conformance with the regulations
 8   of the Judicial Conference of the United States.
 9
10           DATED at Honolulu, Hawaii, July 4, 2024.
11
12
13                                    /s/ Gloria T. Bediamol
14                                    GLORIA T. BEDIAMOL.
15                                    RMR, CRR, FCRR
16
17
18
19
20
21
22
23
24
25
```