```
 1                  IN THE UNITED STATES DISTRICT COURT

 2                      FOR THE DISTRICT OF HAWAII

 3
     UNITED STATES OF AMERICA,    )   CRIMINAL NO. 19-00099-DKW
 4                                )
               Plaintiff,         )   Honolulu, Hawaii
 5                                )
          vs.                     )   June 24, 2024
 6                                )
     MICHAEL J. MISKE, JR.,       )   TESTIMONY OF KALEI SANTOS
 7                                )
               Defendant.         )
 8   _____)

 9
              PARTIAL TRANSCRIPT OF JURY TRIAL (DAY 91)
10           BEFORE THE HONORABLE DERRICK K. WATSON,
           CHIEF UNITED STATES DISTRICT COURT JUDGE
11
     APPEARANCES:
12
     For the Plaintiff:           MARK INCIONG, ESQ.
13                                MICHAEL DAVID NAMMAR, ESQ
                                  WILLIAM KE AUPUNI AKINA, ESQ.
14                                AISLINN AFFINITO, ESQ.
                                  Office of the United States Attorney
15                                PJKK Federal Building
                                  300 Ala Moana Boulevard, Suite 6100
16                                Honolulu, Hawaii  96850

17   For the Defendant:           LYNN E. PANAGAKOS, ESQ.
                                  841 Bishop St., Ste 2201
18                                Honolulu, HI 96813

19                                MICHAEL JEROME KENNEDY, ESQ.
                                  Law Offices of Michael Jerome
20                                Kennedy, PLLC
                                  333 Flint Street
21                                Reno, NV 89501

22   Official Court Reporter:     Gloria T. Bediamol, RPR RMR CRR FCRR
                                  United States District Court
23                                300 Ala Moana Boulevard
                                  Honolulu, Hawaii 96850
24
       Proceedings recorded by machine shorthand, transcript produced
25   with computer-aided transcription (CAT).
```

```
 1                        I N D E X
 2   DEFENSE WITNESS:                                    PAGE NO.
 3
       KALEI SANTOS
 4
              DIRECT EXAMINATION BY MR. KENNEDY              4
 5
 6   EXHIBITS:                                          PAGE NO.
 7    Exhibit 9546-001 was received in evidence            10
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

|         |    |                                                                           |
|---------|----|---------------------------------------------------------------------------|
|         | 1  | June 24, 2024                                          8:47 a.m.          |
| 08:42AM | 2  | THE CLERK:  Criminal Number 19-00099-DKW-KJM, United                      |
| 08:42AM | 3  | States of America versus Michael J. Miske, Jr.                            |
| 08:42AM | 4  | This case has been called for jury trial, Day 91.                         |
| 08:42AM | 5  | Counsel, please make your appearances for the record.                     |
| 08:42AM | 6  | MR. INCIONG:  Good morning, Your Honor.  Mark Inciong,                    |
| 08:42AM | 7  | Michael Nammar and Aislinn Affinito for the United States.  As            |
| 08:42AM | 8  | always, our paralegal Kari Sherman and Special Agent Thomas               |
| 08:42AM | 9  | Palmer are present.                                                       |
| 08:42AM | 10 | THE COURT:  Good morning.                                                 |
| 08:42AM | 11 | MR. KENNEDY:  Good morning, Your Honor.  Michael                          |
| 08:42AM | 12 | Kennedy with Lynn Panagakos, Michael Miske, Ashley King and               |
| 08:42AM | 13 | Josh Barry. Good morning to each of you.                                  |
| 08:42AM | 14 | THE COURT:  Good morning.  You may all be seated.                         |
| 08:42AM | 15 | Good morning to our 16-person jury.  We are at June 24th, so              |
| 08:42AM | 16 | this is the last week of the month and hopefully we will make             |
| 08:42AM | 17 | some good progress as we have in previous weeks.                          |
| 08:42AM | 18 | --oo0oo--                                                                 |
| 08:47AM | 19 | MR. KENNEDY:  Your Honor, we call Kalei Santos.                           |
| 08:47AM | 20 | THE CLERK:  Please raise your right hand.                                 |
| 08:47AM | 21 | KALEI SANTOS,                                                             |
| 08:47AM | 22 | called as a witness, having been first duly sworn, was examined           |
| 08:47AM | 23 | and testified as follows:                                                 |
| 08:47AM | 24 | THE CLERK:  Please state your full name, spelling your                    |
| 08:47AM | 25 | last name for the record.                                                 |

```
08:47AM    1              THE WITNESS:  Kalei Santos, S-A-N-T-O-S.
08:48AM    2                        DIRECT EXAMINATION
08:48AM    3    BY MR. KENNEDY:
08:48AM    4    Q    Good morning, sir.
08:48AM    5    A    Good morning.
08:48AM    6    Q    What is it that you do for work?
08:48AM    7    A    I -- I own a petroleum company.
08:48AM    8    Q    And how long have you owned a petroleum company?
08:48AM    9    A    Four years.
08:48AM   10    Q    And who do you own the petroleum ownership with?
08:48AM   11    A    Chris -- William Bourne.
08:48AM   12    Q    William Bourne.  Does he also go by Chris Bourne?
08:48AM   13    A    Yes.
08:48AM   14    Q    All right.  How long have you known Chris Bourne?
08:48AM   15    A    Thirty-three years.
08:48AM   16    Q    All right.  And what does your petroleum company do that
08:48AM   17    you and Mr. Bourne are partners in?
08:48AM   18    A    We supply fuel to construction companies and businesses.
08:48AM   19    We do fuel for the movies, and the marinas, the boats.
08:48AM   20    Q    All right.  Now, with respect to Mr. Bourne, do you know
08:48AM   21    whether he knows Mr. Miske?
08:48AM   22    A    Yes.
08:48AM   23    Q    And do you yourself know Mr. Miske?
08:48AM   24    A    Yes, I do.
08:48AM   25    Q    All right.  So let me ask you this:  Do you see Mr. Miske,
```

```
08:49AM    1   Michael Miske in the courtroom?
08:49AM    2   A    Yes.
08:49AM    3   Q    Can you point out where he's seated and an article of
08:49AM    4   clothing he's wearing and whether he's wearing a tie or not?
08:49AM    5   A    He's not wearing a tie.  He's right there in the dark blue
08:49AM    6   blazer.
08:49AM    7            MR. KENNEDY:  Your Honor, would the record reflect
08:49AM    8   that Mr. Santos has identified Mr. Miske?
08:49AM    9            THE COURT:  Yes, the record should reflect the witness
08:49AM   10   Mr. Santos's identification of the defendant Mr. Miske.
08:49AM   11   BY MR. KENNEDY:
08:49AM   12   Q    So how long have you known Mr. Miske?
08:49AM   13   A    Thirty years.
08:49AM   14   Q    How did it come about that you got to know him?
08:49AM   15   A    Our -- my girlfriend at the time and his son's mother were
08:49AM   16   best friends in high school.  She lived about five houses away
08:49AM   17   from my girlfriend at the time.  Yeah, we met in about 1994.
08:49AM   18   Q    All right.  And do you know whether -- from your personal
08:49AM   19   knowledge with Mr. Miske, whether Chris Bourne and Mr. Miske
08:49AM   20   know each other?
08:49AM   21   A    Yes.
08:49AM   22   Q    And tell us about that.
08:50AM   23   A    I want to say they lived together briefly with Mike at his
08:50AM   24   house.  They had a tinting business, I believe, together
08:50AM   25   alongside each other.  And they just had the same group of
```

```
08:50AM    1    friends while we were in high school and shortly after that.
08:50AM    2    Q    All right.  And have you continued to keep up with
08:50AM    3    Mr. Miske over the time period that you've known him?
08:50AM    4    A    Yeah.
08:50AM    5    Q    And are you aware that your partner Mr. Bourne has done so
08:50AM    6    as well?
08:50AM    7    A    Yes.
08:50AM    8    Q    All right.  I would like to show you what has been
08:50AM    9    admitted into evidence as 1-957A.
08:50AM   10              MR. KENNEDY:  Let's see.  Do you know which government
08:50AM   11    supplement that is?
08:50AM   12              In the 13th supplement, Your Honor.
08:51AM   13              THE COURT:  Go ahead.
08:51AM   14              MR. KENNEDY:  All right.
08:51AM   15              THE COURT:  You said admitted?
08:51AM   16              MR. KENNEDY:  I believe 1-957E has been admitted.  Did
08:51AM   17    I say A?  I apologize.
08:51AM   18              THE COURT:  Yeah, you did say A.
08:51AM   19              MR. KENNEDY:  All right.  It's very small here, and I
08:51AM   20    apologize.  1-957E, as in elephant.
08:51AM   21              THE COURT:  1-957E, as in echo, has been admitted,
08:51AM   22    and, yes, you may show it to the jury.
08:51AM   23    BY MR. KENNEDY:
08:51AM   24    Q    All right.  Now, sir, have you seen 1-957E prior to coming
08:51AM   25    to court today?
```

```
08:51AM    1   A    Yes.
08:51AM    2   Q    And do you recognize the person that's in the blue shirt?
08:51AM    3   A    Yes.
08:51AM    4   Q    How is it that you recognize him?
08:51AM    5   A    That's Chris.
08:51AM    6   Q    And that would be Chris Bourne, your partner?
08:51AM    7   A    Yes.
08:51AM    8   Q    Okay.  And do you see a reflection in the photograph?
08:51AM    9   A    I -- I do.
08:52AM   10   Q    And do you recognize that as Mr. Miske?
08:52AM   11   A    No.
08:52AM   12   Q    So based on your experience with Mr. Miske over the
08:52AM   13        30 years you've known him, in looking at this, that would not
08:52AM   14        be Mr. Miske?
08:52AM   15   A    That's correct.
08:52AM   16   Q    All right.  What are some of the differences that you
08:52AM   17        recognize in the photograph, sir?
08:52AM   18   A    His hair, it just -- I mean, you can just tell it's not
08:52AM   19        him.
08:52AM   20             MR. KENNEDY:  All right.  Now, I'd like to -- I
08:52AM   21        believe also -- does this also have sound to it?  If we could
08:52AM   22        play that as well?
08:52AM   23             THE COURT:  Go ahead.
08:52AM   24             (Video with audio was played.)
08:52AM   25             MR. KENNEDY:  And can we play that again?
```

```
08:53AM    1              (Video with audio was played.)
08:53AM    2    BY MR. KENNEDY:
08:53AM    3    Q    You heard that recording played to you previously,
08:53AM    4    correct?
08:53AM    5    A    Yes.
08:53AM    6    Q    All right.  And so you've heard it a number of times.  Do
08:53AM    7    you recognize the voice as Mr. Miske?
08:53AM    8    A    No.
08:53AM    9    Q    Why not?
08:53AM   10    A    It just doesn't sound like him.
08:53AM   11    Q    All right.  And you've had 30 years of experience with
08:53AM   12    Mr. Miske?
08:53AM   13    A    That's correct.
08:53AM   14              MR. KENNEDY:  All right.  Now, if we can pull up
08:53AM   15    1-957J.
08:53AM   16              THE COURT:  Yes.
08:53AM   17              MR. KENNEDY:  Which I believe is admitted in the 13th
08:53AM   18    supp as well, Your Honor.
08:53AM   19              THE COURT:  Yes.
08:53AM   20    BY MR. KENNEDY:
08:53AM   21    Q    All right.  Do you recognize what's shown in the phone
08:53AM   22    that we can see in 1-957J?
08:53AM   23    A    Yes.
08:53AM   24    Q    What is it, sir?
08:53AM   25    A    It's one of my trucks.
```

```
08:54AM    1    Q    All right.  And one of your trucks, do you recognize
08:54AM    2    the -- the shorts that are in the picture, is that anything
08:54AM    3    that you've ever seen Mr. Miske wear?
08:54AM    4    A    No.
08:54AM    5         MR. KENNEDY:  All right.  We can take that down.
08:54AM    6    BY MR. KENNEDY:
08:54AM    7    Q    Now, based upon your 30 years with Mr. Miske and
08:54AM    8    Mr. Bourne, your partner, have they had a good relationship and
08:54AM    9    have been friends during that entire time?
08:54AM   10    A    As far as I know, yes.
08:54AM   11    Q    All right.  Now, I want to shift gears just a little bit
08:54AM   12    -- well, let me ask you this --
08:54AM   13         MR. KENNEDY:  If we can pull up 9546-001, which is in
08:54AM   14    the 72nd supplement and is not yet in evidence, Your Honor.
08:54AM   15         THE COURT:  Go ahead.
08:54AM   16         MR. KENNEDY:  And if we can blow that up.
08:54AM   17    BY MR. KENNEDY:
08:54AM   18    Q    Do you recognize this as a three-way conversation between
08:55AM   19    Mr. Miske, Mr. Bourne and yourself?
08:55AM   20    A    I only see part of it, but yes.
08:55AM   21    Q    All right.  We'll scroll through.
08:55AM   22         MR. KENNEDY:  And then on the second page.
08:55AM   23         All right.  If we go back to the first page.
08:55AM   24    BY MR. KENNEDY:
08:55AM   25    Q    Do you recognize a phone number for you on this text
```

```
08:55AM    1    message thread?
08:55AM    2    A    Yes.
08:55AM    3    Q    All right.  And do you recognize a phone number for
08:55AM    4    Mr. Bourne on this text message thread?
08:55AM    5    A    Yes.
08:55AM    6    Q    And you're familiar with that number as well?
08:56AM    7    A    Yeah.
08:56AM    8    Q    And do you recognize a number 7500 as a -- part of a text
08:56AM    9    message thread for Mr. Miske?
08:56AM   10    A    Yeah.
08:56AM   11              MR. KENNEDY:  All right.  At this time, Your Honor, I
08:56AM   12    would move 9546-001 into evidence.
08:56AM   13              THE COURT:  Any objection?
08:56AM   14              MS. AFFINITO:  No objection.
08:56AM   15              THE COURT:  9546-1 then is admitted without objection,
08:56AM   16    and you may publish.
08:56AM   17              (Exhibit 9546-001 was received in evidence.)
08:56AM   18    BY MR. KENNEDY:
08:56AM   19    Q    Now, sir, if we scroll down to the first message, it looks
08:56AM   20    like this is in 2020.  "Mike, you have or know a gas plumber?
08:56AM   21    We're looking for someone with good gas knowledge plumbing."
08:56AM   22              Is that an area that you and Mr. Bourne in your
08:56AM   23    business were looking into?
08:56AM   24    A    Yes.
08:56AM   25    Q    And what would that be for?
```

```
08:56AM    1   A    Installation of propane tanks.
08:56AM    2   Q    All right.  And so what kinds of issues come up with those
08:56AM    3   installations and why is having a good plumbing knowledge and
08:57AM    4   someone to take care of that?
08:57AM    5   A    Well, you need a certified plumber to get an inspection
08:57AM    6   from HFD and to get permits.
08:57AM    7   Q    All right.  So I take it that Mr. Bourne and yourself are
08:57AM    8   reaching out to Mr. Miske for a -- someone who might fill that;
08:57AM    9   is that --
08:57AM   10   A    Correct.
08:57AM   11            MR. KENNEDY:  All right.  If we slide through.
08:57AM   12   BY MR. KENNEDY:
08:57AM   13   Q    Okay.  And then it says:  "Every time we do a tank swap or
08:57AM   14   a customer wants to fix something, we always sub it out to a
08:57AM   15   friend of ours, but he's super fucking expensive.  So we're
08:57AM   16   looking for someone a little more reasonable with gas
08:57AM   17   knowledge" is what your partner is indicating?
08:57AM   18   A    Yes.
08:57AM   19   Q    All right.  And has that been the situation for your
08:57AM   20   business with respect to that?
08:57AM   21   A    It was at the time, yes.
08:57AM   22            MR. KENNEDY:  All right.  And then if we can continue.
08:57AM   23   BY MR. KENNEDY:
08:57AM   24   Q    And then there's a question, "Who piped your big house?"
08:57AM   25   from Mr. Bourne, correct?
```

```
08:58AM    1    A    Yes.
08:58AM    2    Q    And then, "We did it ourselves.  The next time you folks
08:58AM    3    are at the yard, take a narrated video of what needs to be
08:58AM    4    done."  Is that correct?
08:58AM    5    A    Yes.
08:58AM    6    Q    All right.  And I believe that with the -- you and your
08:58AM    7    business have supplied propane to the 6 Lumahai address for
08:58AM    8    Mr. Miske?
08:58AM    9    A    Yes.
08:58AM   10    Q    And that would be Mr. Bourne and yourself and that
08:58AM   11    business, correct?
08:58AM   12    A    Yes.
08:58AM   13    Q    All right.  If we keep going.  "Then it's okay.  Naked.
08:58AM   14    Laugh out loud.  Life jacket."
08:58AM   15              If we keep going.  And then talking about:  "We put in
08:58AM   16    the new crematory oven.  I don't know if that's relevant to
08:58AM   17    what you've got going on.  Yeah, it sounds like it.  Possible
08:58AM   18    hotel stuff.  The tikis, the barbecues, the jacuzzi, etcetera."
08:58AM   19              And this is in 2020.
08:59AM   20              MR. KENNEDY:  If we go to the fourth page and the last
08:59AM   21    page.
08:59AM   22    BY MR. KENNEDY:
08:59AM   23    Q    And then you pipe in, "Thank you, brother.  Let me know."
08:59AM   24    And that's the end of the thread.
08:59AM   25              So this is one example of the communication that
```

```
08:59AM    1    continues with yourself, Mr. Bourne and Mr. Miske in your
08:59AM    2    business, correct?
08:59AM    3    A    Correct.
08:59AM    4    Q    All right.  And it wasn't uncommon for each of you to look
08:59AM    5    to the other to assist in your businesses that you've got
08:59AM    6    going, correct?
08:59AM    7    A    No.
08:59AM    8    Q    And so I understand that there was a time where Mr. Miske
08:59AM    9    was looking for a truck in terms of a vehicle that would allow
08:59AM   10    him to take fuel out to the fishing vessel, and I think he
08:59AM   11    reached out to the two of you about where they may be able to,
08:59AM   12    you know, find one and help that business out, correct?
08:59AM   13    A    Correct.
08:59AM   14    Q    And that's just an example of the a three-way
08:59AM   15    communication that the three of you had?
09:00AM   16    A    Correct.
09:00AM   17    Q    All right.  Now, I want to switch gears a little bit.  You
09:00AM   18    mentioned that your business supplied fuel and other things to
09:00AM   19    the movies; is that right?
09:00AM   20    A    Yes.
09:00AM   21    Q    Okay.  I want to ask you a little bit about do you from
09:00AM   22    time to time work at the movies?
09:00AM   23    A    Yes, I did.
09:00AM   24    Q    And when you did, what was your role?
09:00AM   25    A    Transportation.  I was the driver.
```

| | | | |
|---|---|---|---|
| 09:00AM | 1 | Q | All right.  Were you working there in 2015? |
| 09:00AM | 2 | A | Yes. |
| 09:00AM | 3 | Q | And was there a movie, one of the Kong movies coming out |
| 09:00AM | 4 | | for filming at that time? |
| 09:00AM | 5 | A | Yes. |
| 09:00AM | 6 | Q | All right.  In that movie was there a need to have a |
| 09:00AM | 7 | | number of drivers? |
| 09:00AM | 8 | A | Yes. |
| 09:00AM | 9 | Q | How many were needed? |
| 09:00AM | 10 | A | There was about a hundred slots that needed to be filled. |
| 09:00AM | 11 | Q | All right.  And about how many folks did you have that |
| 09:00AM | 12 | | could fill those hundred slots? |
| 09:00AM | 13 | A | There I was I'd say 75 people that were off the bench, |
| 09:01AM | 14 | | meaning in the union. |
| 09:01AM | 15 | Q | Okay.  And so when you have a discrepancy between 75 and |
| 09:01AM | 16 | | you need a hundred, what -- what happens in terms of how you |
| 09:01AM | 17 | | find the other 25? |
| 09:01AM | 18 | A | You hire off the street. |
| 09:01AM | 19 | Q | All right.  Do those folks need a -- a CDL? |
| 09:01AM | 20 | A | Not initially. |
| 09:01AM | 21 | Q | Okay.  Why is that? |
| 09:01AM | 22 | A | They need to work 30 days with the union and contribute to |
| 09:01AM | 23 | | the -- the union.  After that they're required to have a CDL. |
| 09:01AM | 24 | Q | All right.  Do they need any sort of forklift |
| 09:01AM | 25 | | certifications or anything else other than an active driver's |

```
09:01AM    1    license?
09:01AM    2    A    No.
09:01AM    3    Q    All right.  And so was it during that time that a Wayne
09:01AM    4    Miller, a Sterling Pedro and Harry Kauhi filled some of those
09:01AM    5    positions?
09:01AM    6    A    Yes.
09:01AM    7    Q    And based on your knowledge, how did that happen?
09:01AM    8    A    I would assume just from people they knew.  It was common
09:02AM    9    at the office to ask anyone who came in if they knew anyone
09:02AM   10    else who would be available for couple of months to come and
09:02AM   11    drive.
09:02AM   12    Q    All right.  If they're coming in, are they there for sort
09:02AM   13    of a probationary period, and then they'd have to get a CDL and
09:02AM   14    other things and join the union to continue?
09:02AM   15    A    Yes.  It's a 30-day period.  You'd have to have 30 days
09:02AM   16    within a year, and after that you have 60 days to get your CDL
09:02AM   17    license to qualify to be sworn into the union.
09:02AM   18    Q    Okay.  Now, on that particular movie were you involved
09:02AM   19    with a role with transportation for anyone who was on the
09:02AM   20    movie?
09:02AM   21    A    Yes.
09:02AM   22    Q    And who was that?
09:02AM   23    A    I'm sorry?
09:02AM   24    Q    And who was that?
09:02AM   25    A    Who did I drive.
```

```
09:02AM    1   Q    Yes.
09:02AM    2   A    The director.
09:02AM    3   Q    Okay.  And later in the production, did Mr. Miske also
09:02AM    4   join to drive someone involved with the movie?
09:02AM    5   A    Yes.
09:02AM    6   Q    And who was that?
09:02AM    7   A    Samuel L. Jackson.
09:03AM    8   Q    Did you get a sense of the relationship between the two
09:03AM    9   during that time?
09:03AM   10   A    Yeah, they hit it off.
09:03AM   11   Q    All right.  And so he would have come in later after
09:03AM   12   Mr. Miller and Mr. Pedro and Mr. Kauhi joined it earlier?
09:03AM   13   A    That's correct.  He came in when they started filming.
09:03AM   14   Q    All right.  And the other drivers were needed at a prior
09:03AM   15   time; is that correct?
09:03AM   16   A    Correct.
09:03AM   17   Q    All right.
09:03AM   18             MR. KENNEDY:  I have nothing further.  Thank you.
09:03AM   19             THE COURT:  Cross-examination.
09:03AM   20             MS. AFFINITO:  No cross.
09:03AM   21             THE COURT:  Mr. Santos, you may step down.  Thank you,
09:03AM   22   sir.
          23                           --oo0oo--
          24
          25
```

```
 1                    COURT REPORTER'S CERTIFICATE
 2             I, Gloria T. Bediamol, Official Court Reporter, United
 3   States District Court, District of Hawaii, do hereby certify
 4   that pursuant to 28 U.S.C. §753 the foregoing is a complete,
 5   true, and correct transcript from the stenographically reported
 6   proceedings held in the above-entitled matter and that the
 7   transcript page format is in conformance with the regulations
 8   of the Judicial Conference of the United States.
 9
10             DATED at Honolulu, Hawaii, July 6, 2024.
11
12
13                                    /s/ Gloria T. Bediamol
14                                    GLORIA T. BEDIAMOL.
15                                    RMR, CRR, FCRR
16
17
18
19
20
21
22
23
24
25
```