IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JUL 15 2024
at 9 o'clock and 50 min. a.M
Lucy H. Carrillo, Clerk

USA
_____
Plaintiff(s)

vs.

MICHAEL J. MISKE, JR.
_____
Defendant(s)

Civil No. _____

Criminal No. 19-00099 DKW-KJM

NOTE FROM THE JURY # 1

Your Honor,

CAN WE GET DIGITAL VERSIONS OF ALL EXHIBITS? IT WILL EXPIDATE SEARCHING FOR THEM.

Dated at Honolulu, Hawaii on JULY 15, 2024

Time: 9:36 AM

Foreperson's Juror Number: 8

The space below this line should contain only the Foreperson's signature.

/s/ Foreperson

Signature of Foreperson