IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JUL 16 2024
at 5 o'clock and 15 min. P M
Lucy H. Carrillo, Clerk

USA
_____
Plaintiff(s)

vs.

MICHAEL J MISKE JR
_____
Defendant(s)

Civil No. _____

Criminal No. 19-00099 DKW-KJM

NOTE FROM THE JURY # 3

Your Honor,

The Jury has not reached consensus regarding the application of Instruction 26. Some believe that in order for the defendant to directly conspire, he must condone, participate or benefit from one or more specific acts of robbery or drug trafficking. Others believe that the general protection provided by the defendant to members of the conspiracy satisfy the first element of Instruction 26 even though the defendant did not have specific knowledge of or participate in most robberies or drug transactions.

Dated at Honolulu, Hawaii on July 16, 2024

Time: 4:12 PM

Foreperson's Juror Number: 8

The space below this line should contain only the Foreperson's signature.

/s/ Foreperson

Signature of Foreperson