IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| UNITED STATES OF AMERICA, | CR 19-00099-DKW-KJM-1 |
|---|---|
| Plaintiff, | |
| vs. | **SPECIAL VERDICT FORM FOR FORFEITURE** |
| MICHAEL J. MISKE, JR., | |
| Defendant. | |

1. We, the Jury, unanimously find that Defendant Michael J. Miske, Jr.'s interest in the following properties was acquired or maintained in violation of 18 U.S.C. Section 1962:

   (a) The real property located at 6 Lumahai Street, Portlock, Honolulu, Hawaiʻi, and any rental income derived therefrom.

   _____ NO           _____ YES

   (b) The real property located at 614 Paokano Loop, Kailua, Hawaiʻi.

   _____ NO           _____ YES

   (c) $611,123.60 constituting proceeds of the sale of the real property located at 559 Kumukahi Place, Hawaii Kai, Honolulu, Hawaiʻi.

   _____ NO           _____ YES

   (d) The "Painkiller", 2014 37.5-foot Boston Whaler Pleasure Craft, Hull

No. BWCE1942D414, Registration No. HA-9849-H, held in the name of Hawaii Partners LLC.

_____ NO          _____ YES

(e)   Hawaii Longline Limited Entry Permit issued to the fishing vessel "Rachel", Vessel Number 1050716, held in the name of Kama'aina Holdings LLC.

_____ NO          _____ YES

(f)   $676,785.56 constituting proceeds of the sale of the "Rachel", a Tuna Longliner Fishing Vessel, U.S. Registration Number 1050716, registered to Kama'aina Holdings LLC.

_____ NO          _____ YES

(g)   2017 Ferrari F12 Berlinetta, VIN ZFF74UFA5H0223173, held in the name of Hawaii Partners LLC.

_____ NO          _____ YES

(h)   $81,656.56 in funds seized from Hawaii Central Federal Credit Union, Account #XXXXX075, held in the name of Michael J. Miske.

_____ NO          _____ YES

(i)   $300,372.85 in funds seized from Bank of Hawaii, Account #XXXXX415, held in the name of Kama'aina Termite and Pest Control, Inc.

_____ NO          _____ YES

(j)   $1,063,427.35 in funds seized from Bank of Hawaii, Account #XXXXXXX602, held in the name of Kama'aina Termite and Pest Control, Inc.

_____ NO          _____ YES

(k)   $206,725.80 in funds seized from Bank of Hawaii, Account

#XXXXX414, held in the name of Oahu Termite and Pest Management LLC, dba Oahu Termite and Pest Control LLC.

_____ NO            _____ YES

(l) $170,105.72 in funds seized from Bank of Hawaii, Account #XXXXXXX218, held in the name of Oahu Termite and Pest Management LLC, dba Oahu Termite and Pest Control LLC.

_____ NO            _____ YES

(m) $22,710.48 in funds seized from Bank of Hawaii, Account #XXXXX220, held in the name of Kama'aina Plumbing and Renovations LLC.

_____ NO            _____ YES

(n) Bank of Hawaii Cashier's Check No. 429111 in the amount of $1,162,826.76 payable to Kama'aina Termite and Pest Control.

_____ NO            _____ YES

(o) 1951 Volkswagen, VIN 10234188, Hawaii License Plate: SYB865, Registered Owner: Hawaii Partners LLC.

_____ NO            _____ YES

(p) 1956 Volkswagen, VIN 109382821, Hawaii License Plate: 56VDUB, Registered Owner: Hawaii Partners LLC.

_____ NO            _____ YES

(q) 1957 Volkswagen, VIN: 1529889, Hawaii License Plate: BBYGRL, Registered Owner: Hawaii Partners LLC.

_____ NO            _____ YES

(r) 1961 Volkswagen Van, VIN: 685167, Hawaii License Plate: SYB762, Registered Owner: Hawaii Partners LLC.

_____ NO        _____ YES

(s) 1970 Ford Bronco, VIN: U15GLG85573, Hawaii License Plate: TTY105, Registered Owner: Hawaii Partners LLC.

_____ NO        _____ YES

(t) Painting entitled "Ludavico & Ludovio" by RETNA.

_____ NO        _____ YES

(u) Painting entitled "Watermark" by RETNA.

_____ NO        _____ YES

(v) Painting entitled "Forever Young" by RETNA.

_____ NO        _____ YES

(w) Painting entitled "Sangre Oscura" by RETNA.

_____ NO        _____ YES

(x) Painting entitled "Graffiti Does It" by OG Slick;

_____ NO        _____ YES

(y) Sculpture entitled "Slick Skull" by OG Slick.

_____ NO        _____ YES

(z) Sculpture entitled "Uzi Does It" by OG Slick.

_____ NO        _____ YES

  (aa) Painting entitled "Speaking in Tongues" by Alex "DEFER" Kizu.

    _____ NO      _____ YES

  (bb) Painting entitled "Spiritual Language" by Alex "DEFER" Kizu.

    _____ NO      _____ YES

  (cc) Painting with unknown title by David Flores.

    _____ NO      _____ YES

**Please Turn to the Next Page**

2. We, the Jury, unanimously find that the following property constitutes an interest in, security of, claim against, or a property or contractual right of any kind affording a source of influence over any enterprise that Defendant Michael J. Miske, Jr. established, operated, controlled, conducted, or participated in the conduct of in violation of 18 U.S.C. Section 1962:

(a) The real property located at 6 Lumahai Street, Portlock, Honolulu, Hawai'i, and any rental income derived therefrom.

_____ NO           _____ YES

(b) The real property located at 614 Paokano Loop, Kailua, Hawai'i.

_____ NO           _____ YES

(c) $611,123.60 constituting proceeds of the sale of the real property located at 559 Kumukahi Place, Hawaii Kai, Honolulu, Hawai'i.

_____ NO           _____ YES

(d) The "Painkiller", 2014 37.5-foot Boston Whaler Pleasure Craft, Hull No. BWCE1942D414, Registration No. HA-9849-H, held in the name of Hawaii Partners LLC.

_____ NO           _____ YES

(e) Hawaii Longline Limited Entry Permit issued to the fishing vessel "Rachel", Vessel Number 1050716, held in the name of Kama'aina Holdings LLC.

_____ NO           _____ YES

6

(f)     $676,785.56 constituting proceeds of the sale of the "Rachel", a Tuna Longliner Fishing Vessel, U.S. Registration Number 1050716, registered to Kama'aina Holdings LLC.

         _____ NO          _____ YES

(g)     2017 Ferrari F12 Berlinetta, VIN ZFF74UFA5H0223173, held in the name of Hawaii Partners LLC.

         _____ NO          _____ YES

(h)     $81,656.56 in funds seized from Hawaii Central Federal Credit Union, Account #XXXXX075, held in the name of Michael J. Miske.

         _____ NO          _____ YES

(i)     $300,372.85 in funds seized from Bank of Hawaii, Account #XXXXX415, held in the name of Kama'aina Termite and Pest Control, Inc.

         _____ NO          _____ YES

(j)     $1,063,427.35 in funds seized from Bank of Hawaii, Account #XXXXXXX602, held in the name of Kama'aina Termite and Pest Control, Inc.

         _____ NO          _____ YES

(k)     $206,725.80 in funds seized from Bank of Hawaii, Account #XXXXX414, held in the name of Oahu Termite and Pest Management LLC, dba Oahu Termite and Pest Control LLC.

         _____ NO          _____ YES

(l)     $170,105.72 in funds seized from Bank of Hawaii, Account #XXXXXXX218, held in the name of Oahu Termite and Pest Management LLC, dba Oahu Termite and Pest Control LLC.

         _____ NO          _____ YES

    (m)    $22,710.48 in funds seized from Bank of Hawaii, Account #XXXXX220, held in the name of Kama'aina Plumbing and Renovations LLC.

            _____ NO             _____ YES

    (n)    Bank of Hawaii Cashier's Check No. 429111 in the amount of $1,162,826.76 payable to Kama'aina Termite and Pest Control.

            _____ NO             _____ YES

    (o)    1951 Volkswagen, VIN 10234188, Hawaii License Plate: SYB865, Registered Owner: Hawaii Partners LLC.

            _____ NO             _____ YES

    (p)    1956 Volkswagen, VIN 109382821, Hawaii License Plate: 56VDUB, Registered Owner: Hawaii Partners LLC.

            _____ NO             _____ YES

    (q)    1957 Volkswagen, VIN: 1529889, Hawaii License Plate: BBYGRL, Registered Owner: Hawaii Partners LLC.

            _____ NO             _____ YES

    (r)    1961 Volkswagen Van, VIN: 685167, Hawaii License Plate: SYB762, Registered Owner: Hawaii Partners LLC.

            _____ NO             _____ YES

    (s)    1970 Ford Bronco, VIN: U15GLG85573, Hawaii License Plate: TTY105, Registered Owner: Hawaii Partners LLC.

            _____ NO             _____ YES

    (t)    Painting entitled "Ludavico & Ludovio" by RETNA.

            _____ NO             _____ YES

(u) Painting entitled "Watermark" by RETNA.

_____ NO           _____ YES

(v) Painting entitled "Forever Young" by RETNA.

_____ NO           _____ YES

(w) Painting entitled "Sangre Oscura" by RETNA.

_____ NO           _____ YES

(x) Painting entitled "Graffiti Does It" by OG Slick;

_____ NO           _____ YES

(y) Sculpture entitled "Slick Skull" by OG Slick.

_____ NO           _____ YES

(z) Sculpture entitled "Uzi Does It" by OG Slick.

_____ NO           _____ YES

(aa) Painting entitled "Speaking in Tongues" by Alex "DEFER" Kizu.

_____ NO           _____ YES

(bb) Painting entitled "Spiritual Language" by Alex "DEFER" Kizu.

_____ NO           _____ YES

(cc) Painting with unknown title by David Flores.

_____ NO           _____ YES

**Please Turn to the Next Page**

3. We, the Jury, unanimously find that the following property constitutes, or is derived from, any proceeds that Defendant Michael J. Miske, Jr. obtained, directly or indirectly, from racketeering activity in violation of 18 U.S.C. Section 1962:

(a) The real property located at 6 Lumahai Street, Portlock, Honolulu, Hawaiʻi, and any rental income derived therefrom.

_____ NO         _____ YES

(b) The real property located at 614 Paokano Loop, Kailua, Hawaiʻi.

_____ NO         _____ YES

(c) $611,123.60 constituting proceeds of the sale of the real property located at 559 Kumukahi Place, Hawaii Kai, Honolulu, Hawaiʻi.

_____ NO         _____ YES

(d) The "Painkiller", 2014 37.5-foot Boston Whaler Pleasure Craft, Hull No. BWCE1942D414, Registration No. HA-9849-H, held in the name of Hawaii Partners LLC.

_____ NO         _____ YES

(e) Hawaii Longline Limited Entry Permit issued to the fishing vessel "Rachel", Vessel Number 1050716, held in the name of Kamaʻaina Holdings LLC.

_____ NO         _____ YES

(f) $676,785.56 constituting proceeds of the sale of the "Rachel", a Tuna Longliner Fishing Vessel, U.S. Registration Number 1050716, registered to Kamaʻaina Holdings LLC.

_____ NO         _____ YES

(g) 2017 Ferrari F12 Berlinetta, VIN ZFF74UFA5H0223173, held in the name of Hawaii Partners LLC.

_____ NO   _____ YES

(h) $81,656.56 in funds seized from Hawaii Central Federal Credit Union, Account #XXXXX075, held in the name of Michael J. Miske.

_____ NO   _____ YES

(i) $300,372.85 in funds seized from Bank of Hawaii, Account #XXXXX415, held in the name of Kama'aina Termite and Pest Control, Inc.

_____ NO   _____ YES

(j) $1,063,427.35 in funds seized from Bank of Hawaii, Account #XXXXXXX602, held in the name of Kama'aina Termite and Pest Control, Inc.

_____ NO   _____ YES

(k) $206,725.80 in funds seized from Bank of Hawaii, Account #XXXXX414, held in the name of Oahu Termite and Pest Management LLC, dba Oahu Termite and Pest Control LLC.

_____ NO   _____ YES

(l) $170,105.72 in funds seized from Bank of Hawaii, Account #XXXXXXX218, held in the name of Oahu Termite and Pest Management LLC, dba Oahu Termite and Pest Control LLC.

_____ NO   _____ YES

(m) $22,710.48 in funds seized from Bank of Hawaii, Account #XXXXX220, held in the name of Kama'aina Plumbing and Renovations LLC.

_____ NO   _____ YES

(n) Bank of Hawaii Cashier's Check No. 429111 in the amount of $1,162,826.76 payable to Kama'aina Termite and Pest Control.

_____ NO   _____ YES

(o) 1951 Volkswagen, VIN 10234188, Hawaii License Plate: SYB865, Registered Owner: Hawaii Partners LLC.

_____ NO   _____ YES

(p) 1956 Volkswagen, VIN 109382821, Hawaii License Plate: 56VDUB, Registered Owner: Hawaii Partners LLC.

_____ NO   _____ YES

(q) 1957 Volkswagen, VIN: 1529889, Hawaii License Plate: BBYGRL, Registered Owner: Hawaii Partners LLC.

_____ NO   _____ YES

(r) 1961 Volkswagen Van, VIN: 685167, Hawaii License Plate: SYB762, Registered Owner: Hawaii Partners LLC.

_____ NO   _____ YES

(s) 1970 Ford Bronco, VIN: U15GLG85573, Hawaii License Plate: TTY105, Registered Owner: Hawaii Partners LLC.

_____ NO   _____ YES

(t) Painting entitled "Ludavico & Ludovio" by RETNA.

_____ NO   _____ YES

(u) Painting entitled "Watermark" by RETNA.

_____ NO   _____ YES

    (v)    Painting entitled "Forever Young" by RETNA.

        _____ NO            _____ YES

    (w)    Painting entitled "Sangre Oscura" by RETNA.

        _____ NO            _____ YES

    (x)    Painting entitled "Graffiti Does It" by OG Slick;

        _____ NO            _____ YES

    (y)    Sculpture entitled "Slick Skull" by OG Slick.

        _____ NO            _____ YES

    (z)    Sculpture entitled "Uzi Does It" by OG Slick.

        _____ NO            _____ YES

    (aa)    Painting entitled "Speaking in Tongues" by Alex "DEFER" Kizu.

        _____ NO            _____ YES

    (bb)    Painting entitled "Spiritual Language" by Alex "DEFER" Kizu.

        _____ NO            _____ YES

    (cc)    Painting with unknown title by David Flores.

        _____ NO            _____ YES

**Please Turn to the Next Page to have the jury foreperson sign and date this Special Verdict Form.**

DATED: _____, 2024 at Honolulu, Hawaiʻi.

SIGNED: _____
                JURY FOREPERSON