Case 1:19-cr-00099-DKW-KJM    Document 1746-8    Filed 07/24/24    Page 1 of 12
                                    PageID.23214
Case 1:19-cr-00099-DKW-KJM    Document 1308    Filed 02/11/24    Page 1 of 13    PageID.12448

MICHAEL J. KENNEDY
Law Offices of Michael Jerome Kennedy, PLLC
Nevada State Bar #10103; California State Bar #193901
333 Flint Street, Reno NV 89501
775-221-7100 (office); 775-233-0914 (mobile)
Email: michael@mjkennedylaw.com
LYNN E. PANAGAKOS   7696
841 Bishop Street, Suite 2201
Honolulu, Hawai`i  96813
Telephone: (808) 542-9943
E-mail: lynnpanagakos@yahoo.com

*Attorneys for Michael J. Miske, Jr. (01)*

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 2 4 2024

at ___ o'clock and ___ min. ___ M
Lucy H. Carrillo, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| UNITED STATES OF AMERICA, | CR. NO. 19-00099-DKW-KJM |
|---|---|
| Plaintiff, | **DEFENDANT MICHAEL J. MISKE, JR.'S NINTH SUPPLEMENTAL EXHIBIT LIST; CERTIFICATE OF SERVICE** |
| vs. | |
| MICHAEL J. MISKE, JR. (01), | |
| Defendant. | |

### DEFENDANT'S NINTH SUPPLEMENTAL EXHIBIT LIST

Mr. Miske respectfully submits his ninth supplemental exhibit list.[1]

DATED: February 11, 2024.

*/s/Michael J. Kennedy*
MICHAEL J. KENNEDY
*/s/ Lynn E. Panagakos*
LYNN E. PANAGAKOS
Counsel for Defendant
MICHAEL J. MISKE, JR (01)

---

[1] Mr. Miske reserves the right to add to, delete from, or otherwise modify this list during the course of trial. See ECF No. 1272, PageID.11971, n.1.

# UNITED STATES DISTRICT COURT
# DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>MICHAEL J. MISKE JR. et al. | NINTH SUPPLEMENTAL<br>EXHIBIT LIST<br>CR. NO. 19-00099 DKW |

| Presiding Judge:<br>Hon. Derrick K. Watson | Plaintiff's Attorneys:<br>Mark A. Inciong<br>Michael D. Nammar<br>W. KeAupuni Akina | Defense Attorneys:<br>Lynn Panagakos<br>Michael Kennedy |
|---|---|---|
| Trial Date:<br>January 8, 2024 | Court Reporter:<br>Gloria Bediamol | Courtroom Deputy:<br>Tammy Kimura |

| Exhibit No. | Marked | ID Only | Admitted | Description |
|---|---|---|---|---|
| 7100-006 | | | | HPD Report 17-082602; 00197778 |
| 7100-007 | | | | HPD Report 17-083982; 00197893 |
| 7100-008 | | | | HPD Report 17-127072; 00197908 |
| 7100-009 | | | | HPD Follow Up Report 17-127072; 00014017 |
| 9000-032 | | | | FD-302 re 1/29/24 interview with Ashlin Akau |
| 9003-022 | | | | FD-302 re 1/24/24 interview with Daniel Lee Miller |
| 9003-023 | | | | DHS Report of Investigation re 5/13/21 Daniel Miller |
| 9008-010 | | | | 1B491 – Text messages between Mike Miske "Mikey Miske" 8087293034 and Kaulana Freitas 8085851944 – 12/31/14 to 01/01/15 |

| Exhibit No. | Marked | ID Only | Admitted | Description |
|---|---|---|---|---|
| 9008-011 | | | | 1B533 – Signal chat between Mike Miske "MJ" 8083752981 and Kaulana Freitas 8085851944 – 2/5/20 to 2/10/20 |
| 9008-012 | | | 2/16/24 | 1B533 – Signal chat between Mike Miske "MJ" 8083752981 and Kaulana Freitas 8085851944 – 2/5/20 to 2/10/20 - Attached Video "IMG_0553.mp4" |
| 9008-013 | | | | 1B533 – Signal chat between Mike Miske "MJ" 8083752981 and Kaulana Freitas 8085851944 – 1/29/20 |
| 9008-014 | | | | 1B533 – Signal chat between Mike Miske "MJ" 8083752981 and Kaulana Freitas 8085851944 – 2/3/20 |
| 9008-015 | | | 2/16/24 | 1B533 – Signal chat between Mike Miske "MJ" 8083752981 and Kaulana Freitas 8085851944 – 1/13/20 to 5/21/20 |
| 9008-016 | | | 2/16/24 | 1B533 – Signal chat between Mike Miske "MJ" 8083752981 and Kaulana Freitas 8085851944 – 1/13/20 to 5/21/20 – Attached Video – "IMG_1346.mp4" |
| 9008-017 | | | | 1B533 – Signal chat between Mike Miske "MJ" 8083752981 and Kaulana Freitas 8085851944 – 1/13/20 to 5/21/20 – Attached Video – "IMG_1347.mp4" |
| 9008-018 | | | | 1B533 – Signal chat between Mike Miske "MJ" 8083752981 and Kaulana Freitas 8085851944 – 12/2/19 to 1/8/20 |
| 9008-019 | | | | 1B533 – Signal chat between Mike Miske "MJ" 8083752981 and Kaulana Freitas 8085851944 – 3/21/20 |

| Exhibit No. | Marked | ID Only | Admitted | Description |
|---|---|---|---|---|
| 9008-020 | | | | 1B533 – Signal chat between Mike Miske "MJ" 8083752981 and Kaulana Freitas 8085851944 – 11/27/19 to 11/28/19 |
| 9008-021 | | | | 1B491 – Text messages between Mike Miske "Mm" 8084395220 and Kaulana Freitas 8085851944 – 5/21/15 |
| 9008-022 | | | | 1B491 – Text messages between Mike Miske "Mm" 8084395220 and Kaulana Freitas 8085851944 – 6/12/15 |
| 9008-023 | | | | 1B491 – Text messages between "Chad Duncan" 8083661122 and Kaulana Freitas 8085427019 – 1/30/16 to 2/2/16 |
| 9008-024 | | | | 1B491 – Text messages between "Chad Duncan" 8083661122 and Kaulana Freitas 8085427019 – 2/4/16 |
| 9008-025 | | | | 1B491 – Text messages between "Chad Duncan" 8083661122 and Kaulana Freitas 8085427019 – 4/7/16 to 4/8/16 |
| 9008-026 | | | | 1B491 – Text messages between "Chad Duncan" 8083661122 and Kaulana Freitas 8085427019 – 4/7/16 |
| 9008-027 | | | | 1B491 – Text messages between "Chad Duncan" 8083661122 and Kaulana Freitas 8085427019 – 2/11/16 |
| 9008-028 | | | | 1B491 – Text messages between "Chad Duncan" 8083661122 and Kaulana Freitas 8085427019 – 2/8/16 to 2/13/16 |
| 9008-029 | | | | 1B491 – Text messages between "Chad Duncan" 8083661122 and Kaulana Freitas 8085427019 – 1/25/16 to 1/29/16 |

Case 1:19-cr-00099-DKW-KJM  Document 1746-8  Filed 07/24/24  Page 5 of 12
PageID.12452
Case 1:19-cr-00099-DKW-KJM  Document 1368  Filed 02/11/24  Page 5 of 13  PageID.23218

| Exhibit No. | Marked | ID Only | Admitted | Description |
|---|---|---|---|---|
| 9008-030 | | | | 1B491 – Text messages between "Chad Duncan" 8083661122 and Kaulana Freitas 8085427019 – 4/9/16 to 4/10/16 |
| 9008-031 | | | | 1B491 – Text messages between "Chad Duncan" 8083661122 and Kaulana Freitas 8085427019 – 9/4/16 |
| 9008-032 | | | | 1B491 – Text messages between "Chad Duncan" 8083661122 and Kaulana Freitas 8085427019 – 10/6/15 to 10/10/15 |
| 9008-033 | | | | 1B491 – Text messages between "Denny" 8085970157 and Kaulana Freitas 8086203207 – 3/21/15 to 5/12/15 |
| 9008-034 | | | | 1B491 – Text messages between Mike Miske 8085948636 and Kaulana Freitas 8085427019 – 10/28/15 |
| 9008-035 | | | | 1B491 – Text messages between 8088594683 and Kaulana Freitas 8085427019 – 10/15/15 |
| 9008-036 | | | | 1B491 – Group text messages with "M John Blane", "M Kalani Laraine", "M Derika", "Clair" and Kaulana Freitas 8085427019 – 3/13/15 |
| 9008-037 | | | | 1B491 – Group text messages with "M John Blane", "Frankie", "Isahia Bush", 8083989042 and Kaulana Freitas 8084559177 – 3/13/15 |
| 9008-038 | | | | 1B491 – Text messages between Jake Smith 8084796281 and Kaulana Freitas 8085427019 – 4/27/16 |
| 9008-039 | | | | 1B491 – Group SMS messages between John Stancil, Isahia Bush and Kaulana Freitas 8085427019 – 5/1/16 |
| 9008-040 | | | | 1B491 – Text messages between Jake Smith 8084796281 and Kaulana Freitas 8085427019 – 4/22/16 |

| Exhibit No. | Marked | ID Only | Admitted | Description |
|---|---|---|---|---|
| 9008-041 | | | | 1B491 – Text messages between Jake Smith 8084796281 and Kaulana Freitas 8085427019 – 5/10/16 to 5/11/16 |
| 9008-042 | | | | 1B491 – Text messages between Jake Smith 8084796281 and Kaulana Freitas 8085427019 – 4/23/16 |
| 9008-043 | | | | 1B491 – Text messages between Jake Smith 8084796281 and Kaulana Freitas 8085427019 – 4/26/16 |
| 9008-044 | | | | 1B491 – Text messages between "Mele" 8086498639 and Kaulana Freitas 8085427019 – 1/5/16 to 1/6/16 |
| 9008-045 | | | | 1B491 – Text messages between Mike Miske 8087293034 and Kaulana Freitas 8085427019 – 2/20/15 |
| 9008-046 | | | | 1B491 – Text messages between Mike Miske 8087293034 and Kaulana Freitas 8085427019 – 12/29/14 |
| 9008-047 | | | | 1B491 – Text messages between Mike Miske 8084395220 and Kaulana Freitas 8085427019 – 7/7/15 |
| 9008-048 | | | | 1B491 – Group text messages between Mike Miske 8084395220, "bossman Dan". "Jason_mnlhnl", "M John Blane" and Kaulana Freitas 8085427019 – 9/25/15 |
| 9008-049 | | | | 1B491 – Text messages between Mike Miske 8087293034 and Kaulana Freitas 8085427019 – 1/3/15 |
| 9008-050 | | | | 1B491 – Text messages between Mike Miske 8087293034 and Kaulana Freitas 8085427019 – 1/4/15 to 3/15/15 |

| Exhibit No. | Marked | ID Only | Admitted | Description |
|---|---|---|---|---|
| 9008-051 | | | | 1B491 – Text messages between Mike Miske 8084395220 and Kaulana Freitas 8085427019 – 4/16/15 |
| 9008-052 | | | | 1B491 – Text messages between Mike Miske 8087293034 and Kaulana Freitas 8085427019 – 12/30/14 |
| 9008-053 | | | | 1B491 – Text messages between Mike Miske 8084395220 and Kaulana Freitas 8085427019 – 5/20/15 |
| 9008-054 | | | | 1B491 – Text messages between Mike Miske 8084395220 and Kaulana Freitas 8085427019 – 4/21/15 to 4/22/15 |
| 9008-055 | | | | 1B491 – Text messages between Mike Miske 8084395220 and Kaulana Freitas 8085427019 – 4/9/15 |
| 9008-056 | | | | 1B491 – Text messages between Mike Miske 8087293034 and Kaulana Freitas 8085427019 – 2/20/15 |
| 9008-057 | | | | 1B491 – Text messages between Mike Miske 8087293034 and Kaulana Freitas 8085427019 – 2/18/15 |
| 9008-058 | | | | 1B491 – Text messages between "Witney Miss_witney" 8082064197 and Kaulana Freitas 8085427019 – 5/2/16 to 5/8/16 |
| 9008-059 | | | | 1B491 – Text messages between "Nicole" 8086700455 and Kaulana Freitas 8085427019 – 3/26/16 to 5/6/16 |
| 9008-060 | | | | 1B491 – Text messages between Mike Miske 8087293034 and Kaulana Freitas 8085427019 – 1/3/15 to 1/4/15 |

| Exhibit No. | Marked | ID Only | Admitted | Description |
|---|---|---|---|---|
| 9008-061 | | | | 1B491 – Text messages between "Ashley M" 8084422216 "M Rianne" 9096801132 and Kaulana Freitas 8085427019 – 3/29/16 |
| 9008-062 | | | | 1B471 – WhatsApp messages between Kelii Ivester "Kama'aina Plumbing" and Kaulana Freitas 8085851944 – 5/15/18 to 5/16/18 |
| 9008-063 | | | | 1B471 – WhatsApp messages between Kelii Ivester "Kama'aina Plumbing" and Kaulana Freitas 8085851944 – 5/19/18 |
| 9008-064 | | | | 1B471 – WhatsApp messages between Kelii Ivester "Kama'aina Plumbing" and Kaulana Freitas 8085851944 – 5/21/18 to 5/23/18 |
| 9008-065 | | | | 1B471 – WhatsApp messages between Kelii Ivester "Kama'aina Plumbing" and Kaulana Freitas 8085851944 – 5/24/18 |
| 9008-066 | | | | 1B471 – WhatsApp messages between Kelii Ivester "Kama'aina Plumbing" and Kaulana Freitas 8085851944 – 5/30/18 |
| 9008-067 | | | | 1B471 – WhatsApp messages between Kelii Ivester "Kama'aina Plumbing" and Kaulana Freitas 8085851944 – 6/12/18 |
| 9008-068 | | | | 1B471 – WhatsApp messages between Kelii Ivester "Kama'aina Plumbing" and Kaulana Freitas 8085851944 – 6/17/18 |
| 9008-069 | | | | 1B471 – WhatsApp messages between Kelii Ivester "Kama'aina Plumbing" and Kaulana Freitas 8085851944 – 6/16/18 & 6/23/18 |
| 9008-070 | | | | 1B471 – WhatsApp messages between Kelii Ivester "Kama'aina Plumbing" and Kaulana Freitas 8085851944 – 8/18/18 |

| Exhibit No. | Marked | ID Only | Admitted | Description |
|---|---|---|---|---|
| 9008-071 | | | | 4/03/23 IRS Memorandum of Interview re Jake Luedtke; 00416341 |
| 9012-012a | | | 2/13/24 | 9012-012-0034; photograph from ATF Case File 787025-18-0032; 00289083 |
| 9012-012b | | | 2/13/24 | 9012-012-0038; photograph from ATF Case File 787025-18-0032; 00289083 |
| 9012-012c | | | 2/13/24 | 9012-012-0055; photograph from ATF Case File 787025-18-0032; 00289083 |
| 9012-012d | | | | 9012-012-0056; photograph from ATF Case File 787025-18-0032; 00289083 |
| 9012-012e | | | 2/13/24 | 9012-012-0061; photograph from ATF Case File 787025-18-0032; 00289083 |
| 9013-143 | | | | FD-302 re 10/25/22 interview with Jacob Smith; 00453601 |
| 9018-061 | | | | ATF Report of Investigation #10 dated 6/19/17; 00216721 |
| 9018-062 | | | | ATF Report of Investigation #14 dated 6/28/17; 00216741 |
| 9018-063 | | | | ATF Report of Investigation #3 dated 5/31/17; 00217333 |
| 9018-064 | | | | ATF Report of Investigation #13 dated 5/28/17; 00217380 |
| 9051-053 | | | | 10/03/23 Memorandum of Interview re Sara Tufele; 00456602 |
| 9051-054 | | | | DCCA Business information re Aloha Ola Enterprises LLC |

| Exhibit No. | Marked | ID Only | Admitted | Description |
|---|---|---|---|---|
| 9051-055 | | | | 1B 415 (Wayne Miller cellphone) SMS Extraction Report re 808-589-6244 (Mai) |
| 9051-056 | | | | Excerpt of Government Exhibit 9-0113, Wayne Miller TWIC Application |
| 9077-002 | | | | 2/06/2024 DHS Follow-Up Interview with Esteban Munoz |
| 9145-009 | | | | 2/01/24 Follow up Interview with HPD Sergeant Jared Spiker |
| 9221-106 | | | | FD-302 re 5/10/18 return of 1B173 – 1B176 to Delia-Anne Fabro; 00292692 |
| 9287-004 | | | | DHS Report of Interview re 1/09/24 interview of Alexander Kim |
| 9372-003 | ✓ | | 2/20/24 | Photograph of Encore |
| 9372-004 | ✓ | | ✓ | Photograph of Encore |
| 9372-005 | ✓ | | ✓ | Photograph of Encore   No Exhibit |
| 9372-006 | | | | PBN Article 11/28/16 Real Estate Broker to Take Over Operations of Former M Nightclub |
| 9372-007 | | | | 12/07/23 Jason Yokoyama Proffer Agreement; 00443218 |
| 9372-008 | | | | FD-302 re 12/08/23 interview with Jason Yokoyama; 00474777 |
| 9372-009 | | | | FD-302 re 12/20/23 interview with Jason Yokoyama; 00474753 |
| 9402-001 | | | | 6/13/18 FBI Import Form re Timothy Cusack missing Persons Sighting; 00029169 |

| Exhibit No. | Marked | ID Only | Admitted | Description |
|---|---|---|---|---|
| 9402-002 | | | | 6/13/18 Incident Summary re Missing Persons Sighting; 00029171 |
| 9402-003 | | | | FD-302 re 2/21/19 telephone call with Timothy Cusack; 00034987 |
| 9402-004 | | | | FD-302 re 8/27/21 contact with Timothy Cusack; 00337094 |
| 9403-001 | | | | FD-302 re 5/30/18 interview of Mark Adams; 00272133 |
| 9404-001 | | | | FD-302 re 1/12/21 interview with Stefan Kim; 00384204 |
| 9405-001 | | | | DHS Report of Investigation re 12/02/22 Interview of Afshan Modaresi; 00403557 |
| 9405-002 | | | | DHS Report of Investigation re 1/04/23 Interview of Majid Modaresi; 00406053 |
| 9405-003 | | | | DHS Report of Investigation re 1/11/23 Photographs taken at/in the Vicinity of 4 Wheel Auto; 00406414 |
| 9406-001 | | | | FD-302 re 11/01/23 interview with Sterling Pedro; 00439055 |
| 9407-001 | | | | 11/02/23 Memorandum of Interview with Ty Torco; 00471099 |
| 9408-001 | | | | FD-302 re 1/09/24 interview with Isaiah Keao Cash; 00479944 |

| Exhibit No. | Marked | ID Only | Admitted | Description |
|---|---|---|---|---|
| 9409-001 | | | | DHS Report of Investigation 1/26/24 Interview of Angela Yoshioka; 00479994 |
| 9410-001 | | | | HPD Incident Report 05/066-712 re K. Kendro; 00187788 |
| 9410-002 | | | | DHS Report of Investigation re 10/30/23 Interview of Aine Kendro; 00439077 |
| 9411-001 | | | | FD-302 re 9/19/23 interview with Jay Reylubong |