1                IN THE UNITED STATES DISTRICT COURT

2                   FOR THE DISTRICT OF HAWAII

3

   UNITED STATES OF AMERICA,    )    CRIMINAL NO. 19-00099-DKW
4                                )
                Plaintiff,       )    Honolulu, Hawaii
5                                )
        vs.                      )    July 12, 2024
6                                )
   MICHAEL J. MISKE, JR.,        )    DEFENSE CLOSING ARGUMENTS,
7                                )    GOVERNMENT'S REBUTTAL
                Defendant.       )
8   _____)

9

              PARTIAL TRANSCRIPT OF JURY TRIAL (DAY 99)
10            BEFORE THE HONORABLE DERRICK K. WATSON,
              CHIEF UNITED STATES DISTRICT COURT JUDGE
11
   APPEARANCES:
12
   For the Plaintiff:            MARK INCIONG, ESQ.
13                               MICHAEL DAVID NAMMAR, ESQ
                                 WILLIAM KE AUPUNI AKINA, ESQ.
14                               AISLINN AFFINITO, ESQ.
                                 Office of the United States Attorney
15                               PJKK Federal Building
                                 300 Ala Moana Boulevard, Suite 6100
16                               Honolulu, Hawaii  96850

17  For the Defendant:           LYNN E. PANAGAKOS, ESQ.
                                 841 Bishop St., Ste 2201
18                               Honolulu, HI 96813

19                               MICHAEL JEROME KENNEDY, ESQ.
                                 Law Offices of Michael Jerome
20                               Kennedy, PLLC
                                 333 Flint Street
21                               Reno, NV 89501

22  Official Court Reporter:     Gloria T. Bediamol, RPR RMR CRR FCRR
                                 United States District Court
23                               300 Ala Moana Boulevard
                                 Honolulu, Hawaii 96850
24
     Proceedings recorded by machine shorthand, transcript produced
25   with computer-aided transcription (CAT).

1    July 12, 2024                                      8:36 a.m.

08:36AM   2            THE CLERK:  Criminal Number 19-00099-DKW-KJM, United

08:36AM   3    States of America versus Michael J. Miske, Jr.

08:36AM   4            This case has been called for jury trial, Day 99.

08:36AM   5    Closing for defendant to be followed by government's rebuttal

08:36AM   6    closing.

08:36AM   7            Counsel, please make your appearances for the record.

08:36AM   8            MR. INCIONG:  Good morning, Your Honor.  Mark Inciong,

08:36AM   9    KeAupuni Akina, Michael Nammar and Aislinn Affinito for the

08:36AM   10   United States.  Also with us is our paralegal Kari Sherman and

08:36AM   11   our case agent FBI Special Agent Thomas Palmer.  Good morning.

08:36AM   12           THE COURT:  Good morning.

08:36AM   13           MR. KENNEDY:  Good morning, Your Honor.  Michael

08:36AM   14   Kennedy with Lynn Panagakos, Michael Miske, Ashley King and

08:36AM   15   Josh Barry.  Good morning to each of you.

08:36AM   16           THE COURT:  Good morning.  You may be seated.

08:36AM   17           Good morning to our jurors.  We will likely have a

08:36AM   18   schedule today that is very, very similar to what you

08:36AM   19   experienced yesterday, meaning I expect there will be a short

08:36AM   20   break sometime midmorning with a standard hour or so lunch

08:37AM   21   break right around 12:30, kind of just like what we did

08:37AM   22   yesterday, and we will go into the afternoon also like we did

08:37AM   23   yesterday.

08:37AM   24           There will be more that I can tell you about the

08:37AM   25   schedule thereafter.  That will await the end of the trial day.

| | | |
|---|---|---|
| 08:37AM | 1 | Mr. Kennedy. |
| 08:37AM | 2 | MR. KENNEDY:  Eight years later after all this |
| 08:37AM | 3 | investigation, after all this time, after all this money, the |
| 08:37AM | 4 | government still can't answer what common sense tells you are |
| 08:37AM | 5 | important questions.  One, who killed, who aided and abetted, |
| 08:37AM | 6 | who, how, where, when and why with Mr. Frasure?  And they bring |
| 08:38AM | 7 | to you a case not based on circumstantial evidence but rank |
| 08:38AM | 8 | speculation.  That is one simple truth here. |
| 08:38AM | 9 | Another simple truth is when you rely upon the |
| 08:38AM | 10 | unreliable, this is where you end up.  The prosecution and the |
| 08:38AM | 11 | FBI has relied upon the unreliable here.  And when you have -- |
| 08:38AM | 12 | when you rely on the unreliable, what you end up with is |
| 08:38AM | 13 | reasonable doubt. |
| 08:38AM | 14 | So let's get started. |
| 08:38AM | 15 | When I started back in January, I said, Good morning, |
| 08:38AM | 16 | Your Honors, because each of you were judges then, and judges |
| 08:38AM | 17 | now.  So I hope to get through this in an efficient way.  And |
| 08:39AM | 18 | where I want to begin is with divergent paths. |
| 08:39AM | 19 | In 2001, Wayne Miller committed a bank robbery where |
| 08:39AM | 20 | he went into the bank with a short sawed gun with others, fired |
| 08:39AM | 21 | it off, and was sentenced to prison.  It happened in 2005. |
| 08:39AM | 22 | Between that time he went to work in Las Vegas, but only worked |
| 08:39AM | 23 | for a couple of days with Edward Freitas. |
| 08:39AM | 24 | Now in 2001, Michael Miske, who I have the honor of |
| 08:39AM | 25 | representing here, was getting Kama'aina Termite and Pest |

08:39AM   1    Control started.  He got it started with Harry Kansaki, his
08:39AM   2    mentor.  He had a business and he was beginning his business,
08:39AM   3    and he was working for his living, while Wayne Miller was doing
08:40AM   4    what he does, deal drugs with people.  So in 2005 Mr. Miller
08:40AM   5    ended up finally having to pay for that bank robbery and the
08:40AM   6    other one, and so he went off to prison.
08:40AM   7         By 2005, Mr. Miske, his business was moving -- and
08:40AM   8    we'll go through that at the end -- in terms of adding people,
08:40AM   9    paying taxes, working for a living, earning a living.  Not
08:40AM   10   stealing and ripping and taking and fooling people.
08:40AM   11        So between 2005 and 2013, Mr. Miller, as you heard
08:40AM   12   during cross-examination, was in prison, and he had two
08:40AM   13   choices.  We went over that on cross-examination.  One, you can
08:40AM   14   decide to do better.  You can decide to get out, you can decide
08:40AM   15   to change your life around.  Similar to what Ryan Teramoto did
08:40AM   16   when he went away for a year, and Mr. Miske told him, You had a
08:41AM   17   job with me before; you get out, you have a job with me after.
08:41AM   18   And what that happened for Ryan Teramoto was he worked for
08:41AM   19   Mr. Miske, he then started his own business in 2009.  Mr. Miske
08:41AM   20   was his RME during that time and helped him get started with
08:41AM   21   Certified, and changed his life around.
08:41AM   22        Now, that's one path.  There's another path.  You
08:41AM   23   spend your time while you're in from 2015 -- 2005 to 2013 with
08:41AM   24   other people who are criminals to learn the craft.  And by the
08:41AM   25   time Mr. Miller got out in 2013, went to the halfway house, and

08:41AM 1    then in 2014 moved down to Pearl City, he had that choice. He

08:41AM 2    could have had a job. He could have done it the way that Ryan

08:41AM 3    Teramoto did. But he did not. He started dealing kilos and

08:42AM 4    kilos and kilos of drugs. Methamphetamine and cocaine.

08:42AM 5    Eventually he ended up with a $2,000 a day habit on oxycodone.

08:42AM 6         And so that's what he did with the Gursh drug

08:42AM 7    trafficking organization. Wayne Kahale Gursh, Wilcox -- Justin

08:42AM 8    Wilcox, otherwise known as Ali'i, along with Wayne Miller, Sam

08:42AM 9    Kuuana, Mike Buntenbah, and Harry Kauhi, otherwise known as

08:42AM 10   Harry Boy. And that continued from 2014 all the way up to his

08:42AM 11   arrest in 2018, on August 1st, when we questioned him about

08:42AM 12   what you bring to a probation interview.

08:43AM 13        During that time Mr. Miske was, you will see and have

08:43AM 14   seen, was employing more than a hundred people. His business

08:43AM 15   had grown, and in the opening I shared with you the innovative

08:43AM 16   projects, the iconic places and the cultural treasures that his

08:43AM 17   business was doing. Divergent paths.

08:43AM 18        And what was Mr. Miller's path? He fooled the

08:43AM 19   probation office. He fooled the court. He fooled the FBI. He

08:43AM 20   fooled the United States Attorney's office. And once he got

08:43AM 21   caught, he kept fooling them. And what he asked of you was to

08:44AM 22   be fooled too.

08:44AM 23        I say enough. This was the organization, the

08:44AM 24   enterprise that Wayne Miller was about. You heard the

08:44AM 25   testimony in terms of the trips to Las Vegas, the kilos, all of

08:44AM    1    what he was selling during that time.

08:44AM    2            Now, you might say, Mike was a friend of him.  Why

08:44AM    3    didn't he just cut him off during that time?  Well, it all goes

08:44AM    4    back to when your dad swallows cyanide at six years old, you

08:44AM    5    have a little bit of a sense of abandonment.  You don't want to

08:44AM    6    leave the people behind.  You could see the good in people.

08:44AM    7    But Mr. Miller fooled the court, the probation office, the FBI,

08:45AM    8    the U.S. Attorney's office, and he fooled Michael Miske too.

08:45AM    9            And what was he doing?  We don't have the slide, but

08:45AM   10    if you remember that $1.4 million machine, once he got to the

08:45AM   11    movies and got a real job, what he was really interested in was

08:45AM   12    stealing that with Dusky Toledo and getting the $400,000

08:45AM   13    reward.  Even when he gained employment, it was still crime,

08:45AM   14    which is why he brought a .22 with a silencer to a probation

08:45AM   15    interview.  When he was finally caught about six weeks before,

08:45AM   16    he finally sold to a DEA undercover agent.  That was his path.

08:45AM   17    When you rely upon the unreliable and you continue to rely,

08:45AM   18    what you end up with is reasonable doubt.  That's the truck

08:45AM   19    they were going to use.

08:46AM   20            Now, reasonable doubt, this is the instruction that

08:46AM   21    you have.  Defendant is presumed to be innocent unless and

08:46AM   22    until proven to be reasonable -- beyond a reasonable doubt

08:46AM   23    guilty.  And a reasonable doubt is based on reason and common

08:46AM   24    sense, and may arise from the careful and impartial

08:46AM   25    consideration of the evidence or the lack thereof, who was

08:46AM   1   brought to you and who was not.  Proof beyond a reasonable
08:46AM   2   doubt is what leaves you firmly convinced, firmly convinced
08:46AM   3   that no doubt exists in your mind to keep you from voting
08:46AM   4   guilty.
08:46AM   5        Let me tell you what it's not.  What it's not is
08:47AM   6   believe not guilty, highly unlikely, less than likely, probably
08:47AM   7   not, unlikely, possibly not, may not, perhaps.  Those are
08:47AM   8   pretty common sense.  But suspected, people suspect things all
08:47AM   9   the time.  That doesn't make them guilty beyond a reasonable
08:47AM  10   doubt.  Possibly, probably, likely, even believed, even
08:47AM  11   believed, because what's required is proof.  Proof.  If after
08:47AM  12   careful and impartial consideration with your fellow jurors of
08:47AM  13   all the evidence you are not convinced beyond a reasonable
08:47AM  14   doubt that the defendant is guilty, it is your duty to find him
08:47AM  15   not guilty.
08:48AM  16        Now, I want to talk about cooperation versus
08:48AM  17   collusion.  This is another instruction that you have which
08:48AM  18   basically says we have many folks in this case who have entered
08:48AM  19   into plea agreements and have cooperated.  You have to judge
08:48AM  20   their testimony.  You have also heard testimony from witnesses
08:48AM  21   who have received benefits or favored treatment from the
08:48AM  22   government in connection with the case.  You should consider
08:48AM  23   these witnesses' testimony with greater caution than that of
08:48AM  24   other reasons.  Common sense.
08:48AM  25        Somebody is looking at the rest of their life in

08:48AM    1    prison, taking away every joy that exists outside those prison
08:48AM    2    walls, compared to spending their time with the folks they
08:49AM    3    love.  Would they lie?  And does the oath mean anything to them
08:49AM    4    when they lived their life in a manner in which it never has
08:49AM    5    before?
08:49AM    6              Now, Special Agent Knorr said that Wayne Miller was
08:49AM    7    not an FBI informant; that he didn't meet the requirements of
08:49AM    8    an informant.  I guess he wasn't trustworthy from the start is
08:49AM    9    what he was trying to convey.
08:49AM   10              However, during this trial questions were asked, Did
08:49AM   11    you begin cooperating and acting as an informant for the FBI?
08:49AM   12    by the prosecution.  The answer was yes.  They asked the
08:49AM   13    question, not me.
08:49AM   14              Did they explain to you that there were certain rules
08:49AM   15    that you had to follow as part of that?  Yes.
08:49AM   16              What was one of those, that you had to obey the law?
08:49AM   17    Yes.
08:50AM   18              You could not be committing any crimes?  Yes.
08:50AM   19              Did you follow that?  No.
08:50AM   20              What were you doing?  I still continued to live my
08:50AM   21    life.  I stopped nothing that I was doing just because I was
08:50AM   22    working with the FBI.  I still continued to sell drugs.  I
08:50AM   23    still continued to rip people.  I still continued to -- yeah,
08:50AM   24    nothing stopped.
08:50AM   25              You left your son, you left -- left Ms. Tufele, and

08:50AM   1   you have abandoned them, and you were living on South King

08:50AM   2   Street in Honolulu.  Yes, sir.

08:50AM   3            Now, you told this jury that you were cooperating that

08:50AM   4   day, correct?  Yes, sir.

08:51AM   5            And that you were -- know that you are looking at life

08:51AM   6   that day.  Yes, sir.

08:51AM   7            You knew that you had a conviction for a 924(c), using

08:51AM   8   a firearm during and in relation to a crime of violence in

08:51AM   9   2005.  Correct.

08:51AM   10           And you quickly learned that when you get a second

08:51AM   11  one, which is a silencer equipped with a firearm, is mandatory

08:51AM   12  life in prison.  You learned that, didn't you?  Yes, sir.

08:51AM   13           Talk a little bit about self-preservation, testimony

08:51AM   14  of Wayne Miller.  You would never see your son outside the

08:51AM   15  prison walls.  He answered that question.  No parks, no

08:51AM   16  birthdays, no first dance, no watching him grow, no moments

08:52AM   17  that parents treasure, would be told what he can and can't do

08:52AM   18  for life from the moment he gets up to the moment he goes to

08:52AM   19  sleep, week after week, month after month, year after year.

08:52AM   20  And what isn't there, till you lay your head for rest and

08:52AM   21  you're no longer on this planet and you're no longer alive.  So

08:52AM   22  life without is no life at all.  And when you've been fooling

08:52AM   23  people all along, the oath doesn't mean a thing.

08:52AM   24           Now, as an informant, you met with the FBI in June of

08:52AM   25  2017.  Do you recall that, sir?  Yes, sir.

08:52AM   1              You met them again in August 2017?  Yes, sir.

08:53AM   2              You met with them in November 2017?  Yes, sir.

08:53AM   3              And you met with them in the months in 2018?  Yes,

08:53AM   4      sir.

08:53AM   5              And you probably met with them and were interviewed at

08:53AM   6      least a half dozen or more times.  Way more than that, sir.

08:53AM   7      All the while committing crimes.  All the while fooling the

08:53AM   8      FBI.  Way more than that.

08:53AM   9              All right.  And this was all during the time you

08:53AM   10     continued to fool the court, the probation office, and the FBI

08:53AM   11     about what you were doing.  Yes, sir.

08:53AM   12             Now, let's talk about the Federal Detention Center

08:53AM   13     collusion.  If we had a stool with three legs where on one leg

08:53AM   14     is the prosecution, on one leg is the investigation, on the one

08:53AM   15     leg is the cooperators, and if they are able to get together,

08:54AM   16     cooperation becomes collusion.

08:54AM   17             So let's talk about the FDC collusion.  Did you

08:54AM   18     conspire with Jake Smith or anyone else to blame all of this

08:54AM   19     case on Michael Miske?  No.

08:54AM   20             Have you discussed for even one second with Jake Smith

08:54AM   21     about how you would set up Mike Miske?  That's the question I

08:54AM   22     asked him.  Never.

08:54AM   23             Now Jacob Smith.  And so when you were in the SHU

08:54AM   24     together, the special housing unit, you and Mr. Miller

08:54AM   25     discussed how you were in the same side of the fence right now,

08:54AM   1   and that you were going to sink Michael Miske.

08:54AM   2              You telling me or are you asking me?

08:54AM   3              I asked you the question.

08:54AM   4              I don't recall what we talked about at that time.  You

08:54AM   5   didn't say to the under oath that we are all right he is -- I

08:55AM   6   mean I guess -- I'm guessing he is on the same side of the

08:55AM   7   fence as me right now because he is telling me to sink Mike.  I

08:55AM   8   could have.

08:55AM   9              You could have given that testimony under oath,

08:55AM   10  correct?  Yes.

08:55AM   11             Those were your words under oath, quote:  I'm guessing

08:55AM   12  he's on the same side of the fence as me right now because he

08:55AM   13  is telling me to sink Mike.  Those were your words, right?

08:55AM   14  Yes.

08:55AM   15             Harry Kauhi also was in on it.  Did it go outside of

08:55AM   16  the FDC?

08:55AM   17             Ashlin Akau.  So you were aware by the time of

08:55AM   18  Mr. Miske's arrest in 2020 that Mr. Smith was a cooperating

08:56AM   19  witness.  Correct.

08:56AM   20             And you were aware of Mr. Smith's agenda to,

08:56AM   21  quote/unquote, fuck Mike.  Well, that's what it states here.

08:56AM   22             And that's what you told the agents on June 18, 2019,

08:56AM   23  correct?  Correct.

08:56AM   24             And so after Michael Miske was arrested, what Smith

08:56AM   25  told you was that he was blaming everything on Mike and Johnny,

08:56AM   1   right?  That's what it says.

08:56AM   2            And it was in that context that he was coaching you on

08:56AM   3   what to say to the feds.  That's what it says, yes.

08:56AM   4            And this is in -- this is a report of what you told

08:56AM   5   the agents on August 6, 2020, right?  Okay.

08:56AM   6            So let's get to Counts 5 and 6, the kidnapping

08:56AM   7   allegation, using a facility of interstate commerce resulting

08:57AM   8   in death and the conspiracy to commit kidnapping using a

08:57AM   9   facility of interstate commerce, along with Counts 2 through 4,

08:57AM  10   murder in aid of racketeering, conspiracy to commit murder in

08:57AM  11   aid of racketeering, conspiracy to commit murder for hire

08:57AM  12   resulting in death.  Every one of those counts the verdict

08:57AM  13   should be not guilty, and here's why.

08:57AM  14            Mr. Miske had a phone, and the government determined

08:57AM  15   that that phone would tell you where he was at on July 30th,

08:57AM  16   and they presented that evidence to you.  I brought you

08:57AM  17   additional evidence for the full day.

08:57AM  18            So this was from Josiah Roloff, who is, as you

08:58AM  19   remember, was asked what his rate was for the Department of

08:58AM  20   Defense.  It turns out the same rate for the defense here, but

08:58AM  21   if someone is going to hire him, it's going to be a whole lot

08:58AM  22   more.  And he also works on the prosecution side, he works on

08:58AM  23   the defense side, he says he doesn't discriminate.  What he

08:58AM  24   looks at is hard evidence.

08:58AM  25            So on the morning of July 30th, starting at here

08:58AM   1   12:27:55, you can see in Downtown Honolulu up until the time of

08:58AM   2   4:15 a.m., Michael Miske is downtown.  It's a morning on

08:58AM   3   Saturday.  He owns a nightclub, and the nightclub is right near

08:58AM   4   where the phone is until 4:15.  All right.

08:59AM   5          Now, the government said, Oh, there's a block of time

08:59AM   6   between 4:15 and 1:06 in the morning.  Yeah, it's called

08:59AM   7   driving to home -- your home in Kailua.  It's called sleep.

08:59AM   8          Now, what do we know in between?  What we know is when

08:59AM   9   I asked Wayne Miller this question:  The story you gave the FBI

08:59AM  10   was a van to the boat to the ocean.  Yes.  That's what you told

08:59AM  11   the FBI.  But you told all of you a different story, and he

08:59AM  12   said yes.

08:59AM  13          That is where the van to boat to the ocean story

08:59AM  14   originated.  Which doesn't exist any more because the

08:59AM  15   government itself has discounted that story, because they're

09:00AM  16   not able to prove anything beyond what they claim is

09:00AM  17   circumstantial evidence, which is merely speculation.

09:00AM  18          So on July 27th and July 30th, they went to the Coast

09:00AM  19   Guard to get super secret satellite imagery showing that the

09:00AM  20   Painkiller was in its mooring that morning at 11:00.

09:00AM  21          (Technical difficulty.)

09:00AM  22          MR. KENNEDY:  Oops, did we just lose it?

09:00AM  23          While we are waiting for it to come up, I'll continue

09:01AM  24   because your time is valuable.

09:01AM  25          At 11:25 there is also a satellite imagery of the

09:01AM   1   Painkiller by a different source in its mooring at the Makani

09:01AM   2   Kai Marina, which is in the Windward side of the island north

09:01AM   3   of Kaneohe.  And when you saw the -- when you saw the

09:01AM   4   government's presentation in terms of the cell site location, I

09:01AM   5   asked, Why did you put Kewalo Basin on there when -- who told

09:01AM   6   you to do that?  Well, that came from Wayne Miller to the FBI.

09:01AM   7   But the boat was on the other side of the island.  Another

09:01AM   8   indication that the story was made up.

09:01AM   9           THE CLERK:  IT is coming.

09:01AM  10           MR. KENNEDY:  All right.

09:02AM  11           While we wait for that, let me just take up the time

09:02AM  12   that you have.

09:02AM  13           So what you saw from Joseph -- from Josiah Roloff was

09:02AM  14   at 1:06, you can see he's in the downtown area, "he" being

09:02AM  15   Mr. Miske.

09:02AM  16           Now, the government, if we go back, has a slide of a

09:02AM  17   van in the Hawaii Kai area at 12:56.  Where Mr. Miske is in the

09:02AM  18   downtown area of Honolulu, we know he's not in that van.

09:02AM  19   Whatever significance that van has, we know he's not there.

09:02AM  20   Also Josiah Roloff indicated that from that point, 1:06 up to

09:03AM  21   1:39 and all the way up to 2:00, 2:30, all the way up to around

09:03AM  22   3:05, we know where Mr. Miske is, and he's in the Kahala area

09:03AM  23   and he's near Diamond Head.  The one thing that they do know is

09:03AM  24   that he never during that day was in Hawaii Kai at all.

09:03AM  25           Now, the second block of time that they indicated to

09:03AM  1    you was between about 3:54 and 7:50 that evening on the slides.

09:03AM  2    Now, they indicate to you that that has some significance.

09:03AM  3    What it does is it has a significance in an unrelated area

09:03AM  4    because, as we'll get to, at 5:30 to 6:00 Jonathan Fraser is

09:04AM  5    sighted in the Windward City Shopping Center in Kaneohe between

09:04AM  6    5:30 and 6:00 by Adrian Taum.

09:04AM  7         And so right in the block of that time while

09:04AM  8    Mr. Miske, the phone is off, Jonathan Fraser is seen by an

09:04AM  9    individual who worked at Foodland who was out on a cart run who

09:04AM  10   then just sees someone, and he recognizes him.  Why?  Because

09:04AM  11   he went to King Intermediate School with him.  He went to

09:04AM  12   Castle High School with him.  He didn't hang with him, but he

09:04AM  13   knows him.  And he recognized him and he just saw him sitting

09:04AM  14   there.

09:04AM  15        So during that time period then by -- is that still

09:05AM  16   up? -- by the 31st, there is some reports that are on the

09:05AM  17   internet that Mr. Frasure is missing.  And so we have

09:05AM  18   information that, okay, he sees that Mr. Frasure is missing.

09:05AM  19   Okay.

09:05AM  20        And so what happens is, is Ashley Wong calls Detective

09:05AM  21   Nakasato and gives the phone number for Adrian.  Detective

09:05AM  22   Nakasato goes to Adrian's grandmother's house where he has

09:05AM  23   grown up, and at 9:42 he gives his statement that we will be

09:05AM  24   able to see.

09:05AM  25        And even more importantly, Detective Nakasato when

09:05AM  1  asked those questions and he put in his official report, what

09:06AM  2  he put in his official report was, Mr. Taum saw Jonathan

09:06AM  3  Fraser, yes, who he knew from King Intermediate, yes, from

09:06AM  4  Castle High School, yes, and that he saw Jonathan Fraser

09:06AM  5  between 5:30 and 6:00 on July 30th.  He didn't put any

09:06AM  6  equivocation at all.  At all.  And that's why I asked him those

09:06AM  7  questions.

09:06AM  8      Now, this is back to the Makani Kai Marina in Kaneohe.

09:06AM  9  And what you can see is this isn't a blob, that's the

09:06AM  10  Painkiller right there by satellite imagery at 11:25 on

09:06AM  11  July 30th.

09:06AM  12      (Technical difficulty.)

09:07AM  13      MR. KENNEDY:  And now we are stuck again.

09:07AM  14      11:25, if you do the minus ten for the UTC time.

09:07AM  15      Now, Kewalo Basin was placed on the government's cell

09:07AM  16  site location information.  The boat was up in Makani Kai and

09:07AM  17  it was moored.

09:07AM  18      Now, we plotted out for you hard evidence as to where

09:07AM  19  Mr. Miske was, and as I said, right in that time period between

09:08AM  20  5:30 and 6:00.  Just a simple statement, but you heard Makani

09:08AM  21  Christensen talked about how difficult it is to come into this

09:08AM  22  courtroom and speak up.  Speak up like Miske.  You heard how

09:08AM  23  difficult it is to do that.

09:08AM  24      And rather than I knew him from King Intermediate and

09:08AM  25  Castle High School, I was his classmate since the eighth grade.

| | | |
|---|---|---|
| 09:08AM | 1 | I saw him sitting down in between Baskin-Robbins and L&L on the |
| 09:08AM | 2 | white curb.  July 30th, 2006, was the date last seen that I |
| 09:08AM | 3 | remember around 5:30 p.m. and 6:00 p.m. on my last cart run. |
| 09:08AM | 4 | On Monday, August 1st, it's just two days.  And if I |
| 09:09AM | 5 | remember correctly for that date, that date, government focused |
| 09:09AM | 6 | on that.  Well, how many days are in July?  Is there 30 or is |
| 09:09AM | 7 | there 31?  But what he knew is that he saw him on July 30th, |
| 09:09AM | 8 | that Saturday.  And he doesn't remember anything else because |
| 09:09AM | 9 | at that point he simply is missing. |
| 09:09AM | 10 | Now, Scott Bakken, former FBI agent, has been doing |
| 09:09AM | 11 | this since 1983, talked with Adrian, said that's what I saw. |
| 09:09AM | 12 | And now I'm in the middle of this trial.  This is the location |
| 09:09AM | 13 | that I brought to you.  This is the white curb right in between |
| 09:09AM | 14 | the L&L and the Baskin-Robbins, with the McDonald's right over |
| 09:10AM | 15 | there. |
| 09:10AM | 16 | I asked Detective Nakasato, Did you follow up with |
| 09:10AM | 17 | Adrian?  No.  Did you go get any video evidence? |
| 09:10AM | 18 | And so this was the video that you saw of the area |
| 09:10AM | 19 | where at between 5:30 and 6:00, Jonathan Fraser was right where |
| 09:10AM | 20 | he was supposed to be.  Because there wasn't ever a time to |
| 09:10AM | 21 | meet, it was just a location to meet. |
| 09:10AM | 22 | Now, if we move through these -- this shows you what |
| 09:10AM | 23 | the government didn't give you, that around 9:00, simply |
| 09:10AM | 24 | Mr. Miske heads back up to Kaneohe, and then ends up at his |
| 09:10AM | 25 | home by 11:27:30.  Never in Hawaii Kai that entire day. |

09:11AM  1          Now, a plan to meet with no set time.  That was what

09:11AM  2     Ashley Wong and Jonathan Fraser had on July 30th.  Now, the

09:11AM  3     time period was, through Detective Nakasato, about they were

09:11AM  4     running late, so they got out of there about 9:30.  They went

09:11AM  5     to the spa, Delia and Ashley.  At about 3:00 to 3:30, Ashley

09:11AM  6     told Detective Nakasato that -- she said she had asked a friend

09:11AM  7     Britney to check to see if Jonathan was there, and he wasn't.

09:11AM  8          What she did was she went on to get a dress and go to

09:11AM  9     the wedding.  And so she went to the wedding, and what she told

09:12AM  10    Detective Nakasato was around 5:00.  So she was there at 5:00,

09:12AM  11    and Jonathan was there at the location at 5:30.

09:12AM  12         Now, she stayed at the wedding until 9:30 is what she

09:12AM  13    told Detective Nakasato.  Then we'll get to the differences

09:12AM  14    that happened at this point with Ashley Wong.  But the time is

09:12AM  15    she then left the wedding and got to the Hawaii Kai residence

09:12AM  16    around 10:00.  Very shortly thereafter she called Lyman and

09:12AM  17    Tatofi, and they came and picked her up and drove her home.

09:12AM  18    That was what she told Detective Nakasato.

09:12AM  19         Now, in terms of this investigation, blinders and

09:13AM  20    blind spots.  What I mean by blinders is when you are in an

09:13AM  21    investigation, and by the next day, before you've even begun

09:13AM  22    the investigation, you're pointing the finger at this man.

09:13AM  23    That's not an investigation.  That's blinders and that's a rush

09:13AM  24    to judgment.

09:13AM  25         And so what happens when you do that is you have blind

09:13AM    1    spots.  Just like when a horse is going down a track, they're

09:13AM    2    told to go straight, so they want to go straight but they can't

09:13AM    3    see what's beside them.  If you have on blinders and you have

09:13AM    4    blind spots, you miss things.  And you want to find the facts.

09:13AM    5    Not decide the fact and do an investigation to prove it.

09:13AM    6              So, look at the timeline here.  Frasure is missing on

09:13AM    7    the 30th of July, 2016.  By the 31st, she's blaming Mike.

09:14AM    8    Officer Chang meets with Wong and goes to the apartment on

09:14AM    9    Keokea.

09:14AM    10             You would agree that an individual that's missing,

09:14AM    11   learning about that individual is important, correct?  Yes.

09:14AM    12             Ms. Wong did not tell you that Frasure had a brain

09:14AM    13   injury, correct?  Can't recall about the brain injury.

09:14AM    14             She did not tell you that he suffered from amnesia,

09:14AM    15   correct?  I don't -- I can't recall that.

09:14AM    16             Did she tell you that he was taking antipsychotic

09:14AM    17   medication for his brain injury?  I don't think so, sir, no.

09:14AM    18             Did she tell you he was not taking his antipsychotic

09:14AM    19   medication?  No, she told me that he takes his medication and

09:14AM    20   that he wouldn't leave the medication at the apartment complex.

09:14AM    21   That's what she was worried about.

09:15AM    22             And we know that's not true, because he wasn't taking

09:15AM    23   it.

09:15AM    24             She didn't tell you that he wasn't taking that

09:15AM    25   medication, correct?  No, she said he takes the medication, he

09:15AM   1   needs the medication.

09:15AM   2            Did she tell you that he had suffered two serious

09:15AM   3   closed head injuries in two separate accidents?  No.

09:15AM   4            All of that would have been important in a missing

09:15AM   5   person case, correct?  Yes.

09:15AM   6            Frasure's family.  None of those individuals told you

09:15AM   7   that -- told you that he had a brain injury, correct?  No.

09:15AM   8            They didn't tell about the time he was smashing his

09:15AM   9   head against the wall when he was living there, did they?

09:15AM  10            We're talking about a motorbike accident with a head

09:15AM  11   injury, and you've seen and you'll see the pictures where his

09:16AM  12   head slammed in in that car accident, and both Caleb and

09:16AM  13   Jonathan were lucky to be alive, and he fractured his face.

09:16AM  14            That information would have been important in this

09:16AM  15   investigation.  Yes, it could be.

09:16AM  16            Neither of them told you they had kicked Wong and

09:16AM  17   Frasure out of the house, correct?  No.

09:16AM  18            Mr. Frasure (verbatim) didn't share with you that he

09:16AM  19   saw Frasure in a heated argument outside the Xclusive vape shop

09:16AM  20   just days before he went missing.  No.

09:16AM  21            She told you that she didn't want Wong or Frasure to

09:16AM  22   hang out with Mike Miske because of a lawsuit against Caleb

09:16AM  23   Miske and his insurance company to cover the medical expenses

09:16AM  24   for Frasure, correct?  Yes.

09:17AM  25            Now, officer, detective, and now I believe may even be

| | | |
|---|---|---|
| 09:17AM | 1 | a major by now, at the time Officer Chang, nothing unusual at |
| 09:17AM | 2 | Keokea at all when he goes there on the 31st.  Nothing |
| 09:17AM | 3 | suggesting a kidnapping.  Nothing out of the ordinary.  No |
| 09:17AM | 4 | evidence, nothing unusual. |
| 09:17AM | 5 | Now, we have Adrian's statement on the 1st.  No |
| 09:17AM | 6 | canvassing of the shopping center.  No review of surveillance. |
| 09:17AM | 7 | No further contact with him.  A person sitting on the curb |
| 09:17AM | 8 | between 5:30 and 6:00 doesn't look like they're being taken, |
| 09:18AM | 9 | are they?  Correct, sir. |
| 09:18AM | 10 | Detective Nakasato.  Video evidence that showed, that |
| 09:18AM | 11 | would have changed the entire nature of the focus of this |
| 09:18AM | 12 | investigation, correct?  Possibly, yes. |
| 09:18AM | 13 | The recorded statement already blames Mike on the 2nd, |
| 09:18AM | 14 | speaking to Detective Nakasato.  The FBI now is already |
| 09:18AM | 15 | requesting the report. |
| 09:18AM | 16 | On the 4th, there's a search at Keokea Place.  And we |
| 09:18AM | 17 | have the circles around the swabbing, looking for any evidence |
| 09:18AM | 18 | of anything of that being a crime scene at all.  Nothing.  Only |
| 09:19AM | 19 | Frasure's prints on the sliding glass door.  Everything else |
| 09:19AM | 20 | Frasure.  Nothing related to Mr. Miske at all.  No DNA, no |
| 09:19AM | 21 | fingerprints, no nothing. |
| 09:19AM | 22 | Now, on the 6th of August, a short time after blaming |
| 09:19AM | 23 | Mike, Ashley Wong texts and says she no longer thinks it was |
| 09:19AM | 24 | Mike.  So Ashley Wong texted you and said, We're going looking |
| 09:19AM | 25 | tomorrow, correct?  Our focus isn't on Mike anymore, correct? |

| | | |
|---|---|---|
| 09:19AM | 1 | Yes.  I don't feel like he did it, correct?  Correct. |
| 09:19AM | 2 | A day later the car is -- the car is found on Summer |
| 09:19AM | 3 | Street, and you can see the short distance it is from the |
| 09:20AM | 4 | Keokea Place. |
| 09:20AM | 5 | Marlene Ramos indicated through Detective Nakasato in |
| 09:20AM | 6 | his investigation that she was housesitting there, and that the |
| 09:20AM | 7 | vehicle had been parked there for about a week.  She knew this |
| 09:20AM | 8 | because she had to park behind the vehicle because she wasn't |
| 09:20AM | 9 | allowed to park in the driveway. |
| 09:20AM | 10 | And so you contacted her on the same day the vehicle |
| 09:20AM | 11 | was found?  Correct. |
| 09:20AM | 12 | So if you go back a week from August 7th, that takes |
| 09:20AM | 13 | you to July 31st or so.  Approximately, around there, yes. |
| 09:20AM | 14 | So that vehicle had been there at least that week and |
| 09:20AM | 15 | could have been there even on the 30th. |
| 09:20AM | 16 | Evidence which is consistent with Jonathan Fraser |
| 09:20AM | 17 | leaving the apartment and driving.  The driver's seat belt when |
| 09:21AM | 18 | it was found was buckled exactly how Frasure drives, that he |
| 09:21AM | 19 | buckles it and then he sits behind it, because even after these |
| 09:21AM | 20 | accidents he's not going to use a seatbelt.  Only Ashley Wong |
| 09:21AM | 21 | would know that.  No one else would. |
| 09:21AM | 22 | Shoes were in the car for him to drive with.  They're |
| 09:21AM | 23 | right there.  Frasure's hat in the passenger seat, and he never |
| 09:21AM | 24 | leaves without it, and DNA confirmed Frasure and that hat. |
| 09:21AM | 25 | Ashley told you that Jonathan often wore hats, right? |

09:21AM   1   Yes.  And if he left, he would take a hat.  Yes.

09:21AM   2        The vehicle was locked with an alarm and there was

09:21AM   3   only one key, and it was locked from the outside.  The key

09:21AM   4   being with Jonathan.  And every print in there except one came

09:22AM   5   back to Frasure's prints.  And we heard that that print was

09:22AM   6   found in November of 2013 when the government brought in

09:22AM   7   Ms. Kaneshiro to testify about fingerprints in general.  And

09:22AM   8   then I brought her back to you so that she could talk about

09:22AM   9   what she did on this case.  She found that print, it's been

09:22AM   10  running continuously, and it hasn't come back to anyone.

09:22AM   11       No DNA evidence from the car leads to Mr. Miske or

09:22AM   12  anyone other than Mr. Frasure.

09:22AM   13       Now, the car is located by her friend, and now we have

09:22AM   14  Kuliouou Street just a little bit away.  And why do we have

09:22AM   15  that up there?  Because there's a search down in this area, and

09:23AM   16  some boxer shorts are found.  And so they asked Ashley, Do

09:23AM   17  these look like Jonathan's?  And she says, Can't say they are,

09:23AM   18  can't say they aren't.

09:23AM   19       But when they took the evidence from Keokea, you

09:23AM   20  remember they took clothing because clothing then is used

09:23AM   21  because it has a smell, and smell then can be used to track.

09:23AM   22  And dogs don't have bias.  They don't have any understanding

09:23AM   23  than the dog and that smell.  And let me tell you, I got a

09:23AM   24  redbone coonhound and a black and tan, and boy, that baby he

09:23AM   25  can smell.

09:23AM    1        And so what happened here is the canine search leads

09:23AM    2    to Gundersons' house.  Blinders and blind spots.  No follow-up.

09:24AM    3    And the Gundersons refused to cooperate, claimed that the

09:24AM    4    surveillance cameras from their house is not working.

09:24AM    5        Austin Kyle Jackson, FBI special agent, case agent.

09:24AM    6    You had information from HPD that an HPD canine had tracked

09:24AM    7    Frasure's scent and alerted to the strong presence of the scent

09:24AM    8    at the driveway carport area of 128 Kuliouou, the Gunderson

09:24AM    9    residence, correct?

09:24AM    10        Answer:  Again, the nature of the alert, you know, I

09:24AM    11    can't get into specifics on what that meant to the canine

09:24AM    12    officer.  But generally speaking, yes, at some point we had

09:24AM    13    that information.

09:24AM    14        And that was the residence of Mr. Craig Gunderson,

09:24AM    15    correct?  Correct.

09:24AM    16        All right.  Positively alerted to the presence of

09:24AM    17    human remains, correct?  Those were your words.  Yes, that's

09:24AM    18    how I -- in the area of 128 Kuliouou Road, Honolulu, Hawaii,

09:25AM    19    correct.  Correct.

09:25AM    20        Because you suspected that the disappearance was

09:25AM    21    connected to this house, correct?  At the time you suspected it

09:25AM    22    and you investigated it, right?

09:25AM    23        No.  Suspecting.  I was told by the officers that the

09:25AM    24    dog followed the scent from the car to the house.

09:25AM    25        Okay.  And Ashley Wong told you the detective told her

09:25AM   1   the very same thing.

09:25AM   2           Now, did this dog show any sorts of indications or

09:25AM   3   alert that were of note?  Yes.

09:25AM   4           Where was that?  It showed -- I believe the dog showed

09:25AM   5   some interest in the driveway at 128 Kuliouou Street, the same,

09:25AM   6   the same residence in which had the security camera.

09:25AM   7           Now, Brad Heatherly came and testified.  We had 241

09:25AM   8   witnesses plus another 44.  He was a canine specialist, and

09:26AM   9   we'll see where he went to.  But we asked him the question:

09:26AM   10  What does it mean when a canine alerts during a search?  Asked

09:26AM   11  the expert.  When a canine alerts, it's showing interest in

09:26AM   12  area where they detect whatever they are trained in.  Alert

09:26AM   13  equals interest.  Exactly what they had at the Gunderson house

09:26AM   14  to get to the canine expert to tell you it's straight.

09:26AM   15          Now, do we have any follow-up investigation?  Did you

09:26AM   16  approach Mr. Gunderson and ask for consent to search his

09:26AM   17  property?  No, because at the time we were -- by that time we

09:26AM   18  became active in the investigation, we were exploring other

09:26AM   19  more credible leads.

09:26AM   20          What leads?  What leads?  The word of Wayne Miller who

09:26AM   21  has been fooling everybody his entire life?  The question was

09:27AM   22  asked:  You were exploring more credible leads than a scent dog

09:27AM   23  that goes to a house less than a block away from Jonathan

09:27AM   24  Fraser, where the car was left, and a canine that alerted to

09:27AM   25  the presence of human remains, you were following other leads

09:27AM   1    stronger than that, sir?  Blinders and blind spots.

09:27AM   2            Now, HPD met with psychics.  That's a first for me.

09:27AM   3            There was a search at the Kalihi house.  Nothing of

09:27AM   4    note came out to suggest that house had anything to do with

09:27AM   5    Jonathan Fraser.  A search of the Boston Whaler over nine days,

09:27AM   6    absolutely positively nothing to suggest Mr. Frasure was ever

09:27AM   7    on Mr. Miske's Boston Whaler, contrary to what Mr. Miller had

09:28AM   8    them going on, until he told you something completely different

09:28AM   9    at trial.  And he agreed during the cross-examination that he

09:28AM  10    had told them that, it wasn't.  Now he says true.

09:28AM  11            Tip to search in the fields.  So three years later

09:28AM  12    after the tip, the FBI decides to go out and search in the

09:28AM  13    fields.  And this is where Mr. Heatherly comes in.  And so

09:28AM  14    there were a number of areas that the canine showed interest,

09:28AM  15    alert.  This area, no.  Five alerts, correct.  Would it make

09:28AM  16    sense to do a comprehensive dig, wouldn't it?  Yes.  Something

09:28AM  17    that would take longer than a half hour, which is what they

09:29AM  18    did.  Oh, yes, definitely.  Yes.  Blinders and blind spots,

09:29AM  19    just checking things off.

09:29AM  20            Vans.  The van theory came from Mr. Miller.  We have

09:29AM  21    four different vans.  The first van parked at the bay.  Miller

09:29AM  22    says, Oh, you should start looking in the salvage areas for a

09:29AM  23    van.  So they run out that same day and they acquire the 2000

09:29AM  24    van that they then search in June of 2017.  You heard the

09:29AM  25    testimony, no evidence connects Mr. Frasure at all to that.

09:30AM    1          All right.  There was some surveillance on -- taken on

09:30AM    2    July 30th.  So the FBI comes out and they ended up with one

09:30AM    3    van, a white van at 12:56, a 1999 Sienna van that looks like

09:30AM    4    every other van that was like that.  Do we see a license plate?

09:30AM    5    Do we see anything on it?  No.

09:30AM    6          They also then pull around that 7:00 period that

09:30AM    7    second van, dark colored van.  It's the evening.  That would be

09:30AM    8    the third one.

09:30AM    9          All right.  Now, in 2018, many years after now,

09:30AM    10    there's now a burned van in a location where Captain Lenchanko

09:30AM    11    says, We get about ten burns a year.  This is an area where

09:31AM    12    vans are burned.

09:31AM    13          Now, with respect to the sale of the van, Jesse Cabana

09:31AM    14    is mentioned.  Does he give testimony?  No.  We have no burden.

09:31AM    15    The government does.

09:31AM    16          Lance Bermudez is mentioned.  Does he give any

09:31AM    17    testimony here?  No.  You learned yesterday that he was a

09:31AM    18    cooperating witness, and cooperating witnesses have to give

09:31AM    19    testimony or their cooperation deal may go away.  Now, if

09:31AM    20    Mr. Bermudez wasn't called to tell you that that van has any

09:31AM    21    association with this, you can take an inference they're not

09:31AM    22    going to call him if he's going to say, Just another van I

09:31AM    23    burned.  He stole cars, he burned cars.  He did that all the

09:32AM    24    time.

09:32AM    25          Who else did they mention?  Jason Yokoyama.  Did he

09:32AM   1   take the stand?  Did he give you any sworn testimony?  No.

09:32AM   2           They rely on Mr. Smith.  And Mr. Smith, of course, is

09:32AM   3   the same individual, Jacob Smith, who had a beef with James

09:32AM   4   Turtle Salas, that you saw the text message between him and

09:32AM   5   Lance Bermudez where he says, Is he going to fold?  Bermudez

09:32AM   6   says, Fuck him.  And Smith says, I want him dead.

09:32AM   7           And then when Mr. Smith is in custody under a

09:32AM   8   cooperation deal with the FBI, what happens to James Turtle

09:33AM   9   Salas?  Hunter Wilson told you.  Jacob Smith put out the hit,

09:33AM  10   and La Familia executed it and killed him.  We're going to rely

09:33AM  11   on that?  Blinders and blind spots.

09:33AM  12           Now, Jonathan Fraser.  In his own words.

09:33AM  13           (Audio was played.)

09:34AM  14           MR. KENNEDY:  After my two accidents, I get mad.  When

09:34AM  15   I get mad, I snap and I stay mad.

09:34AM  16           The problem there is that if you're angry and you're

09:34AM  17   mad and you're in a confrontation, and you have multiple

09:34AM  18   fractures in your face, if you receive a punch, it can be

09:35AM  19   fatal.  And we have discounted totally in this case the fact

09:35AM  20   that two days before, he was seen by his father in an argument

09:35AM  21   outside of the vape shop -- outside of that shop.

09:35AM  22           And so all of that is simply discounted here.  But

09:35AM  23   that's where he was at that point.  That's what happened.  And

09:35AM  24   he, as you will see, could go from zero to a hundred in two

09:35AM  25   seconds with his anger.

09:35AM    1              Now, he's not taking the meds that he needs to take,

09:35AM    2    because he's refusing medical treatment without marijuana.  So

09:35AM    3    he wasn't even going to have the surgery unless Ashley Wong

09:35AM    4    brought him marijuana, which she got 86'd from the hospital

09:35AM    5    for, and that was the only reason he was going to have the

09:36AM    6    surgery that he needed.  Self-medicated with marijuana.

09:36AM    7    Stopped taking his medication.  Had a history of drug dealing.

09:36AM    8    Was selling his medication for marijuana.  And he got into

09:36AM    9    fights over unpaid drug debts.

09:36AM    10             Ashley Wong:  I was lying to a lot of people at that

09:36AM    11    time in my life.

09:36AM    12             That was her testimony.  It hasn't changed.

09:36AM    13             (Audio was played.)

09:37AM    14             MR. KENNEDY:  Happier than we are now dead?  The fact

09:37AM    15    that he would be in a wheelchair, he couldn't be a parent.  The

09:37AM    16    fact that he would miss Nila's entire life.  As a parent, my

09:37AM    17    heart stops.

09:37AM    18             And here were the questions during trial.  And you

09:37AM    19    were very much grieving the loss of Caleb?  Yes, for a long

09:37AM    20    time.

09:37AM    21             That's your testimony here, right?  Yes, ma'am.

09:37AM    22             And you testified that you ignored the red flags

09:37AM    23    because you wanted this so much because of how you were -- it

09:37AM    24    should say grieving over the loss of Caleb, right?  Yes.

09:37AM    25             That's better for Nila than growing up without her

09:37AM   1   father, instead of a father in a wheelchair.  Yes.

09:38AM   2          No trap was laid.

09:38AM   3          Shortly after Caleb dies, and Mike is grieving, and

09:38AM   4   Delia, his wife, is still grieving, within days Delia messages

09:38AM   5   Wong.

09:38AM   6          They begin to hang out together, and that's right

09:38AM   7   about the time that Mike goes to the Frasure family and says he

09:39AM   8   blames himself, he blames the hospital, he blames the driver

09:39AM   9   that turned left.

09:39AM  10          Wong asks Delia to go to dinner, not the other way

09:39AM  11   around.  Wong invites Mike to dinner.  Delia invites their

09:39AM  12   families, the Frasure families to join.  At the bay the

09:39AM  13   gathering on Friday, Frasure and Wong and their families were

09:39AM  14   invited to come.  Wong invites Miske to dinner at the Outback

09:39AM  15   regarding the baby news.  It's not the other way around.  And

09:39AM  16   there's the text message.  Wong and the Frasure families

09:39AM  17   already knew about the fact that she was pregnant.

09:39AM  18          They move in to Hawaii Kai.  No one knew we were

09:40AM  19   staying there.  That's not true.  Mom knew, others knew, and

09:40AM  20   she testified about that.

09:40AM  21          Wong invites Miske to dinner at Benihana.  Not the

09:40AM  22   other way around.  Wong asks Miske for the concert tickets.

09:40AM  23   Not the other way around, because they're sold out.  And Delia

09:40AM  24   invites Wong to the spa day on the 28th.

09:41AM  25          Her friend Kalen Lyman, you heard him testify.  Wong

09:41AM  1   testified that on the 30th, Kalen Lyman followed her and Delia

09:41AM  2   from the wedding back to Hawaii Kai.  Lyman testified he did

09:41AM  3   not go to the wedding to pick her up.  Wong testified that

09:41AM  4   Kalen Lyman picked her up from Hawaii Kai and took her to look

09:41AM  5   for Frasure, to the Chevron in Kailua, to Michael Miske's house

09:41AM  6   in Kailua, to Russell's house in Kalihi Valley.  Lyman

09:41AM  7   testified that he later picked up Wong and took her to his

09:41AM  8   dad's house -- her dad's house, that's it.  None of that.

09:41AM  9   Detective Nakasato testified that he confirmed that with Samu

09:41AM  10  as well.

09:41AM  11         So this call to Mike at 11:27 where she's saying she's

09:42AM  12  at the house, her friends who are with her to pick her up, both

09:42AM  13  say never happened.  We didn't stop in Kailua.  We went to

09:42AM  14  Kaneohe.  And so all that about her dad and her saying that he

09:42AM  15  got the car and she went is completely different.

09:42AM  16         The 911 alert because the Frasure family was paying

09:42AM  17  for the phones and said, Don't worry.  What's going on, I told

09:42AM  18  them nothing, nothing.

09:42AM  19         The Matson job.  Now you talked about Mr. Miske.  Did

09:42AM  20  you say he was going to give him Caleb's job at Matson?  That's

09:42AM  21  what he said.  No.  Yeah, don't think this job opportunity will

09:42AM  22  come up too quick, so it could time well.  But good to put in

09:43AM  23  an online application when it comes up.  I'll be monitoring.

09:43AM  24  Just let me know if you guys interested.  It's basically an

09:43AM  25  overpaid valet attendant.  That's it, put in an online

09:43AM    1    application.  That's it.  No promise of a job.

09:43AM    2            You were staying at Kama'aina Termite.  There were

09:43AM    3    times you stayed at Kuuna also, right?  Mr. Miske's home,

09:43AM    4    right?  Yes.  So it wasn't new to be staying in a place of

09:43AM    5    Mr. Miske's.  No, this wasn't the first time we lived with him.

09:43AM    6    Other times when you had been kicked out of places you were

09:43AM    7    living, he took you in.  Always, yes.

09:43AM    8            No doorknob on the bedroom door.  You heard from the

09:43AM    9    property manager that that was the situation at that apartment,

09:43AM    10   and what the problem was if it was on, then the person gets

09:44AM    11   locked in the bedroom.  And so until they could replace them,

09:44AM    12   they didn't want them locked in.  And the problem still

09:44AM    13   persists to this day.

09:44AM    14           The tribute car.  I think after losing Caleb, it was

09:44AM    15   really hard for Mike, and his idea was to build these cars for

09:44AM    16   Caleb.  It became everything.  It seemed like he didn't want to

09:44AM    17   just build one, he wanted to build a collection of cars.  And

09:44AM    18   that was something that shocked us because Mike did already

09:44AM    19   have a collection of cars himself, as you've seen.

09:44AM    20           This tribute car, since it was seized on August 7th,

09:44AM    21   couldn't become a tribute car because they still have it.  But

09:44AM    22   there's Caleb and there's that Volkswagon, and that became a

09:44AM    23   tribute car.  And there's that green Bug with the "In loving

09:44AM    24   memory of Caleb Jordan Keanu Miske."  And that was in March of

09:45AM    25   2017, right around the time, a year almost to the day, when he

09:45AM   1   died from that infection in his brain.

09:45AM   2          Now, the router.  Let's talk about that.  At the time

09:45AM   3   you and Jonathan moved in, Did each of you have cell phones?

09:45AM   4   We did have cell phones.  One we paid for service, and because

09:45AM   5   only one of us was working, that was Ashley, the other we would

09:45AM   6   hook up to Wi-Fi.  Most of the times that was Jon because he

09:45AM   7   was home or at the vape shop.

09:45AM   8          And when you moved in, did you hook up, you know, your

09:45AM   9   devices and so forth to the Wi-Fi?  Yes, we hooked up Jon's

09:45AM   10  phone and our Apple TV to internet.

09:45AM   11         No, both the government and the defense experts agree

09:45AM   12  that Frasure's phone was never connected to the router at all

09:46AM   13  ever.  And in fact, the last connection at Xclusive vape --

09:46AM   14  vaper network was on July 3rd of 2016.  So he wasn't bringing

09:46AM   15  that phone when he went to that location.  After July 3rd of

09:46AM   16  2016, even if he wasn't the one using it, because we also had

09:46AM   17  testimony that said both that phone was mostly used, the iPhone

09:46AM   18  5C, by Ashley.  And when Ashley turned in her phone, not in

09:46AM   19  August but in November of 2016, all that earlier material was

09:46AM   20  not there.

09:46AM   21         The dog was left outside.  Well, no one complained

09:46AM   22  about a dog barking at all.  That was the testimony during that

09:47AM   23  entire time.  Out on that porch, a pit bull not a sound.  The

09:47AM   24  vape didn't take the vape.

09:47AM   25         So, Ashley, Jon had more than one vape pen at any

09:47AM   1   time.  Yes.

09:47AM   2          So the fact that he didn't take the backpack doesn't

09:47AM   3   matter because he had with him what he needed.  The phone, the

09:47AM   4   DVD player was still on.  When you get done with the end of the

09:47AM   5   movie, it goes back to the screen.  It wasn't even plugged in.

09:47AM   6          The shoes were already in the car that he could drive

09:47AM   7   with.  And he also had his rubber slippers.

09:47AM   8          And you told the detective on August 2nd, Mr. Miske

09:48AM   9   never threatened you.  Yes.  Nobody ever said they held a

09:48AM   10  grudge, correct?  Yes.  No grudge.

09:48AM   11         Jill Slade, the manager at the Queens Hospital nurse

09:48AM   12  manager, said she does not recall anything unusual during the

09:48AM   13  time Caleb and Jonathan were in the ICU.  No animosity between

09:48AM   14  the families that she saw at all.  And if something had

09:48AM   15  happened, it would have come to her attention, privacy and

09:48AM   16  safety important.  Someone putting on gloves supposedly and

09:48AM   17  going into a room and notifying the nurses, Jill Slade, none of

09:48AM   18  that.  None of that.  And she was the one in charge, and she

09:48AM   19  would know.

09:48AM   20         Michael Miske blames himself for the fact that his son

09:49AM   21  does not still breathe.  The truck driver that caused the

09:49AM   22  accident turned left on a yellow light, and Mike sued that

09:49AM   23  driver.  But even then he had taken away Caleb's Tacoma because

09:49AM   24  Caleb wasn't showing up at work and was screwing up, and he did

09:49AM   25  it to try to teach him a lesson.  And then Caleb went out and

09:49AM   1   bought that car, borrowed the money from his mom.  And when he

09:49AM   2   hit that truck when they were driving too fast, and this was

09:49AM   3   the result, he blamed himself.

09:49AM   4          And Frasure had a million dollars in medical bills,

09:49AM   5   and the parents were planning to sue Caleb's estate, not the

09:49AM   6   truck driver like Mike sued, because he was a commercial driver

09:50AM   7   and they had insurance, and that was money for Nila and for

09:50AM   8   Delia.

09:50AM   9          Now, the doctors believed that Caleb was a passenger,

09:50AM   10  and we talked to the person that -- the EMT who was there, and

09:50AM   11  she said, you know, if you see this kind of bruising, it has

09:50AM   12  significance.  This is something that is important to the

09:50AM   13  organs and others.  And so when the doctors told him that, he

09:50AM   14  believed it.

09:50AM   15         Now, does it matter?  No.  Because Caleb is gone.  Did

09:50AM   16  it really matter?  No.  But when somebody has a doctor tells

09:50AM   17  you that, and then you engage in litigation over what happened,

09:50AM   18  and you weren't there, it's something he just believed.  But he

09:51AM   19  always, always blamed himself.  It didn't matter who was the

09:51AM   20  driver, who was not.  It was all about why am I being blamed

09:51AM   21  and why are we doing this with Caleb's memory.

09:51AM   22         Caleb had an infection in his leg, and Mike had to

09:51AM   23  make the decision whether to amputate or not, and he got

09:51AM   24  conflicting information and he chose to keep it, and he thought

09:51AM   25  that he had made the wrong decision and he blamed himself.  And

09:51AM   1   then we had this amebic and the rare thing that killed Caleb in

09:51AM   2   the end after he had recovered, after he was able to hold his

09:51AM   3   child, after it looked like he was going to be okay.

09:52AM   4         Nothing about -- the jury instructions says in

09:52AM   5   Count 2, did the defendant kill?  No, no evidence.  Did the

09:52AM   6   defendant aid and abet someone?  No.  Absolutely no evidence at

09:52AM   7   all.

09:52AM   8         A conspiracy, all rests on the word of Mr. Miller.

09:52AM   9   Because Miller is the one who said, Oh, I went to -- I went to

09:52AM   10   Zeph Salas and I said, Oh, he's dead now.  Oh, I went to Dusky

09:52AM   11   Toledo.  Oh, he was -- he was killed, he's dead now.

09:52AM   12         And when Norman Akau testified, he said it was all

09:53AM   13   Miller.  I never did anything with Mike Miske.  It was Miller

09:53AM   14   alone.  No conspiracy.  Murder for hire, nothing.

09:53AM   15         We'll look at the numbers but common sense tells you,

09:53AM   16   what have we got?  50,000 for Frasure.  When we get to Joe Boy

09:53AM   17   Tavares, we have one story that says it's 8,000, and 15,000,

09:53AM   18   and then another story that says it's 250,000.  And then when

09:53AM   19   we get to other things, it's now 200 and 400,000.  It's just

09:53AM   20   made up.  No, no evidence at all.  Other than the words of

09:53AM   21   folks who have been fooling folks for a long time.

09:53AM   22         Now, Joe Boy Tavares, Count 7.  This is the location

09:53AM   23   of where he is in the Waimanalo area, the route to get up to

09:54AM   24   his place.  And this is the home back there.

09:54AM   25         Now, Harry Kauhi, what was his testimony?  Miller gave

09:54AM  1    me 8,000.  Okay.  Did you do anything?  No.  Never intended to

09:54AM  2    do anything?  Correct.

09:54AM  3            That's it.  That's it.  He never agreed.  He just took

09:54AM  4    8,000 from Miller.  And really Harry Kauhi and others saw what

09:54AM  5    they do, which is rob people, and that was what Joe Boy Tavares

09:54AM  6    meant to them.

09:54AM  7            Jacob Smith told you some stories as well.  What did

09:54AM  8    he say?  Meeting Lance Bermudez.  Wait a second.  Did Lance

09:54AM  9    Bermudez testify, even though he's under a cooperation

09:54AM  10   agreement?  Did he come in and say, I accepted this murder for

09:55AM  11   hire, when he's under contract to do so?  Did he come in and

09:55AM  12   give you firsthand information about that?  No.  No.

09:55AM  13           What was the motive that was supposedly there?  Oh,

09:55AM  14   he's -- Joe Boy is cooperating.  Okay.  Well, Tommy Otake came

09:55AM  15   in and said, I represented thousands of people in my early

09:55AM  16   days, but I've never represented Joe Boy Tavares.  And it was

09:55AM  17   specifically Tommy Otake that they mentioned supposedly passing

09:55AM  18   on this information, and he said, I would never turn over that

09:55AM  19   sort of information.  There was no motive.  There was nothing

09:55AM  20   there.

09:55AM  21           And so what we cross-examined these folks about was

09:55AM  22   the fact that Smith was robbing drug dealers and robbing people

09:56AM  23   that had money who don't go to the police.  And let me tell

09:56AM  24   you, somebody that's running derbies on this island with

09:56AM  25   thousands and thousands of dollars for cash is someone you want

09:56AM    1    to rob.  But when you need to tell a story to get out of

09:56AM    2    spending the rest of your life in prison, you just say it.

09:56AM    3            And was there any animosity between Joe Boy and

09:56AM    4    Michael Miske?  Randy Aiwohi came in and said, I've known him

09:56AM    5    for 20, 25 years, nothing.  No animosity at all between them.

09:56AM    6    Nothing to that.

09:56AM    7            Count 11, conspiracy to commit kidnapping using a

09:56AM    8    facility of interstate commerce.  October 17, 2017, Miller is

09:57AM    9    an FBI informant.  If all this were true, if what he told you

09:57AM    10   was true, he was working with the FBI, he had been doing it for

09:57AM    11   six months.  If Mr. Miske had any involvement with this, all he

09:57AM    12   had to do was set him up, turn him over to the FBI, and he's

09:57AM    13   got a ticket to get out of any issue he had.  Did he do that?

09:57AM    14   No.  Why?  Because it was Preston Kimoto and Wayne Miller and

09:57AM    15   Jonah Ortiz and Annie Kim and her father Tony Kim who were

09:57AM    16   interested in Mr. Lee.

09:57AM    17           Now, you remember this, although it was a long time

09:57AM    18   ago.  Is that where you met the person named James?  Yes.  So

09:57AM    19   it was not dark when you arrived, but it was dark when you

09:58AM    20   left?  Yes.  When I got there it was only about 4:00 in the

09:58AM    21   afternoon, but I guess this is even after, you know.

09:58AM    22           So all of this is after 4:00 is what he told you.  And

09:58AM    23   the person testifying, Mr. Lee, is the credible one.

09:58AM    24           So prior to 4:00, the government just told you that

09:58AM    25   the kidnapping is in process.  No.  One thing Mr. Lee told you

09:58AM  1   was that at all times the two folks, James and the other guy,

09:58AM  2   were there with him.  He never got out of the car.  They were

09:58AM  3   never far away, and they sure as hell weren't gone for

09:58AM  4   30 minutes, as the government argued that he was already

09:58AM  5   kidnapped at 3:47 p.m.  No.

09:58AM  6        So this is Wayne Miller coming to meet Preston Kimoto.

09:59AM  7   Shortly thereafter Preston Kimoto shows up.  They meet.  Ten

09:59AM  8   minutes later, Preston Kimoto leaves.  Shortly thereafter,

09:59AM  9   Wayne Miller leaves.  He's been there for a half hour.

09:59AM  10       Mr. Lee was the one who is credible here, and that

09:59AM  11  never happened.  Now, Mr. Lee said he went to the meeting

09:59AM  12  place, they weren't around, and so he left.  And then when he

09:59AM  13  got another call from James, he went back.  So between 4:13 and

09:59AM  14  5:21, there's no communication between Miller and Kimoto.  But

10:00AM  15  at 4:30, Mike simply just walks out of the office where he's

10:00AM  16  been working.

10:00AM  17       Now, at 5:21, Miller to Kimoto, not Miske:  Yo, to

10:00AM  18  Pres.  5:33:  Call me ASAP.  Not to Miske but to Kimoto.  Mike

10:00AM  19  returns two minutes later, walks in.

10:00AM  20       Now, between 5:35 and 6:08 p.m., Miller continues

10:01AM  21  trying to get ahold of Kimoto, not Miske.  And we are running

10:01AM  22  this at eight speed, and it will go all the way up to that

10:01AM  23  right before 6:00.  What the -- WTF, what the fuck, Bro, to

10:01AM  24  Kimoto.  Text me back or something.  Miller to Preston, not

10:01AM  25  Miske.

10:01AM    1          What happens here?  Oh, Mike is conducting business at

10:01AM    2    his shop, which is still open, and goes inside, while these

10:01AM    3    guys are texting about their kidnapping.  If you remember

10:01AM    4    Preston's story, Oh, we were driving to the Honolulu Club, Mike

10:01AM    5    and I.  And then Mike gets a call, and then we come back to the

10:01AM    6    shop.

10:01AM    7          Well, that didn't happen.  You don't see any of that.

10:02AM    8    Because it never happened.

10:02AM    9          Oh, Miller drove into the shop.  He was away from

10:02AM    10   Robert Lee.  No, that didn't happen, because Robert Lee knows

10:02AM    11   when the two people are there, and they never were apart from

10:02AM    12   him.  He said, I could see him -- I couldn't see him, but I

10:02AM    13   felt his presence just outside the door, and he could hear the

10:02AM    14   voices.  And eventually he heard a third voice, which was

10:02AM    15   Preston Kimoto.

10:02AM    16         Now, remember Jonathan (verbatim) Ortiz is shooting up

10:02AM    17   heroin, and Miller is smoking heroin during this.

10:02AM    18         And remember, what Miller did was put the gun to his

10:02AM    19   head, Mr. Lee, and said, I will kill you.  That's Miller.

10:03AM    20         So all during this time Mike is just conducting

10:03AM    21   business.  And you'll have the exhibit, it's on eight speed.

10:03AM    22   There's one that goes at regular speed, and it will go all the

10:03AM    23   way up to about 5:59 on the pole camera, of which this is the

10:03AM    24   only pole camera footage from all those years that has been

10:03AM    25   provided to you.  Because as Scott Bakken said, if there isn't

10:03AM    1    anything there, you don't bring it.

10:03AM    2              So now, 6:08, from Kimoto to Miller.  I was at the

10:04AM    3    house, left my phone in the truck.  Hold on, she just got home.

10:04AM    4    He's talking about Annie Kim.  And she is the one with her dad

10:04AM    5    Tony Kim that Preston met with, that Preston said, I know

10:04AM    6    somebody, which was Miller, and Preston followed him into a

10:04AM    7    restaurant, took a photograph of him, provided it to them, and

10:04AM    8    was doing it for Sunnie, who he had known since college, and

10:04AM    9    they had -- used to spend a lot of time together.

10:04AM    10             6:42, Meet, give me 15 minutes.  It's Kimoto to

10:04AM    11   Miller.  Not Miske.  Call you right back.

10:05AM    12             7:47, Preston -- that's the first time he met when

10:05AM    13   Robert Lee said, Oh, there were three people there then.  So

10:05AM    14   from Preston to Miller, Call you right back.  To Preston, Okay.

10:05AM    15             8:11, Miller, No more all night.  I know coming now.

10:05AM    16   How far are you?  I'm at Ala's, five to ten minutes.

10:05AM    17             8:14, two meetings, Preston Miller.  Nothing with

10:05AM    18   Miske.

10:05AM    19             Next day Miller back to Kimoto, Call me ASAP.  Pres:

10:05AM    20   I just got to take care of my boys, something that I can wait

10:05AM    21   until tomorrow, it's Thursday.  Preston:  I'm doing an estimate

10:05AM    22   right now.  Braddah said hold on, and I'm going to meet him at

10:05AM    23   the shop right after this and get back to you.  Then, who?

10:06AM    24   Bro.

10:06AM    25             Nothing about Miske being involved in any of this.

10:06AM  1   When he says "braddah," who?  Bro.  And what's telling is, What

10:06AM  2   about your guy, he come tru?  He's talking about whether Tony

10:06AM  3   Kim is giving him any money.  Not yet.  Why I need 'em, brah.

10:06AM  4   Let me finish this estimate, I'll get back with you.  Okay.

10:06AM  5        Still, what you guys left the shop?  I went to -- stop

10:06AM  6   by shop to check him out.  He not there.  Mike is off doing

10:06AM  7   something completely else because he's not involved in this.

10:06AM  8        Where you at?  The beach is closed.

10:06AM  9        Why?  As you can see from Maile Tufele, who was the

10:06AM  10  mother to Wayne Miller's child, I don't even know you anymore.

10:07AM  11  On that same day while the kidnapping is happening, that

10:07AM  12  evening, this is what Miller gets.  It's sad that God took

10:07AM  13  Caleb instead of you.  At least Caleb would have been a father.

10:07AM  14  We could have remembered the good loving father you were.  Now

10:07AM  15  we think about of the lying selfish loser you've become.

10:07AM  16  You're ducking lying to me.  I know it.  You wanted me to tell

10:07AM  17  him you came home yesterday when you came home on Friday night.

10:07AM  18       That was Mr. Miller asking you to lie to Mr. Miske

10:07AM  19  right about when he came home?  Yes.

10:07AM  20       Again, in item three of this text, your view of

10:07AM  21  Mr. Miller on October 17th, 2017, was he that lying selfish

10:07AM  22  loser?  Yes.

10:07AM  23       Why you didn't even know him anymore?  Yes.

10:07AM  24       And neither did Mr. Miske.  Mm-hmm.

10:08AM  25       And he started ducking Mike about matters of money as

10:08AM    1    well.  Yes.

10:08AM    2             And you're aware by the end of September, Mr. Miske

10:08AM    3    was basically done with Mr. Miller, right?  I can't make

10:08AM    4    certain of that, but their relationship was strained.

10:08AM    5             And on September 30th, 2017, you actually texted

10:08AM    6    Mr. Miller about being past due on some loans, and among other

10:08AM    7    things, you told him M was done with him, right?  Yes.

10:08AM    8             M is done with you.  Months earlier.

10:08AM    9             Count 15, the 2014 California cocaine deal.

10:08AM    10            And before I get to that, there's one other missing

10:08AM    11   fact from Count 11, the supposed kidnapping.  Annie Edwards,

10:09AM    12   Ms. Kim, Preston Kimoto decided to meet her at The Pig and the

10:09AM    13   Lady downtown in Honolulu, and then in a park and made a threat

10:09AM    14   to her and her children.  And she reported that to the FBI.

10:09AM    15            And you remember I contrasted when Kimoto was

10:09AM    16   testifying about the way he was arrested, brought in in 2020,

10:09AM    17   was there for about a week, and he was granted release.  Got

10:09AM    18   out of solitary, got out of not seeing a lawyer, got out of

10:09AM    19   everything.  There was COVID in the jail at that time.  But the

10:09AM    20   next time they came, they came with a SWAT team, and they came

10:09AM    21   and they arrested him on the charge of tampering with Ms. Kim.

10:10AM    22            Now, we heard testimony from Preston, who threatened

10:10AM    23   this woman and her children, that she paid $90,000, which he

10:10AM    24   only said after he was arrested the second time.  Now, when you

10:10AM    25   look at the burden of proof, did Annie Kim take the stand, tell

| | | |
|---|---|---|
| 10:10AM | 1 | you that she paid a dime?  No.  Did she talk to the FBI about |
| 10:10AM | 2 | that charge and did they file a charge against Preston based on |
| 10:10AM | 3 | her word?  Yes.  And did they bring the actual person who |
| 10:10AM | 4 | doesn't have a motive here?  No. |
| 10:10AM | 5 | There was no $90,000.  Miller told you he had zero. |
| 10:10AM | 6 | Mike wasn't involved.  And luckily, Mr. Lee is one tough guy |
| 10:11AM | 7 | and endured that, and got out alive from Mr. Miller. |
| 10:11AM | 8 | Now, back to Count 15. |
| 10:11AM | 9 | THE COURT:  Mr. Kennedy, before you get to Count 15, |
| 10:11AM | 10 | might this be a good time as any for a break? |
| 10:11AM | 11 | MR. KENNEDY:  Yes. |
| 10:11AM | 12 | THE COURT:  All right.  We have been going a little |
| 10:11AM | 13 | more than 90 minutes.  As we go to break for the morning, I |
| 10:11AM | 14 | will remind our jurors to please, as always, refrain from |
| 10:11AM | 15 | discussing the substance of this case with anyone, including |
| 10:11AM | 16 | each other; also do not conduct your own investigation into |
| 10:11AM | 17 | anything relating to this case; and do not access any media or |
| 10:11AM | 18 | other accounts of this case that may be out there. |
| 10:11AM | 19 | We'll see you in a few minutes. |
| 10:11AM | 20 | (Proceedings were recessed at 10:11 a.m. to 10:38 |
| 10:22AM | 21 | a.m.) |
| 10:38AM | 22 | THE COURT:  Mr. Kennedy, you may resume your closing |
| 10:38AM | 23 | when you are ready. |
| 10:38AM | 24 | MR. KENNEDY:  Thank you, Your Honor. |
| 10:38AM | 25 | Three points before I move on to Count 15.  First, the |

10:38AM  1    story that Miller told you in trial was on July 31st, Mike came

10:38AM  2    first he said to a restaurant, then he said to his home.  And I

10:38AM  3    asked him, Can you tell the difference between a restaurant and

10:38AM  4    a home?  And he said that's where this so-called confession

10:38AM  5    happened.

10:38AM  6         Okay.  You know because the cell site folks testified

10:38AM  7    that they had Mike's location of his phone on the entire day of

10:38AM  8    the 31st.  Never, never did they show you his phone at Miller's

10:39AM  9    house or the restaurant.  They didn't show you anything about

10:39AM  10   that, and why?  Because he wasn't there, and it didn't happen.

10:39AM  11   And it's just another time that Miller told you something that

10:39AM  12   was a lie.

10:39AM  13        Second, with respect to Count 17 -- excuse me,

10:39AM  14   Count 7, I apologize, the Joe Boy Tavares count, if there was

10:39AM  15   any animosity between Mike and Joe Boy, Joe Boy could have hit

10:39AM  16   that stand for the government, they have the burden of proof,

10:39AM  17   and said, Miller is right, there's been this animosity.  But

10:39AM  18   instead when they worked on the movies, they got along

10:39AM  19   together.  It was zero.  Randy Aiwohi gave you.  And that's why

10:39AM  20   the only verdict there is not guilty.

10:40AM  21        Lastly, with the kidnapping on Count 11, when you're

10:40AM  22   looking at incentivized witnesses like Preston Kimoto, you

10:40AM  23   remember what he said about Annie Kim:  When she -- when I met

10:40AM  24   with her, she said, How much to kill him?  And then Preston did

10:40AM  25   a -- she did an across the neck.  It sounds like Preston was

10:40AM   1   the one who wanted to do harm to her.  Not the other way

10:40AM   2   around, because that didn't happen because the moment Preston

10:40AM   3   threatened her and her children, she reported it to the FBI,

10:40AM   4   and he was arrested.  That's what incentivized witnesses say.

10:40AM   5   Then they say, Oh, let me make something up now and say 90

10:40AM   6   grand went to Mr. Miske, when it didn't.  If Annie Kim had paid

10:40AM   7   that money, she would have been on that stand.  She didn't, and

10:41AM   8   that's why she wasn't there.

10:41AM   9        Now Count 15.  This goes back to an earlier slide in

10:41AM  10   the Gursh, Ali'i, Miller, Buntenbah, Sam Kuuana, and Joe Boy --

10:41AM  11   excuse me, Harry Boy Kauhi drug trafficking organization.  All

10:41AM  12   right.  Miller told you that he was buying all these drugs all

10:41AM  13   this time, and then there was a source in LA who flew to Hawaii

10:41AM  14   to meet with them.  And this was Sam Kuuana and Miller's deal.

10:41AM  15   All right.  So he -- the folks fly to Hawaii just a couple of

10:41AM  16   days before the trip to LA, and it's sort of like, Okay, do you

10:41AM  17   have the cash?  And they show them that they have the cash.  So

10:42AM  18   then Sam Kuuana then is in with Miller on this deal.

10:42AM  19        Now, who booked the trip for Miller to LA?  Star, Sam

10:42AM  20   Kuuana's wife, booked it.  You mean to tell me that Sam Kuuana

10:42AM  21   didn't know Miller was going to LA the next day when his wife

10:42AM  22   booked the tickets, and she worked at Hawaii -- at Hawaiian

10:42AM  23   Airlines and she was the one who got the ticket?

10:42AM  24        Now, he said, Oh, we took 200,000 and 200,000 -- or

10:42AM  25   maybe it was 300,000, it was 400 or 300,000.  I don't know.  I

10:42AM  1    guess it's hard to count between that much.  But Buntenbah had

10:43AM  2    200,000 in his carry-on bag.  Okay.  Did they put Mike

10:43AM  3    Buntenbah on the stand to tell you he had any money with him?

10:43AM  4    No.  Who's got the burden?  They do.  Is he an incentivized

10:43AM  5    witness?  You bet.  Didn't happen.

10:43AM  6         Wayne Miller said, Oh, they only check for toothpaste,

10:43AM  7    they don't look.  No, that's not the way it goes.  You're

10:43AM  8    carrying $400,000 in two different carry-on bags.  That's not

10:43AM  9    happening.  And even if you were, which you weren't, Sam Kuuana

10:43AM 10    knows that deal is going down.

10:43AM 11         So what was really happening is when they got to LA,

10:43AM 12    they're there to say, Okay, you've shown us that you have

10:43AM 13    money.  Now you show us that you've got goods, the drugs.

10:43AM 14    Because this is a first time deal as we heard.  Nobody trusts

10:44AM 15    anybody.  And there's one rule of thumb in these types of

10:44AM 16    transactions:  Simultaneous exchange.  Nobody, nobody, nobody

10:44AM 17    trusts the other side.

10:44AM 18         All right.  So Miller says that there's cash.  None is

10:44AM 19    found, except for $10,000.  All right.  And he says that he

10:44AM 20    checked the drugs.  Okay.  But Miller doesn't know the full

10:44AM 21    extent of the surveillance.  So what you had was wiretaps, you

10:44AM 22    had folks outside, and so the folks outside saw the vehicles

10:44AM 23    arrive.

10:45AM 24         Okay.  Just to orient you, the Honda showed up first

10:45AM 25    at the residence.  About 10, 20 minutes later, the Chevy showed

10:45AM  1    up.  Miller told you that a white Cadillac brought Buntenbah.

10:45AM  2    No, because the law enforcement that was watching said and

10:45AM  3    testified to there was no white Cadillac, so the two of them

10:45AM  4    came together.

10:45AM  5        Now, the Honda has the 10 kilos.  Miller says that

10:45AM  6    after that they loaded up the drugs into the Honda.  No,

10:45AM  7    because they were watching the Honda and nobody loaded any

10:45AM  8    drugs into that car.  So at that point when all the vehicles

10:46AM  9    leave, they head to the wish (verbatim), and then they head to

10:46AM  10   a third location, and they're under surveillance, and the Audi

10:46AM  11   leaves and comes back, but they're pulled over near the 405

10:46AM  12   entrance in Los Angeles.  And eventually the Audi is brought

10:46AM  13   back.  And who has the drugs?  Ismael in the Honda.

10:46AM  14       The number one rule is it's simultaneous exchange.

10:46AM  15   Common sense tells you at any point the Honda can spin off, go

10:46AM  16   somewhere else.  You've just turned over 300, $400,000, and

10:46AM  17   you're not going to take possession of what you purchased from

10:46AM  18   somebody that you've never dealt with?  No.  Nobody, nobody is

10:46AM  19   going to do that.  And Wayne Miller has been dealing drugs his

10:46AM  20   whole life, and that ain't true.

10:47AM  21       Everybody is arrested, and the 10 kilos are in the

10:47AM  22   Honda, not the Chevy that Wayne and Michael Buntenbah are in.

10:47AM  23   And so that entire trip, why it isn't a deal, because they

10:47AM  24   never took possession of the drugs.  And so they were released

10:47AM  25   because they didn't have it.  And nobody is going to turn over

10:47AM  1   300 or 400,000 to somebody you don't know.  So there is no

10:47AM  2   cash, no possession of the drugs, no transaction.  And what did

10:47AM  3   Tommy Otake tell you when he met with Miller?  He was there to

10:47AM  4   kind of broker or something sort of a deal.

10:47AM  5           Now, if you got the real story, maybe they're going to

10:47AM  6   San Francisco.  Maybe then the money comes at that point, but

10:48AM  7   it's coming from Sam Kuuana.  It never came from Mike Miske.

10:48AM  8   Now, he tried to tell you that then all of a sudden, Sam

10:48AM  9   Kuuana, whose wife booked the flight, didn't know that he had

10:48AM  10  gone to LA, so he could go back to Sam Kuuana and say, Hey, I

10:48AM  11  haven't been to LA, so give me the three or 400,000, then I'll

10:48AM  12  pretend that I went to LA, and then we get the money back.

10:48AM  13          That's just crazy.  That's just crazy.  Sam Kuuana is

10:48AM  14  in this drug trafficking organization.  He's not going to hand

10:48AM  15  over 400,000 to him after Miller has already gone to LA.  And

10:48AM  16  if he does, he's going to expect the drugs back.  He's going to

10:48AM  17  want them back.  And none of that happened.  Once again, it's

10:49AM  18  Miller trying to fool you after he's fooled everyone.

10:49AM  19          As you've seen from the other evidence in this case,

10:49AM  20  how many people came in and talked about the 2016 to 2018

10:49AM  21  period?  I sold all these drugs, I did all these drugs.  Did

10:49AM  22  Mike get a dime of it?  No.  Was he involved with it?  No.  Was

10:49AM  23  he in the drug business?  No.  Did he ever agree to any of

10:49AM  24  that?  No.  It was all these other witnesses.  Not any of them.

10:49AM  25  Not any of them.

| | | |
|---|---|---|
| 10:49AM | 1 | And he sure as hell wasn't going to give up 400,000 |
| 10:49AM | 2 | for this at that time.  Why?  Because he's making his money |
| 10:49AM | 3 | legitimately, and he's making it through his business.  And |
| 10:49AM | 4 | he's not a drug dealer, and that's why he wasn't involved with |
| 10:49AM | 5 | this.  Everybody that took the stand, no matter what they said, |
| 10:49AM | 6 | told you that.  Other than Wayne Miller. |
| 10:49AM | 7 | No possession of the drugs, no cash, no arrests.  And |
| 10:50AM | 8 | what Tommy Otake told you is that Miller said, I was there to |
| 10:50AM | 9 | broker a deal.  Not that I transacted a deal. |
| 10:50AM | 10 | Sam Kuuana accepted the loss of 400,000 without |
| 10:50AM | 11 | question or retribution.  Give me a break.  Give me a break. |
| 10:50AM | 12 | We heard testimony if there's drugs, there's guns, and when |
| 10:50AM | 13 | someone is in that business, retribution would come. |
| 10:50AM | 14 | Money is exchanged for drugs and drugs are exchanged |
| 10:50AM | 15 | for money.  It's a simultaneous deal in that situation.  Drugs |
| 10:50AM | 16 | aren't fronted.  The money goes with the seller and the drugs |
| 10:50AM | 17 | go with the buyer.  The drugs didn't go with the buyer here. |
| 10:51AM | 18 | They were in that car when they got there.  No one ever saw any |
| 10:51AM | 19 | drugs put in there from the house, and they were surveilling |
| 10:51AM | 20 | during that time.  These are not trustworthy people on the |
| 10:51AM | 21 | first transaction. |
| 10:51AM | 22 | Once again, more lies, more incentivized testimony. |
| 10:51AM | 23 | Not guilty is the only result on Count 15. |
| 10:51AM | 24 | Counts 12 through 14, the conspiracy to use chemical |
| 10:51AM | 25 | weapon and uses of chemical weapon.  All right. |

10:51AM    1            (Audio was played.)

10:53AM    2            MR. KENNEDY:  All right.  So this is on the District

10:53AM    3    Nightclub, March 4th, 2017, 1:42 a.m.  Now, Exhibit 9556-004

10:53AM    4    was a comparison of Mr. Miske's phone at that time, the 7800

10:53AM    5    number, and Kaulana Freitas's, number 1944.  Kaulana Freitas

10:53AM    6    told you unequivocally before this happened he met personally

10:53AM    7    with Mike Miske, and he said that Mike Miske directed him to do

10:53AM    8    this, and he said that they were at the office and that

10:53AM    9    happened.  After it was done, he said he went back and he

10:53AM    10   personally met with Mr. Miske and he told him that it was done.

10:53AM    11   Unequivocally.  We did a comparison of the phones.

10:53AM    12           (Audio was played.)

10:54AM    13           MR. KENNEDY:  And before I do that, the comparison of

10:54AM    14   the phones you saw over that entire time period -- I'm not

10:54AM    15   going to take your time, you can watch the exhibit -- at that

10:54AM    16   hour Mr. Miske is over in the bay.  And never during that day

10:54AM    17   ever do those phones come together at all at the same tower.

10:54AM    18   At the time this is happening, Mr. Miske is at the bay, and he

10:54AM    19   goes around the eastern side of the island.  And so --

10:54AM    20           (Audio was played.)

10:54AM    21           MR. KENNEDY:  What happened there is that there was no

10:54AM    22   personal meeting.  That didn't happen.  You can see Mr. Miske

10:54AM    23   going around the island at 1:42.  Kaulana Freitas is downtown

10:54AM    24   the entire time.  That was a lie by an incentivized witness,

10:54AM    25   because Mike Miske had nothing to do with this.

10:55AM  1          Why?  In 2016, yes, he owned the M Nightclub, but he

10:55AM  2     sold it to Jason Yokoyama.  And you heard Sean Meador, the

10:55AM  3     insurance agent for both of them, testify that at that point

10:55AM  4     Mike was done with that particular establishment.  It was over.

10:55AM  5     It was Jason's club.  So at that point in time Mike had no

10:55AM  6     interest in that nightclub at all.  Didn't step foot in it.

10:55AM  7     Jason Yokoyama was the one who had Encore at the Row.  And at

10:55AM  8     that time he had the incentive regarding what happened.

10:55AM  9          Now, if that weren't the case, have we heard from

10:55AM 10     Jason Yokoyama?  No.  Once again, they have the burden of

10:55AM 11     proof.  Jason could have come in and said it was Mike.  But he

10:56AM 12     didn't.  Because it wasn't Mike.  Kaulana Freitas didn't see

10:56AM 13     him.  They didn't meet.  They didn't have that discussion.  And

10:56AM 14     Mike had no interest in that at all.  They were never together

10:56AM 15     that day.  They never had that meeting, and that was once again

10:56AM 16     just another lie.

10:56AM 17          Now, when we move to the Ginza on March 5th, 2017.

10:56AM 18          (Audio was played.)

10:57AM 19          MR. KENNEDY:  In one of those locations there was

10:57AM 20     pepper spray on the dance floor was reported.  On another

10:57AM 21     location it was in a little cup area, which was saved.  At no

10:57AM 22     point did anyone test what was used inside those two

10:57AM 23     nightclubs.  Never did they determine what the substance was.

10:57AM 24     Everyone reported it as pepper spray.

10:58AM 25          What had happened was people left the establishment

10:58AM  1    and went outside.  One of the folks said the first night at The

10:58AM  2    District, they went over to the Ginza, they all left and they

10:58AM  3    went to the neighbor club.  The other one, they moved out of

10:58AM  4    the club.  That was it.

10:58AM  5         This slide will show that Kaulana said he had nothing

10:58AM  6    to do with the Encore at the Row over here, and the second one

10:58AM  7    on the Ginza, but his phone placed him right at the Ginza right

10:58AM  8    at the time when that was happening.

10:58AM  9         Once again, you're not getting this straight.  As I

10:58AM  10   said, it's Jason Yokoyama's club.  It's not Mike's.  He's got

10:58AM  11   no financial interest in it.

10:58AM  12        Kaulana Freitas, Jake Smith told him to release the

10:58AM  13   chemical.  Believed it was mace or pepper spray.  Only did like

10:58AM  14   a squirt into the trash can.  Only intended to get people to

10:59AM  15   leave.  Didn't mean to harm anyone.

10:59AM  16        And when you go to the jury instructions, even if they

10:59AM  17   could prove that it was chloropicrin, which they have not, it's

10:59AM  18   only a chemical weapon when considering the type of chemical

10:59AM  19   used and the circumstances in which the chemical was used, and

10:59AM  20   there was potential to severe harm to many people.  Severe harm

10:59AM  21   to many people.

10:59AM  22        There is no testing.  The Jager bottle, which was

10:59AM  23   recovered, was a month later.  Ashlin Akau was unaware of the

10:59AM  24   substance.  Kaulana Freitas was unaware of the substance.

10:59AM  25   Everyone came in contact thought it was pepper spray.  And even

10:59AM   1    if it was chloropicrin, what you've learned from the fumigation
10:59AM   2    testimony that we've had is it's a warning agent.  All it is is
10:59AM   3    you use it so that if you come in contact with it, you leave.
11:00AM   4    Obviously the Vikane is what's killing.  And so since the
11:00AM   5    Vikane is odorless and nondetectable, all it is is a warning
11:00AM   6    agent.  It's not a harming agent.
11:00AM   7           Officer Omerod, you recall, opened it up and put it up
11:00AM   8    to his nose in a way that the most definite way it could cause
11:00AM   9    harm.  But what happened, he sniffed directly into the nose
11:00AM   10   about an inch away was the testimony of the officers.  He
11:00AM   11   walked to the HFD, the Honolulu Fire Department in Kailua where
11:00AM   12   it's right next door, he was immediately cleared, and refused
11:00AM   13   to ride to the hospital.  He drove himself to the hospital with
11:00AM   14   normal vitals.  He returned to work the same day.
11:00AM   15          And Wes Otani, pest control industry individual who
11:00AM   16   testified, talked about the fact that irritation, but that is
11:01AM   17   it.  There's no potential to cause severe harm.  It's just a
11:01AM   18   warning agent.
11:01AM   19          Count 20.  The Toyota Tacoma leases for O'ahu Termite,
11:01AM   20   the bank fraud.  That's the allegation.  One of the jury
11:01AM   21   instructions talks about the nature of the bargain.  Okay.
11:01AM   22   There's no deception about the essential aspects of this
11:01AM   23   transaction.
11:01AM   24          What are the essential aspects?  The essential aspects
11:01AM   25   are this:  Koa Masutani's qualifications.  You underwrite to

11:01AM    1    the individual only.  They're just looking at that person's

11:01AM    2    credit history.

11:01AM    3         Two, Bank of Hawaii does not look at the financials of

11:01AM    4    the business.  They don't see it as a business.  Wrong.  And

11:01AM    5    Masutani has authority to act on behalf of the company.  It's a

11:01AM    6    manager designated for that authority.  And what we have

11:02AM    7    learned throughout the trial, there was no intent to cheat

11:02AM    8    because there was a clear intention to repay the loan.

11:02AM    9    Masutani intended to and did guarantee the loan.  He fulfilled

11:02AM    10   the responsibility by repaying the loans after the company was

11:02AM    11   closed down.

11:02AM    12        BOA employee for 21 years in auto lease loans just

11:02AM    13   described the underwriting process.  836 credit score is in the

11:02AM    14   highest bracket, looking at the guarantor.  Income came within

11:02AM    15   the credit score.  Length of employment was an unimport- -- was

11:03AM    16   important for the loan approval.  Member or manager is

11:03AM    17   important because it associates the applicant with the company

11:03AM    18   this way.  Not just anyone can get an auto loan in the name of

11:03AM    19   the business.  And there are no rules as to what the

11:03AM    20   requirements are to be a manager.

11:03AM    21        With an LLC, it's in the owner's discretion to say

11:03AM    22   anyone can be a manager.  That manager can authorize that

11:03AM    23   business to act.  If you have a sole proprietorship or even

11:03AM    24   others, all you have to do, once you authorize that person to

11:03AM    25   act, they're binding for your business.  You're giving them

11:03AM  1  that trust, and then the person can check and say, Okay,

11:03AM  2  they're authorized.

11:03AM  3      It doesn't mean you have to be a manager in the sense

11:03AM  4  that you manage people.  That's not the purpose behind it.

11:03AM  5  What it is is, are you authorized to enter into contracts on

11:04AM  6  behalf of this business.  And if you are, that's the essential

11:04AM  7  nature of the business.

11:04AM  8      And we heard from Hironaka.  Thirty-two years with the

11:04AM  9  DCCA, acting business registration supervisor.  Managers are

11:04AM  10  appointed by the members.  Totally within the member's

11:04AM  11  discretion who to appoint at the DCCA.  No limit to the number

11:04AM  12  of managers.  When Delia was a manager and then Koa was added

11:04AM  13  as a manager, no limit.  No requirements the manager must have.

11:04AM  14  No requirement to be on payroll or work a particular number of

11:04AM  15  hours.  Appointed managers is just a person authorized by a

11:04AM  16  member to act on behalf of the company.

11:04AM  17      We're talking about two Toyota truck loans.  In all

11:04AM  18  the business dealings that Kama'aina Termite and Pest Control

11:05AM  19  did over all the years, the only -- the only count here is

11:05AM  20  these two Tacoma loans, which were repaid and which were

11:05AM  21  authorized by Koa, as the manager who was authorized by a

11:05AM  22  member to act on behalf of the company.

11:05AM  23      Once again, just like Counts 12, 13 and 14, Count 20,

11:05AM  24  the only verdict should be not guilty.

11:05AM  25      Counts 21 and 22.  With respect to Counts 21 and 22,

11:05AM   1   there were seven letters submitted for the bail hearing.  You

11:05AM   2   heard from Pastor Kurt, who wrote his, handed it to Mr. Miske,

11:05AM   3   that was given to his lawyers.  He wrote it, he stood behind

11:06AM   4   it.  Paul Makani Christensen, you heard from him, the same.

11:06AM   5   There were -- you heard from Angela Varnadore, who wrote her

11:06AM   6   own letter, said that was her letter.  There's three.  Two

11:06AM   7   others were submitted.  No questions about Mr. Lau's and

11:06AM   8   Mr. P.K. Marinas's.  So that's five of them.  Five out of seven

11:06AM   9   when you're looking at the intent that is required to make it a

11:06AM  10   criminal crime.

11:06AM  11         With respect to Larry Kapu's letter, Larry said, I

11:06AM  12   thought I was writing it for the lighting of the tree.  And

11:06AM  13   that's why Paige Altonn came in and said, Okay, that event

11:06AM  14   occurred in November of 2017.  And you have the expert who went

11:06AM  15   through all the metadata and everything.  And Larry Kapu's

11:07AM  16   letter, which he -- the content of it he wrote, along with

11:07AM  17   Angela Varnadore, was completed not in 2017, not in 2018, at no

11:07AM  18   time where the lighting of the trees was around, but was done

11:07AM  19   on January 2nd of 2019.

11:07AM  20         Now, that count, there was nothing with the content of

11:07AM  21   the letter that Larry took issue with.  There were two things

11:07AM  22   that the government alleges make it a crime.  First, "To whom

11:07AM  23   it may concern."  Okay.  I can't think of a broader say to

11:07AM  24   start this letter.  "To whom it may concern," that can be

11:07AM  25   everyone on the planet.  It is as broad as it can be.

11:07AM   1        It was changed to the Honorable Judge or to the

11:08AM   2   Honorable Court.  I'd have to look at it.  I don't have it

11:08AM   3   memorized.  Which was specific for its purpose.  Nothing more

11:08AM   4   than a change to the purpose of which a general "To whom it may

11:08AM   5   concern" was applied.

11:08AM   6        Then the company, as you've seen, has electronic

11:08AM   7   signatures.  Larry Kapu talked about the fact that often when

11:08AM   8   they were doing all these termite inspection reports, they had

11:08AM   9   the electronic signature there, they applied the electronic

11:08AM   10  signature.  That was done for folks within the office.  And

11:08AM   11  that was what was done here, as you can see from the metadata

11:08AM   12  that came.  So to whom it was concerned changed to the

11:08AM   13  Honorable Court, and an electronic signature applied and

11:08AM   14  submitted.

11:08AM   15       Now, if you say "To whom it may concern," you're

11:08AM   16  giving a letter that the person can use.  It's common sense.

11:09AM   17  And even more important I think here, the contents of the

11:09AM   18  letter were Larry's and working with Angela.  So there was

11:09AM   19  nothing altered with respect to that.  And that's Count 22.

11:09AM   20       Count 21 was Kurt Nosal's letter.  And what you

11:09AM   21  learned through the trial was that Angela Varnadore drafted

11:09AM   22  that letter.  And then she went to the grand jury and she lied

11:09AM   23  about it, and then she was confronted with the perjury, and

11:09AM   24  then she was given a pass, so long as she would testify here

11:09AM   25  for the government.  Perjury went away.

11:09AM   1          So what she did was she drafted the letter way back in

11:09AM   2    2018.  And you might be wondering why would you have letters

11:09AM   3    then.  Well, let me tell you.  In August of 2017, when you have

11:09AM   4    a boat, and you find out that for nine days they're ripping it

11:10AM   5    apart, taking it in, taking away everything and looking at it,

11:10AM   6    you might think that at some point someone is going to say,

11:10AM   7    based on a probable cause finding, that you might need a letter

11:10AM   8    of recommendation at some point.

11:10AM   9          You would be crazy to not think when the FBI is doing

11:10AM  10    that, even though you say there's nothing there to find and

11:10AM  11    nothing was found, because that boat was not in any way, shape

11:10AM  12    or form anything to do with Jonathan Fraser, which is exactly

11:10AM  13    the same with Mr. Miske.

11:10AM  14          Now, when it was sent to Mike, you will see on

11:10AM  15    metadata it wasn't signed.  And then it moved on within the

11:10AM  16    office, and Angela wrote, I think to Napua Diaz, that once you

11:10AM  17    have these, you need to get it signed.  And instead of that,

11:11AM  18    Delia Fabro-Miske went, it appears, and signed it.  And we

11:11AM  19    learned that from the copier that was used from the metadata.

11:11AM  20          Okay.  If Mike had told her to do that, the government

11:11AM  21    could have called her to say that.  But they didn't.  Because

11:11AM  22    they have the burden of proof, and when they don't, the answer

11:11AM  23    may not be something that they wanted you to hear.  And so it

11:11AM  24    was sent directly to the lawyers at that point, way, way back

11:11AM  25    in that time.

11:11AM    1            Now, fast-forward to 2020, we know what was happening
11:11AM    2    in the world.  In July, COVID was here, and you heard from
11:11AM    3    Preston Kimoto, when he was arrested they were taken in there,
11:11AM    4    they were in lockdown.  They couldn't see their lawyers.  They
11:11AM    5    weren't allowed, you didn't go to court, you were on a TV.  You
11:11AM    6    had no ability to know what was happening.  And so that letter
11:12AM    7    was submitted.
11:12AM    8            But Mr. Miske never saw a signed copy of that letter.
11:12AM    9    Didn't know it even had been sent to the lawyers.  And didn't
11:12AM   10    act corruptly when the understanding was it was supposed to be
11:12AM   11    shown to Kurt Nosal for his signature.  So, was it wrong?  Yes.
11:12AM   12    Was it a crime?  No, because you have to act corruptly.  And he
11:12AM   13    did not.  He didn't even know it was submitted at the time
11:12AM   14    because he had no contact at all during that time with his
11:12AM   15    lawyers after that arrest.
11:12AM   16            I want to move to Count 1, the RICO charge.  And I
11:12AM   17    want to go through some of the way the government did it, and
11:12AM   18    then talk with you about how you need not even get to those
11:13AM   19    14 buckets.
11:13AM   20            First, the essence of a conspiracy is agreement.
11:13AM   21    Michael Miske never agreed to any murder with anyone.  With
11:13AM   22    Frasure, I covered it.  Never happened.  Never agreed.  Didn't
11:13AM   23    do it.  Never conspired with anyone to do it.
11:13AM   24            With Calles, back to the drug trafficking
11:13AM   25    organization, what's in it for Miller?  I'll tell you what was

11:13AM   1   in it for Miller, for Kuuana, for the others in that

11:13AM   2   organization.  First, they never showed you anybody that Calles

11:13AM   3   ever blocked for Michael Miske.  His son had a job.  Russell

11:13AM   4   Boy was working there.  And Elgin Calles never testified about

11:13AM   5   anything that he ever blocked with Michael Miske.  So the whole

11:14AM   6   story behind it is in fact done by the one who has the

11:14AM   7   information.

11:14AM   8         Now, why are the docks important to a drug dealer like

11:14AM   9   Miller, like Gursh, like the others?  Because if you have that

11:14AM   10   sort of access, you can move your product here, and that's what

11:14AM   11   Miller was trying to do with respect to the docks.  He started

11:14AM   12   in -- way back in 2016.  And you have the video where when he's

11:14AM   13   working for the FBI in 2017, in August, he's still trailing and

11:14AM   14   going after Elgin Calles.

11:14AM   15         Now, at the end did anything happen?  No.  But the

11:14AM   16   folks who were there to do that -- Norman Akau said what

11:14AM   17   happened, Miller, me and Nate Lum sat down for a meeting.  It

11:15AM   18   was all Miller's deal, first meeting.  Second meeting, Miller,

11:15AM   19   Lum, and Akau sat down for a second meeting.  Had nothing to do

11:15AM   20   with Mike.  I've never done anything with Mike.

11:15AM   21         Then there was the following of Calles, and then over

11:15AM   22   to the time period where all of a sudden Norman Akau is ready

11:15AM   23   to do it.  The GPS is still on the vehicle for some reason.

11:15AM   24   And nothing happens.  And they give it up.  That's the Calles

11:15AM   25   story.  And it was Miller's plot.  Mike had nothing to do with

| | | |
|---|---|---|
| 11:15AM | 1 | it. |
| 11:15AM | 2 | Why?  Because he doesn't need the docks.  He doesn't |
| 11:15AM | 3 | need that.  And his son had worked there.  Nobody was ever |
| 11:15AM | 4 | blocked.  Russell Boy was always there.  And there was nothing |
| 11:16AM | 5 | to be gained. |
| 11:16AM | 6 | In fact, Calles is the one who handed over the check |
| 11:16AM | 7 | for the benefits to Mike and Delia for Caleb.  No animosity. |
| 11:16AM | 8 | And if Elgin Calles had blocked anything, if there was any |
| 11:16AM | 9 | truth to any of that story, they could have called him to the |
| 11:16AM | 10 | witness stand.  Why didn't they?  Because they didn't want you |
| 11:16AM | 11 | to hear it.  Because when they don't call somebody, it's |
| 11:16AM | 12 | because it doesn't help them.  And once again, we have no |
| 11:16AM | 13 | burden, even if we called witnesses.  That's called burden |
| 11:16AM | 14 | shifting.  Their burden always stays with them to prove it |
| 11:16AM | 15 | beyond a reasonable doubt. |
| 11:16AM | 16 | Lindsey Kinney.  You know, there was a lot of |
| 11:16AM | 17 | questions on redirect about you told the truth, you told the |
| 11:16AM | 18 | truth, you told the truth, did you tell the truth, did you tell |
| 11:16AM | 19 | the truth. |
| 11:16AM | 20 | Okay.  Let's go to Kualoa Ranch.  What was the |
| 11:16AM | 21 | testimony?  Jacob Smith, Norm Akau.  Norm Akau said Mike was |
| 11:16AM | 22 | getting bombed about Caleb and his son.  It was nasty, it was |
| 11:17AM | 23 | going on, and it was continuing.  So he we want to Norm and |
| 11:17AM | 24 | said, Hey, can you stop this?  Because you know this guy, |
| 11:17AM | 25 | you're business partners with him. |

11:17AM   1          And they didn't know Norm, but he knew that Norm knew

11:17AM   2    Lindsey.  And so Zeph Salas and Norm Akau in the Nakipi

11:17AM   3    Motorcycle Club, which you heard is part of USO, sat down with

11:17AM   4    Lindsey, and Lindsey basically said, No, I'm going to keep

11:17AM   5    doing it.

11:17AM   6          So what was the agreement?  The agreement was Mike

11:17AM   7    said, I want to scrap with the guy.  That's what Norm told you.

11:17AM   8    And so they go out to the ranch, and Mike is going to scrap

11:17AM   9    with him, and he's going out.  And what had happened before was

11:17AM  10    that both Norm Akau and Zeph Salas had talked to Jacob Smith,

11:18AM  11    and Norm told you that Zeph was the president.  He gave Jake an

11:18AM  12    order, Jake accepted it, and he was to -- he was to discipline

11:18AM  13    Lindsey, because he was no longer in Nakipi because they had

11:18AM  14    asked him to stop this.  Like how are you enjoying your loss?

11:18AM  15    How are you feeling about the death of your son?

11:18AM  16          And so Smith was supposed to do something.  So what

11:18AM  17    happened?  Mike is going to scrap with him.  They're going to

11:18AM  18    him, and Jake said, I shot one shot in the air.  That's it.

11:18AM  19    And then everything stopped.  One shot into the air.  Harry Boy

11:18AM  20    said, I couldn't see.  I was behind the truck.  I heard one

11:18AM  21    shot in the air.  Jake Smith, I took one shot in the air.

11:18AM  22          And so, no, the arm did not go down, as was displayed

11:19AM  23    in closing.  None of the witnesses that are incentivized said

11:19AM  24    that.  All of them testified to a shot in the air.  That's not

11:19AM  25    attempted murder.  That stopped this.  And there never was any

11:19AM  1    conversation about killing Lindsey Kinney.  Because he

11:19AM  2    continued on.

11:19AM  3        And so, yeah, you've seen some text messages about

11:19AM  4    smash him and do this.  He was never touched in the entire time

11:19AM  5    from 2017 to 2020.  Never.  Never touched by anyone.  And then

11:19AM  6    Lindsey ended up doing something else, and that's a different

11:19AM  7    story for Lindsey.  There was never any agreement by Michael

11:20AM  8    Miske to any RICO murder.

11:20AM  9        Kidnapping, we've covered Frasure and we've covered

11:20AM  10   Lee, Robert Lee.  No agreement that anyone should do a

11:20AM  11   kidnapping.

11:20AM  12       Robberies, Hobbs Acts, Instagram robberies.  Everyone

11:20AM  13   who testified here said, We were out robbing.  We did this, all

11:20AM  14   of these.  What happened to the money from the robberies?  We

11:20AM  15   kept it.  Not a dime went to Mike.  Did Mike know about them?

11:20AM  16   No.  Might he have been aware of them after they happened?

11:20AM  17   Yes.  Because we'll talk about Mike Char.  But never did he

11:20AM  18   agree to any robbery and never did he take a dime from any

11:20AM  19   robbery, the BVNK, the Instagram robberies, the Ota, the

11:20AM  20   Carignan.

11:21AM  21       And if we move to Bourne, we will see we had -- Kalei

11:21AM  22   Santos came in and looked at that image and said it's not his

11:21AM  23   voice, it's not his look, it's not Mike.  Now, Kalei is

11:21AM  24   partners with Chris Bourne.  He's known Mike as long as Chris

11:21AM  25   Bourne has as well.  He's known that Chris Bourne was and is a

11:21AM  1    friend to Mike Miske.  In fact, in 2020 you saw the text

11:21AM  2    messaging between the two regarding the business relationship.

11:21AM  3    Mike never agreed to any robbery of Chris Bourne, and there

11:22AM  4    wasn't a million dollars at Chris Bourne's house.  What you had

11:22AM  5    was, as you'll see, Frankie Silva together with Jake Smith.

11:22AM  6          Now, on the murder for hire, no agreement to any

11:22AM  7    murder for hire by Michael Miske.  Jonathan Fraser, Joe Boy

11:22AM  8    Tavares, Elgin Calles, and certainly not Andi, who he's been

11:22AM  9    with now for 20 years.  Nothing.

11:22AM  10          We talked about the chemical weapons.  Nothing about

11:22AM  11   the Addiction.  You know, when you're talking about chemical

11:22AM  12   weapons, there's a guy by the name of -- you remember that

11:23AM  13   there was a discussion about a certain individual Cabael, who

11:23AM  14   told you that he went into a small place called the SoHo in

11:23AM  15   Chinatown.  And he said that he took 5 ounces of chloropicrin,

11:23AM  16   and he had it in his pocket and he punched a hole in his jeans,

11:23AM  17   and without anyone knowing it, he disbursed 5 ounces of

11:23AM  18   chloropicrin in that SoHo place.

11:23AM  19          And what happened?  His girlfriend, Nalani Epstein,

11:23AM  20   was at the bar, and she didn't know that it happened, and no

11:23AM  21   one left.  And he testified to that.  That's Alfredo Cabael.

11:23AM  22   That was just a blatant lie.

11:24AM  23          And you can see that the SoHo is not on the list.

11:24AM  24   Why?  Because there weren't 50 dead cats, there wasn't 2

11:24AM  25   million in fireworks, and there sure as hell wasn't 5 ounces of

11:24AM   1   chloropicrin dropped on the floor of the SoHo.  And nobody left

11:24AM   2   and nobody noticed, including his girlfriend.  Never happened.

11:24AM   3   And that's the story that he told the FBI, and he told that

11:24AM   4   story to you.  No agreement by Mr. Miske ever to use a chemical

11:24AM   5   weapon.

11:24AM   6          We talked about possession with intent to distribute

11:24AM   7   cocaine and the distribution of cocaine, which was Count 15.

11:24AM   8          The bribery count, Matt Cosbie was up on the stand and

11:25AM   9   said, We paid a guy 25,000 to do his job, which was to get us a

11:25AM  10   permit.  Okay.  Do you know how he did it?  No.  Are you

11:25AM  11   speculating?  Yes.  That's it.  That was the only testimony

11:25AM  12   from Matt Cosbie.

11:25AM  13          Tia testified that in a similar way but had no

11:25AM  14   firsthand knowledge.  Did anyone come in and say who had

11:25AM  15   firsthand knowledge of what occurred to prove a bribery, a quid

11:25AM  16   pro quo, getting something for something?  No.  No testimony at

11:25AM  17   all.  One witness saying that in regard to a solar contract.

11:25AM  18          Now, with respect to extortion.  If we move to John

11:25AM  19   Lauro, now he was described as a silent partner.  The website

11:25AM  20   had him as the managing partner.  When Tia talked about who and

11:25AM  21   what were the business, When I had business decisions, I went

11:26AM  22   to Mike.  Everything about construction I went to John.

11:26AM  23          Eventually in the summer of 2018, you saw that he

11:26AM  24   received partner distributions of over $100,000.  And I believe

11:26AM  25   Ken Hines backed out a little money, and it was about 116,000

11:26AM  1  in partnered distributions.

11:26AM  2  John testified to you that that was money, in addition

11:26AM  3  to his salary, that he was paying workers at Lumahai in cash.

11:26AM  4  There's one problem with that.  That was the summer of 2018.

11:26AM  5  When we get to the Bank of Hawaii, and the time period

11:26AM  6  where, in 2017, the loans were sought, the appraisal and the

11:26AM  7  appraiser Ms. Sofos said the house was completed.  It had a

11:26AM  8  certification of completion by 2017.  And when you look at that

11:27AM  9  appraisal report, it's January 2nd of 2018, I believe.  So John

11:27AM  10  Lauro wasn't working at Lumahai and paying people in cash then.

11:27AM  11  And so then the government said, Oh, they only had

11:27AM  12  certain amount of losses during those years.  However, Mike put

11:27AM  13  in all the money into that business, and his silent partner

11:27AM  14  John Lauro was the construction guy, and they lost money on it.

11:27AM  15  So all they did was split the losses.  It wasn't extortion.

11:27AM  16  John had been trying to sell that house for a number

11:27AM  17  of years.  And in that situation, John sold it, he took some of

11:27AM  18  the money and cashed out the house.  Some of the money went to

11:27AM  19  John, some of the money went to Mike to pay for the business

11:27AM  20  that had failed.  Mike then took an equal loss as John, because

11:27AM  21  they were partners.  And John knew the construction business.

11:28AM  22  He was his silent partner.  That's why he was advertised as a

11:28AM  23  managing partner.  And that's not extortion.

11:28AM  24  Same with the drug dealer robberies, none of those did

11:28AM  25  Mike agree to.  The only one that he became aware of was the

11:28AM  1   Mike Char robbery.  And how he became aware of it is Mike Char,

11:28AM  2   after they robbed him -- remember he had a big wad of what

11:28AM  3   everybody thought was hundreds, and he would walk around, and

11:28AM  4   he was a drug dealer, so these guys, Bermudez, Freitas, other

11:28AM  5   people then went and robbed him.  And then they robbed him of

11:28AM  6   the car, Frankie Silva took it.  And Mike Char went to Mike,

11:28AM  7   because Johnny, his brother, was involved with it, and Kaulana,

11:28AM  8   his cousin, was involved with it.  So Mike Char went to him and

11:28AM  9   said, Can you help me get my car back?  Mike helped him get his

11:29AM  10  car back.

11:29AM  11          And then when he went to the bay, and Kaulana and John

11:29AM  12  were there, he destroyed Kaulana's car.  Because he had robbed

11:29AM  13  this guy.  Not because it was at the bay solely.  Because he's

11:29AM  14  not about robbing.  He makes his money by his business.

11:29AM  15          Trafficking in controlled substances, we dealt with

11:29AM  16  that.  The other drug trafficking is the fact that nobody said

11:29AM  17  from 2016 to 2018 Mike had any involvement with that at all.

11:29AM  18          RME fraud, Hawai'i Partners, tax fraud, the change

11:29AM  19  order and bid rigging.  There's no bid rigging there.  What

11:29AM  20  that was, was simply the Waikiki Yacht Club, two different

11:29AM  21  proposals, they got the lower one from Kama'aina Termite and

11:29AM  22  Pest Control.  Shaun Chaves discussed it.  Termite -- you know,

11:30AM  23  Terminix has many companies that they've acquired.  Same thing

11:30AM  24  happens.  It was just two different businesses that were then

11:30AM  25  owned by Mr. Miske.  They gave two separate costs.  Nothing was

11:30AM    1    determined in terms of who decided to -- they bid

11:30AM    2    independently, and all they did was after the sale, they

11:30AM    3    decided to -- Shaun gave up some of his commission to Preston.

11:30AM    4    That was it.

11:30AM    5         The change order at Keola La'i, that was -- Phil Woo

11:30AM    6    was on the stand.  We were talking about SCBAs at the last

11:30AM    7    minute, the self-breathing -- they needed like 40 of them.  So

11:30AM    8    then they thought it was going to be 159,000 to get them all

11:30AM    9    sent here.  And so the cost was determined to be that amount

11:30AM    10   when you took in all the labor costs that would go with manning

11:30AM    11   the 40 people, now that all of a sudden the regulators needed

11:31AM    12   more people there because they were going to require people to

11:31AM    13   go inside and do it.

11:31AM    14        Eventually, as the chairman of the board of that

11:31AM    15   particular condo said, then they changed to at the last second,

11:31AM    16   they decided not -- they did the outside aeration rather than

11:31AM    17   having everyone necessarily go in.  And so all the direct and

11:31AM    18   indirect costs were included in that.  And if you look at it,

11:31AM    19   and you heard it from Phil Woo, it was a $20 million problem

11:31AM    20   that they solved for 4.5 million.  And every termite was

11:31AM    21   killed, the five-year warranty was there, and everything was

11:31AM    22   done.

11:31AM    23        Tax fraud, what that is is they're trying to claim

11:31AM    24   that the 90,000 that Mike never got, the money that Cabael says

11:31AM    25   he got, which he didn't get from fireworks, wasn't declared.

11:32AM   1   What we saw -- and we saw with the money at the M.  I heard

11:32AM   2   testimony about how Jason is taking money over to Mike every

11:32AM   3   week.

11:32AM   4        Well, Ken Hines showed you that slide that almost a

11:32AM   5   million dollars, 800,000 or more, was declared on the taxes,

11:32AM   6   and none of that cash was ever deposited in a bank.  But it was

11:32AM   7   declared on Mike's -- on those taxes.  And so someone is not

11:32AM   8   skimming when there's almost a million dollars that doesn't go

11:32AM   9   into a bank, it's not something that anyone would know about,

11:32AM  10   and you voluntarily put it on your taxes and pay for it.  It's

11:32AM  11   the opposite of skimming.  And that was shown to you in the

11:32AM  12   graph.

11:32AM  13        And here it is.  $875,273, and it's represented by

11:33AM  14   those yellow portions of cash that never went into a bank,

11:33AM  15   there would be no record of it, and they still paid taxes on

11:33AM  16   it.  For the grand total of $14,560,541.

11:33AM  17        Now, Bank of Hawaii, the loan.  Certificate of

11:33AM  18   completion, $1.9 million loan.  A cashout of the value of

11:33AM  19   Lumahai, which was done by comparison basis for 13.6 million

11:33AM  20   looking at other properties at that time.  No fraud.  Paid down

11:33AM  21   to 36,000 that was being owed, and the loan went forward.

11:33AM  22   Finance Factors turned it down.

11:33AM  23        What the government is basing this on is a document.

11:34AM  24   Obviously it's false.  There's to doubt about it.  It's signed

11:34AM  25   in 2015.  It's got Makana Pacific on it.  It's then talking

11:34AM   1   about -- Makana Pacific wasn't even a company until 2017, and

11:34AM   2   there's some figure on there that says it cost 13.5 million to

11:34AM   3   build the house.  No, it didn't.  It didn't take 2 million to

11:34AM   4   buy it and 11.5 to build it.  It cost a lot less than that.

11:34AM   5   And Sofos, who was the appraiser, said, I didn't look at it.

11:34AM   6   It came in.  They didn't base anything on it.  Had nothing to

11:34AM   7   do with it.

11:34AM   8          Now, we get to identity theft, permits.  Kerry,

11:34AM   9   Michael Worden, Josiah Akau, Alfredo Cabael ID.  Once again,

11:34AM  10   his ID is something that's on Alfredo Cabael, not on Mike.

11:34AM  11          Firecracker permits.  These are just firecrackers.

11:34AM  12   Nothing to do with Mike.

11:35AM  13          Kerry Kitteringham.  Let's talk about what it means to

11:35AM  14   be an RME.  Kerry signs up as the RME.  His license is on that

11:35AM  15   business.  He's there for a period of time supervising and

11:35AM  16   doing it while he is there.  And then when the residential

11:35AM  17   solar kind of slows down, he stops doing it the way he was

11:35AM  18   before.  However, all the way up to 2019 he's driving a

11:35AM  19   Kama'aina Solar van.  He's advertising that he's with Kama'aina

11:35AM  20   Solar all the way up to that time.

11:35AM  21          He's put on the stand.  It's his license, and he says,

11:35AM  22   No, I didn't authorize those signatures.  Now, come on.  If he

11:35AM  23   didn't authorize those signatures, and it's his license, he

11:35AM  24   would have gone to the DCCA and said, I've stopped.  It's my

11:36AM  25   license.  It's my responsibility.

11:36AM    1            Now, whether he did what he needed to do to keep his

11:36AM    2    license is a different story.  But in terms of the jobs that

11:36AM    3    continued while he's driving around in a Kama'aina Solar

11:36AM    4    Solutions van for the next number of years, he authorized it.

11:36AM    5    And now if he said he didn't, he loses his livelihood.  Another

11:36AM    6    incentivized witness.

11:36AM    7            Michael Worden was the distributor who only had one

11:36AM    8    name in when Delia Fabro-Miske was seeking product, Vikane,

11:36AM    9    chloropicrin.  And so they only had Michael Worden's name in

11:36AM   10    there.  Michael then decided to go to Texas, and then he said,

11:36AM   11    Well, I didn't need to take a computer.  Everything was up on

11:36AM   12    the internet.  I could get everything from the company from

11:37AM   13    there.  And so he showed up in September in an Oahu T-shirt at

11:37AM   14    a function, and he continued to do it and never stopped his

11:37AM   15    license either.

11:37AM   16            And so there was correspondence about then turning it

11:37AM   17    over to another individual, Jake Matthews, and then there was

11:37AM   18    some back and forth about why can't we have everyone who has a

11:37AM   19    fumigation 7a license in there, and the company said it could

11:37AM   20    only be one person.  So then they changed it over to one

11:37AM   21    person.

11:37AM   22            Structuring.  Very simple.  All about the Rachel.  The

11:37AM   23    Rachel earning over a million dollars every year.  The workers

11:37AM   24    can't get off the boat.  So no one was -- you know, if they

11:37AM   25    could have gone to the bank themselves, they could have cashed

```
11:37AM   1   their checks themselves.  No one would have a problem with
11:38AM   2   that.  So if one person goes and does that, then it becomes
11:38AM   3   structuring.
11:38AM   4          And the question is, is it reasonable in a criminal
11:38AM   5   case to say that one person could act as an agent for all of
11:38AM   6   them?  And the answers is no.  Well, if you lined up one person
11:38AM   7   for each of them and did the same thing, would that be
11:38AM   8   structuring?  No.  It makes no sense.  It's a particular
11:38AM   9   situation that only arose from the fact they couldn't get off
11:38AM  10   the boat.
11:38AM  11          And you saw a $230,000 transaction that Michael Miske
11:38AM  12   did, which obviously had a CRT, that was prepared.  And so it
11:38AM  13   was only in relation to the Rachel and the fact they couldn't
11:38AM  14   get off the boat.
11:38AM  15          And that's what Kenneth Hines, who in his former
11:38AM  16   occupation ran the Seattle and the Western District as a
11:39AM  17   special agent from the IRS, told you.  That it wasn't
11:39AM  18   structuring.  Not a crime.  We've been through -- the labor
11:39AM  19   audit was one week.  Everyone had no overtime.  There were two
11:39AM  20   other weeks that were shown, there was overtime.
11:39AM  21          Let's talk about witness testimony.  George Perry.
11:39AM  22   Were you paid by cash?  Yes.  Were you paid overtime?  Yes.
11:39AM  23          Hughford Manolo, there from 2000 to 2015, ran many of
11:39AM  24   the big jobs that I showed you in the first -- when we were in
11:39AM  25   opening.  Did you get paid cash?  Yes.  Did you get paid your
```

11:39AM    1    overtime?  Yes.  That's it.

11:39AM    2            MS. PANAGAKOS:  You mean check.

11:39AM    3            MR. KENNEDY:  What's that?

11:39AM    4            MR. BARRY:  Got paid by check.

11:39AM    5            MR. KENNEDY:  Paid by check.  Paid by check.  I

11:39AM    6    apologize.  It's been a long morning.  Perfection is

11:39AM    7    unobtainable.

11:40AM    8            Now, tampering with a witness.  Kerry Kitteringham,

11:40AM    9    all your -- if you haven't done what you should have done as

11:40AM   10    your RME, get a lawyer, talk with him, consider taking the

11:40AM   11    Fifth.  That's all it is.  That's not witness tampering.

11:40AM   12    That's a conversation.

11:40AM   13            Isaiah and Jayword.  When you're talking about that

11:40AM   14    situation, Mike Miske didn't order anything about Aloha Tattoo

11:40AM   15    in Kailua.  The supposed beef, once again, the witness Billy

11:40AM   16    Whitney was not called by the government to tell you there

11:40AM   17    wasn't any beef.  It was nothing at all.

11:40AM   18            What that was is Jake Smith had sent Dayson Kaae into

11:41AM   19    a game room robbery, and he was beaten and arrested.  He went

11:41AM   20    into another one.  So Jake sent him in to this one again.  And

11:41AM   21    Tim Goodrich acted, stabbed him, came outside, stabbed the car,

11:41AM   22    and they left and Dayson died.  They said John Stancil was

11:41AM   23    there.  Jake Smith gave you that testimony in the car when they

11:41AM   24    left.  Mike had nothing to do with it, but his brother did.

11:41AM   25            And so when you're in that situation, a man who turns

11:41AM  1   his back on his family, you just ain't no good.  Is Bruce
11:41AM  2   Springsteen.
11:41AM  3          And so you've heard about the Instagram robberies of
11:42AM  4   Jonnie and other folks.  So if he was the crime boss that
11:42AM  5   everyone has made him out to be, which is he is not, and if he
11:42AM  6   really wanted to intimidate or do anything, he would have
11:42AM  7   showed up and talked with them that way.
11:42AM  8          But if you look at what their testimony was, this is
11:42AM  9   these guys, and that's Bush (verbatim) right there with shooter
11:42AM  10  gang and La Familia.
11:42AM  11         And once again, we're stuck.
11:42AM  12         Jake's girlfriend came in the day before to get a
11:42AM  13  tattoo of Jake on her hip.  Saw Jake Smith in the car outside
11:43AM  14  Goodrich's house after the incident, told police and grand jury
11:43AM  15  that it was Jake Smith in the mask.  Only now blames Miske.
11:43AM  16  Spoke to a guy in a mask who asked if they were okay.  Each
11:43AM  17  went alone.  Do not know who the masked man was.  That's it.
11:43AM  18         Count 10, conspiracy to commit assaults in aid of
11:43AM  19  racketeering.  Were there assaults?  Yes.  Were those assaults
11:43AM  20  federal crimes?  No.  There were assaults that should and were
11:43AM  21  handled in state court because they're state court matters.
11:43AM  22         And now if you go through the litany here, this is
11:44AM  23  conspiracy to commit assault in aid of racketeering.  Now, not
11:44AM  24  one dime from the robberies went to Mike Miske.  They didn't
11:44AM  25  need to go to Mike.  Mike is well off, exactly, exactly.  That

11:44AM  1  tells you everything you need to know about the robberies, and

11:44AM  2  Mike wasn't involved.

11:44AM  3      So if you're dealing with the robberies, nothing to do

11:44AM  4  with Miske on Nick Carignan.  Nothing to do with Mike Char.

11:44AM  5  Brandon Ota, no.  The Instagram robberies, no.  The BVNK

11:44AM  6  robbery, no.

11:44AM  7      And as I said, Kalei Santos partners with Chris

11:44AM  8  Bourne, always had a good relationship.  Miske was looking for

11:44AM  9  a truck to use.  Not Miske's reflection, not his hair, not his

11:44AM  10  voice.

11:44AM  11      Frankie Silva, those pants, and Jake Smith, right

11:44AM  12  around the time together.  And you understood that Jake told

11:45AM  13  you that it was Frankie Silva who got him involved with the

11:45AM  14  first Jorge Cano robbery.

11:45AM  15      Thank you.

11:45AM  16      And this is the text between Mike, Kalei, and Chris

11:45AM  17  Bourne in 2020 regarding the business they still do.

11:45AM  18      You heard about Ryan Teramoto, and I talked to you

11:45AM  19  about him.  Smith testified that him and Miller went together,

11:45AM  20  but Teramoto knows Miller, and he didn't recognize the two men

11:45AM  21  outside his house.  Another -- (Indiscernible).

11:45AM  22      Now, an enterprise existed.  The enterprise engaged in

11:45AM  23  racketeering activity, conspired to commit assault with a

11:46AM  24  dangerous weapon resulting in serious body injury, Count 10.

11:46AM  25  So -- and the purpose was to gain entrance to or maintain or

11:46AM   1   increase position in an enterprise.

11:46AM   2          Elements 1 and 4 are not met with respect to Alex Kim.

11:46AM   3   It wasn't enterprise activity.  It was a personal act regarding

11:46AM   4   a girlfriend.  There was no serious bodily injury.  No weapons

11:46AM   5   were used.  No enterprise activity.  Miske was not present.

11:46AM   6   And no one has given you any testimony that Mike was involved

11:46AM   7   in this at all.  No serious bodily injury confirmed by his

11:46AM   8   doctor.  Doesn't qualify.  No weapons used.

11:46AM   9          David Bass, stealing from the nightclub.  Previously

11:46AM  10   fired from stealing from his other job.  No serious bodily

11:46AM  11   injury.  Three years later he denied trauma in his medical

11:47AM  12   records and said this was a new problem.  Doctor confirmed it

11:47AM  13   could have occurred prior to or after MMA fighter.  And then he

11:47AM  14   discussed jiujitsu, I'm sure, and there was no police report

11:47AM  15   ever filed.  No weapon was used.

11:47AM  16          Shane Busby.  Nothing regarding enterprise activity.

11:47AM  17   He was an intoxicated, unruly customer.  Refused to pay his

11:47AM  18   bill.  Wrote "fuck security" on the receipt.  The situation

11:47AM  19   escalated.  And we heard testimony very recently, Mike Miske

11:47AM  20   was not even there.  It was Jason Yokoyama who was there.  No

11:47AM  21   serious bodily injury.  Broken tooth came from the second

11:47AM  22   individual that came out that wasn't part of the staff that you

11:47AM  23   heard testimony about recently.  No weapons used.

11:47AM  24          Sold Miske a lemon.  The purpose of the meeting was to

11:47AM  25   give Miske money back.  Chergui pulled the gun.  Escalation was

| | | |
|---|---|---|
| 11:48AM | 1 | self-defense.  No serious bodily injury.  Told the doctor that |
| 11:48AM | 2 | he's running and fall --  did not follow the instructions.  No |
| 11:48AM | 3 | enterprise activity.  This was the testimony that came in. |
| 11:48AM | 4 | Kawika Dahlin, personal act. |
| 11:48AM | 5 | Michael Galmici, not an enterprise activity. |
| 11:48AM | 6 | Something that is a state court type project.  No serious |
| 11:48AM | 7 | bodily injury.  No weapons used. |
| 11:48AM | 8 | And Jonathan Fraser, not an enterprise activity.  A |
| 11:48AM | 9 | stolen watch, a personal act, for which the two of them put |
| 11:48AM | 10 | that aside and they lived together after that. |
| 11:48AM | 11 | Steven Thompson, there wasn't even any testimony about |
| 11:49AM | 12 | any act regarding Mr. Thompson other than a car swerving that |
| 11:49AM | 13 | was not part. |
| 11:49AM | 14 | Trent Williams was discussed recently.  Came up in the |
| 11:49AM | 15 | club, state court matter. |
| 11:49AM | 16 | And assaults are not racketeering activity. |
| 11:49AM | 17 | Now, Kama'aina Termite and Pest Control, we started |
| 11:49AM | 18 | with this with Mr. Miske comparing him to Mr. Miller.  2001, |
| 11:49AM | 19 | started it with Harry Kansaki, his mentor, that got started. |
| 11:49AM | 20 | The business as you saw in documents, $23 million in employee |
| 11:49AM | 21 | taxes.  It's not a racketeering enterprise. |
| 11:49AM | 22 | Click it.  Thank you. |
| 11:50AM | 23 | With Waikiki Shell.  Church.  Polynesian Cultural |
| 11:50AM | 24 | Center.  Kamehameha IV with the bed bug infestation.  Poinciana |
| 11:50AM | 25 | Manor. |

11:50AM    1        One of the individuals who worked at Sandwich Isles

11:50AM    2    who then testified for the government here said, I followed the

11:50AM    3    rules there and I followed the rules here, and identified

11:50AM    4    himself on this job on the roof.

11:50AM    5        Queen Emma.  There's the groundwork.  What it is is

11:51AM    6    it's a story of success.  But they call it racketeering.

11:51AM    7        The Palace.  The Hokulea.

11:51AM    8        (Video was played.)

11:53AM    9        MR. KENNEDY:  The Blaisdell.  Doris Duke estate

11:53AM   10    Shangri La.  The Yacht Club.  Kamakapili Church.  George Perry,

11:53AM   11    who you heard from, over on the left.

11:53AM   12        Can you hit it?  Thank you.

11:53AM   13        Maunakea.

11:53AM   14        (Video was played.)

11:53AM   15        MR. KENNEDY:  The difficult jobs, the jobs that no one

11:54AM   16    else would take on, that's what Kama'aina Termite and Pest

11:54AM   17    Control and Michael Miske were known for.  And not every job is

11:54AM   18    a hundred percent kill.  And that's why you have a one-year

11:54AM   19    spot treatment program that if Michael Miske was not arrested,

11:54AM   20    put in this case, that would have been taken care of.  But we

11:54AM   21    had a conversation about how hard it is when they freeze all

11:54AM   22    your assets and take away your ability to do that what happens.

11:54AM   23        Hit it again.  Thank you.

11:54AM   24        And then Keola La'i.  Phillip Woo, $20 million

11:54AM   25    problem.  Within a week's time $20 million problem resolved for

11:54AM   1   4.5 million.  Fumigation was the only method available.

11:54AM   2          Julian Yates, who you heard from, independent

11:55AM   3   entomologist, that was the only way to go.  The board intends

11:55AM   4   to proceed with the complete fumigation.  And while others

11:55AM   5   tried to say there were other examples, Sandwich Isles, Michael

11:55AM   6   Botha, those had been tried and failed.

11:55AM   7          The PCO, pest control operator, License 824 is the

11:55AM   8   company's.  And that was there from 2000 all the way up to

11:55AM   9   2020.  Michael Miske was an owner and he was an RME, through

11:55AM   10   the jobs that we've seen.  And when he took over Oahu, he was

11:56AM   11   the principal responsible managing employee in the beginning.

11:56AM   12          Now, you were shown this.  This is how Michael Miske

11:56AM   13   made his money.  Not like the incentivized witnesses that

11:56AM   14   you've seen.  Taxable income, the federal income tax is paid

11:56AM   15   more than $4 million during that time period. $23,902,209.17

11:56AM   16   paid to the men and women working for him, and the employment

11:56AM   17   taxes that were paid.

11:57AM   18          Relying on unreliable is not proof beyond a reasonable

11:57AM   19   doubt.  In terms of the RICO verdict form, the first question

11:57AM   20   says:  "Guilty or not guilty."  Mr. Miske is not guilty of a

11:57AM   21   RICO criminal conspiracy.  He did not agree, which is the

11:57AM   22   essence to operate a company and an enterprise.  The businesses

11:57AM   23   had licenses.  The businesses did not become an enterprise,

11:57AM   24   which is a criminal enterprise.  Individuals acted in this

11:57AM   25   case.

| 11:57AM | 1 | As I said, assaults happened, but they are not the |

11:57AM 1    As I said, assaults happened, but they are not the

11:57AM 2    crime here.  Those assaults can and were and continue to be

11:58AM 3    handled.

11:58AM 4         In this case, what we have is a label, the Miske

11:58AM 5    Enterprise.  That label came from a press conference after an

11:58AM 6    arrest.  If you had asked anyone on this island what the Miske

11:58AM 7    Enterprise was, they would have said, Yeah, he runs the

11:58AM 8    Kama'aina Termite and Pest Control.

11:58AM 9         This is not a RICO criminal organization that you have

11:58AM 10    seen.  Mr. Miske did not agree to any of those crimes that

11:58AM 11    you've seen.  And at the end of this case after your

11:58AM 12    deliberation, I ask you to return a not guilty verdict on each

11:58AM 13    and every count, because when the prosecution and the

11:59AM 14    government relies on the unreliable, what that equals is

11:59AM 15    reasonable doubt.  Proof.  Not circumstantial evidence which is

11:59AM 16    said to be evidence when it's merely speculation.

11:59AM 17         Never, never have I argued to you that after this

11:59AM 18    amount of time Mr. Frasure is a liar.  What I've said is it

11:59AM 19    remains a missing person case because there's no answer to who,

11:59AM 20    there's no answer on that question with regard to how his death

11:59AM 21    came about, who aided and abetted, where, how, and even why.

12:00PM 22    Blinders and blind spots do not equal guilt.  Thank you for

12:00PM 23    your time.

12:00PM 24         THE COURT:  All right, ladies and gentlemen of the

12:00PM 25    jury, we're going to break for lunch.  We'll take about an hour

| | | |
|---|---|---|
| 12:00PM | 1 | like we did yesterday, and we will resume right around 1:00. |
| 12:00PM | 2 | The same process as yesterday, if you would wait for |
| 12:00PM | 3 | our court staff in the conference room, you will be escorted to |
| 12:00PM | 4 | the lunchroom for those of you interested in lunch. |
| 12:00PM | 5 | As we go to break, I remind you to please refrain from |
| 12:00PM | 6 | discussing the substance of this case with anyone, including |
| 12:00PM | 7 | each other; to refrain also from accessing any media or other |
| 12:00PM | 8 | accounts in this case that may be out there; and finally, |
| 12:00PM | 9 | please do not conduct your own investigation into the anything |
| 12:00PM | 10 | relating to this case. |
| 12:00PM | 11 | We'll see you in about an hour. |
| 12:00PM | 12 | (Proceedings were recessed at 12:00 p.m. to 1:10 p.m.) |
| 01:10PM | 13 | THE COURT:  The government's rebuttal. |
| 01:10PM | 14 | Is that you, Mr. Inciong? |
| 01:10PM | 15 | MR. INCIONG:  Yes, Your Honor. |
| 01:10PM | 16 | THE COURT:  You may begin when you are ready. |
| 01:10PM | 17 | MR. INCIONG:  Thank you, Your Honor. |
| 01:10PM | 18 | May it please the Court, defense counsel. |
| 01:10PM | 19 | I warned you yesterday.  You are not required to find, |
| 01:10PM | 20 | at any point in any one of the 16 counts who, why, what, |
| 01:10PM | 21 | etcetera, regarding Jonathan Fraser. |
| 01:10PM | 22 | Where did the defense start, where did they end with |
| 01:10PM | 23 | their closing argument today?  Why are they starting and ending |
| 01:10PM | 24 | there, when it's nothing that you'll be deciding in this case? |
| 01:11PM | 25 | That should tell you a lot about their closing argument to |

01:11PM    1    begin with, right out of the box.

01:11PM    2            Let me address something that I did not talk to you

01:11PM    3    about yesterday; that's the roles of the parties in this case.

01:11PM    4    The defense has an obligation, they have a duty to represent

01:11PM    5    their client, to do so zealously, vigorously.  And they have

01:11PM    6    done that.  They have no duty to anybody else on this planet,

01:11PM    7    other than Mike Miske.  And that's how it should be.  Mike

01:11PM    8    Miske, like any defendant in any criminal trial, deserves a

01:11PM    9    fully engaged, fully committed attorney who will defend him.

01:11PM    10   They have that duty no matter what.  No matter the state of the

01:11PM    11   evidence, their duty never changes.  Whether there is no

01:11PM    12   evidence, a little evidence, or overwhelming evidence, like in

01:11PM    13   this case, their duty is the same.

01:12PM    14           The prosecution's duty is to seek justice.

01:12PM    15           Your duty, as jurors, is to determine the facts and

01:12PM    16   apply it to the law.  Which two of those three are aligned?

01:12PM    17   Everything in between the opening, there is no evidence, who,

01:12PM    18   where, why, what, and the ending, who, where, why, what, falls

01:12PM    19   into one of five categories.  They are either, one,

01:12PM    20   misstatements of the law; two, misstatements of the evidence;

01:12PM    21   three, speculation; four, items that were not in evidence at

01:12PM    22   any point in this case; or fifth, it was irrelevant to what you

01:12PM    23   are required to decide.  Remember, again, it's the elements.

01:13PM    24   The elements only are required beyond a reasonable doubt.

01:13PM    25           They had their chart up here with the different

01:13PM    1    burdens.  As I said previously, beyond a reasonable doubt at

01:13PM    2    the very top as it should be.  The United States welcomes that

01:13PM    3    burden, but it's not some impossible burden.  That burden is

01:13PM    4    met in courtrooms across this country every single day.  So

01:13PM    5    don't be fooled into thinking this is some unattainable

01:13PM    6    impossible burden.

01:13PM    7         Maybe I misheard it; if so I apologize, but I believe

01:13PM    8    I heard defense counsel say at some point there had to be no

01:13PM    9    doubt.  No.  It's beyond a reasonable doubt.  Again, based on

01:13PM   10    common sense.  Common sense.

01:13PM   11         Let me give you a couple of examples of misstatements

01:14PM   12    of the law.  There was one argument made earlier today that

01:14PM   13    Kama'aina Termite and Pest Control is not a racketeering

01:14PM   14    enterprise.  True.  That's never been alleged.  An enterprise

01:14PM   15    is a group of people.  Don't be mistaken or confused into

01:14PM   16    thinking that has to be proven at some point.  Kama'aina

01:14PM   17    Termite and Pest Control, the company, is not a person.  An

01:14PM   18    enterprise is a group of people, associates, members.  So I

01:14PM   19    just want to make sure you're clear on that.

01:14PM   20         Let me give you some examples of misstated evidence.

01:14PM   21    The defense said, We know that Mike Miske was not in Hawaii Kai

01:14PM   22    at any point on July 30th.  Wrong.  The phone was off.

01:15PM   23    Remember?  Mike Miske's phone was disconnected from the network

01:15PM   24    for 13 of 24 hours that day.  There is no evidence as to where

01:15PM   25    he was during that time, which is at the exact point, which is

01:15PM   1   why he was off the network because of what was happening on

01:15PM   2   July 30th.  So that was a misstatement, it was speculation as

01:15PM   3   well, which I'll talk about in a minute.

01:15PM   4          The defense said, Oh, HPD the detectives they were

01:15PM   5   consulting psychics in this investigation.  Come on.  We know

01:15PM   6   what that was about.  That was Detective Nakasato being a kind,

01:15PM   7   caring person trying to help the family and the victims of

01:15PM   8   Jonathan Fraser, Ashley Wong, through this incredibly traumatic

01:15PM   9   time.  They were desperate for answers, they were going to any

01:16PM  10   source they could.  Maybe not the most reliable sources in some

01:16PM  11   view, but that's what they were doing.  He was agreeing to meet

01:16PM  12   with them simply to get them through that process.

01:16PM  13          I asked him specifically, Did you go on anything the

01:16PM  14   psychic said?  Were you basing your investigation on anything

01:16PM  15   from the psychics?  No.

01:16PM  16          Another example.  The defense says, Oh, the blood

01:16PM  17   hound sniffed the boxers and led it to the house on Summer

01:16PM  18   Street, the Gunderson house.  False.  We went through that.

01:16PM  19   Big difference between a blood hound and a cadaver dog.

01:16PM  20   Cadaver dogs alert only to human remains.  They don't -- can't

01:16PM  21   identify who those human remains are from.  They can't even

01:16PM  22   identify how long they've been there.  Blood hound very

01:16PM  23   different.  Blood hounds, like you see, like you're probably

01:16PM  24   familiar with, give them an article of clothing, they take the

01:17PM  25   scent and they see if they can find it.

01:17PM  1        That did not happen in this case.  They attributed

01:17PM  2    that to Ashley Wong.  Ashley, bless her heart, poor thing was

01:17PM  3    going through hell during that time.  She was looking for

01:17PM  4    answers.  So she was playing detective at some point.  She was

01:17PM  5    grasping for anything, for answers, answers that never came.

01:17PM  6    Because the defendant made sure that Jonathan Fraser would

01:17PM  7    never be found.

01:17PM  8        The driving shoes, oh, here's a picture of the driving

01:17PM  9    shows in the car.  False.  That's not what Ashley testified to.

01:17PM  10    It was the white ones in the house that we showed you the

01:17PM  11    pictures of in the apartment.  It was not the black ones or the

01:17PM  12    dark ones that were in the back seat of that car.

01:17PM  13        The defense said, Well, this call to Ashley -- from

01:17PM  14    Ashley to Mike Miske late in the evening around 11 p.m. in

01:17PM  15    Kailua.  That never happened, because Kalen and Samu, who were

01:18PM  16    driving her home, they didn't testify to that.  You saw the

01:18PM  17    CAST slide; it shows it.  There's a call detail record that

01:18PM  18    shows 11:08 p.m. Ashley's phone called Miske's phone.  Miske

01:18PM  19    was not home, contrary to what he told her.

01:18PM  20        Things that were taken out of context.  They said,

01:18PM  21    Well, Tommy Otake said, well, I never represented Joe Boy

01:18PM  22    Tavares.  There was a big "but."  Remember Tommy Otake, how

01:18PM  23    many times when he testified said, this was ten years ago, this

01:18PM  24    was ten years ago.  He said, I can't say because I don't

01:18PM  25    remember, but I've represented hundreds and hundreds of

01:18PM  1    clients.  I can't definitively say.  So it was not definitive.

01:18PM  2    He couldn't say for sure.  Maybe he did, maybe he didn't.

01:18PM  3         The defense's own slide that they showed you today

01:19PM  4    with the timeline showed Delia was the first one who reached

01:19PM  5    out to Ashley after Caleb passed away at the end of April --

01:19PM  6    I'm sorry, at the end of May.  And then there were other

01:19PM  7    contacts after that.  Yes.  Ashley has been contacting her

01:19PM  8    back.  Ashley is reaching out saying, let's go to dinner.  But

01:19PM  9    the point is Delia made the first contact after months of no

01:19PM  10   contact.

01:19PM  11        Some things that are irrelevant.  There was a fair

01:19PM  12   amount of talk about the boat, where it was, what was done to

01:19PM  13   it.  Who cares?  It's not relevant.  There is no evidence

01:19PM  14   presented to you that had anything to do with the

01:19PM  15   disappearance, the abduction and murder of Jonathan Fraser.

01:20PM  16   Wayne Miller did, at at one point, tell the FBI, This is a

01:20PM  17   version, this is a story I was given as to what happened.  Who

01:20PM  18   told him that story?  The defendant.

01:20PM  19        What else did Wayne Miller tell you?  He said, Oh,

01:20PM  20   Miske he was famous for telling multiple versions of the same

01:20PM  21   account, same incident.  That was his way of keeping track of

01:20PM  22   who was talking because then if it came back to him, he'd know,

01:20PM  23   oh, I told this person this version, this person the second

01:20PM  24   version, this person the third version.  That's the only time

01:20PM  25   that the boat came up in this case.

01:20PM  1          Structuring.  There was a long explanation given as to

01:21PM  2   the reason or the purpose behind the structuring.  Well, this

01:21PM  3   is all legitimate, it was all based on the fishermen that

01:21PM  4   couldn't come off of the Rachel because they didn't have their

01:21PM  5   immigration or whatnot.  Okay, maybe it was.  Irrelevant.

01:21PM  6          Remember for structuring, the reason or the purpose

01:21PM  7   behind the structuring is irrelevant.  It doesn't matter.  The

01:21PM  8   crime is simply avoiding the CTR by going over the $10,000

01:21PM  9   limit.  That's it.  The reason doesn't matter.  The evidence

01:21PM  10  showed that was done multiple occasions here upon the

01:21PM  11  instructions of Mr. Miske, who drilled it into the heads of

01:21PM  12  Jason Yokoyama, Kaulana Freitas, Andrea Kaneakua.  When you go

01:21PM  13  to the bank, make sure you don't go over 10,000.  I'm under

01:22PM  14  investigation.  Those reports go to law enforcement.  I don't

01:22PM  15  need anymore heat on me.

01:22PM  16          There were things that are discussed that are not in

01:22PM  17  evidence, such as Lance Bermudez's cooperation agreement.  Zero

01:22PM  18  evidence of that.  None.  On that same point, the defense asked

01:22PM  19  you to speculate about, well, Lance Bermudez they would have

01:22PM  20  called him -- the government would have called him if he was

01:22PM  21  going to say something good.  He must not have been able to say

01:22PM  22  anything good for them.  You cannot speculate.  Your decision,

01:22PM  23  your deliberation would have to be limited to the evidence.

01:22PM  24  Both sides could speculate because they're the same.

01:22PM  25          Now, as Mr. Kennedy said, the defense has no

01:23PM  1    obligation to put on any evidence.  None.  Not to call any

01:23PM  2    witnesses, not to introduce any exhibits.  But they can't have

01:23PM  3    it both ways.  And you can't say, well, why didn't they call

01:23PM  4    that person?  They would have said this, which is good for us.

01:23PM  5    Why didn't they call Jason Yokoyama?  Why didn't they call

01:23PM  6    Annie Kim?  They could have called them.  They could have

01:23PM  7    called them just the same.  The point is you can't speculate.

01:23PM  8         Other things not in evidence.  Said, well, Elgin

01:23PM  9    Calles, who was the target of one of the murder contracts, he

01:23PM  10   was the person that gave the check, after Caleb died, to Delia.

01:23PM  11   No evidence of that.  None.  They said, well, these letters,

01:23PM  12   these obstruction letters that were filed, our client was -- it

01:24PM  13   was COVID, he was in custody, he had no contact with his

01:24PM  14   attorneys.  No evidence of that.  Pure speculation.

01:24PM  15        This idea that kind of floated out there that, well,

01:24PM  16   Jonathan he was taking his medications, he was not taking his

01:24PM  17   medications.  The testimony from Ashley was, he didn't like the

01:24PM  18   psychiatric drugs he was taking because they made him feel like

01:24PM  19   a zombie.  So he would not take them during the day because he

01:24PM  20   didn't like that feeling.  But he would take them in the

01:24PM  21   evening when he was sleeping, when it didn't matter.

01:24PM  22        So when the defense says, oh, he wasn't taking them,

01:24PM  23   that's not true.  He was taking them at certain points.  But

01:24PM  24   their theory that these psychiatric drugs that he was maybe

01:24PM  25   sometimes taking and he was smoking marijuana that somehow led

01:25PM    1    to him to just wander off without him being seen again, again

01:25PM    2    just pure speculation.  There is no evidence of any sort of

01:25PM    3    reaction or combination of marijuana and those drugs that would

01:25PM    4    have caused Jonathan to act -- to lose his mind and forget

01:25PM    5    where he is and wander off.

01:25PM    6            With all the searches that you saw, all the efforts

01:25PM    7    that you were done after he went missing, do you really think

01:25PM    8    he wouldn't have been found if that was the case?

01:25PM    9            Now, defense said, Well, this is a legitimate

01:25PM   10    business.  No one has ever said that there wasn't some

01:25PM   11    legitimate business going on there.  It appears at points

01:25PM   12    Mr. Miske had some good people working for him.  He knew how to

01:25PM   13    make money, there is no doubt about that.  But the evidence has

01:26PM   14    shown he knew how to make money legally and illegally, and he

01:26PM   15    combined those two.

01:26PM   16            Kama'aina Termite and Pest Control, if you're going to

01:26PM   17    run any sort of illegal criminal activities out of there, it

01:26PM   18    doesn't do you any good to cover, to conceal your criminal

01:26PM   19    activities if it doesn't appear to be a legitimate business.

01:26PM   20    That's the whole point of a front business.

01:26PM   21            So this is not an all-or-nothing proposition.  It

01:26PM   22    seems like the defense thinks, oh, if you find that Mr. Miske

01:26PM   23    did some legitimate business, he couldn't possibly be guilty of

01:26PM   24    any crimes.  It's not one or the other.  You're fully capable

01:27PM   25    of doing both.  You've seen that for the last six months in

01:27PM  1    this case.

01:27PM  2            A rush to judgment is how this case was viewed.

01:27PM  3    Jonathan disappeared, was kidnapped and murdered on July 30,

01:27PM  4    2016.  Mike Miske was arrested in July of 2020, four years

01:27PM  5    later.  Does that sound like a rush to judgment?  Or, does that

01:27PM  6    sound like a thorough investigation that followed every lead

01:27PM  7    they could?

01:27PM  8            Let's talk about -- well, actually, before we do that,

01:27PM  9    can we start the slides?  Do I just click?  Okay.

01:27PM  10           Defense says Mike Miske didn't care who was driving.

01:27PM  11   It didn't matter to him who the driver of the car was.  Why did

01:28PM  12   he call the medical examiner multiple times and finally

01:28PM  13   persuaded him to amend the original death certificate from

01:28PM  14   driver to occupant?  Sounds like it mattered.  He told

01:28PM  15   associates, he told family members, he told Frasure's family,

01:28PM  16   told Ashley Wong.  In this lawsuit that was referenced there

01:28PM  17   were a lot of questions with the testimony about who was the

01:28PM  18   driver, who was the driver.  He took the steps to change driver

01:28PM  19   to occupant.

01:28PM  20           He didn't care?  This is the all caps text message to

01:29PM  21   Ashley Wong:  "Stop lying about Caleb.  Stop blaming Caleb for

01:29PM  22   driving."  All caps.  Looks like he cared to me.

01:29PM  23           Adrian Taum.  This slide is the mirror image or the

01:29PM  24   exact opposite, I don't know if I'm using the right word, but

01:29PM  25   the one the defense showed you.  The defense had everything

01:29PM    1    else highlighted except for what's highlighted here, which is

01:29PM    2    the most important part of the slide where he says, "If I

01:29PM    3    remember correctly."  He wasn't sure.  He wasn't sure then, he

01:29PM    4    wasn't sure when he testified at this trial as to exactly what

01:29PM    5    day it was.

01:30PM    6        The defense sent their investigator out to take photos

01:30PM    7    of the McDonald's and said, yeah, there is a surveillance

01:30PM    8    camera there.  I said, Well, did you establish that that

01:30PM    9    surveillance camera was even in place, even existed in 2016?

01:30PM    10    No.  So who cares whether it was there in 2024.  And it makes

01:30PM    11    no sense that Jonathan would have been there sitting on the

01:30PM    12    curb by the McDonald's.  His hangout was the Xclusive vape shop

01:30PM    13    at that same shopping center; that's where he went.  That's the

01:30PM    14    first place Ashley called to see if his friends had seen him

01:30PM    15    that day.  No one had seen him.

01:30PM    16        Defense counsel said, Oh, well, the kidnapping, the

01:30PM    17    pole cam footage where we have Wayne Miller and Preston Kimoto

01:31PM    18    going into Kama'aina Termite, that's before that kidnapping

01:31PM    19    ever happened.  No, it's not.  3:06 p.m. is when James calls

01:31PM    20    Mr. Lee and he agrees to go and meet with him at Fisherman's

01:31PM    21    Wharf.  3:47 is when Wayne Miller arrives.

01:31PM    22        I was wondering if you were going to get away today

01:31PM    23    without having one more episode of the Kama'aina Termite and

01:31PM    24    Pest Control infomercial, but we saw it, we had to see all the

01:31PM    25    slides again.  It's completely irrelevant to why any of you are

01:31PM   1   here, but we saw those hundreds and hundreds and hundreds of

01:31PM   2   tenting fumigation slides.  The difficult jobs that no one

01:31PM   3   could do.  This is what Maunakea hotel looked like within a

01:32PM   4   month after that job.  Infested with termites in a significant

01:32PM   5   percentage of the hotel rooms.  That's the Ferrari that Miske

01:32PM   6   bought right after he got the check for that job.

01:32PM   7        So let's talk about cooperators.  There were a number

01:32PM   8   of them in this case.  This is Jake Smith, there was Wayne

01:32PM   9   Miller, Kaulana Freitas, Norman Akau, etcetera.  You know how

01:32PM  10   the system works by now.  Each of them pled guilty, they

01:32PM  11   admitted their involvement, they each admitted to being a

01:32PM  12   member of the Miske Enterprise, they each identified Mr. Miske

01:32PM  13   as being the leader of that enterprise, they each agreed to

01:32PM  14   cooperate.

01:32PM  15        What's the number one provision of that agreement?

01:33PM  16   They must tell the truth.  If they don't tell the truth,

01:33PM  17   they're not going to get a reduction in their sentence.  If

01:33PM  18   they testify and it's determined they testified truthfully,

01:33PM  19   then the court decides whether or not to actually grant that

01:33PM  20   motion and give them a lower sentence.  It would make no sense

01:33PM  21   for any of these defendants to come into court and lie.  They

01:33PM  22   would lose any possible benefit that they could get by

01:33PM  23   cooperating.  In some cases, years like in Wayne Miller's case.

01:33PM  24   And they would go back and have possible new charges or other

01:33PM  25   charges that had been dismissed reinstituted.  It's too much to

01:33PM  1    risk.

01:33PM  2           The other thing to remember.  These are Miske's guys.

01:34PM  3    These are guys he handpicked to be his associates.  Wayne

01:34PM  4    Miller, he groomed.  He is ten years older than Wayne Miller.

01:34PM  5    He was in his mid 20s at the latest when he met Miller; so

01:34PM  6    Miller was 15.  They are ten years apart.  He trained Wayne

01:34PM  7    Miller to be what he needed him to be.

01:34PM  8           They said, well, Wayne Miller and Jake Smith they

01:34PM  9    colluded, they got together and they hatched this plan.  The

01:34PM  10   testimony was, what they told you, yes, initially they were in

01:34PM  11   the SHU, which is the special holding unit, solitary, where

01:34PM  12   they could talk to each other.  They were in there for a short

01:34PM  13   period of time, they had a conversation which was that they

01:34PM  14   agreed they were going to cooperate.  "Cooperate" means tell

01:34PM  15   the truth, tell what they know against Mike Miske.  Big

01:35PM  16   difference between agreeing to cooperate and saying they're

01:35PM  17   going to lie.

01:35PM  18          The defense says, well, you know, all their stories

01:35PM  19   don't match, these details they don't add up.  That tells you

01:35PM  20   they are telling the truth.  They got together and they said,

01:35PM  21   okay, here's our story, let's hash it all out.  Everything

01:35PM  22   would line up perfectly.  If everything lined up perfectly, you

01:35PM  23   should be a little more suspicious at that point.  This has

01:35PM  24   been a long time passing.  Some of these events happened five,

01:35PM  25   six, seven, ten years ago.  People's memories fade.  You're not

01:35PM  1    going to remember every single detail the same as another

01:35PM  2    person, even if you were right there with them.

01:35PM  3           Remember, when the defense was cross-examining Wayne

01:35PM  4    Miller it was oxy, oxy, oxy.  You were high on oxy, you were

01:36PM  5    high on oxy, you were high on oxy.  You were so high on oxy you

01:36PM  6    couldn't barely function, you couldn't do this, you couldn't do

01:36PM  7    that, you were just completely reliant on oxy.  But then out of

01:36PM  8    the other side of their mouth, they said, oh, well, wait, Wayne

01:36PM  9    Miller is the master mind of this.  He's the pied piper who

01:36PM  10   orchestrated this whole conspiracy against Mike Miske.  Can't

01:36PM  11   be both.

01:36PM  12          Let's talk about the arrest of Wayne Miller in LA.

01:36PM  13   You probably recall during the trial during the testimony, it

01:36PM  14   was in the opening statement by the defense too, they made a

01:36PM  15   big deal about the missing money.  The missing money.  Where is

01:36PM  16   the 300, the $400,000, the missing money.  The LA DEA agent

01:36PM  17   came in and testified, as did the Montebello PD undercover

01:37PM  18   agent who has been in the drug game a long time, and they

01:37PM  19   debunked that whole theory.  They told you, yeah, these deals

01:37PM  20   they happen, they happen fast.  The drugs and money are

01:37PM  21   exchanged on the spot.  As soon as that money is taken, it's

01:37PM  22   gone.  It heads south to Mexico.

01:37PM  23          So now today the defense adjusts their story and now

01:37PM  24   they say, oh, yes, yes, it's a drug for money exchange, but it

01:37PM  25   hadn't happened yet.  And they were in this convoy and they

01:37PM  1   would have never given them the drug yet because they didn't
01:37PM  2   have the money.  So their theory is that Wayne Miller, who is
01:37PM  3   in this house, as he testified, by himself -- remember, he told
01:37PM  4   you, he goes, I was scared.  I realized this is not good.  I'm
01:37PM  5   in this house with five Mexicans, I think was the term he used,
01:38PM  6   who all have guns, they could just take me out and take my
01:38PM  7   money.  So if they were going to do that, that's when they
01:38PM  8   would have done it.  But the defense says, oh, no, instead of
01:38PM  9   just doing that, they went through this charade of, oh, we'll
01:38PM  10  do this three-car caravan, and we'll get on the freeway, and
01:38PM  11  then at some point on the freeway then we'll drive off with the
01:38PM  12  drugs.  Come on.  If the drugs for money exchange hadn't
01:38PM  13  happened yet, when was it going to happen?
01:38PM  14      There was no money found in the searches.  Wayne
01:38PM  15  Miller didn't have the money in the car, Mike Buntenbah didn't
01:38PM  16  have the money in the car.  It was gone.  The exchange had
01:38PM  17  already happened.  Under the defense theory, if it hadn't
01:38PM  18  happened, the money would still have to be there if this
01:38PM  19  exchange was going to happen somewhere down the road.
01:38PM  20      The most important thing though of that whole incident
01:38PM  21  what the defense left out is the surveillance was late.
01:39PM  22  Remember, they're up on the wire.  It's now 8:00 or so at
01:39PM  23  night, the case agent happens to check the wire and sees this
01:39PM  24  text and goes, hey, I think there's something going on here.
01:39PM  25  This is LA.  All the detectives don't live right there by

01:39PM    1    Montebello PD or downtown LA where the DEA office is.  They're
01:39PM    2    coming from all over LA.  Detective Camuy said, It was like an
01:39PM    3    hour and a half drive.  And he said, I thought we were going to
01:39PM    4    miss it.  He said, I thought we were going to miss it.  He was
01:39PM    5    surprised when they got there just in time basically to see the
01:39PM    6    deal.
01:39PM    7         So this whole thing of, oh, they didn't see the white
01:39PM    8    Escalade, yeah, all that happened before surveillance got
01:39PM    9    there.  Look at the text messages, if you need reminding.
01:40PM   10    There's text messages between Michael Buntenbah and Miller.
01:40PM   11    Miller says, White Cadillac is going to come pick you up.
01:40PM   12    Buntenbah texts back, I'm in.  Miller, Thank God.  Remember
01:40PM   13    that?  He was scared.  He's like, I'm a sitting duck here in
01:40PM   14    this house by myself; so he was so relieved when he knew
01:40PM   15    Buntenbah was picked up.
01:40PM   16         Credibility of witnesses.  There's a number of factors
01:40PM   17    that I went through with you earlier yesterday.  The
01:40PM   18    opportunity and ability of the witness to see or hear the
01:40PM   19    things that they testify to, their memory, their candor, their
01:40PM   20    manner while testifying, their interest in the outcome of the
01:40PM   21    case, any bias or prejudice, whether any other witnesses's
01:40PM   22    testimony or other evidence contradicted their testimony.
01:41PM   23         So let's compare just a few examples of some of the
01:41PM   24    witnesses in the case.  Let's take Shane Busby to begin with.
01:41PM   25    Shane Busby went to the M one night with his girlfriend, who

01:41PM    1    was visiting with Australia, went with his friend Chris Perez.

01:41PM    2    Had this understanding, he thought he was getting two-for-one

01:41PM    3    bottles at the bar through his friend who was the promoter.

01:41PM    4    The bill comes, he questions the bill, he ends up getting beat

01:41PM    5    up.  He testified Mike Miske was sitting there at the table.

01:41PM    6    He said, Sign this or else.  Shane Busby says, Or else what?

01:41PM    7    He ends up getting beat up.  He said he's never experienced

01:41PM    8    anything like that, never been beat up in a bar before or

01:41PM    9    since.  Shane Busby is going to remember that night.

01:41PM    10          Ed Hume was called by the defense, who was one of the

01:42PM    11    bouncers there.  Remember, there was also testimony there were

01:42PM    12    fights every night.  Angela Varnadore testified to that.

01:42PM    13    Elaine Codilla, who tried to come in and set up some

01:42PM    14    security -- legitimate security, she testified to that.

01:42PM    15    There's fights like every night.

01:42PM    16          So over a 12-year period of time, how much happened

01:42PM    17    during that time span?  But Ed Hume got up and said, Oh, yeah,

01:42PM    18    I remember that night, I specifically remember that night.  Why

01:42PM    19    would he remember that night?  What would stick out to him

01:42PM    20    about that night that would make him remember?  So I questioned

01:42PM    21    him on it.  And what did he say?  Well, I have got hit in the

01:42PM    22    head a lot since then.  Those are the comparisons of the

01:42PM    23    witnesses.

01:42PM    24          Michael Botha and Brian Yoshida, both business owners,

01:43PM    25    had the unfortunate luck of crossing paths with Mr. Miske.

01:43PM    1    Botha was threatened, Brian Yoshida was beat up.  They came in
01:43PM    2    and they testified.  They don't want to be here, they don't
01:43PM    3    have anything to gain. Allen Lau and Shaun Chaves come in and
01:43PM    4    testify, employees for plumbing and Oahu Termite.  They didn't
01:43PM    5    know who owned the company.  He said, I worked there for
01:43PM    6    15 years I don't know who the owner is, I don't know who the
01:43PM    7    manager is, I don't know who the RME is.
01:43PM    8         Makani Christensen.  The defense brought him up today.
01:43PM    9    He's the one who wrote one of the letters for Mr. Miske.  One
01:43PM   10    of 400 that he wrote over five years.  He like hands these out
01:44PM   11    like candy at a 4th of July parade.  But what did he say?  Do
01:44PM   12    you know how many people I know that have killed someone?  Was
01:44PM   13    he including Mr. Miske in that number?
01:44PM   14         Aiding and abetting.  Defense brought that up for one
01:44PM   15    point I want to make on that again.  I believe the defense told
01:44PM   16    you, oh, you have to find that the defendant beyond a
01:44PM   17    reasonable doubt participated or aided and abetted.  No.  Look
01:44PM   18    at the last sentence of that instruction when you get it.  I
01:45PM   19    believe it will be instruction 49, not that you'll remember.
01:45PM   20    The government is not required to prove precisely who actually
01:45PM   21    committed the crime and who aided and abetted.  Not required.
01:45PM   22         You've heard enough in this case to make your
01:45PM   23    decision.  The entire defense is reliant on you determining
01:45PM   24    that, in essence, basically every single government witness who
01:45PM   25    came in and testified in this case testified untruthfully.

01:45PM 1   That's the only way their story makes sense.  And the one thing

01:46PM 2   that connects each of those 241 witnesses, each of the 16

01:46PM 3   counts that you are going to be deciding, each of the 14 acts

01:46PM 4   that are before you, the one thing Mike Miske, the leader of

01:46PM 5   the Miske Enterprise, which is a legal term that you'll see in

01:46PM 6   the instructions.  Not a tag that was given at some press

01:46PM 7   conference.

01:46PM 8          Thank you for your time and attention.  Please return

01:46PM 9   verdicts of guilty on all 16 counts.

10                          --oo0oo--

11          COURT REPORTER'S CERTIFICATE

12          I, Gloria T. Bediamol, Official Court Reporter, United

13   States District Court, District of Hawaii, do hereby certify

14   that pursuant to 28 U.S.C. §753 the foregoing is a complete,

15   true, and correct transcript from the stenographically reported

16   proceedings held in the above-entitled matter and that the

17   transcript page format is in conformance with the regulations

18   of the Judicial Conference of the United States.

19

20          DATED at Honolulu, Hawaii, July 31, 2024.

21

22

23                          /s/ Gloria T. Bediamol

24                          GLORIA T. BEDIAMOL.

25                          RMR, CRR, FCRR