1              IN THE UNITED STATES DISTRICT COURT

2                  FOR THE DISTRICT OF HAWAII

3
    UNITED STATES OF AMERICA,       )  CR. NO. 19-00099-DKW-KJM
4                                   )
                   Plaintiff,       )  Honolulu, Hawaii
5                                   )
        vs.                         )  April 30, 2024
6                                   )
    MICHAEL J. MISKE, JR.,          )  FURTHER JURY TRIAL – DAY 60
7                                   )
                   Defendant.       )  (TESTIMONY OF GOVERNMENT'S
8    _____)  WITNESS TYSON SAGIAO)

9
                  PARTIAL TRANSCRIPT OF PROCEEDINGS
10             BEFORE THE HONORABLE DERRICK K. WATSON
              CHIEF UNITED STATES DISTRICT COURT JUDGE
11
    APPEARANCES:
12
    For the Government:        MARK A. INCIONG, AUSA
13                             MICHAEL DAVID NAMMAR, AUSA
                               AISLINN AFFINITO, AUSA
14                             Office of the United States Attorney
                               Prince Kuhio Federal Building
15                             300 Ala Moana Boulevard, Suite 6100
                               Honolulu, Hawaii 96850
16
    For the Defendant:         LYNN E. PANAGAKOS, ESQ.
17                             841 Bishop Street, Suite 2201
                               Honolulu, Hawaii 96813
18
                               MICHAEL JEROME KENNEDY, ESQ.
19                             Law Offices of Michael Jerome
                               Kennedy, PLLC
20                             333 Flint Street
                               Reno, Nevada 89501
21

22
    Official Court            ANN B. MATSUMOTO, RPR
23  Reporter:                 United States District Court
                              300 Ala Moana Boulevard, Room C-338
24                            Honolulu, Hawaii 96850

25  Proceedings recorded by machine shorthand, transcript produced
    with computer-aided transcription (CAT).

```
 1                        I N D E X

 2   WITNESS:                                    PAGE NO.

 3   FOR THE GOVERNMENT:

 4    TYSON SAGIAO

 5     DIRECT EXAMINATION BY MS. AFFINITO            4

 6     CROSS-EXAMINATION BY MR. KENNEDY             95

 7     REDIRECT EXAMINATION BY MS. AFFINITO        135

 8     RECROSS-EXAMINATION BY MR. KENNEDY          142

 9

10                      E X H I B I T S

11   Exhibits 2-107, 2-116 through 2-118 received
     received in evidence                          24
12
     Exhibit 2-117B received in evidence           27
13
     Exhibit 2-116Q received in evidence           35
14
     Exhibit 2-115 received in evidence            46
15
     Exhibit 2-116R received in evidence           61
16

17

18

19

20

21

22

23

24

25
```

```
 1   TUESDAY, APRIL 30, 2024                      8:37 O'CLOCK A.M.

 2                           *  *  *  *  *

 3              (Start of partial transcript:)

 4              (Open court in the presence of the jury.)

 5              COURTROOM MANAGER:  Criminal Number 19-00099-DKW-KJM,

 6   United States of America versus Michael J. Miske, Junior.

 7              This case has been called for jury trial, Day 60.

 8              Counsel, please make your appearances for the record.

 9              MR. INCIONG:  Good morning, Your Honor.  Mark

10   Inciong, Michael Nammar, and Aislinn Affinito for the United

11   States.  Also present are Special Agent Tom Palmer and Kari

12   Sherman.

13              Good morning.

14              THE COURT:  Good morning.

15              MR. KENNEDY:  Good morning, Your Honor.  Michael

16   Kennedy with Lynn Panagakos, Michael Miske, Ashley King, and

17   Josh Barry.

18              Good morning to each of you.

19              THE COURT:  Good morning.  You may be seated, first

20   of all.

21              Good morning to our 16-person jury.  Everyone's

22   looking chipper this morning, right?  The last day of April.

23   So we're just about ready to get into a new month here

24   tomorrow.

25              Mr. Inciong, the government, I gather, is ready for
```

```
 1  its next witness?

 2              MR. INCIONG:  Yes, Your Honor.

 3              The United States calls Ty Sagiao, and Ms. Affinito

 4  will be handling Mr. Sagiao.

 5              THE COURT:  All right.

 6              COURTROOM MANAGER:  Please raise your right hand.

 7              TYSON SAGIAO, GOVERNMENT'S WITNESS, SWORN.

 8              THE WITNESS:  I do.

 9              COURTROOM MANAGER:  Thank you.

10              You may be seated.

11              THE COURT:  Thank you.

12              COURTROOM MANAGER:  Please state your full name,

13  spelling your last name for the record.

14              THE WITNESS:  Okay.

15              My name is Tyson Sagiao; T-Y-S-O-N.  Last name is

16  S-A-G-I-A-O.

17                          DIRECT EXAMINATION

18  BY MS. AFFINITO:

19  Q    Good morning.  So where are you currently employed?

20  A    I'm currently employed by the City of Kent Police

21  Department in Kent, Washington.

22  Q    Okay.  And what is your title?

23  A    I'm a technical detective with the Kent Police Department.

24  Q    And how long have you been with the City of Kent?

25  A    I've been with the City of Kent over 23 years.
```

1    Q    And what are some of your duties as a technical detective?

2    A    As a technical detective, I provide technical support to

3    our homicide and violent crimes unit.  That support could range

4    from remote IP video surveillance, video forensics, vehicle

5    tracking, historical cell site analysis and realtime cell phone

6    surveillance.

7         I'm a certified vehicle forensic examiner since 2021, and

8    I'm a certified technical investigator with the National

9    Technical Investigators Association since 2015.

10   Q    And are you also a task force officer with the FBI?

11   A    I am.

12   Q    And how long have you been a task force officer?

13   A    Since approximately 2015.

14   Q    And what is an FBI task force officer?

15   A    As a local officer, I'm sworn in by the FBI and empowered

16   to investigate violations of criminal federal law.

17   Q    And are you part of a particular FBI task force?

18   A    I am.  I'm part of the Seattle Safe Streets Task Force in

19   Seattle.

20   Q    And what does the Seattle Safe Streets Task Force do?

21   A    They primarily investigate crimes related to violent gangs

22   in the Seattle metropolitan area, such as narcotics

23   trafficking --

24        Oh, I'm sorry.  So sorry.

25        -- such as narcotics trafficking, firearms violations,

1    armed robberies, and fugitive investigations.

2    Q    Do you have any other duties as a task force officer?

3    A    I do.  I'm also a member of the FBI's CAST team, or

4    Cellular Analysis Survey Team.

5    Q    And how long have you been a part of CAST?

6    A    I became certified CAST in September of 2022.

7    Q    And what does CAST do?

8    A    So -- oh, sorry.  The Cellular Analysis Survey Team was

9    formed in 2010 in response to a growing need for historical

10    cell site analysis.  Three of the primary functions of CAST is

11    to analyze, interpret, and map call detail records, both

12    historically and in realtime situations, such as a missing

13    person's.

14        We also provide courtroom testimony, and we also provide

15    training to local, state, and federal law enforcement

16    officials.

17    Q    Okay.  So you mentioned historical cell site analysis.

18    What is that?

19    A    Historical cell site analysis is an analysis of call

20    detail records in order to approximate the general location of

21    a particular device during a particular time.

22    Q    And what are call detail records?

23    A    So call detail records are generated by the carrier.  And

24    when I say "carrier," I mean like your cell phone company.  It

25    looks a lot like your cell phone bill that you may get.  The

1    only difference is we also get the cell -- cell tower

2    information that was associated with those respective

3    transactions.

4    Q    So you said it's -- it's like your cell phone company.

5    These are companies like AT&T, Sprint, T-Mobile, Verizon, that

6    kind?

7    A    Yes.

8    Q    Okay.  And how did you become a CAST member?

9    A    So -- pardon me.

10         In order to become CAST-certified, there's several stages

11   of training and evaluation that are involved.  The process

12   takes about a year and a half to two years to complete.  It

13   starts with a basic course, which is Introduction to Historical

14   Cell Site Analysis and Carrier Records.

15         The next course is the advanced course, and it builds on

16   what you learned in basic, but it also introduces advanced

17   techniques in identifying and locating cellular devices.

18         If you make it through advanced, then you move on to what

19   is called the Critical Incident Readiness Assessment.  We call

20   it CIRA.  This is an evaluation of your ability to apply the

21   skills and the knowledge that you've learned up and to that

22   point by going to several scenarios, exigent-type scenarios

23   that are based on actual cases worked by other CAST members.

24         If you make it through CIRA, then you go into the

25   certification process, which is approximately one month long.

1   It's broken up into two two-week blocks.  In the first

2   two weeks, we receive training from representatives from the

3   law enforcement relations group and engineers from major U.S.

4   carriers, such as AT&T, T-Mobile, Verizon, and U.S. Cellular.

5   They provide us training on their records, how they process

6   legal requests, and also details about their network.

7         The second part of that first block of certification, we

8   receive approximately 40 hours of training from professors from

9   the Florida Institute of Technology.  They provide us training

10  in radio frequency theory, cellular infrastructure, and

11  cellular technologies.

12        That first two-week block culminates with a -- culminates,

13  sorry, with a written exam.  If you pass the written exam, then

14  you move on to the final block.

15        In the last block, you continue to learn various tasks

16  that are assigned with being a member of CAST, such as how to

17  use mapping software, how to conduct drive testing and other

18  tasks.

19        That whole process culminates with a final evaluation,

20  which is a scenario in which you are provided call detail

21  records and you analyze, interpret, and map those, produce

22  report, and then you present your findings and conclusions in a

23  moot court setting.

24  Q    Okay.  So -- so that's -- that's sort of the initial

25  training you received to be certified; is that right?

1    A    That's correct.

2    Q    Okay.  So do you receive any ongoing training after that

3    initial certification?

4    A    We do.  So every year we are required to recertify.

5    During recertification, again, members from -- or

6    representatives from the law enforcement relations group and

7    engineers from the major U.S. carriers, AT&T, T-Mobile,

8    Verizon, U.S. Cellular, and in this last year DISH Wireless,

9    they come in and they provide us refresher training, and then

10   they also provide us updates.

11        I have also received training outside of that mandatory

12   recertification from engineers at Apple about various features

13   and aspects of iOS devices; and being in the Seattle area where

14   T-Mobile has their national headquarters, I've had discussions

15   and training with those individuals as well from various

16   departments, to include engineering, about various capabilities

17   regarding the T-Mobile network.

18   Q    And have you given training and historical cell site

19   analysis to others?

20   A    I have, yes.

21   Q    And what kind of training is that?

22   A    The basic course that I had mentioned.  It's a two-day

23   course.  We provide that free to law enforcement.  And I've

24   provided that training quite a few times in Washington State,

25   in Oregon, in Arizona, and in Alaska.

1    Q    And so have you worked on investigations where you were

2    called upon to determine the location of a cell phone?

3    A    I have.

4    Q    And about how many times have you had to do that?

5    A    Quite a few times.  Several times.  Dozens.  Yes.  Sorry.

6    Q    And do you draft reports documenting your findings?

7    A    Not in every single task that we're asked to look at cell

8    phone records, no.

9    Q    Okay.  So -- well, I guess, approximately how many reports

10   have you drafted?

11   A    I've probably drafted dozens of reports.

12   Q    Okay.  And why do -- why don't all analyses require

13   reports?

14   A    I had mentioned exigent scenarios or search and rescue.

15   Obviously, in those situations, a lot of times we are just

16   trying to get search and rescue efforts to a particular area.

17   So taking time to draft a map sometimes takes a little bit of

18   time.

19        So that's one reason that we may not always draft a map.

20   Other times, the analysis may just be able to corroborate maybe

21   other details or -- or eliminate other suspicions that the

22   investigator may have.

23   Q    And just as a ballpark figure, approximately how many sets

24   of call detail records have you analyzed as a member of CAST?

25   A    I would guess hundreds, if not over a thousand.

1   Q    And can you give just a couple examples of your experience

2   with historical cell site analysis?

3   A    Sure.  Pardon me.

4        Last year, I was one of several members of CAST who

5   assisted in the search and recovery efforts during the

6   wildfires.  During one particular occasion, I was able to

7   identify an individual who was previously unaccounted for on

8   the north side of Maui, using his call detail records.

9        Just February of last -- or this year, myself and another

10  CAST member assisted with the recovery of a kidnapped

11  seven-month-old who law enforcement believed was being smuggled

12  out of the state.  We used call detail records and other cell

13  phone data to assist law enforcement in intercepting that car.

14       I have participated in realtime cell phone location

15  analysis using test phones on AT&T, T-Mobile, and Verizon

16  networks.  During these tests, I was able to verify that the

17  tower and sector, or the tower and the side of the tower, that

18  the cell phone was using during calls and texts was accurately

19  and consistent -- accurately reflected and consistent with the

20  information that was in the call detail records, as well as

21  what we knew about where the device was, because we were

22  holding those devices.

23  Q    And have you previously testified as an expert in court

24  consistent with your training, experience, as you've just

25  described for the jury?

1   A    I have.

2   Q    And how many cases have you testified in?

3   A    Four total, but only three actual appearances.

4   Q    Okay.  So when you say "four total, but three," what does

5   that mean exactly?

6   A    So two of the court cases, they were assigned different

7   court case numbers; however, the defendants were tried

8   together.  So even though I was testifying under two different

9   cause numbers, they were being tried together.

10  Q    And what were the areas on which you gave expert

11  testimony?

12  A    I have provided expert testimony in historical cell site

13  analysis, in Internet protocol or IP addresses, in device

14  identification and subscriber records.

15  Q    And were your prior experiences testifying as an expert in

16  state or federal court?

17  A    They were -- they were all in state court.  Washington

18  State.

19          MS. AFFINITO:  Okay.  Your Honor, pursuant to Federal

20  Rule of Evidence 702, the United States tenders FBI Task Force

21  Officer Tyson Sagiao as an expert in the field of historical

22  cell site analysis.

23          THE COURT:  Any objection or voir dire?

24          MR. KENNEDY:  No objection, Your Honor.

25          THE COURT:  Without objection, Mr. Sagiao may testify

1    within the meaning of Federal Rule of Evidence 702, as

2    requested by counsel, in the field of historical cell site

3    analysis.

4         You may proceed.

5    BY MS. AFFINITO:

6    Q    So at a general level, can you please tell the jury how a

7    cellular network is set up?

8    A    Sure.  So a high-level overview.  Basically you have your

9    cell phone.  Then there's a cell tower, and then you're going

10   to have the carrier's network, or the backbone of that network.

11   Q    Okay.  So what is a cell tower?

12   A    So a cell tower is the physical structure that holds the

13   antennas that your cell phone wirelessly communicates with when

14   you want to make a call, send a text, or -- or use data.

15   Q    Okay.  So then, I guess, how does a mobile device make a

16   phone call, send a text, or use data?

17   A    Yes.  I'm sorry.  I --

18        So if your phone is on, and it's connected to the network,

19   your phone is constantly scanning its environment looking for

20   the tower and the side of the tower that provides it the best

21   signal.

22        When you dial a number on your phone and you press send,

23   your phone is going to wirelessly send that call, or text, it's

24   going to send it to that cell tower providing the best signal.

25   That cell tower is going to route it through the carrier's

 1   network.  And when -- in the network, it'll basically get

 2   routed to the recipient of that call or text in the reverse

 3   order.

 4   Q    Okay.  And is the process the same for receiving a call or

 5   a text?

 6   A    It is.  Your phone is going to choose that tower and

 7   sector that has the best signal.

 8   Q    Okay.  So what happens if a call or a text involves

 9   multiple phone carriers?

10   A    It'll be routed -- I had mentioned earlier the network

11   carrier.  It'll just be routed from one network carrier's

12   infrastructure to the next network carrier's infrastructure.

13   Q    And are any cell phones commercially manufactured here

14   within the District of Hawaii?

15   A    No.

16   Q    Okay.  And so you mentioned this -- you mentioned best

17   signal when it's connecting.  So what determines -- I guess,

18   what makes a signal the best signal?

19   A    The best signal is the -- the strongest and the highest

20   quality signal.

21   Q    Okay.  So is the best signal always going to come from the

22   cell tower that's closest to the cell phone?

23   A    Usually, but not always.

24   Q    Okay.  And why -- why not always?

25   A    There are things that can affect that.  Geography,

1    topography -- downtown Honolulu, big buildings -- they may

2    affect that type of instance where the closest tower

3    geographically isn't always the one that provides the best line

4    of sight.

5    Q    But typically, as a -- is the cell tower to which a phone

6    connects usually the closest tower?

7    A    It usually is.

8    Q    Okay.  Does the number of people trying to connect to a

9    tower affect which tower your phone will connect to?

10   A    It does not.

11   Q    And why not?

12   A    Your cell phone, again, best signal, it doesn't know that

13   that tower's busy.  I think we've all experienced situations

14   where you try to call someone, and the call can't be completed

15   or just nothing happens and you just start over, and then

16   you're connected sometimes.

17   Q    Do -- so do cell phone carriers keep records of the call

18   activity?

19   A    They do.

20   Q    And do these records identify the towers to which a cell

21   phone connects during a particular call, text, or data session?

22   A    They do.

23   Q    And are these the call detail records that you mentioned

24   earlier?

25   A    They are.

1  Q    So, I guess, what do these call detail records tell you

2  about a mobile device's location?

3  A    So call detail records, they are a record of usage.  And

4  so they provide us the number -- well, let me back up.  The

5  date, time, the particular event -- and when I say "event,"

6  call, text, or data session.

7       Date and time of those events, the number calling who.  So

8  like an originating number and a terminating number.  And then

9  we also get cell phone location information, and basically

10 that's the tower and the side of the tower that facilitated

11 that particular event.

12 Q    So with these records, are you able to determine exactly

13 where a phone is located at the time of a call or text?

14 A    I am not.

15 Q    Okay.  So -- and can you see a cell phone location if the

16 phone is not being used?

17 A    You -- no, we cannot.  We usually have to have cell site

18 location information.

19 Q    Okay.  Is there, I guess, a certain range within a cell

20 tower that a phone has to be located in order -- in order to

21 connect to that tower?

22 A    Sure.  You have to be within the coverage area of a cell

23 tower.  And when I say "coverage," it's within the area of that

24 tower's radio frequency signals.  So you would have to be

25 within the area of that specific tower and side of the tower in

1   order for that particular event to have been recorded in that

2   manner.

3   Q    And how large is the coverage area of a cell tower?

4   A    It varies.  You're going to see much larger coverage areas

5   in rural areas, and you will likely see much smaller coverage

6   areas in urban areas.

7   Q    Okay.  So this urban versus rural distinction, if a

8   phone -- does a phone --

9          MS. AFFINITO:  Sorry.  Strike that.

10  BY MS. AFFINITO:

11  Q    Would a phone typically be closer to a tower in a -- in an

12  urban area than it might need to be in -- in a rural area?

13  A    I would expect to find a phone closer in an urban area

14  than I would a rural area to the tower geographically, yes.

15  Q    Okay.  But so -- but, ultimately, the phone has to be

16  within some fixed distance of a cell tower in order to

17  communicate with it?

18  A    I don't know about fixed distance so much as within the

19  coverage area in order for that cell tower and that side of the

20  tower to have serviced that phone.

21  Q    Okay.  And do the coverage areas of different cell towers

22  overlap at all?

23  A    Absolutely, they do.  Most of the time, yes.

24  Q    To what extent do they overlap?

25  A    To the extent that when you move as you're talking on the

1    phone or using your phone that your calls don't drop.  That's

2    pretty much the extent of where that coverage needs to occur.

3    Q    So do these call detail records tell you anything about

4    who is using the phone at the time of a call, text, or data

5    session?

6    A    They do not.

7    Q    But they do help you approximate the location of a device?

8    A    They do, yes.

9    Q    Okay.  And can you determine whether a device is moving

10   over time using these call detail records?

11   A    Sure.  In some instances, if we are looking at particular

12   events within the call detail records, and we can see that a

13   call -- I'll give an example that a call starts at one time and

14   ends at a second.

15       If the carrier provided the starting tower and the ending

16   tower -- or some carriers -- well, one carrier will actually

17   provide the towers in between.  We can conclude that as that

18   call traveled through the area, that it was using different

19   towers and sides of the tower during that time.

20   Q    So what you just described, that was if you changed towers

21   within a single call; is that right?

22   A    Correct.

23   Q    So can you also tell if a device is moving across

24   different calls or different texts or different data sessions?

25   A    Sure.  If we can -- if the carrier provides us with the

1    cell site location information, as we analyze those records, we

2    can conclude whether or not a call started and ended on the

3    same tower and side of tower or if it moved.

4    Q    Okay.  And so what information do you use to conduct a

5    historical cell site analysis?

6    A    So we need the call detail records, which provides all

7    that information I just spoke to.  We also need a tower list,

8    which is a list that's maintained by the carrier that provides

9    information about the location and characteristics of the

10   towers in their network.

11        We also need locations and dates and times of -- of

12   reference that we can compare those records to.

13   Q    Okay.  So you mentioned the tower lists are maintained by

14   the carrier.  Are the call detail records also maintained by

15   the carrier?

16   A    Yes, they are.

17   Q    And you mentioned sort of locations and dates and times.

18   Why are those needed?

19   A    We need some type of comparative value, otherwise some of

20   these records are incredibly voluminous.  They can be thousands

21   of pages.  And so we have to be able to compare those records

22   or -- or excerpts from those records to dates and times and

23   locations of interest.  Otherwise, it's -- we're just looking

24   at thousands of lines of data.

25   Q    And who provides that information to you?

1   A    The -- well, we -- we are provided the information for our

2   analysis from the investigators.

3   Q    And so then how do you use all of this information, the

4   call detail records, the tower lists, and these locations and

5   dates and times for your analysis?

6   A    Sure.  I take the call detail records, the tower

7   information, the location, and date and time, and I make those

8   comparisons and I map out those -- those conclusions on where I

9   approximate a device to be during a particular date and time.

10  Q    And how long are call detail records typically kept by

11  carriers?

12  A    It varies by carrier.  Currently, AT&T keeps them the

13  longest, for five years.  T-Mobile for two years.  Verizon for

14  one year.

15  Q    And do carriers also store -- or do carriers store the

16  contents of text messages or voicemails?

17  A    Verizon keeps text message content now.  AT&T keeps it as

18  well currently, but it's incredibly perishable information.

19  And Verizon probably keeps it the longest.  So that's

20  approximately three to five days.  So if you don't preserve it

21  within three to five days, you've lost that content.

22  Q    Okay.  So a carrier cannot retrieve the contents of those

23  texts or voicemails outside of that window?

24  A    No.

25  Q    Okay.  And the longest any carrier keeps them is three to

1  five days?

2  A    And that's Verizon.  Correct.

3  Q    So did you conduct a historical cell site analysis for

4  this case in connection with the disappearance of Johnathan

5  Fraser?

6  A    I did.

7  Q    And what were you asked to analyze?

8  A    I was asked to analyze four phone numbers over the course

9  of approximately two days, on July 30th and 31st, 2016.

10  Q    And aside from conducting historical cell site analysis,

11  did you have any role in the investigation into the defendant,

12  Michael Miske?

13  A    I did not.

14  Q    Did you generate a report summarizing your historical cell

15  site analysis regarding the disappearance of Johnathan Fraser?

16  A    I did.

17  Q    And what did you review and use in conducting your

18  analysis?

19  A    I was provided call detail records, carrier -- cell tower

20  lists or tower lists made available by the carrier, and then

21  those dates and times and locations that were provided to me by

22  the -- the investigators.

23  Q    Okay.  I'd like to have you look at a few disks.  These

24  are labeled Exhibits 2-101, 2-116, 2-117, and 2-118 from the

25  original list from the government.

1              Your Honor, may I approach?

2              THE COURT:  2-101?

3              MS. AFFINITO:  2-107.  Apologies.

4              THE COURT:  Go ahead.

5    BY MS. AFFINITO:

6    Q    Do you recognize these disks that I just put in front of

7    you?

8    A    Yes, I do.

9    Q    And what are they?

10   A    These disks contain copies of the call detail records that

11   I was asked to analyze in this case.

12   Q    Okay.  And so Exhibit 2-107, what telephone number is that

13   for?

14   A    (808) 745-9064.

15   Q    And what is the carrier for that phone number?

16   A    T-Mobile.

17   Q    And for Exhibit 2-116, what is the phone number associated

18   with that?

19   A    (808) 476-9223.

20   Q    What's the carrier associated with that?

21   A    AT&T.

22   Q    And then for Exhibit 2-117, what is the phone number?

23   A    (808) 465-6074.

24   Q    And what is the carrier?

25   A    T-Mobile.

1  Q    And then for Exhibit 2-118, what is the phone number?

2  A    (808) 202-8799.

3  Q    And what's the carrier for that one?

4  A    Again, this is T-Mobile.

5  Q    Okay.  So do each of these include call detail records

6  that cover the time period of July 30th through 31st of 2016?

7  A    Yes, they do.

8  Q    Okay.  And how do you recognize these disks?

9  A    I signed my name on the disk after I reviewed them.

10 Q    Okay.  And are -- do these disks contain the call detail

11 records that you reviewed as part your historical cell site

12 analysis into the disappearance of Johnathan Fraser?

13 A    Yes, they do.

14 Q    And did the service providers for these call detail

15 records provide certifications of authenticity for them?

16 A    Yes, they did.

17        MS. AFFINITO:  Your Honor, the United States moves to

18 admit Exhibits 2-107, 2-116, 2-117, and 2-118.

19        THE COURT:  Any objection to any of those four

20 exhibits?

21        MR. KENNEDY:  Your Honor, which is the first one?

22        THE COURT:  2-107.

23        MR. KENNEDY:  107.  No objection.

24        THE COURT:  Those four exhibits, then, are admitted

25 without objection.  Again, that's 2-107, -116, -117, and -118.

1              (Exhibits 2-107 and 2-116 through 2-118 received in

2    evidence.)

3    BY MS. AFFINITO:

4    Q    So let's start with the records that are Exhibit 2-116.

5         I believe you said these relate to the cell phone number

6    (808) 476-9223; is that correct?

7    A    I'm so sorry.  The disk fell out.  Could you repeat

8    yourself?

9    Q    Yeah.

10   A    Or the question.  I'm sorry.

11   Q    For the records at Exhibit 2-116, do -- I believe you

12   testified to this.  They relate to the cell phone number (808)

13   476-9223?

14   A    Correct.

15   Q    And this is -- AT&T is the carrier?

16   A    That's correct.

17   Q    As part of your analysis, did you attribute this number to

18   anyone?

19   A    I did.

20   Q    And how were you able to attribute it?

21   A    Records from the FBI case file, as well as contact lists

22   from forensic cellular phone dump reports.

23   Q    Okay.

24   A    Or report, yes.  Sorry.

25              MS. AFFINITO:  At this time I'd like to publish

1    Exhibit 2-112 [sic] from the government's original list, which

2    is already admitted.

3                THE COURT:  Go ahead.

4                MS. AFFINITO:  Oh, sorry.  Excuse me.  2-122.

5    BY MS. AFFINITO:

6    Q    So this is an extraction report for contacts from an Apple

7    iPhone; is that correct?

8    A    That's what it appears to be, yes.

9    Q    Okay.  And do you know whose phone this is?

10   A    For this particular exhibit?

11   Q    Yes.  This -- yeah, the -- the contacts list here.

12   A    I believe this is for Ashley Wong.

13   Q    Okay.  And if we could go to Row 18.

14        What is the name listed here?

15   A    Uncle Mike Miske.

16   Q    Okay.  And the -- what is the phone number listed?

17   A    1 (808) 476-9223.

18   Q    And is that the same phone number for the call detail

19   records that you analyzed at Exhibit 2-116?

20   A    Yes.

21   Q    And so were you able to attribute this phone number ending

22   in 9223 to Michael Miske?

23   A    That's correct.

24   Q    Okay.  And --

25                MS. AFFINITO:  You can take this down.

1    BY MS. AFFINITO:

2    Q    So the records at Exhibit 2-117, those ones relate to a

3    cell phone number (808) 465-6074; is that right?

4    A    That's correct.

5    Q    And the carrier is T-Mobile?

6    A    That's correct.

7    Q    So as part of your analysis, did you attribute this phone

8    number to anyone?

9    A    I did.

10   Q    Okay.  And how did you attribute it to someone?

11   A    Subscriber records for this respective number ending in

12   6074 identified the number as belonging to Delia Fabro, or

13   Fabro-Miske, that I know.  I was also able to attribute it to

14   her based on records from the FBI case file, as well as

15   contacts list from a forensic cell phone dump report.

16   Q    Okay.

17             MS. AFFINITO:  So can we please pull up

18   Exhibit 2-117B from the government's 17th supplemental, just

19   for the witness?

20   BY MS. AFFINITO:

21   Q    Do you know what this document is?

22   A    Yes.

23   Q    And what is it?

24   A    This is the subscriber records that I spoke about that

25   were provided with the T-Mobile records for that number ending

1    in 6074.

2    Q     And is this one of the call detail records contained on

3    the disk at 2-117 that you just identified?

4    A     It is.

5    Q     And this is one of the records that you reviewed as part

6    of your analysis?

7    A     It is.

8              MS. AFFINITO:  Your Honor, the United States moves to

9    admit and publish Exhibit 2-117B.

10             THE COURT:  Any objection?

11             MR. KENNEDY:  No objection, Your Honor.

12             THE COURT:  2-117B, then, is admitted without

13   objection.  And, yes, you may publish it.

14             (Exhibit 2-117B received in evidence.)

15             MS. AFFINITO:  So if we could enlarge this first

16   section that says "Subscriber Details."

17   by MS. AFFINITO:

18   Q     Who is the 'scriber identified in this document?

19   A     Delia Anne Fabro.

20             MS. AFFINITO:  Okay.  And if we could go out of this.

21   And if we -- let's see -- and if we could enlarge the section

22   that says "Device Details" in the middle.

23   BY MS. AFFINITO:

24   Q     Where it says "MSISDN number" is that the phone number for

25   this device?

1   A    It is.  For these records.  Correct.

2   Q    And that 6074 number, this is the number of the device

3   whose records you reviewed?

4   A    Correct.

5   Q    Okay.  And so here, these subscriber detail records

6   include -- it says Delia Ann Fabro is the subscriber.

7        Do these records always have a person listed?

8   A    They do not.

9   Q    Okay.  Are sometimes these records attributed to prepaid

10  accounts?

11  A    That's correct.

12  Q    Okay.  And is the -- is the name always correct in these

13  subscriber records?

14  A    No, it is not.

15  Q    Okay.  Did you notice anything else of note when you

16  looked at these subscriber details?

17  A    I did.  The address listed under Delia Ann Fabro's name in

18  the top section under the subscriber detail portion.

19           MS. AFFINITO:  Can we enlarge that again?

20  BY MS. AFFINITO:

21  Q    And what was of note about this address to you?

22  A    It was one of the locations that I was provided for --

23  during the initial request for me to conduct analysis for these

24  records.

25  Q    And do you know what that address is associated with?

1   A    The 940 Queen Street in Honolulu, Kama'aina Termite and

2   Pest.

3   Q    Okay.

4   A    I apologize (inaudible).

5   Q    And so, again, these are -- this -- this -- these are

6   records for the phone number that you analyzed for

7   Exhibit 2-117 on that disk?

8   A    Correct.

9            MS. AFFINITO:  Okay.  And then if we could pull up

10  Exhibit 2-122 again, which is already admitted, and if we could

11  just look at Row 1.

12  BY MS. AFFINITO:

13  Q    What is the name that's listed there for that contact?

14  A    Delia -- or Delia.

15  Q    And what is -- is this the same 6074 phone number that we

16  were just talking about?

17  A    It is.

18  Q    Okay.  So --

19           MS. AFFINITO:  We can take this down.

20  BY MS. AFFINITO:

21  Q    So then for the records at Exhibit 2-118, those relate to

22  the phone number (808) 202-8799; is that correct?

23  A    That's correct.

24  Q    And this was -- T-Mobile again is the carrier?

25  A    That's correct.

1  Q    So as part of your analysis, did you attribute this number

2  to anyone?

3  A    I did.

4  Q    Okay.  And who did you attribute it to?

5  A    Lance Bermudez.

6  Q    And how did you attribute it to Lance Bermudez?

7  A    Records from the FBI case file, as well as from a forensic

8  cell phone dump report, contacts list from that forensic dump

9  report.

10        MS. AFFINITO:  Okay.  Can we please publish

11  Exhibit 1-0478 from the government's original list, which is

12  already in evidence?

13        THE COURT:  Go ahead.

14        MS. AFFINITO:  So can we enlarge this top section?

15  by MS. AFFINITO:

16  Q    So what is the Bluetooth device name listed here?

17  A    Hammertime.

18  Q    Okay.  And what is the phone number listed under MSISDN?

19  It's about halfway down.

20  A    I think it's 1 (808) 202-8799.

21  Q    That's this right here (indicates)?  Okay.

22        And is this -- this is the phone number for that device

23  whose records you looked at?

24  A    That's correct.

25  Q    Okay.

1          MS. AFFINITO:  And can we -- can we now publish

2    Exhibit 1-985C from the government's second supplement, which

3    is also already in evidence?

4          THE COURT:  Go ahead.

5          MS. AFFINITO:  And can we turn to page 6, at line 37.

6    BY MS. AFFINITO:

7    Q    And what is the name listed here for this entry?

8    A    Lance Hammah.

9    Q    Okay.  And the phone number again.  This is that same

10   phone number ending in 8799?

11   A    Correct.

12   Q    And who's your -- what is your understanding of who

13   Hammertime or Lance Hammah is?

14   A    Lance Bermudez.

15   Q    Okay.  So then the records --

16         MS. AFFINITO:  We can take this down.

17   BY MS. AFFINITO:

18   Q    The records at Exhibit 2-107 relate to the phone number

19   (808) 745-9064; is that correct?

20   A    That's correct.

21   Q    And T-Mobile is, again, the carrier for this number?

22   A    That's correct, yes.

23   Q    So as part of your analysis, did you attribute this number

24   to anyone?

25   A    I did.

1    Q    And who's that?

2    A    Jason Yokoyama.

3    Q    And how did you identify it as Jason Yokoyama's cell

4    phone?

5    A    Through records from the FBI case file, as well as

6    contacts list from the forensic phone dump report.

7    Q    Okay.

8             MS. AFFINITO:  Can we publish Exhibit 1-480 from the

9    original list, which is already in evidence?  I think we were

10    just looking at it.

11            THE COURT:  Go ahead.

12            MS. AFFINITO:  And can we go to page 3 at line 16 and

13    17.

14    BY MS. AFFINITO:

15    Q    And what is the name that's listed here?

16    A    Jay.

17    Q    Okay.  And what is the phone number listed for these two

18    entries?

19    A    1 (808) 745-9064.

20    Q    And that's the same cell phone number for records you

21    analyzed at Exhibit 2-107?

22    A    It is, yes.

23    Q    Okay.

24            MS. AFFINITO:  Can we also pull up Exhibit 1-536,

25    which is also already admitted?

1                THE COURT:  Go ahead.

2    BY MS. AFFINITO:

3    Q    Is this the contacts list from an iCloud account for

4    Michael Miske?

5    A    Yes.  That's my understanding.  Yes, correct.

6    Q    Okay.

7                MS. AFFINITO:  And can we go to page 10, at

8    line 1399.  It's the third from the bottom.

9    BY MS. AFFINITO:

10   Q    And what is the name listed here for this contact?

11   A    Jason 2.

12   Q    Okay.  And this is that same 9064 number that we were

13   talking about?

14   A    Correct.

15   Q    Okay.  And so you analyzed the records from these four

16   numbers that we just went over with respect to your analysis

17   regarding the disappearance of Johnathan Fraser; is that

18   correct?

19   A    That's correct.

20   Q    Okay.  And you attributed the number ending in 9223 to

21   Michael Miske; is that correct?

22   A    That's correct.

23   Q    And you attributed the number ending in 6074 to Delia

24   Fabro-Miske; is that correct?

25   A    That's correct.

1   Q    And you attributed the number ending in 8799 to Lance

2   Bermudez; is that correct?

3   A    That's correct.

4   Q    And you attributed the number ending in 9064 to Jason

5   Yokoyama; is that correct?

6   A    That's correct.

7   Q    Okay.

8          MS. AFFINITO:  So can we now please pull up

9   Exhibit 2-116Q from the government's 18th supplement just for

10  the witness?

11          THE COURT:  Go ahead.

12          MS. AFFINITO:  And can we flip through?  I think it's

13  just a few pages.  Just flip through so he can see it.  Okay.

14  BY MS. AFFINITO:

15  Q    Is this an excerpt of one of the call detail records for

16  Michael Miske's phone that you analyzed?

17  A    It is, yes.

18  Q    Okay.  And this is an excerpt of the records contained in

19  that disk at 2-116?

20  A    That's correct.

21  Q    Okay.  Now, the full record is hundreds of pages; is that

22  correct?

23  A    Correct.  I believe it's over 600 pages.

24  Q    Okay.  And this is just three pages from that

25  600-plus-page record?

1  A    That's correct.

2  Q    Okay.  And is this an excerpt of one of the records

3  that -- reviewed as part of your analysis?

4  A    Yes, it is.

5        MS. AFFINITO:  Your Honor, the United States moves to

6  admit and publish Exhibit 2-116Q.

7        THE COURT:  Any objection?

8        MR. KENNEDY:  No objection, Your Honor.

9        THE COURT:  2-116Q is admitted.  You may publish.

10       (Exhibit 2-116Q received in evidence.)

11 BY MS. AFFINITO:

12 Q    Okay.  So can you, I guess initially at a high level, can

13 you describe what we're looking at here?

14 A    Sure.  So when AT&T provides us call detail records they

15 provide us three types of usage:  Voice, data, and SMS, or

16 short message service, text message, is a way easier way to say

17 that.

18       This is an excerpt from the voice details for that device

19 ending in 9223.  So this is what the call detail records look

20 like in one format provided by AT&T.

21 Q    And what is the date range covered by these records?

22 A    June 13th, 2016 till August 7th, 2016.

23 Q    Okay.  So in the top left here, it says voice usage for

24 (808) 476-9223.  So voice usage, these are just calls?  Is that

25 what you said?

1  A    These are just calls, correct.

2  Q    Okay.  So if we could turn to the next page.  In the top

3  left here it says data usage for -- and it has that same 9223

4  number.  So what does data usage mean?

5  A    So data usage is anything that's not a call or a text,

6  where you are using your phone, for instance, if you wanted to

7  check the scores of the game or you want to use Instagram or

8  Facebook.  Anything that's not a call or a text where you're

9  needing network resources.

10  Q    Do you have to actively be using your phone for -- to

11  generate data usage records?

12  A    You do not.

13  Q    Okay.  So what are some examples of when a phone would

14  have data usage even when you're not actively using it?

15  A    Sure.  For AT&T the network is constantly communicating

16  with Internet enabled devices.  And so applications that you

17  run on your phone could be receiving updates.  There's all

18  sorts of communication between the network and the device that

19  doesn't necessarily require any type of initiation from the

20  user or holder of the device.

21  Q    Okay.  So then if we can go to the -- the third page here.

22        So in the left here, this one says SMS usage for and it

23  has that same 9223 number.  So these are just text messages?

24  A    Correct, these are just text messages.

25  Q    Okay.  So let's go back to the first page, showing the

1    phone call records.

2        Can you walk the jury through what each of these columns

3    mean?

4    A    Sure.  So the first column is the item number.  This is

5    just denoting what it means and an event or a transaction that

6    was recorded within T-Mobile's network for a particular event.

7    For here, we're looking at calls.

8    Q    Sorry.  You just said T-Mobile; you mean AT&T?

9    A    I'm sorry.  I'm sorry, yes, AT&T.  I'm staring at the

10   symbol.

11   Q    Okay.  So does every -- every item number correspond with

12   a new phone call?

13   A    No, they don't.  You could have several items for one

14   call.

15   Q    Okay.  So -- and how would you be able to tell that it was

16   several items for the same call?

17   A    You'd have to look at the subsequent lines, starting with

18   an item number, look at the time, look at some of the features

19   that were invoked by the network for a particular call.

20        MS. AFFINITO:  Okay.  So if we can zoom out of

21   this -- if you enlarge, I guess, the first -- let's do the

22   first six rows.  You can just -- just the first few columns.

23   Yeah, that's good.

24   BY MS. AFFINITO:

25   Q    So here, can you tell if there is a collection of item

1  numbers that all belong to a single call?

2  A    Sure.  So for this first one it appears, just looking at

3  this excerpt, that five of those items are associated, appear

4  to be associated with one call transaction.

5  Q    So these are items one through five?

6  A    Correct.

7  Q    Okay.  And item six is a new call?

8  A    That's what it appears to be, correct.

9  Q    Okay.  And this is based on, I guess, the connection date

10  and connection time that you're looking at?

11  A    Correct.

12  Q    Okay.  Now, okay, so we can take this --

13       Okay.  So let's move on.  So we just mentioned connection

14  date.  What is that?

15  A    So it's the date that the call happened.

16  Q    Okay.  And then Connection Time UTC, what is that?

17  A    Sure.  This is the time that the call was connected.  AT&T

18  and T-Mobile, they generate their records in UTC, which is

19  coordinated universal time.  It's a time standard by which time

20  zones are based.

21       And so AT&T and T-Mobile, they produce their records

22  natively in that UTC time zone.

23  Q    And so, I guess, what's the conversion from UTC to local

24  Hawaii time?

25  A    It would be minus ten hours, so you would have to subtract

1    ten hours from whatever is being illustrated or represented in

2    the record time.

3    Q    Okay.  And you would have to also account for that in the

4    connection date as well if you're converting it?

5    A    Correct.  So if it's close enough, it could potentially

6    fall back to the day before.

7    Q    And so then this next column, Seizure Time, what is that?

8    A    That's the time it takes for a call to get connected,

9    travel through AT&T network and then get connected.

10   Q    And then ET?

11   A    Elapsed time, it's the duration of the call.

12   Q    Originating number?

13   A    The number making the call.

14   Q    And then terminating number?

15   A    The number receiving the call.

16   Q    Okay.  And then if we go to the next set of columns, what

17   is IMEI?

18   A    IMEI is the international mobile equipment identifier.

19   This is basically the fingerprint, the device ID.  It's a

20   unique number for that device.

21   Q    Okay.  And then IMSI?

22   A    That is the international mobile subscriber identity.

23   That uniquely identifies the subscriber for this particular

24   account on AT&T's network.

25   Q    And then CT?

1    A    That's call type.  It just denotes ingoing, outgoing --

2    incoming, outgoing.  Sorry.

3    Q    And then feature?

4    A    Feature, these are proprietary features that AT&T uses to

5    describe certain types of services that were utilized during a

6    particular event on their network.

7    Q    Okay.  So then this last column, Cell Location, what does

8    that mean?

9    A    Sure.  I had spoke earlier about call detail records

10   looking like your billing statement, only they provide us the

11   cell site location information that facilitated that event.

12   That's where we would find that information about the tower and

13   the side of tower and some other attributes that was used for a

14   particular call, text, or data session.

15   Q    Okay.  So if we take this down.  So in this column we can

16   see there -- there are some entries here.

17        So what's the information that gets provided for cell

18   location?

19   A    So for this particular excerpt, when I look at it reading

20   from left to right, that first group of numbers that's

21   separated by a slash, that tells me that this is a 3G call and

22   it identifies the location of the -- well, the -- this

23   identifies the tower and the side of the tower within the AT&T

24   network.

25   Q    Okay.  And then does it provide you longitude and

1    latitude?

2    A    It is -- it does.  That's the next two lines.  AT&T does

3    it a little backwards.  They give us longitude first, then they

4    give us latitude.

5    Q    And is there other information that's provided?

6    A    There is.  The azimuth, which is basically the side, the

7    direction and compass degrees that that respective cell site --

8    sector or side of the tower -- is facing.

9    Q    Okay.  And anything else?

10   A    Then beam width, which is basically it's the -- the width

11   of coverage for the radio frequency signals for a particular

12   side of the tower.

13   Q    And so if a device moved, how do you see that in this cell

14   location column?

15   A    You would see the cell location identifier, or that group

16   of first two numbers, the 50993, slash, 30134.  If it used a

17   different tower or different side of the tower, you would see a

18   difference in those numbers.

19   Q    Okay.  So here, when we're looking at, you know, the first

20   entry versus the second set, those are different numbers; is

21   that correct?

22   A    Are you talking about that first single line?

23   Q    I'm talking about the -- the first line and then the --

24   yeah, the -- this next one that's being highlighted.  Like

25   here, these connect to different towers; is that correct?  Or

1    different sides of towers?

2    A    Correct, yes.  Two different towers and sides of towers

3    facilitated this event.

4    Q    Okay.  So, then, now let's go to page 2.

5         So you said these are data usage records, correct?

6    A    That's correct.

7    Q    And are there any different columns here specific to data

8    usage?

9    A    Sure.  The -- the different columns are the bytes up and

10   bytes down.  What that represents is the exchange of traffic

11   between the device and the network.

12   Q    Okay.  And then towards the end here, we also have make

13   and model.

14   A    Correct.  It's just denoting the device make and the type

15   of device.  So here it is a Apple iPhone 6S.

16   Q    Okay.  But the other columns are -- are generally the

17   same?

18   A    Yes.  They are formatted in the same particular way.

19   Q    Okay.  And then let's go to page 3.

20        So these are the records for text messages?

21   A    Correct.

22   Q    Okay.  And are there any columns specific to text

23   messages?

24   A    In the description, which would be the fourth column over

25   from the right, this just denotes whether it's an incoming or

1    outgoing text.

2    Q    Okay.  So these are records -- or these are an excerpt of

3    records from AT&T, correct?

4    A    Yes.

5    Q    So do -- does each cellular service provider generally

6    provide the same types of information in their call detail

7    records?

8    A    Yes.

9    Q    Do they each provide location information?

10   A    Generally, yes, for the records that we get.

11   Q    Okay.  Do some providers provide more location information

12   than others?

13   A    Correct.

14   Q    And, I guess, how does AT&T compare to other carriers in

15   this regard?

16   A    AT&T, for like data sessions will provide us -- we call

17   them legs of the call, but I'd spoken earlier about if a

18   device, say you start on one side of the island and drive to

19   the other and you're running a data session, if you keep that

20   data session continuous and you are connected to the network,

21   as you drive across the island those towers and sides of the

22   towers that you use for that data connection will be reflected

23   in your record, or at least I expect to see those reflected in

24   your record if you're using AT&T.

25   Q    Do cellular carriers provide this information in different

1    formats?

2    A    They do.

3    Q    Okay.  But it's generally still the same type of

4    information in these call detail records?

5    A    That's correct, yes.

6    Q    Okay.  For AT&T, what would it mean if there's no location

7    information for a call, text, or data session?

8    A    Not seeing any information, such as cell site location

9    information for those three types of events on AT&T, usually

10   suggests to me based on my experience that the device is not on

11   the network.

12   Q    Okay.  And so why would a device not be on the network?

13   A    Could be a number of reasons.  Your phone could be off.

14   It could be off because it was turned off, your battery died,

15   you put it in airplane mode, or you're just outside of the

16   network coverage.

17          MS. AFFINITO:  Okay.  We can take this exhibit down.

18   BY MS. AFFINITO:

19   Q    So how voluminous were the call detail records that were

20   provided to you for the four phone numbers that you analyzed?

21   A    I think they were over a couple thousand pages

22   collectively.

23   Q    Okay.  So would it take you a long time to go through all

24   of those records with the jury?

25   A    It would.

1    Q    Okay.  Did you prepare a PowerPoint report summarizing

2    your analysis of those voluminous records?

3    A    I did, yes.

4           MS. AFFINITO:  And can we show the witness only

5    Exhibit 2-115 from the government's original list?

6           THE COURT:  You may.

7    BY MS. AFFINITO:

8    Q    What is this document?

9    A    This is the cover sheet for the report that I generated

10   for the four numbers that I was asked to analyze.

11   Q    Okay.  And is it fair to say that this report summarizes

12   data from the thousands of pages of call detail records that

13   you reviewed on those disks at Exhibits 2-107, 2-116, 2-117,

14   and 2-118?

15   A    Yes.

16   Q    And what time period does this report focus on?

17   A    Primarily July 30th to July 31st, 2016.

18   Q    And you analyzed the call records for four numbers in

19   preparing this report?

20   A    Correct.

21   Q    And how did you generate the report?

22   A    I took the call detail records and the cell site

23   information from the carrier, and dates, times, locations, as I

24   had mentioned earlier, and I generated these maps using the

25   Microsoft PowerPoint.

1          MS. AFFINITO:  Your Honor, the United States moves to

2   admit Exhibit 2-115.

3          THE COURT:  Any objection?

4          MR. KENNEDY:  No objection, Your Honor.

5          THE COURT:  2-115, then, is admitted without

6   objection.

7          (Exhibit 2-115 received in evidence.)

8          THE COURT:  I gather those edits that Mr. Kennedy

9   requested, it was either the day -- yesterday or the day

10  before, have been made.

11         MS. AFFINITO:  Yes.  They were made actually before

12  he requested them.

13         THE COURT:  All right.  Thank you.

14         Go ahead.

15         MS. AFFINITO:  So if we could please publish this for

16  the jury?

17         THE COURT:  Yes.

18  BY MS. AFFINITO:

19  Q    So this is the cover sheet you were just referring to?

20  A    That's correct, yes.

21  Q    Okay.  So can we turn now to page 2.

22       So this is -- it says "Legend" at the top.  Is this a

23  legend for the report?

24  A    That's correct.

25  Q    Okay.  So time frame of analysis, what does this refer to?

1  A    The time frame or that span of time frame that I was asked

2  to analyze for the -- these four numbers with this particular

3  report.

4  Q    Okay.  And so this is July 30th of 2016, at 8:00 a.m.,

5  until July 31st, 2016, at 4:45 a.m.?

6  A    That's correct.

7  Q    Okay.  Did you also look at records outside of this time

8  frame?

9  A    I did, yes.

10  Q    Okay.  So let's start with the information in the box on

11  the top left, that says "Carrier," and then it says "Phone

12  Numbers and Color Code."

13      Can you explain what this information is?

14  A    Sure.  So during this analysis because there's four

15  numbers, I needed a way to differentiate them when they appear

16  on the same slide, and so I use colors to make that separation.

17      So these colors for these numbers should stay consistent

18  through the report.  Off to the left is the carrier, 9223,

19  AT&T, with the rest of 'em being T-Mobile.  So this just

20  identifies the carrier, the number, and the corresponding

21  color.

22  Q    Okay.  So this phone number in green, ending in 9223, this

23  is the number you previously testified you attributed to

24  Michael Miske?

25  A    That's correct, yes.

1  Q    Okay.  And then this number ending in 6074, in purple,

2  this is the number you identified to Delia Fabro-Miske?

3  A    Correct.

4  Q    And then the number in blue, ending in 8789, this was a

5  number you attributed to Lance Bermudez?

6  A    That's correct.

7  Q    And then the number in red, ending in 9064, this is the

8  number you attributed to Jason Yokoyama; is that correct?

9  A    That's correct.

10 Q    Okay.  So, then, if we can go out of this, zoomed in.

11       So then on the right it has addresses and locations.  So

12 what are these?

13 A    Sure.  So like the numbers, I needed to use colors to

14 differentiate the banners which are going to reflect these

15 locations on a map.  And so the first banner, the purple one,

16 it represents Delia Miske's residence at 6233 Keokea Place.  My

17 apologies.

18       The next banner, the blue banner, that will represent the

19 approximate location of Kewalo Basin Harbor, at 1125 Ala Moana

20 Boulevard.

21       The dark green banner represents the location of Kama'aina

22 Termite and Pest at 940B -- B Queen Street.

23       The light teal-colored banner represents the location of

24 the M Nightclub at 500 Ala Moana Boulevard.

25       The light purple or magenta, that represents the location

1    of a van that had been set on fire, that police and fire

2    responded to.

3        The yellow banner represents the location of Michael

4    Miske's residence at 1226 Kuuna Street, in Kailua.

5        The blue dot with the black border, that represents the

6    locations of AT&T cell sites on island; and then the dark green

7    represents the same thing, only for T-Mobile's cell site

8    locations.

9    Q    Okay.  So, then, now let's look at this box on the bottom

10   left:  Cellular Record Activity, Cell Site, and Sector.  What

11   is this?

12   A    Sure.  So in order to illustrate a tower and the side of

13   the tower that a device was using as reflected in the records,

14   we use an open wedge.  And the wedge represents that tower,

15   that sector of the tower that a cell phone is using.

16       The dotted line that emanates up from that center part,

17   that represents the azimuth, or the direction that the side of

18   a tower is facing.

19   Q    Okay.  So if a phone was connecting to a tower, if you --

20   this is a touch screen.  So where in sort of this wedge, where

21   would the tower be located, if you can just like -- I don't

22   know if that's a stylus.  You can use your finger.  I don't

23   know what that is.

24   A    So in this particular example I would expect to find a

25   device somewhere in this area (indicates).

1  Q    Okay.

2  A    Generally, yes.

3  Q    Okay.  And then would -- where would the cell tower be?

4  A    The cell tower would be here (indicates), at the point

5  where those wedge arms meet.

6  Q    Okay.  But this wouldn't tell you exactly where the cell

7  phone is located, correct?

8  A    That's correct.

9           MS. AFFINITO:  So, then, if we could now turn to

10  page 3.

11  BY MS. AFFINITO:

12  Q    So the image on the left, it says Sector 1, Sector 2,

13  Sector 3.  What does this mean?

14  A    Sure.  I've talked about towers and sectors, or sides of

15  the towers.  This is just a birds-eye view, looking down on a

16  tower and the most common configuration that cell carriers use.

17  This is a three-sector configuration, with each sector

18  providing approximately 120 degrees coverage around that tower

19  for a total of 360 degrees.

20           As I stated earlier, the azimuth represents the center of

21  the sector, and that's -- that represents the direction in

22  compass degrees that that sector is facing, or that side of the

23  tower is facing.

24  Q    Okay.  So here, we have those arrows that represent the

25  azimuth.  One is pointing towards just due north at zero

1   degrees; is that right?

2   A    Correct.

3   Q    Are these -- in this depiction, are these azimuth

4   directions always the same?

5   A    No, they're not.

6   Q    Okay.  So it would -- it would vary depending on the

7   particular call or text or data session?

8   A    Well, it depends on where the carrier needs to put their

9   resources.  If they need to point a side of the tower and those

10  antennas to a place that's more heavily populated, where

11  there's more people, more usage, then that azimuth could be

12  something different from the zero, 120, or 240.

13  Q    Okay.  So then if we look at the image on the right, this

14  is that same wedge we were just looking at before?

15  A    Correct.

16  Q    Okay.  And so is this green dot at the point of it, that's

17  a -- that's a cell tower?

18  A    So, yes, so when we talk about mapping call detail

19  records, this is a pretty common method in which we do that,

20  where we use that wedge to show the location at the tower, a

21  side of a particular tower being used.  And then the green dot

22  at the base there, this denotes that this particular example is

23  for a T-Mobile cell site.

24  Q    And so what, if any, significance does this shaded

25  portion, the shaded arc have, in the wedge?

1    A    The shaded part just represents the direction in which the

2    radio frequency signal is propagating out from the tower.  This

3    is not indicative of the true radio frequency or coverage

4    for -- of this particular tower or any particular tower in the

5    report.

6    Q    Okay.  So, again, like with the one before, for this you

7    would just expect to find the phone somewhere north of where

8    this wedge is facing --

9    A    Correct.

10    Q    -- correct?  Okay.

11          MS. AFFINITO:  And if we could go to page 4.

12    BY MS. AFFINITO:

13    Q    So what does this geographic overview slide depict?

14    A    This is just a zoomed out view of the locations of AT&T

15    and T-Mobile cell sites on the island during the 2016 time

16    frame.  Off to the left is a legend that is just duplicative of

17    the -- what you guys saw in the -- the legend.

18    Q    Okay.  So if we're looking at this map, so on the far

19    left, there's a marker in magenta.  This -- it's "Van Located."

20    That's the location of the van?

21    A    That's correct, yes.

22    Q    Okay.  And then if we look at the far right, there's a

23    yellow marker.  This would be the -- Michael Miske's residence;

24    is that correct?

25    A    Far upper right, yes.

1    Q    Yeah, near Kailua.  Is that correct?

2    A    That's correct.

3    Q    Okay.  And then if we go down to the bottom right portion,

4    in purple, this is Delia Miske's residence; is that right?

5    A    That's correct.

6    Q    Okay.  And then when we're looking just in town, in

7    Honolulu, this is where Kewalo Basin, Kama'aina Termite and

8    Pest, and M Nightclub are located?

9    A    That's correct.

10    Q    Okay.  So let's now turn to page 5.

11         So what does this slide depict?

12    A    So this slide represents cell phone activity from the call

13    detail records for the number ending in 6074, for the time

14    period July 30, 2016, from 8:27 a.m. in the morning till

15    5:49 p.m.

16    Q    Okay.  And this 6074 number, this is Delia's phone?

17    A    That's correct.

18    Q    Okay.  So based on this, where would you expect to find

19    Delia's phone during this time period on July 30th?

20    A    May I draw on the screen?

21    Q    Yes.

22    A    Okay.  I would expect to find the device somewhere to the

23    right of that cell site, T-Mobile cell site that denotes the

24    location of the -- for T-Mobile -- or basically to the right of

25    that banner inside that wedge.

1  Q    Okay.  So would -- so this banner shows Delia Miske's

2  residence.  Is that within the area in which you would expect

3  to find her phone?

4  A    Yes.  I would expect to find the device there, or in that

5  area.

6  Q    Okay.  And then if we're looking at this -- this box in

7  the top right?

8  A    Correct.

9  Q    What does this show?

10  A    So these are reflective of the call detail record events

11  that used this particular cell site or this particular tower

12  and side of the tower.

13  Q    Okay.  So this -- some of these say incoming, and then I

14  guess the last one says outgoing.  So these are incoming and

15  outgoing calls to Delia's phone during this time period?

16  A    Correct.  So all incoming from 8:27 until 4:08 p.m., and

17  then the first outgoing in this particular example is at

18  5:49 p.m.

19  Q    Okay.  And so between 8:27 and, I guess, 8:45 -- so these

20  ones (indicates).

21      Okay.  We see ten incoming calls from a number (808)

22  829-2126.  Do you see that?

23  A    I believe there's 11.

24  Q    Well, I'm just going up to 8:45.  This shows one --

25  A    Oh, I'm sorry.  Yes, ten.

1  Q    Yeah.  Okay, so between 8:27 and 8:45 there are ten calls?

2  A    Correct.

3  Q    And they're all from this 2126 number; is that correct?

4  A    That's correct.

5         MS. AFFINITO:  Okay.  Can we please publish

6  Exhibit 2-121 from the government's original list already in

7  evidence?

8         THE COURT:  Yes.  Go ahead.

9         MS. AFFINITO:  So if we could zoom in on the MSISDN

10  number there.  Yeah.

11  BY MS. AFFINITO:

12  Q    So is this the same phone number that we just saw, that

13  2126 number?

14  A    It is.

15  Q    Okay.  (808) 829-2126.

16        So then if we flip to the second page of this.  Do you see

17  user accounts that are associated with this 2126 number?

18  A    Yes, I do.

19  Q    Okay.  And who are the individuals identified in these

20  user accounts?

21  A    Ashley Wong 26 and John Fraser.

22  Q    Okay.  And is it your understanding that this phone was

23  used by Ashley Wong?

24  A    Yes.

25  Q    Okay.

1          MS. AFFINITO:  Can we go back to Exhibit 2-115, at

2    page 5?

3          THE COURT:  Go ahead.

4    BY MS. AFFINITO:

5    Q    So for some of these calls on the right here, it says

6    voicemail after them.  What does that mean?

7    A    That's that the call was recorded as a voicemail or went

8    to a voicemail on T-Mobile network.

9    Q    Okay.  And then for three of the calls during this time

10   frame, up until 8:45, we see some just say voice.  (Indicates.)

11        Is that correct?

12   A    That's correct.

13   Q    Okay.  So what does that mean?

14   A    These are just voice calls that no voicemail is associated

15   with this respective event.

16   Q    Okay.  Do you know if these particular voice calls

17   actually connected?

18   A    They did not.

19   Q    Okay.  And how do you know that?

20   A    In the duration column in the call detail records, it was

21   blank.

22   Q    Okay.  So were these, I guess, unanswered calls that did

23   not go to voicemail?

24   A    Yes, that's what they appear to be.

25   Q    Okay.  Would that happen if someone hung up before it went

1    to voicemail?

2    A    I don't know if I can speak to that, but they were calls

3    that just -- they weren't answered.

4    Q    Okay.  Unanswered, okay.

5         And then do you see again here, at 10:37 a.m., another

6    incoming call from Ashley Wong's phone?

7    A    Yes.

8    Q    Okay.  Okay, and did that call go to voicemail as well?

9    A    That's what it appears to be, yes.

10   Q    Okay.  And then there are a few additional incoming calls

11   to Delia's phone that afternoon.  Did those also go to

12   voicemail, these ones here (indicates)?

13   A    The ones at 12:50, 3:14, and 4:08, yes.

14   Q    Okay.  And then when is the first outgoing call from

15   Delia's phone on that day, July 30th?

16   A    5:49 p.m.

17   Q    Okay.

18            MS. AFFINITO:  And can we take out the zoomed-in

19   portion?  Okay.

20   BY MS. AFFINITO:

21   Q    So but all of these -- for all of these calls, incoming or

22   that final outgoing one, the -- is there any indication that

23   the phone moved?

24   A    No.

25   Q    Okay.  And it was connecting to the same tower?

1    A    Correct.

2    Q    Okay.  And the same side of the tower?

3    A    Correct.

4    Q    Okay.

5            MS. AFFINITO:  If we could now go to page 6.

6    BY MS. AFFINITO:

7    Q    Okay.  So in the banner across the top here, it says:

8    Phone activity (808) 476-9223, AT&T voice, July 30th, 2016.

9            So does this slide relate to voice call activity for this

10   phone number ending in 9223 on July 30th?

11   A    Yes, it does.

12   Q    Okay.  And this 9223 number is the one that you attributed

13   to Michael Miske; is that correct?

14   A    That's correct.

15   Q    Okay.  So is there anything notable about the voice call

16   records for Michael Miske's phone on July 30th?

17   A    So this slide represents two separate blocks of time on

18   July 30th, 2016, for voice usage on AT&T, where the device

19   appears to be off the network.

20   Q    Okay.  And how do you know that it appears to be off the

21   network?

22   A    So off to the right I had mentioned feature and cell site

23   location earlier.  In my experience and training, the feature,

24   if you look at the top portion -- I guess I could use my

25   finger.  Right here (indicates).  CFNR is a code AT&T uses.  It

1    means call forwarding not reachable.  You can also see that

2    there's no cell site location.

3         AT&T basically can't see where this phone is, so the

4    device is not reachable.

5    Q    Okay.  And so after CFNR it says VM.  What does that mean?

6    A    Voicemail.

7    Q    Okay.  So for -- you said there are two blocks of time

8    during which the -- there was the -- the phone appeared to be

9    off the network and there was no location information?

10   A    Correct.

11   Q    Okay.  So, then, let's focus on sort of, I guess, first

12   the top half of this page.

13        So are these excerpts of the call detail records for

14   Michael Miske's phone?

15   A    They -- they are, yes.

16   Q    Okay.  So then --

17             MS. AFFINITO:  Oh, sorry.  I'm trying to clear it.

18             If we can zoom in again, sorry, I must have --

19   BY MS. AFFINITO:

20   Q    Okay.  So these -- so here, the first three rows that we

21   see here, starting with Item 3409, this has a connection date

22   of 7/30/16 and a connection time of approximately 18:37.

23        What is that date and time in Hawaii local time?

24   A    This would be 8:37 in the morning on July 30th.

25   Q    Okay.  And do these three rows, these three items relate

1   to separate calls?

2   A    The top three rows refer to one event, and then the item

3   at the bottom, the 3444, refers to another event.

4   Q    Okay.  And so the 3444, that one, what is the -- the date

5   and time in local Hawaii time for that fourth entry?

6   A    That would be 1:39 p.m. on the 30th.

7   Q    Okay.  So that -- did you see any location information in

8   the voice call records for Michael Miske's phone during this

9   time period between 8:37 a.m. until 1:39 p.m. on July 30th?

10  A    No.  The first one was at 1:39 p.m.

11          MS. AFFINITO:  Okay.  So, then, can we show the

12  witness only Exhibit 2-116R from the government's 18th

13  supplement?

14          THE COURT:  Go ahead.

15          MS. AFFINITO:  Okay.  So can we just flip through

16  this for the -- the witness to see?

17          And we can --

18  BY MS. AFFINITO:

19  Q    So what is this document?

20  A    This is page 181 from the PDF-formatted call detail

21  records for device 9223.

22  Q    Okay.  Well, I guess there's -- there are a few pages, if

23  you can -- so this isn't just 182 and 183; is that right?

24  A    That's correct.

25  Q    Okay.  So are these excerpts of the records that you

1    reviewed for your analysis?

2    A    Yes.

3    Q    Okay.  And are these excerpts from an original document

4    that is several hundred pages long?

5    A    Yes.

6    Q    Okay.  And these are the same records that you excerpted

7    in your report that we just saw?

8    A    Yes.

9    Q    Okay.

10          MS. AFFINITO:  Your Honor, I'd move to admit and

11   publish Exhibit 2-116R.

12          THE COURT:  Any objection to that?

13          MR. KENNEDY:  Your Honor, are these pages 181 through

14   183 of 2-116H?

15          MS. AFFINITO:  Yes.

16          MR. KENNEDY:  Then no objection.

17          THE COURT:  Without objection, 2-116R is admitted.

18   You may publish it.

19          (Exhibit 2-116R received in evidence.)

20   BY MS. AFFINITO:

21   Q    Okay.  So if we look at the first page, at line 3409,

22   this -- is this the same entry for a call at 8:37 a.m. local

23   time that we just saw?

24   A    Correct.

25   Q    Okay.  So then prior to 8:37 a.m., when was the last time

1   a call from this phone generated cell location data?

2   A    It looks like approximately 11:40 the night before.  So it

3   would have been July 29th, 2016.

4   Q    Okay.  And then starting at 8:37 a.m. local time, we see

5   you had talked about, in this feature column, CFNR and then VM.

6   We see several entries that have that notation, correct?

7   A    That's correct.

8   Q    Okay.  So for these ones, the calls did not connect; is

9   that correct?

10  A    They did not.

11  Q    Okay.  And from this, can you tell whether the phone was

12  connected to the network at the time of those calls?

13  A    It does not appear that the phone is connected or visible

14  to the network based on this.

15  Q    Okay.  So then if we can, yeah, go out of this.

16       So for these entries, is there any cell location data?

17  A    There is no cell location data for approximately 3409 down

18  to the bottom for page 181.

19  Q    Okay.

20       MS. AFFINITO:  So then if we can zoom in on three --

21  Items 3409 through 3422, just -- yeah, that's fine.

22  BY MS. AFFINITO:

23  Q    So here, is each line here -- we talked about this.  Is

24  each item a separate call?

25  A    No.

1  Q    Okay.  So how many individual calls do you see reflected

2  in this series of items?

3  A    There appear to be four calls here.

4  Q    Okay.  And so if we look, is this first one the one

5  that's -- these four rows, it says 18:37, that's 8:37 a.m.

6  local time?

7  A    Correct.

8  Q    And then the next is this next set ending in Item 3416

9  that are at 18:40, or 8:40 a.m. local time?

10 A    Correct.

11 Q    Okay.  And then the next set ends at Item 3420 at 18:45,

12 or 8:45 a.m. local time?

13 A    Correct.

14 Q    And then the last two are at 20:34.  That's 10:34 a.m.

15 local time?

16 A    Correct.

17 Q    Okay.  Now, in these entries, what's the other number

18 that's listed -- that's in contact with Michael Miske's phone

19 for these?

20 A    1 (808) 829-2126.

21 Q    Okay.  So that 2126 number, that's Ashley Wong's phone?

22 A    That's correct.

23 Q    Okay.  So is Ashley Wong's phone calling Michael Miske's

24 phone or is it receiving calls from it?

25 A    It's calling the 9223 number.

1   Q    Okay.  And did any of those calls connect?

2   A    It does not appear.

3   Q    Okay.  And that you can tell from this CFNR VM notation?

4   A    Correct.

5        MS. AFFINITO:  So then if we can go out of this and

6   go to the next page.  The second page, yes.

7   BY MS. AFFINITO:

8   Q    So does this show -- does this page show the voice call

9   records from I guess it would be 10:34 a.m. local time until

10  1:39 p.m. local time, on July 30th?

11  A    Correct.

12  Q    Okay.  And is there any cell location information for

13  these entries?

14  A    There's not.

15  Q    Okay.  And you have the same call forwarding not reachable

16  voicemail notation under the feature column?

17  A    For all but one, yes.

18  Q    Okay.  So if we look down here, there's one that says

19  VCORR.  What does that mean?

20  A    It's an AT&T feature that corresponds with 4G traffic.

21  Q    Okay.  But does that indicate that the phone connected?

22  A    No.  There's no cell site location information here.

23  Q    Okay.  So then if we could now go to the next page, which

24  is 183, yeah.

25       So the first entry on this page, at Item 3444, this is at

1    1:39 p.m. local time; is that correct?

2    A    Correct.

3    Q    Okay.  And is this the first time, on July 30th, that the

4    voice call records for this phone include this cell site -- or

5    cell location information?

6    A    Yes.

7    Q    And so at this time is the phone connected back to the

8    network?

9    A    That's what it appears so, yes.

10    Q    Okay.  So here when we're looking (indicates) -- yeah.

11          So here we see cell location, we see data, in that column,

12    correct?

13    A    That's correct.

14    Q    And we see a different notation in the feature column?

15    A    That's correct.

16    Q    Okay.  So for this, is the -- for this time period, this

17    call at 1:39 p.m., is the phone connected back to AT&T's

18    network?

19    A    That's what it appears so, yes.

20    Q    Okay.  So are there any other extended periods on

21    July 30th during which there was no cell location information

22    for voice calls?

23    A    There is, later in the day.

24    Q    Okay.  Okay, so then if we -- so is that -- was that -- I

25    guess, well, what time period was that from?

1    A    For the next one where there is a -- a block of --

2    Q    Yes.  Yeah.

3    A    So it would be -- if you go down to line 3450, Item Number

4    3450.  So between 3450 and 3451.

5    Q    Okay.  And I guess -- well, here.  Hold on.

6              MS. AFFINITO:  Let's zoom out here for a second, if

7    we can look at 3450 to 3454.  Or it's actually 3455.  Let's

8    include that one and go all the way across.  Okay.

9    BY MS. AFFINITO:

10   Q    So this includes that time block that you were just

11   discussing?

12   A    Yes, it does.

13   Q    Okay.  So when does this start?  At 3450, what time is

14   that in local time?

15   A    That'd be 3:05 p.m. local time.

16   Q    Okay.  And, then, when do we first see location

17   information from this phone again?

18   A    Down at the bottom, at 8:50 p.m.

19   Q    Okay.  So between 3:05 p.m. and 8:50 p.m., is there any

20   location information for this phone?

21   A    So after --

22             MR. KENNEDY:  Objection to the form of the question,

23   Your Honor.  It excludes SMS and data.

24             THE COURT:  Overruled.  Go ahead.

25   BY MS. AFFINITO:

1   Q    You can answer.

2   A    Oh, can you ask me again?  I'm sorry.

3   Q    Yeah.  So between 3:05 p.m. and 8:50 p.m., is there any

4   location information from these records for -- for the calls?

5   A    So after 3:05 and up until 8 -- 8:50, no.

6   Q    Okay.  And then at line 3455, what do you see?

7   A    Cell site location information associated with the 8:50

8   call.

9   Q    Okay.  And this is -- is this an incoming call?

10  A    Yes.

11          MS. AFFINITO:  Okay.  So let's publish 2-115 again,

12  at page 6.

13  BY MS. AFFINITO:

14  Q    So does the lower half of this page just depict an excerpt

15  of the records we were just looking at?

16  A    They do, yes.

17  Q    Okay.  So this is that same period between 3:05 p.m. and

18  8:50 p.m. local time?

19  A    Yes, correct.

20  Q    Okay.  And there is no cell location information in the

21  call records for voice usage during that time period, correct?

22  A    Correct.

23  Q    Okay.  And that's in addition to the earlier time period

24  between 8:37 a.m. and 1:39 p.m., correct?

25  A    Correct.

1    Q    Okay.  So now let's turn to page 7.

2        So what does this slide depict?

3    A    This slide depicts two separate blocks of time where the

4    device appears to have been off the network, only this is for

5    SMS or test messaging for the same AT&T device, 9223.

6    Q    Okay.  And when is the last text to or from Michael

7    Miske's phone on July 30th that has -- or, excuse me, that has

8    cell location information in this first block that we're

9    looking at?

10   A    1:15 a.m., in the morning of the 30th.

11   Q    Okay.  And so this is Item 5902?

12   A    Correct.

13   Q    Okay.  And so -- and we can see there is data generated in

14   this cell location column, correct?

15   A    Correct.

16   Q    Okay.  So then what's shown for the next items, Items 5903

17   to 5908?

18   A    Those are incoming texts that were made to the device

19   9223.

20   Q    Okay.  So there's a -- and these are texts.  I guess this

21   first one you have a notation here, 8:16 a.m., is that the --

22   the first text?

23   A    Correct.

24   Q    Okay.  And then other texts -- I guess, what are the --

25   the times of the other texts in local time?

1   A     Sure.  So at 8:35, incoming text from 1 (808) 829-2126; at

2   8:44, another one from the 2126 number; and 10:37, another

3   incoming text from the same 2126 number.  Then at 8 -- or I'm

4   sorry -- 10:54, another incoming text from the same 2126

5   number.

6   Q     Okay.  And that 2126 number, that's Ashley Wong's phone

7   again?

8   A     Correct.

9   Q     Okay.  Were any of these text messages, these five text

10  messages, delivered between 8:16 a.m. and 10:54 a.m.?

11  A     It does not appear to have been so.

12  Q     Okay.  And how do you know that?

13  A     So in the subsequent or the -- the column following below

14  that, you see text messages in the general same order, the

15  7535, and then you see the four that all are associated with

16  the 2126 number.

17        Off to the right you see that there's cell site location

18  information.  If you look at the times, they all come in at

19  11:06.  But for the second, they are in successive order, 50,

20  51, 52, 53, and 54.  When your phone comes back on the network,

21  those text messages will be delivered.

22        When I landed in Honolulu two Sundays ago, when I turned

23  my phone back on, the network knew that I was back on the

24  network.  Couple of ways.  It automatically adjusted my time to

25  reflect that I was now three hours' difference from Seattle.

1    It then delivered all those text messages to me at the same

2    time that I had missed while I was in the air.  And that's

3    happening here.  Or at least that is what's reflective of these

4    records.

5    Q    Okay.  So just one -- one point also, so you -- I believe

6    you said 11:06.  Is that the correct time?

7    A    I'm sorry.  One --

8    Q    23:06?

9    A    1:06.  11:06 is the UTC time.

10   Q    Okay.  So 1:06 p.m. is where you see this activity that

11   you just described?

12   A    Correct.

13   Q    Okay.  So at that point, at 1:06 p.m., is this phone

14   connected back to the network?

15   A    That's what it appears to be, yes.

16   Q    Okay.  So -- but between this -- you know, when we're

17   looking from this period here, 8:16 a.m. through 1:06 p.m.,

18   there's no cell location activity for this phone for the --

19   from the text records, correct?

20   A    Correct.

21   Q    Okay.  But you mentioned the -- the earliest cell location

22   activity, actually on this day, was much earlier; is that

23   right?

24   A    1:15 in the morning.

25   Q    Okay.  So between 1:15 a.m. and 1:06 p.m., there's no

1    record in the text call detail records of cell location

2    information for this phone, correct?

3    A    There's no cell site location between those times,

4    correct.

5    Q    Okay.  So, then, let's look at the bottom half of this

6    slide.  So what's depicted here?

7    A    This is the second block in time on the 30th where there

8    is -- there's just -- doesn't appear to be any activity on the

9    30th between approximately 1:32 p.m. and 7:48 p.m.  There's no

10   recorded information in that block.

11   Q    Okay.  So for text messages, again, in the second period

12   there's -- there's no -- there's no cell location information?

13   A    Well, there's no loc -- there's no information.

14   Q    Okay.  So similar to the voice usage records, the text

15   records show two periods of time in which there's no activity

16   or location information?

17   A    Yes.

18   Q    Okay.  And do those periods of time generally overlap with

19   each other?

20   A    Between the voice and text, yes.

21   Q    Okay.  And so this second period of time, we see down

22   here, this is from 1:32 p.m. until 7:48 p.m.?

23   A    Correct.

24   Q    Okay.  So between that, you don't see any text activity

25   with cell location information?

1   A    Yes.  There's just no activity.

2   Q    Okay.  So then let's turn now to page 8.

3        So what does this slide depict?

4   A    This -- this depicts the data usage for July 30th, 2016,

5   in which there was two blocks of time that, again, the device

6   appears to have been off the network.

7   Q    Okay.  And this is still that same 9223 phone for Michael

8   Miske?

9   A    Correct.

10  Q    Okay.  So when is the first period of time in which

11  there's no data usage for the phone?

12  A    Starting after 4:15 a.m.

13  Q    And going until when?

14  A    1:06 p.m.

15  Q    Okay.  And so that's reflected in this first box up here

16  (indicates)?

17  A    That's correct.

18  Q    Okay.  So would you typically expect to see some data

19  usage during a period of time like that if the phone is on and

20  connected to the network?

21  A    I would expect to see that, yes.

22  Q    Okay.  I believe you testified earlier that you don't have

23  to be active when using your phone for data usage to occur,

24  correct?

25  A    For AT&T, that's correct.

1   Q    Okay.  And then when is the second time period in which

2   there is no data usage and no cell location information?

3   A    So again, this is also -- also on July 30th, 2016.  So

4   after 3:48 p.m. up until 7:47 p.m. there doesn't appear to

5   be -- well, there's no recorded activity during that block of

6   time.

7   Q    Okay.  So that's -- so during this second period of time,

8   3:48 p.m. to 7:47 p.m., there were no data sessions at all on

9   this phone?

10  A    Correct.

11  Q    And there's no cell location information recorded?

12  A    None recorded by --

13  Q    For that data usage?  Sorry.

14  A    None recorded by the network.

15  Q    Okay.  So based on your analysis of the voice, text, and

16  data call detail records for Michael Miske's phone, what did

17  you conclude about when it was connected to the network on

18  July 30th?

19  A    So basically, up until approximately 4:15 a.m. and then up

20  until 1:06 p.m., and then again -- or up until -- between 1:06

21  and 3:48 and then after 7:47 p.m.

22  Q    Okay.  So those times you gave are when it was connected

23  to the network or not connected?

24  A    So the banners represent the times where the device

25  appears to be off the network.  So the time preceding, so

1    basically midnight until 4:15 a.m. the device appears to have

2    been on the network, comes back on the network at approximately

3    1:06 p.m.  And then after 3:48 until 7:47 p.m., it's back off

4    the network until it comes back on after 7:47 p.m.

5    Q    Okay.  So between 4:15 a.m. and 1:06 p.m., was the phone

6    connected to the network, based on your analysis?

7    A    No.

8    Q    Okay.  And then between 1:06 p.m. and 3:48, was the phone

9    connected to the network, based on your analysis?

10    A    Between 1:06 and 3:48?

11    Q    Yes.

12    A    Yes.

13    Q    It was, okay.  And then between 3:48 p.m. and 7:47 p.m.,

14    was the phone connected to the network, based on your analysis?

15    A    No.

16    Q    And then after 7:47 p.m. on July 30th, was Michael Miske's

17    phone connected to the network?

18    A    Yes.

19    Q    Okay.  So I guess, what, if anything, did you conclude

20    about the state of his phone during those time periods in which

21    it does not appear to be connected to the network?

22    A    That for one of those previous reasons that I had

23    mentioned, the phone not being visible to the network by either

24    being out of network coverage, being off by manually turned

25    off, being off by the battery dying, or being off and invisible

1    to the network via airplane mode.

2    Q    Okay.  So now let's turn to page 9.

3         So what's depicted in this slide?

4    A    So this represents the towers and sides of the towers

5    being used by the device 9223 and device 9064 during selective

6    events on -- between 1:11 p.m. and 2:23 p.m.

7    Q    Okay.  And then that -- that number in green, 9223, this

8    is Michael Miske's phone?

9    A    Correct.

10   Q    And then the number in red, nine -- and ending in 9064,

11   that's Jason Yokoyama's phone?

12   A    Correct.

13   Q    So during this time period, 1:11 p.m. to 2:23 p.m., is

14   this during the time period when Michael Miske's phone is

15   reconnected to the network?

16   A    It is.

17   Q    Okay.  So what activity do you see in the records?

18   A    So there's -- at 1:11 p.m., there's outgoing texts from

19   9223 to 9064.  The circular number, the "one" with the black

20   background fill, that denotes the tower and sector identifier

21   that was used to facilitate those events.

22        So the banners in blue, I guess I can use my finger, these

23   represent the tower (indicates) and the side of the tower that

24   were being used for those respective events at 1:11.

25        At 1:32, you see an incoming text message from 9064 that

 1    is using this tower (indicates) and this respective side of the

 2    tower for that particular event.

 3         And then at 1:39 p.m., you see an incoming call that goes

 4    to voicemail, appears, and that is denoted by -- going back to

 5    the left side -- using this particular tower and side of the

 6    tower for those events (indicates).

 7    Q    Okay.

 8    A    And then in the middle, as illustrated in red, at

 9    2:23 p.m. you see incoming voicemail record for the number

10    ending in 9064.  And that is using this cell site (indicates)

11    and -- or the cell tower and side of the tower that is

12    illustrated here, in between those opposing or opposite,

13    opposing, facing each other, green cell towers and sectors.

14    Q    Okay.  So if we can just go through that.

15         So at 1:11 p.m., you see in green this wedge (indicates).

16    This is the wedge that's showing that -- that particular text

17    message, correct?

18    A    Yes.

19    Q    The tower?

20    A    This one right here, 70.

21    Q    Okay.  And then at 1:32 p.m., it's this wedge on the right

22    in green; is that correct?

23    A    Correct.  This one (indicates).

24    Q    Okay.  And then at 1:39 p.m., it's another wedge on the

25    left in green?

1    A    Correct.  This one (indicates).

2    Q    Okay.  And then we have the -- the wedge in red in the

3    middle.

4         Okay.  So then when we're talking about these first two

5    text messages, outgoing text messages at 1:11 p.m. on

6    July 30th, these are from Michael Miske's phone, correct?

7    A    Correct.  They are outgoing.

8    Q    And they're outgoing to the number ending in 9064,

9    correct?

10   A    Correct.

11   Q    And that is Jason Yokoyama's phone?

12   A    Correct.

13   Q    Okay.  And then at 2 -- I guess the number 2, at

14   1:32 p.m., there's an incoming text message to Michael Miske's

15   phone, correct?

16   A    Correct.

17   Q    And that's an incoming text from Jason Yokoyama's phone?

18   A    Correct.

19   Q    Okay.  And then in the -- the incoming call that we see to

20   Jason Yokoyama's phone in red, that goes to voicemail, correct?

21   A    Can you ask that again?

22   Q    This -- so this incoming call to Jason Yokoyama's phone at

23   2:23 p.m., does this go to voicemail?

24   A    That's what it appears to be, yes.

25   Q    Okay.  And so is Michael Miske's phone during this time

1    period connecting to towers in this Waialae-Kahala and, I

2    guess, Kaimuki areas?

3    A    Yes.  I would expect to find the device somewhere in that

4    area.

5    Q    Okay.  And that's the same general area of the tower to

6    which Jason Yokoyama's phone is connecting at 2:23 p.m.,

7    correct?

8    A    Generally correct, yes.

9    Q    Okay.  Do you -- do you happen to know whether Jason

10   Yokoyama lives in this area?

11   A    I don't believe he does.  No.

12   Q    So now let's turn to page 10.

13        So what is depicted in this slide?

14   A    This is activity for July 30th, 2016, between 7:48 p.m. to

15   8:13 p.m. for device 9223.  This shows towers and sectors, or

16   towers and sides of the towers, being used for those respective

17   text messages during that time frame, which shows the devices

18   down in the -- the Kakaako area.

19   Q    Okay.  And this 9223 number again, this is Michael Miske's

20   phone?

21   A    Correct.

22   Q    In green?  Okay.

23        So you say this starts at nine -- or, excuse me, this

24   starts at 7:48 p.m. and goes until 8:13 p.m., correct?

25   A    Correct.

1   Q    Okay.  Is there anything significant about that time,

2   7:48 p.m.?

3   A    It's the second time after the device comes back on the

4   network from that block on July 30th -- or I guess this is

5   July 30th.  It's that second time in the day where the device

6   appears to come back on the network.

7   Q    Okay.  So this is right after the device, again, connects

8   to the network?

9   A    Yes.

10  Q    Okay.  And you said during this time period Michael

11  Miske's phone is in the Kakaako area?

12  A    It's using towers that surround that general area, yes.

13  Q    Okay.  So then in the -- the box on the right, what's

14  depicted here?

15  A    So the box on the right illustrates the text message

16  exchange between the 9223 number and the 9064 number during

17  that time frame 7:48 to 8:13, incoming and outgoing text

18  messages using different tower locations and sides of the

19  towers in that area.

20  Q    Okay.  So -- and again, so these are texts, incoming and

21  outgoing, between Michael Miske's phone and Jason Yokoyama's

22  phone?

23  A    Correct.

24  Q    Between 7:48 p.m. and 8:13 p.m.?

25  A    Correct.

1   Q    And this is right after Michael Miske's phone connects

2   back to the network?

3   A    Soon after, yes, correct.

4   Q    Okay.  And how many texts are depicted here?  How many

5   texts were there exchanged between Michael Miske's phone and

6   Jason Yokoyama's phone during that time period?

7   A    So there's 15 illustrated here during that time frame.

8   Q    Okay.  Now let's turn to page 11.

9        So what's depicted in this slide?

10  A    So this shows the towers and sides of the towers that were

11  being used on July 30th, 2016, between 8:13 p.m. and 9:25 p.m.,

12  between three different devices, the device 9223, 9064, and

13  8799.  Again, the colors that are represented in the upper part

14  for the numbers -- so 9223, green; 9064, red; 8799, blue --

15  those are consistent with the colors of the wedges in the

16  illustration below.

17  Q    Okay.  And again, 9223 in green, that's Michael Miske's

18  phone?

19  A    Correct.

20  Q    And is the 9064 number in red, that's Jason Yokoyama's

21  phone, correct?

22  A    Correct.

23  Q    And then the number in blue, ending in 8799, that's Lance

24  Bermudez's phone, correct?

25  A    Correct.

1   Q    Okay.  So during this time period, are all of their phones
2   connecting to towers in the Kakaako and Ala Moana areas?
3   A    Yes, they are.
4   Q    Okay.  And then in the box across the top in gray, are
5   these just the incoming and outgoing calls and texts for these
6   phones?
7   A    Yes.  These -- these illustrate the particular type or a
8   specific type of event for each of those respective numbers.
9   Q    Okay.  So then if we start on the left, looking at Michael
10  Miske's phone here in green, are these text messages?
11  A    Yes, those are text messages.
12  Q    Okay.  And whose phone is Michael Miske's phone texting
13  with?
14  A    9064, so Jason Yokoyama.
15  Q    Okay.  And then let's go and look at the one in the
16  middle.  So this in red, this is Jason Yokoyama's phone?
17  A    Correct.
18  Q    Okay.  And whose phones are Jason Yokoyama's phone
19  connecting with?
20  A    I don't recognize the top number, but the bottom number is
21  the 9223 number.
22  Q    So that's Michael Miske's phone?
23  A    Correct.
24  Q    Okay.  And then so, I guess, why don't we see sort of the
25  same location data on Jason Yokoyama's phone for all of the

1    texts that we see on Michael Miske's phone for texts that are

2    with Jason Yokoyama?

3    A    They weren't reflected in the T-Mobile records for 9064.

4    Q    Okay.  But Michael Miske has AT&T, correct?

5    A    Correct.

6    Q    So his records were different than the T-Mobile records

7    for Jason Yokoyama?

8    A    That's correct.

9    Q    So then on the right here, in blue, this is Lance

10    Bermudez's phone; is that correct?

11    A    Correct.

12    Q    Okay.  And what do we -- what do we see here?

13    A    So between 8:36 p.m. and 9:25 p.m., you see one incoming

14    voice call, one text message, and then one outgoing voice call.

15    Q    Okay.  So let's look at -- so this -- this incoming text

16    at 9:08 p.m., what is the phone number that's sending that text

17    message?

18    A    (808) 479-2795.

19    Q    Okay.  Then at 9:25 p.m., there's an outgoing call from

20    Lance Bermudez, correct?

21    A    Correct.

22    Q    And that's to that same phone number ending in 2795?

23    A    Correct.

24         MS. AFFINITO:  Okay.  Can we please publish

25    Exhibit 1-480 from the government's original list, which is

1    already in evidence?

2           THE COURT:  Yes.  Go ahead.

3    BY MS. AFFINITO:

4    Q    So this is Lance Bermudez's contacts list; is that

5    correct?

6    A    Yes, I believe so.

7    Q    Okay.  If we could turn to page 3, lines 18 and 19.

8         So what is the name listed in each of these two rows?

9    A    Jesse Cabana.

10   Q    Okay.  And what is the phone number -- I guess, what's the

11   first phone number listed in each of these two rows?

12   A    1 (808) 479-2795, and it's the same phone number for the

13   cell above in 18 and cell below in 19, three rows over.

14   Q    Okay.  And that 2795 number associated with a Jesse

15   Cabana, is that the same phone number that we just saw Lance

16   Bermudez's phone communicating with on July 30th?

17   A    Correct.

18   Q    Okay.  And so those -- that was at 9:08 p.m. and

19   9:25 p.m.?

20   A    I believe that's correct, yes.

21          MS. AFFINITO:  Okay.  And can we please publish

22   Exhibit 2-134 from the government's original list, which is

23   also already admitted?

24          THE COURT:  Go ahead.

25   BY MS. AFFINITO:

1    Q    Okay.  At the top here, this says T-Mobile, correct?

2    A    Correct.

3    Q    Okay.  And if we turn to page 2, do you recognize these as

4    T-Mobile phone usage records?

5    A    Yes.

6    Q    Okay.  And if we could zoom in at the top, where it says

7    "Statement For," what does that say?

8    A    Mark Agnir.

9    Q    So this is a statement for someone named Mark Agnir?

10   A    That's what it appears to be, yes.

11   Q    Okay.

12        MS. AFFINITO:  Can we now turn to page 17.

13        And zoom in on the entries for July 21st at 5:04 --

14   excuse me -- 5:00 p.m. and 5:04 p.m.

15   BY MS. AFFINITO:

16   Q    So what is shown in these two entries?

17   A    Two entries for July 21st, 2016, one at 5:00 p.m., the

18   other at 5:04 p.m.  Both denoted as incoming and both list the

19   number as (808) 479-2795.

20   Q    Okay.  So -- and this is that same number attributed to

21   Jesse Cabana?

22   A    Correct.

23   Q    So these are two calls to a phone for Mark Agnir from a

24   phone for Jesse Cabana; is that right?

25   A    They appear to be incoming calls from that number, yes.

1    Q    Okay.  So then if we could go down on this same page to

2    the entries for July 22nd, between 5:54 p.m. and 6:25 p.m.

3         Do you see here three additional entries involving Jesse

4    Cabana's number?

5    A    Correct.

6    Q    And are these incoming or outgoing calls?

7    A    So at 5:54 it's denoted as incoming.  At 5:56 it looks

8    like an outgoing.  And then at 6:25 it's denoted as incoming.

9    Q    Okay.  So let's now go back to Exhibit 2-115, page 12.

10        So what does this slide depict?

11   A    This slide depicts a single incoming call from (808)

12   829-2126 to the 9223 number, on July 30th, 2016, at 11:27 p.m.

13   Q    Okay.  And the 9223 number, this is Michael Miske's phone?

14   A    Correct.

15   Q    And the 2126 number, this is Ashley Wong's phone?

16   A    Correct.

17   Q    So this is a -- an incoming call to Michael Miske's phone

18   from Ashley Wong's phone, at 11:27 p.m., correct?

19   A    That's correct.

20   Q    Okay.  And the yellow marker here, what does that

21   represent?

22   A    1226 Kuuna Street, Mike Miske's residence.

23   Q    Okay.  And from the call records and location information,

24   would you expect to find Michael Miske's phone in his residence

25   at the time of this call?

1    A    At the time this call was recorded by the AT&T network, I

2    would expect to find the device somewhere on this left side of

3    the blue banner (indicates).

4    Q    Okay.  So not -- so not in his residence, correct?  At the

5    yellow banner?

6    A    I wouldn't expect to find it over there, no.

7    Q    Okay.  And -- and why not?

8    A    Because remember, towers and sectors provide coverage to

9    different -- or sectors provide different coverage to different

10   sides of a -- of a tower.  And so here, what is being

11   illustrated is a tower and sector providing coverage to --

12   facing towards the Waimanalo Forest area.

13   Q    Okay.  Let's now turn to page 13.

14        What does this slide depict?

15   A    So this slide depicts or illustrates phone activity,

16   location of towers and sectors being used by device 8799 on

17   July 31st, between 12:12 a.m. and 12:20 a.m.

18   Q    Okay.  8799, this is Lance Bermudez's phone?

19   A    Correct.

20   Q    Okay.  And, I guess, where would you expect to find his

21   phone during this time period?

22   A    So I would expect to find the phone, based on this tower

23   and sector usage for these particular events, I would expect to

24   find it somewhere in this area that I'm marking in green

25   (indicates).

1  Q    Okay.  So this is in between sort of the three wedges that
2  you see here in blue?
3  A    Correct.  And this is approximate.  I wouldn't expect to
4  find it like on the outsides of those.
5  Q    Okay.  But I guess generally would you expect to find
6  Lance Bermudez's phone in the Hawaii Kai area?
7  A    Yes.  Like I said before, I would -- down here in this
8  area that I've made a mess of (indicates).
9  Q    Okay.  And this is during the time period of 12 --
10 12:00 a.m. until 12:20 a.m.; is that correct?
11 A    Correct.
12 Q    Okay.  So, then, if we look at the box on the -- in the
13 top right, so what do the first three lines show for this time
14 period at 12:12 a.m.?
15 A    These show outgoing calls, voice calls, to (808) 479-2795,
16 which was that number previously mentioned for Jesse Cabana.
17 Q    Okay.  So these are three outgoing calls from Lance
18 Bermudez's phone to Jesse Cabana's phone?
19 A    Correct.
20 Q    Okay.  And then right below that, at 12:13 a.m., there is
21 an outgoing call from Lance Bermudez's phone, correct?
22 A    Correct.
23 Q    And whose phone is Lance Bermudez's phone calling?
24 A    The phone associated with Jason Yokoyama.
25 Q    Okay.  And you don't recognize the numbers here at 12:16

1    and 12:20 a.m., do you?

2    A    I do not.

3    Q    Okay.  So now let's turn to page 14.

4             THE COURT:  Counsel, when you're done with asking

5    questions relating to page 14 of the expert's report, it

6    probably is a good time for us to take our break.

7             MS. AFFINITO:  Okay.  It'll be, I don't know, maybe

8    10, 15 minutes or we can take a break now.

9             THE COURT:  If it's going to be that long, maybe we

10   should take a break now.  Because we're already at the

11   two-hour -- approximately two-hour mark this morning, so thank

12   you.

13            Let's go ahead and do our break now.  As we go to

14   break for the first time this trial day, I'll remind our jurors

15   to please refrain from discussing the substance of this case

16   with anyone, including each other; to also refrain from

17   accessing any media or other accounts of this case that may be

18   out there; and finally, please do not conduct an investigation

19   of your own into anything relating to this case.

20            We'll see you in a few minutes.

21            COURTROOM MANAGER:  All rise for the jury.

22            (The jury was excused at 10:35 a.m.)

23          (The proceedings recessed at 10:35 a.m. until 10:57 a.m.)

24            (Open court in the presence of the jury.)

25            THE COURT:  You may be seated.

1          All right.  Back from our first break of the trial

2   day, Ms. Affinito, you may resume your direct.

3   BY MS. AFFINITO:

4   Q    So I just want to first -- let's circle back to something.

5          MS. AFFINITO:  If we could pull up Exhibit 2-117B,

6   which we looked at earlier, which is admitted.

7   BY MS. AFFINITO:

8   Q    Okay.  So this is the subscriber information for Delia's

9   phone, correct?

10  A    Correct.

11  Q    Okay.  And if you look at -- I guess, let's look at the

12  first two blocks here, for subscriber details and account

13  details.

14         For the subscriber name effective date, what is the date

15  listed there?

16  A    July 27th, 2016.

17  Q    Okay.  And then for the activation date, what is the date

18  listed there?

19  A    The same, July 27th, 2016.

20  Q    Okay.  And so what does that tell you about when service

21  started on this phone?

22  A    That's usually consistent with when service was initiated

23  or activated for this particular phone number, or device.

24  Q    Okay.  So service was initiated on July 27 of 2016 for

25  Delia's phone?

1   A    That's what it appears to be in these records, yes.

2   Q    And so that's a few days before the July 30th time period

3   that you're focusing on in your report; is that correct?

4   A    That's correct.

5            MS. AFFINITO:  Okay.  We can take this down.

6            And if we could go back to Exhibit 2-115, page 14.

7   BY MS. AFFINITO:

8   Q    Okay.  So what does this slide depict?

9   A    This slide depicts activity for the numbers 8799 and 9064

10  on July 31st, 2016, between approximately 12:12 a.m. or

11  midnight a.m. and 4:45 a.m.

12  Q    Okay.  And again, in blue, that number ending 8799, this

13  is Lance Bermudez's phone?

14  A    Correct.

15  Q    And then the number in red, ending 9064, this is Jason

16  Yokoyama's phone, correct?

17  A    Correct.

18  Q    Okay.  So first, let's just -- there's only one data point

19  here for Jason Yokoyama; is that correct?

20  A    That's correct.  Incoming call at 12:13 a.m.

21  Q    Okay.  And who is that incoming call from?

22  A    The 8799 device, also illustrated in this slide.

23  Q    So that's Lance Bermudez's phone?

24  A    Correct.

25  Q    Okay.  And where is Jason Yokoyama's phone located at this

1    time period, 12:13 a.m.?

2    A    So as illustrated using the red wedge, towards the bottom,

3    bottom center of the screen, it's facing up towards the

4    location of the M Nightclub, so I would expect to find the

5    device somewhere in that Honolulu area around where that

6    M Nightclub banner is illustrated on the slide.

7    Q    Okay.  So now, why don't you take the jury through the

8    movement of Lance Bermudez's phone during these early morning

9    hours of the July 31st?

10    A    Sure.  So again, using those numbers, those correspond

11    with the towers and sides of the towers that were being used

12    for these respective events.  So starting at 12:12, on the

13    bottom lower right-hand corner, you see Number 1 and you see

14    those four events associated with that first tower and sector.

15         So from basically the top four outgoing voice calls listed

16    on the upper right in that call out box.

17         Then on the second, or Tower Number 2, I'll just refer to

18    it as, this one here (indicates), you see -- and this is pretty

19    duplicative of I believe the previous slide, whereas it shows

20    that activity in the Hawaii Kai area.

21         So at 12:16, also on the 31st, you see it using this

22    Number 2 tower and sector.

23         Number 3, it shows that additional tower and sector in

24    that same kind of Hawaii Kai area.  That's at 12:20.

25         Then Tower 4, which moves over towards Honolulu area, so

1  at 12:41, 8799 is using the tower and sector in that Ala Moana

2  area.

3      At Number 5 -- I'm sorry -- at 4 still.

4  Q    Sorry.  So --

5  A    Yeah.  I'm going to clarify the 4.

6  Q    (Gestures.)

7  A    All right.  I'm sorry.  I got lost.

8  Q    Just let me ask.

9      So at 4, so for -- okay, so when we're looking at 4 here,

10 there's a few at 12:41 a.m.  There's --

11     MS. AFFINITO:  You don't have to enlarge it.

12 BY MS. AFFINITO:

13 Q    There's an incoming voice call and then a couple incoming

14 texts; is that right?

15 A    Correct.

16 Q    Okay.  And that refers to the connection at this tower,

17 correct?

18 A    Correct.

19 Q    Here?

20 A    And you see two different entries for 4.

21 Q    Is that this second one here at 1:38 a.m.?

22 A    Correct.  That's because there's a different device,

23 different technologies being used.  They're co-located at the

24 same -- that's why you see these two different indicators there

25 for the tower ID, essentially.  And so 12:41, you have those

1    three transactions and then using that 30083 tower, so that

2    first part there.  And then at 1:38:36 it's using this 85432.

3    Q    Okay.  But it's -- are those -- is it located in the same

4    area?

5    A    Correct.

6    Q    Okay.  All right.  So then -- then let's move on to -- at

7    2:44 a.m., for 5.  Where does Lance Bermudez's phone go?

8    A    So that device is using the tower and sector up here,

9    facing towards the Waimalu area.

10   Q    Okay.

11   A    And that's at 2:44.

12   Q    Okay.  So in between the locations that are marked at 4,

13   the -- the last -- this one here (indicates) at 1:38 a.m.,

14   which is -- you said is down here in the Ala Moana area; is

15   that correct?

16   A    That's correct.

17   Q    Okay.  So between that and then the time period at 5, up

18   here in between sort of Pearl City and Aiea, how much time has

19   passed?

20   A    It looks to be a little over an hour.

21   Q    Okay.  So from 1:38 a.m. until 2:44 a.m.?

22   A    Correct.

23   Q    Okay.  And what is the -- again, what's this purple marker

24   on the far left?

25   A    So that denotes the location of where a van was on fire

1    that the fire department and law enforcement had responded to.

2    Q    Okay.  And do you know the time that the -- that the van

3    was reported burning to law enforcement?

4    A    To law enforcement, I believe it was at 2:42 a.m. on the

5    31st.

6    Q    Okay.  And so that's slightly before when Lance Bermudez's

7    phone pings off a tower in this area marked at 5, correct?

8    A    Or utilizing a tower and sector in that area, correct.

9    Q    Okay.  So -- and that's, again, at 2:44 a.m.?

10   A    Number 5.  That's correct, 2:44.

11   Q    Okay.  So then what do we see at 6?

12   A    So at Number 6 you see that 8799 device utilizing a tower

13   and sector for two outgoing calls, 3:52 a.m., back in that

14   general Ala Moana area.

15   Q    Okay.  And so, again, I guess, what's the time that has

16   elapsed between where the phone is, or the -- at 5 and where

17   the phone is at 6?

18   A    Over an hour.

19   Q    Over an hour, okay.

20        And then if we look back at 4, there's one additional

21   entry here.  In parentheses it says 4:45 a.m.; is that right?

22   A    That's correct.

23   Q    Okay.  So what does that signify?

24   A    So it's, again, using that same tower or that same general

25   location and tower -- tower and sector location as the previous

1    ones at 12:41.  So it's in that same general area.  I would

2    expect to find the device in that same general area in Ala

3    Moana.

4            MS. AFFINITO:  Okay.  Nothing further.

5            THE COURT:  Mr. Kennedy, you can cross when you're

6    ready.

7                         CROSS-EXAMINATION

8    BY MR. KENNEDY:

9    Q    Good morning, sir.

10   A    Good morning, sir.

11   Q    So I'll start with the phones that you were asked to look

12   at, okay?

13        The first phone ended in 9223, correct?

14   A    Correct.

15   Q    And you through basis of information attributed that phone

16   to Mr. Miske, correct?

17   A    Correct.

18   Q    All right.  And the second phone was 6074.  Through basis

19   of documents that we've seen you attributed that phone to

20   Ms. Fabro, or Ms. Fabro-Miske?

21   A    Correct.

22   Q    All right.  And 8799 was a phone that was attributed to

23   Mr. Bermudez, Lance Bermudez?

24   A    Correct.

25   Q    And 9064 was a phone that was attributed to Jason

1    Yokoyama, correct?

2    A    Correct.

3    Q    All right.  Now, you did not analyze a phone which is

4    7976, correct?

5    A    That does not sound familiar to me.

6    Q    All right.  Did the name Dae Han Moon come up in any of

7    your work?

8    A    Not in what I produced.

9    Q    All right.  You were not asked to take a look at a phone

10    which is 6261?

11    A    I don't recall that number.

12    Q    Did the name Jacob Smith come up in your work?

13    A    Not in this analysis.

14    Q    All right.  And did the -- were you asked to take a look

15    at a phone which is 9427 as the last two -- last four digits?

16    I apologize.

17    A    9427 doesn't sound familiar to me.

18    Q    Okay.  A phone associated with James "Turtle" Salas?

19    A    That does not sound familiar to me.

20    Q    With the last four digits 6795 for a Mr. John Stancil?

21    A    Not for this analysis.

22    Q    All right.  Now, in this analysis, I think you prepared

23    a -- an initial report.  I believe that may have been in

24    December of 2023?

25    A    That sounds accurate, yes.

1  Q    And then finalized the one that the jury has seen, and I

2  believe that looks to be April 24th of this month?

3  A    Correct.

4  Q    2024?

5  A    Yes, sir.

6  Q    All right.  In your work, did you take a look -- are you

7  familiar with a CAST member by the name of Andrew Masters?

8  A    I am.

9  Q    And do you know him to be with the -- the FBI CAST,

10  Cellular Analysis Survey Team?

11  A    I do.

12  Q    All right.  Did you take a look at his work back in

13  December of 2019, with respect to your work?

14  A    I don't recall the date on the draft, but I was provided a

15  draft by him.

16  Q    All right.  And so that the draft, were you aware that he

17  was looking at historical cellular analysis, correct?

18  A    Correct.

19  Q    Similar to what you've been testifying about, correct?

20  A    Correct.

21  Q    All right.  And among the individuals that were

22  Mr. Masters's analysis are the four phones and individuals that

23  we've been talking about here, correct?

24  A    Correct.

25  Q    And there were some additional ones, correct?

1   A    I believe so, yes.

2   Q    All right.  Were you aware that one of those was a number

3   (808) 772-7976 for Dae Han Moon?

4   A    Are you saying Moon?

5   Q    Moon, as in sun and moon, yes.

6   A    So the name sounds familiar, but the -- the number

7   doesn't.

8   Q    Okay.  And were you asked, did you -- were you aware that

9   his analysis looked at Mr. Moon?

10  A    I believe so, but I -- I don't recall.  Sorry.

11  Q    And I take it for your analysis you were directed not to

12  look at Mr. Moon; is that correct?

13  A    I don't recall being directed not to look at Moon, and

14  that I recall -- I know that I was asked to look at the four

15  numbers that I analyzed.

16  Q    Okay.  You didn't do anything with respect to the call

17  detail records that would have cell site information for

18  Mr. Moon?

19  A    That's correct.

20  Q    All right.  Now, do you recall that Mr. Masters back in

21  2009 looked at a phone (808) 286-9427?

22  A    In two -- I'm sorry, two thousand nine --

23  Q    '18?

24  A    Oh, 2018.  I'm sorry.  Could you repeat the number?

25  Q    I'm talking over you, and it's my mistake.

1     His analysis, the draft that you said that you reviewed.

2  Were you aware that he looked at a number 808 -- (808) 286-9427

3  associated with a Mr. James "Turtle" Salas?

4  A    I don't recall all the numbers that he analyzed.

5  Q    All right.  And were you aware that he looked at

6  (808) 479-6281, associated with a Jacob Smith?

7  A    I don't recall.

8  Q    All right.  And finally, an (808) 216-6795, associated

9  with a John Stancil?

10  A    Like I said, I remember the name, but that number doesn't

11  ring a bell with me and I don't recall if that was in his

12  analysis.

13  Q    Okay.  And so for your analysis, you -- you focused in on

14  the four numbers solely, not the four numbers that I just

15  mentioned?

16  A    That's correct, yes.

17  Q    In terms of any historical cell phone analysis with

18  respect to those phones?

19  A    That's correct, yes.

20  Q    All right.  Now, on --

21        MR. KENNEDY:  If we can pull up Exhibit 2-115,

22  page 2?

23        THE COURT:  Go ahead.

24  BY MR. KENNEDY:

25  Q    This is what we've seen is a summary of your analysis,

1    correct?

2    A    That's correct, yes.

3    Q    And I -- and I think that there are numerous data points

4    that could be placed in here in terms of when a cell phone

5    connects to a cell tower, correct?

6    A    Well, there's thousands of lines of data, yes, sir.

7    Q    All right.  Okay.  And so what we're getting is a selected

8    group of those, correct?

9    A    A summary, yes, that's correct.

10    Q    All right.  Now, the time analysis, you were asked in

11    direct between 8:00 a.m. on July 30th, correct?

12    A    Correct.

13    Q    And to 4:45 a.m. on July 31st, correct?

14    A    I think I may have been asked to just go to 4:00.  I think

15    I took the liberty with 4:45 because of a -- a particular data

16    set in there.

17    Q    Okay.

18    A    Right.

19    Q    Fair enough.

20        Now, I take it you looked at the historical cell site

21    information for the entire day on July 30th, starting at, say,

22    midnight?

23    A    For all the numbers?

24    Q    Yes.

25    A    I don't believe I looked at it for all the numbers.

1    Q    All right.  Let me ask you this.

2         Did you look at it for the number -- which is in green

3    here -- (808) 476-9223?

4    A    I believe I looked at the majority of the records for that

5    day, yes.

6    Q    All right.  So based upon your analysis, between the hours

7    of midnight and 4:15 a.m., did you see historical cell site

8    information for the number (808) 476-9223?

9    A    I believe so.

10   Q    And each -- between midnight and 4:15, was that phone in a

11   location near a cell tower of the M Nightclub?

12   A    I don't recall off the top of my head.

13   Q    Do you have the data there to check?

14   A    Not in front of me, no, sir.

15   Q    Okay.  That information is available, correct?

16   A    I would expect to find it in the call detail records.

17   Q    All right.  So did you see that there were two cell towers

18   during those -- 12:00 to 4:15 time period, at midnight, that

19   the phone number 9223 was connecting to that morning?

20   A    I -- I can't speak to that --

21   Q    All right.

22   A    -- without --

23   Q    As background for your position, did you understand that

24   Mr. Miske owned the M Nightclub?

25   A    Yes, that was my understanding.

1    Q    All right.  The -- the 30th of 2016 was a Saturday

2    morning, correct?

3    A    I believe so, yes.

4    Q    All right.  And so during that time period, if -- well,

5    I'll say because you don't have the memory and you don't have

6    your data in front of you, you could plot between midnight and

7    4:15 and the jury could see exactly where that 9223 phone was

8    during that time, correct?

9    A    I would have to look back at the data for those three

10    datasets to see if there was cell site location information

11    associated with those, if I recall correctly, as to what you're

12    asking me to do --

13    Q    All right.

14    A    -- yeah.

15    Q    All right.  Now -- and I'll ask it in a hypothetical.

16        If that phone was pinging, connecting to the cell tower,

17    either through the three ways, voice calls, data transfer, or

18    SMS messaging, between 8 -- excuse me -- midnight and 4:15, if

19    that data is there, one can plot it and the jury could see it,

20    correct?

21    A    Hypothetically, if the data is there, then, yes.

22    Q    You were not asked to do that by the government, correct?

23    A    With regard to that specific time frame?

24    Q    Yes.

25    A    I don't recall.

1    Q    'Cause it looked like the time frame of analysis begins at

2    8:00 a.m., correct?

3    A    On -- for the July 30th.

4    Q    All right.  Now, hypothetically, if someone works till

5    4:15 in the morning, returns to their home and sleeps, a phone

6    can be turned off while someone is sleeping, correct?

7    A    I can't guess or speculate as to, you know, people's

8    habits with their phones.

9    Q    All right.  Let me ask you this.

10         A phone can be on while someone's sleeping, right?

11   A    Yes.

12   Q    A phone can be off while someone's sleeping, correct?

13   A    Correct.

14   Q    If the phone is off, it doesn't connect to a cellular

15   tower, correct?

16   A    Correct.

17   Q    If the phone is off and it's being charged, it doesn't

18   connect to a cellular tower, correct?

19   A    If the phone is off and not connected to the network I

20   would not expect to see any data.

21   Q    If the phone was on and it was in airplane mode, for

22   whatever reason, it would not connect to a cellular tower,

23   correct?

24   A    I would not -- I would not expect to see records if it's

25   in that mode.

1  Q    And if the phone is dead, no longer has a charge, it would

2  not connect to a cellular tower, correct?

3  A    Not in that state, no.

4  Q    All right.  Now, on page 2 of 2-115 you have some areas

5  and addresses and locations, correct?

6  A    Yes, sir.

7  Q    All right.  And I want to -- one of those is Mr. Miske's

8  residence, correct?

9  A    Correct.

10  Q    One of those is Ms. Delia Miske's residence, correct?

11  A    Correct.

12  Q    We've got Kama'aina Termite and Pest Control, correct?

13  A    Correct.

14  Q    And you understood that to be a location associated with

15  Mr. Miske, correct?

16  A    Correct.

17  Q    As the owner of that business, correct?

18  A    Correct.

19  Q    And M Nightclub, you understood it to be a location

20  associated with Mr. Miske as the owner of the M Nightclub,

21  correct?

22  A    That's correct.

23  Q    And we'll get to it, but Jason Yokoyama you understood to

24  be the -- associated with the M Nightclub as well?

25  A    Yes, sir.

1  Q    As the general manager, correct?

2  A    I believe manager, so yes, generally.

3  Q    All right.  Now, I want to ask you about one location.

4  You have Kewalo Basin Harbor here?

5  A    Yes, sir.

6  Q    All right.  Were you asked to place that symbol on your

7  summary?

8  A    That was one of the key locations provided to me by the

9  investigators that requested the analysis.

10 Q    All right.  So you did not choose to place that on there;

11 someone in the investigation told you that was a critical

12 place, correct?

13 A    Yes.  All the locations provided to me.

14 Q    All right.  Now, the harbor, by definition, sounds to me

15 like somewhere where a boat might be, correct?

16 A    I would -- I would agree with that, yes, sir.

17 Q    All right.  And when you're doing this you'd like to have

18 the best information that you possibly could, correct?

19 A    I like to have the information that it's necessary to

20 complete the analysis.

21 Q    Right.  I've heard you testify this morning and you seemed

22 to me to be a pretty straight shooter?

23 A    I try to be.

24 Q    All right.  So that's why I asked you if that was provided

25 to you.

1              MR. KENNEDY:  If we could pull up 9011-082, which is

2    not yet in evidence, Your Honor.  It's on the first

3    supplemental, I believe.

4              THE COURT:  Go ahead.

5    BY MR. KENNEDY:

6    Q    And if you could just read that to yourself, sir.

7    A    (Complies.)  Okay.

8    Q    All right.  And if we could flip to the second page.

9         And just take a look at that information.

10   A    (Complies.)  Okay.

11   Q    All right.  And if we turn to the third page.

12   A    Okay.

13   Q    And if we turn to the fourth page.

14        And is there a fifth page?

15   A    There's just a banner with them -- okay.

16   Q    I don't know where that came from.

17   A    Can you go back to where --

18   Q    That looked to be something that was misplaced.

19             MR. KENNEDY:  Your Honor, may I approach, after

20   showing something to the government?

21             THE COURT:  What is this that you're approaching

22   with?

23             MR. KENNEDY:  I'm approaching with the satellite

24   imagery of a boat and a location on July 30th, at 21:25 UTC

25   time, which would be 11:25 on July 30th of 2016.

1           THE COURT:  And this is not an exhibit?

2           MR. KENNEDY:  It is not yet an exhibit.  It was shown

3  earlier to an earlier witness, but it has not been admitted

4  yet.  And it is 9011-082.  And it looks like it's page 119, at

5  least on the sheet I'm looking at.

6           MS. AFFINITO:  The government would object as to

7  relevance.

8           THE COURT:  If this is marked as an exhibit, why is

9  it necessary to approach?

10           MR. KENNEDY:  It looks like whatever is being shown

11  up here is cut off, Your Honor, in terms of the digital

12  exhibit.  That's why.

13           THE COURT:  So you want to show the witness 9011-82,

14  page 119?

15           MR. KENNEDY:  Yes.

16           THE COURT:  9011-82 is an exhibit that consists of 42

17  pages.

18           MR. KENNEDY:  That's correct, and I --

19           THE COURT:  So how could you be showing him page 119?

20           MR. KENNEDY:  I'm sorry.  0019, Your Honor, if I

21  misspoke.

22           THE COURT:  Okay.  I have it in front of me.  And

23  your electronic version is not working; is that what you're

24  saying?

25           MR. KENNEDY:  Yes.  It doesn't appear to be.

1        THE COURT:  All right.  Go ahead.  You can show it to

2   him.

3        MS. AFFINITO:  I mean, I guess, we'd renew the same

4   objection as to the relevance of this.

5        THE COURT:  You can show it to him.  Go ahead.

6        MR. KENNEDY:  May I approach, Your Honor?

7        THE COURT:  Yes, you may.

8        THE WITNESS:  (Reviews document.)

9        MR. KENNEDY:  May I approach, Your Honor?

10       THE COURT:  Yes.

11       THE WITNESS:  Oh, you take it back?

12       MR. KENNEDY:  Yes.

13       THE WITNESS:  Oh, okay.

14       MR. KENNEDY:  And if we move back to page 2 of this

15  document.

16  BY MR. KENNEDY:

17  Q    Sir, were you provided with information which showed the

18  Boston Whaler named as PAINKILLER was in a harbor on the

19  Windward Side of this island, in Kaneohe, not Honolulu, on

20  July 30th, 2016, UTC time at --

21       MS. AFFINITO:  Objection.  Scope, relevance, and

22  defense counsel's testifying in his question.

23       MR. KENNEDY:  At -- I need to complete my question.

24  BY MR. KENNEDY:

25  Q    At UTC time, I believe it was 21:25, which Hawaii Standard

1    Time would be 11:25 in the morning?

2             THE COURT:  The objection is sustained.

3    BY MR. KENNEDY:

4    Q    You were not provided with information as to the location

5    of that vessel on July 30th, correct?

6             MS. AFFINITO:  Objection.

7             THE COURT:  The objection was sustained.

8             MR. KENNEDY:  All right.  So --

9    BY MR. KENNEDY:

10   Q    Now, when we return to 2-115 -- and if we could go back to

11   page 2 -- there is a -- in the lower left-hand area there is an

12   indication of a cell -- a cell site and sector, correct?

13   A    Correct.

14   Q    And then a arrow which shows generally the direction of

15   which that cell tower and sector obtain data, correct?

16   A    Correct, the direction which those signals propagate.

17   Q    And each tower oftentimes, as we turn to -- if we can go

18   to page 3.  Each tower, as you've represented here, oftentimes

19   has multiple sectors, correct?

20   A    Correct.

21   Q    And for instance, we'll see later some of the sectors can

22   have a broader area, correct?  As I'm demonstrating with my

23   hands?  In terms of the access?

24   A    Are you asking about the wedges?

25   Q    Yes.  Mm-hmm.

1    A    So each of those wedges represent the 120 approximate

2    degrees.

3    Q    All right.

4    A    But those arms on those wedges, those are just guidelines.

5    They are not -- they're not lines drawn on the ground to where

6    radio waves stay inside.

7    Q    And so a cell phone can connect to any sector based upon

8    what you said was:  If your phone is on, it's looking for the

9    best tower, the best sector and the best signal, correct?

10    A    The tower and sector that provide the best signal, yes,

11    sir.

12    Q    And so it doesn't care where it goes to on the tower,

13    right?

14    A    Not as long as it has the best signal.

15    Q    And whatever sector on that tower has the best signal at

16    that moment is where it connects, correct?

17    A    That's what I would expect, yes.

18    Q    And so what you're telling us in terms of the testimony

19    here is that when you say you would expect to find it in a

20    location, that's based on generally, correct?

21    A    Correct.

22    Q    But at any given time a cell phone can connect to any

23    sector on that tower if that tower has the best signal and it

24    has the best frequency for that phone at that time, correct?

25    A    I don't know if frequency necessarily plays into that

1    scenario, but the cell phone is going to choose the tower and

2    sector that provided the best signal.

3    Q    All right.  And so these are approximations in terms of

4    where you might expect the phone to be, correct?

5    A    Correct.

6    Q    All right.  Now, if we go to the fourth page.

7         Now, these are locations for AT&T cell sites and T-Mobile

8    cell sites, right?

9    A    Correct.

10   Q    All right.  In a portion of the island, correct?

11   A    That's correct, yes.

12   Q    All right.  Now, I want to talk to you a little bit

13   about -- if we move to page 5, and then we move to page 6.  All

14   right.

15        Now, pages 6, 7, and 8 represent information regarding the

16   9223 number, correct?

17   A    That's correct.

18   Q    And 6 has voice calls, correct?

19   A    That's correct, yes.

20   Q    And if we move to page 7, we have what are SMS

21   information, correct?

22   A    Correct.

23   Q    Commonly referred to as text messaging?

24   A    That's correct.

25   Q    All right.  And with respect to page 8 we have data,

1    correct?

2    A    That's correct.

3    Q    All right.  So data can be the following.  If I have a

4    cell phone and I'm using an app on my phone, that would be

5    recorded as data, correct?

6    A    It should be, yes.

7    Q    All right.  On iPhones, iMessaging is data, correct?

8    A    That's correct.

9    Q    And so iMessages between iPhones are recorded as data, not

10   as text message, correct?

11   A    That would be correct.

12   Q    All right.  In any of your -- was there a point in time

13   where you plotted all voice information with respect to the

14   time period that you were looking at here?

15   A    All of it?

16   Q    Yes.

17   A    I don't believe so.

18   Q    All right.  Was there a time period where you plotted all

19   the text messages between 8:00 o'clock and 4 -- I believe you

20   said 4:45 on the 31st?

21   A    Correct.  I did not.

22   Q    And was there any time where you plotted all the data,

23   including iMessages, between 8:00 a.m., July 30th, and 4:45

24   July 31st?

25   A    IMessages wouldn't be distinctively identified in a data

1    report.  But the answer to your question is, no, I didn't plot

2    all the data points, no.

3    Q    All right.  So what we have here is an analysis of not all

4    the voice, text, and data between 8:00 a.m. on July 30th and

5    4:45 p.m. on July 31st, correct?

6    A    Are you talking about the snippets in these slides?

7    Q    Yes.

8    A    The -- for purposes of making it fit on the slides, these

9    are the excerpts that I used.  So that's -- I believe that's

10    correct, yes.

11    Q    All right.  And so the excerpts that you've shown here do

12    not also provide all the, say, data entries for all of the

13    times, correct?

14    A    Not what's before and after in these slides.

15    Q    All right.  Okay.  Now, we're talking about the time

16    period between 4:15 a.m. until 1:06:17 p.m. on July 30th.

17        Did your analysis show any connections between a cell

18    tower?

19    A    Are you talking about for data, sir?

20    Q    I'm talking about --

21    A    On page --

22    Q    I'm talking about just generally.  So we can take this

23    down for a second.  And I'm just going to ask you the question.

24        Between 8:00 -- between 4:15 a.m. and 1:06:17 p.m., on

25    July 30th, your analysis showed no connections to a cell tower?

1   A    For the data, that -- I believe that's correct.

2   Q    All right.  And I think we've established during that time

3   that if the phone is off, it makes no connection to a cellular

4   tower, correct?

5   A    Correct.

6   Q    The phone died, doesn't have power, it makes no

7   connection, correct?

8   A    That's correct.

9   Q    And the phone is off and recharged, as it's charging it

10  makes no connection to a cellular tower?

11  A    If the phone is off it's not connected to the network.

12  Q    The fourth one is if it's in airplane mode?

13  A    I believe you hit all the ones, but, yes, the off, either

14  manual or a phone dying, airplane mode, or outside that network

15  coverage.

16  Q    All right.  Now, with respect to (808) 476-9223, I want to

17  ask you about the time period between 1:06:17 p.m. and

18  1:39 p.m.  All right?

19  A    Okay.

20  Q    Now, during that time the 9233 [verbatim] is connecting

21  two cell towers, correct?

22  A    I would have to look at my -- the records instead of going

23  off memory on this.

24  Q    All right.  Do you have your records of -- let me ask you

25  this.  Do you have anything with you other than the summary

1    that you provided?

2    A    No, I don't.

3    Q    Okay.  Well, let's pull up the 215 -- two, one, one, five

4    and go to the time periods.

5            MR. KENNEDY:  And let's start at page 8.

6    BY MR. KENNEDY:

7    Q    Do you have an indication on here that the 9233 -- excuse

8    me -- 92 -- let me make certain -- 9223.

9            Did you see it connecting to a cell tower at 1:06:17 p.m.

10   on July 30th?

11   A    I'm sorry.  You said 1:06:17 --

12   Q    Correct.

13   A    -- p.m.?

14   Q    P.m.  So 1:00 in the afternoon at 06:17.

15   A    I don't believe that's reflected in this excerpt.

16   Q    Okay.  So --

17   A    Oh, I'm sorry.  1:06:17.  Yes, sir, up at the top.

18   Q    All right.

19   A    Yes.  Sorry.

20   Q    And then between 1:06:17 p.m. and 1:39 p.m., did you see

21   that multiple towers were being connected?

22   A    From the data?

23   Q    Yes.

24   A    So the last time, the last recorded cell site information

25   on the top portion is up until 1:06 p.m., and then it doesn't

1    start again until 3:48 p.m. down at the bottom.

2    Q    All right.  Let's move back to page 7.

3         Do you see a connection with respect to SMS between

4    1:06:17 p.m. and 1:39 p.m. on July 30th?

5    A    Not 1:06:17 p.m., no.

6    Q    All right.  And do you see others up to 1:39?

7    A    So the top portion covers up until 1:06.

8    Q    All right.  So your -- you don't plot anything here

9    showing any connections between 1:06:17 p.m. and 1:39 p.m.?

10   A    From the voice, not -- that -- I don't believe that's

11   reflected on the SMS portion here.

12   Q    All right.  Let's move to page 6.

13        Do you see connections between 1:06:17 p.m. and 1:39 p.m.

14   on what is shown on page 6 of 2-115?

15   A    No connection for that specific time.

16   Q    Okay.  So in terms of your analysis, did you take a look

17   during that time of those connections?

18   A    I don't recall.

19   Q    All right.  You did not see a movement from west to east

20   on towers between those times?

21   A    And what were the time ranges again?

22   Q    1:06:17 p.m. to 1:39 p.m.

23   A    We're just talking about voice or the -- all the records

24   in general?

25   Q    I'm talking about all the --

1    A    Yeah.

2    Q    You have divided it up between voice, data, and SMS.  What

3    I'm talking about is the times that that phone is connecting.

4    Correct?

5    A    Correct.

6    Q    All right.  And by looking at the times it's connecting

7    you can see a pattern, right?

8    A    Yes.

9    Q    If they are connecting to towers that are in a direction,

10    you can see movement, right?

11    A    Correct.

12    Q    All right.  And so in your analysis, I'm asking you

13    whether, between 1:06:17 p.m. and 1:39 p.m., you saw a

14    west-to-east direction between downtown Honolulu, out to where

15    we see the Kahala-Waialae area with respect to 9223?

16    A    I don't recall just looking at this excerpt from the PDF

17    version of AT&T records.

18    Q    Okay.  Do you recall --

19         MR. KENNEDY:  Let's move to, I believe it's --

20         All right.  Let's at least move to page 9.  Okay.

21    BY MR. KENNEDY:

22    Q    So page 9 has SMS information, correct?

23    A    Correct.

24    Q    You're not aware of whether there was any data information

25    or voice information at 1:06?

1  A    Not independently off the top of my head, no.

2  Q    Okay.  So these have been selected.  You're not aware of

3  in your analysis that at 1:06 p.m. the phone was connecting in

4  this area (indicates)?

5  A    I don't have an independent recollection of that, no, sir.

6  Q    All right.  Okay.  And then you've depicted in terms of

7  time that the phone is here, correct?  In this general area,

8  correct?

9  A    During the times that are illustrated in the call out box

10 in the upper right, yes.

11 Q    All right.  And then we move here, correct (indicates)?

12 A    So you're going from 1 to 2, correct?

13 Q    Yes.  And 2 has a 320-degree.  Can you explain that to the

14 jury?

15 A    Sure.  So again, the center of the sector is known as the

16 azimuth.  That is the direction -- I'm sorry.  That's the

17 direction in compass degrees that the sector is facing.  So for

18 this particular tower and sector that was used for this

19 respective event, the center of that sector is facing three --

20 approximately 320 degrees.

21 Q    All right.  So if a cell phone is located here,

22 hypothetically, you cannot eliminate that tower as a connection

23 for that cell tower, correct?

24 A    So you're asking me if a cell -- hypothetically if a cell

25 phone was on the right side of that?

1    Q    Right, on the highway.

2    A    Mm-hmm.

3    Q    On the right side.  You cannot eliminate this cell tower

4    as having the best tower, best signal for that cell phone,

5    correct?

6    A    Not just based on the records, these records.  I mean, I

7    would not expect to find it there, at least on an initial

8    serving cell.  But if I understand what you're asking me, is

9    whether or not I would expect to find the device on the right

10   side of that tower and sector that you've specified?

11   Q    Correct.

12   A    No, not based on my training and experience, no, I would

13   not expect to find it on that side.

14   Q    I understand that with expect to find.  But you cannot

15   eliminate that a cell phone on this highway, on this location

16   (indicates) connects with that tower, correct?  That cannot be

17   eliminated, can it?

18   A    I would not expect to find it there.

19   Q    Well, I understand that.  But it can't be eliminated, can

20   it?

21   A    I don't know if I can even answer that question, sir.

22   Sorry.

23   Q    It's just not that precise, is it?

24   A    Well, I wouldn't necessarily go so far as to say that the

25   towers and sectors providing the best signal to a phone should

1  be precluded because that is certainly the technology but --

2  Q    Right.

3  A    -- your question, I don't assume --

4  Q    The question is simply that if this is the best tower

5  providing the best sector on there, at the best signal, that

6  phone can connect to it, correct?  Whether you expect to find

7  it there or not?

8  A    I couldn't answer that.  I'd be speculating on that.

9  Q    All right.  So if you have to speculate, you can't

10  eliminate it, correct?

11  A    I don't know if I'd even say that.

12  Q    All right.  Now, we can see -- let me ask you this

13  question.

14        MR. KENNEDY:  If we can pull up -- I believe it's in

15  evidence -- 2-075?

16        THE COURT:  Go ahead.

17  BY MR. KENNEDY:

18  Q    You can see the time is July 30th of 2016, at 12:56:52.

19  A    I see that on the screen, yes, sir.

20  Q    All right.  If we can -- were you asked to take a look at

21  any cell site location information regarding this particular

22  van in the Hawaii Kai area at that time?

23  A    This is the first time I'm seeing this.

24  Q    All right.  So you were not asked to take a look at cell

25  site location information that would be associated with

1    12:56:52 on July 30th of 2016, in the Hawaii Kai area, correct?

2    A    Not that I have any independent recollection of, no.

3    Q    All right.

4         MR. KENNEDY:  If we can take that down.  If we can go

5    back to 2-115, page 9.

6    BY MR. KENNEDY:

7    Q    We can see that the phone 9223 at 1:11:23, on July 30th of

8    2016, is connecting with this tower (indicates), correct?

9    A    Correct.

10   Q    At -- at 1:32 p.m. it is connecting with this tower

11   (indicates), correct?

12   A    Correct.

13   Q    At -- over here on 3, at 1:39, there is a phone call,

14   correct?

15   A    That's correct, a voicemail, yes, sir.

16   Q    A voicemail?

17   A    Yes, sir.

18   Q    And I understand that this purple area represents Delia

19   Miske's residence, correct?

20   A    Correct.

21   Q    And you understand that's in the Hawaii Kai area?

22   A    Correct.

23   Q    And the photograph of the van we were looking at was at

24   12:54?

25   A    I thought it said 12:56.  I'm not sure.

1  Q    56?  Your memory's better than mine.

2  A    I don't know about that.

3  Q    12:56, I'll take your word for it.

4       And so we can see in this time period Mr. Miske's phone is

5  in the Waialae-Kahala area, correct?

6  A    It's where I'd expect to find it, yes.

7  Q    And over close to where we can see on here, Diamond Head

8  and this area there (indicates), correct?  On the map?

9  A    Diamond Head off to kind of down off the lower left?  I --

10 Q    Okay.

11 A    Is that what you're asking me?

12 Q    Yes.

13 A    I'm sorry.  Can you repeat the question?  I was looking

14 for Diamond Head when you were asking.

15 Q    So the locations here (indicates) show --

16 A    Mm.

17 Q    -- at the times on page 9 where 9223 is located, correct?

18 A    Those are the towers and sectors being used by device,

19 yes.

20 Q    All right.  And you gave some testimony earlier that you

21 would expect it to be somewhere in the Waialae-Kahala

22 neighborhood, right?

23 A    That's where I'd expect to find it, yes.

24 Q    All right.  Not in the Hawaii Kai area, correct?

25 A    No, sir.

1    Q    All right.

2         And I -- and I take it that other than the ones we have

3    seen in your summary, there is no connections by the phones in

4    the Hawaii Kai area, correct?

5    A    I'm sorry.  That -- can you ask that again?  I don't

6    under -- are you talking about a specific device or all the

7    devices?

8    Q    Well, let me ask you this.

9         There was never a plot that showed, at any time, that 9223

10   was in -- connected with any cell tower in the Hawaii Kai area?

11   A    In my summary, I don't believe so.

12   Q    Or any other of all the documents that you looked at,

13   correct?

14   A    I -- I don't remember off the top of my head.

15   Q    Okay.

16        All right.  So there's another time period between

17   1:39 p.m. and 3:05 p.m. on July 30th where there was no

18   connection to a cell tower for the 9223 number.  Do you recall

19   that?

20   A    That sounds familiar.

21   Q    All right.  So we've talked about the times that -- how

22   that occurs.  That can occur when someone's at a meeting and

23   they turn their phone off, right?

24   A    The phone is off, it's not connected to the network.

25   Q    All right.  And so we're talking about a time period of

1    about an hour and a half, correct?

2    A    I don't recall the time frame exactly, but I think that

3    sounds about right.

4    Q    All right.  And so then we had a time period from 3:05 to

5    3:54 when there are connections, correct?

6    A    Are you -- are we talking about all the records

7    collectively or from the voice, data, and SMS records?

8    Q    All the records collectively if we're talking -- I'm not

9    differentiating --

10   A    Okay.

11   Q    -- between a voice, a data and a SMS, because you're

12   talking about historical cell site location.  So the manner in

13   which the connection is not as important as the location is

14   your testimony, correct?

15   A    I don't understand the question.  I'm sorry.

16   Q    So let me --

17   A    Yeah.

18   Q    Let me just make it simple.

19        The -- what you plotted, you have no information about

20   what was spoken during a voice call, correct?

21   A    That is correct.

22   Q    As far as the MS -- the SMS messages that are up here,

23   there's no information about what was texted, correct?

24   A    That's correct.

25   Q    All right.  So what you're testifying to is simply

1   where -- a location of a cell tower in connection to where a

2   phone would be in the general area, correct?

3   A    Correct, where I would expect to find a device based on

4   the cell site location information provided in the call detail

5   records.

6   Q    All right.  And so between 3:05 p.m. and 3:54 p.m., did

7   you see in the records 9223 traveling in a east-to-west

8   direction during that time?

9   A    Not that I recall using these records, not the voice and

10  SMS.

11  Q    All right.  Let's move to page 10 then.

12       MR. KENNEDY:  And let me clear.  There we go.  Okay.

13  BY MR. KENNEDY:

14  Q    During this time period, were -- there is a number of SMS

15  messages, correct?

16  A    Correct.

17  Q    And these are from either outgoing or incoming to 9223,

18  right?

19  A    Correct.

20  Q    And they're to 9064, correct?

21  A    Correct.

22  Q    And this is between 7:48 p.m., correct?

23  A    Correct.

24  Q    And 8:13 p.m.?

25  A    Yes, sir.

1    Q    The location which are shown here is the Ala Moana area

2    and Kakaako, correct?  And then perhaps a little further over

3    into near the Children's and Discovery Center, correct?

4    A    Yes, sir.

5    Q    All right.  These are the locations of these outgoing and

6    incoming SMS messages from 9223 during that time period,

7    correct?

8    A    The towers and sectors being used for those, yes.

9    Q    All right.  There's a single number involved with those,

10   right?

11   A    That's correct.

12   Q    And it's your understanding that Mr. Miske is the owner of

13   the M Nightclub, correct?

14   A    Yes, sir.

15   Q    And that Jason Yokoyama is the manager or general manager

16   of the M Nightclub?

17   A    Yes, sir.

18   Q    July 30th was a Saturday night, correct?

19   A    I believe so.

20   Q    And so there's no other communication going on that you

21   plotted with any other individual?

22   A    Not with this respective time frame.

23   Q    All right.  Now, if we move to slide -- I believe it's --

24   or Number 11.  Okay.

25        Now, during this time period, focusing on the top left

1    area, these are a continuation of incoming and outgoing

2    messages between 9223 and 9064, correct?

3    A    Correct.

4    Q    And those are between 9223, Mr. Miske, 9064, Mr. Yokoyama,

5    correct?

6    A    Yes, sir.

7    Q    All right.  Now, there's an outgoing voicemail, or voice

8    call, that Mr. Yokoyama finally makes during that time period,

9    correct?

10   A    Yes, sir.

11   Q    Other than that, it's SMS messages?

12   A    For 9064?

13   Q    Yes.

14   A    Yeah, the two entries.  The one text message and then the

15   one voice.

16   Q    Okay.  So a fair number of text messages from Mr. Miske

17   and then one text message and a voice -- voice call from

18   Mr. Yokoyama to Mr. Miske, correct?

19   A    That's what's illustrated here, yes.

20   Q    All right.  Now, we've put up in this summary this number

21   8799, correct?

22   A    That's correct.

23   Q    All right.  And 8799, earlier you associated that with a

24   Lance Bermudez, correct?

25   A    8799, that's correct.

1    Q    All right.  And the -- there's a voice message to a 9659,

2    correct?  Incoming voice?

3    A    Incoming voice call from 9659 --

4    Q    All right.

5    A    -- yes.

6    Q    Did you take a look at the phone number 9659 during this

7    time period?

8    A    I did not.

9    Q    All right.  Now, there was an SMS at 9:08:55 and a

10    outgoing voice call at 9:25:10.  Do you see those two?

11    A    Yes, sir.

12    Q    And I believe you were shown some documents that relate to

13    a number (808) 479-2795, correct?

14    A    Correct.

15    Q    All right.  And then you were independently aware, I

16    guess, that that was a number that you associated with a Jesse

17    Cabana, correct?

18    A    Correct.

19    Q    All right.  Did you plot the cellular site location

20    information for (808) 479-2795 between 8:00 p.m. on July 30th

21    and 4:45 for July 31st?

22    A    No.

23    Q    All right.  Now, moving to page 12.

24         All right.  This is designated as the residence at 1226

25    Kuuna in Kailua?

1    A    Yes, sir.

2    Q    All right.  And where we can see, we've seen some

3    depictions inside Honolulu that have a lot more cell towers,

4    correct?

5    A    That's correct.

6    Q    A lot more cell sectors, right?

7    A    Correct.

8    Q    In an urban area, that's common, right?

9    A    Yes, sir.

10   Q    In an area that is not as urban, it's less common, right?

11   A    That's correct.

12   Q    Because the volume of calls is simply usually different?

13   A    That's correct.

14   Q    The volume of messaging and the volume of data that we're

15   always getting is very different in an urban area related to

16   areas that are not as urban, correct?

17   A    Typically, yes.

18   Q    So they're placing their cell towers and their cell

19   sectors in response to the customer demand, right?

20   A    Among other things, yes, sir.

21   Q    All right.  And so in this area, you have a line here

22   (indicates) that is depicted in that map, which is part of

23   2-115.  Do you see that?

24   A    The dotted green line thing?

25   Q    Yeah, mm-hmm.

1   A    I see it here, yes.

2   Q    Okay.  Do you know that that -- do you know what that

3   denotes?

4   A    What the green line on this map denotes?

5   Q    Yes.

6   A    I would guess maybe perhaps a trail.

7   Q    Okay.  And are you aware of -- the topography you

8   mentioned is something that may impact what cell tower is

9   connected, correct?

10  A    Correct.

11  Q    All right.  Are you aware of any hills in this area

12  (indicates)?

13  A    I'm not.

14  Q    Okay.  Are you aware of whether this is backed -- this

15  residence is backed up to a hillside?

16  A    I am not.

17  Q    Okay.  So what we know is that at 11:27:33, there was a

18  connection on this incoming call for 9223 on this particular

19  tower (indicates), correct?

20  A    That's correct.

21  Q    This tower -- are you aware that for the remaining time

22  between -- up until about 10:00 the next morning, this phone

23  when it was on was also always connecting with this tower?

24  A    I don't recall that.

25  Q    Okay.  So you didn't plot that in your analysis?

1   A    Not in this, no, sir.

2   Q    Okay.  Now, if we move to page 13.

3        In this time period we're looking only at 8799,

4   Mr. Bermudez's phone, correct?

5   A    That's correct.

6   Q    All right.  And once again, the predominant number in

7   terms of what you've cited as Location 1 is a number

8   (808) 479-2795, right?

9   A    That's correct.

10  Q    Okay.  So it's a voice call at 12:12:37, 12:12:45, and

11  12:12:53, correct?

12  A    To that number, yes, sir.

13  Q    All right.  And then there's a voice call to 9064?

14  A    At 12:13:13, yes.

15  Q    At 12:13.

16       Did you look at a number associated with 9064 in your

17  analysis regarding Mr. Bermudez and this area at that time?

18  A    I believe so.

19  Q    All right.  And so that was a voice call back to

20  Mr. Yokoyama at 9064?

21  A    For that 12:13:13?

22  Q    Yes.

23  A    You're asking me if I mapped the -- the other side of that

24  call?

25  Q    Yes.

1   A    I don't believe -- I don't believe so, but I can't recall.

2   Q    All right.  At that time period, do you have any opinion

3   as to where Mr. Yokoyama's phone that you've assist --

4   associated 9064 is located at that time?

5   A    Not based on this slide, no.

6   Q    Okay.  All right.

7        But you have data which would show you that in what you

8   reviewed, correct?

9   A    I don't recall.  I thought that I had mapped in one of the

10  other slides locations that were for Mr. Yokoyama or in the

11  9064 phone during the time frame.

12  Q    Okay.  Well, let me clear that up, that you had mapped it

13  is when you were actually applying it to your opinion here,

14  correct?

15  A    To what is being illustrated, that -- and so that's not

16  illustrated here.

17  Q    Well, you got the raw data for that phone, for 9064, that

18  would cover the time period 8:00 o'clock in the morning on

19  July 30th through 4:45 on July 31st, correct?

20  A    It did cover that time frame, yes, sir.

21  Q    All right.  And so if we want to know the answer to that,

22  you have the data; you just didn't apply it in terms of your

23  analysis here, correct?

24  A    I'd have to go back in and look at it, but -- yes.

25  Q    Okay.  How about the -- it appears there's an incoming

1    voice at 12:16 and 12:20 to the 8799 phone.  And it's the same

2    number, (808) 224-6801.

3         Did you do any analysis with that particular number?

4    A    Not for the 6801 number, no.

5    Q    Okay.  All right.

6         And during this time period, you did not see any

7    connection ever between 8799 and 9223, correct?

8    A    I don't recall.

9    Q    You don't recall?

10   A    I don't recall seeing a connection between those two

11   numbers during that time frame.

12   Q    Or any time period, correct?

13   A    I believe that's correct.

14   Q    All right.

15        MR. KENNEDY:  Now, if we move on to the next slide,

16   which is I believe -- this is button's in the air.  There we

17   go.

18   BY MR. KENNEDY:

19   Q    During this time period, once again, as you pointed out

20   before, 1, 2, and 3 is sort of duplicative of what we just

21   looked at, right?

22   A    That's correct.

23   Q    Okay.  And so during the time period with 4, 4, 5, and 6,

24   there are a number of different incoming, outgoing voice or SMS

25   messages, correct?

1    A    That's correct.

2    Q    And none of those numbers relate to any of the other three

3    phones that you analyzed, correct?

4    A    That's correct.

5    Q    They're all independent numbers while this travel from

6    east, Hawaii Kai, during the time period here (indicates), and

7    then up to here (indicates), correct?

8    A    Correct.

9    Q    So there's no connection with the phone other than the one

10   that we looked at in the previous one, at 12:13:14 a.m.,

11   incoming at that time, which is -- in red, which is associated

12   with the 9064, correct?

13   A    That's correct.

14   Q    All right.  Now, in terms of this summary, you said that

15   you analyzed information all the way up to 4:45 on July 31st,

16   correct?

17   A    Yes, sir, for the most part.

18   Q    All right.  In the summary, there is no information with

19   respect to the phone number 9223 for Mr. Miske on July 31st

20   that you had plotted anywhere during that day, correct?

21   A    Correct.

22        MR. KENNEDY:  Nothing further, Your Honor.  Thank

23   you.

24        THE COURT:  Ms. Affinito.

25   ////

1                    REDIRECT EXAMINATION

2    BY MS. AFFINITO:

3    Q    So I just want to go over a few points.

4         So I guess, well, first, let's start with where we just

5    ended off.

6              MS. AFFINITO:  If we could pull up Exhibit 2-115,

7    page -- let's do page 13.

8    BY MS. AFFINITO:

9    Q    Okay.  So you were just asked about this 12:13 a.m. call.

10   It's an outgoing voice call from Lance Bermudez's phone to

11   Jason Yokoyama's phone; is that correct?

12   A    Correct.

13   Q    Okay.  So this 9064 number to which it's connecting is

14   Jason Yokoyama's phone?

15   A    It's my understanding, yes.

16   Q    Okay.  And so you were asked about the location of Jason

17   Yokoyama's phone; is that right?

18   A    Correct.

19   Q    Okay.  So on this slide, it does not depict Jason

20   Yokoyama's -- the location of Jason Yokoyama's phone at the

21   time of this 12:13 a.m. call, correct?

22   A    Not at that exact time.

23   Q    Okay.  So -- but you can see here Lance Bermudez's phone

24   connecting to towers in this Hawaii Kai region, correct?

25   A    Correct.

1    Q     Okay.  So if we could go to page 14.

2          So now I want you to look at this number here (indicates).

3    So this is Jason Yokoyama's phone at 12:13 a.m., correct?

4    A     Correct.

5    Q     So this is that same call we were just looking at on -- on

6    page 13; is that right?

7    A     That would be how I would interpret that, yes.

8    Q     Okay.  So does this slide show the location of Jason

9    Yokoyama's phone during that call?

10   A     Yes.

11   Q     Okay.  And where is Jason Yokoyama's phone?

12   A     It's illustrated with the red wedge facing up.  So

13   downtown Honolulu area, facing up towards the M Nightclub

14   banner.

15   Q     Okay.  And so that's this area?  I'm just circling here,

16   in town, in Honolulu?

17   A     That's correct.

18   Q     Okay.  And this is -- this is a voice call between the two

19   of them, correct?

20   A     That's what it looks like, yes.

21   Q     And at that time, at this 12:13 a.m. time, where is Lance

22   Bermudez's phone connecting to towers?

23   A     It would be over in the Hawaii Kai area.

24   Q     Okay.  So is this the far right region where we see the --

25   the 1, 2, and 3 designations?

1    A    Correct.

2    Q    Okay.  All right.  So let's -- let's go to -- I guess,

3    first let's go to page 4 -- 3.  Excuse me.

4         So you were asked about, I guess, the sectors.  How many

5    sectors does each tower have?

6    A    Most towers utilize a three-sector configuration.

7    Q    Okay.  And you -- would you expect to find a phone

8    connecting to, I guess, the -- the opposite sector from which

9    the phone is located?

10   A    When you say "opposite," obviously it'd be adjacent.

11   Q    Yeah -- so I guess if a phone was, for example -- I guess

12   here, if we -- if the phone was here at 35th and Kensington on

13   this map, would you expect it to connect to a sector over here

14   in the lower left or over here in the lower right?

15   A    I would not expect it to.

16   Q    Okay.  So would you expect it to connect to the sector, I

17   guess, in the -- the northern direction?

18   A    That's where I would expect to find the device, somewhere

19   within the tower and sector that provides coverage to that

20   area.

21   Q    Okay.  And do phones typically connect to the sector --

22        MS. AFFINITO:  Never mind.  Scratch that.

23   BY MS. AFFINITO:

24   Q    Now, why don't we look at -- so let's -- let's look at

25   page 8.

1       So you were asked about the time periods when Michael

2   Miske's phone was connecting or not connecting to the network.

3   Do you recall that?

4   A    Yes.

5   Q    Okay.  So between 1:06 p.m. and 3:48 p.m., in that middle

6   portion of the day, is Michael Miske's phone connected to

7   AT&T's network?

8   A    I -- so after 1:06 and up until 3:48?

9   Q    Yes.

10  A    I believe so, but that -- that's not reflected here.

11  Q    Okay.  So -- but based on your analysis where you reviewed

12  the data, the call records and the SMS call records, is it your

13  understanding that Michael Miske's phone was connected to

14  AT&T's record [verbatim] between 1:06 p.m. and 3:48 p.m.?

15  A    Yes.

16  Q    Okay.  And then between 3:48 p.m. and 7:47 p.m. his phone

17  was not connected to AT&T's network?

18  A    That's what it appears, yes.

19  Q    Okay.  And before 1:06 p.m. and going back until

20  4:15 a.m., it also was not connected to AT&T's network,

21  correct?

22  A    That's -- that's the way I'm interpreting the records

23  based on the lack of records, yes.

24  Q    Okay.  So when we're looking at this -- there aren't

25  records that show activity or cell location information between

1   4:15 a.m. and 1:06 p.m.?

2   A    No.  It just goes from line 4070 down to 4071, and then

3   you can see that, the time change --

4   Q    Okay.

5   A    -- the break in time.

6   Q    And actually, if we look -- so just -- just looking -- so

7   this is -- this is data usage, correct?

8   A    Yes.

9   Q    So but if we keep that same 4:15 a.m. to 1:06 p.m. time

10  frame in mind, if we go back a page to page 7, is there

11  location data during that time period for SMS usage, 4:15 a.m.

12  to 1:06 p.m.?

13  A    So the -- in the top part, the last recorded event with

14  cell site location is at 1:15 a.m.

15  Q    So that's before 4:15 a.m.?

16  A    That's correct.

17  Q    Okay.  So here, this still shows no activity between

18  4:15 a.m. and 1:06 p.m.?

19  A    Correct.

20  Q    Okay.  And if we go back one more slide, to page 6, this

21  is the voice usage.  Does this show -- did the records for the

22  call activity show activity between 4:15 a.m. and 1:06 p.m.?

23  A    They did not 'cause the first voice activity with cell

24  site location isn't until 1:39.

25  Q    Okay.  So the earliest you saw activity on the phone, I

1    guess during this time frame when it connects back, is at

2    1:06 p.m.; is that right?

3    A    For?

4    Q    For just across the board for call, text, and data?

5    A    I believe that's correct --

6    Q    Okay.

7    A    -- yes.

8    Q    Well, let's go back to page 9.  Sorry, page 8.

9         So the -- there's data usage location information at

10   1:06 p.m., correct?

11   A    Correct.

12   Q    And this is for Michael Miske's phone?

13   A    That's correct.

14   Q    Okay.  So you were asked about a time period at 12:56 p.m.

15   Is there any location data at 12:56 p.m.?

16   A    On the slide that we're looking at currently?

17   Q    Well, just generally for -- we just went over the time

18   period when the phone's not connected to the network.

19   A    Yes.

20   Q    Is Michael Miske's phone connected to the network at

21   12:56 p.m.?

22   A    It doesn't appear to be.  There's no records here.

23   Q    So would you expect to have location information --

24        MS. AFFINITO:  Sorry.

25   BY MS. AFFINITO:

1   Q    So would you expect to see location information for

2   Michael Miske's phone at 12:56 p.m. when it's not connected to

3   the network?

4   A    Not if it's not connected to the network.

5   Q    Okay.  And then if we go to the next slide, page 9.

6        So this shows -- it starts at 1:11 p.m., correct?

7   A    Correct.  This slide, yes.

8   Q    Okay.  And these are Michael Miske's records, texts and

9   calls, correct?

10  A    Along with the 9064, that's correct.

11  Q    Okay.  So -- but these first three right here (indicates)

12  are all Michael Miske's phone?

13  A    Yes.

14  Q    Okay.  And so this is -- at 1:11 p.m., this is about 15

15  minutes after 12:56 p.m., correct?

16  A    I would agree with that, about.

17  Q    Okay.  So about 15 minutes later Michael Miske's phone is

18  connecting to towers in the Waialae-Kahala region?

19  A    Yes.

20  Q    Okay.  And again, I guess you were asked about this, but

21  based on the -- the side of the towers to which Michael Miske's

22  phone is connecting and the towers themselves, where would you

23  expect to find Michael Miske's phone during this time period?

24  A    I would expect to find it within the open part of those

25  wedges.

1    Q    Okay.  So is that sort of in this middle region here

2    (indicates), around where the red wedge is?

3    A    Correct.

4    Q    Okay.  So you wouldn't expect to find him over here

5    (indicates)?

6    A    Not based on my --

7    Q    In the ocean?

8    A    Not based on my training and experience, no, I wouldn't

9    expect to find the device over there --

10   Q    Okay.

11   A    -- for this particular event.

12   Q    All right.  And you wouldn't expect to find it, for

13   example, over here by the -- the flag for Delia Miske's

14   residence?

15   A    Not using that tower and sector illustrated in 2, no.

16   Q    Okay.

17             MS. AFFINITO:  Nothing further.

18             THE COURT:  Mr. Kennedy, anything else?

19                        RECROSS-EXAMINATION

20   BY MR. KENNEDY:

21   Q    If we could pull up 2-115, page 9, we were just looking

22   at.

23        Sir, staying within the expected areas of location

24   historically, 1 designates a time at 1:11 correct?

25   A    Correct.

1    Q    And then 2 designates a time at 1:32, correct?

2    A    Correct.

3    Q    And then 3 designates a time at 1:39, correct?

4    A    That's correct.

5    Q    And so we have travel this direction followed by travel

6    back in this direction, correct?

7    A    I don't know if I would call it travel, but I would be --

8    I would say that based on my experience that this is indicative

9    of movement.

10   Q    Movement.  In the directions that I indicated on the

11   screen, correct?

12   A    Not necessarily, but I would expect to find it in that

13   device -- or in that area that you just specified, I would

14   expect that device was moving within that -- those areas of

15   coverage.

16   Q    All right.  And so the areas of coverage that you've

17   designated for 2 is here (indicates), correct?

18   A    This specific tower and sector, sir?

19   Q    Yes.

20   A    No.  I would expect that coverage area to be -- I'm sorry.

21   Mine doesn't work very well.

22   Q    Okay.

23   A    I would expect 2 to be this area (indicates).

24   Q    Okay.  And then the area of coverage for 1 and 3, could

25   you do what you would expect?

1   A     Sure.  I would expect that that is (indicates).

2   Q     And so it could designate movement, correct?

3   A     It's illustrative of movement, yes.

4   Q     It could designate stationary and just the strongest

5   signal that would be available that the cell phone would

6   connect to in this area could be either 1, 3, or 2 at any given

7   time in that time period, correct?

8   A     It's possible.  The device would need to be somewhere in

9   that overlapping coverage between those three towers and

10  sectors.

11  Q     All right.  And if I -- these are the lines that you just

12  drew (indicates), correct?

13  A     Yes.

14  Q     All right.  And so if I take that away, that would be

15  right in the Waialae-Kahala area, correct?

16  A     Yes, sir, that, right in this area (indicates).  But this

17  is obviously not to scale.

18         MR. KENNEDY:  Nothing further.  Thank you, Your

19  Honor.

20         THE COURT:  All right.  Mr. Sagiao, you may step

21  down.

22         Thank you, sir.

23                                    (Witness excused.)

24         (End of partial transcript.)

25                         * * * * *

1                    COURT REPORTER CERTIFICATE

2              I, Ann B. Matsumoto, Official Court Reporter, United

3    States District Court, District of Hawaii, do hereby certify

4    that pursuant to 28 U.S.C. Sec. 753 the foregoing is a

5    complete, true, and correct transcript of the stenographically

6    recorded proceedings held in the above-entitled matter and that

7    the transcript page format is in conformance with the

8    regulations of the Judicial Conference of the United States.

9              DATED at Honolulu, Hawaii, November 4, 2024.

10

11

12
                         _/s/ Ann B. Matsumoto_____
13                       ANN B. MATSUMOTO, RPR

14

15

16

17

18

19

20

21

22

23

24

25