MICHAEL J. KENNEDY
Law Offices of Michael Jerome Kennedy, PLLC
Nevada State Bar #10103; California State Bar #193901
333 Flint Street
Reno, NV 89501
775-221-7100 (office); 775-233-0914 (mobile)
Email: michael@mjkennedylaw.com

LYNN E. PANAGAKOS   7696
841 Bishop Street, Suite 2201
Honolulu, Hawai`i  96813
Telephone: (808) 542-9943
E-mail:  lynnpanagakos@yahoo.com

*Attorneys for Michael J. Miske, Jr. (01)*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>MICHAEL J. MISKE, JR. (01),<br><br>　　　　　　　　　Defendant. | CR. NO. 19-00099-DKW-KJM<br><br>MICHAEL J. MISKE, JR.'S<br>CERTIFICATE OF DEATH |
|---|---|

MICHAEL J. MISKE, JR.'S CERTIFICATE OF DEATH

Counsel for Michael J. Miske, Jr. hereby file his Certificate of Death, attached hereto.

DATED: February 20, 2025, Honolulu, Hawai`i.

/s/ Michael J. Kennedy
MICHAEL J. KENNEDY
/s/ Lynn E. Panagakos
LYNN E. PANAGAKOS
Counsel for Defendant
MICHAEL J. MISKE, JR (01)

## CERTIFICATE OF SERVICE

I, Lynn E. Panagakos, hereby certify that a true and correct copy of this filing has been duly served on all counsel of record through the court's electronic filing system.

DATED: Honolulu, Hawai`i, February 20, 2025.

/s/ Lynn E. Panagakos
LYNN E. PANAGAKOS

# CERTIFICATE OF DEATH

**STATE OF HAWAII
DEPARTMENT OF HEALTH**



CERTIFICATE NO. 151 2024 - 011764

**Name of Decedent**
MICHAEL    JOHN    MISKE JR.

| | | |
|---|---|---|
| **City, Town or Location of Death** Honolulu | **County of Death** HONOLULU | **Island of Death** OAHU |
| **Date Found** December 01, 2024 | **Date of Birth** | **Age at Death** 50    YEAR(s) |
| **Actual or Presumed Time of Death** Unknown | | |
| **Sex** MALE | **Race** Hawn/Chin/Cauc | **Citizenship** UNITED STATES | **Ever In Armed Forces?** NO |
| **Social Security Number** | **Marital Status** NEVER MARRIED | | |
| **Father's Name** Michael John Miske Sr. | | **Mother's Name (Prior to First Marriage)** Maydeen P.A. Lau | |

**Disposition**
CREMATION        Cemetery/Crematory: NUUANU MEMORIAL PARK & MORTUARY, LLC
Date: December 16, 2024        Location: HONOLULU, HI 96817
Permit #: 308146        Funeral Home: NUUANU MEMORIAL PARK & MORTUARY LLC

Certifier: Masahiko Kobayashi   MEDICAL EXAMINER/CORONER
Date Certified: December 2, 2024        Original Date Certified: December 2, 2024
Date Pronounced Dead: December 1, 2024        Time Pronounced Dead: 10:02 AM

Date Filed by State Registrar: December 13, 2024
OHSM 1.2 (Rev.1/2013)    This copy serves as prima facie evidence of the fact of death in any court proceeding. [HRS 338-13(b), 338-19]    1328436

**ANY ALTERATIONS INVALIDATE THIS CERTIFICATE**

I CERTIFY THIS IS A TRUE
COPY OR ABSTRACT
OF THE RECORD ON
FILE IN THE HAWAII STATE
DEPARTMENT OF HEALTH

2025 FEB -5

*Grace Marie Vo*
GRACE MARIE VO
STATE REGISTRAR